CO-386-online
10/03

# United States District Court
# For the District of Columbia

WYETH and ELAN PHARMA )
INTERNATIONAL LIMITED )
              Plaintiff )
   vs )  Civil Action No._____
HON. JON W. DUDAS )
Under Secretary of Commerce for Intellectual Property and )
Director of the United States Patent and Trademark Office )
             Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for **plaintiff WYETH** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **WYETH** which have any outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_David Bickart_
Signature

355313
BAR IDENTIFICATION NO.

David O. Bickart, KAYE SCHOLER LLP
Print Name

901 Fifteenth Street N.W.
Address

Washington   DC   20005-2327
City       State   Zip Code

(202) 682-3503
Phone Number

CO-386-online
10/03

# United States District Court
# For the District of Columbia

WYETH and ELAN PHARMA )
INTERNATIONAL LIMITED )
)
)
               Plaintiff )    Civil Action No._____
VS )
)
HON. JON W. DUDAS )
Under Secretary of Commerce for Intellectual Property and )
Director of the United States Patent and Trademark Office )
)
              Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __plaintiff Elan Pharma International Limited__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Elan Pharma International Limited__ which have any outstanding securities in the hands of the public:

   Elan Corporation, plc

These representations are made in order that judges of this court may determine the need for recusal.

                             Attorney of Record
                             /s/ David Bickart
                             Signature

355313                                   David O. Bickart, KAYE SCHOLER LLP
BAR IDENTIFICATION NO.          Print Name

                                     901 Fifteenth Street N.W.
                                     Address

                                     Washington   DC   20005-2327
                                     City              State         Zip Code

                                     (202) 682-3503
                                     Phone Number