AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

WYETH, 5 Giralda Farms, Madison, N.J. 07940 and ELAN PHARMA INTERNATIONAL LIMITED, Monksland, Althone, County Westmeath, Ireland

V.

Hon. Jon W. Dudas
Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office
Office of General Counsel, United States Patent and Trademark Office, P.O. Box 15667, Arlington, VA 22215
Madison Building East, Rm 10B20, 600 Dulany Street, Alexandria, VA 22314

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-01492
Assigned To : Robertson, James
Assign. Date : 8/17/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

U. S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David O. Bickart
Kaye Scholer LLP
The McPherson Building
901 Fifteenth Street, N.W., Suite 1100
Washington, DC 20005-2327

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                         AUG 17 2007
CLERK                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 8/17/2007 |
| NAME OF SERVER *(PRINT)* Erin O'Brien | TITLE Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/27/2007         *Erin O'Brien*
             Date                Signature of Server

901 15th Street N.W., Washington D.C. 20005
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Garnet L Pinkin_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>AUG 2 0 2007 |
| 1. Article Addressed to:<br><br>Hon. Alberto Gonzales<br>Attorney General of the<br>United States.<br>Department of Justice, Rm. 4400<br>950 Pennsylvania Ave. N.W.<br>Washington D.C. 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2510 0007 4804 6323 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $5.05 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $9.85 |

Postmark Here
08/17/2007

Sent To: Hon. Alberto R. Gonzales DOJ
Street, Apt. No.; or PO Box No. 950 Pennsylvania Ave Rm 4400
City, State, ZIP+4: Washington DC 20530-001

PS Form 3800, June 2002    See Reverse for Instructions

Article Number: 7004 2510 0007 4804 6323