AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

WYETH, 5 Giralda Farms, Madison, N.J. 07940 and ELAN PHARMA INTERNATIONAL LIMITED, Monksland, Althone, County Westmeath, Ireland

V.

Hon. Jon W. Dudas
Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office
Office of General Counsel, United States Patent and Trademark Office, P.O. Box 15667, Arlington, VA 22215
Madison Building East, Rm 10B20, 600 Dulany Street, Alexandria, VA 22314

**SUMMONS IN A CIVIL CASE**

CASE 1

Case: 1:07-cv-01492
Assigned To : Robertson, James
Assign. Date : 8/17/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

U.S. ATTORNEY
501 3RD. ST. N.W.
WASHINGTON, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David O. Bickart
Kaye Scholer LLP
The McPherson Building
901 Fifteenth Street, N.W., Suite 1100
Washington, DC 20005-2327

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    AUG 17 2007
CLERK                                      DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 8/17/2007 |
| NAME OF SERVER *(PRINT)* Erin O'Brien | TITLE Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/27/2007        *Erin O'Brien*
                Date              Signature of Server

901 15th Street N.W., Washington D.C. 20005
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*) AUG 2 0 2007   C. Date of Delivery |
| 1. Article Addressed to:<br>Attn: Civil Process Clerk<br>Hon. Jeffrey A. Taylor<br>United States Attorney's Office<br>District of Columbia<br>501 3rd Street N.W. Ste. 4500<br>Washington D.C. 20530 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*)  7004 2510 0007 4804 6309 | |

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20530 — OFFICIAL USE

| | |
|---|---|
| Postage | $5.05 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $9.85   08/17/2007 |

Article Number: 7004 2510 0007 4804 6309

Sent To: Hon Jeffrey Taylor US Atty Office
Street, Apt. No.; or PO Box No.: 501 3rd St. NW 4500
City, State, ZIP+4: Washigton DC 20530

PS Form 3800, June 2002       See Reverse for Instructions