AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

WYETH, 5 Giralda Farms, Madison, N.J. 07940 and ELAN PHARMA INTERNATIONAL LIMITED, Monksland, Althone, County Westmeath, Ireland

**SUMMONS IN A CIVIL CASE**

V.

Hon. Jon W. Dudas
Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office
Office of General Counsel, United States Patent and Trademark Office, P.O. Box 15667, Arlington, VA 22215
Madison Building East, Rm 10B20, 600 Dulany Street, Alexandria, VA 22314

CASE 1

Case: 1:07-cv-01492
Assigned To : Robertson, James
Assign. Date : 8/17/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

U.S. ATTORNEY
501 3RD ST. N.W.
WASHINGTON, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David O. Bickart
Kaye Scholer LLP
The McPherson Building
901 Fifteenth Street, N.W., Suite 1100
Washington, DC 20005-2327

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    AUG 17 2007
CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 8/17/2007 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Erin O'Brien | Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/27/2007      *Erin O'Brien*
                Date              Signature of Server

901 15th Street N.W., Washington D.C. 20005
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

WYETH, 5 Giralda Farms, Madison, N.J. 07940 and ELAN PHARMA INTERNATIONAL LIMITED, Monksland, Althone, County Westmeath, Ireland

V.

Hon. Jon W. Dudas
Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office
Office of General Counsel, United States Patent and Trademark Office, P.O. Box 15667, Arlington, VA 22215
Madison Building East, Rm 10B20, 600 Dulany Street, Alexandria, VA 22314

**SUMMONS IN A CIVIL CASE**

CASE 1

Case: 1:07-cv-01492
Assigned To : Robertson, James
Assign. Date : 8/17/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

U.S. ATTORNEY
501 3RD. ST. N.W.
WASHINGTON, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David O. Bickart
Kaye Scholer LLP
The McPherson Building
901 Fifteenth Street, N.W., Suite 1100
Washington, DC 20005-2327

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                          AUG 17 2007
CLERK                                              DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 8/17/2007 |
| NAME OF SERVER (PRINT)  Erin O'Brien | TITLE  Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): __Certified Mail__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __8/27/2007__   _Erin O'Brien_
            Date            Signature of Server

__901 15th Street N.W., Washington D.C. 20005__
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.