UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WYETH and ELAN PHARMA INTERNATIONAL LIMITED,<br><br>    Plaintiffs,<br>v.<br><br>HON. JON W. DUDAS,<br>Under Secretary of Commerce<br>for Intellectual Property and<br>Director of the United States<br>Patent and Trademark Office<br><br>    Defendant. | Civil Action No. 07-1492 (JR) |

## ANSWER

Defendant, through his undersigned counsel, answers the complaint as follows:

### FIRST DEFENSE

Contrary to 35 U.S.C. § 154(b)(2)(B), Plaintiff's First Claim for Relief improperly seeks to extend the term of U.S. Patent No. 7,179,892 beyond the term of U.S. Patent No. 7,189,819.

### SECOND DEFENSE

Defendant hereby answers the numbered paragraphs of the complaint as follows:

### NATURE OF THE ACTION

1. Admitted.

2. Admitted.

## THE PARTIES

3. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations this paragraph.

4. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

5. Admitted.

## JURISDICTION AND VENUE

6. Admitted.

7. Admitted.

8. This paragraph is a legal conclusion as to which no answer is required.

## FACTS APPLICABLE TO ALL COUNTS

9. Admitted.

10. Admitted.

11. Defendant admits that USPTO records reflect an assignment of the '892 and '819 patents to the Plaintiffs, but otherwise lacks sufficient knowledge or information to admit or deny the allegations of this paragraph and therefore denies them.

12. This paragraph is a legal conclusion as to which no answer is required.

13. This paragraph is a legal conclusion as to which no answer is required.

14. This paragraph is a legal conclusion as to which no answer is required.

## FIRST CLAIM FOR RELIEF

15. Defendant incorporates herein his responses to paragraphs 1 through 14 above.

16. The first sentence of this paragraph and the note in parentheses are admitted. The

remainder of the paragraph is denied.

17. Admitted.

18. Admitted.

19. Denied.

20. The first sentence is admitted. The remainder of the paragraph is denied.

21. Denied.

22. Admitted.

23. Denied.

24. The first sentence is admitted. The remainder of the paragraph is denied, inasmuch as a final agency decision denying the Request for Reconsideration was issued on September 13, 2007.

25. Admitted.

26. Denied.

## SECOND CLAIM FOR RELIEF

27. Defendant incorporates herein his responses to paragraphs 1 through 26 above.

28. The first sentence is admitted. The remainder of the paragraph is denied.

29. Admitted.

30. Admitted.

31. Denied.

32. The first sentence is denied. The second sentence is admitted.

33. Denied.

34. Admitted.

35. Denied.

36. The first sentence is admitted. The second sentence is denied, inasmuch as a final agency decision denying the Request for Reconsideration was issued on September 25, 2007.

37. Denied.

38 through 40. These paragraphs constitute a prayer for relief to which no answer is required. To the extent an answer is deemed to be required, Defendant denies that Plaintiffs are entitled to any further adjustments to the patents' terms or any other relief whatsoever.

All allegations not expressly admitted or denied in this Answer are denied.

WHEREFORE, having fully answered, Defendant states that the Plaintiffs are not entitled to any of the relief requested, or to any relief whatsoever, and Defendant requests that the Court affirm the final decision of the Defendant and grant such other relief as this Court deems appropriate.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

                        /s/
                FRED E. HAYNES, D.C. Bar #165654
                Assistant United States Attorney
                555 4th Street, N.W., Room E-4110
                Washington, D.C. 20530
                (202) 514-7201

OF COUNSEL:

STEPHEN WALSH
Acting Solicitor

THOMAS V. SHAW
BENJAMIN WOOD
Associate Solicitors
United States Patent and Trademark Office
Alexandria, Virginia