UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WYETH, *et al.*,

    Plaintiffs,

  v.   Civil Action No. 07-1492 (JR)

JON W. DUDAS, Under Secretary of Commerce for Intellectual Property and Director of U.S. Patent and Trademark Office,

    Defendant.

**ORDER**

Before the Court in this patent and APA case are a complaint and an answer. The requirements of LCvR 16.3 and Rule 26(f) of the Federal Rules of Civil Procedure appear to be inapplicable. The parties may have 30 days from the date of this order within which to file dispositive motions or, in the alternative, to file a jointly proposed schedule for further proceedings. It is **SO ORDERED.**

                                  JAMES ROBERTSON
                         United States District Judge