IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WYETH and ELAN PHARMA INTERNATIONAL LIMITED,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>HON. JON W. DUDAS<br>Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office.<br><br>　　　　　　Defendant. | Civil Action No. 1.07-cv-01492 (JR) |

**PROPOSED BRIEFING SCHEDULE**

WHEREAS, this Court ordered that the parties may have 30 days from October 29, 2007 within which to file dispositive motions or, in the alternative, to file a jointly proposed schedule for further proceedings;

WHEREAS the parties have conferred and respectfully propose the following briefing schedule:

1. Plaintiffs shall file and serve any motion for summary judgment on or before January 4, 2008.

2. Defendant shall file and serve his opposition to plaintiffs' motion for summary judgment and any cross-motion for summary judgment on or before February 4, 2008.

31571451.DOC

3.  Plaintiffs shall file and serve their reply and any opposition to defendant's cross-motion on or before February 18, 2008.

Dated:  Washington D.C.
        November 27, 2007

                                Respectfully submitted,

                                /s/ David Bickart
                                _____
                                David O. Bickart (DC Bar No. 355313)
                                KAYE SCHOLER LLP
                                The McPherson Building
                                901 Fifteenth Street, N.W., Suite 1100
                                Washington, D.C. 20005-2327
                                Tel: 202-682-3500
                                Fax: 202-682-3580

                                *Attorneys for Plaintiffs Wyeth and Elan Pharma International Limited*

                                /s/ Fred E. Haynes
                                _____
                                (By Authorization)
                                Fred E. Haynes, (DC Bar # 165654)
                                Assistant United States Attorney
                                555 4th Street, N.W. Room E-4110
                                Washington, D.C. 20530
                                Tel: (202 514-7201
                                *Attorney for Defendant*

31571451.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WYETH and ELAN PHARMA INTERNATIONAL LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>HON. JON W. DUDAS<br>Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office.<br><br>Defendant. | Civil Action No. 1.07-cv-01492 (JR) |

**[DRAFT] ORDER RE:
BRIEFING SCHEDULE**

Upon consideration of the parties' Proposed Briefing Schedule, it is herby ORDERED that:

1.   Plaintiffs shall file and serve any motion for summary judgment on or before January 4, 2008.

2.   Defendant shall file and serve his opposition to plaintiffs' motion for summary judgment and any cross-motion for summary judgment on or before February 4, 2008.

3.   Plaintiffs shall file and serve their reply and opposition to any cross-motion on or before February 18, 2008.

Date:_____            _____

JAMES ROBERTSON
United States District Judge

31571524.DOC