IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WYETH AND ELAN PHARMA INTERNATIONAL LIMITED,

Plaintiffs,

v.

HON. JON W. DUDAS
Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office.

Defendant.

Civil Action No. 1:07-cv-01492 (JR)

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT TO CORRECT THE PATENT TERM ADJUSTMENT FOR UNITED STATES PATENT NOS. 7,179,892 AND 7,189,819**

**(Oral Argument Requested)**

Plaintiffs, by their undersigned attorneys, move this Honorable Court for an Order pursuant to 35 U.S.C. § 154(b)(4) granting summary judgment against defendant, requiring defendant to change the adjustment of the patent term on United States patent 7,179,892 (the " '892 patent") from 462 days to 756 days and change the adjustment of the patent term on United States Patent 7,189,819 (the " '819 patent") from 492 days to 722 days.

The grounds for this motion are set forth in the accompanying declaration of Sapna W. Palla and memorandum of law.

Plaintiffs request oral argument on the motion

Dated: January 4, 2008

Respectfully submitted,

David O. Bickart (DC Bar No. 355313)
KAYE SCHOLER LLP
The McPherson Building
901 Fifteenth Street, N.W., Suite 1100
Washington, D.C. 20005-2327
Tel: 202-682-3500
Fax: 202-682-3580

*Attorneys for Plaintiffs Wyeth and Elan Pharma
International Limited*

*Of Counsel*
Richard G. Greco
Sapna W. Palla
Kaye Scholer LLP
425 Park Avenue
New York, New York 10022
Tel. (212) 836-8000
Fax. (212) 836-8689

*Attorneys for Plaintiffs Wyeth and
Elan Pharma International Limited*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

WYETH and ELAN PHARMA INTERNATIONAL LIMITED,

Plaintiffs,

v.

HON. JON W. DUDAS
Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,

Defendant.

Civil Action No. 1:07-cv-01492 (JR)

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT TO CORRECT THE PATENT TERM ADJUSTMENT FOR UNITED STATES PATENT NOS. 7,179,892 AND 7,189,819**

David O. Bickart (DC Bar No. 355313)
KAYE SCHOLER LLP
The McPherson Building
901 Fifteenth Street, N.W., Suite 1100
Washington, D.C. 20005-2327
Tel: (202) 682-3500
Fax: (202) 682-3580

*Attorneys for Plaintiffs Wyeth and Elan Pharma International Limited*

*Of Counsel*
Richard G. Greco
Sapna W. Palla
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
Tel: (212) 836-8000
Fax: (212) 836-8689

# TABLE OF CONTENTS

Page

TABLE OF AUTHORITIES ........................................................................................ ii

PRELIMINARY STATEMENT .....................................................................................1

BACKGROUND ...........................................................................................................2

STATEMENT OF FACTS .............................................................................................5

A. The Patents At Issue In This Case. ........................................................................5

B. The Patent Term Adjustment Provisions of 35 U.S.C. § 154(b). ......................6

C. The PTO's Patent Term Adjustment Regulations ..............................................8

D. The PTO's Patent Term Adjustment For the Patents In Suit..............................9

1. The Patent Term Adjustment to the '892 Patent.....................................9

2. The Patent Term Adjustment to the '819 Patent..................................111

ARGUMENT...........................................................................................................133

I. THE PTO'S DECISION IS CONTRARY TO THE UNAMBIGUOUS LANGUAGE OF THE PATENT TERM ADJUSTMENT STATUTE....................133

A. The PTO's Calculation of Periods of Delay That Overlap Under § 154(b)(2)(A) Cannot be Reconciled With the Words of the Statute. .........133

B. The Plain Meaning of § 154(b)(2)(A) Is Supported By the Legislative History.........................................................................................................188

II. THE PTO'S CONSTRUCTION OF § 154 IS UNREASONABLE BECAUSE IT LEADS TO INCONSISTENT TREATMENT OF SIMILAR APPLICANTS. ....................................................................................................200

III. THE PTO'S CONSTRUCTION CANNOT BE JUSTIFIED BY DEFERENCE TO THE AGENCY.............................................................222

IV. THIS CASE PRESENTS SOLELY A LEGAL QUESTION OF STATUTORY CONSTRUCTION AND IS APPROPRIATE FOR SUMMARY JUDGMENT .................................................................................255

CONCLUSION.........................................................................................................266

**TABLE OF AUTHORITIES**

**CASES**

Page(s)

*Animal Legal Def. Fund v. Quigg*,
932 F.2d 920 (Fed. Cir. 1991) ........................................24

**Baker Hughes Inc. v. Kirk*,
921 F. Supp. 801 (D.D.C. 1995)........................................18

*Celotex Corp. v. Catrett*,
477 U.S. 317 (1986)........................................25

*Chevron, U.S.A. Inc. v. Natural Res. Def. Council, Inc.*,
467 U.S. 837 (1984)........................................23

**Ethicon, Inc. v. Quigg*,
849 F.2d 1422 (Fed. Cir. 1988) ........................................13, 23

*Exxon Mobil Corp. v. Allapattah Servs., Inc.*,
545 U.S. 546 (2005)........................................14

*FEC v. Democratic Senatorial Campaign Comm.*,
454 U.S. 27 (1981)........................................23

*Gonzales v. Oregon*,
546 U.S. 243 (2006)........................................24

*MCI Telecomms. Corp. v. AT&T Co.*,
512 U.S. 218 (1994)........................................14

*Merck & Co. v. Kessler*,
80 F.3d 1543 (Fed. Cir. 1996) ........................................23

*Mova Pharm. Corp. v. Shalala*,
140 F.3d 1060 (D.C. Cir. 1998)........................................24

*Perrin v. United States*,
444 U.S. 37 (1979)........................................13

*Powerex Corp. v. Reliant Energy Servs., Inc.*,
127 S. Ct. 2411 (2007)........................................17

*Rapanos v. United States*,
126 S. Ct. 2208 (2006)........................................24

*Skidmore v. Swift & Co.*,
323 U.S. 134 (1944)....24

*United States v. Turkette*,
452 U.S. 576 (1981)....18

**STATUTES**

37 C.F.R. §§ 1.702-705....8

Fed. R. Civ. P. 56....25

65 Fed. Reg. 17,215 (proposed Mar. 31, 2000)....8

65 Fed. Reg. 56,366 (Sept. 18, 2000)....8

69 Fed. Reg. 21,704 (Apr. 22, 2004)....19

69 Fed. Reg. 34,283 (June 21, 2004)....9, 18

Pub. L. No. 106-113, 113 Stat. 1501 (1999)....6

5 U.S.C. § 706....1

35 U.S.C. § 6(a)....23

*35 U.S.C. § 154(b).... 2 *et passim*

**MISCELLANEOUS**

H.R. Rep. No. 106-464 (1999) (Conf. Rep.)....6, 19, 20

145 Cong. Rec. S14696-03 (Nov. 17, 1999)....7

4 Irving Kayton, *Patent Practice* (8th ed. 2005). ....1

USPTO, *Manual of Patent Examining Procedure* (2007 Rev.)....3

**PRELIMINARY STATEMENT**

Plaintiffs, Wyeth and Elan Pharma International Limited (collectively, "Wyeth/Elan"), submit this memorandum of law in support of their motion for summary judgment to correct the patent term adjustment for United States Patent 7,189,819 (the "'819 patent") from 492 days to 722 days, and United States Patent 7,179,892 (the "'892 patent") from 462 days to 756 days.

This Court "shall . . . hold unlawful and set aside agency action, findings, and conclusions found to be . . . arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law . . . [or] in excess of statutory jurisdiction, authority, or limitations, or short of statutory right." 5 U.S.C. § 706(2)(A) & (C). Such are the circumstances here because the U.S. Patent and Trademark Office ("the PTO") has grossly misapplied both the statute and its own regulations on patent term adjustments resulting in an unlawful and illogical patent term adjustment policy. The PTO's position is indefensible, and leads to results that are inconsistent and unpredictable. A leading scholar in patent law has described this very practice by the PTO as "absurd under the statute and the law of common sense," explaining:

> [A]lthough the language of the statute seems quite clear and logical, and dictates a straightforward linear combination of [delays under (A) and delays under (B)]. . . the USPTO *interpretation* of its own Rules is in dramatic conflict with the clear wording of its own Rules. The author assures the readers that they will read in disbelief the illogic promulgated by the USPTO on this subject.

4 Irving Kayton, *Patent Practice* ch. 17, at 17:21 (8th ed. 2005) (attached as Palla Decl. Ex. K.) (emphasis in original).

While the terminology and time computations of this case may appear complex, the heart of this dispute is simple: must the PTO adjust patent terms for delays under (A) and (B) in a "straightforward linear combination," as suggested by Professor Kayton, or simply for the longer of the delay under (A) and (B). The plain words of the statute and the clear Congressional intent that "most" patents will receive "considerably more" than the previous 17-year term demands

that the PTO adjust patent terms in that "straightforward linear combination" for PTO delays under both (A) and (B), with an exception that when both types of delay occur on a single day, that single day is not double counted. Summary judgment is now appropriate because no facts are in dispute. The Court need only rule on the proper construction of the statute governing patent term adjustments, 35 U.S.C. § 154(b). (the "Patent Act").

The Patent Act recognizes two types of PTO delays which provide for extensions or "adjustments" of the term of a patent. The statute is explicit that a patentee is entitled to both of these adjustments for the PTO's delay – *i.e.*, the adjustments are additive, and not alternatives as the PTO has improperly held here. Thus if one type of delay (A) is 30 months, and the other type of delay (B) is 20 months, then the patent term must be extended by 50 months, and not merely the longer of the two. One exception to this is where two types of delay occur on the same day, in which event the delays "overlap" and the patent term is extended by only one day. Hence, using the same hypothetical above, if delay period A and delay period B overlap by 10 months, then the life of the patent is extended by 40 months instead of 50.

Despite the explicit language of the statute, and its unambiguous legislative history, the PTO has misconstrued the law by effectively awarding applicants a patent adjustment based only on the longer of the delay under (A) or (B), and not the total (minus overlap) as the statute requires. As detailed below, the PTO's error stems from an unreasonable and inconsistent interpretation of the terms "overlap" and "period of delay."

## BACKGROUND

Under the Patent Act, the '819 and '892 patents are entitled to a term of twenty years that is measured from the day on which their corresponding applications were filed.[1] Before a patent

[1] The '819 and '892 relate to a treatment of Alzheimer's disease. (*See* Palla Decl. Ex. L.)

application issues as a patent, however, the PTO must examine the application to determine if the criteria for patentability of the claims are met.  In the course of that process, the PTO typically will issue Office Actions that reject claims on various grounds.  The applicant may then respond to those Office Actions with amendments or arguments that address the PTO's concerns.  *See generally* USPTO, *Manual of Patent Examining Procedure* ch. 700 (2007 Rev.).  This back and forth process takes time, and necessarily reduces the effective term of the issued patent which begins to run on the date the application was filed.

In order to protect the patent applicant from loss of patent term due to delays by the PTO, the Patent Act, 35 U.S.C. § 154(b), provides statutory guarantees that the PTO will take the required actions within certain time limits, and grants the patent applicant one day of additional patent term for each day the PTO exceeds the prescribed time limit.

Similarly, the statute provides for patent term to be reduced for one day for each day of delay that is attributable to the applicant.  35 U.S.C. § 154(b)(2)(C).

There are two categories of time limits at issue in this case.  Subsection 154(b)(1)(A) [hereafter sometimes referred to as "(A)"] provides time limits for the PTO to take specified actions in the patent examination.  For example, the PTO is required to issue a first office action or allowance within 14 months of the filing date.  35 U.S.C. § 154(b)(1)(A)(i).  If the PTO exceeds the time limit, "the term of the patent shall be extended 1 day for each day after the end of the period specified . . . until the action . . . is taken."  35 U.S.C. § 154(b)(1)(A).  A second time limit involved in this case appears in § 154(b)(1)(B) [hereafter sometimes referred to as (B)] and requires the PTO to issue a patent within three years of the filing date of the application.  If the three-year deadline for issuing the patent is exceeded, "the term of the patent shall be

extended 1 day for each day after the end of that 3-year period until the patent is issued."[2] Because two different kinds of PTO delay may overlap and occur on a single calendar day, Congress provided that only one day of adjustment to the patent term should be made for one day of delay when more than one type of delay occurs on a single day. 35 U.S.C. § 154(b)(2)(A).

Thus, plaintiffs are entitled to an adjustment of the patent term for the total of each day of delay under both (A) and (B), with the limitation that if both types of delay occur on a single day, the day should not be double counted, and only one day of adjustment is made for that single day on which the PTO missed two independent deadlines.

The PTO has refused to follow this simple statutory plan in calculating a patent term adjustment for the two patents in this case. The net effect of the PTO's position is that plaintiffs received adjustment for either delays under (A) or delays under (B), rather than, as the statute requires, an adjustment for the total, non-overlapping PTO delays under both subsections. Plaintiffs were thus denied a full adjustment of the patent terms, and lost a portion of their patent term rights, solely because of the PTO's failure to act within the statutory time limits.

The PTO's error results from its use of two different and entirely inconsistent definitions of a "period of delay" under subsection (B), which requires the patent to be issued within three years of the application's filing date. For the purposes of calculating patent term adjustment for its failure to meet the deadline under subsection (B) to issue the patent within three years of filing, the PTO logically defines period of delay as beginning three years after the filing date of the application. But in determining whether that period of delay under subsection (B) overlaps

---

2 A third category, §154(b)(1)(C), provides a guarantee that patent term would not be lost for reasons of secrecy orders, interferences, or appeals and requires a day of adjustment for each day the patent issuance was delayed by reason of such events. That section is not in issue in this case.

with the delay under subsection (A), the PTO applies an entirely inconsistent definition. In that situation, the PTO defines period of delay under subsection (B) as the period from the filing date of the patent application to the date of issuance, not simply the period beginning three years after the filing date. As a practical matter, the PTO's shifting definition of the term period of delay allows it to excuse its failure to meet the statutory time limits under (A) when it fails also to meet the statutory guarantees under (B), whenever the delay under (B) is longer than (A).

The PTO's position has no support in the unambiguous language of § 154(b). It also frustrates Congress' clear intention that the twin guarantees of (A) and (B) would provide most applicants a patent term that is "considerably more" than the 17 year term that existed before the 1994 GATT amendments. (*See infra* pp. 20-21.) The PTO's position is unreasonable because it leads to two entirely different and inconsistent definitions of "periods of delay," and inconsistent treatment of similarly situated applicants. Further, the PTO's interpretation is not entitled to deference because the statute is not silent or ambiguous, nor did Congress authorize the PTO to determine what delays entitle the applicant to an adjustment.

## STATEMENT OF FACTS

### A. <u>The Patents at Issue in This Case</u>

Alzheimer's disease is a progressive and fatal brain disease, named for the German physician Alois Alzheimer, who first described it in 1906. Alzheimer's disease kills brain cells, causes severe memory loss, adversely affects thinking and behavior, and eventually causes death. More than five million Americans suffer from Alzheimer's for which today there is no known cure or effective treatment. A characteristic of Alzheimer's is the appearance in the brain of deposits or plaques composed of beta amyloid peptide. (*See* Palla Decl. Ex. A at col. 1, lines 16-44.)

Plaintiffs have discovered that certain antibodies against beta amyloid peptide are effective in preventing or clearing plaque deposits in animal models of Alzheimer's disease. The '819 and '892 patents claim "humanized" anti-beta amyloid antibodies that can be administered to patients to treat Alzheimer's; a potentially ground-breaking new treatment for Alzheimer's disease that has moved into Phase III trials. (*See* Palla Decl. Ex. L.)

**B. The Patent Term Adjustment Provisions of 35 U.S.C. § 154(b)**

Before the 1994 amendments to the Patent Act, the term of the patent began on the date of issuance. Although a delay by the PTO in the examination of the patent application delayed the start of the patent term, the delay did not shorten the effective term of the patent. The patent's term extended seventeen years from the date the patent ultimately issued.

In 1994 Congress amended the Patent Act to provide for a twenty-year patent term. That term, however, begins the date that the patent application is filed rather than the date the patent issued. Because no patent enforcement rights exist until the patent issues, any delay by the PTO in examining the patent application, or issuing the patent, erodes the patent's life by one day for every day of PTO delay. To assure inventors that PTO delays would not deprive them of patent life, the 1999 American Inventor's Protection Act ("AIPA")[3] amended the patent term adjustment provisions of 35 U.S.C. § 154(b) to set time limits for various PTO actions and to provide an adjustment to the term of patents to restore each day of patent term lost when the PTO exceeded the time limits. *See* H.R. Rep. No. 106-464, at 125 (1999) (Conf. Rep.).[4]

---

3 The AIPA is Title IV of the Intellectual Property and Communications Omnibus Reform Act of 1999 (S. 1948). It was introduced in the 106th Congress on November 17, 1999 and was incorporated and enacted as law as part of Pub. L. No. 106-113. *See* Pub. L. No. 106-113, § 4402, 113 Stat. 1501, 1501A-557-1501A-560 (1999).

4 The bill to which H.R. Rep. No. 106-464 related, H.R. 1554, was incorporated as a whole into a later appropriations bill, H.R. 3194, which was enacted as Pub. L. No. 106-113. The

Section 154(b)(1) provides patent applicants with two distinct statutory "patent term guarantees" relevant here. The first of these appears in subsection (A), which is titled "Guarantee of prompt Patent and Trademark Office responses." Under this guarantee, a patent applicant is entitled to a one-day restoration of the patent term for each day of delay during which the PTO has breached the guarantee by failing to meet a statutory timetable for taking certain specified actions on the patent application. 35 U.S.C. § 154(b)(1)(A). Subsection (1)(B) provides a distinct statutory "guarantee" that no application will remain pending more than three years, and it provides as a remedy for breach of this guarantee the restoration of one day of patent term for each day of delay during which the PTO has failed to issue the patent beyond the three-year time limit. 35 U.S.C. § 154(b)(1)(B).[5]

---

Conference Report on appropriation bill H.R. 3194, H.R. Rep. No. 106-479, does not contain a section-by-section analysis of S. 1948, but it purports to incorporate S. 1948, whose language is identical to that in H.R. 1554. H.R. Rep. No 106-464, submitted on November 9, 1999, does contain a section-by-section analysis of S.1948. On November 17, 1999, the same section-by-section analysis of S. 1948 from H.R. Rep. No. 106-464 was printed in the Congressional Record (145 Cong. Rec. S14696-03, S14718).

[5] Sections § 154(b)(1)(A) and (B) state:

> "(1) Patent Term Guarantees.
>
> "(A) Guarantee of prompt Patent and Trademark Office responses. - Subject to the limitations under paragraph (2), if the issue of an original patent is delayed due to the failure of the Patent and Trademark Office to . . .
>
> **[**(i) Act initially on an application within fourteen months of its filing date; (ii) Respond to a reply or appeal by applicant within four months of the reply or appeal; (iii) Act on an application within four months of a Board of Patent Appeals and Interferences ("BPAI") or court decision in an application containing allowable claims; and (iv) Issue a patent within four months of the date the issue fee was paid.**]**
>
> . . . the term of the patent shall be extended 1 day for each day after the end of the period specified in clause (i), (ii), (iii), or (iv), as the case may be, until the action described in such clause is taken."

Because portions of these delay periods may sometimes overlap (*e.g.*, where the failure of the PTO to timely complete an action required under (A) occurs after the three-year limit of (B)), § 154(b)(2)(A) limits the statutory adjustment to one day for each day of "delay," even though the PTO may have breached more than one statutory guarantee on a single day.

Section 154(b)(2)(A) therefore provides as follows:

> To the extent that periods of delay attributable to grounds specified in paragraph (1) overlap, the period of any adjustment granted under this subsection shall not exceed the actual number of days the issuance of the patent was delayed.

This provision avoids double counting, so that an applicant may receive no more than a one-day adjustment for any single day of delay, regardless of the number of types of delay that may have occurred on that single day.

**C. <u>The PTO's Patent Term Adjustment Regulations</u>**

The PTO's promulgated regulations concerning patent term adjustments essentially repeat the terms of the statute.[6] *See* 37 C.F.R. §§ 1.702-705. Section 1.702 (interpreting § 154(b)(1)) describes grounds for adjustment of patent term due to examination delay, and

---

> "(B) Guarantee of no more than 3-year application pendency. - Subject to the limitations under paragraph (2), if the issue of an original patent is delayed due to the failure of the United States Patent and Trademark Office to issue a patent within 3 years after the actual filing date of the application in the United States **[**excluding certain periods not applicable here**]** the term of the patent shall be extended 1 day for each day after the end of that 3-year period until the patent is issued."

[6] In March 2000, the PTO published a notice proposing changes to the rules of practice to implement the provisions of § 4402 of the AIPA. *See* Changes to Implement Patent Term Adjustment Under Twenty-Year Patent Term, 65 Fed. Reg. 17,215 (proposed Mar. 31, 2000). In September 2000, the PTO issued a final rule to implement those provisions of the AIPA relating to the new PTA provisions. *See* Changes to Implement Patent Term Adjustment Under Twenty-Year Patent Term, 65 Fed. Reg. 56,366 (Sept. 18, 2000) (to be codified at 37 C.F.R. pt. 1).

§ 1.703 sets forth the method of calculating the period of adjustment of patent term due to examination delay.[7]

**D. <u>The PTO's Patent Term Adjustment For the Patents In Suit</u>**

The facts relating to the periods of delay for calculation of the patent term adjustments for the '819 and '892 patents are not in dispute. The detailed calculations of the correct patent term adjustment are set forth in the Palla Declaration.

1. <u>The Patent Term Adjustment to the '892 Patent</u>

With regard to the '892 patent, there were 610 days of delay accruing under § 154(b)(1)(A), and 345 days of delay under § 154(b)(1)(B), because the patent did not issue until 345 days after the third anniversary of its filing. (Palla Decl. ¶¶ 6 (A)-(C).) Of the 610 days of delay accruing under (A)**,** 559 days occurred during the first three years after the filing date of the patent application, and 51 days of that delay occurred after three years from the filing date of the application. Therefore, the 51 days of delay overlap with delay under (B) and should be counted only once. (*Id*. ¶ 6 (D).) After deducting the undisputed period of applicant delay

---

[7] In an explanation of a revision issued on June 21, 2004, which modified 37 C.F.R. §1.703(f) to track literally the statute's reference to overlapping "delay," the PTO adopted an interpretation of the statute and its rules that was at odds with the language of both. It stated that the change in the language of §1.703(f) was made because, according to the PTO, the previous version of the regulation had "misled" applicants into believing that delays under 35 U.S.C. 154(b)(1)(A) and delays under 35 U.S.C. 154(b)(1)(B) were "overlapping" only if the period of delay under 35 U.S.C. 154(b)(1)(A) "occurred more than three years after the actual filing date of the application." *See* Explanation of 37 CFR 1.703(f) and of the United States Patent and Trademark Office Interpretation of 35 U.S.C. 154(b)(2)(A), 69 Fed. Reg. 34,283, 34,283 (June 21, 2004). Instead, according to the PTO, " [i]f an application is entitled to an adjustment under 35 U.S.C. 154(b)(1)(B), the entire period during which the application was pending before the Office . . . and not just the period beginning three years after the actual filing date of the application, is the period of delay under 35 U.S.C. 154(b)(1)(B) in determining whether periods of delay overlap under 35 U.S.C. 154(b)(2)(A)." *Id*. This misinterpretation of the statute is at the heart of the dispute in this case.

(conceded to be 148 days under § 154(b)(2)(C)), the total adjustment due on the '892 patent is 756 days (*i.e.*, (610 + 345 - 51) – 148 = 756 days). (*Id*. ¶¶ 6 (A)-(G).)

The adjustment that should have applied to the '892 patent can be readily seen in graphic form:

The PTO ruled that all 610 days of delay under (A) -- both those occurring within three years from the application's filing date and those that occurred after the three-year period had elapsed -- overlapped with a period of delay under (B). (*Id*. Ex. F at 2.) The PTO made an adjustment based solely on the delay period of 610 days under (A), from which it deducted the 148 days of applicants' delay, resulting in 462 days. (*Id.*) It simply disregarded the period of delay under (B), including the 294 days of delay that did not overlap with any days of delay under (A) stating -- without any basis in either the statute or regulations -- that "[s]ince the

Office delays under [(A)] are greater than the delay for [(B)], applicants will receive no additional [patent term adjustment] time." (*Id*.)

2. The Patent Term Adjustment to the '819 Patent

Regarding the '819 patent, the PTO agrees that there were 336 days of delay under § 154(b)(1)(A) for failure to timely take specified actions, and 827 days of delay under (B) consisting of the time after three years from the filing date before the patent issued. (Palla Decl. ¶¶ 9 (A)-(C); *id.* Ex. I at 10; Answer ¶ 30.) The 336 days of delay under (A) consist of 230 days of delay during the first three years of the patent prosecution, plus two separate periods of delay, one of 14 days and the other of 92 days, which occurred after three years from the application's filing date. There is no dispute that 106 days of the delays accruing under (A) occurred more than three years after the filing date, so that those 106 days of delay under (A) thus overlap with delay under (B) and should only be counted once. (Palla Decl. ¶¶ 9 (D)-(E).) When applicants' delays (which are conceded to total 335 days under § 154(b)(2)(C)) are deducted,[8] there should be a 722-day adjustment (*i.e.*, (336 + 827- 106) – 335 = 722 days.) (*Id*. at ¶¶ 9 (A)-(G); Ex. G.)

Again, the proper adjustment can be readily seen in graphic form:

[8] There is no dispute concerning the applicants' delay or its deduction from the adjustment. (*See* Palla Decl. ¶ 9 (F); Answer ¶ 34.)



**Figure 2**

**PTO Delays Under § 154(b)(1)(A) and (B) in ’819 Patent Prosecution**

The PTO allowed an adjustment of only 492 days for the ‘819 patent. The PTO again expressed the view that “in determining whether periods of delay ‘overlap’ under 35 U.S.C. 154(b)(2)(A)” the period of delay under § 154(b)(1)(B) “is the entire period during which the application was pending before the Office.” (*Id*. Ex. I at 12-13.) The PTO disregarded all 336 days of delay under (A) -- both the 230 days of delay that occurred within the first three-years after the filing date of the patent application, and the 106 days of delay that occurred after the three year time limit for patent issuance -- because it considered all of those days to “overlap” with the delay under subsection (B). (*Id*. Ex. I at 13.)

Further demonstrating that its ruling is entirely unmoored from the statutory scheme, the PTO could not even offer a coherent explanation for how it calculated the adjustment for the ‘819 patent. First, the PTO stated that it derived its adjustment by subtracting the entire period of 336 days of delay under (A), from the 827 days of delay under (B), yielding 491 days. (*Id*.)

In the next paragraph of the same decision, however, the PTO "maintain[ed]" without further explanation, "that the correct revised determination of patent term adjustment . . . is 492 [sic] days," and not the 491 days it had just calculated. (*Id*.)

A 492-day adjustment would, however, be consistent with a policy of allowing an applicant an adjustment based on the longer of the delay under § 154(b)(1)(A) or under § 154(b)(1)(B), but not under both subsections. A 492 day adjustment equates to the 827 days of delay under (B), less the 335 days of applicant's delay, which is the approach that the PTO followed with respect to the '892 patent, as discussed above. That may be what the PTO had intended to do, but in either case its approach was wrong.

The applicants' petitions for reconsideration were denied by the PTO. (*See id*. Ex. F; Ex. I.) Applicants timely brought this action under 35 U.S.C. § 154(b)(4) which authorizes an applicant dissatisfied with the PTO's patent term adjustment to bring a civil action against the Director of the PTO in the U.S. District Court for the District of Columbia, within 180 days after the grant of the patent, and requires the Director to alter the term of the patent to reflect any final judgment.

## ARGUMENT

### I. THE PTO'S DECISION IS CONTRARY TO THE UNAMBIGUOUS LANGUAGE OF THE PATENT TERM ADJUSTMENT STATUTE

#### A. The PTO's Calculation of Periods of Delay That Overlap Under § 154(b)(2)(A) Cannot Be Reconciled With the Words of the Statute.

"A fundamental canon of statutory construction is that, unless otherwise defined, words will be interpreted as taking their ordinary, contemporary, common meaning." *Perrin v. United States*, 444 U.S. 37, 42 (1979); *Ethicon, Inc. v. Quigg*, 849 F.2d 1422, 1426 (Fed. Cir. 1988)

(reversing PTO commissioner decision concerning his statutory power to stay a reexamination proceeding).

Furthermore, ordinary principles of statutory construction require examining the statutory text "in light of context, structure, and related statutory provisions." *Exxon Mobil Corp. v. Allapattah Servs., Inc*., 545 U.S. 546, 558 (2005). "[A]n agency's interpretation of a statute is not entitled to deference when it goes beyond the meaning that the statute can bear. . . ." *MCI Telecomms. Corp. v. AT&T Co.,* 512 U.S. 218, 229 (1994).

The patent term adjustment statute is unambiguous. There are three types of PTO delays requiring adjustment under §§ 154(b)(1)(A), (B) and (C).[9] Each section provides for a restoration of one day of patent term for each day of PTO delay, and the adjustments for delay are additive, and not alternatives.

The only statutory limitation of adjustments for delays under both (A) and (B) exist in § 154(b)(2). Here, only § 154(b)(2)(A) -- the limitation against double counting of delays that "overlap" -- is in contention. That provision states:

> To the extent that periods of delay attributable to grounds specified in paragraph (1) overlap, the period of any adjustment granted under this subsection shall not exceed the actual number of days the issuance of the patent was delayed.

The correct application of the limitation of § 154(b)(2)(A) depends on the meaning of the statutory terms "overlap" and "periods of delay attributable to grounds specified in

---

9 Subsection (b)(1)(C), which is not at issue in this case, provides a separate "guarantee" that patent term will not be lost because of delay due to interference proceedings, secrecy orders, or successful appeals. 35 U.S.C. § 154(b)(1)(C). Subsection (b)(1)(C) also provides a one-day adjustment for every day of "delay" caused by such proceedings. However, unlike the delays against which § 154(b)(1)(A), provides a guarantee, the delays resulting from proceedings identified in § 154(b)(1)(C) are expressly excluded in determining whether the "Guarantee of no more than 3-year application pendency" has been breached. *See* 35 U.S.C. § 154(b)(1)(B).

paragraph (1)." If there is no "overlap" of a "period of delay," then there is no limitation under § 154(b)(2)(A) on awarding one day of adjustment for each day of delay arising under both subsections 154(b)(1)(A) and (B).

Only the term, "periods of delay" in § 154(b)(2)(A) appears to be in dispute, but that term is susceptible to only one meaning for delays under § 154(b)(1)(A) and (B): it is the period of time that begins the day after the expiration of the allotted time for the PTO to act under each subsection of § 154(b)(1) and ends on the day when the required action occurs. The patent term adjustment for delay under § 154(b)(1)(A) is "1 day for each day *after the end of the period* specified in clause (i), (ii), (iii), or (iv), as the case may be, until the action described in such clause is taken." (emphasis added). The patent term adjustment for delay under § 154(b)(1)(B) is similarly "1 day for each day *after the end* of that *3-year* period until the patent issued." (emphasis added). The delay (and the adjustment for delay) does not begin until *after* the time period allowed for the action has expired.[10]

Consequently, an "overlap" of "periods of delay" can occur only if there are grounds for an adjustment under two, or more, different subsections on the same day, for example, if the PTO is in default on two (or more) obligations on the same day. In such a case, the applicant receives only a one-day adjustment for that single day, and not two (or more) days of adjustment (*i.e.*, not one day of adjustment for each type of delay that occurs on a single day).

In applying the statute to the patent term adjustment in this case, the total adjustment is the sum of (A) delays and (B) delays. To prevent double counting of days where both (A) and (B) delays occur, the (A) delays that occurred after three years from the filing date of the

[10] Section 154(b)(1)(C) does not prescribe a time period in which an action must be completed, but requires an adjustment for each day of delay due to interference proceedings, secrecy orders, or appeals that result in issuance of the patent.

application -- the point at which (B) delay starts -- are deducted from the total of (A) and (B) days of delay.

The period between the filing of the application, and the third anniversary of the filing, is not a "period of delay" under § 154(b)(1)(B) as the PTO contended when it determined that delays under (A) were overlapping with delays under (B) in the '892 and '819 patent prosecutions. Until the third anniversary of the application's filing, there is *no* § 154(b)(1)(B) delay – the time for the action required by § 154(b)(1)(B) has not expired. It follows that a delay under § 154(b)(1)(A) that occurs within the first three years after the '892 and '819 patent applications had been filed has no delay under subsection 154(b)(1)(B) with which it could "overlap."

The PTO's clear error of law occurred when it denied an adjustment of the '819 patent for delays under § 154(b)(1)(A) in the first three years after the patent application was filed on the ground that those delays were overlapping with a delay under § 154(b)(1)(B). The PTO was also in error when it denied an adjustment of 294 days for the '892 patent for delays under § 154(b)(1)(B), even though that period of delay did not overlap with any period of delay under § 154(b)(1)(A).

Moreover, even if the PTO were correct that the entire period from the filing of the application to the issuance of the patent was a period of delay under § 154(b)(1)(B) -- and there is no basis in the statutory language for its position that the delay can begin on the day the application is filed -- its adjustment would still be incorrect. If delays under both (A) and (B) occur on a single day, the two types of delay "overlap." That single day on which two delays occurred does not require two days of adjustment, but it is one day of delay, requiring one day of adjustment. Yet, while the PTO ruled in the case of the '819 patent that all of the (A) delays

occurring in the first three years overlapped with delay under (B), it did not count those days of delay as even one day of delay in calculating patent term adjustment, but instead excluded them from the adjustment entirely.  No plausible meaning of the words of the statute could lead to this construction where multiple "overlapping delays" are no delay at all.

The PTO has denied the proper adjustment for the total PTO delay by applying arbitrary and inconsistent definitions of what constitutes a "period of delay" under § 154(b)(1)(B), contrary to the basic rule of statutory construction "that identical words and phrases within the same statute should normally be given the same meaning."  *Powerex Corp. v. Reliant Energy Servs., Inc.*, 127 S. Ct. 2411, 2417 (2007).  When the PTO is determining whether a delay under (A) overlaps with a delay under (B), it defines the "period of delay" under (B) as beginning on the date the application was filed, and denies an adjustment for delays arising under § 154(b)(1)(A), including in the first three years of patent prosecution, because those delays "overlap" with delays under (B).  When the PTO calculates the adjustment due to the applicant, however, the PTO redefines a period of delay under (B) to begin three years after the filing date of the application.  It therefore does not award any adjustment for what it previously defined as a period of delay under (B) when it denied an adjustment for (A) because it overlapped with a delay under (B).

There is no basis in the statute for treating the first three years of patent prosecution as a "delay" under (B) for purposes of identifying an "overlap," but then treating that same period of time as no "delay" for purposes of making the required term adjustment.  Such a flip-flop on the meaning of "period of delay" has no basis in the statutory language.

The net result of the use of the inconsistent definitions of delay under (B) is that the PTO makes an adjustment of patent term for either the delay under (A) or the delay under (B), but not

both, even if the periods of delay under each subsection do not overlap. The PTO articulated this net result as an alternative statement of its position in the decisions at issue in this case. It stated:

> As explained in *Explanation of 37 CFR 1.703(f) and of the United States Patent and Trademark Office Interpretation of 35 U.S.C. 154 (b)(2)(A)*, 69 Fed. Reg. 34283 (June 21, 2004), the Office interprets 35 U.S.C. 154(b)(2)(A) as permitting either patent term adjustment under 35 U.S.C. 154(b)(1)(A)(i)-(iv), or patent term adjustment under 35 U.S.C. 154(b)(1)(B), but not as permitting patent term adjustment under both 35 U.S.C. 154(b)(1)(A)(i)-(iv) and 154 (b)(1)(B).

(Palla Decl. Ex. I at 10;[11] *see also id*. Ex. F at 2.)

The PTO did not even attempt to justify this alternative statement of its position in these decisions with reference to any words in the statute. Subsections 154(b)(1)(A) and (b)(1)(B) are written in the form of two distinct and independent guarantees. Patent applicants are guaranteed both "prompt Patent and Trademark Office responses," (A), and "No more than 3-year application pendency," (B). There is not a word in the statute or the legislative history that implies that adjustments under (A) and (B) are only to be used as alternatives.

**B. The Plain Meaning of § 154(b)(2)(A) Is Supported by the Legislative History.**

A statute's legislative history may be considered "to see if it calls the apparent clarity of the statutory language into question." *Baker Hughes Inc. v. Kirk*, 921 F. Supp. 801, 810 (D.D.C. 1995). If it does not, the unambiguous language of the statute "must ordinarily be regarded as conclusive." *United States v. Turkette*, 452 U.S. 576, 580 (1981).

---

[11] The cited Federal Register notice is not consistent with the PTO's "either/or" approach. There, the PTO said, "[t]hus, the Office *does not* interpret 35 U.S.C. 154(b)(2)(A) as permitting either patent term adjustment under 35 U.S.C. 154(b)(1)(A)(i)-(iv), or patent term adjustment under 35 U.S.C. 154(b)(1)(B), but not as permitting patent term adjustment under both 35 U.S.C. 154(b)(1)(A)(i)-(iv) and 154(b)(1)(B)." *See* Explanation of 37 CFR 1.703(f) and of the United States Patent and Trademark Office Interpretation of 35 U.S.C. 154(b)(2)(A), 69 Fed. Reg. 34,283, 34,284 (June 21, 2004) (emphasis added). The PTO there allowed for one narrow exception where an adjustment under both sections might be possible. It was still incorrect and inconsistent with the statute.

The legislative history is clear that in providing the limitation regarding overlapping periods of delay under § 154(b)(2)(A), Congress intended only that one day of delay not count as two days of delay when the PTO was in default on two different obligations under § 154(b)(1) on the same day.  The Conference Report explains:

> To the extent that there are multiple grounds for extending the term of a patent that may exist simultaneously (*e.g.*, delay due to a secrecy order under section 181 and administrative delay under section 154(b)(1)(A)), the term *should not be extended for each ground of delay but only for the actual number of days* that the issuance of a patent was delayed . . . .

H.R. Rep. No. 106-464, at 127 (1999) (Conf. Rep.) (emphasis added).

The legislative history concerning the treatment of overlapping delays is consistent with the plain language of the statute providing for separate guarantees and adjustments.  Nothing in the legislative history suggests that Congress intended § 154(b)(2)(A) to preclude adjustments under both § 154(b)(1)(A) and (B) when the periods during which the PTO was in default under each section did not overlap.  Each day in which the PTO fails to take one of the statutorily-required actions leading to patent issuance is a day on which the issuance of the original patent has been delayed, and for which extension is therefore required.  *See* Revision of Patent Term Extension and Patent Term Adjustment Provisions, 69 Fed. Reg. 21,704, 21,711 (Apr. 22, 2004) (to be codified at 37 C.F.R. pt. 1).

Congress expressly contemplated that the statute would afford diligent applicants considerably more patent term when the guarantee of (A) was combined with the guarantee of (B) -- issuance within three years of filing -- stating:

> Accordingly, subtitle D removes the 10-year caps from the existing provisions, adds a new provision to compensate applicants fully for USPTO-caused administrative delays, and, for good measure, includes a new provision guaranteeing diligent applicants at least a 17-year term by extending the term of any patent not granted within three years of filing.  Thus, no patent applicant diligently seeking to obtain a patent will receive a term

> of less than the 17 years as provided under the pre-GATT standard; in fact, most will receive considerably more.

H.R. Rep. No. 106-464, at 125 (emphasis added).

This language confirms that Congress included adjustments under (B) to guarantee that at minimum, post-GATT applicants would receive the 17-year patent term that pre-GATT applicants enjoyed, while additionally providing for adjustment under (A) to compensate for PTO delays, fully intending that diligent applicants would not only receive the pre-GATT term but "considerably more." [12]

## II. THE PTO'S CONSTRUCTION OF § 154 IS UNREASONABLE BECAUSE IT LEADS TO INCONSISTENT TREATMENT OF SIMILAR APPLICANTS

The PTO's approach to patent term adjustment suggests that the PTO would allow an adjustment under § 154(b)(1)(A) for a delay occurring in the first three years of patent prosecution, if the patent issued within three years of the application date and there were no adjustment due under § 154(b)(1)(B). This would follow from the PTO's explanation in its decisions that it will make an adjustment under the longer of the (A) delay or (B) delay, but not both.[13]

Nonetheless, if the PTO adheres to that interpretation, and allows adjustments under § 154(b)(1)(A) if there is no adjustment due under § 154(b)(1)(B), its construction is still

[12] On September 20, 2007, the PTO published a paper in which it advocates amending the current patent term adjustment law to achieve the result it currently seeks to impose by "construction." (*See* Palla Decl. Ex. M.) In that paper, the PTO states that a patent term adjustment "should be limited to the situations in which the USPTO delayed processing or examination of the patent and this delay resulted in the application pending before the USPTO for more than three years." (*Id.* at 1.) The PTO appears to be attempting to impose what it seeks as an amended statute by an untenable interpretation of the current, quite different, law.

[13] One cannot reach the PTO's explanation from the words of the statute if the term "period of delay" is given a consistent meaning.

unreasonable because it leads to inconsistent treatment of patent applicants, and deprives the applicant of patent term due to the PTO's failure to meet statutory deadlines.

For example, as illustrated in Figure 3 below, assume a first applicant filed a patent application on March 12, 2003, and the PTO failed to mail an action until November 22, 2005 (559 days longer than the 14 months permitted under § 154(b)(1)(A)(i)), but that application timely issued as a patent on March 12, 2006 -- exactly three years after the filing date. In that case, the PTO would apparently adjust the patent term by 559 days because there was a § 154(b)(1)(A) delay and no delay under § 154(b)(1)(B). The first applicant would thus have an effective patent term of 18 years, 6 months and 10 days. Now assume a second applicant filed a patent application also on March 12, 2003, and that the PTO also did not mail an office action until November 22, 2005 (producing the same 559 day delay). Assume that this second applicant's patent issued on March 12, 2007 -- four years after its filing, or one year beyond the time limit of (B). If the PTO used the approach it applied in this case to calculate the adjustment for the second applicant in this example, it would make an adjustment for the longer delay of (A) or (B). It thus would allow an adjustment for the 559 days of delay under (A), and allow no adjustment for the additional 365 days of delay under (B), because the delay under (A) was greater than the delay under (B). That adjustment would leave the second applicant in this example with a patent term of 17 years, 6 months and 10 days, one year shorter than the first applicant solely because of the unadjusted additional PTO delay that occurred under (B).



The PTO's construction would thus severely penalize an applicant who suffered a delay under both (A) and (B), and would give him a substantially shorter patent term than the applicant who suffered a delay only under (A). The second applicant suffers a substantial loss of patent term due to the PTO's additional delay under (B). That result would be contrary to the purpose of the statute of guaranteeing the applicant that the PTO's failure to act within the statutory time limits will not result in a loss of patent term.

## III.    THE PTO'S CONSTRUCTION CANNOT BE JUSTIFIED BY DEFERENCE TO THE AGENCY

Challenges to the PTO's determination of a period of patent term adjustment are governed by Chapter 7 of Title 5. *See* 35 U.S.C § 154(b)(4)(A). While an agency's

interpretation of a statute it administers which is ambiguous or silent on the point of interpretation may be entitled to deference when it makes rules pursuant to a delegation of authority from Congress, *Chevron, U.S.A. Inc. v. Natural Res. Def. Council, Inc*., 467 U.S. 837, 843-45 (1984), the "courts are the final authorities on issues of statutory construction. . . . [and] must reject administrative constructions of the statute, whether reached by adjudication or by rulemaking, that are inconsistent with the statutory mandate or that frustrate the policy that Congress sought to implement." *FEC v. Democratic Senatorial Campaign Comm.*, 454 U.S. 27, 32 (1981); *Ethicon, Inc. v. Quigg*, 849 F.2d 1422, 1425 (Fed. Cir. 1988) (same).

The PTO's construction of § 154(b) is not entitled to deference, because the statute is not ambiguous or silent on the issue of the adjustment for delays under multiple subsections, nor is it ambiguous or silent on the meaning of "periods of delay" that "overlap."

Furthermore, even if the statute were ambiguous or silent on the issues, the PTO's interpretation would not be entitled to *Chevron* deference because Congress did not delegate to the PTO the authority to determine what delays would entitle the patent applicant to an adjustment. The statute sets forth in detail the adjustments to which a patent applicant is entitled. The PTO was delegated only the authority to "prescribe regulations establishing procedures for the application for and determination of patent term adjustments," 35 U.S.C. § 154(b)(3)(A), and was not delegated the substantive authority to determine what adjustments are appropriate. The PTO has not been granted the authority to make substantive rules of law even under its broadest rulemaking authority. *Merck & Co. v. Kessler*, 80 F.3d 1543, 1549-50 (Fed. Cir. 1996) ("As we have previously held, the broadest of the PTO's rulemaking powers - 35 U.S.C. § 6(a) - authorizes the Commissioner to promulgate regulations directed only to 'the conduct of proceedings in the [PTO];' it does NOT grant the Commissioner the authority to issue

substantive rules." (quoting *Animal Legal Def. Fund v. Quigg*, 932 F.2d 920, 930 (Fed. Cir. 1991)) (emphasis in original).

As the Supreme Court stated in *Gonzales v. Oregon*:

> Deference in accordance with *Chevron*, however, is warranted only "when it appears that Congress delegated authority to the agency generally to make rules carrying the force of law, and that the agency interpretation claiming deference was promulgated in the exercise of that authority." (citation omitted) Otherwise, the interpretation is "entitled to respect" only to the extent it has the "power to persuade."

546 U.S. 243, 255-56 (2006) (citing *Skidmore v. Swift & Co.*, 323 U.S. 134, 140 (1944)).

The PTO's interpretation of the AIPA patent term adjustment provisions was not included in the regulations it adopted, rather the regulations in 37 C.F.R. 1.702 merely parrot the words of the statute and do not provide any support for the PTO's position. The PTO cannot bootstrap its interpretation of the statute by claiming that it is entitled to deference in interpreting its regulations that mirror the statute. The Supreme Court rejected such an approach in *Gonzales v. Oregon*:

> Simply put, the existence of a parroting regulation does not change the fact that the question here is not the meaning of the regulation but the meaning of the statute. An agency does not acquire special authority to interpret its own words when, instead of using its expertise and experience to formulate a regulation, it has elected merely to paraphrase the statutory language.

546 U.S. at 257.

An agency's interpretation of even an ambiguous statute will not be accepted when, as here, the construction cannot be reconciled with the language. *See Rapanos v. United States*, 126 S. Ct. 2208, 2225 (2006) (rejecting the Army Corps of Engineers' construction of the ambiguous statutory term "navigable waters" in favor of the only plausible construction). The statute in issue also does not implicate any special expertise of the Patent Office; rather, the issue is one of the meaning of plain English words in a statute where the Court has greater expertise. *See Mova Pharm. Corp. v. Shalala*, 140 F.3d 1060, 1068 (D.C. Cir. 1998).

## IV. THIS CASE PRESENTS SOLELY A LEGAL QUESTION OF STATUTORY CONSTRUCTION AND IS APPROPRIATE FOR SUMMARY JUDGMENT

Summary judgment is appropriate when the moving party has shown that there are no genuine issues of material fact and that the moving party is entitled to judgment as a matter of law. *See* Fed. R. Civ. P. 56(c); *Celotex Corp. v. Catrett*, 477 U.S. 317, 325 (1986).

Here, there are no disputed issues of material fact. All the facts related to calculating the patent term adjustment under § 154(b)(1) for both the '819 and '892 patents are undisputed. (*See supra* pp. 7-9; Answer ¶¶ 18, 22, 30, 34.) The only issue is the interpretation by the PTO of overlapping delays under § 154(b)(2)(A) and whether that interpretation is contrary to the requirements of the statute. Thus, since this case involves purely legal issues, it is appropriate for summary judgment.

**CONCLUSION**

For all the foregoing reasons, this Court should grant plaintiffs' motion for summary judgment that the patent term adjustment for the '892 patent be changed from 462 days to 756 days, and that the patent term adjustment for the '819 patent be changed from 492 days to 722 days.

Dated: January 4, 2008

Respectfully submitted,

David O. Bickart (DC Bar No. 355313)
KAYE SCHOLER LLP
The McPherson Building
901 Fifteenth Street, N.W., Suite 1100
Washington, D.C. 20005-2327
Tel: 202-682-3500
Fax: 202-682-3580

*Attorneys for Plaintiffs Wyeth and Elan Pharma International Limited*

*Of Counsel*
Richard G. Greco
Sapna W. Palla
Kaye Scholer LLP
425 Park Avenue
New York, New York 10022
Tel. (212) 836-8000
Fax. (212) 836-8689

*Attorneys for Plaintiffs Wyeth and Elan Pharma International Limited*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WYETH and ELAN PHARMA INTERNATIONAL LIMITED,<br><br>Plaintiffs,<br>v.<br><br>HON. JON W. DUDAS<br>Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office.<br><br>Defendant. | Civil Action No. 1.07-cv-01492 (JR) |

**DECLARATION OF SAPNA W. PALLA IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT TO CORRECT THE PATENT TERM ADJUSTMENT FOR UNITED STATES PATENT NOS. 7,179,892 AND 7,189,819**

I, Sapna W. Palla, hereby declare under penalty of perjury that:

1. I am an attorney admitted to the Bar of the State of New York and am counsel in the law firm of Kaye Scholer LLP, counsel for plaintiffs Wyeth and Elan Pharma International Limited ("Elan") in the above captioned case.

2. I make this declaration in support of Plaintiffs' Motion for Summary Judgment to correct the patent term adjustment for United States Patent Nos. 7,179,892 (the "'892 patent") (attached hereto as Exhibit A) and 7,189,819 (the "'819 patent") (attached hereto as Exhibit B) and the accompanying Statement Of Undisputed Material Facts.

3. Guriq Basi and Jose William Saldanha are named as the inventors of the '819 and '892 patents.

4. Wyeth and Neuralab Limited are named as the assignees on the '819 and '892 patents. Neuralab Limited assigned its rights to the '819 and '892 patents to Elan. (Attached

hereto as Exhibit C are copies of the Assignment Documents dated November 21 and 22, 2006, assigning the '819 and '892 patents to Elan.)  Accordingly, Wyeth and Elan are the real parties in interest in this case.

**II.    The '892 Patent**

5.    Patent application number 10/388,389 ('398 application) which issued as the '892 patent, was filed on March 12, 2003. (*See* Ex. A.)

6.    The facts on which plaintiffs claim that the correct patent term adjustment for the '892 patent should be calculated under 35 U.S.C. § 154(b) are as follows:

A.    Under 35 U.S.C. § 154(b)(1)(A), the total period of PTO delay is 610 days calculated as follows:

i.    Under 35 U.S.C. § 154(b)(1)(A)(i), the PTO was required to mail an action under 35 U.S.C. § 132 not later than 14 months of the actual filing date of the '398 application *i.e*. by May 12, 2004.  Instead, the PTO mailed the action under 35 U.S.C. § 132 on November 22, 2005.  (*See* attached hereto as Exhibit D a copy of the Request for Reconsideration of Patent Term Adjustment Under 37 CFR § 1.705(d), dated April 20, 2007; attached hereto as Exhibit E a Statement Under 37 CFR § 1.702(b)(2), and exhibits thereto, accompanying the Request for Reconsideration of Patent Term Adjustment, dated April 20, 2007, at 2, Ex. B.)  Thus, the PTO's delay under subsection (i) is 559 days. (Ex. E at 2, Ex. B.)

ii.    The PTO agrees that the period of adjustment under § 154(b)(1)(A)(i) is 559 days. (*Id*.; *see* attached hereto as Exhibit F a copy of the Decision Denying PTA Request dated September 13, 2007, at 2.)

    iii. Under 35 U.S.C. § 154(b)(1)(A)(iv), the PTO should have issued the '892 patent within four months after the date the issue fee was paid. The issue fee was paid on August 31, 2006 and the '892 patent should have issued by December 31, 2006. (Ex. E at 2, Ex. B.) Instead, the '892 patent issued on February 20, 2007. (*See* Ex. A.) Thus, the PTO's delay under subsection (iv) is 51 days. (Ex. E at 2.)

iv. The PTO agrees that the period of adjustment under § 154(b)(1)(A)(iv) is 51 days. (Ex. F at 2.)

B. Under 35 U.S.C. § 154(b)(1)(A), the total period of adjustment due is 610 days, which is the sum of the period of delays under subsection (i) (559 days) and subsection (iv) (51 days). The PTO agrees that 610 days is the correct total number of days of delay attributable to the PTO under § 154(b)(1)(A). (*See* Ex. E at 2, Ex. B; Ex. F at 2; Answer ¶ 18.)

C. Under 35 U.S.C. § 154(b)(1)(B), the PTO was required to issue a patent within three years after the date the '398 application was filed *i.e*. by March 13, 2006. (Ex. E at 2.) The PTO issued the '892 patent on February 20, 2007 (*see* Ex. A) which is 345 days in excess of the three year deadline. (Ex. E at 2-3, Ex. B.) The PTO agrees that the '892 patent was issued 345 days after the three year deadline. (Ex. F at 2.)

D. Of the periods of delay under § 154(b)(1)(A) and (B), only the 51-day period delay under subsection (iv) (December 31, 2006 to February 20, 2007) falls on the same calendar days as the days of delay resulting from the failure of the PTO to issue the patent within three years of the filing date (December 31, 2006 to

February 20, 2007). (Ex. E at 3.) This overlapping period of 51 days is *not* included in the adjustment sought by the applicants. (*Id*.)

E. Thus, the sum of the above calculation of delay by the PTO under § 154(b)(1)(A) and (B) is 955 days, which is the sum of the period of delay under (A) (610 days) and the delay under (B) (345 days). Plaintiffs contend that this total (955 days) should be reduced by the number of days where both delays occurred on a single calendar day (51 days). (Ex. E at 3.) Accordingly, plaintiffs calculate the total PTO delay to be 904 days.

F. Under 35 U.S.C. § 154(b)(2)(C) the PTO determined that the period of applicant delays is 148 days which applicants do not dispute. (*See* Ex. E at 3, Ex. B; Answer ¶ 22.)

G. The correct patent term adjustment for the '892 patent under 35 U.S.C. § 154(b)(1) and (2) is, under plaintiffs calculation, the difference between the total period of PTO delay (904 days) and the period of applicant delay (148 days). (*Id*.) This equals 756 days.

H. The PTO made an adjustment of only 462 days as listed on the face of the '892 patent. (*See* Ex. A.)

7. On April 20, 2007, the applicants timely filed a Request for Reconsideration of patent term adjustment for the '892 patent (Ex. D) which the PTO denied in a written decision dated September 13, 2007. (Ex. F.)

**I. The '819 Patent**

8. Patent application number 10/010,942 (the "'942 application") which issued as the '819 patent was filed on December 6, 2001. (*See* Ex. B.)

9. The facts on which plaintiffs claim that the correct patent term adjustment for the '819 patent should be calculated under 35 U.S.C. § 154(b) are as follows:

A. Under 35 U.S.C. § 154(b)(1)(A), the total period of PTO delay is 336 days calculated as follows:

i. Under 35 U.S.C. § 154(b)(1)(A)(i), the United States Patent and Trademark Office ("PTO") was required to mail an action under 35 U.S.C. § 132 not later than 14 months of the actual filing date of the '942 application, *i.e*. no later than February 6, 2003. Instead, the PTO mailed the action under 35 U.S.C. § 132 on September 24, 2003. (*See* attached hereto as Exhibit G a copy of the Request for Reconsideration of Patent Term Adjustment Under 37 CFR § 1.705(d), dated May 14, 2007; attached hereto as Exhibit H a copy of the Statement Under 37 CFR § 1.702(b)(2), and exhibits thereto, accompanying the Request for Reconsideration of Patent Term Adjustment, dated May 14, 2007, at 2, Ex. C.) Thus, the PTO's delay under subsection (i) is 230 days. (Ex. H at 2, Ex. C.)

ii. The PTO agrees that the period of adjustment under § 154(b)(1)(A)(i) is 230 days. (*Id*.; *see* attached hereto as Exhibit I a copy of the Decision Denying Request for Reconsideration of Patent Term Adjustment Under 37 CFR § 1.705(d), dated September 25, 2007, at 8-10.)

iii. Under 35 U.S.C. § 154(b)(1)(A)(ii), the PTO was required to mail a Non-Final Office Action not later than 4 months after applicants submitted a response to a previous action. Applicants submitted a response to Non-

Final Office Action on May 19, 2005 and the PTO should have mailed a Non-Final Office Action by September 20, 2005. (Ex. H at 3.) Instead, the PTO mailed the Non-Final Office Action on October 3, 2005. (Ex. H at 3, Ex. C.) Thus, the PTO's delay under subsection (ii) is 14 days. (*Id*.)

iv. The PTO agrees that the period of adjustment under § 154(b)(1)(A)(ii) is 14 days. (Ex. H at 3, Ex. C; Ex. I at 9-10.)

v. Under 35 U.S.C. § 154(b)(1)(A)(iv), the PTO was required to issue the '819 patent within 4 months after the date the issue fee was paid. The issue fee was paid by applicants on August 11, 2006, and the PTO should have issued the '819 patent by December 12, 2006. (Ex. H at 3, Ex. C.) Instead, the '819 patent issued on March 13, 2007. (*See* Ex. B.) Thus, the PTO's delay under subsection (iv) is 92 days. (Ex. H at 3, Ex. C.)

vi. The PTO agrees that the period of adjustment under § 154(b)(1)(A)(iv) is 92 days. (*See* Ex. H at 3, Ex. C; Ex. I at 9-10.)

B. Under 35 U.S.C. § 154(b)(1)(A), the total period of adjustment due is 336 days, which is the sum of the period of delays under subsection (i) (230 days), subsection (ii) (14 days) and subsection (iv) (92 days). The PTO agrees that 336 days is the correct total number of days of delay attributable to the PTO under § 154(b)(1)(A). (*See* Ex. H at 3, Ex. C; Ex. I at 9-10; Answer ¶ 30.)

C. Under 35 U.S.C. § 154(b)(1)(B), the PTO was required to issue a patent within three years after the date the '942 application was filed, *i.e.* by December 6, 2004. (*See* Ex. H at 2.) The PTO issued the '819 patent on March 13, 2007 (*see* Ex. B), which is 827 days in excess of the three year deadline. (*See* Ex. H at 2, Ex. C.)

The PTO agrees that the '819 patent was issued 827 days after the three year deadline. (*Id*; Ex. I at 9-10.)

D.     Of the periods of delay under § 154(b)(1)(A) and (B), only the 14-day period under subsection (ii) (September 20, 2005 to October 3, 2005) and the 92 day period of delay under subsection (iv) (December 12, 2006 to March 13, 2007) fall on the same calendar days as the days of delay resulting from the failure of the PTO to issue the patent within three years of the filing date (December 7, 2004 to March 13, 2007). (*See* Ex. H at 3-4.) These overlapping periods, which total 106 days, are *not* included in the adjustment sought by the applicants. (*Id*.)

E.     Thus, the sum of the above calculation of delay by the PTO under § 154(b)(1)(A) and (B) is 1,163 days (i.e. the sum of the period of delay under (A) (336 days) and the delay under (B) (827 days)).  Plaintiffs contend that this total number of days (1,163 days) should be reduced by the number of days where both delays occurred on a single calendar day (106 days).  Accordingly, plaintiffs calculate the total PTO delay to be 1,057 days.

F.     Under 35 U.S.C. § 154(b)(2)(C), the PTO determined that the period of applicant delay is 335 days which applicants do not dispute. (*See* Ex. H at 3-4, Ex. E; Ex. I at 9; Answer ¶ 34.)

G.     The correct patent term adjustment for the '819 patent under 35 U.S.C. § 154(b)(1) and (2) is, under plaintiffs' calculation, the difference between the total period of the PTO delay (1,057 days) and the period of applicant delay (335 days). (*See* Ex. H at 3-4.)  This equals 722 days.

H.    The PTO made an adjustment of only 492 days as listed on a Certificate of Correction issued on May 1, 2007 by the PTO.  (*See* attached hereto as Exhibit J a copy of the Certificate of Correction dated May 1, 2007.)

10.    On May 14, 2007, the applicants timely filed a Request for Reconsideration of the patent term adjustment for the '819 patent (Ex. G) which the PTO denied in a written decision on September 25, 2007. (Ex. I.)

11.    Attached hereto as Exhibit K are pertinent sections of a copy of the chapter entitled "Patent Term Duration And Its Calculation" from Irving Kayton, *Patent Practice*, Ch. 17 (8th. ed. 2005).

12.    Attached hereto as Exhibit L are copies of Press Releases by Wyeth entitled  "Elan and Wyeth to Initiate Phase 3 Clinical Trial of Bapineuzumab (AAB-001) in Alzheimer's Disease" dated May 21, 2007, which can be found at http://www.wyeth.com/news?nav=display&navTo=/wyeth_html/home/news/pressreleases/2007/1180013248454.html, and "Elan and Wyeth Dose First Patient in North America in Phase 3 Program for Bapineuzumab (AAB-001) in Alzheimer's Disease" dated December 21, 2007,  which can be found at http://www.wyeth.com/news?nav=display&navTo=/wyeth_html/home/news/pressreleases/2007/1198272397536.html.

13.    Attached hereto as Exhibit M is a copy of an action paper titled "Simplification of Patent Term Adjustment," dated September 20, 2007, which can be found on the United States Patent and Trademark Office's website at http://www.uspto.gov/web/offices/com/strat21/action/lr1ap11_12.htm.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 4 , 2008

/s________________________________
Sapna Walter Palla

# Exhibit A

US007179892B2

(12) **United States Patent**
**Basi et al.**

(10) **Patent No.: US 7,179,892 B2**
(45) **Date of Patent: *Feb. 20, 2007**

(54) **HUMANIZED ANTIBODIES THAT RECOGNIZE BETA AMYLOID PEPTIDE**

(75) Inventors: **Guriq Basi**, Palo Alto, CA (US); **Jose William Saldanha**, Enfield (GB)

(73) Assignees: **Neuralab Limited**, Flatts (BM); **Wyeth**, Madison, NJ (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 462 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/388,389**

(22) Filed: **Mar. 12, 2003**

(65) **Prior Publication Data**

US 2004/0087777 A1 May 6, 2004

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 10/010,942, filed on Dec. 6, 2001.

(60) Provisional application No. 60/251,892, filed on Dec. 6, 2000.

(51) **Int. Cl.**
*C07K 16/18* (2006.01)
*A61K 39/395* (2006.01)
*C12P 21/08* (2006.01)

(52) **U.S. Cl.** ............................... **530/387.3**; 530/387.9; 424/133.1; 424/139.1

(58) **Field of Classification Search** ..................... None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,666,829 A 5/1987 Glenner et al.
4,713,366 A 12/1987 Stevens
4,816,397 A 3/1989 Boss et al.
4,816,567 A 3/1989 Cabilly et al.
4,912,206 A 3/1990 Goldgaber et al.
5,004,697 A 4/1991 Pardridge
5,057,540 A 10/1991 Kensil et al.
5,096,706 A 3/1992 Flint
5,187,153 A 2/1993 Cordell et al.
5,192,753 A 3/1993 McGeer et al.
5,208,036 A 5/1993 Eppstein et al.
5,220,013 A 6/1993 Ponte et al.
5,225,539 A 7/1993 Winter
5,231,000 A 7/1993 Majocha et al.
5,231,170 A 7/1993 Averback
5,258,498 A 11/1993 Huston et al.
5,270,165 A 12/1993 Van Nostrand et al.
5,278,049 A 1/1994 Baker et al.
5,387,742 A 2/1995 Cordell
5,434,170 A 7/1995 Andrulis, Jr.
5,441,870 A 8/1995 Seubert et al.
5,464,823 A 11/1995 Lehrer et al.
5,470,951 A 11/1995 Roberts
5,514,548 A 5/1996 Krebber et al.
5,571,499 A 11/1996 Hafler et al.
5,571,500 A 11/1996 Hafler et al.
5,576,184 A 11/1996 Better et al.
5,583,112 A 12/1996 Kensil et al.
5,585,089 A 12/1996 Queen et al.
5,585,100 A 12/1996 Mond et al.
5,589,154 A 12/1996 Anderson
5,593,846 A 1/1997 Schenk et al.
5,605,811 A 2/1997 Seubert et al.
5,612,486 A 3/1997 McConlogue et al.
5,618,920 A 4/1997 Robinson et al.
5,622,701 A 4/1997 Berg
5,624,821 A 4/1997 Winter et al.
5,641,473 A 6/1997 Hafler et al.
5,641,474 A 6/1997 Hafler et al.
5,645,820 A 7/1997 Hafler et al.
5,648,260 A 7/1997 Winter et al.
5,652,334 A 7/1997 Roberts
5,677,425 A 10/1997 Bodmer et al.
5,679,348 A 10/1997 Nesburn et al.
5,688,651 A 11/1997 Solomon
5,693,761 A 12/1997 Queen et al.
5,693,762 A 12/1997 Queen et al.
5,702,906 A 12/1997 Rosenthal
5,721,130 A 2/1998 Seubert et al.

(Continued)

FOREIGN PATENT DOCUMENTS

AU 707083 7/1999

(Continued)

OTHER PUBLICATIONS

Kofler R et al. Immunoglobulin kappa light chain variable region gene complex organization and immunoglobulin genes encoding anti-DNA autoantibodies in lupus mice. J. Clin. Invest, 1998; 82: 852-860.*

(Continued)

*Primary Examiner*—Janet L. Andres
*Assistant Examiner*—Kimberly A. Ballard
(74) *Attorney, Agent, or Firm*—Lahive & Cockfield, LLP; Amy E. Mandragouras; Debra J. Milasincic

(57) **ABSTRACT**

The invention provides improved agents and methods for treatment of diseases associated with amyloid deposits of Aβ in the brain of a patient. Preferred agents include humanized antibodies.

**126 Claims, 10 Drawing Sheets**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,733,547 | A | 3/1998 | Weiner et al. |
| 5,736,142 | A | 4/1998 | Sette et al. |
| 5,744,368 | A | 4/1998 | Goldgaber et al. |
| 5,750,349 | A | 5/1998 | Suzuki et al. |
| 5,750,361 | A | 5/1998 | Prusiner et al. |
| 5,753,624 | A | 5/1998 | McMichael et al. |
| 5,766,846 | A | 6/1998 | Schlossmacher et al. |
| 5,776,468 | A | 7/1998 | Hauser et al. |
| 5,780,587 | A | 7/1998 | Potter |
| 5,786,180 | A | 7/1998 | Konig et al. |
| 5,817,626 | A | 10/1998 | Findeis et al. |
| 5,824,322 | A | 10/1998 | Balasubramanian |
| 5,837,473 | A | 11/1998 | Maggio et al. |
| 5,837,672 | A | 11/1998 | Schenk et al. |
| 5,846,533 | A | 12/1998 | Prusiner |
| 5,849,298 | A | 12/1998 | Weiner et al. |
| 5,851,996 | A | 12/1998 | Kline |
| 5,854,204 | A | 12/1998 | Findeis et al. |
| 5,854,215 | A | 12/1998 | Findeis et al. |
| 5,859,205 | A | 1/1999 | Adair et al. |
| 5,869,046 | A | 2/1999 | Presta et al. |
| 5,869,054 | A | 2/1999 | Weiner et al. |
| 5,869,093 | A | 2/1999 | Weiner et al. |
| 5,877,399 | A | 3/1999 | Hsiao et al. |
| 5,891,991 | A | 4/1999 | Wasco et al. |
| 5,935,927 | A | 8/1999 | Vitek et al. |
| 5,955,079 | A | 9/1999 | Mond et al. |
| 5,955,317 | A | 9/1999 | Suzuki et al. |
| 5,958,883 | A | 9/1999 | Snow |
| 5,985,242 | A | 11/1999 | Findeis et al. |
| 5,989,566 | A | 11/1999 | Cobb et al. |
| 6,022,859 | A | 2/2000 | Kiessling et al. |
| 6,054,297 | A | 4/2000 | Carter et al. |
| 6,057,367 | A | 5/2000 | Stamler et al. |
| 6,114,133 | A | 9/2000 | Seubert et al. |
| 6,121,022 | A | 9/2000 | Presta et al. |
| 6,150,091 | A | 11/2000 | Pandolfo et al. |
| 6,165,745 | A | 12/2000 | Ward et al. |
| 6,180,370 | B1 | 1/2001 | Queen et al. |
| 6,194,551 | B1 | 2/2001 | Idusogie et al. |
| 6,210,671 | B1 * | 4/2001 | Co .......................... 424/154.1 |
| 6,218,506 | B1 | 4/2001 | Krafft et al. |
| 6,261,569 | B1 | 7/2001 | Comis et al. |
| 6,262,335 | B1 | 7/2001 | Hsiao et al. |
| 6,277,375 | B1 | 8/2001 | Ward |
| 6,284,221 | B1 | 9/2001 | Schenk et al. |
| 6,284,533 | B1 | 9/2001 | Thomas |
| 6,294,171 | B2 | 9/2001 | McMichael |
| 6,303,567 | B1 | 10/2001 | Findeis et al. |
| 6,331,440 | B1 | 12/2001 | Nordstedt et al. |
| 6,399,314 | B1 | 6/2002 | Krishnamurthy |
| 6,407,213 | B1 | 6/2002 | Carter et al. |
| 6,417,178 | B1 | 7/2002 | Klunk et al. |
| 6,528,624 | B1 | 3/2003 | Idusogie et al. |
| 6,538,124 | B1 | 3/2003 | Idusogie et al. |
| 6,548,640 | B1 | 4/2003 | Winter |
| 6,562,341 | B2 | 5/2003 | Prusiner et al. |
| 6,632,927 | B2 | 10/2003 | Adair et al. |
| 6,639,055 | B1 | 10/2003 | Carter et al. |
| 6,710,226 | B1 | 3/2004 | Schenk |
| 6,713,450 | B2 | 3/2004 | Frangione et al. |
| 6,743,427 | B1 | 6/2004 | Schenk |
| 6,750,324 | B1 | 6/2004 | Schenk et al. |
| 6,761,888 | B1 | 7/2004 | Schenk |
| 6,787,129 | B1 | 9/2004 | Klein et al. |
| 6,787,138 | B1 | 9/2004 | Schenk |
| 6,787,140 | B1 | 9/2004 | Schenk |
| 6,787,143 | B1 | 9/2004 | Schenk |
| 6,787,144 | B1 | 9/2004 | Schenk |
| 6,787,523 | B1 | 9/2004 | Schenk |
| 6,787,637 | B1 | 9/2004 | Schenk et al. |
| 6,808,712 | B2 | 10/2004 | Schenk |
| 6,818,218 | B2 | 11/2004 | Schenk |
| 6,866,849 | B2 | 3/2005 | Schenk |
| 6,866,850 | B2 | 3/2005 | Schenk |
| 6,875,434 | B1 | 4/2005 | Schenk |
| 6,890,535 | B1 | 5/2005 | Schenk |
| 6,905,686 | B1 | 6/2005 | Schenk |
| 6,913,745 | B1 | 7/2005 | Schenk |
| 6,933,368 | B2 | 8/2005 | Co et al. |
| 6,936,698 | B2 | 8/2005 | Taylor |
| 6,946,135 | B2 | 9/2005 | Schenk |
| 6,962,707 | B2 | 11/2005 | Schenk |
| 6,972,127 | B2 | 12/2005 | Schenk |
| 2001/0018053 | A1 | 8/2001 | McMichael |
| 2001/0021769 | A1 | 9/2001 | Prusiner |
| 2002/0009445 | A1 | 1/2002 | Du et al. |
| 2002/0058267 | A1 | 5/2002 | Ozenberger et al. |
| 2002/0077288 | A1 | 6/2002 | Frangione |
| 2002/0086847 | A1 | 7/2002 | Chain |
| 2002/0094335 | A1 | 7/2002 | Chalifour et al. |
| 2002/0102261 | A1 | 8/2002 | Raso |
| 2002/0132268 | A1 | 9/2002 | Chang et al. |
| 2002/0133001 | A1 | 9/2002 | Gefter et al. |
| 2002/0136718 | A1 | 9/2002 | Raso |
| 2002/0160394 | A1 | 10/2002 | Wu |
| 2002/0162129 | A1 | 10/2002 | Lannfelt |
| 2002/0168377 | A1 | 11/2002 | Schaetzl |
| 2002/0187157 | A1 | 12/2002 | Jensen et al. |
| 2002/0197258 | A1 | 12/2002 | Ghanbari et al. |
| 2003/0039645 | A1 | 2/2003 | Adair et al. |
| 2003/0068316 | A1 | 4/2003 | Klein et al. |
| 2003/0068325 | A1 | 4/2003 | Wang |
| 2003/0073655 | A1 | 4/2003 | Chain |
| 2003/0147882 | A1 | 8/2003 | Solomon et al. |
| 2003/0165496 | A1 | 9/2003 | Basi et al. |
| 2003/0166558 | A1 | 9/2003 | Frangione et al. |
| 2004/0043418 | A1 | 3/2004 | Holtzman et al. |
| 2004/0171815 | A1 | 9/2004 | Schenk et al. |
| 2004/0241164 | A1 | 12/2004 | Bales et al. |
| 2004/0247612 | A1 | 12/2004 | Wang |
| 2004/0265919 | A1 | 12/2004 | Vanderstichlete et al. |
| 2005/0009150 | A1 | 1/2005 | Basi et al. |
| 2005/0059591 | A1 | 3/2005 | Schenk et al. |
| 2005/0059802 | A1 | 3/2005 | Schenk et al. |
| 2005/0123534 | A1 | 6/2005 | Adair et al. |
| 2005/0136054 | A1 | 6/2005 | Adair et al. |
| 2005/0163788 | A1 | 7/2005 | Schenk |
| 2005/0191314 | A1 | 9/2005 | Schenk |
| 2005/0249727 | A1 | 11/2005 | Schenk |
| 2005/0255122 | A1 | 11/2005 | Schenk |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 451 700 | A1 | 10/1991 |
| EP | 276 723 | B1 | 12/1993 |
| EP | 613 007 | A2 | 8/1994 |
| EP | 666 080 | A1 | 8/1995 |
| EP | 359 783 | B1 | 11/1995 |
| EP | 683 234 | A1 | 11/1995 |
| EP | 440 619 | B1 | 1/1996 |
| EP | 526 511 | B1 | 5/1997 |
| EP | 782 859 | A1 | 7/1997 |
| EP | 783 104 | A1 | 7/1997 |
| EP | 594 607 | B1 | 8/1997 |
| EP | 752886 | B1 | 1/1998 |
| EP | 845 270 | A1 | 6/1998 |
| EP | 863 211 | A1 | 9/1998 |
| EP | 868 918 | A2 | 10/1998 |
| EP | 652 962 | B1 | 12/1998 |
| EP | 911 036 | A2 | 4/1999 |
| EP | 561 087 | B1 | 8/1999 |
| EP | 639 081 | B1 | 11/1999 |
| EP | 506 785 | B1 | 3/2000 |

| | | |
|---|---|---|
| EP | 1172378 A1 | 1/2002 |
| GB | 2 220 211 A | 1/1990 |
| GB | 2 335 192 A | 9/1999 |
| JP | 62-267297 | 11/1987 |
| JP | 7-132033 | 5/1995 |
| JP | 7-165799 | 6/1995 |
| WO | WO 88/10120 A1 | 12/1988 |
| WO | WO 89/01343 A1 | 2/1989 |
| WO | WO 89/03687 A1 | 5/1989 |
| WO | WO 89/06242 A1 | 7/1989 |
| WO | WO 89/06689 A1 | 7/1989 |
| WO | WO 90/12870 A1 | 11/1990 |
| WO | WO 90/12871 A1 | 11/1990 |
| WO | WO 91/08760 A1 | 6/1991 |
| WO | WO-91/09967 A1 | 7/1991 |
| WO | WO 91/12816 A1 | 9/1991 |
| WO | WO 91/16819 A1 | 11/1991 |
| WO | WO 91/19810 A1 | 12/1991 |
| WO | WO 92/06167 A1 | 4/1992 |
| WO | WO 92/06708 A1 | 4/1992 |
| WO | WO 92/13069 A1 | 8/1992 |
| WO | WO 93/02189 A1 | 2/1993 |
| WO | WO 93/04194 A1 | 3/1993 |
| WO | WO 93/14200 A1 | 7/1993 |
| WO | WO 93/15760 A1 | 8/1993 |
| WO | WO 93/16724 A1 | 9/1993 |
| WO | WO 93/21950 A1 | 11/1993 |
| WO | WO 94/01772 A1 | 1/1994 |
| WO | WO 94/03815 A1 | 2/1994 |
| WO | WO 94/05311 A1 | 3/1994 |
| WO | WO 94/28412 A1 | 12/1994 |
| WO | WO 95/04151 A2 | 2/1995 |
| WO | WO 95/05393 A2 | 2/1995 |
| WO | WO 95/05853 A1 | 3/1995 |
| WO | WO-95/06407 A1 | 3/1995 |
| WO | WO 95/08999 A1 | 4/1995 |
| WO | WO 95/11008 A2 | 4/1995 |
| WO | WO 95/11311 A1 | 4/1995 |
| WO | WO 95/11994 A1 | 5/1995 |
| WO | WO 95/12815 A1 | 5/1995 |
| WO | WO-95/17085 A1 | 6/1995 |
| WO | WO 95/23166 A1 | 8/1995 |
| WO | WO 95/31996 A1 | 11/1995 |
| WO | WO-96/08565 A2 | 3/1996 |
| WO | WO 96/18900 A1 | 6/1996 |
| WO | WO 96/25435 A1 | 8/1996 |
| WO | WO 96/28471 A1 | 9/1996 |
| WO | WO 96/37621 A2 | 11/1996 |
| WO | WO 96/39176 A1 | 12/1996 |
| WO | WO 97/08320 A1 | 3/1997 |
| WO | WO 97/10505 A1 | 3/1997 |
| WO | WO 97/17613 A1 | 5/1997 |
| WO | WO 97/21728 A1 | 6/1997 |
| WO | WO 97/32017 A1 | 9/1997 |
| WO | WO 98/02462 A1 | 1/1998 |
| WO | WO 98/05350 A1 | 2/1998 |
| WO | WO 98/07850 A2 | 2/1998 |
| WO | WO 98/08868 A1 | 3/1998 |
| WO | WO 98/22120 A1 | 5/1998 |
| WO | WO 98/33815 A1 | 8/1998 |
| WO | WO 98/44955 A1 | 10/1998 |
| WO | WO 99/00150 A2 | 1/1999 |
| WO | WO 99/06066 A2 | 2/1999 |
| WO | WO 99/06587 A2 | 2/1999 |
| WO | WO 99/27911 A1 | 6/1999 |
| WO | WO 99/27944 A1 | 6/1999 |
| WO | WO 99/27949 A1 | 6/1999 |
| WO | WO 99/06545 | 11/1999 |
| WO | WO 99/58564 A1 | 11/1999 |
| WO | WO 99/60021 A2 | 11/1999 |
| WO | WO 99/60024 A1 | 11/1999 |
| WO | WO 01/62284 A2 | 3/2000 |
| WO | WO 00/20027 A2 | 4/2000 |
| WO | WO 00/23082 A1 | 4/2000 |
| WO | WO 00/26238 A2 | 5/2000 |
| WO | WO 00/43039 A1 | 7/2000 |
| WO | WO 00/43049 A1 | 7/2000 |
| WO | WO 00/68263 A2 | 11/2000 |
| WO | WO 00/72870 A1 | 12/2000 |
| WO | WO 00/72876 A2 | 12/2000 |
| WO | WO 00/72876 A3 | 12/2000 |
| WO | WO 00/72880 A2 | 12/2000 |
| WO | WO 00/72880 A3 | 12/2000 |
| WO | WO 00/77178 A1 | 12/2000 |
| WO | WO 01/10900 A2 | 2/2001 |
| WO | WO 01/18169 A3 | 3/2001 |
| WO | WO 01/39796 A2 | 6/2001 |
| WO | WO 01/42306 A2 | 6/2001 |
| WO | WO 01/62801 A2 | 8/2001 |
| WO | WO 01/77167 A2 | 10/2001 |
| WO | WO 01/90182 A2 | 11/2001 |
| WO | WO 02/03911 A2 | 1/2002 |
| WO | WO 02/021141 A2 | 3/2002 |
| WO | WO 02/34777 A1 | 5/2002 |
| WO | WO 02/34878 A2 | 5/2002 |
| WO | WO 02/406237 A1 | 6/2002 |
| WO | WO 02/060481 A1 | 8/2002 |
| WO | WO 02/088306 A2 | 11/2002 |
| WO | WO 02/088307 A2 | 11/2002 |
| WO | WO 03/020212 | 3/2003 |
| WO | WO 03/051374 A2 | 6/2003 |
| WO | WO 03/074081 A1 | 9/2003 |
| WO | WO-03/077858 A2 | 9/2003 |
| WO | WO 03/104437 A2 | 12/2003 |
| WO | WO 04/013172 A2 | 2/2004 |
| WO | WO 04/013172 A3 | 2/2004 |
| WO | WO 04/031400 A2 | 4/2004 |
| WO | WO-04/080419 A2 | 9/2004 |
| WO | WO 2004/080419 A3 | 9/2004 |
| WO | WO-05/014041 A2 | 2/2005 |

## OTHER PUBLICATIONS

U.S. Appl. No. 09/441,140, filed Nov. 16, 1999, Solomon et al.

U.S. Appl. No. 60/168,594, Chalifour et al.

U.S. Appl. No. 60/169,687, Chain.

U.S. Appl. No. 60/184,601, Holtzman et al.

U.S. Appl. No. 60/186,295, Rasmussen et al.

U.S. Appl. No. 60/254,465, Holtzman et al.

U.S. Appl. No. 60/254,498, Holtzman et al.

Andersen et al., "Do nonsteroidal anti-inflammatory drugs decrease the risk for Alzheimer's disease?," *Neurology*, 45:1441-1445 (1995).

Associated Press, "Immune cells may promote Alzehimer's, a study finds," *The Boston Globe* (Apr. 13, 1995).

Bard et al., "Peripherally administered antibodies against amyloid β-peptide enter the central nervous system and reduce pathology in a mouse model of Alzheimer disease," *Nature Medicine*, 6(8):916-919 (2000).

Barrow, et al., "Solution Conformations and aggregational Properties of Synthetic Amyloid Beta-Peptides of Alzheimer's Disease. Analysis of Circular Dichroism Spectra" *J. Mol.Biol.*, 225(4): 1075-1093 (1992).

Bauer et al., "Interleukin-6 and α-2-macroglobulin indicate an acute-phase state in Alzheimer's disease cortices," *FEBS Letters*, 285(1):111-114 (1991).

Beasley, "Alzheimer's traced to proteins caused by aging," Reuters, Apr. 20, 2001 7:56 PM ET.

Bercovici et al., "Chronic Intravenous Injections of Antigen Induce and Maintain Tolerance in T Cell Receptor-Transgenic Mice," *Eur. J. Immunol.* 29:345-354 (1999).

Bickel et al., "Site Protected, Cationized Monoclonal Antibody Against Beta Amyloid as a Potential Diagnostic Imaging Technique for Alzheimer's Diseases," *Soc. for Neuroscience Abstracts* 18:764 (1992).

Blass, John P., "Immunologic Treatment of Alzheimer's Disease," *New England J. Medicine*, 341(22):1694 (1999).
Bodmer et al., "Transforming Growth Factor-Beta Bound to Soluble Derivatives of the Beta Amyloid Precursor Protein of Alzheimer's Disease," *Biochem. Biophys. Res. Comm.*, 171(2):890-897 (1990).
Borchelt et al., "Accelerated Amyloid Deposition in the Brains of Transgenic Mice Coexpressing Mutant Presenilin 1 and Amyloid Precursor Proteins," *Neuron*, 19: 939-945 (1997).
Boris-Lawrie et al., "Recent advances in retrovirus vector technology," *Cur. Opin. Genet Develop.*, 3: 102-109 (1993).
Brice et al., "Absence of the amyloid precursor protein gene mutation (APP717 : Val->Ile) in 85 cases of early onset Alzheimer's disease," *J. Neurology, Neurosurg. Psychiatry*, 56:112-115 (1993).
Caputo et al., "Therapeutic approaches targeted at the amyloid proteins in Alzheimer's disease," *Clin. Neuropharm.*, 15:414A-414B (1992).
Center for Biologics Evaluation and Research, U.S. Food and Drug Administration, Thimerosal in Vaccines (Mercury in Plasma-Derived Products), web site contents found at : www.fda.gov/cber/vaccine/thimerosal.htm, last updated May 16, 2002.
Chao et al., "Transforming Growth Factor-β Protects human Neurons Against β-Amyloid-Induced Injury," *Soc. Neurosci. Abstracts*, 19:513.7 (1993).
Chapman, Paul F., "Model behavior," *Nature*, 408:915-916 (2000).
Chen et al. "An Antibody to β Amyloid Precursor Protein Inhibits Cell-substratum Adhesion in Many Mammalian Cell Types," *Neuroscience Letters* 125:223-226 (1991).
Chung et al. "Uptake, Degradation, and Release of Fibrillar and Soluble Forms of Alzheimer's Amyloid β-Peptide by Microglial Cells," *J. Biol. Chem.*, 274(45):32301-32308 (1999).
Coloma et al., "Transport Across the Primate Blood-Brain Barrier of a Genetically Engineered Chimeric Monoclonal Antibody to the Human Insulin Receptor," *Pharm. Res.*, 17:266-274 (2000).
Cordell, B., "β-Amyloid formation as a potential therapeutic target for Alzheimer's disease," *Ann. Rev. Pharmacol. Toxicol.*, 34:69-89 (1994).
Costa et al., "Immunoassay for transthyretin variants associated with amyloid neuropathy," *Scand. J. Immunol.*, 38:177-182 (1993).
Daly, et al., "Detection of the membrane-retained carboxy-terminal tail containing polypeptides of the amyloid precursor protein in tissue from Alzheimer's Disease brain," *Life Sci.*, 63:2121-2131 (1998).
Duff et al., "Mouse model made," *Nature*, 373: 476-477 (1995).
Dumery et al., "β-Amyloid protein aggregation: its implication in the physiopathology of Alzheimer's disease," *Pathol. Biol.*, 49:72-85 (2001).
Elan, "Elan and AHP Provide an Update on the Phase 2A Clinical Trial of AN-1792," Press Release. (Jan. 28, 2002).
Elan, "Elan and Wyeth Provide Update on Status of Alzheimer's Collaboration," Press Release (Mar. 1, 2002).
Elizan et al., "Antineurofilament antibodies in a postencephalitic and idiopathic Parkinson's disease," *J. Neurol. Sciences*, 59:341-347 (1983).
ESIRI, "Is an effective immune intervention for Alzheimer's disease in prospect?," *Trends in Pharm. Sci.*, 22:2-3 (2001).
Felsenstein et al., "Processing of the β-amyloid precursor protein carrying the lamilial, Dulch-type, and a novel recombinant C-terminal mutation," *Neuroscience Letters*, 152:185-189 (1993).
Finch et al., "Evolutionary Perspectives on Amyloid and Inflammatory Features of Alzheimer Disease," *Neurobiology of Aging*, 17(5):809-815 (1996).
Fisher et al., "Expression of the amyloid precursor protein gene in mouse oocytes and embryos," *PNAS*, 88:1779-1782 (1991).
Flanders et al., "Altered expression of transforming growth factor-β in Alzheimer's disease," *Neurology*, 45:1561-1569 (1995).
Frenkel et al., "Generation of auto-antibodies towards Alzheimer's disease vaccination," *Vaccine*, 19:2615-2619 (2001).
Frenkel et al., "Immunization against Alzheimer's β-amyloid plaques via EFRH phage administration," *PNAS USA*, 97:11455-11459 (2000).
Frenkel et al., "N-terminal EFRH sequence of Alzheimer's β-amyloid peptide represents the epitope of its anti-aggregating antibodies," *J. of Neuroimmunology*, 88:85-90 (1998).
Frenkel et al., "High affinity binding of monoclonal antibodies to the sequential epitope EFRH of β-amyloid peptide is essential for modulation of fibrillar aggregation," *J. of Neuroimmunology*, 95:136-142 (1999).
Frenkel, et al., "Modulation of Alzheimer's β-amyloid neurotoxicity by site-directed single chain antibody," *J. of Neuroimmunology*, 106:23-31 (2000).
Friedland et al., "Development of an anti-Aβ monoclonal antibody for in vivo imaging of amyloid angiopathy in Alzheimer's disease," *Mol. Neurology*, 9:107-113 (1994).
Friedland, et al., "Neuroimaging of Vessel Amyloid in Alzheimer's Disease," in *Cerebrovascular Pathology in Alzheimer's Disease*, eds. de la Torre and Hachinski, New York Academy of Sciences, New York, New York (1997).
Games et al., "Alzheimer-type neuropathology in transgenic mice overexpressing V717F β-amyloid precursor protein," *Nature*, 373(6514): 523-527 (1995).
Games et al., "Prevention and Reduction of AD-type Pathology in PDAPP Mice Immunized with $A\beta_{1-42}$," *Annals of the New York Academy of Science* 920:274-84 (2000).
Gandy et al., "Amyloidogenesis in Alzheimer's disease: some possible therapeutic opportunities," *TIPS*, 13:108-113 (1992).
Gardella et al., "Intact Alzheimer amyloid precursor protein (APP) is present in platelet membranes and is encoded by platelet mRNA," *Biochem. Biophys. Res. Comm.*, 173:1292-1298 (1990).
Gaskin et al., "Human antibodies reactive with beta-amyloid protein in Alzheimer's disease," *J. Exp. Med.*, 177:1181-1188 (1993).
Geddes, "N-terminus truncated β-amyloid peptides and C-terminus truncated secreted forms of amyloid precursor protein: distinct roles in the pathogenesis of Alzheimer's disease," *Neurobiology of Aging*, 20:75-79 (1999).
Giulian, et al., "The HHQK Domain of b-Amyloid Provides a Structural Basis for the Immunopathology of Alzheimer's Disease," *Journal of Biological Chem.*, 273:29719-29726 (1998).
Glenn et al., "Skin Immunization made possible by cholera toxin," *Nature*, 391:851 (1998).
Glenner et al., "Alzheimer's Disease and Downs Syndrome: Sharing of A Unique Cerebrovascular Amyloid Fibril Protein," *Biochemical and Biophysical Research Communications*, 122(3): 1131-1135 (1984).
Glenner et al., "Alzheimer's Disease: Initial Report of the Purification and Characterization of a Novel Cerebrovascular Amyloid Protein," *Biochemical and Biophysical Research Communications*, 120(3): 885-890 (1994).
Goate et al., "Segregation of a missense mutation in the amyloid precursor protein gene with lamilial Alzheimer's disease," *Nature*, 349:704-706 (1991).
Gonzales-Fernandez et al., "Low antigen dose favors selection of somatic mutants with hallmarks of antibody affinity maturation," *Immunology*, 93:149-153 (1998).
Gortner, *Outlines of Biochemistry*, pp. 322-323, John Wiley & Sons, Inc., New York (1949).
Gozes et al., "Neuroprotective strategy for Alzheimer disease: Intranasal administration of a fatty neuropeptide," *PNAS USA*, 93:427-432 (1996).
Gravina et al., "Amyloid β Protein (Aβ) in Alzheimer's Disease," *J. Biol. Chem.*, 270(13):7013-7016 (1995).
Grubeck-Loebenstein, et al., "Immunization with β-amyloid: could T-cell activation have a harmful effect?", *TINS*, 23:114 (2000).
Gupta et al., "Differences in the immunogenicity of native and formalized cross reacting material (CRM197) of diptheria toxin in mice and guinea pigs and their implications on the development and control of diphtheria vaccine based on CRMs," *Vaccine*, 15(12/13): 1341-1343 (1997).
Haass et al. "Amyloid beta-peptide is produced by cultured cells during normal metabolism," *Nature*, 359(6393):322-5 (1992).
Haga et al., "Synthetic Alzheimer amyloid β/A4 peptides enhance production of complement C3 component by cultured microglial cells," *Brain Research*, 601:88-94 (1993).
Hanan and Solomon, "Inhibitory effect of monoclonal antibodies on Alzheimer's β-amyloid peptide aggregation," *Int. J. Exp. Clin. Invest.*, 3:130-133 (1996).

Hanes et al., "New advances in microsphere-based single-dose vaccines," *Advanced Drug Delivery Reviews*, 28:97-119 (1997).

Hardy, "Amyloid, the presenilins and Alzheimer's disease," *TINS*, 20(4): 154-159 (1997).

Hardy, John, "New Insights into the Genetics of Alzheimer's Disease," *Annals of Med.*, 28:255-258 (1996).

Harigaya, et al., "Modified amyloid β protein ending at 42 or 40 with different solubility accumulates in the brain of Alzheimer's disease," *Biochem. Biophys. Res. Comm.*, 211:1015-1022 (1995).

Harrington et al., "Characterization of an epitope specific to the neuron-specific isoform of human enolase recognized by a monoclonal antibody raised against a synthetic peptide corresponding to the C-terminus of β/ A4-protein," *Biochimica Biophysica Acta*, 1158:120-128 (1993).

Hazama, et al., "Intranasal Immunization Against Herpes Simplex Virus Infection by Using a Recombinant Glycoprotein D Fused With Immunomodulating Proteins, the B Subunit of *Escherichia coli* Heat-Labile Enterotoxin and Interleukin-2", *Immunology*, vol. 78: 643-649 (1993).

Helmuth, L., "Further Progress on a β-Amyloid Vaccine," *Science*, 289:376 (2000).

Hilbich et al., :Human and rodent sequence analogs of Alzheimer's amyloid βA4 share similar properties and can be solubilized in buffers of pH 7.4, *Eur. J. Biochem.*, 201:61-69 (1991).

Hsiao et al., "Correlative Memory Deficits, Aβ Elevation, and Amyloid Plaques in Transgenic Mice," *Science*, 274: 99-102 (1996).

Huberman et al., "Correlation of cytokine secretion by mononuclear cells of Alzheimer's patients and their disease stage," *J. Neuroimmunology*, 52:147-152 (1994).

Hyman et al., "Molecular Epidemiology of Alzheimer's Disease," *N. E. J. Medicine*, 333(19):1283-1284 (1995).

Ikeda, et al., "Immunogold labeling of cerebrovascular and neuritic plaque amyloid fibrils in Alzheimer's disease with an anti-β protein monoclonal antibody," *Lab. Invest.*, 57:446-449 (1987).

Itagaki et al., "Relationship of microglia and astrocytes to amyloid deposits of Alzheimer's disease," *J. Neuroimmunology*, 24:173-182 (1989).

Iwatsubo et al., "Visualization of Aβ42(43) and Aβ40 in Senile Plaques with End-Specific Aβ Monoclonals: Evidence That an Initially Deposited Species is Aβ42(43)," *Neuron*, 13:45-53 (1994).

Jansen et al., "Immunotoxins: Hybrid Molecules Combining High Specificity and Potent Cytotoxicity," *Immun. Rev.*, 62: 185-216 (1982).

Jen, et al., "Preparation and purification of antisera against different regions or isoforms of 6-amyloid precursor protein," *Brain Research Protocols*, 2:23-30 (1997).

Joachim et al., "Antibodies to Non-beta Regions of the Beta-amyloid Precursor Protein Detect a Subset of Senile Plaques," *Am. J. of Pathology* 138:373-384 (1991).

Kalaria, R. N., "Serum amyloid P and related molecules associated with the acute-phase response in Alzheimer's disease," *Res. Immunology*, 143:637-641 (1992).

Katzav-Gozansky et al., "Effect of monoclonal antibodies in preventing carboxypeptidase A aggregation," *Biotechnol. Appl. Biochem.*, 23:227-230 (1996).

Kawabata et al., "Amyloid plaques, neurofibrillary tangles and neuronal loss in brains of transgenic mice overexpressing a C-terminal fragment of human amyloid precursor protein," *Nature*, 354:476-478 (1991).

Kida, et al., "Early amyloid-β deposits show different immunoreactivity to the amino- and carboxy-terminal regions of b-peptide in Alzheimer's disease and Down's syndrome brain," *Neuroscience Letters*, 193:105-108 (1995).

Konig et al., "Development and Characterization of a Monoclonal Antibody 369.2B Specific for the Carboxyl-Terminus of the βA4 Peptide," *Annals of NY Acad. Sci.*, 777:344-355 (1996).

Lampert-Etchells et al., "Regional Localization of Cells Containing Complement C1q and C4 mRNAs in the Frontal Cortex During Alzheimer's Disease," *Neurodegeneration*, 2:111-121 (1993).

Langer, "New Methods of Drug Delivery," *Science*, 249: 1527-1532 (1990).

Lannfelt et al., "Alzheimer's disease: molecular genetics and transgenic animal models," *Behavioural Brain Res.*, 57:207-213 (1993).

Lansbury, Peter T., "Inhibition of amyloid formation: a strategy to delay the onset of Alzheimer's disease," *Curr. Ops. In Chemical Biology*, 1:260-267 (1997).

Lemere et al., "Mucosal Administration of Aβ Peptide Decreases Cerebral Amyloid Burden In Pd-App Transgenic Mice," *Society for Neuroscience Abstracts*, vol. 25, part I, Abstract 519.6, 29th Annual Meeting, (Oct. 23-28, 1999).

Lemere, et al., "Nasal Aβ treatment induces anti-Aβ antibody production and decreases cerebral amyloid burden in PD-APP mice," *Annals of the NY Acad. Sci.*, 920:328-331 (2000).

Li and Solomon, "Thermal Stabilization of Carboxypeptidase A as a Function of PH and Ionic Milieu," *Biochem. Mol. Biol. Int.*, 43(3):601-611 (1997).

Livingston et al., "The Hepatitis B Virus-Specific CTL Responses Induced in Humans by Lipopeptide Vaccination Are Comparable to Those Elicited by Acute Viral Infection," *J. Immunol.*, 159: 1383-1392 (1997).

Lopez et al., "Serum auto-antibodies in Alzheimer's disease," *Acta. Neurol. Scand.*, 84:441-444 (1991).

Majocha et al., "Development of a Monoclonal Antibody Specific for β/A4 Amyloid in Alzheimer's Disease Brain for Application to In Vitro Imaging of Amyloid Angiopathy," *The J. of Nuclear Med.* 33:2184-2189 (1992).

Mak, et al., "Polyclonals to b-amyloid (1-42) identify most plaque and vascular deposits in Alzheimer cortex, but not striatum," *Brain Research*, 667:138-142 (1994).

Mann, et al., "Amyloid β protein (Aβ) deposition in chromosome 14-linked Alzheimer's disease: Predominance of $Aβ_{42(43)}$," *Annals of Neurology*, 40:149-156 (1996).

Mann, et al., "The extent of amyloid deposition in brain in patients with Down's syndrome does not depend upon the apolipoprotein E genotype," *Neuroscience Letters*, 196:105-108 (1995).

Masters et al., "Amyloid Plaque core protein in Alzheimer Disease and Down Syndrome," *Proc. Natl. Acad. Sci. USA*, 82:4245-4249 (1985).

McGee et al., "The encapsulation of a model protein in poly (D, L lactide-co-glycolide) microparticles of various sizes: an evaluation of process reproducibility," *J. Micro. Encap.*, 14(2): 197-210 (1997).

McGeer, et al., "Immunohistochemical localization of beta-amyloid precursor protein sequences in Alzheimer and normal brain tissue by light and electron microscopy," *J. of Neuroscience Res.*, 31:428-442 (1992).

McNeal et al., "Stimulation of local immunity and protection in mice by Intramuscular immunization with triple- or double-layered rotavirus particles and QS-21," *Virology*, 243:158-166 (1998).

Meda et al., "Activation of microglial cells by β-amyloid protein and interferon-γ," *Nature*, 374:647-650 (1995).

Mena, et al., "Monitoring pathological assembly of tau and β-amyloid proteins in Alzheimer's disease," *Acta Neuropathol.*, 89:50-56 (1995).

Miller et al., "Antigen-driven Bystander Suppression after Oral Administration of Antigens," *J. Exp. Med.*, 174:791-798 (1991).

Mori et al., "Mass Spectrometry of Purified Amyloid β Protein in Alzheimer's Disease," *J. Biol. Chem.*, 267(24):17082-17088 (1992).

Morris, et al., "The Consortium to Establish a registry for Alzheimer's Disease (CERAD)," *Neurology*, 39:1159-65 (1989).

Murphy et al., "Development of a Monoclonal Antibody Specific for the COOH-Terminal of β-Amyloid 1-42 and its Immunohistochemical Reactivity in Alzheimer's Disease and Related Disorders," *Am. J. Pathology*, 144(5):1082-1088 (1994).

Nakamura et al., "Histopathological studies on senile plaques and cerebral amyloid angiopathy in aged cynomologus monkeys," *Exp. Anim.*, 43:711-718 (1995).

Nakamura, et al., "Carboxyl end-specific monoclonal antibodies to amyloid β protein (Aβ) subtypes (Aβ40 and Aβ42(43)) differentiate Ab in senile plaques and amyloid angiopathy in brains of aged cynomolgus monkeys," *Neuroscience Letters*, 201:151-154 (1995).

Nakayama et al., "Histopathological studies of senile plaques and cerebral amyloidosis in cynomolgus monkeys," *J. of Med. Primatology*, 27:244-252 (1998).

Nathanson et al., "Bovine Spongiform Encephalopathy (BSE): Causes and Consequences of a Common Source Epidemic," *Am. J. Epidemiol.*, 145(11): 959-969 (Jun. 1, 1997).

New York Times National, "Anti-Inflammatory Drugs May Impede Alzheimer's," (Feb. 20, 1994).

Newcombe and Cohen, "Solubility characteristics of isolated amyloid fibrils," *Biochim. Biophys. Acta*, 104:480-486 (1965).

Pardridge et al., "Chimeric peptides as a vehicle for peptide pharmaceutical delivery through the blood-brain barrier," *Biochem. Biophys. Res. Comm.*, 146:307-313 (1987).

Paresce et al., "Microglial cells influence aggregates of the Alzheimer's disease amyloid beta-protein via a scavenger receptor," *Neuron*, 17:553-565 (Sep. 1996).

Paul et al., "Transdermal Immunization with large proteins by means of ultradeformable drug carriers," *Eur. J. Immunol.*, 25: 3521-3524 (1995).

Peterson, et al., "Recombinant Antibodies: Alternative Strategies for Developing and Manipulating Murine-Derived Monoclonal Antibodies," *Laboratory Animal Science*, 46(1):8-14 (1996).

Philippe, et al. "Generation of a monoclonal antibody to the carboxy-terminal domain of tau by Immunization with the amino-terminal domain of the amyloid precursor protein," *J. of Neuroscience Res.*, 46:709-719 (1996).

Prieels et al., "Synergistic adjuvants for vaccines," *Chemical Abstracts*, 120(8): p. 652, col. 1, abstract 864061 (1994).

Quon et al., "Formation of β-Amyloid protein deposits in brains of transgenic mice," *Nature*, 352:239-241 (1991).

Raso, "Immunotherapy of Alzheimer's Disease," *Immunotherapy Weekly*, Abstract (Apr. 2, 1998).

Rogers et al., "Complement activation by β-amyloid in Alzheimer Disease," *PNAS*, 89:1-5 (1992).

Rossor et al., "Alzheimer's Disease Families with Amyloid Precursor Protein Mutations," *Annals of New York Academy of Sciences*, 695:198-202 (1993).

Rudinger, "Characteristics of the Amino Acids as Components of a Peptide Hormone Sequence," In *Peptide Hormones*, J.A. Parson, ed. University Park Press, Baltimore, pp. 1-7 (1976).

Saido et al., "Spatial Resolution of Fodrin Proteolysis in Postischemic Brain," *J. Biol. Chem.*, 268(33):25239-25243 (1993).

Saido et al., "Spatial Resolution of the Primary β-Amyloidogenic Process Induced in Postischemic Hippocampus," *J. Biol. Chem.*, 269(21):15253-15257 (1994).

Saito et al., "Vector-mediated delivery of $^{125}$I-labeled β-amyloid peptide $Ab^{1-40}$ through the blood-brain barrier and binding to Alzheimer disease amyloid of the $A\beta^{1-40}$ vector complex," *PNAS USA*, 92:10227-10231 (1995).

Saitoh, N. and K. Imai, "Immunological analysis of Alzheimer's disease using anti-β-protein monoclonal antibodies," *Sapporo Med. J.*, 60:309-320 (1991).

Sasaki et al., "Human choroid plexus is an uniquely involved area of the brain in amyloidosis: a histochemical, immunohistochemical and ultrastructural study," *Brain Res.*, 755:193-201 (1997).

Schenk et al., "Immunization with amyloid-β attenuates Alzheimer-disease-like pathology in the PDAPP mouse," *Nature*, 400:173-177 (1999).

Schenk et al., "Therapeutic Approaches Related to Amyloid-β Peptide and Alzheimer's Disease," *J. Med. Chem.*, 38(21):4141-4154 (1995).

Schenk, et al., "β-peptide immunization," *Arch. Nuerol.*, 57:934-936 (2000).

Selkoe, "Alzheimer's Disease: A Central Role for Amyloid," *J. Neuropathol. Exp. Neurol.*, 53(5): 438-447 (1994).

Selkoe, "Physiological production of the β-amyloid protein and the mechanism of Alzheimer's disease," *Trends in Neurosciences*, 16(10): 403-409 (1993).

Selkoe, D.J., "Imaging Alzheimer's Amyloid," *Nat. Biotech.*, 18:823-824 (2000).

Selkoe, Dennis J., "Alzheimer's Disease: Genotypes, Phenotype, and Treatments," *Science*, 275:630-631 (1997).

Selkoe, Dennis J., "Amyloid Protein and Alzheimer's Disease . . . ," *Scientific American*, pp. 68-78 (Nov. 1991).

Selkoe, Dennis J., "In the Beginning . . . ," *Nature*, 354:432-433 (1991).

Selkoe, Dennis J., "The Molecular pathology of Alzheimer's Disease," *Neuron*, 6:487-498 (1991).

Seubert et al., "Isolation and quantification of soluble Alzheimer's β-peptide from biological fluids," *Nature*, 359:325-327 (1992).

Shiosaka, S., "Attempts to make models for Alzheimer's disease," *Neuroscience Res.*, 13:237-255 (1992).

Smits et al., "Prion Protein and Scrapie Susceptibility," *Vet. Quart.*, 19(3): 101-105 (1997).

Solomon and Goldstein, "Modulation of The Catalytic Pathway of Carboxypeptidase A by Conjugation with Polyvinyl Alcohols," *Adv. Mol. Cell Biology*, 15A:33-45 (1996).

Solomon et al., "Disaggregation of Alzheimer β-amyloid by site-directed mAb," *PNAS USA*, 94:4109-4112 (1997).

Solomon et al., "Monoclonal antibodies inhibit in *vitro* fibrillar aggregation of the Alzheimer β-amyloid peptide," *PNAS USA*, 93:452-455 (1996).

Southwick et al., "Assessment of Amyloid β protein in Cerebrospinal fluid as an Aid in the Diagnosis of Alzheimer's Disease," *J. Neurochemistry*, 66:259-265 (1996).

St. George-Hyslop, Peter H. and David A. Westaway, :Antibody clears senile plaques, *Nature*, 40:116-117 (1999).

Stoute et al., "A Preliminary Evaluation of a Recombinant Circumsporozoite Protein Vaccine Against *Plasmodium falciparum* Malaria", *N. Engl. J. Med.*, 336(2): 86-91 (1997).

Sturchler-Pierrat et al., "Two amyloid precursor protein transgenic mouse models with Alzheimer disease-like pathology," *PNAS*, 94: 13287-13292 (1997).

Szendrei, et al., "The effects of aspartic acid-bond Isomerization on *in vitro* properties of the amyloid β-peptide as modeled with *N*-terminal decapeptide fragments," *Int. J. Peptide Protein Res.*, 47:289-296 (1996).

Tanaka et al., "NC-1900, an active fragment analog of arginine vasopressin, improves learning and memory deficits induced by beta-amyloid protein in rats," *European J. Pharmacology*, 352:135-142 (1998).

Thorsett, E.D. and L.H. Latimer, "Therapeutic approaches to Alzheimer's disease," *Curr. Op. in Chem. Biology*, 4:377-382 (2000).

Tjernberg et al., "Arrest of β-amyloid fibril formation by a pentapeptide ligand," *Journal of Biological Chemistry*, 271:8545-8548 (1996).

Trieb et al., "Is Alzheimer beta amyloid precursor protein (APP) an autoantigen? Peptides corresponding to parts of the APP sequence stimulate T lymphocytes in normals, but not in patients with Alzheimer's disease," *Immunobiology*, 191(2-3):114-115 Abstract C.37, (1994).

Van Gool et al., "Concentrations of amyloid-β protein in cerebrospinal fluid increase with age in patients free from neurodegenerative disease," *Neuroscience Letters*, 172:122-124 (1994).

Verbeek et al., "Accumulation of Intercellular Adhesion Molecule-1 in Senile Plaques in Brain Tissue of patients with Alzheimer's Disease," *Amer. Journ. Pathology*, 144(1):104-116 (1994).

Walker et al., "Labeling of Cerebral Amyloid *In Vivo* with a Monoclonal Antibody," *J. Neuropath. Exp. Neurology*, 53(4):377-383 (1994).

Weiner et al., "Nasal administration of amyloid-β peptide decreases cerebral amyloid burden in a mouse model of Alzheimer's disease," *Annals of Neurology*, 48:567-579 (2000).

Weiner et al., "Oral Tolerance: Immunologic Mechanisms and Treatment of Animal and Human Organ-Specific Autoimmune Diseases by Oral Administration of Autoantigens," *Annu. Rev. Immunol.*, 12:809-837 (1994).

Weissmann et al., "Bovine spongiform encephalopathy and early onset variant Creutzfeldt-Jakob disease," *Curr. Opin. Neurobiol.*, 7: 695-700 (1997).

Wen, G.Y., "Alzheimer's Disease and Risk Factors," *J. Food Drug Analysis*, 6(2):465-476 (1998).

Wengenack et al., "Targeting Alzheimer amyloid plaques in vivo," *Nature Biotech.*, 18:868-872 (2000).

Wong et al., "Neuritic Plaques and Cerebrovascular Amyloid in Alzheimer Disease are Antigenically Related," *PNAS USA*, 82:8729-8732 (1985).

Wood et al., "Amyloid precursor protein processing and Aβ42 deposition in a transgenic mouse model of Alzheimer disease," *PNAS USA*, 94: 1550-1555 (1997).

Wu, et al., "Drug targeting of a peptide radiopharmaceutical through the primate blood-brain barrier in vivo with a monoclonal antibody to the human insulin receptor," *J. Clin. Invest.*, 100:1804-1812 (1997).

Yamaguchi et al., Diffuse plaques associated with astroglial amyloid β protein, possibly showing a disappearing stage of senile plaques, *Acta Neuropathol.*, 95:217-222 (1998).

Younkin, "Amyloid β vaccination: reduced plaques and improved cognition," *Nature Medicine*, 7:18-19 (2001).

Chen G, et al. A learning deficit related to age and beta-amyloid plaques in a mouse model of Alzheimer's disease. Nature. Dec. 21-28, 2000;408(6815):975-9.

Janus C, et al. A beta peptide immunization reduces behavioural impairment and plaques in a model of Alzheimer's disease. Nature. Dec. 21-28, 2000;408(6815):979-82.

Mattson MP. Cellular actions of beta-amyloid precursor protein and its soluble and fibrillogenic derivatives. Physiol Rev. Oct. 1997;77(4):1081-132.

Merluzzi S, et al. Humanized antibodies as potential drugs for therapeutic use. Adv Clin Path. Apr. 2000;4(2):77-85.

Morgan D, et al. A beta peptide vaccination prevents memory loss in an animal model of Alzheimer's disease. Nature. Dec. 21-28, 2000;408(6815):982-5.

Schenk D, et al. Immunotherapy with beta-amyloid for Alzheimer's disease: a new frontier. DNA Cell Biol. Nov. 2001;20(11):679-81.

Selkoe DJ. The cell biology of beta-amyloid precursor protein and presenilin in Alzheimer's disease. Trends Cell Biol. Nov. 1998;8(11):447-53.

Sigurdsson EM, et al. In vivo reversal of amyloid-beta lesions in rat brain. J Neuropathol Exp Neurol. Jan. 2000;59(1):11-17.

Sinha S, et al. Recent advances in the understanding of the processing of APP to beta amyloid peptide. Ann N Y Acad Sci. 2000;920:206-8.

Soto C, et al. Beta-sheet breaker peptides inhibit fibrillogenesis in a rat brain model of amyloidosis: implications for Alzheimer's therapy. Nat Med. Jul. 1998;4(7):822-6.

Vehmas AK, et al. beta-Amyloid peptide vaccination results in marked changes in serum and brain Abeta levels in APPswe/PS1DeltaE9 mice, as detected by SELDI-TOF-based ProteinChip® technology. DNA Cell Biol. Nov. 2001;20(11):713-21.

Du Y, et al. Reduced levels of amyloid beta-peptide antibody in Alzheimer disease. Neurology. Sep. 11, 2001;57(5):801-5.

Small DH, et al. Alzheimer's disease and Abeta toxicity: from top to bottom. Nat Rev Neurosci. Aug. 2001;2(8):595-8.

U.S. Appl. No. 09/724,842, Chalifour et al.

Cameron. "Recent Advances in Transgenic Technology," *Molecular Biotechnology*. 1997; 7:253-65.

Feldstein, et al. "Transgenic Rat and In-Vitro Studies of B-Amyloid Precursor Protein Processing." *Alzheimer's and Parkinson's Diseases*. 1995; Hanin, et al. Ed., pp. 401-409, Plenum Press, New York.

Niemann. "Transgenic farm animals get off the ground." *Transgenic Research*. 1998; 7:73-5.

Sigmund. "Viewpoint: Are Studies in Genetically Altered Mice Out of Control." *Arterioscler Thromb Vasc Biol*. 2000; 20:1425-9.

Chen, et al. "Neurodegenerative Alzheimer-like pathology in PDAPP 717V→F transgenic mice." *Progress in Brain Research*. Van Leeuwen, et al. Eds, 1998; 117:327-37.

Conway, et al. "Acceleration of oligomerization, not fibrillization, is a shared property of both α-synuclein mutations linked to early-onset Parkinson's disease: Implications for pathogenesis and therapy." *PNAS*., 2000; 97(2):571-6.

Jobling and Holmes, "Analysis of structure and function of the B subunit of cholera toxin by the use of site-directed mutagenesis." *Molecular Microbiology*. 1991; 5(7):1755-67.

Masliah, et al. "β-Amyloid peptides enhance α-synuclein accumulation and neuronal deficits in a transgenic mouse model linking Alzheimer's disease and Parkinson's disease." *PNAS*. 2001; 98(21):12245-50.

Perutz, et al. "Amyloid fibers are water-filed nanotubes." *PNAS*. 2002; 99(8):5591-5.

Skolnick and Fetrow, "From genes to protein structure and function: novel applications of computational approaches in the genomic era." *Trends in Biotech*. 2000; 18(1):34-9.

Stein, et al. "Lack of Neurodegeneration in Transgenic Mice Overexpressing Mutant Amyloid Precursor Protein is Associated with Increased Levels of Transthyretin and Activation of Cell Survival Pathways." *The Journal of Neuroscience*. Sep. 1, 2002;22(17):7380-8.

Tennent, et al. "Serum amyloid P component prevents proteolysis of the amyloid fibrils of Alzheimer's disease and systemic amyloidosis." *PNAS*. 1995; 92:4299-303.

Jorbeck, et al. "Artificial *Salmonella* Vaccines: *Salmonella typhimurium* O-antigen-Specific Oligosaccharide-Protein Conjugates Elicit Opsonizing Antibodies that Enhance Phagocytosis." *Infection and Immunity*. May 1981; 497-502.

Nicoll, et al. "Neuropathology of human Alzheimer's disease after immunization with amyloid-β peptide: a case report." *Nature Medicine*. Apr. 2003; 9(4):448-52.

Mutschler, et al. "Drug Actions: Basic Principles and Therapeutic Aspects." 1995; 7, 11-12, *medpharm* Scientific Publishers, Stuttgart, Germany.

Munson ed. "Principals of Pharmacology: Basic Concepts & Clinical Applications." 1995; 47-8, Chapman & Hall, New York, New York.

Munch, et al. "Potentional neurotoxic inflammatory response to Aβ vaccination in humans" *J. Neural Transm*. 2002; 109:1081-7.

Su, et al. "Intravascular infusions of soluble β-amyloid compromise the blood-brain barrier, activate CNS Glial cells and induce peripheral hemorrhage." *Brain Research*. 1999; 818:105-7.

Dodart. "Immunotherapy for Alzheimer's disease: will vaccination work?" *Trends in Molecular Medicine*. 2003; 9(3):85-7.

Furlan, et al. "Vaccination with amyloid-β peptide induces autoimmune encephalomyelitis in C57/BL6 mice." *Brain*. 2003; 126:285-91.

Monsonego, et al. "Immune hyporesponsiveness to amyloid β-peptide in amyloid precursor protein transgenic mice: Implications for the pathogenesis and treatment of Alzheimer's disease." *PNAS*. 2001; 98(18):10273-8.

Sipe. "Amyloidosis." *Annu. Rev. Biochem*. 1992; 61:947-75.

Spooner, et al. "The generation and characterization of potentially therapeutic Aβ antibodies in mice: differences according to strain and immunization protocol." *Vaccine*. 2002; 21:290-7.

Johnstone, et al. "Nuclear and Cytoplasmic Localization of the β-Amyloid Peptide (1-43) in Transfected 293 Cells." *Biochemical and Biophysical Research Communications*. 1996; 220:710-18.

Akiyama, et al. "Occurrence of the Diffuse Amyloid β-Protein (Aβ) Deposits With Numerous Aβ-Containing Glial Cells in the Cerebral Cortex of Patients With Alzheimer's Disease." *Glia*. 1999; 25:324-31.

Jakes, et al. "Characterisation of an Antibody Relevant to the Neuropathology of Alzheimer Disease." *Alzheimer Disease and Associated Disorders*. 1995; 9(1):47-51, Raven Press, Ltd., New York.

Tsuzuki, et al. "Amyloid β protein in rat soleus in chloroquine-induced myopthy using end-specific antibodies for Aβ40 and Aβ42: immunohistochemical evidence for amyloid β protein." *Neuroscience Letters*. 1995; 2002:77-80.

Sigurdsson, et al. "Immunization Delays the Onset of Prion Disease in Mice." *American Journal of Pathology*, 2002; 161:13-17.

Wisniewski, et al. "Therapeutics in Alzheimer's and Prion Diseases." *Biochemical Society Transactions*. 2002; 30(4)-574-87.

Frautschy, et al. "Effects of injected Alzheimer β-amyloid cores in rat brain." *PNAS*. 1991; 88:8362-6.

Weldon, et al. "Neurotoxicity of Aβ Peptide: Confocal Imaging of Cellular Changes Induced by—Amyloid in Rat CNS *In Vivo*." *Society for Neuroscience Abstracts*. 1996; 22(Part 1).

Goldfarb, et al. "The Transmissible Spongiform Encephalopathies." *Ann. Rev. Med.* 1995; 46:57-65.

Kovacs, et al. "Mutations of the Prion Protein Gene Phenotypic Spectrum." *J. Neurol.* 2002; 249:1567-82.

Diomede, et al. "Activation effects of a prion protein fragment [PrP-(106-126)] on human leucocytes." *Biochem. J.* 1996; 320:563-70.

Aguzzi, et al. "Prion research: the next frontiers." *Nature.* 1997; 389:795-8.

Tal, et al. "Complete Freund's Adjuvant Immunization Prolongs Survival in Experimental Prion Disease in Mice." *Journal of Neuroscience Research.* 2003; 71:286-90.

Akiyama, et al. "Inflammation and Alzheimer's disease." *Neurobiology of Aging.* 2000; 21:383-421.

Prusiner, et al. "Ablation of the prion protein (PrP) gene in mice prevents scrapie and facilitates production of anti-PrP antibodies." *PNAS.* 1993; 90:10608-12.

Sigurdsson, et al. "Anti-priori antibodies for prophylaxis following prion exposure in mice." *Neurosciences Letters.* 2003; 336:185-7.

Goldsteins, et al. Exposure of cryptic epitopes on transthyretin only in amypoid and in amyloidogenic mutants. *PNAS.* 1999; 96:3108-13.

Palha, et al. "Antibody recognition of amyloidogenic transthyretin variants in serum of patients with familial amyloidiotic polyneuropathy." *J. Mol. Med.* 2001; 7:703-7.

Tan, et al. "Amyloidosis." *Histopathology.* 1994; 25:403-14.

Sigurdsson, et al. "A safer vaccine for Alzheimer's disease?" *Neurobiology of Aging.* 2002; 23:1001-8.

Benjamini and Leskowitz, from *IMMUNOLOGY A Short Course*, Second Edition, Chapter 4, Antibody Structure, pp. 49-65, 1991, published by Wiley-Liss, Inc., New York, New York.

Pan, et al. "Antibodies to β-Amyloid Decrease the Blood-to-Brain Transfer of β-Amyloid Peptide." *Exp. Biol. Med.* 2002; 227(8):609-15.

Eck, et al. *Goodman and Gilman's The pharmacological basis of therapeutics*, 1996; Chapter 5, pp. 77-101.

Marshall. "Gene Therapy's Growing Pains." *Science.* 1995; 269:1050-55.

Orkin, et al. *Report and Recommendations of the Panel to Assess the NIH Investment in Research on Gene Therapy*, Dec. 7, 1995.

Verma, et al. "Gene therapy—promises, problems and prospects." *Nature.* 1997; 389:239-42.

Solomon, et al. "The Amino Terminus of the β-Amyloid Peptide Contains an Essential Epitope for Maintaining Its Solubility" from *Progress in Alzheimer's and Parkinson's Diseases*, edited by Fisher et al., Plenum Press, New York, pp. 205-211 (1995).

Das, et al. "Amyloid-β Immunization Effectively Reduces Amyloid Deposition in FcRγ Knock-Out-Mice." *J. Neuroscience.* 2003; 23(24):8532-8.

Holtzman, et al. "Aβ Immunization and anti-Aβ antibodies: potential therapies for the prevention and treatment of Alzheimer's disease." *Advanced Drug Delivery Reviews.* 2002; 54:1603-13.

Schenk. "Amyloid-β immunotherapy for Alzheimer's disease: the end of the beginning." *Nature Reviews.* 2002; 3:824-8.

Bork. "Powers and Pitfalls in Sequence Analysis: The 70% Hurdle." *Genome Research.* 2000; 10:398-400.

Bork, et al. "Go hunting in sequence databases but watch out for the traps." *Trends in Genetics.* 1996; 12(10):425-7.

Brenner. "Errors in genome annotation." *Trends in Genetics.* 1999; 15(4):132-3.

Castillo, et al. "Amylin / Islet Amyloid Polypeptide: Biochemistry, Physiology, Patho-Physiology." *Diabete & Metabolisme* (Paris): 1995; 21:3-25.

Doerks, et al. "Protein annotation: detective work for function prediction." *Trends in Genetics.* 1998; 14(6):248-50.

Fonseca, et al. "The Presence of Isoaspartic Acid in β-Amyloid Plaques Indicates Plaque Age." *Experimental Neurology.* 1999; 157(2):277-88.

Ngo, et al. "Computational Complexity, Protein Structure Prediction, and the Levinthal Paradox," pp. 492-495 from Chapter 14 of *The Protein Folding Problem and Tertiary Structure Prediction*, Merz et al., eds., Birkhauser Boston (1994).

Singh, K.S. "Neuroautoimmunity: Pathogenic Implications for Alzheimer's Disease." *Gerontology.* 1997; 43:79-94.

Smith, et al. "The challenges of genome sequence annotation or The devil is in the details." *Nature Biotechnology.* 1997; 15:1222-3.

Velazquez, et al. "Aspartate residue 7 in amyloid β-protein is critical for classical complement pathway activation: Implications for Alzheimer's disease pathogenesis." *Nature Medicine.* 1997; 3(1):77-9.

Wells. "Additivity of Mutational Effects in Proteins." *Biochemistry.* 1990; 29(37):8509-17.

Yang, et al. "Effects of Racemization on the Aggregational Properties of the Amyloid β-Peptide in Alzheimer's Disease," abstract # 255 from American Chemical Society 214th National Meeting (1997).

Kelly. "Alternative conformations of amyloidogeneic proteins govern their behavior." *Current Opinion in Structural Biology.* 1996; 6:11-17.

Stern, et al. "Antibodies to the β-amyloid peptide cross-react with conformational epitopes in human fibrinogen subunits from peripheral blood." *FEBS Letters.* 1990; 264(1):43-7.

Dickson, et al. "Neuroimmunology of Alzheimer's disease: a conference report." *Neurobiology of Aging.* 1992; 13(6):793-8, abstract only.

Persson, et al. "IgG subclass-associated affinity differences of specific antibodies in humans." *J. Immunology.* 1988; 140(11):3875-9, abstract only.

Singh, V.K. "Studies of neuroimmune markers in Alzheimer's disease." *Mol. Neurobiology.* 1994; 9(1-3):73-81, abstract only.

Nalbantoglu. "Beta-amyloid protein in Alzheimer's disease." *Can. J. Neurol. Sci.* 1991; 18(3 suppl.):424-7, abstract only.

Andrew, et al. *Current Protocols in Immunology.* 1997; 2.7.1-2.9.8.

Johnson-Wood, et al. "Amyloid precursor protein processing and $A\beta_{42}$ desposition in a transgenic mouse model of Alzheimer disease." *PNAS.* 1997; 94:1550-5.

Levitt. "Molecular dynamics of native protein." *J. Mol Biol.* 1983; 168:595-620.

Queen, et al. "A humanized antibody that binds to the interleukin 2 receptor." *Proc Nalt Acad Sci USA.* 1989; 86:10029-33.

Burdick, et al. "Assembly and aggregation properties of synthetic Alzheimer's A4/β amyloid peptide antigens." *J Biol Chme.* 1992; 267:546-55.

Co, et al. "Chimeric and humanized antibodies with specificity for the CD33 antigen." *J Immunol*, 1992; 148:1149-54.

Ghiso, et al. "Epitope map of two polyclonal antibodies that recognize amyloid lesions in patients with Alzheimer's disease." *Biochem J.* 1992; 282 (Pt 2):517-22.

Flood, et al. "An amyloid β-Protein fragment, A β 12-28J, equipotently impairs post-training memory processing when injected into different limbic system structures." *Brain Res.* 1994; 663(2):271-6.

Koudinov, et al. "The soluble form of Alzheimer's amyloid beta protein is complexed to high density lipoprotein 3 and very high density lipoprotein in normal human plasma." *Biochem & Biophysic Res Comm.* 1994; 205:1164-71.

Schwarzman, et al. "Transthyretin sequesters amyloid β protein and prevents amyloid formation." *Proc Natl Acad Sci.* 1994; 91:8368-72.

Tabaton, et al. "Soluble amyloid β-protein is a marker of Alzheimer amyloid in brain but not in cerebrospinal fluid." *Biochem and Biophysl Res Comm.* 1994; 200(3):1598-1603.

Wisniewski, et al. "Alzheimer's disease and soluble A beta." *Neurobiol Aging.* 1994; 15(2):143-52, Review.

Giulian, et al. "Specific domains of β-amyloid from Alzheimer plaque elicit neuron killing in human microglia." *J Neurosci.* 1996; 16 (19):6021-37.

Hilbich, et al. "Substitutions of hydrophobic amino acid reduce the amyloidogenicity of Alzheimer's disease βA4 peptides." *J. Mol. Biol.* 1992; 228:460-73.

Teller, et al. "Presence of soluble amyloid β-peptide precedes amyloid plaque formation in Down's syndrome." *Nature Medicine.* 1996I 2(1):93-95.

Hilbich, et al. "Aggregation and secondary structure of synthetic amyloid βA4 peptides of Alzheimer's disease." *J. Mol. Biol.* 1991; 218:149-63.
Winter, et al. "Humanized antibodies." *Immunology Today.* 1996; 14(6):243-6.
El-Agnaf, et al. "The influence of the central region containing residues 19-25 on the aggregation properties and secondary structure of Alzheimer's beta-amyloid peptide." *Eur J Biochem.* 1998; 256(3):560-9.
He, et al. "Humanization and pharmacokinetics of a monoclonal antibody with specificity for both E- and P-selectin." *J Immunol.* 1998; 160:1029-35.
Lambert, et al. "Diffusible, nonfibrillar ligands derived from Aβ1-42 are potent central nervous system neurotoxins." *Proc Natl Acad Sci.* 1998; 95:6448-53.
Kuo, et al. "High levels of circulating Abeta42 are sequestered by plasma proteins in Alzheimer's disease." *Biochem Biophys Res Commun.* 1999; 257(3):787-91.
McLean, et al. "Soluble pool of Aβ amyloid as a determinant of severity of neurodegeneration in Alzheimer's disease." *Amer Neurological Assoc.* 1999; 46:860-6.
Wang, et al. "The levels of soluble versus insoluble brain Aβ distinguish Alzheimer's disease from normal and pathologic aging." *Experimental Neurology.* 1999; 158:328-37.
Levy, et al. "Immunization for Alzheimer's disease: A shot in the arm or a whiff?" *American Neurological Assoc.* 2000; 48:553-4.
Naslund, et al. "Correlation between elevated levels of amyloid β peptide in the brain and cognitive decline." *J Am Med Assoc.* 2000; 283:1571.
Zlokovic, et al. "Clearance of amyloid β-peptide from brain: transport or metabolism?" *Nature Medicine.* 2000; 6(7):718-19.
Arendiash, et al. "Behavioral assessment of Alzheimer's transgenic mice following long-term Aβ vaccination: Task specificity and correlations between Aβ deposition and spatial memory." *DNA and Cell Biology.* 2001; 20(11):737-44.
Bacskai, et al. "Imaging of amyloid-β deposits in brains of living mice permits direct observation of clearance of plaques with immunotherapy." *Nature Medicine.* 2001; 7(3): 369-72.
Dickey, et al. "Duration and specificity of humoral immune responses in mice vaccinated with the Alzheimer's disease-associated β-amyloid 1-42 peptide." *DNA and Cell Biology.* 2001; 20(11):723-9.
Haass, et al. "Protofibrils, the unifying toxic molecule of neurodegenerative disorders?" *Nature Neuroscience.* 2001; 4(9):859-60.
Klein, et al. "Targeting small Aβ oligomers: the solution to an Alzheimer's disease conundrum?" *Trends in Neurosciences.* 2001; 24(4):219-24.
Lambert, et al. "Vaccination with soluble Aβ oligomers generates toxicity-neutralizing antibodies." *J Neurochem.* 2001; 79:595-605.
Lee, et al. "Aβ immunization: Moving Aβ peptide from brain to blood." PNAS. 2001; 98(16): 8931-2.
Poduslo, et al. "Permeability of proteins at the blood-brain barrier in the normal adult mouse and double transgenic mouse model of Alzheimer's disease." *Neurobiol Dis.* 2001; 8(4): 555-67.
Town, et al. "Characterization of murine immunoglobulin G antibodies against human amyloid-$\beta_{1-42}$." *Neurosci Lett.* 2001; 307:101-4.
DeMattos, et al. "Plaque-associated disruption of CSF and plasma amyloid-β (Aβ) equilibrium in a mouse model of Alzheimer's disease." *J Neurochem.* 2002; 81:229-36.
Kotilinek, et al. "Reversible memory loss in a mouse transgenic model of Alzheimer's disease." *J Neurosci.* 2002; 22(15):6331-5.
Wang, et al. "Soluble oligomers of β amyloid (1-42) inhibit long-term potentiation but not long-term depression in rate dentate gyrus." *Brain Research.* 2002; 924:133-40.
Strbak, et al. "Passive Immunization and Hypothalamic Peptide Secretion." *Neuroendocrinology.* 1993; 58:210-17.
Ragusi, et al. "Redistribution of Imipramine from Regions of the Brain Under the Influence of Circulating Specific Antibodies." *J. Neurochem.* 1998; 70(5):2099-105.
Suo, et al. "Soluble Alzheimers β-amyloid constricts the cerebral vasculature in vivo." *Neuroscience Letters.* 1998; 257:77-80.
Lue, et al. "Soluble β-amyloid Peptide Concentration as a Predictor of Synaptic Change in Alzheimer's Disease." *Am. J. Pathol.* 1999; 155:853-62.
Tjemberg, et al. "A molecular model for Alzheimer amyloid β-peptide fibril formation." *J. Biol. Chem.* 1999; 274(18):12619-25.
Esler, et al. "Point substitution in the central hydrophobic cluster of a human β-amyloid congener disrupts peptide folding and abolishes plaque competence." *Biochemistry/* 1996; 35:13914-21.
Maggio, et al. "Brain Amyloid—A Physicochemical Perspective." *Brain Pathology.* 1996; 6:147-62.
Gorevic, et al. "Ten to fourteen residue peptides of Alzheimer's disease protein are sufficient for amyloid fibril formation and its characteristic X ray diffraction pattern." *Biochem. and Biophy. Res. Commun.* 1987; 147(2).
Balbach, et al. "Amyloid fibril formation by $A\beta_{16-22}$, a seven-residue fragment of the Alzheimer's β-amyloid peptide, and structural characterization by solid state NMR." *Biochemistry.* 2000; 39:13748-59.
Simmons, "Secondary structure of amyloid β peptide correlates with neurotoxic activity *in vitro." Molecular Pharmacology.* 1994; 45:373-9.
Wood, et al. "Prolines and amyloidogenicity in fragments of the Alzheimer's peptide β/A4." *Biochemistry.* 1995; 34:724-30.
Xu, et al. "Increased incidence of anti-β-amyloid autoantibodies secreted by Epstein-Barr virus transformed B cell lines from patients with Alzheimer's disease." *Mechanisms of Aging and Development.* 1997; 94:213-22.
Soto, et al. "The α-helical to β-strand transition in the amino-terminal fragment of the amyloid β-peptide modulates amyloid formation." *J. Biol. Chem.* 1995; 270(7):3063-7.
Cirrito, et al. "Amyloid β and Alzheimer disease therapeutics: the devil may be in the details." *J. Clin. Invest.* 2003; 112:321-3.
Hock, et al. "Antibodies against β-Amyloid Slow Cognitive Decline in Alzheimer's Disease." *Neuron.* 2003; 38:542-54.
van Regenmortel, et al. "D-peptides as immunogens and diagnostic reagents." *Curr. Opin. Biotech.* 1998; 9(4):377-82.
Sela, et al. "Different roles of D-amino acids in immune phenomena." *FASEB J.* 1999; 11(6):449-56.
Tjernberg, et al. "Controlling amyloid beta-peptide fibril formation with protease-stable ligands." *J. Biol. Chem.* 1997; 272(19):12601-5.
Flood, et al. "Topography of a binding site for small amnestic peptides deduced from structure-activity studies: Relation on amnestic effect of amyloid B protein." *PNAS.* 1994; 91:380-4.
Findeis, et al. "Modified peptide inhibitors of amyloid B-peptide polymerization." Biochemistry. 1999; 38:6791-6800.
Benkirane, et al. "Antigenicity and Immunogenicity of Modified Synthetic Peptides Containing D-Amino Acid Residues." *The Journal of Biological Chemistry.* 1993; 268(23):26279-85.
Cribbs, et al. "All-D-Erantiomers of Beta-Amyloid Exhibit Similar Biological Properties to All -L-Beta-Amyloids." *J. Biol. Chem.* 1997; 272:7431-6.
Chishti, et al. "Early-onset Amyloid Deposition and Cognitive Deficits in Transgenic Mice Expressing a Double Mutant Form of Amyloid Precursor Protein 695." *J. Biol.Chem.* 2001; 276(24):21562-70.
Chothia, et al. "Domain Association in Immunoglobulin Molecules." *J. Mol. Biol.* (1985) 186: 651-663.
Wu, et al. An Analysis of the Sequences of the Variable Regions of Bence Jones Proteins and Myeloma Light Chains and Their Implications for Antibody Complementarity J Exp Med 1970;132:211-250.
Novotny, J. et al. "Structural Invariants of Antigen Binding: Comparison of Immunoglobulin $V_L$—$V_H$ and $V_L$-$V_L$ domain Dimers." *Proc. Natl. Acad. Sci.* 82:4592-4593.
Frazer, J. K. Capra J.D. "Immunoglobulins: Structure and Function. Paul, W.E., ed. In Fundamental Immunology" 4th ed. Philadelphia, PA: Lippincott-Raven 1999: 37-74.
Anderson, J.P., et al. Exact cleavage site of Alzheimer amyloid precursor in neuronal PC-12 cells. *Neurosci Lett.* Jul. 8, 1991; 128(1):126-8.
Anderson, M.W. "Amending the amyloid hypothesis." *The Scientist.* Oct. 25, 2004; 18(20).

Bacskai, B.J., et al. "Imaging of amyloid-β deposits in brains of living mice permits direct observation of clearance of plaques with immunotherapy." *Nat. Med.* Mar. 2001; 7(3):369-72.

Bacskai, B.J., et al. "Non-Fc-mediated mechanisms are involved in clearance of amyloid-β in vivo by immunotherapy." *J Neurosci.* Sep. 15, 2002; 22(18):7873-8.

Check, E. "Battle of the mind." *Nature.* Mar. 27, 2003; 422(6930):370-2.

Chromy, B.A., et al. "Self-assembly of Aβ(1-42) into globular neurotoxins." *Biochemistry.* Nov. 11, 2003; 42(44):12749-60.

Citron, M., et al. "Evidence that the 42- and 40-amino acid forms of amyloid-β protein are generated from the β-amyloid precursor protein by different protease activities." *Proc Natl Acad Sci USA.* Nov. 12, 1996; 93(23):13170-5.

Citron, M. "Alzheimer's disease: treatments in discovery and development." *Nat Neurosci.* Nov. 2002; 5:1055-7.

DeMattos, R.B., et al. "Brain to plasma amyloid-β efflux: a measure of brain amyloid burden in a mouse model of Alzheimer's disease." *Science.* Mar. 22, 2002; 295(5563):2264-7.

DeMattos, R.B., et al. "Peripheral anti-Aβ antibody alters CNS and plasma Aβ clearance and decreases brain Aβ burden in a mouse model of Alzheimer's disease." *Proc Natl Acad Sci USA,* Jul. 17, 2001; 98(15):8850-5.

Dodart, J-C., et al. "Immunization reverses memory deficits without reducing brain Aβ burden in Alzheimer's disease model." *Nat Neurosci.* May 2002; 5(5):452-7.

Dodel, R.C., et al. "Immunotherapy for Alzheimer's disease." *Lancet Neurol.* Apr. 2003; 2(4):215-20.

Dovey, H.F., et al. "Functional gamma-secretase inhibitors reduce beta-amyloid peptide levels in brain." *J Neurochem.* Jan. 2001; 76(1):173-81.

Duff, K., et al. "Increased amyloid-β42(43) in brains of mice expressing mutant presenilin 1." *Nature.* Oct. 24, 1996; 383(6602):710-3.

Eriksen, J.L., et al. "NSAIDs and enantiomers of flurbiprofen target γ-secretase and lower Aβ42 in vivo." *J Clin Invest.* Aug. 2003; 112(3):440-9.

Findeis, M.A. "Approaches to discovery and characterization of inhibitors of amyloid β-peptide polymerization." *Biochim Biophys Acta.* Jul. 26, 2000; 1502(1):76-84.

Frenkel, D., et al. "Reduction of β-amyloid plaques in brain of transgenic mouse model of Alzheimer's disease by EFRH-phage immunization." *Vaccine.* Mar. 7, 2003; 21(11-12):1060-5.

Frenkel, D., et al. "Towards Alzheimer's β-amyloid vaccination." *Biologicals.* Sep.-Dec. 2001; 29(3-4):243-7.

Gelinas, D.S., et al. "Immunotherapy for Alzheimer's disease." *Proc Natl Acad Sci USA.* Oct. 5, 2004; 101 Suppl 2:14657-62.

Gong, Y., et al. "Alzheimer's disease-affected brain: presence of oligomeric Aβ ligands (ADDLs) suggests a molecular basis for reversible memory loss." *Proc Natl Acad Sci USA.* Sep. 2, 2003; 100(18):10417-22.

Greenberg, S.M., et al. "Alzheimer disease's double-edged vaccine." *Nat Med.* Apr. 2003; 9(4):389-90.

Haass, C. "New hope for Alzheimer disease vaccine." *Nat Med.* Nov. 2002; 8(11):1195-6.

Hock, C., et al. "Generation of antibodies specific for β-amyloid by vaccination of patients with Alzheimer disease." *Nat Med.* Nov. 2002; 8(11):1270-5.

Irizarry, M.C., et al. "Alzheimer disease therapeutics." *J Neuropathol Exp Neurol.* Oct. 2001; 60(10):923-8.

Janus, C., et al. "Transgenic mouse models of Alzheimer's disease." *Physiol Behav.* Aug. 2001; 73(5):873-86.

Klein, W.L., et al. "Targeting small Aβ oligomers: the solution to an Alzheimer's disease conundrum?" *Trends Neurosci.* Apr. 2001; 24(4):219-24.

Mattson, M.P., et al. "Good and bad amyloid antibodies." *Science.* Sep. 26, 2003; 301(5641):1847-9.

McLaurin, J., et al. "Therapeutically effective antibodies against amyloid- β peptide target amyloid-β residues 4-10 and inhibit cytotoxicity and fibrillogenesis." *Nat Med.* Nov. 2002; 8(11):1263-9. Epub Oct. 15, 2002.

Monsonego, A., et al. "Increased T cell reactivity to amyloid β protein in older humans and patients with Alzheimer disease." *J Clin Invest.* Aug. 2003; 112(3):415-22.

Monsonego, A., et al. "Immunotherapeutic approaches to Alzheimer's disease." *Science.* Oct. 31, 2003; 302(5646):834-8.

Paganetti, P.A., et al. "Amyloid precursor protein truncated at any of the γ-secretase sites is not cleaved to β -amyloid." *J Neurosci Res.* Nov. 1, 1996; 46(3):283-93.

Pallitto, M.M., et al. "Recognition sequence design for peptidyl modulators of β-amyloid aggregation and toxicity." *Biochemistry.* Mar. 23, 1999; 38(12):3570-8.

Pfeifer, M., et al. "Cerebral hemorrhage after passive anti-Aβ immunotherapy." *Science.* Nov. 15, 2002; 298(5597):1379.

Schmid, R.E. "Study suggests Alzheimer vaccine fix." www.msnbc.com/news. 2002; 1-5.

Selkoe, D.J. "Alzheimer's disease is a synaptic failure." *Science.* Oct. 25, 2002; 298(5594): 789-91.

Sigurdsson, E.M., et al. "Immunization with a nontoxic/nonfibrillar amyloid-β homologous peptide reduces Alzheimer's disease-associated pathology in transgenic mice." *Am J Pathol.* Aug. 2001; 159(2):439-47.

Solomon, B., et al. "Generation and brain delivery of anti-aggregating antibodies against β-amyloid plaques using phage display technology." *J Neural Transm Suppl.* 2002; (62):321-5.

Solomon, B. "Immunotherapeutic strategies for prevention and treatment of Alzheimer's disease." *DNA Cell Biol.* Nov. 2001; 20(11):697-703.

White, A.R., et al. "Immunotherapy as a therapeutic treatment for neurodegenerative disorders." *J Neurochem.* Nov. 2003; 87(4):801-8.

Nicoll, J.A., et al. "Neuropathology of human Alzheimer disease after immunization with amyloid-beta peptide: a case report." *Nat Med.* Apr. 2003; 9(4):448-52.

Sergeant, N., et al. "Truncated beta-amyloid peptide species in pre-clinical Alzheimer's disease as new targets for the vaccination approach." *J Neurochem.* Jun. 2003; 85(6):1581-91.

Walsh, D.M., et al. "Naturally secreted oligomers of amyloid β protein potently inhibit hippocampal long-term potentiation in vivo." *Nature.* Apr. 4, 2002; 416(6880):535-9.

Washington University in St. Louis School of Medicine. "Study Gives Clues to Working of Anti-Alzheimer Antibody." Retrieved from internet www.medicine.wustl.edu/~wumpa/news, Dec. 15, 2004.

"Researchers Devlop Blood Test to Diagnose Alzheimer's-Type Changes in Mice." Retrieved from internet www.businesswire.com, Dec. 15, 2004.

PCT Search Report for application PCT/US04/02856, Neurolab Limited.

PCT Search Report for application PCT/US03/07715, Neurolab Limited et al.

Masliah et al., "Comparison of Neurodegenerative Pathology in Transgenic Mice Overexpressing V717F β-Amyloid Precursor Protein and Alzheimer's Disease," *J. Neuroscience*, 16(18):5795-5811 (1996).

Irizarry et al., "Aβ Deposition Is Associated with Neuropil Changes, but not with Overt Neuronal Loss in the Human Amyloid Precursor Protein V717F (PDAPP) Transgenic Mouse," *J. Neuroscience*, 17(18):7053-7059 (1997).

Kayed et al., "Conformational Transitions of Islet Amyloid Polypeptide (IAPP) in Amyloid Formation *In Vitro*," *J. Mol. Biol.*, 287:781-796 (1999).

Solomon, B., "Immunological approaches as therapy for Alzheimer's disease," *Expert Opin. Biol. Ther.*, 2(8):907-917 (2002).

Bard et al., "Epitope and isotype specificities of antibodies to β-amyloid peptide for protection against Alzheimer's disease-like neuropathology," *PNAS*, 100(4):2023-2028 (2003).

Leverone et al., "Aβ1-15 is less immunogenic than Aβ1-40/42 for intranasal immunization of wild-type mice but may be effective for boosting," *Vaccine*, 21:2197-2206 (2003).

Lemere et al., "Intranasal immunotherapy for the treatment of Alzheimer's disease: *Escherichia coli* LT and LT(R192G) as mucosal adjuvants," *Neurobiology of Aging*, 23(6):991-1000 (2002).

Kettleborough et al., "Humanization of a mouse monoclonal antibody by CDR-grafting: the importance of framework residues on loop conformation," *Protein Engineering*, 4(7):773-783 (1991).

Benjamini et al., from *IMMUNOLOGY A Short Course*, Second Edition, pp. 136-138, 143, 73-74, 372-373, and 400-401, 1991, published by Wiley-Liss, Inc., New York, New York.

Herlyn et al., "Monoclonal antibodies in cell-mediated cytotoxicity against human melanoma and colorectal carcinoma", *Eur. J. Immunol.*, 9:657-659 (1979).

Jahrling et al., "Opsonization of Alphaviruses in Hamsters," *J. Medical Virology*, 12:1-16 (1983).

Bellotti et al., "Application of Monoclonal Anti-idiotypes in the Study of AL Amyloidosi: Therapeutic Implications," *Renal Failure*, 15(3):365-371 (1993).

Frazer et al., "Immunoglobulins: Structure and Function," chapter 3, pp. 37-74 from *Fundamental Immunology, fourth edition*, W.E. Paul, eds., Lippincott-Raven publishers, Philadelphia (1999).

Vershigora A. E. Obshchaya Immynologiya, pp. 35, 229-231 and 152-153.

Zlokovic BV, et al., Proc Natl Acad Sci USA., Apr. 30, 1996;93(9):4229-34.

Auld et al, "Alzheimer's disease and the basal forebrain cholinergic system: relations to β-amyloid peptides, cognition, and treatment strategies," *Progress in Neurobiol.*, 68:209-245 (2002).

Cox et al., "Adjuvants—a classification and review of their modes of action," *Vaccine*, 15(3):248-256 (1997).

De Lustig et al., "Peripheral Markers and Diagnostic Criteria in Alzheimer's Disease: Critical Evaluations," *Rev. in Neurosciences*, 5:213-225 (1994).

Gupta et al., "Adjuvants for human vaccines—current status, problems, and future prospects," *Vaccine*, 13(14):1263-1275 (1995).

Parnetti et al., "Cognitive Enhancement Therapy for Alzheimer's Disease, The Way Forward," *Drugs*, 53(5):752-768 (1997).

Vickers, J.C., "A Vaccine Against Alzheimer's Disease," *Drugs Aging*, 19(7):487-494 (2002).

Webster's New World Dictionary of American English, Third College Edition, p. 1078 (1988).

Alberts et al., eds. *Molecular Biology of The Cell, Third Edition*, chapter 23, pp. 1208-1209 (1994).

Amit et al., "Three-Dimensional Structure of an Antigen-Antibody Complex at 2.8 Å Resolution," *Science*, 233:747-753 (1986).

Ankarcrona et al., "Biomarkers for apoptosis in Alzheimer's disease," *Int. J. Geriatric Psychiatry*, 20:101-105 (2005).

Chimicon International, "Mouse Anti-Amyloid Beta Protein Monoclonal Antibody," Catalog # MAB1561.

Foote et al., "Antibody Framework Residues Affecting the Conformation of the Hypervariable Loops," *J. Mol. Biol.*, 224:487-499 (1992).

Harlow et al., eds., *Antibodies: A Laboratory Manual*, pp. 71-82 (1998).

Ida et al., "Analysis of Heterogeneous βA4 Peptides in Juman Cerebrospinal Fluid and Blood by a Newly Developed Sensitive Western Blot Assay," *J. Biol. Chem.*, 271(37):22908-22914 (1996).

Jung et al., "Alzheimer's Beta-amyloid Precursor Protein Is Expressed on the Surface of Immediately Ex Vivo Brain Cells: a Flow Cytometric Study," *J. Neurosci. Res.*, 46:336-348 (1996).

Kofler et al. "Mechanism of allergic cross-reactions—III. cDNA cloning and variable-region sequence analysis of two IgE antibodies specific for trinitrophenyl." *Mol Immunol.* 29(2):161-6 (1992).

Kofler et al. "IgE antibody light chain (VJ) [Mus musculus]." GenBank Accession No. CAA46659. Retrieved from the internet at www.ncbi.nlm.nih.gov/entrez/viewer.fcgi?db=protein& val=1870480 on Aug. 26, 2005.

Kofler et al. "M.musculus DNA for IgE antibody light chain (VJ)." GenBank Accession No. X65775. Retrieved from the internet at www.ncbi.nlm.nih.gov/entrez/viewer.fcgi?db=nucleotide& val=312078 on Aug. 26, 2005.

Krishnan et al.., "Correlation between the amino acid position of arginine in VH-CDR3 and specificity for native DNA among autoimmune antibodies." *J Immunol.* 157(6):2430-9 (1996).

Krishnan et al. "anti-DNA immunoglobulin light chain IgG [Mus musculus]." Genbank Accession No. AAB488000. Retrieved from the internet at www.ncbi.nlm.nih.gov/entrez/viewer.fcgi?db=protein&val=1870480 on Aug. 26, 2005.

Landolfi et al., "The Integrity of the Ball-and Socket Joint Between V and C Domains Is Essential for Complete Activity of a Humanized Antibody," *J. Immunology*, pp. 1748-1754 (2001).

Lo et al., "High level expression and secretion of Fc-X fusion proteins in mammalian cells," *Protein Engineering*, 11(6):495-500 (1998).

Mandel et al., "Clinical trials in neurological disorders using AAV vectors: promises and challenges," *Curr. Opin. Mol. Ther.*, 6(5):482-490 (2004).

Orlandi et al., "Cloning immunoglobulin variable domains for expression by the polymerase chain reaction," *PNAS*, 86:3833-3837 (1989).

Panka et al., "Variable region framework differences result in decreased or increased affinity of variant anti-digoxin antibodies," *PNAS*, 85:3080-3084 (1998).

Paul, W. E., eds., *Fundamental Immunology*, Third Edition, pp. 292-295, Raven Press, New York (1993).

Racke et al., "Exacerbation of Cerebral Amyloid Angiopathy-Assoiciated Microhemorrhage in Amyloid Precursor Protein Trasngenic Mice by Immunotherapy Is Dependent on Antibody Recognition of Deposited Forms of amyloid β," *J. Neurosci.*, 25(3):629-636 (2005).

Research Corporation Technology News, "THP and SangStat Partner to Develop Humanized Polyclonal Antibody Drugs," Nov. 11, 2002.

"Researchers Develop Blood Test to Diagnose Alzheimer's- Type Changes in Mice," downloaded from www.businesswire.com on Dec. 15, 2004.

Rudikoff et al., "Single amino acid substitution altering antigen-binding specificity," *PNAS*, 79:1979-1983 (1982).

Schmid, R. E., "Study suggest Alzheimer vaccine fix," from www.msnbc.com/news, pp. 1-5 (2002).

Seidl, K.J. et al. "Predominant VH genes expressed in innate antibodies are associated with distinctive antigen-binding sites." *Proc Natl Acad Sci U S A.* 96(5):2262-7 (1999).

Seidl, K.J. et al. "Immunoglobulin heavy chain VH3609-JH3 region [Mus musculus]." GenBank Accession No. AAD26773. Retrieved from the internet at www.ncbi.nlm.nih.gov/entrez/viewer.fcgi?db=protein&val=4633434 on Aug. 26, 2005.

Selkoe, D. J., "Alzheimer's disease is a synaptic failure," *Science*, 298(5594):789-791 (2002).

Souder et al., "Overview of Alzheimer's disease," *Nurs. Clin. N. Am.*, 39:545-559 (2004).

*Webster's New World Dictionary*, p. 1387, therapeutic (1988).

Clayton et al., "Synucleins in Synaptic Plasticity and Neurodegenerative Disorders," *J. Neurosci. Res.*, 58:120-129 (1999).

Dictionary.com definition of "prophylactic", pp. 1-3 downloaded from internet Oct. 12, 2005.

Kuo et al., "Water-soluble Aβ (N-40, N-42) Oligomers in Normal and Alzheimer Disease Brains," *J. Biol. Chem.*, 271(8):4077-4081 (1996).

Small et al., "Cerebral metabolic and cognitive decline in persons at genetic risk for Alzheimer's disease," *PNAS*, 97(11):6037-6042 (2000).

Valleix et al., "Hereditary renal amyloidosis caused by a new variant lysozyme W64R in a French family," *Kidney International*, 61:907-912 (2002).

* cited by examiner

# FIG. 1

Reshaping 3D6 VL

```
                                                                  27A 27B 27C
                 * *              10                   20                    27C
3d6vl.aa         Y V V M T Q T P L T L S V T I G Q P A S I S C K S S Q S L L   27C
hum3d6VLv1.aa    Y V V M T Q S P L S L P V T P G E P A S I S C K S S Q S L L   27C
KABID 019230     D I V M T Q S P L S L P V T P G E P A S I S C R S S Q S L L   27C
A19.prot         D I V M T Q S P L S L P V T P G E P A S I S C R S S Q S L L   27C

                                  35 *                 45 *                  55
3d6vl.aa         D S D G K T Y L N W L L Q R P G Q S P K R L I Y L V S K L D   55
hum3d6VLv1.aa    D S D G K T Y L N W L L Q K P G Q S P Q R L I Y L V S K L D   55
KABID 019230     H S N G Y N Y L D W Y L Q K P G Q S P Q L L I Y L G S N R A   55
A19.prot         H S N G Y N Y L D W Y L Q K P G Q S P Q L L I Y L G S N R A   55

                                  65                   75                    85
3d6vl.aa         S G V P D R F T G S G S G T D F T L K I S R I E A E D L G L   85
hum3d6VLv1.aa    S G V P D R F S G S G S G T D F T L K I S R V E A E D V G V   85
KABID 019230     S G V P D R F S G S G S G T D F T L K I S R V E A E D V G V   85
A19.prot         S G V P D R F S G S G S G T D F T L K I S R V E A E D V G V   85

                                  95                   105
3d6vl.aa         Y Y C W Q G T H F P R T F G G G T K L E I K   106A
hum3d6VLv1.aa    Y Y C W Q G T H F P R T F G Q G T K V E I K   106A
KABID 019230     Y Y C M Q A L Q T P R T F G Q G T K V E I K   106A
A19.prot         Y Y C M Q A L Q T P                           95
```

'Decoration #1': Box residues that match hum3D6VLv1.aa exactly. Residue numbering cf Kabat

3d6vl.aa - Donor murine sequence
hum3d6VLv1.aa - humanized 3d6
KABID 019230 - human acceptor framework
A19.prot - human germline VH

# FIG. 2

Reshaping 3D6 VH

```
                         10                  20                  30                  40
3d6vh.aa         E V K L V E S G G G L V K P G A S L K L S C A A S G F T F S N Y G M S W V R Q N S D K R L E W V A S  50
hum3d6VHv1.aa    E V Q L L E S G G G L V Q P G G S L R L S C A A S G F T F S N Y G M S W V R Q A P G K G L E W V A S  50
KABID 045919     E V Q L L E S G G G L V Q P G G S L R L S C A A S G F T F S S Y A V S W V R Q A P G K G L E W V S A  50
VH3-23.prot      E V Q L L E S G G G L V Q P G G S L R L S C A A S G F T F S S Y A M S W V R Q A P G K G L E W V S A  50

                     52A         60                  70                  80    82A 82B 82C         90
3d6vh.aa         I R S G G G R T Y Y S D N V K G R F T I S R E N A K N T L Y L Q M S S L K S E D T A L Y Y C V R Y D  96
hum3d6VHv1.aa    I R S G G G R T Y Y S D N V K G R F T I S R D N A K N S L Y L Q M N S L R A E D T A L Y Y C V R Y D  96
KABID 045919     I S G S G G S T Y Y A D S V K G R F T I S R D N A K N S L Y L Q M N S L R A E D T A L Y Y C A K D N  96
VH3-23.prot      I S G S G G S T Y Y A D S V K G R F T I S R D N S K N T L Y L Q M N S L R A E D T A V Y Y C A K      94

                     100 100A 100B 100C 100D      110
3d6vh.aa         H Y S G S S - - D Y W G Q G T T V T V S S  113
hum3d6VHv1.aa    H Y S G S S - - D Y W G Q G T L V T V S S  113
KABID 045919     Y D F W S G T F D Y W G Q G T L V T V S S  113
VH3-23.prot
```

'Decoration #1': Box residues that match hum3d6VHv1.aa exactly. Residue Numbering cf Kabat

3d6vh.aa - Donor murine sequence
hum3d6VHv1.aa - humanized 3d6 VH
KABID 045919 - human acceptor framework
VH3-23.prot - human germline VH

# FIG. 3A

Aβ42 ELISA
0.8
0.6
0.4
0.2
0
OD
0.001
0.01
0.1
1
10
μg/ml
3D6 (αMs-HRP)
PK1614

# FIG. 3B

Aβ42 ELISA
competition of 3D6-B
0.8
0.6
0.4
0.2
0
OD
0.01
0.1
1
10
100
μg/ml
3D6
PK1614
10D5



FIG. 4

MF011101 Agg. ABeta ELISA
OD450
0.75
0.50
0.25
0.00
0.0001
0.0010
0.0100
0.1000
1.0000
10.0000
μg/ml
lot 840 H1L2
lot 837 H1L1
lot 842 H1L1
lot 843 H2L2
MF121400 Agg. ABeta ELISA
OD450
0.75
0.50
0.25
0.00
0.001
0.010
0.100
1.000
10.000
μg/ml
h3D6 v1 lot#837
h3D6 v1 lot#837b
ch3D6 PK1614

FIG. 5B

FIG. 5A

# FIG. 6

Staining of PDAPP brain sections with humanized 3D6
MAb Titrations on PD-APP Brain Sections
Channels 70-256
Total Pixels
180000
160000
140000
120000
100000
80000
60000
40000
20000
0
0.1
1
10
µg/ml
pk1614
Hu3D6

FIG. 7
h3D6 affinity: Competitive Binding
Competition on Aβ42
3D6
PK1614 chimeric
PK1636 V1
H2L2
10D5
OD
0.8
0.6
0.4
0.2
0
0.01
0.1
1
10
100
µg/ml

FIG. 8
Ex-vivo assay: Stimulation of microglial
phagocytosis by h3D6
Ex vivo PDAPP
266/3D6-B

Hu IgG1
PK1614
PK1636
H2L2 (lot #843)

Ab (ng/ml)
200
100
0
0.030
0.300
3.000
Antibody Concentration (µg/ml)

FIG. 9

```
                         10                  20
                         |                   |
10D5vl.pro  M K L P V R L L - V L M F W I P A S S S D V L M T Q T P L S   29
3D6vl.pro   M M S P A Q F L F L L V L W I R E T N G Y V V M T Q T P L T   30

            30                  40                  50
            |                   |                   |
10D5vl.pro  L P V S L G D Q A S I S C R S S Q N I I H S N G N T Y L E W   59
3D6vl.pro   L S V T I G Q P A S I S C K S S Q S L L D S D G K T Y L N W   60

            60                  70                  80
            |                   |                   |
10D5vl.pro  Y L Q K P G Q S P K L L I Y K V S N R F S G V P D R F S G S   89
3D6vl.pro   L L Q R P G Q S P K R L I Y L V S K L D S G V P D R F T G S   90

            90                  100                 110
            |                   |                   |
10D5vl.pro  G S G T D F T L K I K K V E A E D L G I Y Y C F Q G S H V P  119
3D6vl.pro   G S G T D F T L K I S R I E A E D L G L Y Y C W Q G T H F P  120

            120                 130
            |                   |
10D5vl.pro  L T F G A G T K L E L E                                      131
3D6vl.pro   R T F G G G T K L E I K                                      132
```

# FIG. 10

```
                        10                  20                  30
                         |                   |                   |
10D5vh.pro   M D - R L T S S F L L L I V P A Y V L S Q A T L K E S G P G    29
3D6vh.PRO    M N F G L S L I F L V L V L K G - V Q C E V K L V E S G G G    29

                        40                  50                  60
                         |                   |                   |
10D5vh.pro   I L Q S S Q T L S L T C S F S G F S L S T S G M G V S W I R    59
3D6vh.PRO    L V K P G A S L K L S C A A S G F T F S N Y G M - - S W V R    57

                        70                  80                  90
                         |                   |                   |
10D5vh.pro   Q P S G K G L E W L A H I Y W D D D K R Y - N P S L K S R L    88
3D6vh.PRO    Q N S D K R L E W V A S I R S G G G R T Y Y S D N V K G R F    87

                       100                 110                 120
                         |                   |                   |
10D5vh.pro   T I S K D T S R K Q V F L K I T S V D P A D T A T Y Y C V R   118
3D6vh.PRO    T I S R E N A K N T L Y L Q M S S L K S E D T A L Y Y C V R   117

                       130                 140
                         |                   |
10D5vh.pro   R P I T P V L V D A M D Y W G Q G T S V T V S S               142
3D6vh.PRO    - - - Y D H Y S G S S D Y W G Q G T T V T V S S               138
```

# HUMANIZED ANTIBODIES THAT RECOGNIZE BETA AMYLOID PEPTIDE

## RELATED APPLICATIONS

This application is a continuation-in-part of prior-filed application U.S. Ser. No. 10/010,942 filed Dec. 6, 2001 entitled "Humanized Antibodies that Recognize Beta Amyloid Peptide" (pending) which, in turn, claims the benefit of prior-filed provisional patent application U.S. Ser. No. 60/251,892 (filed Dec. 6, 2000) entitled "Humanized Antibodies That Recognize Beta-Amyloid Peptide" (expired). The entire content of the above-referenced applications is incorporated herein by reference.

## BACKGROUND OF THE INVENTION

Alzheimer's disease (AD) is a progressive disease resulting in senile dementia. See generally Selkoe, *TINS* 16:403 (1993); Hardy et al., WO 92/13069; Selkoe, *J. Neuropathol. Exp. Neurol.* 53:438 (1994); Duff et al., *Nature* 373:476 (1995); Games et al., *Nature* 373:523 (1995). Broadly speaking, the disease falls into two categories: late onset, which occurs in old age (65+years) and early onset, which develops well before the senile period, i.e., between 35 and 60 years. In both types of disease, the pathology is the same but the abnormalities tend to be more severe and widespread in cases beginning at an earlier age. The disease is characterized by at least two types of lesions in the brain, neurofibrillary tangles and senile plaques. Neurofibrillary tangles are intracellular deposits of microtubule associated tau protein consisting of two filaments twisted about each other in pairs. Senile plaques (i.e., amyloid plaques) are areas of disorganized neuropil up to 150 μm across with extracellular amyloid deposits at the center which are visible by microscopic analysis of sections of brain tissue. The accumulation of amyloid plaques within the brain is also associated with Down's syndrome and other cognitive disorders.

The principal constituent of the plaques is a peptide termed Aβ or β-amyloid peptide. Aβ peptide is a 4-kDa internal fragment of 39–43 amino acids of a larger transmembrane glycoprotein named protein termed amyloid precursor protein (APP). As a result of proteolytic processing of APP by different secretase enzymes, Aβ is primarily found in both a short form, 40 amino acids in length, and a long form, ranging from 42–43 amino acids in length. Part of the hydrophobic transmembrane domain of APP is found at the carboxy end of Aβ, and may account for the ability of Aβ to aggregate into plaques, particularly in the case of the long form. Accumulation of amyloid plaques in the brain eventually leads to neuronal cell death. The physical symptoms associated with this type of neural deterioration characterize Alzheimer's disease.

Several mutations within the APP protein have been correlated with the presence of Alzheimer's disease. See, e.g., Goate et al., *Nature* 349:704) (1991) ($valine^{717}$ to isoleucine); Chartier Harlan et al. *Nature* 353:844 (1991)) ($valine_{717}$ to glycine); Murrell et al., *Science* 254:97 (1991) (valine to phenylalanine); Mullan et al., *Nature Genet.* 1:345 (1992) (a double mutation changing $lysine^{595}$-$methionine^{596}$ to $asparagine^{595}$-$leucine^{596}$). Such mutations are thought to cause Alzheimer's disease by increased or altered processing of APP to Aβ, particularly processing of APP to increased amounts of the long form of Aβ (i.e., Aβ1–42 and Aβ1–43). Mutations in other genes, such as the presenilin genes, PS1 and PS2, are thought indirectly to affect processing of APP to generate increased amounts of long form Aβ (see Hardy, *TINS* 20: 154 (1997)).

Mouse models have been used successfully to determine the significance of amyloid plaques in Alzheimer's (Games et al., supra, Johnson-Wood et al., *Proc. Natl. Acad. Sci. USA* 94:1550 (1997)). In particular, when PDAPP transgenic mice, (which express a mutant form of human APP and develop Alzheimer's disease at a young age), are injected with the long form of Aβ, they display both a decrease in the progression of Alzheimer's and an increase in antibody titers to the Aβ peptide (Schenk et al., *Nature* 400, 173 (1999)). The observations discussed above indicate that Aβ, particularly in its long form, is a causative element in Alzheimer's disease.

McMichael, EP 526,511, proposes administration of homeopathic dosages (less than or equal to $10^{-2}$ mg/day) of Aβ to patients with preestablished AD. In a typical human with about 5 liters of plasma, even the upper limit of this dosage would be expected to generate a concentration of no more than 2 pg/ml. The normal concentration of Aβ in human plasma is typically in the range of 50–200 pg/ml (Seubert et al., *Nature* 359:325 (1992)). Because EP 526,511's proposed dosage would barely alter the level of endogenous circulating Aβ and because EP 526,511 does not recommend use of an adjuvant, as an immunostimulant, it seems implausible that any therapeutic benefit would result.

Accordingly, there exists the need for new therapies and reagents for the treatment of Alzheimer's disease, in particular, therapies and reagents capable of effecting a therapeutic benefit at physiologic (e.g., non-toxic) doses.

## SUMMARY OF THE INVENTION

The present invention features new immunological reagents, in particular, therapeutic antibody reagents for the prevention and treatment of amyloidogenic disease (e.g., Alzheimer's disease). The invention is based, at least in part, on the identification and characterization of two monoclonal antibodies that specifically bind to Aβ peptide and are effective at reducing plaque burden and/or reducing the neuritic dystrophy associated with amyloidogenic disorders. Structural and functional analysis of these antibodies leads to the design of various humanized antibodies for prophylactic and/or therapeutic use. In particular, the invention features humanization of the variable regions of these antibodies and, accordingly provides for humanized immunoglobulin or antibody chains, intact humanized immunoglobulins or antibodies, and functional immunoglobulin or antibody fragments, in particular, antigen binding fragments, of the featured antibodies.

Polypeptides comprising the complementarity determining regions of the featured monoclonal antibodies are also disclosed, as are polynucleotide reagents, vectors and host suitable for encoding said polypeptides.

Methods of treatment of amyloidogenic diseases or disorders (e.g., Alzheimer's disease) are disclosed, as are pharmaceutical compositions and kits for use in such applications.

Also featured are methods of identifying residues within the featured monoclonal antibodies which are important for proper immunologic function and for identifying residues which are amenable to substitution in the design of humanized antibodies having improved binding affinities and/or reduced immunogenicity, when used as therapeutic reagents.

Also featured are antibodies (e.g, humanized antibodies) having altered effector functions, and therapeutic uses thereof.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 depicts an alignment of the amino acid sequences of the light chain of mouse 3D6, humanized 3D6, Kabat ID 109230 and germline A19 antibodies. CDR regions are indicated by arrows. Bold italics indicate rare murine residues. Bold indicates packing (VH+VL) residues. Solid fill indicates canonical/CDR interacting residues. Asterisks indicate residues selected for backmutation in humanized 3D6, version 1.

FIG. 2 depicts an alignment of the amino acid sequences of the heavy chain of mouse 3D6, humanized 3D6, Kabat ID 045919 and germline VH3-23 antibodies. Annotation is the same as for FIG. 1.

FIG. 3 graphically depicts the Aβ binding properties of 3D6, chimeric 3D6 and 10D5. FIG. 3A is a graph depicting binding of Aβ to chimeric 3D6 (PK1614) as compared to murine 3D6. FIG. 3B is a graph depicting competition of biotinylated 3D6 versus unlabeled 3D6, PK1614 and 10D5 for binding to Aβ.

FIG. 4 depicts a homology model of 3D6 VH and VL, showing α-carbon backbone trace. VH is shown in as a stippled line, and VL is shown as a solid line. CDR regions are indicated in ribbon form.

FIG. 5 graphically depicts the Aβ binding properties of chimeric 3D6 and humanized 3D6. FIG. 5A depicts ELISA results measuring the binding of humanized 3D6v1 and chimeric 3D6 to aggregated Aβ. FIG. 5B depicts ELISA results measuring the binding of humanized 3D6v1 and humanized 3D6v2 to aggregated Aβ.

FIG. 6 is a graph quantitating the binding of humanized 3D6 and chimeric 3D6 to Aβ plaques from brain sections of PDAPP mice.

FIG. 7 is a graph showing results of a competitive binding assay testing the ability of humanized 3D6 versions 1 and 2, chimeric 3D6, murine 3D6, and 10D5 to compete with murine 3D6 for binding to Aβ.

FIG. 8 graphically depicts of an ex vivo phagocytosis assay testing the ability of humanized 3D6v2, chimeric 3D6, and human IgG to mediate the uptake of Aβ by microglial cells.

FIG. 9 depicts an alignment of the 10D5 VL and 3D6 VL amino acid sequences. Bold indicates residues that match 10D5 exactly.

FIG. 10 depicts an alignment of the 10D5 VH and 3D6 VH amino acid sequences. Bold indicates residues that match 10D5 exactly.

## DETAILED DESCRIPTION OF THE INVENTION

The present invention features new immunological reagents and methods for preventing or treating Alzheimer's disease or other amyloidogenic diseases. The invention is based, at least in part, on the characterization of two monoclonal immunoglobulins, 3D6 and 10D5, effective at binding beta amyloid protein (Aβ) (e.g, binding soluble and/or aggregated Aβ), mediating phagocytosis (e.g., of aggregated Aβ), reducing plaque burden and/or reducing neuritic dystrophy (e.g., in patient). The invention is further based on the determination and structural characterization of the primary and secondary structure of the variable light and heavy chains of these immunoglobulins and the identification of residues important for activity and immunogenicity.

Immunoglobulins are featured which include a variable light and/or variable heavy chain of the preferred monoclonal immunoglobulins described herein. Preferred immunoglobulins, e.g., therapeutic immunoglobulins, are featured which include a humanized variable light and/or humanized variable heavy chain. Preferred variable light and/or variable heavy chains include a complementarity determining region (CDR) from the monoclonal immunoglobulin (e.g., donor immunoglobulin) and variable framework regions substantially from a human acceptor immunoglobulin. The phrase "substantially from a human acceptor immunoglobulin" means that the majority or key framework residues are from the human acceptor sequence, allowing however, for substitution of residues at certain positions with residues selected to improve activity of the humanized immunoglobulin (e.g., alter activity such that it more closely mimics the activity of the donor immunoglobulin) or selected to decrease the immunogenicity of the humanized immunoglobulin.

In one embodiment, the invention features a humanized immunoglobulin light or heavy chain that includes 3D6 variable region complementarity determining regions (CDRs) (i e., includes one, two or three CDRs from the light chain variable region sequence set forth as SEQ ID NO:2 or includes one, two or three CDRs from the heavy chain variable region sequence set forth as SEQ ID NO:4), and includes a variable framework region substantially from a human acceptor immunoglobulin light or heavy chain sequence, provided that at least one residue of the framework residue is backmutated to a corresponding murine residue, wherein said backmutation does not substantially affect the ability of the chain to direct Aβ binding.

In another embodiment, the invention features a humanized immunoglobulin light or heavy chain that includes 3D6 variable region complementarity determining regions (CDRs) (e.g., includes one, two or three CDRs from the light chain variable region sequence set forth as SEQ ID NO:2 and/or includes one, two or three CDRs from the heavy chain variable region sequence set forth as SEQ ID NO:4), and includes a variable framework region substantially from a human acceptor immunoglobulin light or heavy chain sequence, provided that at least one framework residue is substituted with the corresponding amino acid residue from the mouse 3D6 light or heavy chain variable region sequence, where the framework residue is selected from the group consisting of (a) a residue that non-covalently binds antigen directly; (b) a residue adjacent to a CDR; (c) a CDR-interacting residue (e.g., identified by modeling the light or heavy chain on the solved structure of a homologous known immunoglobulin chain); and (d) a residue participating in the VL-VH interface.

In another embodiment, the invention features a humanized immunoglobulin light or heavy chain that includes 3D6 variable region CDRs and variable framework regions from a human acceptor immunoglobulin light or heavy chain sequence, provided that at least one framework residue is substituted with the corresponding amino acid residue from the mouse 3D6 light or heavy chain variable region sequence, where the framework residue is a residue capable of affecting light chain variable region conformation or function as identified by analysis of a three-dimensional model of the variable region, for example a residue capable of interacting with antigen, a residue proximal to the antigen binding site, a residue capable of interacting with a CDR, a residue adjacent to a CDR, a residue within 6 Å of a CDR residue, a canonical residue, a vernier zone residue, an interchain packing residue, an unusual residue, or a glycoslyation site residue on the surface of the structural model.

In another embodiment, the invention features a humanized immunoglobulin light chain that includes 3D6 variable

region CDRs (e.g., from the 3D6 light chain variable region sequence set forth as SEQ ID NO:2), and includes a human acceptor immunoglobulin variable framework region, provided that at least one framework residue selected from the group consisting of L1, L2, L36 and L46 (Kabat numbering convention) is substituted with the corresponding amino acid residue from the mouse 3D6 light chain variable region sequence. In another embodiment, the invention features a-humanized immunoglobulin heavy chain that includes 3D6 variable region CDRs (e.g., from the 3D6 heavy chain variable region sequence set forth as SEQ ID NO:4), and includes a human acceptor immunoglobulin variable framework region, provided that at least one framework residue selected from the group consisting of H49, H93 and H94 (Kabat numbering convention) is substituted with the corresponding amino acid residue from the mouse 3D6 heavy chain variable region sequence.

Preferred light chains include kappa II framework regions of the subtype kappa II (Kabat convention), for example, framework regions from the acceptor immunoglobulin Kabat ID 019230, Kabat ID 005131, Kabat ID 005058, Kabat ID 005057, Kabat ID 005059, Kabat ID U21040 and Kabat ID U41645. Preferred heavy chains include framework regions of the subtype III (Kabat convention), for example, framework regions from the acceptor immunoglobulin Kabat ID 045919, Kabat ID 000459, Kabat ID 000553, Kabat ID 000386 and Kabat ID M23691.

In one embodiment, the invention features a humanized immunoglobulin light or heavy chain that includes 10D5 variable region complementarity determining regions (CDRs) (i.e., includes one, two or three CDRs from the light chain variable region sequence set forth as SEQ ID NO:14 or includes one, two or three CDRs from the heavy chain variable region sequence set forth as SEQ ID NO:16), and includes a variable framework region substantially from a human acceptor immunoglobulin light or heavy chain sequence, provided that at least one residue of the framework residue is backmutated to a corresponding murine residue, wherein said backmutation does not substantially affect the ability of the chain to direct Aβ binding.

In another embodiment, the invention features a humanized immunoglobulin light or heavy chain that includes 10D5 variable region complementarity determining regions (CDRs) (e.g., includes one, two or three CDRs from the light chain variable region sequence set forth as SEQ ID NO:14 and/or includes one, two or three CDRs from the heavy chain variable region sequence set forth as SEQ ID NO:16), and includes a variable framework region substantially from a human acceptor immunoglobulin light or heavy chain sequence, provided that at least one framework residue is substituted with the corresponding amino acid residue from the mouse 3D6 light or heavy chain variable region sequence, where the framework residue is selected from the group consisting of (a) a residue that non-covalently binds antigen directly; (b) a residue adjacent to a CDR; (c) a CDR-interacting residue (e.g., identified by modeling the light or heavy chain on the solved structure of a homologous known immunoglobulin chain); and (d) a residue participating in the VL-VH interface.

In another embodiment, the invention features a humanized immunoglobulin light or heavy chain that includes 10D5 variable region CDRs and variable framework regions from a human acceptor immunoglobulin light or heavy chain sequence, provided that at least one framework residue is substituted with the corresponding amino acid residue from the mouse 10D5 light or heavy chain variable region sequence, where the framework residue is a residue capable of affecting light chain variable region conformation or function as identified by analysis of a three-dimensional model of the variable region, for example a residue capable of interacting with antigen, a residue proximal to the antigen binding site, a residue capable of interacting with a CDR, a residue adjacent to a CDR, a residue within 6 Å of a CDR residue, a canonical residue, a vernier zone residue, an interchain packing residue, an unusual residue, or a glycoslyation site residue on the surface of the structural model.

In another embodiment, the invention features, in addition to the substitutions described above, a substitution of at least one rare human framework residue. For example, a rare residue can be substituted with an amino acid residue which is common for human variable chain sequences at that position. Alternatively, a rare residue can be substituted with a corresponding amino acid residue from a homologous germline variable chain sequence (e.g., a rare light chain framework residue can be substituted with a corresponding germline residue from an A1, A17, A18, A2, or A19 germline immunoglobulin sequence or a rare heavy chain framework residue can be substituted with a corresponding germline residue from a VH3-48, VH3-23, VH3-7, VH3-21 or VH3-11 germline immunoglobulin sequence.

In another embodiment, the invention features a humanized immunoglobulin that includes a light chain and a heavy chain, as described above, or an antigen-binding fragment of said immunoglobulin. In an exemplary embodiment, the humanized immunoglobulin binds (e.g., specifically binds) to beta amyloid peptide (Aβ) with a binding affinity of at least $10^7$ $M^{-1}$, $10^8$ $M^{-1}$, or $10^9$ $M^{-}$. In another embodiment, the immunoglobulin or antigen binding fragment includes a heavy chain having isotype γ1. In-another embodiment, the immunoglobulin or antigen binding fragment binds (e.g., specifically binds) to both soluble beta amyloid peptide (Aβ) and aggregated Aβ. In another embodiment, the immunoglobulin or antigen binding fragment mediates phagocytosis (e.g., induces phagocytosis) of beta amyloid peptide (Aβ). In yet another embodiment, the immunoglobulin or antigen binding fragment crosses the blood-brain barrier in a subject. In yet another embodiment, the immunoglobulin or antigen binding fragment reduces both beta amyloid peptide (Aβ) burden and neuritic dystrophy in a subject.

In another embodiment, the invention features chimeric immunoglobulins that include 3D6 variable regions (e.g., the variable region sequences set forth as SEQ ID NO:2 or SEQ ID NO:4). As used herein, an antibody or immunoglobulin sequence comprising a VL and/or VH sequence as set forth in, for example, SEQ ID NO:2 or SEQ ID NO:4 can comprise either the full VL or VH sequence or can comprise the mature VL or VH sequence (i.e., mature peptide without the signal or leader peptide). In yet another embodiment, the invention features an immunoglobulin, or antigen-binding fragment thereof, including a variable heavy chain region as set forth in SEQ ID NO:8 and a variable light chain region as set forth in SEQ ID NO:5. In yet another embodiment, the invention features an immunoglobulin, or antigen-binding fragment thereof, including a variable heavy chain region as set forth in SEQ ID NO: 12 and a variable light chain region as set forth in SEQ ID NO:11. In another embodiment, the invention features chimeric immunoglobulins that include 10D5 variable regions (e.g., the variable region sequences set forth as SEQ ID NO:14 or SEQ ID NO:16). In yet another embodiment, the immunoglobulin, or antigen-binding fragment thereof, further includes constant regions from IgG1.

The immunoglobulins described herein are particularly suited for use in therapeutic methods aimed at preventing or

treating amyloidogenic diseases. In one embodiment, the invention features a method of preventing or treating an amyloidogenic disease (e.g., Alzheimer's disease) that involves administering to the patient an effective dosage of a humanized immunoglobulin as described herein. In another embodiment, the invention features pharmaceutical compositions that include a humanized immunoglobulin as described herein and a pharmaceutical carrier. Also featured are isolated nucleic acid molecules, vectors and host cells for producing the immunoglobulins or immunoglobulin fragments or chains described herein, as well as methods for producing said immunoglobulins, immunoglobulin fragments or immunoglobulin chains

The present invention further features a method for identifying 3D6 or 10D5 residues amenable to substitution when producing a humanized 3D6 or 10D5 immunoglobulin, respectively. For example, a method for identifying variable framework region residues amenable to substitution involves modeling the three-dimensional structure of the 3D6 or 10D5 variable region on a solved homologous immunoglobulin structure and analyzing said model for residues capable of affecting 3D6 or 10D5 immunoglobulin variable region conformation or function, such that residues amenable to substitution are identified. The invention further features use of the variable region sequence set forth as SEQ ID NO:2 or SEQ ID NO:4, or any portion thereof, in producing a three-dimensional image of a 3D6 immunoglobulin, 3D6 immunoglobulin chain, or domain thereof. Also featured is the use of the variable region sequence set forth as SEQ ID NO:14 or SEQ ID NO:16, or any portion thereof, in producing a three-dimensional image of a 10D5 immunoglobulin, 10D5 immunoglobulin chain, or domain thereof.

The present invention further features immunoglobulins having altered effector function, such as the ability to bind effector molecules, for example, complement or a receptor on an effector cell. In particular, the immunoglobulin of the invention has an altered constant region, e.g., Fc region, wherein at least one amino acid residue in the Fc region has been replaced with a different residue or side chain. In one embodiment, the modified immunoglobulin is of the IgG class, comprises at least one amino acid residue replacement in the Fc region such that the immunoglobulin has an altered effector function, e.g., as compared with an unmodified immunoglobulin. In particular embodiments, the immunoglobulin of the invention has an altered effector function such that it is less immunogenic (e.g., does not provoke undesired effector cell activity, lysis, or complement binding), has improved amyloid clearance properties, and/or has a desirable half-life.

Prior to describing the invention, it may be helpful to an understanding thereof to set forth definitions of certain terms to be used hereinafter.

The term "immunoglobulin" or "antibody" (used interchangeably herein) refers to an antigen-binding protein having a basic four-polypeptide chain structure consisting of two heavy and two light chains, said chains being stabilized, for example, by interchain disulfide bonds, which has the ability to specifically bind antigen. Both heavy and light chains are folded into domains. The term "domain" refers to a globular region of a heavy or light chain polypeptide comprising peptide loops (e.g., comprising 3 to 4 peptide loops) stabilized, for example, by β-pleated sheet and/or intrachain disulfide bond. Domains are further referred to herein as "constant" or "variable", based on the relative lack of sequence variation within the domains of various class members in the case of a "constant" domain, or the significant variation within the domains of various class members in the case of a "variable" domain. "Constant" domains on the light chain are referred to interchangeably as "light chain constant regions", "light chain constant domains", "CL" regions or "CL" domains). "Constant" domains on the heavy chain are referred to interchangeably as "heavy chain constant regions", "heavy chain constant domains", "CH" regions or "CH" domains). "Variable" domains on the light chain are referred to interchangeably as "light chain variable regions", "light chain variable domains", "VL" regions or "VL" domains). "Variable" domains on the heavy chain are referred to interchangeably as "heavy chain constant regions", "heavy chain constant domains", "CH" regions or "CH" domains).

The term "region" refers to a part or portion of an antibody chain and includes constant or variable domains as defined herein, as well as more discrete parts or portions of said domains. For example, light chain variable domains or regions include "complementarity determining regions" or "CDRs" interspersed among "framework regions" or "FRs", as defined herein.

Immunoglobulins or antibodies can exist in monomeric or polymeric form. The term "antigen-binding fragment" refers to a polypeptide fragment of an immunoglobulin or antibody binds antigen or competes with intact antibody (i.e., with the intact antibody from which they were derived) for antigen binding (i.e., specific binding). The term "conformation" refers to the tertiary structure of a protein or polypeptide (e.g., an antibody, antibody chain, domain or region thereof). For example, the phrase "light (or heavy) chain conformation" refers to the tertiary structure of a light (or heavy) chain variable region, and the phrase "antibody conformation" or "antibody fragment conformation" refers to the tertiary structure of an antibody or fragment thereof.

"Specific binding" of an antibody mean that the antibody exhibits appreciable affinity for antigen or a preferred epitope and, preferably, does not exhibit significant cross-reactivity. "Appreciable" or preferred binding include binding with an affinity of at least $10^6$, $10^7$, $10^8$, $10^9$ $M^{-1}$, or $10^{10}$ $M^{-1}$. Affinities greater than $10^7$ $M^{-1}$, preferably greater than $10^8$ $M^{-1}$ are more preferred. Values intermediate of those set forth herein are also intended to be within the scope of the present invention and a preferred binding affinity can be indicated as a range of affinities, for example, $10^6$ to $10^{10}$ $M^{-1}$, preferably $10^7$ to $10^{10}$ $M^{-1}$, more preferably $10^8$ to $10^{10}$ $M^{-1}$. An antibody that "does not exhibit significant cross-reactivity" is one that will not appreciably bind to an undesirable entity (e.g, an undesirable proteinaceous entity). For example, an antibody that specifically binds to Aβ will appreciably bind Aβ but will not significantly react with non-Aβ proteins or peptides (e.g., non-Aβ proteins or peptides included in plaques). An antibody specific for a preferred epitope will, for example, not significantly crossreact with remote epitopes on the same protein or peptide. Specific binding can be determined according to any art-recognized means for determining such binding. Preferably, specific binding is determined according to Scatchard analysis and/or competitive binding assays.

Binding fragments are produced by recombinant DNA techniques, or by enzymatic or chemical cleavage of intact immunoglobulins. Binding fragments include Fab, Fab', $F(ab')_2$, Fabc, Fv, single chains, and single-chain antibodies. Other than "bispecific" or "bifunctional" immunoglobulins or antibodies, an immunoglobulin or antibody is understood to have each of its binding sites identical. A "bispecific" or "bifunctional antibody" is an artificial hybrid antibody having two different heavy/light chain pairs and two different binding sites. Bispecific antibodies can be produced by a

variety of methods including fusion of hybridomas or linking of Fab' fragments. See, e.g., Songsivilai & Lachmann, *Clin. Exp. Immunol.* 79:315–321 (1990); Kostelny et al., *J. Immunol.* 148, 1547–1553 (1992).

The term "humanized immunoglobulin" or "humanized antibody" refers to an immunoglobulin or antibody that includes at least one humanized immunoglobulin or antibody chain (i.e., at least one humanized light or heavy chain). The term "humanized immunoglobulin chain" or "humanized antibody chain" (i. e., a "humanized immunoglobulin light chain" or "humanized immunoglobulin heavy chain") refers to an immunoglobulin or antibody chain (i.e., a light or heavy chain, respectively) having a variable region that includes a variable framework region substantially from a human immunoglobulin or antibody and complementarity determining regions (CDRs) (e.g., at least one CDR, preferably two CDRs, more preferably three CDRs) substantially from a non-human immunoglobulin or antibody, and further includes constant regions (e.g., at least one constant region or portion thereof, in the case of a light chain, and preferably three constant regions in the case of a heavy chain). The term "humanized variable region" (e.g., "humanized light chain variable region" or "humanized heavy chain variable region") refers to a variable region that includes a variable framework region substantially from a human immunoglobulin or antibody and complementarity determining regions (CDRs) substantially from a non-human immunoglobulin or antibody.

The phrase "substantially from a human immunoglobulin or antibody" or "substantially human" means that, when aligned to a human immunoglobulin or antibody amino sequence for comparison purposes, the region shares at least 80–90%, preferably 90–95%, more preferably 95–99% identity (i.e., local sequence identity) with the human framework or constant region sequence, allowing, for example, for conservative substitutions, consensus sequence substitutions, germline substitutions, backmutations, and the like. The introduction of conservative substitutions, consensus sequence substitutions, germline substitutions, backmutations, and the like, is often referred to as "optimization" of a humanized antibody or chain. The phrase "substantially from a non-human immunoglobulin or antibody" or "substantially non-human" means having an immunoglobulin or antibody sequence at least 80–95%, preferably 90–95%, more preferably, 96%, 97%, 98%, or 99% identical to that of a non-human organism, e.g., a non-human mammal.

Accordingly, all regions or residues of a humanized immunoglobulin or antibody, or of a humanized immunoglobulin or antibody chain, except possibly the CDRs, are substantially identical to the corresponding regions or residues of one or more native human immunoglobulin sequences. The term "corresponding region" or "corresponding residue" refers to a region or residue on a second amino acid or nucleotide sequence which occupies the same (i.e., equivalent) position as a region or residue on a first amino acid or nucleotide sequence, when the first and second sequences are optimally aligned for comparison purposes.

The terms "humanized immunoglobulin" or "humanized antibody" are not intended to encompass chimeric immunoglobulins or antibodies, as defined infra. Although humanized immunoglobulins or antibodies are chimeric in their construction (i.e., comprise regions from more than one species of protein), they include additional features (i.e., variable regions comprising donor CDR residues and acceptor framework residues) not found in chimeric immunoglobulins or antibodies, as defined herein.

The term "significant identity" means that two polypeptide sequences, when optimally aligned, such as by the programs GAP or BESTFIT using default gap weights, share at least 50–60% sequence identity, preferably 60–70% sequence identity, more preferably 70–80% sequence identity, more preferably at least 80–90% identity, even more preferably at least 90–95% identity, and even more preferably at least 95% sequence identity or more (e.g., 99% sequence identity or more). The term "substantial identity" means that two polypeptide sequences, when optimally aligned, such as by the programs GAP or BESTFIT using default gap weights, share at least 80–90% sequence identity, preferably 90–95% sequence identity, and more preferably at least 95% sequence identity or more (e.g., 99% sequence identity or more). For sequence comparison, typically one sequence acts as a reference sequence, to which test sequences are compared. When using a sequence comparison algorithm, test and reference sequences are input into a computer, subsequence coordinates are designated, if necessary, and sequence algorithm program parameters are designated. The sequence comparison algorithm then calculates the percent sequence identity for the test sequence(s) relative to the reference sequence, based on the designated program parameters. The terms "sequence identity" and "sequence identity" are used interchangeably herein.

Optimal alignment of sequences for comparison can be conducted, e.g., by the local homology algorithm of Smith & Waterman, *Adv. Appl. Math.* 2:482 (1981), by the homology alignment algorithm of Needleman & Wunsch, *J. Mol. Biol.* 48:443 (1970), by the search for similarity method of Pearson & Lipman, *Proc. Nat'l. Acad. Sci. USA* 85:2444 (1988), by computerized implementations of these algorithms (GAP, BESTFIT, FASTA, and TFASTA in the Wisconsin Genetics Software Package, Genetics Computer Group, 575 Science Dr., Madison, Wis.), or by visual inspection (see generally Ausubel et al., Current Protocols in Molecular Biology). One example of algorithm that is suitable for determining percent sequence identity and sequence similarity is the BLAST algorithm, which is described in Altschul et al., *J. Mol. Biol.* 215:403 (1990). Software for performing BLAST analyses is publicly available through the National Center for Biotechnology Information (publicly accessible through the National Institutes of Health NCBI internet server). Typically, default program parameters can be used to perform the sequence comparison, although customized parameters can also be used. For amino acid sequences, the BLASTP program uses as defaults a wordlength (W) of 3, an expectation (E) of 10, and the BLOSUM62 scoring matrix (see Henikoff& Henikoff, *Proc. Natl. Acad. Sci. USA* 89:10915 (1989)).

Preferably, residue positions which are not identical differ by conservative amino acid substitutions. For purposes of classifying amino acids substitutions as conservative or nonconservative, amino acids are grouped as follows: Group I (hydrophobic sidechains): leu, met, ala, val, leu, ile; Group II (neutral hydrophilic side chains): cys, ser, thr; Group III (acidic side chains): asp, glu; Group IV (basic side chains): asn, gln, his, lys, arg; Group V (residues influencing chain orientation): gly, pro; and Group VI (aromatic side chains): trp, tyr, phe. Conservative substitutions involve substitutions between amino acids in the same class. Non-conservative substitutions constitute exchanging a member of one of these classes for a member of another.

Preferably, humanized immunoglobulins or antibodies bind antigen with an affinity that is within a factor of three, four, or five of that of the corresponding non-human antibody. For example, if the nonhuman antibody has a binding

affinity of $10^9$ $M^{-1}$, humanized antibodies will have a binding affinity of at least $3\times10^9$ $M^{-1}$, $4\times10^9$ $M^{-1}$ or $10^9$ $M^{-1}$. When describing the binding properties of an immunoglobulin or antibody chain, the chain can be described based on its ability to "direct antigen (e.g., Aβ) binding". A chain is said to "direct antigen binding" when it confers upon an intact immunoglobulin or antibody (or antigen binding fragment thereof) a specific binding property or binding affinity. A mutation (e.g., a backmutation) is said to substantially affect the ability of a heavy or light chain to direct antigen binding if it affects (e.g., decreases) the binding affinity of an intact immunoglobulin or antibody (or antigen binding fragment thereof) comprising said chain by at least an order of magnitude compared to that of the antibody (or antigen binding fragment thereof) comprising an equivalent chain lacking said mutation. A mutation "does not substantially affect (e.g., decrease) the ability of a chain to direct antigen binding" if it affects (e.g., decreases) the binding affinity of an intact immunoglobulin or antibody (or antigen binding fragment thereof) comprising said chain by only a factor of two, three, or four of that of the antibody (or antigen binding fragment thereof) comprising an equivalent chain lacking said mutation.

The term "chimeric immunoglobulin" or antibody refers to an immunoglobulin or antibody whose variable regions derive from a first species and whose constant regions derive from a second species. Chimeric immunoglobulins or antibodies can be constructed, for example by genetic engineering, from immunoglobulin gene segments belonging to different species.

An "antigen" is an entity (e.g., a protenaceous entity or peptide) to which an antibody specifically binds.

The term "epitope" or "antigenic determinant" refers to a site on an antigen to which an immunoglobulin or antibody (or antigen binding fragment thereof) specifically binds. Epitopes can be formed both from contiguous amino acids or noncontiguous amino acids juxtaposed by tertiary folding of a protein. Epitopes formed from contiguous amino acids are typically retained on exposure to denaturing solvents whereas epitopes formed by tertiary folding are typically lost on treatment with denaturing solvents. An epitope typically includes at least 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 or 15 amino acids in a unique spatial conformation. Methods of determining spatial conformation of epitopes include, for example, x-ray crystallography and 2-dimensional nuclear magnetic resonance. See, e.g., *Epitope Mapping Protocols in Methods in Molecular Biology*, Vol. 66, G. E. Morris, Ed. (1996).

Antibodies that recognize the same epitope can be identified in a simple immunoassay showing the ability of one antibody to block the binding of another antibody to a target antigen, ie., a competitive binding assay. Competitive binding is determined in an assay in which the immunoglobulin under test inhibits specific binding of a reference antibody to a common antigen, such as Aβ. Numerous types of competitive binding assays are known, for example: solid phase direct or indirect radioimmunoassay (RIA), solid phase direct or indirect enzyme immunoassay (EIA), sandwich competition assay (see Stahli et al., *Methods in Enzymology* 9:242 (1983)); solid phase direct biotin-avidin EIA (see Kirkland et al., *J. Immunol.* 137:3614 (1986)); solid phase direct labeled assay, solid phase direct labeled sandwich assay (see Harlow and Lane, *Antibodies: A Laboratory Manual*, Cold Spring Harbor Press (1988)); solid phase direct label RIA using I-125 label (see Morel et al., *Mol. Immunol.* 25(1):7 (1988)); solid phase direct biotin-avidin EIA (Cheung et al., *Virology* 176:546 (1990)); and direct labeled RIA. (Moldenhauer et al., *Scand. J. Immunol.* 32:77 (1990)). Typically, such an assay involves the use of purified antigen bound to a solid surface or cells bearing either of these, an unlabeled test immunoglobulin and a labeled reference immunoglobulin. Competitive inhibition is measured by determining the amount of label bound to the solid surface or cells in the presence of the test immunoglobulin. Usually the test immunoglobulin is present in excess. Usually, when a competing antibody is present in excess, it will inhibit specific binding of a reference antibody to a common antigen by at least 50–55%, 55–60%, 60–65%, 65–70% 70–75% or more.

An epitope is also recognized by immunologic cells, for example, B cells and/or T cells. Cellular recognition of an epitope can be determined by in vitro assays that measure antigen-dependent proliferation, as determined by $^3$H-thymidine incorporation, by cytokine secretion, by antibody secretion, or by antigen-dependent killing (cytotoxic T lymphocyte assay).

Exemplary epitopes or antigenic determinants can be found within the human amyloid precursor protein (APP), but are preferably found within the Aβ peptide of APP. Multiple isoforms of APP exist, for example $APP^{695}$ $APP^{751}$ and $APP^{770}$. Amino acids within APP are assigned numbers according to the sequence of the $APP^{770}$ isoform (see e.g, GenBank Accession No. P05067, also set forth as SEQ ID NO:38). Aβ (also referred to herein as beta amyloid peptide and A-beta) peptide is a ~4-kDa internal fragment of 39–43 amino acids of APP (Aβ39, Aβ40, Aβ41, Aβ42 and Aβ43). Aβ40, for example, consists of residues 672–711 of APP and Aβ42 consists of residues 673–713 of APP. As a result of proteolytic processing of APP by different secretase enzymes iv vivo or in situ, Aβ is found in both a "short form", 40 amino acids in length, and a "long form", ranging from 42–43 amino acids in length. Preferred epitopes or antigenic determinants, as described herein, are located within the N-terminus of the Aβ peptide and include residues within amino acids 1–10 of Aβ, preferably from residues 1–3, 1–4, 1–5, 1–6, 1–7 or 3–7 of Aβ42. Additional referred epitopes or antigenic determinants include residues 2–4, 5, 6, 7 or 8 of Aβ, residues 3–5, 6, 7, 8 or 9 of Aβ, or residues 4–7, 8, 9 or 10 of Aβ42.

The term "amyloidogenic disease" includes any disease associated with (or caused by) the formation or deposition of insoluble amyloid fibrils. Exemplary amyloidogenic diseases include, but are not limited to systemic amyloidosis, Alzheimer's disease, mature onset diabetes, Parkinson's disease, Huntington's disease, fronto-temporal dementia, and the prion-related transmissible spongiform encephalopathies (kuru and Creutzfeldt-Jacob disease in humans and scrapie and BSE in sheep and cattle, respectively). Different amyloidogenic diseases are defined or characterized by the nature of the polypeptide component of the fibrils deposited. For example, in subjects or patients having Alzheimer's disease, β-amyloid protein (e.g., wild-type, variant, or truncated β-amyloid protein) is the characterizing polypeptide component of the amyloid deposit. Accordingly, Alzheimer's disease is an example of a "disease characterized by deposits of Aβ" or a "disease associated with deposits of Aβ", e.g., in the brain of a subject or patient. The terms "β-amyloid protein", "β-amyloid peptide", "β-amyloid", "Aβ" and "Aβ peptide" are used interchangeably herein.

The term "effective dose" or "effective dosage" is defined as an amount sufficient to achieve or at least partially achieve the desired effect. The term "therapeutically effective dose" is defined as an amount sufficient to cure or at least partially arrest the disease and its complications in a

patient already suffering from the disease. Amounts effective for this use will depend upon the severity of the infection and the general state of the patient's own immune system.

The term "patient" includes human and other mammalian subjects that receive either prophylactic or therapeutic treatment. "Soluble" or "dissociated" Aβ refers to non-aggregating or disaggregated Aβ polypeptide. "Insoluble" Aβ refers to aggregating Aβ polypeptide, for example, Aβ held together by noncovalent bonds. Aβ (e.g., Aβ42) is believed to aggregate, at least in part, due to the presence of hydrophobic residues at the C-terminus of the peptide (part of the transmembrane domain of APP). One method to prepare soluble Aβ is to dissolve lyophilized peptide in neat DMSO with sonication. The resulting solution is centrifuged to remove any insoluble particulates.

The term "effector function" refers to an activity that resides in the Fc region of an antibody (e.g., an IgG antibody) and includes, for example, the ability of the antibody to bind effector molecules such as complement and/or Fc receptors, which can control several immune functions of the antibody such as effector cell activity, lysis, complement-mediated activity, antibody clearance, and antibody half-life.

The term "effector molecule" refers to a molecule that is capable of binding to the Fc region of an antibody (e.g., an IgG antibody) including, but not limited to, a complement protein or a Fc receptor.

The term "effector cell" refers to a cell capable of binding to the Fc portion of an antibody (e.g., an IgG antibody) typically via an Fc receptor expressed on the surface of the effector cell including, but not limited to, lymphocytes, e.g., antigen presenting cells and T cells.

The term "Fc region" refers to a C-terminal region of an IgG antibody, in particular, the C-terminal region of the heavy chain(s) of said IgG antibody. Although the boundaries of the Fc region of an IgG heavy chain can vary slightly, a Fc region is typically defined as spanning from about amino acid residue Cys226 to the carboxyl-terminus of an IGg heavy chain(s).

The term "Kabat numbering" unless otherwise stated, is defined as the numbering of the residues in, e.g., an IgG heavy chain antibody using the EU index as in Kabat et al. (Sequences of Proteins of Immunological Interest, 5th Ed. Public Health Service, National Institutes of Health, Bethesda, Md. (1991)), expressly incorporated herein by reference.

The term "Fc receptor" or "FcR" refers to a receptor that binds to the Fc region of an antibody. Typical Fc receptors which bind to an Fc region of an antibody (e.g., an IgG antibody) include, but are not limited to, receptors of the FcγRI, FcγRII, and FcγRIII subclasses, including allelic variants and alternatively spliced forms of these receptors. Fc receptors are reviewed in Ravetch and Kinet, Annu. Rev. Immunol 9:457–92 (1991); Capel et al., Immunomethods 4:25–34 (1994); and de Haas et al., J. Lab. Clin. Med. 126:330–41 (1995).

I. Immunological and Therapeutic Reagents

Immunological and therapeutic reagents of the invention comprise or consist of immunogens or antibodies, or functional or antigen binding fragments thereof, as defined herein. The basic antibody structural unit is known to comprise a tetramer of subunits. Each tetramer is composed of two identical pairs of polypeptide chains, each pair having one "light" (about 25 kDa) and one "heavy" chain (about 50–70 kDa). The amino-terminal portion of each chain includes a variable region of about 100 to 110 or more amino acids primarily responsible for antigen recognition. The carboxy-terminal portion of each chain defines a constant region primarily responsible for effector function.

Light chains are classified as either kappa or lambda and are about 230 residues in length. Heavy chains are classified as gamma (γ), mu (μ), alpha (α), delta (δ), or epsilon (ε), are about 450–600 residues in length, and define the antibody's isotype as IgG, IgM, IgA, IgD and IgE, respectively. Both heavy and light chains are folded into domains. The term "domain" refers to a globular region of a protein, for example, an immunoglobulin or antibody. Immunoglobulin or antibody domains include, for example, 3 or four peptide loops stabilized by β-pleated sheet and an interchain disulfide bond. Intact light chains have, for example, two domains ($V_L$ and $C_L$) and intact heavy chains have, for example, four or five domains ($V_H$, $C_H1$, $C_H2$, and $C_H3$).

Within light and heavy chains, the variable and constant regions are joined by a "J" region of about 12 or more amino acids, with the heavy chain also including a "D" region of about 10 more amino acids. (See generally, *Fundamental Immunology* (Paul, W., ed., 2nd ed. Raven Press, N.Y. (1989), Ch. 7, incorporated by reference in its entirety for all purposes).

The variable regions of each light/heavy chain pair form the antibody binding site. Thus, an intact antibody has two binding sites. Except in bifunctional or bispecific antibodies, the two binding sites are the same. The chains all exhibit the same general structure of relatively conserved framework regions (FR) joined by three hypervariable regions, also called complementarity determining regions or CDRs. Naturally-occurring chains or recombinantly produced chains can be expressed with a leader sequence which is removed during cellular processing to produce a mature chain. Mature chains can also be recombinantly produced having a non-naturally occurring leader sequence, for example, to enhance secretion or alter the processing of a particular chain of interest.

The CDRs of the two mature chains of each pair are aligned by the framework regions, enabling binding to a specific epitope. From N-terminal to C-terminal, both light and heavy chains comprise the domains FR1, CDR1, FR2, CDR2, FR3, CDR3 and FR4. "FR4" also is referred to in the art as the D/J region of the variable heavy chain and the J region of the variable light chain. The assignment of amino acids to each domain is in accordance with the definitions of Kabat, *Sequences of Proteins of Immunological Interest* (National Institutes of Health, Bethesda, Md., 1987 and 1991). An alternative structural definition has been proposed by Chothia et al., *J. Mol. Biol.* 196:901(1987); *Nature* 342:878(1989); and *J. Mol. Biol.* 186:651(1989) (hereinafter collectively referred to as "Chothia et al." and incorporated by reference in their entirety for all purposes).

A. Aβ Antibodies

Therapeutic agents of the invention include antibodies that specifically bind to Aβ or other component of amyloid plaques. Such antibodies can be monoclonal or polyclonal. Some such antibodies bind specifically to the aggregated form of Aβ without binding to the soluble form. Some bind specifically to the soluble form without binding to the aggregated form. Some bind to both aggregated and soluble forms. Some such antibodies bind to a naturally occurring short form of Aβ (i.e., Aβ39, 40 or 41) without binding to a naturally occurring long form of Aβ (i.e., Aβ42 and Aβ43). Some antibodies bind to a long form of Aβ without binding to a short form. Some antibodies bind to Aβ without binding to full-length amyloid precursor protein. Antibodies used in therapeutic methods preferably have an intact constant region or at least sufficient of the constant region to interact

with an Fc receptor. Human isotype IgG1 is preferred because of it having highest affinity of human isotypes for the FcRI receptor on phagocytic cells. Bispecific Fab fragments can also be used, in which one arm of the antibody has specificity for Aβ, and the other for an Fc receptor. Preferred antibodies bind to Aβ with a binding affinity greater than (or equal to) about $10^6$, $10^7$, $10^8$, $10^9$, or $10^{10}$ $M^{-1}$ (including affinities intermediate of these values).

Polyclonal sera typically contain mixed populations of antibodies binding to several epitopes along the length of Aβ. However, polyclonal sera can be specific to a particular segment of Aβ, such as Aβ1–10. Monoclonal antibodies bind to a specific epitope within Aβ that can be a conformational or nonconformational epitope. Prophylactic and therapeutic efficacy of antibodies can be tested using the transgenic animal model procedures described in the Examples. Preferred monoclonal antibodies bind to an epitope within residues 1–10 of Aβ (with the first N terminal residue of natural Aβ designated 1). Some preferred monoclonal antibodies bind to an epitope within amino acids 1–5, and some to an epitope within 5–10. Some preferred antibodies bind to epitopes within amino acids 1–3, 1–4, 1–5, 1–6, 1–7 or 3–7. Some preferred antibodies bind to an epitope starting at resides 1–3 and ending at residues 7–11 of Aβ. Less preferred antibodies include those binding to epitopes with residues 10–15, 15–20, 25–30, 10–20, 20, 30, or 10–25 of Aβ. It is recommended that such antibodies be screened for activity in the mouse models described in the Examples before use. For example, it has been found that certain antibodies to epitopes within residues 10–18, 16–24, 18–21 and 33–42 lack activity (e.g., lack the ability to reduce plaque burden and/or resolve the neuritic pathology associated with Alzheimer's disease). In some methods, multiple monoclonal antibodies having binding specificities to different epitopes are used. Such antibodies can be administered sequentially or simultaneously. Antibodies to amyloid components other than Aβ can also be used (e.g., administered or co-administered). For example, antibodies can be directed to the amyloid associated protein synuclein.

When an antibody is said to bind to an epitope within specified residues, such as Aβ 1–5 for example, what is meant is that the antibody specifically binds to a polypeptide containing the specified residues (i.e., Aβ 1–5 in this an example). Such an antibody does not necessarily contact every residue within Aβ 1–5. Nor does every single amino acid substitution or deletion with in Aβ 1–5 necessarily significantly affect binding affinity. Epitope specificity of an antibody can be determined, for example, by forming a phage display library in which different members display different subsequences of Aβ. The phage display library is then selected for members specifically binding to an antibody under test. A family of sequences is isolated. Typically, such a family contains a common core sequence, and varying lengths of flanking sequences in different members. The shortest core sequence showing specific binding to the antibody defines the epitope bound by the antibody. Antibodies can also be tested for epitope specificity in a competition assay with an antibody whose epitope specificity has already been determined. For example, antibodies that compete with the 3D6 antibody for binding to Aβ bind to the same or similar epitope as 3D6, i.e., within residues Aβ 1–5. Likewise antibodies that compete with the 10D5 antibody bind to the same or similar epitope, i.e., within residues Aβ 3–7. Screening antibodies for epitope specificity is a useful predictor of therapeutic efficacy. For example, an antibody determined to bind to an epitope within residues 1–7 of Aβ is likely to be effective in preventing and treating Alzheimer's disease according to the methodologies of the present invention.

Monoclonal or polyclonal antibodies that specifically bind to a preferred segment of Aβ without binding to other regions of Aβ have a number of advantages relative to monoclonal antibodies binding to other regions or polyclonal sera to intact Aβ. First, for equal mass dosages, dosages of antibodies that specifically bind to preferred segments contain a higher molar dosage of antibodies effective in clearing amyloid plaques. Second, antibodies specifically binding to preferred segments can induce a clearing response against amyloid deposits without inducing a clearing response against intact APP polypeptide, thereby reducing the potential side effects.

1. Production of Nonhuman Antibodies

The present invention features non-human antibodies, for example, antibodies having specificity for the preferred Aβ epitopes of the invention. Such antibodies can be used in formulating various therapeutic compositions of the invention or, preferably, provide complementarity determining regions for the production of humanized or chimeric antibodies (described in detail below). The production of non-human monoclonal antibodies, e.g., murine, guinea pig, primate, rabbit or rat, can be accomplished by, for example, immunizing the animal with Aβ. A longer polypeptide comprising Aβ or an immunogenic fragment of Aβ or anti-idiotypic antibodies to an antibody to Aβ can also be used. See Harlow & Lane, supra, incorporated by reference for all purposes). Such an immunogen can be obtained from a natural source, by peptide synthesis or by recombinant expression. Optionally, the immunogen can be administered fused or otherwise complexed with a carrier protein, as described below. Optionally, the immunogen can be administered with an adjuvant. The term "adjuvant" refers to a compound that when administered in conjunction with an antigen augments the immune response to the antigen, but when administered alone does not generate an immune response to the antigen. Adjuvants can augment an immune response by several mechanisms including lymphocyte recruitment, stimulation of B and/or T cells, and stimulation of macrophages. Several types of adjuvant can be used as described below. Complete Freund's adjuvant followed by incomplete adjuvant is preferred for immunization of laboratory animals.

Rabbits or guinea pigs are typically used for making polyclonal antibodies. Exemplary preparation of polyclonal antibodies, e.g., for passive protection, can be performed as follows. 125 non-transgenic mice are immunized with 100 μg Aβ1–42, plus CFA/IFA adjuvant, and euthanized at 4–5 months. Blood is collected from immunized mice. IgG is separated from other blood components. Antibody specific for the immunogen may be partially purified by affinity chromatography. An average of about 0.5–1 mg of immunogen-specific antibody is obtained per mouse, giving a total of 60–120 mg.

Mice are typically used for making monoclonal antibodies. Monoclonals can be prepared against a fragment by injecting the fragment or longer form of Aβ into a mouse, preparing hybridomas and screening the hybridomas for an antibody that specifically binds to Aβ. Optionally, antibodies are screened for binding to a specific region or desired fragment of Aβ without binding to other nonoverlapping fragments of Aβ. The latter screening can be accomplished by determining binding of an antibody to a collection of deletion mutants of an Aβ peptide and determining which deletion mutants bind to the antibody. Binding can be

assessed, for example, by Western blot or ELISA. The smallest fragment to show specific binding to the antibody defines the epitope of the antibody. Alternatively, epitope specificity can be determined by a competition assay is which a test and reference antibody compete for binding to Aβ. If the test and reference antibodies compete, then they bind to the same epitope or epitopes sufficiently proximal such that binding of one antibody interferes with binding of the other. The preferred isotype for such antibodies is mouse isotype IgG2a or equivalent isotype in other species. Mouse isotype IgG2a is the equivalent of human isotype IgG1.

2. Chimeric and Humanized Antibodies

The present invention also features chimeric and/or humanized antibodies (i.e., chimeric and/or humanized immunoglobulins) specific for beta amyloid peptide. Chimeric and/or humanized antibodies have the same or similar binding specificity and affinity as a mouse or other nonhuman antibody that provides the starting material for construction of a chimeric or humanized antibody.

A. Production of Chimeric Antibodies

The term "chimeric antibody" refers to an antibody whose light and heavy chain genes have been constructed, typically by genetic engineering, from immunoglobulin gene segments belonging to different species. For example, the variable (V) segments of the genes from a mouse monoclonal antibody may be joined to human constant (C) segments, such as IgG1 and IgG4. Human isotype IgG1 is preferred. A typical chimeric antibody is thus a hybrid protein consisting of the V or antigen-binding domain from a mouse antibody and the C or effector domain from a human antibody.

B. Production of Humanized Antibodies

The term "humanized antibody" refers to an antibody comprising at least one chain comprising variable region framework residues substantially from a human antibody chain (referred to as the acceptor immunoglobulin or antibody) and at least one complementarity determining region substantially from a mouse-antibody, (referred to as the donor immunoglobulin or antibody). See, Queen et al., *Proc. Natl. Acad. Sci. USA* 86:10029–10033 (1989), U.S. Pat. Nos. 5,530,101, 5,585,089, 5,693,761, 5,693,762, Selick et al., WO 90/07861, and Winter, U.S. Pat. No. 5,225,539 (incorporated by reference in their entirety for all purposes). The constant region(s), if present, are also substantially or entirely from a human immunoglobulin.

The substitution of mouse CDRs into a human variable domain framework is most likely to result in retention of their correct spatial orientation if the human variable domain framework adopts the same or similar conformation to the mouse variable framework from which the CDRs originated. This is achieved by obtaining the human variable domains from human antibodies whose framework sequences exhibit a high degree of sequence identity with the murine variable framework domains from which the CDRs were derived. The heavy and light chain variable framework regions can be derived from the same or different human antibody sequences. The human antibody sequences can be the sequences of naturally occurring human antibodies or can be consensus sequences of several human antibodies. See Kettleborough et al., *Protein Engineering* 4:773 (1991); Kolbinger et al., *Protein Engineering* 6:971 (1993) and Carter et al., WO 92/22653.

Having identified the complementarity determining regions of the murine donor immunoglobulin and appropriate human acceptor immunoglobulins, the next step is to determine which, if any, residues from these components should be substituted to optimize the properties of the resulting humanized antibody. In general, substitution of human amino acid residues with murine should be minimized, because introduction of murine residues increases the risk of the antibody eliciting a human-anti-mouse-antibody (HAMA) response in humans. Art-recognized methods of determining immune response can be performed to monitor a HAMA response in a particular patient or during clinical trials. Patients administered humanized antibodies can be given an immunogenicity assessment at the beginning and throughout the administration of said therapy. The HAMA response is measured, for example, by detecting antibodies to the humanized therapeutic reagent, in serum samples from the patient using a method known to one in the art, including surface plasmon resonance technology (BIACORE) and/or solid-phase ELISA analysis.

Certain amino acids from the human variable region framework residues are selected for substitution based on their possible influence on CDR conformation and/or binding to antigen. The unnatural juxtaposition of murine CDR regions with human variable framework region can result in unnatural conformational restraints, which, unless corrected by substitution of certain amino acid residues, lead to loss of binding affinity.

The selection of amino acid residues for substitution is determined, in part, by computer modeling. Computer hardware and software are described herein for producing three-dimensional images of immunoglobulin molecules. In general, molecular models are produced starting from solved structures for immunoglobulin chains or domains thereof. The chains to be modeled are compared for amino acid sequence similarity with chains or domains of solved three-dimensional structures, and the chains or domains showing the greatest sequence similarity is/are selected as starting points for construction of the molecular model. Chains or domains sharing at least 50% sequence identity are selected for modeling, and preferably those sharing at least 60%, 70%, 80%, 90% sequence identity or more are selected for modeling. The solved starting structures are modified to allow for differences between the actual amino acids in the immunoglobulin chains or domains being modeled, and those in the starting structure. The modified structures are then assembled into a composite immunoglobulin. Finally, the model is refined by energy minimization and by verifying that all atoms are within appropriate distances from one another and that bond lengths and angles are within chemically acceptable limits.

The selection of amino acid residues for substitution can also be determined, in part, by examination of the characteristics of the amino acids at particular locations, or empirical observation of the effects of substitution or mutagenesis of particular amino acids. For example, when an amino acid differs between a murine variable region framework residue and a selected human variable region framework residue, the human framework amino acid should usually be substituted by the equivalent framework amino acid from the mouse antibody when it is reasonably expected that the amino acid:

(1) noncovalently binds antigen directly,

(2) is adjacent to a CDR region,

(3) otherwise interacts with a CDR region (e.g., is within about 3–6 Å of a CDR region as determined by computer modeling), or

(4) participates in the VL-VH interface.

Residues which "noncovalently bind antigen directly" include amino acids in positions in framework regions which are have a good probability of directly interacting with amino acids on the antigen according to established

chemical forces, for example, by hydrogen bonding, Van der Waals forces, hydrophobic interactions, and the like.

CDR and framework regions are as defined by Kabat et al. or Chothia et al., supra. When framework residues, as defined by Kabat et al., supra, constitute structural loop residues as defined by Chothia et al., supra, the amino acids present in the mouse antibody may be selected for substitution into the humanized antibody. Residues which are "adjacent to a CDR region" include amino acid residues in positions immediately adjacent to one or more of the CDRs in the primary sequence of the humanized immunoglobulin chain, for example, in positions immediately adjacent to a CDR as defined by Kabat, or a CDR as defined by Chothia (See e.g., Chothia and Lesk J M B 196:901 (1987)). These amino acids are particularly likely to interact with the amino acids in the CDRs and, if chosen from the acceptor, to distort the donor CDRs and reduce affinity. Moreover, the adjacent amino acids may interact directly with the antigen (Amit et al., Science, 233:747 (1986), which is incorporated herein by reference) and selecting these amino acids from the donor may be desirable to keep all the antigen contacts that provide affinity in the original antibody.

Residues that "otherwise interact with a CDR region" include those that are determined by secondary structural analysis to be in a spatial orientation sufficient to effect a CDR region. In one embodiment, residues that "otherwise interact with a CDR region" are identified by analyzing a three-dimensional model of the donor immunoglobulin (e.g., a computer-generated model). A three-dimensional model, typically of the original donor antibody, shows that certain amino acids outside of the CDRs are close to the CDRs and have a good probability of interacting with amino acids in the CDRs by hydrogen bonding, Van der Waals forces, hydrophobic interactions, etc. At those amino acid positions, the donor immunoglobulin amino acid rather than the acceptor immunoglobulin amino acid may be selected. Amino acids according to this criterion will generally have a side chain atom within about 3 angstrom units (Å) of some atom in the CDRs and must contain an atom that could interact with the CDR atoms according to established chemical forces, such as those listed above.

In the case of atoms that may form a hydrogen bond, the 3 Å is measured between their nuclei, but for atoms that do not form a bond, the 3 Å is measured between their Van der Waals surfaces. Hence, in the latter case, the nuclei must be within about 6 Å (3 Å plus the sum of the Van der Waals radii) for the atoms to be considered capable of interacting. In many cases the nuclei will be from 4 or 5 to 6 Å apart. In determining whether an amino acid can interact with the CDRs, it is preferred not to consider the last 8 amino acids of heavy chain CDR 2 as part of the CDRs, because from the viewpoint of structure, these 8 amino acids behave more as part of the framework.

Amino acids that are capable of interacting with amino acids in the CDRs, may be identified in yet another way. The solvent accessible surface area of each framework amino acid is calculated in two ways: (1) in the intact antibody, and (2) in a hypothetical molecule consisting of the antibody with its CDRs removed. A significant difference between these numbers of about 10 square angstroms or more shows that access of the framework amino acid to solvent is at least partly blocked by the CDRs, and therefore that the amino acid is making contact with the CDRs. Solvent accessible surface area of an amino acid may be calculated based on a three-dimensional model of an antibody, using algorithms known in the art (e.g., Connolly, J. Appl. Cryst. 16:548 (1983) and Lee and Richards, J. Mol. Biol. 55:379 (1971), both of which are incorporated herein by reference). Framework amino acids may also occasionally interact with the CDRs indirectly, by affecting the conformation of another framework amino acid that in turn contacts the CDRs.

The amino acids at several positions in the framework are known to be capable of interacting with the CDRs in many antibodies (Chothia and Lesk, supra, Chothia et al., supra and Tramontano et al., J. Mol. Biol. 215:175 (1990), all of which are incorporated herein by reference). Notably, the amino acids at positions 2, 48, 64 and 71 of the light chain and 26–30, 71 and 94 of the heavy chain (numbering according to Kabat) are known to be capable of interacting with the CDRs in many antibodies. The amino acids at positions 35 in the light chain and 93 and 103 in the heavy chain are also likely to interact with the CDRs. At all these numbered positions, choice of the donor amino acid rather than the acceptor amino acid (when they differ) to be in the humanized immunoglobulin is preferred. On the other hand, certain residues capable of interacting with the CDR region, such as the first 5 amino acids of the light chain, may sometimes be chosen from the acceptor immunoglobulin without loss of affinity in the humanized immunoglobulin.

Residues which "participate in the VL-VH interface" or "packing residues" include those residues at the interface between VL and VH as defined, for example, by Novotny and Haber, Proc. Natl. Acad. Sci. USA, 82:4592–66 (1985) or Chothia et al, supra. Generally, unusual packing residues should be retained in the humanized antibody if they differ from those in the human frameworks.

In general, one or more of the amino acids fulfilling the above criteria is substituted. In some embodiments, all or most of the amino acids fulfilling the above criteria are substituted. Occasionally, there is some ambiguity about whether a particular amino acid meets the above criteria, and alternative variant immunoglobulins are produced, one of which has that particular substitution, the other of which does not. Alternative variant immunoglobulins so produced can be tested in any of the assays described herein for the desired activity, and the preferred immunoglobulin selected.

Usually the CDR regions in humanized antibodies are substantially identical, and more usually, identical to the corresponding CDR regions of the donor antibody. Although not usually desirable, it is sometimes possible to make one or more conservative amino acid substitutions of CDR residues without appreciably affecting the binding affinity of the resulting humanized immunoglobulin. By conservative substitutions is intended combinations such as gly, ala; val, ile, leu; asp, glu; asn, gln; ser, thr; lys, arg; and phe, tyr.

Additional candidates for substitution are acceptor human framework amino acids that are unusual or "rare" for a human immunoglobulin at that position. These amino acids can be substituted with amino acids from the equivalent position of the mouse donor antibody or from the equivalent positions of more typical human immunoglobulins. For example, substitution may be desirable when the amino acid in a human framework region of the acceptor immunoglobulin is rare for that position and the corresponding amino acid in the donor immunoglobulin is common for that position in human immunoglobulin sequences; or when the amino acid in the acceptor immunoglobulin is rare for that position and the corresponding amino acid in the donor immunoglobulin is also rare, relative to other human sequences. These criterion help ensure that an atypical amino acid in the human framework does not disrupt the antibody structure. Moreover, by replacing an unusual human acceptor amino acid with an amino acid from the

donor antibody that happens to be typical for human antibodies, the humanized antibody may be made less immunogenic.

The term "rare", as used herein, indicates an amino acid occurring at that position in less than about 20% but usually less than about 10% of sequences in a representative sample of sequences, and the term "common", as used herein, indicates an amino acid occurring in more than about 25% but usually more than about 50% of sequences in a representative sample. For example, all human light and heavy chain variable region sequences are respectively grouped into "subgroups" of sequences that are especially homologous to each other and have the same amino acids at certain critical positions (Kabat et al., supra). When deciding whether an amino acid in a human acceptor sequence is "rare" or "common" among human sequences, it will often be preferable to consider only those human sequences in the same subgroup as the acceptor sequence.

Additional candidates for substitution are acceptor human framework amino acids that would be identified as part of a CDR region under the alternative definition proposed by Chothia et al., supra. Additional candidates for substitution are acceptor human framework amino acids that would be identified as part of a CDR region under the AbM and/or contact definitions. Notably, CDR1 in the variable heavy chain is defined as including residues 26–32.

Additional candidates for substitution are acceptor framework residues that correspond to a rare or unusual donor framework residue. Rare or unusual donor framework residues are those that are rare or unusual (as defined herein) for murine antibodies at that position. For murine antibodies, the subgroup can be determined according to Kabat and residue positions identified which differ from the consensus. These donor specific differences may point to somatic mutations in the murine sequence which enhance activity. Unusual residues that are predicted to affect binding are retained, whereas residues predicted to be unimportant for binding can be substituted.

Additional candidates for substitution are non-germline residues occurring in an acceptor framework region. For example, when an acceptor antibody chain (i.e., a human antibody chain sharing significant sequence identity with the donor antibody chain) is aligned to a germline antibody chain (likewise sharing significant sequence identity with the donor chain), residues not matching between acceptor chain framework and the germline chain framework can be substituted with corresponding residues from the germline sequence.

Other than the specific amino acid substitutions discussed above, the framework regions of humanized immunoglobulins are usually substantially identical, and more usually, identical to the framework regions of the human antibodies from which they were derived. Of course, many of the amino acids in the framework region make little or no direct contribution to the specificity or affinity of an antibody. Thus, many individual conservative substitutions of framework residues can be tolerated without appreciable change of the specificity or affinity of the resulting humanized immunoglobulin. Thus, in one embodiment the variable framework region of the humanized immunoglobulin shares at least 85% sequence identity to a human variable framework region sequence or consensus of such sequences. In another embodiment, the variable framework region of the humanized immunoglobulin shares at least 90%, preferably 95%, more preferably 96%, 97%, 98% or 99% sequence identity to a human variable framework region sequence or consensus of such sequences. In general, however, such substitutions are undesirable.

The humanized antibodies preferably exhibit a specific binding affinity for antigen of at least $10^7$, $10^8$, $10^9$ or $10^{10}$ $M^{-1}$. Usually the upper limit of binding affinity of the humanized antibodies for antigen is within a factor of three, four or five of that of the donor immunoglobulin. Often the lower limit of binding affinity is also within a factor of three, four or five of that of donor immunoglobulin. Alternatively, the binding affinity can be compared to that of a humanized antibody having no substitutions (e.g., an antibody having donor CDRs and acceptor FRs, but no FR substitutions). In such instances, the binding of the optimized antibody (with substitutions) is preferably at least two- to three-fold greater, or three- to four-fold greater, than that of the unsubstituted antibody. For making comparisons, activity of the various antibodies can be determined, for example, by BIACORE (i.e., surface plasmon resonance using unlabelled reagents) or competitive binding assays.

C. Production of Humanized 3D6 Antibodies

A preferred embodiment of the present invention features a humanized antibody to the N-terminus of Aβ, in particular, for use in the therapeutic and/or diagnostic methodologies described herein. A particularly preferred starting material for production of humanized antibodies is 3D6. 3D6 is specific for the N-terminus of Aβ and has been shown to mediate phagocytosis (e.g., induce phagocytosis) of amyloid plaque (see Examples I–V). The cloning and sequencing of cDNA encoding the 3D6 antibody heavy and light chain variable regions is described in Example VI.

Suitable human acceptor antibody sequences are identified by computer comparisons of the amino acid sequences of the mouse variable regions with the sequences of known human antibodies. The comparison is performed separately for heavy and light chains but the principles are similar for each. In particular, variable domains from human antibodies whose framework sequences exhibit a high degree of sequence identity with the murine VL and VH framework regions were identified by query of the Kabat Database using NCBI BLAST (publicly accessible through the National Institutes of Health NCBI internet server) with the respective murine framework sequences. In one embodiment, acceptor sequences sharing greater that 50% sequence identity with murine donor sequences are selected. Preferably, acceptor antibody sequences sharing 60%, 70%, 80%, 90% or more are selected.

A computer comparison of 3D6 revealed that the 3D6 light chain shows the greatest sequence identity to human light chains of subtype kappa II, and that the 3D6 heavy chain shows greatest sequence identity to human heavy chains of subtype III, as defined by Kabat et al., supra. Thus, light and heavy human framework regions are preferably derived from human antibodies of these subtypes, or from consensus sequences of such subtypes. The preferred light chain human variable regions showing greatest sequence identity to the corresponding region from 3D6 are from antibodies having Kabat ID Numbers 019230, 005131, 005058, 005057, 005059, U21040 and U41645, with 019230 being more preferred. The preferred heavy chain human variable regions showing greatest sequence identity to the corresponding region from 3D6 are from antibodies having Kabat ID Numbers 045919, 000459, 000553, 000386 and M23691, with 045919 being more preferred.

Residues are next selected for substitution, as follows. When an amino acid differs between a 3D6 variable framework region and an equivalent human variable framework

region, the human framework amino acid should usually be substituted by the equivalent mouse amino acid if it is reasonably expected that the amino acid:

(1) noncovalently binds antigen directly,

(2) is adjacent to a CDR region, is part of a CDR region under the alternative definition proposed by Chothia et al., supra, or otherwise interacts with a CDR region (e.g., is within about 3A of a CDR region) (e.g., amino acids at positions L2, H49 and H94 of 3D6), or

(3) participates in the VL-VH interface (e.g., amino acids at positions L36, L46 and H93 of 3D6).

Computer modeling of the 3D6 antibody heavy and light chain variable regions, and humanization of the 3D6 antibody is described in Example VII. Briefly, a three-dimensional model was generated based on the closest solved murine antibody structures for the heavy and light chains. For this purpose, an antibody designated 1 CR9 (Protein Data Bank (PDB) ID: 1CR9, Kanyo et al., *J. Mol. Biol.* 293:855 (1999)) was chosen as a template for modeling the 3D6 light chain, and an antibody designated 1OPG (PDB ID: 1OPG, Kodandapani et al., *J. Biol. Chem.* 270:2268 (1995)) was chosen as the template for modeling the heavy chain. The model was further refined by a series of energy minimization steps to relieve unfavorable atomic contacts and optimize electrostatic and van der Walls interactions. The solved structure of 1 qkz (PDB ID: 1 QKZ, Derrick et al., *J. Mol. Biol.* 293:81 (1999)) was chosen as a template for modeling CDR3 of the heavy chain as 3D6 and 1OPG did not exhibit significant sequence homology in this region when aligned for comparison purposes.

Three-dimensional structural information for the antibodies described herein is publicly available, for example, from the Research Collaboratory for Structural Bioinformatics' Protein Data Bank (PDB). The PDB is freely accessible via the World Wide Web internet and is described by Berman et al. (2000) *Nucleic Acids Research,* 28:235. Computer modeling allows for the identification of CDR-interacting residues. The computer model of the structure of 3D6 can in turn serve as a starting point for predicting the three-dimensional structure of an antibody containing the 3D6 complementarity determining regions substituted in human framework structures. Additional models can be constructed representing the structure as further amino acid substitutions are introduced.

In general, substitution of one, most or all of the amino acids fullfilling the above criteria is desirable. Accordingly, the humanized antibodies of the present invention will usually contain a substitution of a human light chain framework residue with a corresponding 3D6 residue in at least 1, 2 or 3, and more usually 4, of the following positions: L1, L2, L36 and L46. The humanized antibodies also usually contain a substitution of a human heavy chain framework residue with a corresponding 3D6 residue in at least 1, 2, and sometimes 3, of the following positions: H49, H93 and H94. Humanized antibodies can also contain a substitution of a heavy chain framework residue with a corresponding germline residue in at least 1, 2, and sometimes 3, of the following positions: H74, H77 and H89.

Occasionally, however, there is some ambiguity about whether a particular amino acid meets the above criteria, and alternative variant immunoglobulins are produced, one of which has that particular substitution, the other of which does not. In instances where substitution with a murine residue would introduce a residue that is rare in human immunoglobulins at a particular position, it may be desirable to test the antibody for activity with or without the particular substitution. If activity (e.g, binding affinity and/or binding specificity) is about the same with or without the substitution, the antibody without substitution may be preferred, as it would be expected to elicit less of a HAHA response, as described herein.

Other candidates for substitution are acceptor human framework amino acids that are unusual for a human immunoglobulin at that position. These amino acids can be substituted with amino acids from the equivalent position of more typical human immunoglobulins. Alternatively, amino acids from equivalent positions in the mouse 3D6 can be introduced into the human framework regions when such amino acids are typical of human immunoglobulin at the equivalent positions.

In additional embodiments, when the human light chain framework acceptor immunoglobulin is Kabat ID Number 019230, the light chain contains substitutions in at least 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12 or more usually 13, of the following positions: L7, L10, L12, L15, L17, L39, L45, L63, L78, L83, L85, L100 or L104. In additional embodiments when the human heavy chain framework acceptor immunoglobulin is Kabat ID Number 045919, the heavy chain contains substitutions in at least 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, or more usually 15, of the following positions: H3, H5, H13, H16, H19, H40, H41, H42, H44, H72, H77, H82A, H83, H84, or H108. These positions are substituted with the amino acid from the equivalent position of a human immunoglobulin having a more typical amino acid residue. Examples of appropriate amino acids to substitute are shown in FIGS. 1 and 2.

Other candidates for substitution are non-germline residues occurring in a framework region. A computer comparison of 3D6 with known germline sequences revealed that heavy chains showing the greatest degree of sequence identity include germline variable region sequences VH3-48, VH3-23, VH3-7, VH3-21 and VH3-11, with VH3-23 being more preferred. Alignment of Kabat ID 045919 with VH3-23 reveals that residues H74, H77 and/or H89 may be selected for substitution with corresponding germline residues (e.g., residues H74, H77 and/or H89 when comparing Kabat ID 045919 and VH3-23). Likewise, germline sequences having the greatest degree of identity to the 3D6 light chain include A1, A17, A18, A2 and A19, with A19 being most preferred. Residues not matching between a selected light chain acceptor framework and one of these germline sequences could be selected for substitution with the corresponding germline residue.

Table 1 summarizes the sequence analysis of the 3D6 VH and VL regions. Additional mouse and human structures that can be used for computer modeling of the 3D6 antibody and additional human antibodies are set forth as well as germline sequences that can be used in selecting amino acid substitutions. Rare mouse residues are also set forth in Table 1. Rare mouse residues are identified by comparing the donor VL and/or VH sequences with the sequences of other members of the subgroup to which the donor VL and/or VH sequences belong (according to Kabat) and identifying the residue positions which differ from the consensus. These donor specific differences may point to somatic mutations which enhance activity. Unusual or rare residues close to the binding site may possibly contact the antigen, making it desirable to retain the mouse residue. However, if the unusual mouse residue is not important for binding, use of the corresponding acceptor residue is preferred as the mouse residue may create immunogenic neoepitopes in the humanized antibody. In the situation where an unusual residue in

the donor sequence is actually a common residues in the corresponding acceptor sequence, the preferred residue is clearly the acceptor residue.

TABLE 1

Summary of 3D6 V-region sequence

| Chain | Heavy | Light |
|---|---|---|
| Mouse subgroup (Kabat seq ID#) | IIID (002688) | II (005840–005844, 005851–005853, 005857, 005863) |
| Mouse homologs (Kabat/Genbank) | 002727/163.1'CL<br>002711/H35-C6'CL<br>002733/8-1-12-5-3-1(A2-1)'CL<br>002715/ASWA2'CL<br>020669/#14'CL | 005840/1210.7<br>005843/42.4b.12.2'CL<br>005842/BXW-14'CL<br>005841/42.7B3.2'CL<br>005851/36-60CRI- |
| Rare amino acids (% frequency of occurrence in class) | N40 (0.233%)<br>D42 (0.699%) | Y1(.035%)<br>I15 (3.3%)<br>D27 (0.867%)-CDR1<br>I78 (0.677%)<br>L85 (0.625%)<br>W89 (0.815%)-CDR3<br>K106A (0.295%) |
| Human Subgroup | III (000488–000491, 000503, 000624) | II (005046) |
| Chothia canonical CDR groupings [pdb example] | H1: class 1 [2fbj]<br>H2: class 3 [1igc] | L1: class 4 [1rmf]<br>L2: class 1 [1lmk]<br>L3: class 1 [1tet] |
| Closest solved mouse structures | PDB ID: 1OPG Kodandapani et al., supra; (72% 2 Å) | PDB ID: 1CR9; Kanyo et al., supra; (94%, 2 Å)<br>PDB ID: 1NLD; Davies et al., Acta Crystallogr. D. Biol. Crystallog. 53: 186 (1997); (98%, 2.8 Å) |
| Closest solved human structures | 1VH (68%, nmr)<br>443560 (65%, IgG, λ myeloma, 1.8 Å)<br>KOL/2FB4H (60%, myeloma, 3 Å) | 1LVE (57%, LEN)<br>1B6DA (54%, B-J dimer, 2.8 Å);<br>1VGEL (54%, autoAb) |
| Germline query (Hu) results (top 4) | VH3-48 (4512283/BAA75032.1)<br>VH3-23 (4512287/BAA75046.1)<br>VH3-7 (4512300/BAA75056.1)<br>VH3-21 (4512287/BAA75047.1)<br>VH3-11 (4152300/BAA75053.1) | A1(x63402)<br>A17 (x63403)<br>A18 (X63396)<br>A2 (m31952)<br>A19 (x63397) |

*heavy chain and light chain from the same antibody (O-81, Hirabayashi et al. NAR 20: 2601).

Kabat ID sequences referenced herein are publicly available, for example, from the Northwestern University Biomedical Engineering Department's Kabat Database of Sequences of Proteins of Immunological Interest. Three-dimensional structural information for antibodies described herein is publicly available, for example, from the Research Collaboratory for Structural Bioinformatics' Protein Data Bank (PDB). The PDB is freely accessible via the World Wide Web internet and is described by Berman et al. (2000) *Nucleic Acids Research*, p 235–242. Germline gene sequences referenced herein are publicly available, for example, from the National Center for Biotechnology Information (NCBI) database of sequences in collections of Igh, Ig kappa and Ig lambda germline V genes (as a division of the National Library of Medicine (NLM) at the National Institutes of Health (NIH)). Homology searching of the NCBI "Ig Germline Genes" database is provided by IgG BLAST™.

In a preferred embodiment, a humanized antibody of the present invention contains (i) a light chain comprising a variable domain comprising murine 3D6 VL CDRs and a human acceptor framework, the framework having at least one, preferably two, three or four residues selected from the group consisting of L1, L2, L36, and L46 substituted with the corresponding 3D6 residue and (ii) a heavy chain comprising 3D6 VH CDRs and a human acceptor framework, the framework having at least one, preferably two or three residues selected from the group consisting of H49, H93 and H§4 substituted with the corresponding 3D6 residue, and, optionally, at least one, preferably two or three residues selected from the group consisting of H74, H77 and H89 is substituted with a corresponding human germline residue.

In a more preferred embodiment, a humanized antibody of the present invention contains (i) a light chain comprising a variable domain comprising murine 3D6 VL CDRs and a human acceptor framework, the framework having residue 1 substituted with a tyr (Y), residue 2 substituted with a val (V), residue 36 substituted with a leu (L) and/or residue 46 substituted with an arg (R), and (ii) a heavy chain comprising 3D6 VH CDRs and a human acceptor framework, the framework having residue 49 substituted with an ala (A), residue 93 substituted with a val (V) and/or residue 94 substituted with an arg (R), and, optionally, having residue 74 substituted with a ser (S), residue 77 substituted with a thr (T) and/or residue 89 substituted with a val (V).

In a particularly preferred embodiment, a humanized antibody of the present invention has structural features, as described herein, and further has at least one (preferably two, three, four or all) of the following activities: (1) binds aggregated Aβ1–42 (e.g., as determined by ELISA); (2) binds Aβ in plaques (e.g., staining of AD and/or PDAPP plaques); (3) binds Aβ with two- to three- fold higher binding affinity as compared to chimeric 3D6 (e.g., 3D6 having murine variable region sequences and human constant region sequences); (4) mediates phagocytosis of Aβ (e.g., in an ex vivo phagocytosis assay, as described herein); and (5) crosses the blood-brain barrier (e.g., demonstrates

short-term brain localization, for example, in a PDAPP animal model, as described herein).

In another embodiment, a humanized antibody of the present invention has structural features, as described herein, binds Aβ in a manner or with an affinity sufficient to elicit at least one of the following in vivo effects: (1) reduce Aβ plaque burden; (2) prevent plaque formation; (3) reduce levels of soluble Aβ; (4) reduce the neuritic pathology associated with an amyloidogenic disorder; (5) lessens or ameliorate at least one physiological symptom associated with an amyloidogenic disorder; and/or (6) improves cognitive function.

In another embodiment, a humanized antibody of the present invention has structural features, as described herein, and specifically binds to an epitope comprising residues 1–5 or 3–7 of Aβ.

The activities described above can be determined utilizing any one of a variety of assays described herein or in the art (e.g., binding assays, phagocytosis assays, etc.). Activities can be assayed either in vivo (e.g., using labeled assay components and/or imaging techniques) or in vitro (e.g., using samples or specimens derived from a subject). Activities can be assayed either directly or indirectly. In certain preferred embodiments, neurological endpoints (e.g., amyloid burden, neuritic burden, etc) are assayed. Such endpoints can be assayed in living subjects (e.g., in animal models of Alzheimer's disease or in human subjects, for example, undergoing immunotherapy) using non-invasive detection methodologies. Alternatively, such endpoints can be assayed in subjects post mortem. Assaying such endpoints in animal models and/or in human subjects post mortem is useful in assessing the effectiveness of various agents (e.g., humanized antibodies) to be utilized in similar immunotherapeutic applications. In other preferred embodiments, behavioral or neurological parameters can be assessed as indicators of the above neuropathological activities or endpoints.

3. Human Antibodies

Human antibodies against Aβ are provided by a variety of techniques described below. Some human antibodies are selected by competitive binding experiments, or otherwise, to have the same epitope specificity as a particular mouse antibody, such as one of the mouse monoclonals described herein. Human antibodies can also be screened for a particular epitope specificity by using only a fragment of Aβ as the immunogen, and/or by screening antibodies against a collection of deletion mutants of Aβ. Human antibodies preferably have human IgG1 isotype specificity.

a. Trioma Methodology

The basic approach and an exemplary cell fusion partner, SPAZ-4, for use in this approach have been described by Oestberg et al., Hybridoma 2:361 (1983); Oestberg, U.S. Pat. No. 4,634,664; and Engleman et al., U.S. Pat. No. 4,634,666 (each of which is incorporated by reference in its entirety for all purposes). The antibody-producing cell lines obtained by this method are called triomas, because they are descended from three cells; two human and one mouse. Initially, a mouse myeloma line is fused with a human B-lymphocyte to obtain a non-antibody-producing xenogeneic hybrid cell, such as the SPAZ-4 cell line described by Oestberg, supra. The xenogeneic cell is then fused with an immunized human B-lymphocyte to obtain an antibody-producing trioma cell line. Triomas have been found to produce antibody more stably than ordinary hybridomas made from human cells.

The immunized B-lymphocytes are obtained from the blood, spleen, lymph nodes or bone marrow of a human donor. If antibodies against a specific antigen or epitope are desired, it is preferable to use that antigen or epitope thereof for immunization. Immunization can be either in vivo or in vitro. For in vivo immunization, B cells are typically isolated from a human immunized with Aβ, a fragment thereof, larger polypeptide containing Aβ or fragment, or an anti-idiotypic antibody to an antibody to Aβ. In some methods, B cells are isolated from the same patient who is ultimately to be administered antibody therapy. For in vitro immunization, B-lymphocytes are typically exposed to antigen for a period of 7–14 days in a media such as RPMI-1640 (see Engleman, supra) supplemented with 10% human plasma.

The immunized B-lymphocytes are fused to a xenogeneic hybrid cell such as SPAZ-4 by well-known methods. For example, the cells are treated with 40–50% polyethylene glycol of MW 1000–4000, at about 37 degrees C., for about 5–10 min. Cells are separated from the fusion mixture and propagated in media selective for the desired hybrids (e.g., HAT or AH). Clones secreting antibodies having the required binding specificity are identified by assaying the trioma culture medium for the ability to bind to Aβ or a fragment thereof. Triomas producing human antibodies having the desired specificity are subcloned by the limiting dilution technique and grown in vitro in culture medium. The trioma cell lines obtained are then tested for the ability to bind Aβ or a fragment thereof.

Although triomas are genetically stable they do not produce antibodies at very high levels. Expression levels can be increased by cloning antibody genes from the trioma into one or more expression vectors, and transforming the vector into standard mammalian, bacterial or yeast cell lines.

b. Transgenic Non-Human Mammals

Human antibodies against Aβ can also be produced from non-human transgenic mammals having transgenes encoding at least a segment of the human immunoglobulin locus. Usually, the endogenous immunoglobulin locus of such transgenic mammals is functionally inactivated. Preferably, the segment of the human immunoglobulin locus includes unrearranged sequences of heavy and light chain components. Both inactivation of endogenous immunoglobulin genes and introduction of exogenous immunoglobulin genes can be achieved by targeted homologous recombination, or by introduction of YAC chromosomes. The transgenic mammals resulting from this process are capable of functionally rearranging the immunoglobulin component sequences, and expressing a repertoire of antibodies of various isotypes encoded by human immunoglobulin genes, without expressing endogenous immunoglobulin genes. The production and properties of mammals having these properties are described in detail by, e.g., Lonberg et al., W093/12227 (1993); U.S. Pat. Nos. 5,877,397, 5,874,299, 5,814,318, 5,789,650, 5,770,429, 5,661,016, 5,633,425, 5,625,126, 5,569,825, 5,545,806, *Nature* 148:1547 (1994), *Nature Biotechnology* 14:826 (1996), Kucherlapati, WO 91/10741 (1991) (each of which is incorporated by reference in its entirety for all purposes). Transgenic mice are particularly suitable. Anti-Aβ antibodies are obtained by immunizing a transgenic nonhuman mammal, such as described by Lonberg or Kucherlapati, supra, with Aβ or a fragment thereof. Monoclonal antibodies are prepared by, e.g., fusing B-cells from such mammals to suitable myeloma cell lines using conventional Kohler-Milstein technology. Human polyclonal antibodies can also be provided in the form of serum from humans immunized with an immunogenic agent. Optionally, such polyclonal antibodies can be concentrated by affinity purification using Aβ or other amyloid peptide as an affinity reagent.

c. Phage Display Methods

A further approach for obtaining human anti-Aβ antibodies is to screen a DNA library from human B cells according to the general protocol outlined by Huse et al., *Science* 246:1275–1281 (1989). As described for trioma methodology, such B cells can be obtained from a human immunized with Aβ, fragments, longer polypeptides containing Aβ or fragments or anti-idiotypic antibodies. Optionally, such B cells are obtained from a patient who is ultimately to receive antibody treatment. Antibodies binding to Aβ or a fragment thereof are selected. Sequences encoding such antibodies (or a binding fragments) are then cloned and amplified. The protocol described by Huse is rendered more efficient in combination with phage-display technology. See, e.g., Dower et al., WO 91/17271, McCafferty et al., WO 92/01047, Herzig et al., U.S. Pat. No. 5,877,218, Winter et al., U.S. Pat. No. 5,871,907, Winter et al., U.S. Pat. No. 5,858,657, Holliger et al., U.S. Pat. No. 5,837,242, Johnson et al., U.S. Pat. No. 5,733,743 and Hoogenboom et al., U.S. Pat. No. 5,565,332 (each of which is incorporated by reference in its entirety for all purposes). In these methods, libraries of phage are produced in which members display different antibodies on their outer surfaces. Antibodies are usually displayed as Fv or Fab fragments. Phage displaying antibodies with a desired specificity are selected by affinity enrichment to an Aβ peptide or fragment thereof.

In a variation of the phage-display method, human antibodies having the binding specificity of a selected murine antibody can be produced. See Winter, WO 92/20791. In this method, either the heavy or light chain variable region of the selected murine antibody is used as a starting material. If, for example, a light chain variable region is selected as the starting material, a phage library is constructed in which members display the same light chain variable region (i.e., the murine starting material) and a different heavy chain variable region. The heavy chain variable regions are obtained from a library of rearranged human heavy chain variable regions. A phage showing strong specific binding for Aβ (e.g., at least 108 and preferably at least $10^9$ $M^{-1}$) is selected. The human heavy chain variable region from this phage then serves as a starting material for constructing a further phage library. In this library, each phage displays the same heavy chain variable region (i.e., the region identified from the first display library) and a different light chain variable region. The light chain variable regions are obtained from a library of rearranged human variable light chain regions. Again, phage showing strong specific binding for Aβ are selected. These phage display the variable regions of completely human anti-Aβ antibodies. These antibodies usually have the same or similar epitope specificity as the murine starting material.

4. Production of Variable Regions

Having conceptually selected the CDR and framework components of humanized immunoglobulins, a variety of methods are available for producing such immunoglobulins. Because of the degeneracy of the code, a variety of nucleic acid sequences will encode each immunoglobulin amino acid sequence. The desired nucleic acid sequences can be produced by de novo solid-phase DNA synthesis or by PCR mutagenesis of an earlier prepared variant of the desired polynucleotide. Oligonucleotide-mediated mutagenesis is a preferred method for preparing substitution, deletion and insertion variants of target polypeptide DNA. See Adelman et al., DNA 2:183 (1983). Briefly, the target polypeptide DNA is altered by hybridizing an oligonucleotide encoding the desired mutation to a single-stranded DNA template. After hybridization, a DNA polymerase is used to synthesize

an entire second complementary strand of the template that incorporates the oligonucleotide primer, and encodes the selected alteration in the target polypeptide DNA.

5. Selection of Constant Regions

The variable segments of antibodies produced as described supra (e.g., the heavy and light chain variable regions of chimeric, humanized, or human antibodies) are typically linked to at least a portion of an immunoglobulin constant region (Fc), typically that of a human immunoglobulin. Human constant region DNA sequences can be isolated in accordance with well known procedures from a variety of human cells, but preferably immortalized B cells (see Kabat et al., supra, and Liu et al., W087/02671) (each of which is incorporated by reference in its entirety for all purposes). Ordinarily, the antibody will contain both light chain and heavy chain constant regions. The heavy chain constant region usually includes CH1, hinge, CH2, CH3, and CH4 regions. The antibodies described herein include antibodies having all types of constant regions, including IgM, IgG, IgD, IgA and IgE, and any isotype, including IgG1, IgG2, IgG3 and IgG4. The choice of constant region depends, in part, whether antibody-dependent complement and/or cellular mediated toxicity is desired. For example, isotopes IgG1 and IgG3 have complement activity and isotypes IgG2 and IgG4 do not. When it is desired that the antibody (e.g., humanized antibody) exhibit cytotoxic activity, the constant domain is usually a complement fixing constant domain and the class is typically IgG1. When such cytotoxic activity is not desirable, the constant domain may be of the IgG2 class. Choice of isotype can also affect passage of antibody into the brain. Human isotype IgG1 is preferred. Light chain constant regions can be lambda or kappa. The humanized antibody may comprise sequences from more than one class or isotype. Antibodies can be expressed as tetramers containing two light and two heavy chains, as separate heavy chains, light chains, as Fab, Fab' F(ab')2, and Fv, or as single chain antibodies in which heavy and light chain variable domains are linked through a spacer.

6. Expression of Recombinant Antibodies

Chimeric, humanized and human antibodies are typically produced by recombinant expression. Nucleic acids encoding light and heavy chain variable regions, optionally linked to constant regions, are inserted into expression vectors. The light and heavy chains can be cloned in the same or different expression vectors. The DNA segments encoding immunoglobulin chains are operably linked to control sequences in the expression vector(s) that ensure the expression of immunoglobulin polypeptides. Expression control sequences include, but are not limited to, promoters (e.g., naturally-associated or heterologous promoters), signal sequences, enhancer elements, and transcription termination sequences. Preferably, the expression control sequences are eukaryotic promoter systems in vectors capable of transforming or transfecting eukaryotic host cells. Once the vector has been incorporated into the appropriate host, the host is maintained under conditions suitable for high level expression of the nucleotide sequences, and the collection and purification of the crossreacting antibodies.

These expression vectors are typically replicable in the host organisms either as episomes or as an integral part of the host chromosomal DNA. Commonly, expression vectors contain selection markers (e.g., ampicillin-resistance, hygromycin-resistance, tetracycline resistance or neomycin resistance) to permit detection of those cells transformed with the desired DNA sequences (see, e.g., Itakura et al., U.S. Pat. No. 4,704,362).

*E. coli* is one prokaryotic host particularly useful for cloning the polynucleotides (e.g., DNA sequences) of the present invention. Other microbial hosts suitable for use include bacilli, such as *Bacillus subtilus*, and other enterobacteriaceae, such as *Salmonella, Serratia*, and various *Pseudomonas* species. In these prokaryotic hosts, one can also make expression vectors, which will typically contain expression control sequences compatible with the host cell (e.g., an origin of replication). In addition, any number of a variety of well-known promoters will be present, such as the lactose promoter system, a tryptophan (trp) promoter system, a beta-lactamase promoter system, or a promoter system from phage lambda. The promoters will typically control expression, optionally with an operator sequence, and have ribosome binding site sequences and the like, for initiating and completing transcription and translation.

Other microbes, such as yeast, are also useful for expression. *Saccharomyces* is a preferred yeast host, with suitable vectors having expression control sequences (e.g., promoters), an origin of replication, termination sequences and the like as desired. Typical promoters include 3-phosphoglycerate kinase and other glycolytic enzymes. Inducible yeast promoters include, among others, promoters from alcohol dehydrogenase, isocytochrome C, and enzymes responsible for maltose and galactose utilization.

In addition to microorganisms, mammalian tissue cell culture may also be used to express and produce the polypeptides of the present invention (e.g., polynucleotides encoding immunoglobulins or fragments thereof). See Winnacker, From Genes to Clones, VCH Publishers, N.Y., N.Y. (1987). Eukaryotic cells are actually preferred, because a number of suitable host cell lines capable of secreting heterologous proteins (e.g., intact immunoglobulins) have been developed in the art, and include CHO cell lines, various Cos cell lines, HeLa cells, preferably, myeloma cell lines, or transformed B-cells or hybridomas. Preferably, the cells are nonhuman. Expression vectors for these cells can include expression control sequences, such as an origin of replication, a promoter, and an enhancer (Queen et al., *Immunol. Rev.* 89:49 (1986)), and necessary processing information sites, such as ribosome binding sites, RNA splice sites, polyadenylation sites, and transcriptional terminator sequences. Preferred expression control sequences are promoters derived from immunoglobulin genes, SV40, adenovirus, bovine papilloma virus, cytomegalovirus and the like. See Co et al., *J. Immunol.* 148:1149 (1992).

Alternatively, antibody-coding sequences can be incorporated in transgenes for introduction into the genome of a transgenic animal and subsequent expression in the milk of the transgenic animal (see, e.g., Deboer et al., U.S. Pat. No. 5,741,957, Rosen, U.S. Pat. No. 5,304,489, and Meade et al., U.S. Pat. No. 5,849,992). Suitable transgenes include coding sequences for light and/or heavy chains in operable linkage with a promoter and enhancer from a mammary gland specific gene, such as casein or beta lactoglobulin.

The vectors containing the polynucleotide sequences of interest (e.g., the heavy and light chain encoding sequences and expression control sequences) can be transferred into the host cell by well-known methods, which vary depending on the type of cellular host. For example, calcium chloride transfection is commonly utilized for prokaryotic cells, whereas calcium phosphate treatment, electroporation, lipofection, biolistics or viral-based transfection may be used for other cellular hosts. (See generally Sambrook et al., *Molecular Cloning: A Laboratory Manual* (Cold Spring Harbor Press, 2nd ed., 1989) (incorporated by reference in its entirety for all purposes). Other methods used to transform mammalian cells include the use of polybrene, protoplast fusion, liposomes, electroporation, and microinjection (see generally, Sambrook et al., supra). For production of transgenic animals, transgenes can be microinjected into fertilized oocytes, or can be incorporated into the genome of embryonic stem cells, and the nuclei of such cells transferred into enucleated oocytes.

When heavy and light chains are cloned on separate expression vectors, the vectors are co-transfected to obtain expression and assembly of intact immunoglobulins. Once expressed, the whole antibodies, their dimers, individual light and heavy chains, or other immunoglobulin forms of the present invention can be purified according to standard procedures of the art, including ammonium sulfate precipitation, affinity columns, column chromatography, HPLC purification, gel electrophoresis and the like (see generally Scopes, Protein Purification (Springer-Verlag, N.Y., (1982)). Substantially pure immunoglobulins of at least about 90 to 95% homogeneity are preferred, and 98 to 99% or more homogeneity most preferred, for pharmaceutical uses.

7. Antibody Fragments

Also contemplated within the scope of the instant invention are antibody fragments. In one embodiment, fragments of non-human, chimeric and/or human antibodies are provided. In another embodiment, fragments of humanized antibodies are provided. Typically, these fragments exhibit specific binding to antigen with an affinity of at least $10^7$, and more typically $10^8$ or $10^9 M^{-1}$. Humanized antibody fragments include separate heavy chains, light chains Fab, Fab' F(ab')2, Fabc, and Fv. Fragments are produced by recombinant DNA techniques, or by enzymatic or chemical separation of intact immunoglobulins.

8. Testing Antibodies for Therapeutic Efficacy in Animal Models

Groups of 7–9 month old PDAPP mice each are injected with 0.5 mg in PBS of polyclonal anti-Aβ or specific anti-Aβ monoclonal antibodies. All antibody preparations are purified to have low endotoxin levels. Monoclonals can be prepared against a fragment by injecting the fragment or longer form of Aβ into a mouse, preparing hybridomas and screening the hybridomas for an antibody that specifically binds to a desired fragment of Aβ without binding to other nonoverlapping fragments of Aβ.

Mice are injected intraperitoneally as needed over a 4 month period to maintain a circulating antibody concentration measured by ELISA titer of greater than 1/1000 defined by ELISA to Aβ42 or other immunogen. Titers are monitored and mice are euthanized at the end of 6 months of injections. Histochemistry, Aβ levels and toxicology are performed post mortem. Ten mice are used per group.

9. Screening Antibodies for Clearing Activity

The invention also provides methods of screening an antibody for activity in clearing an amyloid deposit or any other antigen, or associated biological entity, for which clearing activity is desired. To screen for activity against an amyloid deposit, a tissue sample from a brain of a patient with Alzheimer's disease or an animal model having characteristic Alzheimer's pathology is contacted with phagocytic cells bearing an Fc receptor, such as microglial cells, and the antibody under test in a medium in vitro. The phagocytic cells can be a primary culture or a cell line, such as BV-2, C8-B4, or THP-1. In some methods, the components are combined on a microscope slide to facilitate microscopic monitoring. In some methods, multiple reactions are performed in parallel in the wells of a microtiter dish. In such a format, a separate miniature microscope slide can be mounted in the separate wells, or a nonmicroscopic

detection format, such as ELISA detection of Aβ can be used. Preferably, a series of measurements is made of the amount of amyloid deposit in the in vitro reaction mixture, starting from a baseline value before the reaction has proceeded, and one or more test values during the reaction. The antigen can be detected by staining, for example, with a fluorescently labeled antibody to Aβ or other component of amyloid plaques. The antibody used for staining may or may not be the same as the antibody being tested for clearing activity. A reduction relative to baseline during the reaction of the amyloid deposits indicates that the antibody under test has clearing activity. Such antibodies are likely to be useful in preventing or treating Alzheimer's and other amyloidogenic diseases.

Analogous methods can be used to screen antibodies for activity in clearing other types of biological entities. The assay can be used to detect clearing activity against virtually any kind of biological entity. Typically, the biological entity has some role in human or animal disease. The biological entity can be provided as a tissue sample or in isolated form. If provided as a tissue sample, the tissue sample is preferably unfixed to allow ready access to components of the tissue sample and to avoid perturbing the conformation of the components incidental to fixing. Examples of tissue samples that can be tested in this assay include cancerous tissue, precancerous tissue, tissue containing benign growths such as warts or moles, tissue infected with pathogenic microorganisms, tissue infiltrated with inflammatory cells, tissue bearing pathological matrices between cells (e.g., fibrinous pericarditis), tissue bearing aberrant antigens, and scar tissue. Examples of isolated biological entities that can be used include Aβ, viral antigens or viruses, proteoglycans, antigens of other pathogenic microorganisms, tumor antigens, and adhesion molecules. Such antigens can be obtained from natural sources, recombinant expression or chemical synthesis, among other means. The tissue sample or isolated biological entity is contacted with phagocytic cells bearing Fc receptors, such as monocytes or microglial cells, and an antibody to be tested in a medium. The antibody can be directed to the biological entity under test or to an antigen associated with the entity. In the latter situation, the object is to test whether the biological entity is vicariously phagocytosed with the antigen. Usually, although not necessarily, the antibody and biological entity (sometimes with an associated antigen), are contacted with each other before adding the phagocytic cells. The concentration of the biological entity and/or the associated antigen remaining in the medium, if present, is then monitored. A reduction in the amount or concentration of antigen or the associated biological entity in the medium indicates the antibody has a clearing response against the antigen and/or associated biological entity in conjunction with the phagocytic cells (see, e.g., Example IV).

10. Chimeric/Humanized Antibodies having Altered Effector Function

For the above-described antibodies of the invention comprising a constant region (Fc region), it may also be desirable to alter the effector function of the molecule. Generally, the effector function of an antibody resides in the constant or Fc region of the molecule which can mediate binding to various effector molecules, e.g., complement proteins or Fc receptors. The binding of complement to the Fc region is important, for example, in the opsonization and lysis of cell pathogens and the activation of inflammatory responses. The binding of antibody to Fc receptors, for example, on the surface of effector cells can trigger a number of important and diverse biological responses including, for example, engulfment and destruction of antibody-coated pathogens or particles, clearance of immune complexes, lysis of antibody-coated target cells by killer cells (i.e., antibody-dependent cell-mediated cytotoxicity, or ADCC), release of inflammatory mediators, placental transfer of antibodies, and control of immunoglobulin production.

Accordingly, depending on a particular therapeutic or diagnostic application, the above-mentioned immune functions, or only selected immune functions, may be desirable. By altering the Fc region of the antibody, various aspects of the effector function of the molecule, including enhancing or suppressing various reactions of the immune system, with beneficial effects in diagnosis and therapy, are achieved.

The antibodies of the invention can be produced which react only with certain types of Fc receptors, for example, the antibodies of the invention can be modified to bind to only certain Fc receptors, or if desired, lack Fc receptor binding entirely, by deletion or alteration of the Fc receptor binding site located in the Fc region of the antibody. Other desirable alterations of the Fc region of an antibody of the invention are cataloged below. Typically the Kabat numbering system is used to indicate which amino acid residue(s) of the Fc region (e.g., of an IgG antibody) are altered (e.g., by amino acid substitution) in order to achieve a desired change in effector function. The numbering system is also employed to compare antibodies across species such that a desired effector function observed in, for example, a mouse antibody, can then be systematically engineered into a human, humanized, or chimeric antibody of the invention.

For example, it has been observed that antibodies (e.g., IgG antibodies) can be grouped into those found to exhibit tight, intermediate, or weak binding to an Fc receptor (e.g., an Fc receptor on human monocytes (FcγRI)). By comparison of the amino-acid sequences in these different affinity groups, a monocyte-binding site in the hinge-link region (Leu234-Ser239) has been identified. Moreover, the human FcγRI receptor binds human IgG1 and mouse IgG2a as a monomer, but the binding of mouse IgG2b is 100-fold weaker. A comparison of the sequence of these proteins in the hinge-link region shows that the sequence 234 to 238, ie., Leu-Leu-Gly-Gly-Pro in the strong binders becomes Leu-Glu-Gly-Gly-Pro in mouse gamma 2b, i.e., weak binders. Accordingly, a corresponding change in a human antibody hinge sequence can be made if reduced FcγI receptor binding is desired. It is understood that other alterations can be made to achieve the same or similar results. For example, the affinity of FcγRI binding can be altered by replacing the specified residue with a residue having an inappropriate functional group on its sidechain, or by introducing a charged functional group (e.g., Glu or Asp) or for example an aromatic non-polar residue (e.g., Phe, Tyr, or Trp).

These changes can be equally applied to the murine, human, and rat systems given the sequence homology between the different immunoglobulins. It has been shown that for human IgG3, which binds to the human FcγRI receptor, changing Leu 235 to Glu destroys the interaction of the mutant for the receptor. The binding site for this receptor can thus be switched on or switched off by making the appropriate mutation.

Mutations on adjacent or close sites in the hinge link region (e.g., replacing residues 234, 236 or 237 by Ala) indicate that alterations in residues 234, 235, 236, and 237 at least affect affinity for the FcγRI receptor. Accordingly, the antibodies of the invention can also have an altered Fc region with altered binding affinity for FcγRI as compared

with the unmodified antibody. Such an antibody conveniently has a modification at amino acid residue 234, 235, 236, or 237.

Affinity for other Fc receptors can be altered by a similar approach, for controlling the immune response in different ways.

As a further example, the lytic properties of IgG antibodies following binding of the Cl component of complement can be altered.

The first component of the complement system, Cl, comprises three proteins known as Clq, Clr and Cls which bind tightly together. It has been shown that Clq is responsible for binding of the three protein complex to an antibody.

Accordingly, the Clq binding activity of an antibody can be altered by providing an antibody with an altered CH 2 domain in which at least one of the amino acid residues 318, 320, and 322 of the heavy chain has been changed to a residue having a different side chain. The numbering of the residues in the heavy chain is that of the EU index (see Kabat et al., supra). Other suitable alterations for altering, e.g., reducing or abolishing specific Clq-binding to an antibody include changing any one of residues 318 (Glu), 320 (Lys) and 322 (Lys), to Ala.

Moreover, by making mutations at these residues, it has been shown that Clq binding is retained as long as residue 318 has a hydrogen-bonding side chain and residues 320 and 322 both have a positively charged side chain.

Clq binding activity can be abolished by replacing any one of the three specified residues with a residue having an inappropriate functionality on its side chain. It is not necessary to replace the ionic residues only with Ala to abolish Clq binding. It is also possible to use other alkyl-substituted non-ionic residues, such as Gly, Ile, Leu, or Val, or such aromatic non-polar residues as Phe, Tyr, Trp and Pro in place of any one of the three residues in order to abolish Clq binding. In addition, it is also be possible to use such polar non-ionic residues as Ser, Thr, Cys, and Met in place of residues 320 and 322, but not 318, in order to abolish Clq binding activity.

It is also noted that the side chains on ionic or non-ionic polar residues will be able to form hydrogen bonds in a similar manner to the bonds formed by the Glu residue. Therefore, replacement of the 318 (Glu) residue by a polar residue may modify but not abolish Clq binding activity.

It is also known that replacing residue 297 (Asn) with Ala results in removal of lytic activity while only slightly reducing (about three fold weaker) affinity for Clq. This alteration destroys the glycosylation site and the presence of carbohydrate that is required for complement activation. Any other substitution at this site will also destroy the glycosylation site.

The invention also provides an antibody having an altered effector function wherein the antibody has a modified hinge region. The modified hinge region may comprise a complete hinge region derived from an antibody of different antibody class or subclass from that of the CH1 domain. For example, the constant domain (CH1) of a class IgG antibody can be attached to a hinge region of a class IgG4 antibody. Alternatively, the new hinge region may comprise part of a natural hinge or a repeating unit in which each unit in the repeat is derived from a natural hinge region. In one example, the natural hinge region is altered by converting one or more cysteine residues into a neutral residue, such as alanine, or by converting suitably placed residues into cysteine residues. Such alterations are carried out using art recognized protein chemistry and, preferably, genetic engineering techniques, as described herein.

In one embodiment of the invention, the number of cysteine residues in the hinge region of the antibody is reduced, for example, to one cysteine residue. This modification has the advantage of facilitating the assembly of the antibody, for example, bispecific antibody molecules and antibody molecules wherein the Fc portion has been replaced by an effector or reporter molecule, since it is only necessary to form a single disulfide bond. This modification also provides a specific target for attaching the hinge region either to another hinge region or to an effector or reporter molecule, either directly or indirectly, for example, by chemical means.

Conversely, the number of cysteine residues in the hinge region of the antibody is increased, for example, at least one more than the number of normally occurring cysteine residues. Increasing the number of cysteine residues can be used to stabilize the interactions between adjacent hinges. Another advantage of this modification is that it facilitates the use of cysteine thiol groups for attaching effector or reporter molecules to the altered antibody, for example, a radiolabel.

Accordingly, the invention provides for an exchange of hinge regions between antibody classes, in particular, IgG classes, and/or an increase or decrease in the number of cysteine residues in the hinge region in order to achieve an altered effector function (see for example U.S. Pat. No. 5,677,425 which is expressly incorporated herein). A determination of altered antibody effector function is made using the assays described herein or other art recognized techniques.

Importantly, the resultant antibody can be subjected to one or more assays to evaluate any change in biological activity compared to the starting antibody. For example, the ability of the antibody with an altered Fc region to bind complement or Fc receptors can be assessed using the assays disclosed herein as well as any art recognized assay.

Production of the antibodies of the invention is carried out by any suitable technique including techniques described herein as well as techniques known to those skilled in the art. For example an appropriate protein sequence, e.g forming part of or all of a relevant constant domain, e.g., Fc region, i.e., CH2, and/or CH3 domain(s), of an antibody, and include appropriately altered residue(s) can be synthesized and then chemically joined into the appropriate place in an antibody molecule.

Preferably, genetic engineering techniques are used for producing an altered antibody. Preferred techniques include, for example, preparing suitable primers for use in polymerase chain reaction (PCR) such that a DNA sequence which encodes at least part of an IgG heavy chain, e.g., an Fc or constant region (e.g., CH2, and/or CH3) is altered, at one or more residues. The segment can then be operably linked to the remaining portion of the antibody, e.g., the variable region of the antibody and required regulatory elements for expression in a cell.

The present invention also includes vectors used to transform the cell line, vectors used in producing the transforming vectors, cell lines transformed with the transforming vectors, cell lines transformed with preparative vectors, and methods for their production.

Preferably, the cell line which is transformed to produce the antibody with an altered Fc region (i.e., of altered effector function) is an immortalized mammalian cell line (e.g., CHO cell).

Although the cell line used to produce the antibody with an altered Fc region is preferably a mammalian cell line, any

other suitable cell line, such as a bacterial cell line or a yeast cell line, may alternatively be used.

B. Nucleic Acid Encoding Immunologic and Therapeutic Agents

Immune responses against amyloid deposits can also be induced by administration of nucleic acids encoding antibodies and their component chains used for passive immunization. Such nucleic acids can be DNA or RNA. A nucleic acid segment encoding an immunogen is typically linked to regulatory elements, such as a promoter and enhancer, that allow expression of the DNA segment in the intended target cells of a patient. For expression in blood cells, as is desirable for induction of an immune response, promoter and enhancer elements from light or heavy chain immunoglobulin genes or the CMV major intermediate early promoter and enhancer are suitable to direct expression. The linked regulatory elements and coding sequences are often cloned into a vector. For administration of double-chain antibodies, the two chains can be cloned in the same or separate vectors.

A number of viral vector systems are available including retroviral systems (see, e.g., Lawrie and Tumin, *Cur. Opin. Genet. Develop.* 3:102–109 (1993)); adenoviral vectors (see, e.g., Bett et al., *J. Virol.* 67:5911 (1993)); adeno-associated virus vectors (see, e.g., Zhou et al., *J. Exp. Med.* 179:1867 (1994)), viral vectors from the pox family including vaccinia virus and the avian pox viruses, viral vectors from the alpha virus genus such as those derived from Sindbis and Semliki Forest Viruses (see, e.g., Dubensky et al., *J. Virol.* 70:508 (1996)), Venezuelan equine encephalitis virus (see Johnston et al., U.S. Pat. No. 5,643,576) and rhabdoviruses, such as vesicular stomatitis virus (see Rose, WO 96/34625)and papillomaviruses (Ohe et al., *Human Gene Therapy* 6:325 (1995); Woo et al., WO 94/12629 and Xiao & Brandsma, *Nucleic Acids. Res.* 24, 2630–2622 (1996)).

DNA encoding an immunogen, or a vector containing the same, căn be packaged into liposomes. Suitable lipids and related analogs are described by Eppstein et al., U.S. Pat. No. 5,208,036, Felgner et al., U.S. Pat. No. 5,264,618, Rose, U.S. Pat. No. 5,279,833, and Epand et al., U.S. Pat. No. 5,283,185. Vectors and DNA encoding an immunogen can also be adsorbed to or associated with particulate carriers, examples of which include polymethyl methacrylate polymers and polylactides and poly (lactide-co-glycolides), see, e.g., McGee et al., *J. Micro Encap.* (1996).

Gene therapy vectors or naked polypeptides (e.g., DNA) can be delivered in vivo by administration to an individual patient, typically by systemic administration (e.g., intravenous, intraperitoneal, nasal, gastric, intradermal, intramuscular, subdermal, or intracranial infusion) or topical application (see e.g., Anderson et al., U.S. Pat. No. 5,399,346). The term "naked polynucleotide" refers to a polynucleotide not complexed with colloidal materials. Naked polynucleotides are sometimes cloned in a plasmid vector. Such vectors can further include facilitating agents such as bupivacine (Attardo et al., U.S. Pat. No. 5,593,970). DNA can also be administered using a gene gun. See Xiao & Brandsma, supra. The DNA encoding an immunogen is precipitated onto the surface of microscopic metal beads. The microprojectiles are accelerated with a shock wave or expanding helium gas, and penetrate tissues to a depth of several cell layers. For example, The Accel™ Gene Delivery Device manufactured by Agacetus, Inc. Middleton Wis. is suitable. Alternatively, naked DNA can pass through skin into the blood stream simply by spotting the DNA onto skin with chemical or mechanical irritation (see Howell et al., WO 95/05853).

In a further variation, vectors encoding immunogens can be delivered to cells ex vivo, such as cells explanted from an individual patient (e.g., lymphocytes, bone marrow aspirates, tissue biopsy) or universal donor hematopoietic stem cells, followed by reimplantation of the cells into a patient, usually after selection for cells which have incorporated the vector.

II. Prophylactic and Therapeutic Methods

The present invention is directed inter alia to treatment of Alzheimer's and other amyloidogenic diseases by administration of therapeutic immunological reagents (e.g., humanized immunoglobulins) to specific epitopes within Aβ to a patient under conditions that generate a beneficial therapeutic response in a patient (e.g., induction of phagocytosis of Aβ, reduction of plaque burden, inhibition of plaque formation, reduction of neuritic dystrophy, improving cognitive function, and/or reversing, treating or preventing cognitive decline) in the patient, for example, for the prevention or treatment of an amyloidogenic disease. The invention is also directed to use of the disclosed immunological reagents (e.g., humanized immunoglobulins) in the manufacture of a medicament for the treatment or prevention of an amyloidogenic disease.

The term "treatment" as used herein, is defined as the application or administration of a therapeutic agent to a patient, or application or administration of a therapeutic agent to an isolated tissue or cell line from a patient, who has a disease, a symptom of disease or a predisposition toward a disease, with the purpose to cure, heal, alleviate, relieve, alter, remedy, ameliorate, improve or affect the disease, the symptoms of disease or the predisposition toward disease.

In one aspect, the invention provides methods of preventing or treating a disease associated with amyloid deposits of Aβ in the brain of a patient. Such diseases include Alzheimer's disease, Down's syndrome and cognitive impairment. The latter can occur with or without other characteristics of an amyloidogenic disease. Some methods of the invention entail administering an effective dosage of an antibody that specifically binds to a component of an amyloid deposit to the patient. Such methods are particularly useful for preventing or treating Alzheimer's disease in human patients. Exemplary methods entail administering an effective dosage of an antibody that binds to Aβ. Preferred methods entail administering an effective dosage of an antibody that specifically binds to an epitope within residues 1–10 of Aβ, for example, antibodies that specifically bind to an epitope within residues 1–3 of Aβ, antibodies that specifically bind to an epitope within residues 1–4 of Aβ, antibodies that specifically bind to an epitope within residues 1–5 of Aβ, antibodies that specifically bind to an epitope within residues 1–6 of Aβ, antibodies that specifically bind to an epitope within residues 1–7 of Aβ, or antibodies that specifically bind to an epitope within residues 3–7 of Aβ. In yet another aspect, the invention features administering antibodies that bind to an epitope comprising a free N-terminal residue of Aβ. In yet another aspect, the invention features administering antibodies that bind to an epitope within residues of 1–10 of Aβ wherein residue 1 and/or residue 7 of Aβ is aspartic acid. In yet another aspect, the invention features administering antibodies that specifically bind to Aβ peptide without binding to full-length amyloid precursor protein (APP). In yet another aspect, the isotype of the antibody is human IgG1.

In yet another aspect, the invention features administering antibodies that bind to an amyloid deposit in the patient and induce a clearing response against the amyloid deposit. For

example, such a clearing response can be effected by Fc receptor mediated phagocytosis.

Therapeutic agents of the invention are typically substantially pure from undesired contaminant. This means that an agent is typically at least about 50% w/w (weight/weight) purity, as well as being substantially free from interfering proteins and contaminants. Sometimes the agents are at least about 80% w/w and, more preferably at least 90 or about 95% w/w purity. However, using conventional protein purification techniques, homogeneous peptides of at least 99% w/w can be obtained.

The methods can be used on both asymptomatic patients and those currently showing symptoms of disease. The antibodies used in such methods can be human, humanized, chimeric or nonhuman antibodies, or fragments thereof (e.g., antigen binding fragments) and can be monoclonal or polyclonal, as described herein. In yet another aspect, the invention features administering antibodies prepared from a human immunized with Aβ peptide, which human can be the patient to be treated with antibody.

In another aspect, the invention features administering an antibody with a pharmaceutical carrier as a pharmaceutical composition. Alternatively, the antibody can be administered to a patient by administering a polynucleotide encoding at least one antibody chain. The polynucleotide is expressed to produce the antibody chain in the patient. Optionally, the polynucleotide encodes heavy and light chains of the antibody. The polynucleotide is expressed to produce the heavy and light chains in the patient. In exemplary embodiments, the patient is monitored for level of administered antibody in the blood of the patient.

The invention thus fulfills a longstanding need for therapeutic regimes for preventing or ameliorating the neuropathology and, in some patients, the cognitive impairment associated with Alzheimer's disease.

A. Patients Amenable to Treatment

Patients amenable to treatment include individuals at risk of disease but not showing symptoms, as well as patients presently showing symptoms. In the case of Alzheimer's disease, virtually anyone is at risk of suffering from Alzheimer's disease if he or she lives long enough. Therefore, the present methods can be administered prophylactically to the general population without the need for any assessment of the risk of the subject patient. The present methods are especially useful for individuals who have a known genetic risk of Alzheimer's disease. Such individuals include those having relatives who have experienced this disease, and those whose risk is determined by analysis of genetic or biochemical markers. Genetic markers of risk toward Alzheimer's disease include mutations in the APP gene, particularly mutations at position 717 and positions 670 and 671 referred to as the Hardy and Swedish mutations respectively (see Hardy, supra). Other markers of risk are mutations in the presenilin genes, PS1 and PS2, and ApoE4, family history of AD, hypercholesterolemia or atherosclerosis. Individuals presently suffering from Alzheimer's disease can be recognized from characteristic dementia, as well as the presence of risk factors described above. In addition, a number of diagnostic tests are available for identifying individuals who have AD. These include measurement of CSF tau and Aβ42 levels. Elevated tau and decreased Aβ42 levels signify the presence of AD. Individuals suffering from Alzheimer's disease can also be diagnosed by ADRDA criteria as discussed in the Examples section.

In asymptomatic patients, treatment can begin at any age (e.g., 10, 20, 30). Usually, however, it is not necessary to begin treatment until a patient reaches 40, 50, 60 or 70. Treatment typically entails multiple dosages over a period of time. Treatment can be monitored by assaying antibody levels over time. If the response falls, a booster dosage is indicated. In the case of potential Down's syndrome patients, treatment can begin antenatally by administering therapeutic agent to the mother or shortly after birth.

B. Treatment Regimes and Dosages

In prophylactic applications, pharmaceutical compositions or medicaments are administered to a patient susceptible to, or otherwise at risk of, Alzheimer's disease in an amount sufficient to eliminate or reduce the risk, lessen the severity, or delay the outset of the disease, including biochemical, histologic and/or behavioral symptoms of the disease, its complications and intermediate pathological phenotypes presenting during development of the disease. In therapeutic applications, compositions or medicants are administered to a patient suspected of, or already suffering from such a disease in an amount sufficient to cure, or at least partially arrest, the symptoms of the disease (biochemical, histologic and/or behavioral), including its complications and intermediate pathological phenotypes in development of the disease.

In some methods, administration of agent reduces or eliminates myocognitive impairment in patients that have not yet developed characteristic Alzheimer's pathology. An amount adequate to accomplish therapeutic or prophylactic treatment is defined as a therapeutically- or prophylactically-effective dose. In both prophylactic and therapeutic regimes, agents are usually administered in several dosages until a sufficient immune response has been achieved. The term "immune response" or "immunological response" includes the development of a humoral (antibody mediated) and/or a cellular (mediated by antigen-specific T cells or their secretion products) response directed against an antigen in a recipient subject. Such a response can be an active response, i.e., induced by administration of immunogen, or a passive response, i.e., induced by administration of immunoglobulin or antibody or primed T-cells.

An "immunogenic agent" or "immunogen" is capable of inducing an immunological response against itself on administration to a mammal, optionally in conjunction with an adjuvant. Typically, the immune response is monitored and repeated dosages are given if the immune response starts to wane.

Effective doses of the compositions of the present invention, for the treatment of the above described conditions vary depending upon many different factors, including means of administration, target site, physiological state of the patient, whether the patient is human or an animal, other medications administered, and whether treatment is prophylactic or therapeutic. Usually, the patient is a human but non-human mammals including transgenic mammals can also be treated. Treatment dosages need to be titrated to optimize safety and efficacy.

For passive immunization with an antibody, the dosage ranges from about 0.0001 to 100 mg/kg, and more usually 0.01 to 5 mg/kg, of the host body weight. For example dosages can be 1 mg/kg body weight or 10 mg/kg body weight or within the range of 1–10 mg/kg, preferably at least 1 mg/kg. Subjects can be administered such doses daily, on alternative days, weekly or according to any other schedule determined by empirical analysis. An exemplary treatment entails administration in multiple dosages over a prolonged period, for example, of at least six months. Additional exemplary treatment regimes entail administration once per every two weeks or once a month or once every 3 to 6 months. Exemplary dosage schedules include 1–10 mg/kg or

15 mg/kg on consecutive days, 30 mg/kg on alternate days or 60 mg/kg weekly. In some methods, two or more monoclonal antibodies with different binding specificities are administered simultaneously, in which case the dosage of each antibody administered falls within the ranges indicated.

Antibody is usually administered on multiple occasions. Intervals between single dosages can be weekly, monthly or yearly. Intervals can also be irregular as indicated by measuring blood levels of antibody to Aβ in the patient. In some methods, dosage is adjusted to achieve a plasma antibody concentration of 1–1000 μg/ml and in some methods 25–300 μg/ml. Alternatively, antibody can be administered as a sustained release formulation, in which case less frequent administration is required. Dosage and frequency vary depending on the half-life of the antibody in the patient. In general, human antibodies show the longest half-life, followed by humanized antibodies, chimeric antibodies, and nonhuman antibodies.

The dosage and frequency of administration can vary depending on whether the treatment is prophylactic or therapeutic. In prophylactic applications, compositions containing the present antibodies or a cocktail thereof are administered to a patient not already in the disease state to enhance the patient's resistance. Such an amount is defined to be a "prophylactic effective dose." In this use, the precise amounts again depend upon the patient's state of health and general immunity, but generally range from 0.1 to 25 mg per dose, especially 0.5 to 2.5 mg per dose. A relatively low dosage is administered at relatively infrequent intervals over a long period of time. Some patients continue to receive treatment for the rest of their lives.

In therapeutic applications, a relatively high dosage (e.g., from about 1 to 200 mg of antibody per dose, with dosages of from 5 to 25 mg being more commonly used) at relatively short intervals is sometimes required until progression of the disease is reduced or terminated, and preferably until the patient shows partial or complete amelioration of symptoms of disease. Thereafter, the patent can be administered a prophylactic regime.

Doses for nucleic acids encoding antibodies range from about 10 ng to 1 g, 100 ng to 100 mg, 1 μg to 10 mg, or 30–300 μg DNA per patient. Doses for infectious viral vectors vary from 10–100, or more, virions per dose.

Therapeutic agents can be administered by parenteral, topical, intravenous, oral, subcutaneous, intraarterial, intracranial, intraperitoneal, intranasal or intramuscular means for prophylactic and/or therapeutic treatment. The most typical route of administration of an immunogenic agent is subcutaneous although other routes can be equally effective. The next most common route is intramuscular injection. This type of injection is most typically performed in the arm or leg muscles. In some methods, agents are injected directly into a particular tissue where deposits have accumulated, for example intracranial injection. Intramuscular injection or intravenous infusion are preferred for administration of antibody. In some methods, particular therapeutic antibodies are injected directly into the cranium. In some methods, antibodies are administered as a sustained release composition or device, such as a Medipad™ device.

Agents of the invention can optionally be administered in combination with other agents that are at least partly effective in treatment of amyloidogenic disease. In the case of Alzheimer's and Down's syndrome, in which amyloid deposits occur in the brain, agents of the invention can also be administered in conjunction with other agents that increase passage of the agents of the invention across the blood-brain barrier.

C. Pharmaceutical Compositions

Agents of the invention are often administered as pharmaceutical compositions comprising an active therapeutic agent, i.e., and a variety of other pharmaceutically acceptable components. See *Remington's Pharmaceutical Science* (15th ed., Mack Publishing Company, Easton, Pa. (1980)). The preferred form depends on the intended mode of administration and therapeutic application. The compositions can also include, depending on the formulation desired, pharmaceutically-acceptable, non-toxic carriers or diluents, which are defined as vehicles commonly used to formulate pharmaceutical compositions for animal or human administration. The diluent is selected so as not to affect the biological activity of the combination. Examples of such diluents are distilled water, physiological phosphate-buffered saline, Ringer's solutions, dextrose solution, and Hank's solution. In addition, the pharmaceutical composition or formulation may also include other carriers, adjuvants, or nontoxic, nontherapeutic, nonimmunogenic stabilizers and the like.

Pharmaceutical compositions can also include large, slowly metabolized macromolecules such as proteins, polysaccharides such as chitosan, polylactic acids, polyglycolic acids and copolymers (such as latex functionalized sepharose(TM), agarose, cellulose, and the like), polymeric amino acids, amino acid copolymers, and lipid aggregates (such as oil droplets or liposomes). Additionally, these carriers can function as immunostimulating agents (i.e., adjuvants).

For parenteral administration, agents of the invention can be administered as injectable dosages of a solution or suspension of the substance in a physiologically acceptable diluent with a pharmaceutical carrier that can be a sterile liquid such as water oils, saline, glycerol, or ethanol. Additionally, auxiliary substances, such as wetting or emulsifying agents, surfactants, pH buffering substances and the like can be present in compositions. Other components of pharmaceutical compositions are those of petroleum, animal, vegetable, or synthetic origin, for example, peanut oil, soybean oil, and mineral oil. In general, glycols such as propylene glycol or polyethylene glycol are preferred liquid carriers, particularly for injectable solutions. Antibodies can be administered in the form of a depot injection or implant preparation, which can be formulated in such a manner as to permit a sustained release of the active ingredient. An exemplary composition comprises monoclonal antibody at 5 mg/mL, formulated in aqueous buffer consisting of 50 mM L-histidine, 150 mM NaCl, adjusted to pH 6.0 with HCl.

Typically, compositions are prepared as injectables, either as liquid solutions or suspensions; solid forms suitable for solution in, or suspension in, liquid vehicles prior to injection can also be prepared. The preparation also can be emulsified or encapsulated in liposomes or micro particles such as polylactide, polyglycolide, or copolymer for enhanced adjuvant effect, as discussed above (see Langer, *Science* 249: 1527 (1990) and Hanes, *Advanced Drug Delivery Reviews* 28:97 (1997)). The agents of this invention can be administered in the form of a depot injection or implant preparation, which can be formulated in such a manner as to permit a sustained or pulsatile release of the active ingredient.

Additional formulations suitable for other modes of administration include oral, intranasal, and pulmonary formulations, suppositories, and transdermal applications. For suppositories, binders and carriers include, for example, polyalkylene glycols or triglycerides; such suppositories can be formed from mixtures containing the active ingredient in

the range of 0.5% to 10%, preferably 1%–2%. Oral formulations include excipients, such as pharmaceutical grades of mannitol, lactose, starch, magnesium stearate, sodium saccharine, cellulose, and magnesium carbonate. These compositions take the form of solutions, suspensions, tablets, pills, capsules, sustained release formulations or powders and contain 10%–95% of active ingredient, preferably 25%–70%.

Topical application can result in transdermal or intradermal delivery. Topical administration can be facilitated by co-administration of the agent with cholera toxin or detoxified derivatives or subunits thereof or other similar bacterial toxins (See Glenn et al., *Nature* 391, 851 (1998)). Co-administration can be achieved by using the components as a mixture or as linked molecules obtained by chemical crosslinking or expression as a fusion protein.

Alternatively, transdermal delivery can be achieved using a skin path or using transferosomes (Paul et al., *Eur. J. Immunol.* 25:3521 (1995); Cevc et al., *Biochem. Biophys. Acta* 1368:201–15 (1998)).

III. Monitoring the Course of Treatment

The invention provides methods of monitoring treatment in a patient suffering from or susceptible to Alzheimer's, i.e., for monitoring a course of treatment being administered to a patient. The methods can be used to monitor both therapeutic treatment on symptomatic patients and prophylactic treatment on asymptomatic patients. In particular, the methods are useful for monitoring passive immunization (e.g., measuring level of administered antibody).

Some methods entail determining a baseline value, for example, of an antibody level or profile in a patient, before administering a dosage of agent, and comparing this with a value for the profile or level after treatment. A significant increase (i.e., greater than the typical margin of experimental error in repeat measurements of the same sample, expressed as one standard deviation from the mean of such measurements) in value of the level or profile signals a positive treatment outcome (i.e., that administration of the agent has achieved a desired response). If the value for immune response does not change significantly, or decreases, a negative treatment outcome is indicated.

In other methods, a control value (i.e., a mean and standard deviation) of level or profile is determined for a control population. Typically the individuals in the control population have not received prior treatment. Measured values of the level or profile in a patient after administering a therapeutic agent are then compared with the control value. A significant increase relative to the control value (e.g., greater than one standard deviation from the mean) signals a positive or sufficient treatment outcome. A lack of significant increase or a decrease signals a negative or insufficient treatment outcome. Administration of agent is generally continued while the level is increasing relative to the control value. As before, attainment of a plateau relative to control values is an indicator that the administration of treatment can be discontinued or reduced in dosage and/or frequency.

In other methods, a control value of the level or profile (e.g., a mean and standard deviation) is determined from a control population of individuals who have undergone treatment with a therapeutic agent and whose levels or profiles have plateaued in response to treatment. Measured values of

levels or profiles in a patient are compared with the control value. If the measured level in a patient is not significantly different (e.g., more than one standard deviation) from the control value, treatment can be discontinued. If the level in a patient is significantly below the control value, continued administration of agent is warranted. If the level in the patient persists below the control value, then a change in treatment may be indicated.

In other methods, a patient who is not presently receiving treatment but has undergone a previous course of treatment is monitored for antibody levels or profiles to determine whether a resumption of treatment is required. The measured level or profile in the patient can be compared with a value previously achieved in the patient after a previous course of treatment. A significant decrease relative to the previous measurement (i.e., greater than a typical margin of error in repeat measurements of the same sample) is an indication that treatment can be resumed. Alternatively, the value measured in a patient can be compared with a control value (mean plus standard deviation) determined in a population of patients after undergoing a course of treatment. Alternatively, the measured value in a patient can be compared with a control value in populations of prophylactically treated patients who remain free of symptoms of disease, or populations of therapeutically treated patients who show amelioration of disease characteristics. In all of these cases, a significant decrease relative to the control level (i.e., more than a standard deviation) is an indicator that treatment should be resumed in a patient.

The tissue sample for analysis is typically blood, plasma, serum, mucous fluid or cerebrospinal fluid from the patient. The sample is analyzed, for example, for levels or profiles of antibodies to Aβ peptide, e.g., levels or profiles of humanized antibodies. ELISA methods of detecting antibodies specific to Aβ are described in the Examples section. In some methods, the level or profile of an administered antibody is determined using a clearing assay, for example, in an in vitro phagocytosis assay, as described herein. In such methods, a tissue sample from a patient being tested is contacted with amyloid deposits (e.g., from a PDAPP mouse) and phagocytic cells bearing Fc receptors. Subsequent clearing of the amyloid deposit is then monitored. The existence and extent of clearing response provides an indication of the existence and level of antibodies effective to clear Aβ in the tissue sample of the patient under test.

The antibody profile following passive immunization typically shows an immediate peak in antibody concentration followed by an exponential decay. Without a further dosage, the decay approaches pretreatment levels within a period of days to months depending on the half-life of the antibody administered. For example the half-life of some human antibodies is of the order of 20 days.

In some methods, a baseline measurement of antibody to Aβ in the patient is made before administration, a second measurement is made soon thereafter to determine the peak antibody level, and one or more further measurements are made at intervals to monitor decay of antibody levels. When the level of antibody has declined to baseline or a predetermined percentage of the peak less baseline (e.g., 50%, 25% or 10%), administration of a further dosage of antibody is administered. In some methods, peak or subsequent mea-

sured levels less background are compared with reference levels previously determined to constitute a beneficial prophylactic or therapeutic treatment regime in other patients. If the measured antibody level is significantly less than a reference level (e.g., less than the mean minus one standard deviation of the reference value in population of patients benefiting from treatment) administration of an additional dosage of antibody is indicated.

Additional methods include monitoring, over the course of treatment, any art-recognized physiologic symptom (e.g., physical or mental symptom) routinely relied on by researchers or physicians to diagnose or monitor amyloidogenic diseases (e.g., Alzheimer's disease). For example, one can monitor cognitive impairment. The latter is a symptom of Alzheimer's disease and Down's syndrome but can also occur without other characteristics of either of these diseases. For example, cognitive impairment can be monitored by determining a patient's score on the Mini-Mental State Exam in accordance with convention throughout the course of treatment.

C. Kits

The invention further provides kits for performing the monitoring methods described above. Typically, such kits contain an agent that specifically binds to antibodies to Aβ. The kit can also include a label. For detection of antibodies to Aβ, the label is typically in the form of labeled anti-idiotypic antibodies. For detection of antibodies, the agent can be supplied prebound to a solid phase, such as to the wells of a microtiter dish. Kits also typically contain labeling providing directions for use of the kit. The labeling may also include a chart or other correspondence regime correlating levels of measured label with levels of antibodies to Aβ. The term labeling refers to any written or recorded material that is attached to, or otherwise accompanies a kit at any time during its manufacture, transport, sale or use. For example, the term labeling encompasses advertising leaflets and brochures, packaging materials, instructions, audio or video-cassettes, computer discs, as well as writing imprinted directly on kits.

The invention also provides diagnostic kits, for example, research, detection and/or diagnostic kits (e.g., for performing in vivo imaging). Such kits typically contain an antibody for binding to an epitope of Aβ, preferably within residues 1–10. Preferably, the antibody is labeled or a secondary labeling reagent is included in the kit. Preferably, the kit is labeled with instructions for performing the intended application, for example, for performing an in vivo imaging assay. Exemplary antibodies are those described herein.

D. In Vivo Imaging

The invention provides methods of in vivo imaging amyloid deposits in a patient. Such methods are useful to diagnose or confirm diagnosis of Alzheimer's disease, or susceptibility thereto. For example, the methods can be used on a patient presenting with symptoms of dementia. If the patient has abnormal amyloid deposits, then the patient is likely suffering from Alzheimer's disease. The methods can also be used on asymptomatic patients. Presence of abnormal deposits of amyloid indicates susceptibility to future symptomatic disease. The methods are also useful for monitoring disease progression and/or response to treatment in patients who have been previously diagnosed with Alzheimer's disease.

The methods work by administering a reagent, such as antibody that binds to Aβ, to the patient and then detecting the agent after it has bound. Preferred antibodies bind to Aβ deposits in a patient without binding to full length APP polypeptide. Antibodies binding to an epitope of Aβ within amino acids 1–10 are particularly preferred. In some methods, the antibody binds to an epitope within amino acids 7–10 of Aβ. Such antibodies typically bind without inducing a substantial clearing response. In other methods, the antibody binds to an epitope within amino acids 1–7 of Aβ. Such antibodies typically bind and induce a clearing response to Aβ. However, the clearing response can be avoided by using antibody fragments lacking a full-length constant region, such as Fabs. In some methods, the same antibody can serve as both a treatment and diagnostic reagent. In general, antibodies binding to epitopes C-terminal to residue 10 of Aβ do not show as strong a signal as antibodies binding to epitopes within residues 1–10, presumably because the C-terminal epitopes are inaccessible in amyloid deposits. Accordingly, such antibodies are less preferred.

Diagnostic reagents can be administered by intravenous injection into the body of the patient, or directly into the brain by intracranial injection or by drilling a hole through the skull. The dosage of reagent should be within the same ranges as for treatment methods. Typically, the reagent is labeled, although in some methods, the primary reagent with affinity for Aβ is unlabelled and a secondary labeling agent is used to bind to the primary reagent. The choice of label depends on the means of detection. For example, a fluorescent label is suitable for optical detection. Use of paramagnetic labels is suitable for tomographic detection without surgical intervention. Radioactive labels can also be detected using PET or SPECT.

Diagnosis is performed by comparing the number, size, and/or intensity of labeled loci, to corresponding baseline values. The base line values can represent the mean levels in a population of undiseased individuals. Baseline values can also represent previous levels determined in the same patient. For example, baseline values can be determined in a patient before beginning treatment, and measured values thereafter compared with the baseline values. A decrease in values relative to baseline signals a positive response to treatment.

The present invention will be more fully described by the following non-limiting examples.

## EXAMPLES

### Example I

Therapeutic Efficacy of Anti-Aβ Antibodies: mAb 2H3, mAb 10D5, mAb 266, mAb 21F12 and pAb Aβ1–42

This example tests the capacity of various monoclonal and polyclonal antibodies to Aβ to inhibit accumulation of Aβ in the brain of heterozygotic transgenic mice.

A. Study Design

Sixty male and female, heterozygous PDAPP transgenic mice, 8.5 to 10.5 months of age were obtained from Charles

River Laboratory. The mice were sorted into six groups to be treated with various antibodies directed to Aβ. Animals were distributed to match the gender, age, parentage and source of the animals within the groups as closely as possible. Table 2 depicts the Experimental design.

TABLE 2

Experimental Design

| Treatment Group | N[a] | Treatment Antibody | Antibody Specificity | Antibody Isotype |
|---|---|---|---|---|
| 1 | 9 | none (PBS alone) | NA[b] | NA |
| 2 | 10 | Polyclonal | Aβ1–42 | mixed |
| 3 | 0 | mAb[d] 2H3 | Aβ1–12 | IgG1 |
| 4 | 8 | mAb 10D5 | Aβ3–7 | IgG1 |
| 5 | 6 | mAb 266 | Aβ13–28 | IgG1 |
| 6 | 8 | mAb 21F12 | Aβ33–42 | IgG2a |

[a]Number of mice in group at termination of the experiment. All groups started with 10 animals per group.
[b]NA: not applicable
[c]mouse polyclonal: anti-aggregated Aβ42
[d]mAb: monoclonal antibody

As shown in Table 2, the antibodies included four murine Aβ-specific monoclonal antibodies, 2H3 (directed to Aβ residues 1–12), 10D5 (directed to Aβ residues 3–7), 266 (directed to Aβ residues 13–28 and binds to soluble but not to aggregated AN1792), 21F12 (directed to Aβ residues 33–42). A fifth group was treated with an Aβ-specific polyclonal antibody fraction (raised by immunization with aggregated AN1792). The negative control group received the diluent, PBS, alone without antibody.

B. Monitoring the Course of Treatment

The monoclonal antibodies were injected at a dose of about 10 mg/kg (assuming that the mice weighed 50 g). Antibody titers were monitored over the 28 weeks of treatment. Injections were administered intraperitoneally every seven days on average to maintain anti-Aβ titers above 1000. Although lower titers were measured for mAb 266 since it does not bind well to the aggregated AN1792 used as the capture antigen in the assay, the same dosing schedule was maintained for this group. The group receiving monoclonal antibody 2H3 was discontinued within the first three weeks since the antibody was cleared too rapidly in vivo.

For determination of antibody titers, a subset of three randomly chosen mice from each group were bled just prior to each intraperitoneal inoculation, for a total of 30 bleeds. Antibody titers were measured as Aβ1–42-binding antibody using a sandwich ELISA with plastic multi-well plates coated with Aβ1–42 as described in detail in the General Materials and Methods. Mean titers for each bleed are set forth in Table 3 for the polyclonal antibody and the monoclonals 10D5 and 21F12.

TABLE 3

| weeks 21F12 | 21F12 | weeks 10D5 | 10D5 | weeks poly | poly |
|---|---|---|---|---|---|
| 0.15 | 500 | 0.15 | 3000 | 0.15 | 1600 |
| 0.5 | 800 | 0.5 | 14000 | 0.5 | 4000 |
| 1 | 2500 | 1 | 5000 | 1 | 4500 |
| 1.5 | 1800 | 1.1 | 5000 | 1.5 | 3000 |
| 2 | 1400 | 1.2 | 1300 | 2 | 1300 |
| 3 | 6000 | 2 | 3000 | 3 | 1600 |

TABLE 3-continued

| weeks 21F12 | 21F12 | weeks 10D5 | 10D5 | weeks poly | poly |
|---|---|---|---|---|---|
| 3.5 | 550 | 3 | 4000 | 3.5 | 650 |
| 4 | 1600 | 3.5 | 500 | 4 | 1300 |
| 5 | 925 | 4 | 2400 | 5 | 450 |
| 6 | 3300 | 5 | 925 | 6 | 2100 |
| 7 | 4000 | 6 | 1700 | 7 | 1300 |
| 8 | 1400 | 7 | 1600 | 8 | 2300 |
| 9 | 1900 | 8 | 4000 | 9 | 700 |
| 10 | 1700 | 9 | 1800 | 10 | 600 |
| 11 | 1600 | 10 | 1800 | 11 | 600 |
| 12 | 1000 | 11 | 2300 | 12 | 1000 |
| 13 | 1500 | 12 | 2100 | 13 | 900 |
| 14 | 1300 | 13 | 2800 | 14 | 1900 |
| 15 | 1000 | 14 | 1900 | 15 | 1200 |
| 16 | 1700 | 15 | 2700 | 16 | 700 |
| 17 | 1700 | 16 | 1300 | 17 | 2100 |
| 18 | 5000 | 17 | 2200 | 18 | 1800 |
| 19 | 900 | 18 | 2200 | 19 | 1800 |
| 20 | 300 | 19 | 2500 | 20 | 1200 |
| 22 | 1750 | 20 | 980 | 22 | 1000 |
| 23 | 1600 | 22 | 2000 | 23 | 1200 |
| 24 | 1000 | 23 | 1000 | 24 | 675 |
| 25 | 1100 | 24 | 850 | 25 | 850 |
| 26 | 2250 | 25 | 600 | 26 | 1600 |
| 27 | 1400 | 26 | 1100 | 27 | 1900 |
| 28 | | 27 | 1450 | 28 | |
| | | 28 | | | |

Titers averaged about 1000 over this time period for the polyclonal antibody preparation and were slightly above this level for the 10D5- and 21F12-treated animals.

Treatment was continued over a six-month period for a total of 196 days. Animals were euthanized one week after the final dose.

C. Aβ and APP Levels in the Brain

Following about six months of treatment with the various anti-Aβ antibody preparations, brains were removed from the animals following saline perfusion. One hemisphere was prepared for immunohistochemical analysis and the second was used for the quantitation of Aβ and APP levels. To measure the concentrations of various forms of beta amyloid peptide and amyloid precursor protein (APP), the hemisphere was dissected and homogenates of the hippocampal, cortical, and cerebellar regions were prepared in 5M guanidine. These were serially diluted and the level of amyloid peptide or APP was quantitated by comparison to a series of dilutions of standards of Aβ peptide or APP of known concentrations in an ELISA format.

The levels of total Aβ and of Aβ1–42 measured by ELISA in homogenates of the cortex, and the hippocampus and the level of total Aβ in the cerebellum are shown in Tables 4, 5, and 6, respectively. The median concentration of total Aβ for the control group, inoculated with PBS, was 3.6-fold higher in the hippocampus than in the cortex (median of 63,389 ng/g hippocampal tissue compared to 17,818 ng/g for the cortex). The median level in the cerebellum of the control group (30.6 ng/g tissue) was more than 2,000-fold lower

than in the hippocampus. These levels are similar to those previously reported for heterozygous PDAPP transgenic mice of this age (Johnson-Wood et al., supra).

For the cortex, one treatment group had a median Aβ level, measured as Aβ1–42, which differed significantly from that of the control group (p<0.05), those animals receiving the polyclonal anti-Aβ antibody as shown in Table 4. The median level of Aβ1–42 was reduced by 65%, compared to the control for this treatment group. The median levels of Aβ1–42 were also significantly reduced by 55% compared to the control in one additional treatment group, those animals dosed with the mAb 10D5 (p=0.0433).

TABLE 4

CORTEX

| | | Medians | | | | | | Means | |
|---|---|---|---|---|---|---|---|---|---|
| | | Total Aβ | | | Aβ42 | | | | |
| Treatment Group | N[a] | ELISA value[b] | P value[c] | % Change | ELISA value | P value | % Change | Total Aβ ELISA value | Aβ42 ELISA value |
| PBS | 9 | 17818 | NA[d] | NA | 13802 | NA | NA | 16150 +/− 7456[e] | 12621 +/− 5738 |
| Polyclonal anti-Aβ42 | 10 | 6160 | 0.0055 | −65 | 4892 | 0.0071 | −65 | 5912 +/− 4492 | 4454 +/− 3347 |
| mAb 10D5 | 8 | 7915 | 0.1019 | −56 | 6214 | 0.0433 | −55 | 9695 +/− 6929 | 6943 +/− 3351 |
| mAb 266 | 6 | 9144 | 0.1255 | −49 | 8481 | 0.1255 | −39 | 9204 +/− 9293 | 7489 +/− 6921 |
| mAb 21F12 | 8 | 15158 | 0.2898 | −15 | 13578 | 0.7003 | −2 | 12481 +/− 7082 | 11005 +/− 6324 |

Footnotes:
[a]Number of animals per group at the end of the experiment
[b]ng/g tissue
[c]Mann Whitney analysis
[d]NA: not applicable
[e]Standard Deviation

In the hippocampus, the median percent reduction of total Aβ associated with treatment with polyclonal anti-Aβ antibody (50%, p=0.0055) was not as great as that observed in the cortex (65%) (Table 5). However, the absolute magnitude of the reduction was almost 3-fold greater in the hippocampus than in the cortex, a net reduction of 31,683 ng/g tissue in the hippocampus versus 11,658 ng/g tissue in the cortex. When measured as the level of the more amyloidogenic form of Aβ, Aβ1–42, rather than as total Aβ, the reduction achieved with the polyclonal antibody was significant (p=0.0025). The median levels in groups treated with the mAbs 10D5 and 266 were reduced by 33% and 21%, respectively.

TABLE 5

HIPPOCAMPUS

| | | Medians | | | | | | Means | |
|---|---|---|---|---|---|---|---|---|---|
| | | Total Aβ | | | Aβ42 | | | | |
| Treatment Group | N[a] | ELISA value[b] | P value[c] | % Change | ELISA value | P value | % Change | Total Aβ ELISA value | Aβ42 ELISA value |
| PBS | 9 | 63389 | NA[d] | NA | 54429 | NA | NA | 58351 +/− 13308[e] | 52801 +/− 14701 |
| Polyclonal anti-Aβ42 | 10 | 31706 | 0.0055 | −50 | 27127 | 0.0025 | −50 | 30058 +/− 22454 | 24853 +/− 18262 |
| mAb 10D5 | 8 | 46779 | 0.0675 | −26 | 36290 | 0.0543 | −33 | 44581 +/− 18632 | 36465 +/− 17146 |
| mAb 266 | 6 | 48689 | 0.0990 | −23 | 43034 | 0.0990 | −21 | 36419 +/− 27304 | 32919 +/− 25372 |
| mAb 21F12 | 8 | 51563 | 0.7728 | −19 | 47961 | 0.8099 | −12 | 57327 +/− 28927 | 50305 +/− 23927 |

[a]Number of animals per group at the end of the experiment
[b]ng/g tissue
[c]Mann Whitney analysis
[d]NA: not applicable
[e]Standard Deviation

Total Aβ was also measured in the cerebellum (Table 6). Those groups dosed with the polyclonal anti-Aβ and the 266 antibody showed significant reductions of the levels of total Aβ (43% and 46%, p=0.0033 and p=0.0184, respectively) and that group treated with 10D5 had a near significant reduction (29%, p=0.0675).

TABLE 6

CEREBELLUM

| | | Medians Total Aβ | | | Means |
|---|---|---|---|---|---|
| Treatment Group | N[a] | ELISA value[b] | P value[c] | % Change | Total Aβ ELISA value |
| PBS | 9 | 30.64 | NA[d] | NA | 40.00 +/- 31.89[e] |
| Polyclonal anti-Aβ42 | 10 | 17.61 | 0.0033 | −43 | 18.15 +/- 4.36 |
| mAb 10D5 | 8 | 21.68 | 0.0675 | −29 | 27.29 +/- 19.43 |
| mAb 266 | 6 | 16.59 | 0.0184 | −46 | 19.59 +/- 6.59 |
| mAb 21F12 | 8 | 29.80 | >0.9999 | −3 | 32.88 +/- 9.90 |

[a]Number of animals per group at the end of the experiment
[b]ng/g tissue
[c]Mann Whitney analysis
[d]NA: not applicable
[e]Standard Deviation

APP concentration was also determined by ELISA in the cortex and cerebellum from antibody-treated and control, PBS-treated mice. Two different APP assays were utilized. The first, designated APP-α/FL, recognizes both APP-alpha (α, the secreted form of APP which has been cleaved within the Aβ sequence), and full-length forms (FL) of APP, while the second recognizes only APP-α. In contrast to the treatment-associated diminution of Aβ in a subset of treatment groups, the levels of APP were virtually unchanged in all of the treated compared to the control animals. These results indicate that the immunizations with Aβ antibodies deplete Aβ without depleting APP.

In summary, Aβ levels were significantly reduced in the cortex, hippocampus and cerebellum in animals treated with the polyclonal antibody raised against AN1792. To a lesser extent monoclonal antibodies to the amino terminal region of Aβ1-42, specifically amino acids 1–16 and 13–28 also showed significant treatment effects.

D. Histochemical Analyses

The morphology of Aβ-immunoreactive plaques in subsets of brains from mice in the PBS, polyclonal Aβ42, 21F12, 266 and 10D5 treatment groups was qualitatively compared to that of previous studies in which standard immunization procedures with Aβ42 were followed.

The largest alteration in both the extent and appearance of amyloid plaques occurred in the animals immunized with the polyclonal Aβ42 antibody. The reduction of amyloid load, eroded plaque morphology and cell-associated Aβ immunoreactivity closely resembled effects produced by the standard immunization procedure. These observations support the ELISA results in which significant reductions in both total Aβ and Aβ42 were achieved by administration of the polyclonal Aβ42 antibody.

In similar qualitative evaluations, amyloid plaques in the 10D5 group were also reduced in number and appearance, with some evidence of cell-associated Aβ immunoreactivity. Relative to control-treated animals, the polyclonal Ig fraction against Aβ and one of the monoclonal antibodies (10D5) reduced plaque burden by 93% and 81%, respectively (p<0.005). 21F12 appeared to have a relatively modest effect on plaque burden. Micrographs of brain after treatment with $pAbA\beta_{1-42}$ show diffuse deposits and absence of many of the larger compacted plaques in the $pAbA\beta_{1-42}$ treated group relative to control treated animals.

E. Lymphoproliferative Responses

Aβ-dependent lymphoproliferation was measured using spleen cells harvested eight days following the final antibody infusion. Freshly harvested cells, $10^5$ per well, were cultured for 5 days in the presence of Aβ1–40 at a concentration of 5 μM for stimulation. As a positive control, additional cells were cultured with the T cell mitogen, PHA, and, as a negative control, cells were cultured without added peptide.

Splenocytes from aged PDAPP mice passively immunized with various anti-Aβ antibodies were stimulated in vitro with AN1792 and proliferative and cytokine responses were measured. The purpose of these assays was to determine if passive immunization facilitated antigen presentation, and thus priming of T cell responses specific for AN1792. No AN1792-specific proliferative or cytokine responses were observed in mice passively immunized with the anti-Aβ antibodies.

Example II

Therapeutic Efficacy of Anti-Aβ Antibodies: mAb 2H3, mAb 10D5, mAb 266, mAb 21F12, mAb 3D6, mAb 16C11 and pAb Aβ1–42

In a second study, treatment with 10D5 was repeated and two additional anti-Aβ antibodies were tested, monoclonals 3D6 (Aβ1–5) and 16C11 (Aβ33–42). Control groups received either PBS or an irrelevant isotype-matched antibody (TM2a). The mice were older (11.5–12 month old heterozygotes) than in the previous study, otherwise the experimental design was the same. Once again, after six months of treatment, 10D5 reduced plaque burden by greater than 80% relative to either the PBS or isotype-matched antibody controls (p=0.003). One of the other antibodies against Aβ, 3D6, was equally effective, producing an 86% reduction (p=0.003). In contrast, the third antibody against the peptide, 16C11, failed to have any effect on plaque burden. Similar findings were obtained with Aβ42 ELISA measurements.

These results demonstrate that an antibody response against Aβ peptide, in the absence of T cell immunity, is sufficient to decrease amyloid deposition in PDAPP mice, but that not all anti-Aβ antibodies are equally efficacious. Antibodies directed to epitopes comprising amino acids 1–5 or 3–7 of Aβ are particularly efficacious. In summary, it can be demonstrated that passively administered antibodies against Aβ (i e., passive immunization) reduces the extent of plaque deposition in a mouse model of Alzheimer's disease.

Example III

Monitoring of Antibody Binding in the CNS

This Example demonstrates that when held at modest serum concentrations (25–70 μg/ml), the antibodies gained access to the CNS at levels sufficient to decorate β-amyloid plaques.

To determine whether antibodies against Aβ could be acting directly within the CNS, brains taken from saline-perfused mice at the end of the Example II, were examined for the presence of the peripherally-administered antibodies. Unfixed cryostat brain sections were exposed to a fluorescent reagent against mouse immunoglobulin (goat anti-mouse IgG-Cy3). Plaques within brains of the 10D5 and

3D6 groups were strongly decorated with antibody, while there was no staining in the 16C11 group. To reveal the full extent of plaque deposition, serial sections of each brain were first immunoreacted with an anti-Aβ antibody, and then with the secondary reagent. 10D5 and 3D6, following peripheral administration, gained access to most plaques within the CNS. The plaque burden was greatly reduced in these treatment groups compared to the 16C11 group. Antibody entry into the CNS was not due to abnormal leakage of the blood-brain barrier since there was no increase in vascular permeability as measured by Evans Blue in PDAPP mice. In addition, the concentration of antibody in the brain parenchyma of aged PDAPP mice was the same as in non-transgenic mice, representing 0.1% of the antibody concentration in serum (regardless of isotype).

These data indicate that peripherally administered antibodies can enter the CNS where they can directly trigger amyloid clearance. It is likely that 16C11 also had access to the plaques but was unable to bind.

## Example IV

### Ex Vivo Screening Assay for Activity of an Antibody Against Amyloid Deposits

To examine the effect of antibodies on plaque clearance, we established an ex vivo assay in which primary microglial cells were cultured with unfixed cryostat sections of either PDAPP mouse or human AD brains. Microglial cells were obtained from the cerebral cortices of neonate DBA/2N mice (1–3 days). The cortices were mechanically dissociated in HBSS—(Hanks' Balanced Salt Solution, Sigma) with 50 μg/ml DNase I (Sigma). The dissociated cells were filtered with a 100 μm cell strainer (Falcon), and centrifuged at 1000 rpm for 5 minutes. The pellet was resuspended in growth medium (high glucose DMEM, 10% FBS, 25 ng/ml rmGM-CSF), and the cells were plated at a density of 2 brains per T-75 plastic culture flask. After 7–9 days, the flasks were rotated on an orbital shaker at 200 rpm for 2 h at 37° C. The cell suspension was centrifuged at 1000 rpm and resuspended in the assay medium.

10-μm cryostat sections of PDAPP mouse or human AD brains (post-mortem interval<3 hr) were thaw mounted onto poly-lysine coated round glass coverslips and placed in wells of 24-well tissue culture plates. The coverslips were washed twice with assay medium consisting of H-SFM (Hybridoma-serum free medium, Gibco BRL) with 1% FBS, glutamine, penicillin/streptomycin, and 5 ng/ml rmGM-CSF (R&D). Control or anti-Aβ antibodies were added at a 2× concentration (5 μg/ml final) for 1 hour. The microglial cells were then seeded at a density of 0.8'$10^6$ cells/ml assay medium. The cultures were maintained in a humidified incubator (37° C., 5% $CO_2$) for 24 hr or more. At the end of the incubation, the cultures were fixed with 4% paraformaldehyde and permeabilized with 0.1% Triton-X100. The sections were stained with biotinylated 3D6 followed by a streptavidin/Cy3 conjugate (Jackson ImmunoResearch). The exogenous microglial cells were visualized by a nuclear stain (DAPI). The cultures were observed with an inverted fluorescent microscope (Nikon, TE300) and photomicrographs were taken with a SPOT digital camera using SPOT software (Diagnostic instruments). For Western blot analysis, the cultures were extracted in 8M urea, diluted 1:1 in reducing tricine sample buffer and loaded onto a 16% tricine gel (Novex). After transfer onto immobilon, blots were exposed to 5 μg/ml of the pabAβ42 followed by an HRP-conjugated anti-mouse antibody, and developed with ECL (Amersham)

When the assay was performed with PDAPP brain sections in the presence of 16C 11 (one of the antibodies against Aβ that was not efficacious in vivo), β-amyloid plaques remained intact and no phagocytosis was observed. In contrast, when adjacent sections were cultured in the presence of 10D5, the amyloid deposits were largely gone and the microglial cells showed numerous phagocytic vesicles containing Aβ. Identical results were obtained with AD brain sections; 10D5 induced phagocytosis of AD plaques, while 16C11 was ineffective. In addition, the assay provided comparable results when performed with either mouse or human microglial cells, and with mouse, rabbit, or primate antibodies against Aβ.

Table 7 compares Aβ binding versus phagocytosis for several different antibody binding specificities. It can be seen that antibodies binding to epitopes within aa 1–7 both bind and clear amyloid deposits, whereas antibodies binding to epitopes within amino acids 4–10 bind without clearing amyloid deposits. Antibodies binding to epitopes C-terminal to residue 10 neither bind nor clear amyloid deposits.

TABLE 7

Analysis of Epitope Specificity

| | Antibody | | | |
|---|---|---|---|---|
| | epitope | isotype | Staining | Phagocytosis |
| N-Term | | | | |
| mab | | | | |
| 3D6 | 1–5 | IgG2b | + | + |
| 10D5 | 3–7 | IgG1 | + | + |
| 22C8 | 3–7 | IgG2a | + | + |
| 6E10 | 5–10 | IgG1 | + | – |
| 14A8 | 4–10 | rat IgG1 | + | – |
| aa 13–28 | | | | |
| 18G11 | 10–18 | rat IgG1 | – | – |
| 266 | 16–24 | IgG1 | – | – |
| 22D12 | 18–21 | IgG2b | – | – |
| C-Term | | | | |
| 2G3 | –40 | IgG1 | – | – |
| 16C11 | –40/–42 | IgG1 | – | – |
| 21F12 | –42 | IgG2a | – | – |
| Immune serum | | | | |
| rabbit (CFA) | 1–6 | | + | + |
| mouse (CFA) | 3–7 | | + | + |
| mouse (QS-21) | 3–7 | | + | + |
| monkey (QS-21) | 1–5 | | + | + |
| mouse (MAP1-7) | | | + | + |

Table 8 shows results obtained with several antibodies against Aβ, comparing their abilities to induce phagocytosis in the ex vivo assay and to reduce in vivo plaque burden in passive transfer studies. Although 16C11 and 21F12 bound to aggregated synthetic Aβ peptide with high avidity, these antibodies were unable to react with β-amyloid plaques in unfixed brain sections, could not trigger phagocytosis in the ex vivo assay, and were not efficacious in vivo. 10D5, 3D6, and the polyclonal antibody against Aβ were active by all three measures. These results show that efficacy in vivo is due to direct antibody mediated clearance of the plaques within the CNS, and that the ex vivo assay is predictive of in vivo efficacy.

TABLE 8

The ex vivo assay as predictor of in vivo efficacy

| Antibody | Isotype | Avidity for aggregated Aβ (pM) | Binding to β-amyloid plaques | Ex vivo efficacy | In vivo efficacy |
|---|---|---|---|---|---|
| monoclonal | | | | | |
| 3D6 | IgG2b | 470 | + | + | + |
| 10D5 | IgG1 | 43 | + | + | + |
| 16C11 | IgG1 | 90 | – | – | – |
| 21F12 | IgG2a | 500 | – | – | – |
| TM2a | IgG1 | — | – | – | – |
| polyclonal | | | | | |
| 1-42 | mix | 600 | + | + | + |

The same assay has been used to test clearing activity of an antibody against a fragment of synuclein referred to as NAC. Synuclein has been shown to be an amyloid plaque-associated protein. An antibody to NAC was contacted with a brain tissue sample containing amyloid plaques, and microglial cells, as before. Rabbit serum was used as a control. Subsequent monitoring showed a marked reduction in the number and size of plaques indicative of clearing activity of the antibody.

Confocal microscopy was used to confirm that Aβ was internalized during the course of the ex vivo assay. In the presence of control antibodies, the exogenous microglial cells remained in a confocal plane above the tissue, there were no phagocytic vesicles containing Aβ, and the plaques remained intact within the section. In the presence of 10D5, nearly all plaque material was contained in vesicles within the exogenous microglial cells. To determine the fate of the internalized peptide, 10D5 treated cultures were extracted with 8M urea at various time-points, and examined by Western blot analysis. At the one hour time point, when no phagocytosis had yet occurred, reaction with a polyclonal antibody against Aβ revealed a strong 4 kD band (corresponding to the Aβ peptide). Aβ immunoreactivity decreased at day 1 and was absent by day 3. Thus, antibody-mediated phagocytosis of Aβ leads to its degradation.

To determine if phagocytosis in the ex vivo assay was Fc-mediated, F(ab')2 fragments of the anti-Aβ antibody 3D6 were prepared. Although the F(ab')2 fragments retained their full ability to react with plaques, they were unable to trigger phagocytosis by microglial cells. In addition, phagocytosis with the whole antibody could be blocked by a reagent against murine Fc receptors (anti-CD16/32). These data indicate that in vivo clearance of Aβ occurs through Fc-receptor mediated phagocytosis.

Example V

Passage of Antibodies Through the Blood-Brain Barrier

This example determines the concentration of antibody delivered to the brain following intravenous injection into a peripheral tissue of either normal or PDAPP mice. Following treatment, PDAPP or control normal mice were perfused with 0.9% NaCl. Brain regions (hippocampus or cortex) were dissected and rapidly frozen. Brain were homogenized in 0.1% triton+protease inhibitors. Immunoglobulin was detected in the extracts by ELISA. F(ab)'2 goat anti-mouse IgG were coated onto an RIA plate as capture reagent. The serum or the brain extracts were incubated for 1 hr. The isotypes were detected with anti-mouse IgG1-HRP or IgG2a-HRP or IgG2b-HRP (Caltag). Antibodies, regardless of isotype, were present in the CNS at a concentration that is 1:1000 that found in the blood. For example, when the concentration of IgG1 was three times that of IgG2a in the blood, it was three times IgG2a in the brain as well, both being present at 0.1% of their respective levels in the blood. This result was observed in both transgenic and nontransgenic mice indicating that the PDAPP does not have a uniquely leak blood brain barrier.

Example VI

Cloning and Sequencing of the Mouse 3D6 Variable Regions

Cloning and Sequence Analysis of 3D6 VH. The heavy chain variable VH region of 3D6 was cloned by RT-PCR using mRNA prepared from hybridoma cells by two independent methods. In the first, consensus primers were employed to VH region leader peptide encompassing the translation initiation codon as the 5' primer (DNA #3818–3829), and a g2b (DNA #3832) constant regions specific 3' primer. The sequences from PCR amplified product, as well as from multiple, independently-derived clones, were in complete agreement with one another. As a further check on the sequence of the 3D6 VH region, the result was confirmed by sequencing a VH fragment obtained by 5' RACE RT-PCR methodology and the 3' g2b specific primer (DNA #3832). Again, the sequence was derived from the PCR product, as well as multiple, independently-isolated clones. Both sequences are in complete agreement with one another, (with the exception of V8I substitution in the leader region from the 5' RACE product), indicating that the sequences are derived from the mRNA encoding the VH region of 3D6. The nucleotide (SEQ ID NO:3) and amino acid sequence (SEQ ID NO:4) of the VH region of 3D6 are set forth in Table 9A and in FIG. 2, respectively.

TABLE 9A

Mouse 3D6 VH Nucleotide Sequence

(SEQ ID NO:3)

ATGAACTTCGGGCTCAGCTTGATTTTCCTTGTCCTTGTTTTAAAAGGTGT
CCAGTGTGAAGTGAAGCTGGTGGAGTCTGGGGGAGGCTTAGTGAAGCCTG
GAGCGTCTCTGAAACTCTCCTGTGCAGCCTCTGGATTCACTTTCAGTAAC
TATGGCATGTCTTGGGTTCGCCAGAATTCAGACAAGAGGCTGGAGTGGGT
TGCATCCATTAGGAGTGGTGGTGGTAGAACCTACTATTCAGACAATGTAA
AGGGCCGATTCACCATCTCCAGAGAGAATGCCAAGAACACCCTGTACCTG
CAAATGAGTAGTCTGAAGTCTGAGGACACGGCCTTGTATTATTGTGTCAG
ATATGATCACTATAGTGGTAGCTCCGACTACTGGGGCCAGGGCACCACT

*Leader peptide is underlined.

Cloning and Sequence Analysis of 3D6 VL. The light chain variable VL region of 3D6 was cloned in an analogous manner as the VH region. In the first trial, a consensus primer set was designed for amplification of murine VL regions as follows: 5' primers (DNA #3806–3816) were designed to hybridize to the VL region encompassing the translation initiation codon, and a 3' primer (DNA #3817) was specific for the murine Ck region downstream of the V-J joining region. DNA sequence analysis of the PCR fragment, as well as independently-derived clones isolated using this consensus light chain primer set, revealed that the cDNA

# EXHIBIT A
# (continued)

obtained was derived from a non-functionally rearranged message as the sequence contained a frameshift mutation between the V-J region junction.

In a second trial, 5'RACE was employed to clone a second VL encoding cDNA. DNA sequence analysis of this product (consensus 11) showed it encoded a functional mRNA. Thus, it can be concluded that the sequence encodes the correct 3D6 light chain mRNA. The nucleotide (SEQ ID NO:1) and amino acid sequence (SEQ ID NO:2) of the VL region of 3D6 are set forth in Table 9B and in FIG. 1, respectively.

TABLE 9B

| Mouse 3D6 VL Nucleotide Sequence |
| --- |
| (SEQ ID NO:1) |
| ATGATGAGTCCTGCCCAGTTCCTGTTTCTGTTAGTGCTCTGGATTCGGA |
| AACCAACGGTTATGTTGTCATGACCCAGACTCCACTCACTTTGTCGGTTA |

TABLE 9B-continued

| Mouse 3D6 VL Nucleotide Sequence |
| --- |
| CCATTGGACAACCAGCCTCCATCTCTTGCAAGTCAAGTCAGACCCTCTTA |
| GATACTGATGGAAAGACATATTTGAATTGGTTGTTACAGAGGCCAGGCCA |
| GTCTCCAAAGCGCCTAATCTATCTGGTGTCTAAACTGCACTCTGGAGTCC |
| CTGACAGGTTCACTGGCAGTGGATCAGGGACAGATTTTACACTGAAAATC |
| AGCAGAATAGAGGCTGAGGATTTGGGACTTTATTATTGCTGGCAAGGTAC |
| ACATTTTCCTCGGACGTTCGGTGGAGGCACCAAGCTGGAAATCAAA |

*Leader peptide is underlined

Primers used for the cloning of the 3D6 VL cDNA are set forth in

TABLE 10

| DNA | Size | Coding Strand? | DNA Sequence | Comments |
| --- | --- | --- | --- | --- |
| 3806 | 40 | Yes | ACT.AGT.CGA.CAT.GAA.GTT.GCC.TGT.TAG. GCT.GTT.GGT.GCT.G (SEQ ID NO: 39) | mouse kappa variable primer 1 MKV PRIMER 1, MRC set; % A + T = 50.00 [20]; % C + G = 50.00 [20] Davis, Botstein, Roth Melting Temp C. 72.90 |
| 3807 | 39 | Yes | ACT.AGT.CGA.CAT.GGA.GWC.AGA.CAC.ACT. CCT.GYT.ATG.GGT (SEQ ID NO: 40) | mouse kappa variable primer 2 MKV PRIMER 2, MRC set % A + T = 46.15 [18]; % C + G = 48.72 [19] Davis, Botstein, Roth Melting Temp C. 72.05 |
| 3808 | 40 | Yes | ACT.AGT.CGA.CAT.GAG.TGT.GCT.CAC.TCA. GGT.CCT.GGS.GTT.G (SEQ ID NO: 41) | mouse kappa variable primer 3 MKV PRIMER 3, MRC set; % A + T = 45.00 [18]; % C + G = 52.50 [21] Davis, Botstein, Roth Melting Temp C. 73.93 |
| 3809 | 43 | Yes | ACT.AGT.CGA.CAT.GAG.GRC.CCC.TGC.TCA. GWT.TYT.TGG.MWT.CTT.G (SEQ ID NO: 42) | mouse kappa variable primer 4 MKV PRIMER 4, MRC set; % A + T = 41.86 [18]; % C + G = 46.51 [20] Davis, Botstein, Roth Melting Temp C. 72.34 |
| 3810 | 40 | Yes | ACT.AGT.CGA.CAT.GGA.TTT.WCA.GGT.GCA. GAT.TWT.CAG.CTT.C (SEQ ID NO: 43) | mouse kappa variable primer 5 MKV PRIMER 5, MRC set % A + T = 52.50 [21]; % C + G = 42.50 [17] Davis, Botstein, Roth Melting Temp C. 69.83 |
| 3811 | 37 | Yes | ACT.AGT.CGA.CAT.GAG.GTK.CYY.TGY.TSA. GYT.YCT.GRG.G (SEQ ID NO: 44) | mouse kappa variable primer 6 MKV PRIMER 6, MRC set; % A + T = 37.84 [14]; % C + G = 40.54 [15] Davis, Botstein, Roth Melting Temp C. 68.01 |
| 3812 | 41 | Yes | ACT.AGT.CGA.CAT.GGG.CWT.CAA.GAT.GGA. GTC.ACA.KWY.YCW.GG (SEQ ID NO: 45) | mouse kappa variable primer 7 % MKV PRIMER 7, MRC set; % A + T = 39.02 [16]; % C + G = 46.34 [19] Davis, Botstein, Roth Melting Temp C. 71.70 |

TABLE 10-continued

| DNA | Size | Coding Strand? | DNA Sequence | Comments |
|---|---|---|---|---|
| 3813 | 41 | Yes | ACT.AGT.CGA.CAT.GTG.GGG.AYC.TKT.TTY.CMM.TTT.TTC.AAT.TG (SEQ ID NO: 46 | mouse kappa variable primer 8 MKV PRIMER 8, MRC set; % A + T = 53.66 [22]; % C + G = 34.15 [14] Davis, Botstein, Roth Melting Temp C. 66.70 |
| 3814 | 35 | Yes | ACT.AGT.CGA.CAT.GGT.RTC.CWC.ASC.TCA.GTT.CCT.TG (SEQ ID NO: 47) | mouse kappa variable primer 9 MKV PRIMER 9, MRC set. % A + T = 45.71 [16]; % C + G = 45.71 [16] Davis, Botstein, Roth Melting Temp C. 69.36 |
| 3815 | 37 | Yes | ACT.AGT.CGA.CAT.GTA.TAT.ATG.TTT.GTT.GTC.TAT.TTC.T (SEQ ID NO: 48) | mouse kappa variable primer 10 MKV PRIMER 10, MRC set; % A + T = 70.27 [26]; % C + G = 29.73 [11] Davis, Botstein, Roth Melting Temp C. 63.58 |
| 3816 | 38 | Yes | ACT.AGT.CGA.CAT.GGA.AGC.CCC.AGC.TCA.GCT.TCT.CTT.CC (SEQ ID NO: 49) | mouse kappa variable primer 11 MKV PRIMER 11, MRC set; % A + T = 44.74 [17]; % C + G = 55.26 [21] Davis, Botstein, Roth Melting Temp C. 74.40 |
| 3817 | 27 | No | GGA.TCC.CGG.GTG.GAT.GGT.GGG.AAG.ATG (SEQ ID NO: 50) | mouse kappa light chain reverse primer, aa 116–122; Ck constant region primer, MRC set + SmaI site; % A + T = 47.06 [8]; C + G = 52.94 [9] Davis, Botstein, Roth Melting Temp C. 57.19 |
| 3818 | 37 | Yes | ACT.AGT.CGA.CAT.GAA.ATG.CAG.CTG.GGT.CAT.STT.CTT.C (SEQ ID NO: 51) | mouse heavy variable primer 1 MHV primer 1, MRC set; |
| 3819 | 36 | Yes | ACT.AGT.CGA.CAT.GGG.ATG.GAG.CTR.TAT.CAT.SYT.CTT (SEQ ID NO: 52) | mouse heavy variable primer 2 MHV primer 2, MRC set; |
| 3820 | 37 | Yes | ACT.AGT.CGA.CAT.GAA.GWT.GTG.GTT.AAA.CTG.GGT.TTT.T (SEQ ID NO: 53) | mouse heavy variable primer 3 MHV primer 3, MRC set; |
| 3821 | 35 | Yes | ACT.AGT.CGA.CAT.GRA.CTT.TGG.GYT.CAG.CTT.GRT.TT (SEQ ID NO: 54) | mouse heavy variable primer 4 MHV primer 4, MRC set; |
| 3822 | 40 | Yes | ACT.AGT.CGA.CAT.GGA.CTC.CAG.GCT.CAA.TTT.AGT.TTT.CCT.T (SEQ ID NO: 55) | mouse heavy variable primer 5 MHV primer 5, MRC set; |
| 3823 | 37 | Yes | ACT.AGT.CGA.CAT.GGC.TGT.CYT.RGS.GCT.RCT.CTT.CTG.C (SEQ ID NO: 56) | mouse heavy variable primer 6 MHV primer 6, MRC set; |
| 3824 | 36 | Yes | ACT.AGT.CGA.CAT.GGR.ATG.GAG.CKG.GRT.CTT.TMT.CTT (SEQ ID NO: 57) | mouse heavy variable primer 7 MHV primer 7, MRC set; |
| 3825 | 33 | Yes | ACT.AGT.CGA.CAT.GAG.AGT.GCT.GAT.TCT.TTT.GTG (SEQ ID NO: 58) | mouse heavy variable primer 8 MHV primer 8, MRC set; |
| 3826 | 40 | Yes | ACT.AGT.CGA.CAT.GGM.TTG.GGT.GTG.GAM.CTT.GCT.ATT.CCT.G (SEQ ID NO: 59) | mouse heavy variable primer 9 MHV primer 9, MRC set; |
| 3827 | 37 | Yes | ACT.AGT.CGA.CAT.GGG.CAG.ACT.TAC.ATT.CTC.ATT.CCT.G (SEQ ID NO: 60) | mouse heavy variable primer 10 MHV primer 10, MRC set; |
| 3828 | 38 | Yes | ACT.AGT.CGA.CAT.GGA.TTT.TGG.GCT.GAT.TTT.TTT.TAT.TG (SEQ ID NO: 61) | mouse heavy variable primer 11 MHV primer 11, MRC set; |
| 3829 | 37 | Yes | ACT.AGT.CGA.CAT.GAT.GGT.GTT.AAG.TCT.TCT.GTA.CCT.G (SEQ ID NO: 62) | mouse heavy variable primer 12 MHV primer 12, MRC set; |

TABLE 10-continued

| DNA | Size | Coding Strand? | DNA Sequence | Comments |
|---|---|---|---|---|
| 3832 | 27 | No | GGA.TCC.CGG.GAG.TGG.ATA.GAC.tGA.TGG (SEQ ID NO: 63) | mouse IgG2b heavy chain reverse primer aa position 119-124, MRC set; |

From N-terminal to C-terminal, both light and heavy chains comprise the domains FR1, CDR1, FR2, CDR2, FR3, CDR3 and FR4. The assignment of amino acids to each domain is in accordance with the numbering convention of Kabat et al., supra.

Expression of Chimeric 3D6 Antibody: The variable heavy and light chain regions were re-engineered to encode splice donor sequences downstream of the respective VDJ or VJ junctions, and cloned into the mammalian expression vector pCMV-hγ1 for the heavy chain, and pCMV-hκ1 for the light chain. These vectors encode human γ1 and Ck constant regions as exonic fragments downstream of the inserted variable region cassette. Following sequence verification, the heavy chain and light chain expression vectors were co-transfected into COS cells. Two different heavy chain clones (H2.2 & H3.2) were independently co-transfected with 3 different chimeric light chain clones (L3, L4, & L10) to confirm reproducibility of the result. A chimeric 21.6 antibody transfection was carried out as a positive control for the vectors. Conditioned media was collected 48 hrs post transfection and assayed by western blot analysis for antibody production or ELISA for Aβ binding.

The multiple transfectants all expressed heavy chain+ light chain combinations which are recognized by a goat anti-human IgG (H+L) antibody on a western blot.

Direct binding of 3D6 and chimeric 3D6 (PK1614) antibodies to Aβ was tested by ELISA analysis. Chimeric 3D6 was found to bind to Aβ with high avidity, similar to that demonstrated by 3D6 (FIG. 3A). Furthermore, an ELISA based competitive inhibition assay revealed that the chimeric 3D6 and the murine 3D6 antibody competed equally with biotinylated-3D6 binding to Aβ (FIG. 3B). The chimeric antibody displayed binding properties indistinguishable from the 3D6 reference sample.

TABLE 11

| Conc (μg/ml) | 3D6 | PK1614 | IgG1 |
|---|---|---|---|
| 0.037 | | 119.3 | |
| 0.11 | 118.6 | 118.9 | |
| 0.33 | 99.7 | 71.25 | |
| 1 | 98.63 | 84.53 | 134.4 |

Moreover, both 3D6 and PK1614 were effective at clearing Aβ plaques. The ex vivo assay demonstrates that as the concentration of antibody increases, the amount of Aβ decreases in a similar manner for both murine and chimeric 3D6 antibodies. Hence, it can be concluded that the sequences encode functional 3D6 heavy chain and light chains respectively.

Example VII

3D6 Humanization

Homology/Molecular Modeling. In order to identify key structural framework residues in the murine 3D6 antibody, a three-dimensional model was generated based on the closest murine antibodies for the heavy and light chains. For this purpose, an antibody designated 1CR9 was chosen as a template for modeling the 3D6 light chain (PDB ID: 1CR9, Kanyo et al., supra), and an antibody designated 1OPG was chosen as the template for modeling the heavy chain. (PDB ID: 1OPG Kodandapani et al., supra). (See also Table 1.) Amino acid sequence alignment of 3D6 with the light chain and heavy chain of these antibodies revealed that, with the exception of CDR3 of the heavy chain, the 1 CR9 and 1OPG antibodies share significant sequence homology with 3D6. In addition, the CDR loops of the selected antibodies fall into the same canonical Chothia structural classes as do the CDR loops of 3D6, again excepting CDR3 of the heavy chain. Therefore, 1CR9 and 1OPG were initially selected as antibodies of solved structure for homology modeling of 3D6.

A first pass homology model of 3D6 variable region based on the antibodies noted above was constructed using the Look & SegMod Modules GeneMine (v 3.5) software package. This software was purchased under a perpetual license from Molecular Applications Group (Palo Alto, Calif.). This software package, authored by Drs. Michael Levitt and Chris Lee, facilitates the process of molecular modeling by automating the steps involved in structural modeling a primary sequence on a template of known structure based on sequence homology. Working on a Silicon Graphics IRIS workstation under a UNIX environment, the modeled structure is automatically refined by a series of energy minimization steps to relieve unfavorable atomic contacts and optimize electrostatic and van der Walls interactions.

A further refined model was built using the modeling capability of Quanta®. A query of the PDB database with CDR3 of the heavy chain of 3D6 identified 1 qkz as most homologous and having the identical number of residues as 3D6. Hence, CDR3 of the heavy chain of 3D6 was modeled using the crystal structure of 1 qkz as template. The α-carbon backbone trace of the 3D6 model is shown in FIG. 4. The VH domain is shown as a stippled line, and VL domain is shown as a solid line, and CDR loops are indicated in ribbon form.

Selection of Human Acceptor Antibody Sequences. Suitable human acceptor antibody sequences were identified by computer comparisons of the amino acid sequences of the mouse variable regions with the sequences of known human antibodies. The comparison was performed separately for the 3D6 heavy and light chains. In particular, variable domains from human antibodies whose framework sequences exhibited a high degree of sequence identity with the murine VL and VH framework regions were identified by query of the Kabat Database using NCBI BLAST (publicly accessible through the National Institutes of Health NCBI internet server) with the respective murine framework sequences.

Two candidate sequences were chosen as acceptor sequences based on the following criteria: (1) homology with the subject sequence; (2) sharing canonical CDR structures with the donor sequence; and (3) not containing any rare amino acid residues in the framework regions. The selected acceptor sequence for VL is Kabat ID Number (KABID) 019230 (Genbank Accession No. S40342), and for VH is KABID 045919 (Genbank Accession No. AF115110). First versions of humanized 3D6 antibody utilize these selected acceptor antibody sequences.

Substitution of Amino Acid Residues. As noted supra, the humanized antibodies of the invention comprise variable framework regions substantially from a human immunoglobulin (acceptor immunoglobulin) and complementarity determining regions substantially from a mouse immunoglobulin (donor immunoglobulin) termed 3D6. Having identified the complementarity determining regions of 3D6 and appropriate human acceptor immunoglobulins, the next step was to determine which, if any, residues from these components to substitute to optimize the properties of the resulting humanized antibody. The criteria described supra were used to select residues for substitution.

FIGS. 1 and 2 depict alignments of the original murine 3D6 VL and VH, respectively, with the respective version 1 of the humanized sequence, the corresponding human framework acceptor sequence and, lastly, the human germline V region sequence showing highest homology to the human framework acceptor sequence. The shaded residues indicate the canonical (solid fill), vernier (dotted outline), packing (bold), and rare amino acids (bold italics), and are indicated on the figure. The asterisks indicate residues backmutated to murine residues in the human acceptor framework sequence, and CDR regions are shown overlined. A summary of the changes incorporated into version 1 of humanized 3D6 VH and VL is presented in Table 12.

TABLE 12

Summary of changes in humanized 3D6.v1

| Changes | VL (112 residues) | VH (119 residues) |
|---|---|---|
| Hu->Mu: Framework | 4/112 | 3/119 (1 canon, 1 packing) |
| CDR1 | 6/16 | 3/5 |
| CDR2 | 4/7 | 7/14 |
| CDR3 | 5/8 | 4/10 |
| Hu->Mu | 19/112 (17%) | 17/119 (14%) |
| Mu->Hu: Framework | 13/112 | 14/119 |
| Backmutation notes | 1. I2V which is a canonical position.<br>2. Y36L which is a packing residue and also lies under the CDRs<br>3. L46R which is a packing residue and lies beneath the CDRs | 4. S49A Vernier/beneath the CDRs.<br>5. A93V which is a packing and vernier zone residue<br>6. K94R which is a canonical residue |
| Acceptor notes | 7. KABID 019230/Genbank Acc#S40342<br>8. Hu κ LC subgroup II<br>9. CDRs from same canonical structural group as donor (m3D6)<br>L1 = class 4<br>L2 = class 1<br>L3 = class1<br>10. Unknown specificity | 11. KABID045919/Genbank Acc#AF115110<br>12. Hu HC subgroup III<br>13. CDRs from same canonical structural group as donor (m3D6)<br>H1 = class 1<br>H2 = class3<br>14. Recognizes capsular polysaccharide of Neisseria meningitidis |
| Acceptor Germline | 15. VH3-23 | 16. A3 & A19 |

Tables 13 and 14 set forth Kabat numbering keys for the various light and heavy chains, respectively.

TABLE 13

Key to Kabat Numbering for Light Chain

| KAB # | # | TYPE | mouse 3D6VL | HUM 3D6VL | KABID 019230 | A19-Germline | Comment |
|---|---|---|---|---|---|---|---|
| 1 | 1 | FR1 | Y | Y | D | D | Rare mouse, may contact CDR |
| 2 | 2 | | V | V | I | I | Canonical/CDR contact |
| 3 | 3 | | V | V | V | V | |
| 4 | 4 | | M | M | M | M | |
| 5 | 5 | | T | T | T | T | |
| 6 | 6 | | Q | Q | Q | Q | |
| 7 | 7 | | T | S | S | S | |
| 8 | 8 | | P | P | P | P | |
| 9 | 9 | | L | L | L | L | |

TABLE 13-continued

Key to Kabat Numbering for Light Chain

| KAB # | # | TYPE | mouse 3D6VL | HUM 3D6VL | KABID 019230 | A19-Germ-line | Comment |
|---|---|---|---|---|---|---|---|
| 10 | 10 | | T | S | S | S | |
| 11 | 11 | | L | L | L | L | |
| 12 | 12 | | S | P | P | P | |
| 13 | 13 | | V | V | V | V | |
| 14 | 14 | | T | T | T | T | |
| 15 | 15 | | I | P | P | P | |
| 16 | 16 | | G | G | G | G | |
| 17 | 17 | | Q | E | E | E | |
| 18 | 18 | | P | P | P | P | |
| 19 | 19 | | A | A | A | A | |
| 20 | 20 | | S | S | S | S | |
| 21 | 21 | | I | I | I | I | |
| 22 | 22 | | S | S | S | S | |
| 23 | 23 | | C | C | C | C | |
| 24 | 24 | CDR1 | K | K | R | R | |
| 25 | 25 | | S | S | S | S | |
| 26 | 26 | | S | S | S | S | |
| 27 | 27 | | Q | Q | Q | Q | |
| 27A | 28 | | S | S | S | S | |
| 27B | 29 | | L | L | L | L | |
| 27C | 30 | | L | L | L | L | |
| 27D | 31 | | D | D | H | H | |
| 27E | 32 | | S | S | S | S | |
| 28 | 33 | | D | D | N | N | |
| 29 | 34 | | G | G | G | G | |
| 30 | 35 | | K | K | Y | Y | |
| 31 | 36 | | T | T | N | N | |
| 32 | 37 | | Y | Y | Y | Y | |
| 33 | 38 | | L | L | L | L | |
| 34 | 39 | | N | N | D | D | |
| 35 | 40 | FR2 | W | W | W | W | |
| 36 | 41 | | L | L | Y | Y | Packing residue |
| 37 | 42 | | L | L | L | L | |
| 38 | 43 | | Q | Q | Q | Q | |
| 39 | 44 | | R | K | K | K | |
| 40 | 45 | | P | P | P | P | |
| 41 | 46 | | G | G | G | G | |
| 42 | 47 | | Q | Q | Q | Q | |
| 43 | 48 | | S | S | S | S | |
| 44 | 49 | | P | P | P | P | |
| 45 | 50 | | K | Q | Q | Q | |
| 46 | 51 | | R | R | L | L | Packing residue |
| 47 | 52 | | L | L | L | L | |
| 48 | 53 | | I | I | I | I | |
| 49 | 54 | | Y | Y | Y | Y | |
| 50 | 55 | CDR2 | L | L | L | L | |
| 51 | 56 | | V | V | G | G | |
| 52 | 57 | | S | S | S | S | |
| 53 | 58 | | K | K | N | N | |
| 54 | 59 | | L | L | R | R | |
| 55 | 60 | | D | D | A | A | |
| 56 | 61 | | S | S | S | S | |
| 57 | 62 | FR3 | G | G | G | G | |
| 58 | 63 | | V | V | V | V | |
| 59 | 64 | | P | P | P | P | |
| 60 | 65 | | D | D | D | D | |
| 61 | 66 | | R | R | R | R | |
| 62 | 67 | | F | F | F | F | |
| 63 | 68 | | T | S | S | S | |
| 64 | 69 | | G | G | G | G | |
| 65 | 70 | | S | S | S | S | |
| 66 | 71 | | G | G | G | G | |
| 67 | 72 | | S | S | S | S | |
| 68 | 73 | | G | G | G | G | |
| 69 | 74 | | T | T | T | T | |
| 70 | 75 | | D | D | D | D | |
| 71 | 76 | | F | F | F | F | |
| 72 | 77 | | T | T | T | T | |
| 3 | 78 | | L | L | L | L | |
| 74 | 79 | | K | K | K | K | |
| 75 | 80 | | I | I | I | I | |
| 76 | 81 | | S | S | S | S | |
| 77 | 82 | | R | R | R | R | |

TABLE 13-continued

Key to Kabat Numbering for Light Chain

| KAB # | # | TYPE | mouse 3D6VL | HUM 3D6VL | KABID 019230 | A19-Germ-line | Comment |
|---|---|---|---|---|---|---|---|
| 78 | 83 | | I | V | V | V | |
| 79 | 84 | | E | E | E | E | |
| 80 | 85 | | A | A | A | A | |
| 81 | 86 | | E | E | E | E | |
| 82 | 87 | | D | D | D | D | |
| 83 | 88 | | L | V | V | V | |
| 84 | 89 | | G | G | G | G | |
| 85 | 90 | | L | V | V | V | |
| 86 | 91 | | Y | Y | Y | Y | |
| 87 | 92 | | Y | Y | Y | Y | |
| 88 | 93 | | C | C | C | C | |
| 89 | 94 | CDR3 | W | W | M | M | |
| 90 | 95 | | Q | Q | Q | Q | |
| 91 | 96 | | G | G | A | A | |
| 92 | 97 | | T | T | L | L | |
| 93 | 98 | | H | H | Q | Q | |
| 94 | 99 | | F | F | T | T | |
| 95 | 100 | | P | P | P | P | |
| 96 | 101 | | R | R | R | | |
| 97 | 102 | | T | T | T | | |
| 98 | 103 | FR4 | F | F | F | | |
| 99 | 104 | | G | G | G | | |
| 100 | 105 | | G | Q | Q | | |
| 101 | 106 | | G | G | G | | |
| 102 | 107 | | T | T | T | | |
| 103 | 108 | | K | K | K | | |
| 104 | 109 | | L | V | V | | |
| 105 | 110 | | E | E | E | | |
| 106 | 111 | | I | I | I | | |
| 106A | 112 | | K | K | K | | |

TABLE 14

Key to Kabat Numbering for Heavy Chain

| KAB # | # | TYPE | Mouse 3D6 VH | HUM 3D6 VH | KABID 045919 | VH3-23 Germ-line | Comment |
|---|---|---|---|---|---|---|---|
| 1 | 1 | FR1 | E | E | E | E | |
| 2 | 2 | | V | V | V | V | |
| 3 | 3 | | K | Q | Q | Q | |
| 4 | 4 | | L | L | L | L | |
| 5 | 5 | | V | L | L | L | |
| 6 | 6 | | E | E | E | E | |
| 7 | 7 | | S | S | S | S | |
| 8 | 8 | | G | G | G | G | |
| 9 | 9 | | G | G | G | G | |
| 10 | 10 | | G | G | G | G | |
| 11 | 11 | | L | L | L | L | |
| 12 | 12 | | V | V | V | V | |
| 13 | 13 | | K | Q | Q | Q | |
| 14 | 14 | | P | P | P | P | |
| 15 | 15 | | G | G | G | G | |
| 16 | 16 | | A | G | G | G | |
| 17 | 17 | | S | S | S | S | |
| 18 | 18 | | L | L | L | L | |
| 19 | 19 | | K | R | R | R | |
| 20 | 20 | | L | L | L | L | |
| 21 | 21 | | S | S | S | S | |
| 22 | 22 | | C | C | C | C | |
| 23 | 23 | | A | A | A | A | |
| 24 | 24 | | A | A | A | A | |
| 25 | 25 | | S | S | S | S | |
| 26 | 26 | | G | G | G | G | |
| 27 | 27 | | F | F | F | F | |
| 28 | 28 | | T | T | T | T | |
| 29 | 29 | | F | F | F | F | |
| 30 | 30 | | S | S | S | S | |
| 31 | 31 | CDR1 | N | N | S | S | |

TABLE 14-continued

Key to Kabat Numbering for Heavy Chain

| KAB # | # | TYPE | Mouse 3D6 VH | HUM 3D6 VH | KABID 045919 | VH3-23 Germ-line | Comment |
|---|---|---|---|---|---|---|---|
| 32 | 32 | | Y | Y | Y | Y | |
| 33 | 33 | | G | G | A | A | |
| 34 | 34 | | M | M | V | M | |
| 35 | 35 | | S | S | S | S | |
| 36 | 36 | FR2 | W | W | W | W | |
| 37 | 37 | | V | V | V | V | |
| 38 | 38 | | R | R | R | R | |
| 39 | 39 | | Q | Q | Q | Q | |
| 40 | 40 | | N | A | A | A | Rare mouse, replace w/Hum |
| 41 | 41 | | S | P | P | P | |
| 42 | 42 | | D | G | G | G | Rare mouse, replace w/Hum |
| 43 | 43 | | K | K | K | K | |
| 44 | 44 | | R | G | G | G | |
| 45 | 45 | | L | L | L | L | |
| 46 | 46 | | E | E | E | E | |
| 47 | 47 | | W | W | W | W | |
| 48 | 48 | | V | V | V | V | |
| 49 | 49 | | A | A | S | S | CDR contact/veneer |
| 50 | 50 | CDR2 | S | S | A | A | |
| 51 | 51 | | I | I | I | I | |
| 52 | 52 | | R | R | S | S | |
| 52A | 53 | | S | S | G | G | |
| 53 | 54 | | G | G | S | S | |
| 54 | 55 | | G | G | G | G | |
| 55 | 56 | | G | G | G | G | |
| 56 | 57 | | R | R | S | S | |
| 57 | 58 | | T | T | T | T | |
| 58 | 59 | | Y | Y | Y | Y | |
| 59 | 60 | | Y | Y | Y | Y | |
| 60 | 61 | | S | S | A | A | |
| 61 | 62 | | D | D | D | D | |
| 62 | 63 | | N | N | S | S | |
| 63 | 64 | | V | V | V | V | |
| 64 | 65 | | K | K | K | K | |
| 65 | 66 | | G | G | G | G | |
| 66 | 67 | FR3 | R | R | R | R | |
| 67 | 68 | | F | F | F | F | |
| 68 | 69 | | T | T | T | T | |
| 69 | 70 | | I | I | I | I | |
| 70 | 71 | | S | S | S | S | |
| 71 | 72 | | R | R | R | R | |
| 72 | 73 | | E | D | D | D | |
| 73 | 74 | | N | N | N | N | |
| 74 | 75 | | A | A | A | S | |
| 75 | 76 | | K | K | K | K | |
| 76 | 77 | | N | N | N | N | |
| 77 | 78 | | T | S | S | T | |
| 78 | 79 | | L | L | L | L | |
| 79 | 80 | | Y | Y | Y | Y | |
| 80 | 81 | | L | L | L | L | |
| 81 | 82 | | Q | Q | Q | Q | |
| 82 | 83 | | M | M | M | M | |
| 82A | 84 | | S | N | N | N | |
| 82B | 85 | | S | S | S | S | |
| 82C | 86 | | L | L | L | L | |
| 83 | 87 | | K | R | R | R | |
| 84 | 88 | | S | A | A | A | |
| 85 | 89 | | E | E | E | E | |
| 86 | 90 | | D | D | D | D | |
| 87 | 91 | | T | T | T | T | |
| 88 | 92 | | A | A | A | A | |
| 89 | 93 | | L | L | L | V | |
| 90 | 94 | | Y | Y | Y | Y | |
| 91 | 95 | | Y | Y | Y | Y | |
| 92 | 96 | | C | C | C | C | |
| 93 | 97 | | V | V | A | A | Packing residue, use mouse |
| 94 | 98 | | R | R | K | K | Canonical, use mouse |
| 95 | 99 | CDR3 | Y | Y | D | | |
| 96 | 100 | | D | D | N | | |
| 97 | 101 | | H | H | Y | | |
| 98 | 102 | | Y | Y | D | | |
| 99 | 103 | | S | S | F | | |
| 100 | 104 | | G | G | W | | |

TABLE 14-continued

Key to Kabat Numbering for Heavy Chain

| KAB # | # | TYPE | Mouse 3D6 VH | HUM 3D6 VH | KABID 045919 | VH3-23 Germ-line | Comment |
|---|---|---|---|---|---|---|---|
| 100A | 105 | | S | S | S | | |
| 100B | 106 | | S | S | G | | |
| 100C | 107 | | — | — | T | | |
| 100D | 108 | | — | — | F | | |
| 101 | 109 | | D | D | D | | |
| 102 | 110 | | Y | Y | Y | | |
| 103 | 111 | FR4 | W | W | W | | |
| 104 | 112 | | G | G | G | | |
| 105 | 113 | | Q | Q | Q | | |
| 106 | 114 | | G | G | G | | |
| 107 | 115 | | T | T | T | | |
| 108 | 116 | | T | L | L | | |
| 109 | 117 | | V | V | V | | |
| 110 | 118 | | T | T | T | | |
| 111 | 119 | | V | V | V | | |
| 112 | 120 | | S | S | S | | |
| 113 | 121 | | S | S | S | | |

The humanized antibodies preferably exhibit a specific binding affinity for Aβ of at least $10^7$, $10^8$, $10^9$ or $10^{10}$. $M^{-1}$. Usually the upper limit of binding affinity of the humanized antibodies for Aβ is within a factor of three, four or five of that of 3D6 (i.e., $\sim 10^9$ $M^{-1}$). Often the lower limit of binding affinity is also within a factor of three, five of that of 3D6.

Assembly and Expression of Humanized 3D6 VH and VL, Version 1 Briefly, for each V region, 4 large single stranded overlapping oligonucleotides were synthesized. In addition, 4 short PCR primers were synthesized for each V region to further facilitate assembly of the particular V region. The DNA sequences of the oligonucleotides employed for this purpose are shown in Table 15.

TABLE 15

DNA oligonucleotides

| DNA# | SIZE | Coding? | Sequence | comments |
|---|---|---|---|---|
| 4060 | 136 | Yes | tccgc aagct tgccg ccacc ATGGA CATGC GCGTG CCCGC CCAGC TGCTG GGCCT GCTGA TGCTG TGGGT GTCCG GCTCC TCCGG CTACG TGGTG ATGAC CCAGT CCCCC CTGTC CCTGC CCGTG ACCCC CGGCG A (SEQ ID NO: 17) | hum 3D6 VL-A |
| 4061 | 131 | No | CTGGG GGGAC TGGCC GGGCT TCTGC AGCAG CCAGT TCAGG TAGGT CTTGC CGTCG GAGTC CAGCA GGGAC TGGGA GGACT TGCAG GAGAT GGAGG CGGGC TCGCC GGGGG TCACG GGCAG GGACA GGGGG G (SEQ ID NO: 18) | hum 3D6 VL-B |
| 4062 | 146 | Yes | ACCTG AACTG GCTGC TGCAG AAGCC CGGCC AGTCC CCCCA GCGCC TGATC TACCT GGTGT CCAAG CTGGA CTCCG GCGTG CCCGA CCGCT TCTCC GGCTC CGGCT CCGGC ACCGA CTTCA CCCTG AAGAT CTCCC GCGTG GAGGC C (SEQ ID NO: 19) | hum 3D6 VL-C |
| 4063 | 142 | No | aattc tagga tccac tcacg CTTGA TCTCC ACCTT GGTGC CCTGG CCGAA GGTGC GGGGG AAGTG GGTGC CCTGC CAGCA GTAGT ACACG CCCAC GTCCT CGGCC TCCAC GCGGG AGATC TTCAG GGTGA AGTCG GTGCC GG (SEQ ID NO: 20) | hum 3D6 VL-D |
| 4064 | 16 | No | CTGGG GGGAC TGGCC G (SEQ ID NO: 21) | hum 3D6 VL A + B back % A + T = 18.75 [3]; |

TABLE 15-continued

| DNA oligonucleotides | | | | |
|---|---|---|---|---|
| DNA# | SIZE | Coding? | Sequence | comments |
| | | | | % C + G = 81.2[13] Davis, Botstein, Roth Melting Temp C. 66.96 |
| 4065 | 22 | Yes | ACCTG AACTG GCTGC TGCAG AA (SEQ ID NO: 22) | hum 3D6 VL C + D forward % A + T = 45.45 [10]; % C + G = 54.55 [12] Davis, Botstein, Roth Melting Temp C. 64.54 |
| 4066 | 138 | Yes | acaga aagct tgccg ccacc ATGGA GTTTG GGCTG AGCTG GCTTT TTCTT GTGGC TATTT TAAAA GGTGT CCAGT GTGAG GTGCA GCTGC TGGAG TCCGG CGGCG GCCTG GTGCA GCCCG GCGGC TCCCT GCGCC TGT (SEQ ID NO: 23) | hum 3D6 VH-A |
| 4067 | 135 | No | GCCGC CGGAG CGGAT GGAGG CCACC CACTC CAGGC CCTTG CCGGG GGCCT GGCGC ACCCA GGACA TGCCG TAGTT GGAGA AGGTG AAGCC GGAGG CGGCG CAGGA CAGGC GCAGG GAGCC GCCGG GCTGC ACCAG (SEQ ID NO: 24) | hum 3D6 VH-B |
| 4068 | 142 | Yes | CTGGA GTGGG TGGCC TCCAT CCGCT CCGGC GGCGG CCGCA CCTAC TACTC CGACA ACGTG AAGGG CCGCT TCACC ATCTC CCGCG ACAAC GCCAA GAACT CCCTG TACCT GCAGA TGAAC TCCCT GCGCG CCGAG GACAC CG (SEQ ID NO: 25) | hum 3D6 VH-C |
| 4069 | 144 | No | ctgca aggat ccact caccG GAGGA CACGG TCACC AGGGT GCCCT GGCCC CAGTA GTCGG AGGAG CCGGA GTAGT GGTCG TAGCG CACGC AGTAG TACAG GGCGG TGTCC TCGGC GCGCA GGGAG TTCAT CTGCA GGTAC AGGG (SEQ ID NO: 26) | hum 3D6 VH-D |
| 4070 | 16 | No | GCCGC CGGAG CGGAT G (SEQ ID NO: 27) | hum 3D6 VH A + B back % A + T = 18.75 [3]; % C + G = 81.25[13] Davis, Botstein, Roth Melting Temp C. 66.96 |
| 4071 | 20 | Yes | CTGGA GTGGG TGGCC TCCAT (SEQ ID NO: 28) | hum 3D6 VH C + D forward % A + T = 35.00 [7]; % C + G = 65.00 [13] Davis, Botstein, Roth Melting Temp C. 66.55 |
| 4072 | 19 | Yes | tcc gca agc ttg ccg ccac (SEQ ID NO: 29) | Hum 3D6 VL A + B Forward % A + T = 31.58 [6]; % C + G = 68.42[13] Davis, Botstein, Roth Melting Temp C. 66.64 |
| 4073 | 29 | No | aat tct agg atc cac tca cgC TTG ATC TC (SEQ ID NO: 30) | Hum 3D6 VL C + D Back % A + T = 55.17[16]; % C + G = 44.83 [13] Davis, Botstein, Roth Melting Temp C. 66.04 |
| 4074 | 23 | Yes | aca gaa agc ttg ccg cca ccA TG (SEQ ID NO: 31) | Hum 3D6 VH A + B Forward % A + T = 43.48 [10]; % C + G = 56.52 [13] |

TABLE 15-continued

| DNA oligonucleotides | | | | |
|---|---|---|---|---|
| DNA# | SIZE | Coding? | Sequence | comments |
| | | | | Davis, Botstein, Roth Melting Temp C. 66.33 |
| 4075 | 22 | No | ctg caa gga tcc act cac cGG A (SEQ ID NO: 32) | Hum 3D6 VH C + D Back % A + T = 40.91 [9]; % C + G = 59.09[13] Davis, Botstein, Roth Melting Temp C. 66.40 |

The humanized light chain was assembled using PCR. DNA sequence analysis of greater than two dozen clones revealed scattered point mutations and deletions throughout the VL region with respect to the expected sequence. Analysis of the sequences indicated that clone 2.3 was amenable to repair of 2 closely spaced single nucleotide deletions in the amino-terminal region. Hence site directed mutagenesis was performed on clone pCRShum3D6v12.3 using oligonucleotides to introduce the 2 deleted nucleotides, and repair of the point mutations was confirmed by DNA sequence analysis, and the VL insert was cloned into the light chain expression vector pCMV-cK.

Assembly of humanized VH using PCR-based methods resulted in clones with gross deletions in the 5' half of the sequence. Further efforts to optimize the PCR conditions met with partial success. The clones assembled via optimized PCR conditions still had 10–20 nt deletions in the region mapping to the overlap of the A+B fragments. Consequently, an alternate strategy was employed for VH assembly utilizing DNA polymerase (T4, Klenow, and Sequenase) mediated overlap extension, followed by T4 DNA ligase to covalently join the overlapping ends. DNA sequence analysis of a subset of the clones resulting from VH assembly using the latter approach revealed scattered point mutations and deletions among the clones. Analysis of over two dozen clones revealed essentially the same pattern as illustrated for the clones. The similar results observed following first pass assembly of VH and VL clones suggests the DNA sequence errors observed resulted from automated synthesizer errors during the synthesis of the long DNAs employed for the assembly.

Humanized VH clone 2.7 was selected for site-directed mutagenesis-mediated repair of the 3 nucleotide deletions it was observed to contain.

## Example XIII

### Characterization of Humanized 3D6v2 Antibody

A second version of humanized 3D6 was created having each of the substitutions indicated for version 1, except for the D→Y substitution at residue 1. Substitution at this residue was performed in version 1 because the residue was identified as a CDR interacting residue. However, substitution deleted a residue which was rare for human immunoglobulins at that position. Hence, a version was created without the substitution. Moreover, non-germline residues in the heavy chain framework regions were substituted with germline residues, namely, H74=S, H77=T and H89=V. Kabat numbering for the version 2 light and heavy chains, is the same as that depicted in Tables 13 and 14, respectively, except that residue 1 of the version 2 light chain is asp (D), residue 74 of the heavy chain is ser (S), residue 77 of the heavy chain is thr (T) and residue 89 of the heavy chain is val (V). The nucleotide sequence of humanized 3D6 version 1 light and heavy chains are set forth as SEQ ID NOs: 34 and 36, respectively. The nucleotide sequence of humanized 3D6 version 2 light and heavy chains are set forth as SEQ ID NOs: 35 and 37, respectively.

## Example IX

### Functional Testing of Humanized 3D6 Antibodies

Binding of humanized 3D6v1 to aggregated Aβ. Functional testing of humanized 3D6v1 was conducted using conditioned media from transiently transfected COS cells. The cells were transfected with fully chimeric antibody, a mixture of either chimeric heavy chain+humanized light chain, or chimeric light chain+humanized heavy chain, and lastly, fully humanized antibody. The conditioned media was tested for binding to aggregated Aβ1–42 by ELISA assay. The humanized antibody showed good activity within experimental error, and displayed binding properties indistinguishable from the chimeric 3D6 reference sample. The results are shown in Table 16.

TABLE 16

| ng/ml | Chimeric | hu VH/ ChVL | ChVH/ HuVL | Hu VH/ HuVL |
|---|---|---|---|---|
| 690 | | | 0.867 | |
| 600 | | | | 0.895 |
| 260 | 0.83 | | | |
| 230 | | | 0.774 | |
| 200 | | | | 0.81 |
| 190 | | 0.811 | | |
| 87 | 0.675 | | | |
| 77 | | | 0.594 | |
| 67 | | | | 0.689 |
| 63 | | 0.648 | | |
| 29 | 0.45 | | | |
| 25 | | | 0.381 | |
| 22 | | | | 0.496 |
| 21 | | 0.438 | | |
| 9.6 | 0.251 | | | |
| 8.5 | | | 0.198 | |
| 7.4 | | | | 0.278 |
| 7 | | 0.232 | | |
| 3.2 | 0.129 | | | |
| 2.3 | | 0.124 | | |

To compare the binding affinities of humanized 3D6v1 and 3D6v2 antibodies, ELISA analysis was performed using

aggregated Aβ as the antigen. The results show that both 3D6v1 (H1L1) and 3D6v2 (H2L2) have nearly identical Aβ binding properties (FIG. 5).

Replacement NET (rNET) analysis of h3D6v2. The rNET epitope map assay provides information about the contribution of individual residues within the epitope to the overall binding activity of the antibody. rNET analysis uses synthesized systematic single substituted peptide analogs. Binding of an antibody being tested is determined against native peptide (native antigen) and against 19 alternative "single substituted" peptides, each peptide being substituted at a first position with one of 19 non-native amino acids for that position. A profile is generated reflecting the effect of substitution at that position with the various non-native residues. Profiles are likewise generated at successive positions along the antigenic peptide. The combined profile, or epitope map, (reflecting substitution at each position with all 19 non-native residues) can then be compared to a map similarly generated for a second antibody. Substantially similar or identical maps indicate that antibodies being compared have the same or similar epitope specificity.

This analysis was performed for 3D6 and humanized 3D6, version 2. Antibodies were tested for binding against the native Aβ peptide DAEFRHDSGY (SEQ ID NO:33). Residues 1–8 were systematically substituted with each of the 19 non-native residues for that position. Maps were generated accordingly for 3D6 and h3D6v2. The results are presented in tabular form in Table 17.

TABLE 17

Aβ: replacement Net Epitope (rNET) mapping of wt3D6 and humanized 3D6

| Substitution | Wildtype 3D6 [OD] | Humanized 3D6 [OD] |
|---|---|---|
| Residue 1 = A | 0.464 | 0.643 |
| C | 0.450 | 0.628 |
| D | 0.577 | 0.692 |
| E | 0.576 | 0.700 |
| F | 0.034 | 0.062 |
| G | 0.569 | 0.738 |
| H | 0.054 | 0.117 |
| I | 0.048 | 0.118 |
| K | 0.033 | 0.057 |
| L | 0.073 | 0.148 |
| M | 0.039 | 0.072 |
| N | 0.587 | 0.757 |
| P | 0.069 | 0.144 |
| Q | 0.441 | 0.689 |
| R | 0.056 | 0.155 |
| S | 0.569 | 0.762 |
| T | 0.450 | 0.702 |
| V | 0.057 | 0.190 |
| W | 0.031 | 0.070 |
| Y | 0.341 | 0.498 |
| Residue 2 = A | 0.548 | 0.698 |
| C | 0.553 | 0.694 |
| D | 0.119 | 0.222 |
| E | 0.563 | 0.702 |
| F | 0.577 | 0.717 |
| G | 0.527 | 0.720 |
| H | 0.534 | 0.741 |
| I | 0.522 | 0.722 |
| K | 0.548 | 0.722 |
| L | 0.482 | 0.705 |
| M | 0.535 | 0.705 |
| N | 0.525 | 0.735 |
| P | 0.445 | 0.707 |
| Q | 0.567 | 0.756 |
| R | 0.562 | 0.719 |
| S | 0.587 | 0.705 |
| T | 0.552 | 0.712 |

TABLE 17-continued

Aβ: replacement Net Epitope (rNET) mapping of wt3D6 and humanized 3D6

| Substitution | Wildtype 3D6 [OD] | Humanized 3D6 [OD] |
|---|---|---|
| V | 0.550 | 0.702 |
| W | 0.553 | 0.701 |
| Y | 0.547 | 0.704 |
| Residue 3 = A | 0.038 | 0.061 |
| C | 0.222 | 0.410 |
| D | 0.019 | 0.027 |
| E | 0.542 | 0.689 |
| F | 0.034 | 0.060 |
| G | 0.016 | 0.019 |
| H | 0.016 | 0.020 |
| I | 0.019 | 0.024 |
| K | 0.053 | 0.090 |
| L | 0.019 | 0.026 |
| M | 0.019 | 0.027 |
| N | 0.024 | 0.032 |
| P | 0.017 | 0.020 |
| Q | 0.153 | 0.406 |
| R | 0.015 | 0.023 |
| S | 0.016 | 0.021 |
| T | 0.015 | 0.019 |
| V | 0.016 | 0.021 |
| W | 0.149 | 0.304 |
| Y | 0.016 | 0.020 |
| Residue 4 = A | 0.016 | 0.020 |
| C | 0.020 | 0.023 |
| D | 0.017 | 0.020 |
| E | 0.016 | 0.021 |
| F | 0.557 | 0.703 |
| G | 0.016 | 0.020 |
| H | 0.470 | 0.723 |
| I | 0.119 | 0.360 |
| K | 0.015 | 0.018 |
| L | 0.559 | 0.716 |
| M | 0.549 | 0.725 |
| N | 0.085 | 0.089 |
| P | 0.030 | 0.056 |
| Q | 0.065 | 0.110 |
| R | 0.016 | 0.019 |
| S | 0.026 | 0.031 |
| T | 0.016 | 0.021 |
| V | 0.213 | 0.494 |
| W | 0.291 | 0.568 |
| Y | 0.529 | 0.730 |
| Residue 5 = A | 0.275 | 0.435 |
| C | 0.359 | 0.635 |
| D | 0.080 | 0.163 |
| E | 0.115 | 0.187 |
| F | 0.439 | 0.569 |
| G | 0.485 | 0.679 |
| H | 0.577 | 0.680 |
| I | 0.510 | 0.671 |
| K | 0.573 | 0.693 |
| L | 0.517 | 0.691 |
| M | 0.418 | 0.611 |
| N | 0.476 | 0.655 |
| P | 0.093 | 0.198 |
| Q | 0.388 | 0.565 |
| R | 0.613 | 0.702 |
| S | 0.487 | 0.633 |
| T | 0.530 | 0.639 |
| V | 0.493 | 0.562 |
| W | 0.393 | 0.461 |
| Y | 0.278 | 0.230 |
| Residue 6 = A | 0.587 | 0.707 |
| C | 0.585 | 0.703 |
| D | 0.584 | 0.701 |
| E | 0.579 | 0.702 |
| F | 0.586 | 0.704 |
| G | 0.592 | 0.709 |
| H | 0.596 | 0.688 |
| I | 0.602 | 0.708 |
| K | 0.585 | 0.691 |

TABLE 17-continued

Aβ: replacement Net Epitope (rNET) mapping of wt3D6 and humanized 3D6

| Substitution | Wildtype 3D6 [OD] | Humanized 3D6 [OD] |
|---|---|---|
| L | 0.584 | 0.688 |
| M | 0.583 | 0.687 |
| N | 0.580 | 0.686 |
| P | 0.587 | 0.705 |
| Q | 0.570 | 0.695 |
| R | 0.576 | 0.686 |
| S | 0.573 | 0.689 |
| T | 0.573 | 0.700 |
| V | 0.588 | 0.715 |
| W | 0.576 | 0.696 |
| Y | 0.595 | 0.708 |
| Residue 7 = A | 0.580 | 0.688 |
| C | 0.559 | 0.676 |
| D | 0.573 | 0.681 |
| E | 0.565 | 0.677 |
| F | 0.546 | 0.668 |
| G | 0.562 | 0.679 |
| H | 0.557 | 0.675 |
| I | 0.552 | 0.681 |
| K | 0.565 | 0.685 |
| L | 0.566 | 0.701 |
| M | 0.562 | 0.697 |
| N | 0.573 | 0.688 |
| P | 0.582 | 0.678 |
| Q | 0.563 | 0.679 |
| R | 0.551 | 0.677 |
| S | 0.563 | 0.674 |
| T | 0.560 | 0.685 |
| V | 0.563 | 0.687 |
| W | 0.547 | 0.685 |
| Y | 0.560 | 0.682 |
| Residue 8 = A | 0.573 | 0.687 |
| C | 0.583 | 0.700 |
| D | 0.586 | 0.697 |
| E | 0.601 | 0.701 |
| F | 0.586 | 0.687 |
| G | 0.569 | 0.681 |
| H | 0.559 | 0.683 |
| I | 0.568 | 0.686 |
| K | 0.557 | 0.698 |
| L | 0.570 | 0.686 |
| M | 0.571 | 0.693 |
| N | 0.573 | 0.700 |
| P | 0.574 | 0.694 |
| Q | 0.590 | 0.703 |
| R | 0.589 | 0.699 |
| S | 0.599 | 0.719 |
| T | 0.586 | 0.689 |
| V | 0.578 | 0.688 |
| W | 0.567 | 0.687 |
| Y | 0.574 | 0.680 |

Notably, the profiles are virtually identical for 3D6 and h3D6v2 when one looks at the substitutions at each position (i.e., the values fluctuate in an identical manner when comparing the data in column 1 (3D6) versus column 2 (h3D6v2). These data demonstrate that the specificity of h3D6v2 is preserved, as the h3D6v2 rNET epitope map is virtually identical to m3D6 using both Aβ residues 1–4 and 5–8.

Immunohistochemistry on PDAPP brain sections demonstrates specificity of h3D6v1 antibody. Humanized 3D6v1 antibody recognized Aβ in cryostat prepared brain sections from PDAPP mice. Humanized 3D6v1 and PK1614 both bound to PDAPP plaques in the same dose response fashion, as measured by the amount of fluorescence (quantitated in pixels) per slide versus the amount of antibody used to stain the tissue (FIG. 6). Identical anti-human secondary antibodies were used in this experiment. Sectioning, staining, and image procedures were previously described. In identical experiments, image analysis of h3D6v2 staining on PDAPP and AD brain sections revealed that h3D6v2 recognizes Aβ plaques, in a similar manner to 3D6v1 (e.g., highly decorated plaques).

Competitive binding analysis of h3D6. The ability of h3D6 antibodies v1 and v2 to compete with murine 3D6 was measured by ELISA using a biotinylated 3D6 antibody. Competitive binding analysis revealed that h3D6v1, h3D6v2, and chimeric PK1614 can all compete with m3D6 to bind Aβ (FIG. 7). h3D6v1 and h3D6v2 were identical in their ability to compete with 3D6 to Aβ. The 10D5 antibody was used as a negative control, as it has a different binding epitope than 3D6. BIAcore analysis also revealed a high affinity of h3D6v1 and h3D6v2 for Aβ (Table 18).

TABLE 18

Affinity Measurements of Aβ Antibodies Using BIAcore Technology

| Antibody | ka1 (1/Ms) | kd1 (1/s) | Kd (nM) |
|---|---|---|---|
| Mu 3D6 | 4.06E+05 | 3.57E−04 | 0.88 |
| Chimeric 3D6 | 4.58E+05 | 3.86E−04 | 0.84 |
| Hu 3D6v1 | 1.85E+05 | 3.82E−04 | 2.06 |
| Hu 3D6v2 | 1.70E+05 | 3.78E−04 | 2.24 |

In comparison to 3D6, which has a Kd of 0.88 nM, both h3D6v1 and h3D6v2 had about a 2 to 3 fold less binding affinity, measured at 2.06 nM and 2.24 nM for h3D6v1 and h3D6v2, respectively. The ELISA competitive binding assay revealed an approximate 6-fold less binding affinity for h3D6v1 and h3D6v2. Typically humanized antibodies lose about 3–4 fold in binding affinity in comparison to their murine counterparts. Therefore, a loss of about 3 fold (average of ELISA and BIAcore results) for h3D6v1 and h3D6v2 is within the accepted range.

Ex vivo assay using h3D6v2 antibody. The ability of h3D6v2 to stimulate microglial cells was tested through an ex vivo phagocytosis assay (FIG. 8). h3D6v2 was as effective as chimeric 3D6 at inducing phagocytosis of Aβ aggregates from PDAPP mouse brain tissue. IgG was used as a negative control in this experiment because it is incapable of binding Aβ and therefore cannot induce phagocytosis.

In vivo brain localization of h3D6. $^{125}$I labeled h3D6v2, m3D6, and antibody DAE13 were each IV-injected into 14 individual PDAPP mice in separate experiments. Mice were sacrificed after Day 7 and perfused for further analysis. Their brain regions were dissected and measured for $^{125}$I activity in specific brain regions. Radiolabel activity in the brain was compared with activity in serum samples. Results are set forth in Tables 19 and 20, for serum and brain regions, respectively.

TABLE 19

| m3D6 | DAE13 | Hu3D6 |
|---|---|---|
| 30389.1 | 17463.9 | 40963.8 |
| 12171 | 13200.6 | 24202.2 |
| 3418.2 | 36284.7 | 12472.4 |
| 18678.9 | 421.3 | 33851.8 |
| 27241 | 19702 | 27187.3 |
| 26398.8 | 24855.8 | 29016.9 |
| 27924.8 | 29287.4 | 33830.7 |
| 12008.4 | 12733.1 | 26734.9 |
| 29487.8 | 27722.5 | 30144.5 |
| 25498.6 | 30460.7 | 35126.9 |

TABLE 19-continued

| m3D6 | DAE13 | Hu3D6 |
|---|---|---|
| 9652 | 23320.1 | 28414.8 |
| 24599.3 | 7119.1 | 16956.1 |
| 29240 | 28093.5 | 18190.7 |
| 11922.7 | 24659.7 | 25671.4 |
| 17443.1 | 26748.9 | |

TABLE 20

| m3D6 | | | DAE13 | | | Hu3D6 (H2L2) | | |
|---|---|---|---|---|---|---|---|---|
| cere | cort | hipp | cere | cort | hipp | cere | cort | hipp |
| 1991.9 | 1201.1 | 4024 | 1277.5 | 2522.9 | 5711.9 | 2424.6 | 3759.4 | 11622 |
| 238.9 | 746.1 | 2523 | 502.5 | 2123.5 | 6965.8 | 1509.8 | 2274.9 | 7018.2 |
| 645.9 | 603 | 1241.1 | 2325 | 3528.2 | 7801.6 | 500 | 2265.9 | 5316.3 |
| 1000 | 2508.2 | 4644.2 | 232.7 | 849.8 | 1891.9 | 2736.2 | 5703.7 | 10395.5 |
| 1266.9 | 3737.9 | 7975.8 | 891.6 | 2621 | 8245.2 | 1192.2 | 3188 | 10170 |
| 1422 | 2398.7 | 7731.1 | 1102.6 | 2087.5 | 7292.3 | 2269.4 | 3481.4 | 9621.6 |
| 1700.4 | 2154.4 | 7124.1 | 1650.6 | 3488.4 | 10284.8 | 1526.7 | 3028 | 8331.3 |
| 542.5 | 812.4 | 2456.8 | 712.9 | 2318.5 | 6643.3 | 1538.1 | 4194.1 | 11244.8 |
| 1309 | 3010.5 | 8693.5 | 1172.9 | 1953.6 | 7363 | 1245.7 | 1699.4 | 6831.2 |
| 1372.2 | 997.5 | 2425.4 | 1067.9 | 3697.2 | 12280.7 | 2708.8 | 2789 | 7887.4 |
| 778.6 | 1291.9 | 5654.4 | 1952.2 | 2120.7 | 6412.7 | 2251.3 | 3897.5 | 11121.5 |
| 1199.3 | 1683.4 | 4887.3 | 1005.2 | 1852.5 | 5121.4 | 1529.6 | 1772.2 | 7986.9 |
| 1021.8 | 3234.5 | 8036.2 | 961.5 | 3382.9 | 8473.1 | 644.1 | 1663.4 | 5056.5 |
| 742.1 | 1056.7 | 3405.2 | 852.3 | 1943.2 | 6717.4 | 1516.4 | 1620.6 | 9888 |
| 1273.7 | 1320.8 | 4262.6 | 997.5 | 3065.7 | 10213.1 | | | |

The data show that h3D6v2 localized to the brain, and was particularly concentrated in the hippocampal region where Aβ is known to aggregate. Brain counts for m3D6 and DAE13 were comparable to h3D6v2. All three antibodies were able to cross the blood barrier as demonstrated by Aβ plaque binding in vivo.

Example X.

Cloning and Sequencing of the Mouse 10D5 Variable Regions

Cloning and Sequence Analysis of 10D5 VH. The VH and VL regions of 10D5 from hybridoma cells were cloned by RT-PCR using 5' RACE procedures. The nucleotide sequence (SEQ ID NO: 13) and deduced amino acid sequence (SEQ ID NO:14) derived from two independent cDNA clones encoding the presumed 10D5 VL domain, are set forth in Table 21 and FIG. 9. The nucleotide sequence (SEQ ID NO: 15) and deduced amino acid sequence (SEQ ID NO: 16) derived from two independent cDNA clones encoding the presumed 10D5 VH domain, are set forth in Table 22 and FIG. 10. The 10D5 VL and VH sequences meet the criteria for functional V regions in so far as they contain a contiguous ORF from the initiator methionine to the C-region, and share conserved residues characteristic of immunoglobulin V region genes.

TABLE 21

| Mouse 10D5 VL DNA sequence |
|---|
| (SEQ ID NO:13) |
| ATGAAGTTGCCTGTTAGGCTGTTGGTACTGATGTTCTGGATTCCTGCTTC |
| CAGCAGTGATGTTTTGATGACCCAAACTCCACTCTCCCTGCCTGTCAGTC |
| TTGGAGATCAAGCCTCCATCTCTTGCAGATCTAGTCAGAACATTATACAT |
| AGTAATGGAAACACCTATTTAGAATGGTACCTGCAGAAACCAGGCCAGTC |
| TCCAAAGCTCCTGATCTACAAAGTTTCCAACCGATTTTCTGGGGTCCCAG |
| ACAGGTTCAGTGGCAGTGGATCAGGGACAGATTTCACACTCAAGATCAAG |
| AAAGTGGAGGCTGAGGATCTGGGAATTTATTACTGCTTTCAAGGTTCACA |
| TGTTCCGCTCACGTTCGGTGCTGGGACCAAGCTGGAGCTGGAA |

*Leader peptide underlined

TABLE 22

| Mouse 10D5 VH DNA sequence. |
|---|
| (SEQ ID NO:15) |
| ATGGACAGGCTTACTTCCTCATTCCTGCTGCTGATTGTCCCTGCATATGT |
| CCTGTCCCAGGCTACTCTGAAAGAGTCTGGCCCTGGAATATTGCAGTCCT |
| CCCAGACCCTCAGTCTGACTTGTTCTTTCTCTGGGTTTTCACTGAGCACT |
| TCTGGTATGGGAGTGAGCTGGATTCGTCAGCCTTCAGGAAAGGGTCTGGA |
| GTGGCTGGCACACATTTACTGGGATGATGACAAGCGCTATAACCCATCCC |
| TGAAGAGCCGGCTCACAATCTCCAAGGATACCTCCAGAAAGCAGCTATTC |
| CTCAAGATCACCAGTGTGGACCCTGCAGATACTGCCACATACTACTGTGT |
| TCGAAGCCCCATTACTCCGGTACTAGTCGATGCTATGGACTACTGGGGTC |
| AAGGAACCTCAGTCACCGTCTCCTCA |

*Leader peptide underlined.

Example XI

Efficacy of mAb 3D6 on Various Neuropathological Endpoints in PDAPP Mice

This Example describes the efficacy of murine mAb 3D6 on various neuropathological endpoints. A comparison is made between passive immunization with 3D6 (at varying doses) and active immunization with an Aβ peptide.

Immunizations

PDAPP mice were passively immunized with mAb 3D6 at three different doses, 10 mg/kg, 1 mg/kg and 10 mg/kg once a month (1×4). An unrelated IgGγ2a antibody (TY 11/15) and PBS injections served as controls. Active immunization with Aβ peptide served as a comparison. Between 20 and 35 animals were analyzed in each group.

The neuropathological endpoints assayed include amyloid burden and neuritic burden.

Amyloid Burden

The extent of the frontal cortex occupied by amyloid deposits was determined by immunostaining with 3D6 followed by quantitative image analysis. The results of this analysis are shown in Table 6. Each of the immunotherapies led to a significant reduction of amyloid burden.

Neuritic Burden

Neuritic burden following passive immunization with 3D6 was determined in PDAPP mice by immunostaining of brain sections with anti-APP antibody 8E5 followed by quantitative image analysis. Neuritic dystrophy is indicated by the appearance of dystrophic neurites (e.g., neurites with a globular appearance) located in the immediate vicinity of amyloid plaques. The results of this analysis are shown in Table 7. 3D6 (IgGγ2a isotype, recognizing Aβ1–5) did not significantly reduce neuritic burden as compared to active immunization with Aβ peptide. Previously, it had been observed that 10D5 (IgGγ1 isotype recognizing Aβ3–7) was unable to significantly reduce neuritic burden.

The characterization of various neuropathological endpoints in the PDAPP mouse model of Alzheimer's disease may assist the skilled artisan in designing appropriate human therapeutic immunization protocols.

Example XII

Prevention and Treatment of Human Subjects

A single-dose phase I trial is performed to determine safety in humans. A therapeutic agent is administered in increasing dosages to different patients starting from about 0.01 the level of presumed efficacy, and increasing by a factor of three until a level of about 10 times the effective mouse dosage is reached.

A phase II trial is performed to determine therapeutic efficacy. Patients with early to mid Alzheimer's Disease defined using Alzheimer's disease and Related Disorders Association (ADRDA) criteria for probable AD are selected. Suitable patients score in the 12–26 range on the Mini-Mental State Exam (MMSE). Other selection criteria are that patients are likely to survive the duration of the study and lack complicating issues such as use of concomitant medications that may interfere. Baseline evaluations of patient function are made using classic psychometric measures, such as the MMSE, and the ADAS, which is a comprehensive scale for evaluating patients with Alzheimer's Disease status and function. These psychometric scales provide a measure of progression of the Alzheimer's condition. Suitable qualitative life scales can also be used to monitor treatment. Disease progression can also be monitored by MRI. Blood profiles of patients can also be monitored including assays of immunogen-specific antibodies and T-cells responses.

Following baseline measures, patients begin receiving treatment. They are randomized and treated with either therapeutic agent or placebo in a blinded fashion. Patients

TABLE 23

| | Frontal Cortex Amyloid Burden | | | | | |
|---|---|---|---|---|---|---|
| | PBS | TY 11/15 | 3D6, 10 mg/kg | 3D6, 1 mg/kg | 3D6, 10 mg/kg/4 wks. | Active |
| N | 31 | 30 | 29 | 31 | 32 | 24 |
| Median (%AB) | 15.182297 | 13.303288 | 0.865671 | 2.286513 | 1.470956 | 2.162772 |
| Range | 0.160–31.961 | 0–61.706 | 0–7.064 | 0.077–63.362 | 0–10.688 | 0–30.715 |
| pValue (*M-W) | | .9425 ns | ***.0001 | ***<.0001 | ***<.0001 | ***.0004 |
| % Change | N/A | 12% | 94% | 85% | 90% | 86% |

TABLE 24

| | Frontal Cortex Neuritic Burden | | | | | |
|---|---|---|---|---|---|---|
| | PBS | TY 11/15 | 3D6, 10 mg/kg | 3D6, 1 mg/kg | 3D6, 10 mg/kg/4 wks. | Active |
| N | 31 | 30 | 29 | 31 | 32 | 24 |
| Median (% NB) | 0.3946 | 0.3958 | 0.4681 | 0.3649 | 0.4228 | 0.2344 |
| Range | 0–1.3828 | 0–2.6800 | 0–1.3098 | 0–1.5760 | 0–1.8215 | 0–1.1942 |
| p Value (*M-W) | | .8967 ns | .9587 ns | .6986 ns | >.9999 | ***.0381 |
| % Change | | 0% | 0% | 7% | 0% | 41% |

are monitored at least every six months. Efficacy is determined by a significant reduction in progression of a treatment group relative to a placebo group.

A second phase II trial is performed to evaluate conversion of patients from non-Alzheimer's Disease early memory loss, sometimes referred to as age-associated memory impairment (AAMI) or mild cognitive impairment (MCI), to probable Alzheimer's disease as defined as by ADRDA criteria. Patients with high risk for conversion to Alzheimer's Disease are selected from a non-clinical population by screening reference populations for early signs of memory loss or other difficulties associated with pre-Alzheimer's symptomatology, a family history of Alzheimer's Disease, genetic risk factors, age, sex, and other features found to predict high-risk for Alzheimer's Disease. Baseline scores on suitable metrics including the MMSE and the ADAS together with other metrics designed to evaluate a more normal population are collected. These patient populations are divided into suitable groups with placebo comparison against dosing alternatives with the agent. These patient populations are followed at intervals of about six months, and the endpoint for each patient is whether or not he or she converts to probable Alzheimer's Disease as defined by ADRDA criteria at the end of the observation.

General Materials and Methods

A. Preparation of Polyclonal and Monoclonal Aβ Antibodies

The anti-Aβ polyclonal antibody was prepared from blood collected from two groups of animals. The first group consisted of 100 female Swiss Webster mice, 6 to 8 weeks of age. They were immunized on days 0, 15, and 29 with 100 μg of AN1792 combined with CFA/IFA. A fourth injection was given on day 36 with one-half the dose of AN1792. Animals were exsanguinated upon sacrifice at day 42, serum was prepared and the sera were pooled to create a total of 64 ml. The second group consisted of 24 female mice isogenic with the PDAPP mice but nontransgenic for the human APP gene, 6 to 9 weeks of age. They were immunized on days 0, 14, 28 and 56 with 100 μg of AN1792 combined with CFA/IFA. These animals were also exsanguinated upon sacrifice at day 63, serum was prepared and pooled for a total of 14 ml. The two lots of sera were pooled. The antibody fraction was purified using two sequential rounds of precipitation with 50% saturated ammonium sulfate. The final precipitate was dialyzed against PBS and tested for endotoxin. The level of endotoxin was less than 1 EU/mg.

The anti-Aβ monoclonal antibodies were prepared from ascites fluid. The fluid was first delipidated by the addition of concentrated sodium dextran sulfate to ice-cold ascites fluid by stirring on ice to a reach a final concentration of 0.238%. Concentrated $CaCl_2$ was then added with stirring to reach a final concentration of 64 mM. This solution was centrifuged at 10,000×g and the pellet was discarded. The supernatant was stirred on ice with an equal volume of saturated ammonium sulfate added dropwise. The solution was centrifuged again at 10,000×g and the supernatant was discarded. The pellet was resuspended and dialyzed against 20 mM Tris-HCl, 0.4 M NaCl, pH 7.5. This fraction was applied to a Pharmacia FPLC Sepharose Q Column and eluted with a reverse gradient from 0.4 M to 0.275 M NaCl in 20 mM Tris-HCl, pH 7.5.

The antibody peak was identified by absorbance at 280 nm and appropriate fractions were pooled. The purified antibody preparation was characterized by measuring the protein concentration using the BCA method and the purity using SDS-PAGE. The pool was also tested for endotoxin. The level of endotoxin was less than 1 EU/mg. titers, titers less than 100 were arbitrarily assigned a titer value of 25.

B. Measurement of Antibody Titers

Mice were bled by making a small nick in the tail vein and collecting about 200 μl of blood into a microfuge tube. Guinea pigs were bled by first shaving the back hock area and then using an 18 gauge needle to nick the metatarsal vein and collecting the blood into microfuge tubes. Blood was allowed to clot for one hr at room temperature (RT), vortexed, then centrifuged at 14,000×g for 10 min to separate the clot from the serum. Serum was then transferred to a clean microfuge tube and stored at 4° C. until titered.

Antibody titers were measured by ELISA. 96-well microtiter plates (Costar EIA plates) were coated with 100 μl of a solution containing either 10 μg/ml either Aβ42 or SAPP or other antigens as noted in each of the individual reports in Well Coating Buffer (0.1 M sodium phosphate, pH 8.5, 0.1% sodium azide) and held overnight at RT. The wells were aspirated and sera were added to the wells starting at a 1/100 dilution in Specimen Diluent (0.014 M sodium phosphate, pH 7.4, 0.15 M NaCl, 0.6% bovine serum albumin, 0.05% thimerosal). Seven serial dilutions of the samples were made directly in the plates in three-fold steps to reach a final dilution of 1/218,700. The dilutions were incubated in the coated-plate wells for one hr at RT. The plates were then washed four times with PBS containing 0.05% Tween 20. The second antibody, a goat anti-mouse Ig conjugated to horseradish peroxidase (obtained from Boehringer Mannheim), was added to the wells as 100 μl of a 1/3000 dilution in Specimen Diluent and incubated for one hr at RT. Plates were again washed four times in PBS, Tween 20. To develop the chromogen, 100 μl of Slow TMB (3,3',5,5'-tetramethyl benzidine obtained from Pierce Chemicals) was added to each well and incubated for 15 min at RT. The reaction was stopped by the addition of 25 μl of 2 M $H_2SO_4$. The color intensity was then read on a Molecular Devices Vmax at (450 nm −650 nm).

Titers were defined as the reciprocal of the dilution of serum giving one half the maximum OD. Maximal OD was generally taken from an initial 1/100 dilution, except in cases with very high titers, in which case a higher initial dilution was necessary to establish the maximal OD. If the 50% point fell between two dilutions, a linear extrapolation was made to calculate the final titer. To calculate geometric mean antibody titers, titers less than 100 were arbitrarily assigned a titer value of 25.

C. Brain Tissue Preparation

After euthanasia, the brains were removed and one hemisphere was prepared for immunohistochemical analysis, while three brain regions (hippocampus, cortex and cerebellum) were dissected from the other hemisphere and used to measure the concentration of various AD proteins and APP forms using specific ELISAs (Johnson-Wood et al., supra).

Tissues destined for ELISAs were homogenized in 10 volumes of ice-cold guanidine buffer (5.0 M guanidine-HCl, 50 mM Tris-HCl, pH 8.0). The homogenates were mixed by gentle agitation using an Adams Nutator (Fisher) for three to four hr at RT, then stored at −20° C. prior to quantitation of Aβ and APP. Previous experiments had shown that the analytes were stable under this storage condition, and that synthetic Aβ protein (Bachem) could be quantitatively recovered when spiked into homogenates of control brain tissue from mouse littermates (Johnson-Wood et al., supra).

D. Measurement of Aβ Levels

The brain homogenates were diluted 1:10 with ice cold Casein Diluent (0.25% casein, PBS, 0.05% sodium azide, 20 μg/ml aprotinin, 5 mM EDTA pH 8.0, 10 μg/ml leupeptin)

and then centrifuged at 16,000×g for 20 min at 4° C. The synthetic Aβ protein standards (1–42 amino acids) and the APP standards were prepared to include 0.5 M guanidine and 0.1% bovine serum albumin (BSA) in the final composition. The "total" Aβ sandwich ELISA utilizes monoclonal antibody monoclonal antibody 266, specific for amino acids 13–28 of Aβ (Seubert et al., supra), as the capture antibody, and biotinylated monoclonal antibody 3D6, specific for amino acids 1–5 of Aβ (Johnson-Wood et al., supra), as the reporter antibody. The 3D6 monoclonal antibody does not recognize secreted APP or full-length APP, but detects only Aβ species with an amino-terminal aspartic acid. This assay has a lower limit of sensitivity of ~50 ng/ml (11 nM) and shows no cross-reactivity to the endogenous murine Aβ protein at concentrations up to 1 ng/ml (Johnson-Wood et al., supra).

The Aβ1–42 specific sandwich ELISA employs mAβ 21F12, specific for amino acids 33–42 of Aβ (Johnson-Wood, et al. supra), as the capture antibody. Biotinylated mAβ3D6 is also the reporter antibody in this assay which has a lower limit of sensitivity of about 125 μg/ml (28 μM, Johnson-Wood et al., supra). For the Aβ ELISAs, 100 μl of either mAβ266 (at 10 μg/ml) or mAβ21F12 at (5 βg/ml) was coated into the wells of 96-well immunoassay plates (Costar) by overnight incubation at RT. The solution was removed by aspiration and the wells were blocked by the addition of 200 μl of 0.25% human serum albumin in PBS buffer for at least 1 hr at RT. Blocking solution was removed and the plates were stored desiccated at 4° C. until used. The plates were rehydrated with Wash Buffer [Tris-buffered saline (0.15 M NaCl, 0.01 M Tris-HCl, pH 7.5), plus 0.05% Tween 20] prior to use. The samples and standards were added in triplicate aliquots of 100 μl per well and then incubated overnight at 4° C. The plates were washed at least three times with Wash Buffer between each step of the assay. The biotinylated mAβ3D6, diluted to 0.5 μg/ml in Casein Assay Buffer (0.25% casein, PBS, 0.05% Tween 20, pH 7.4), was added and incubated in the wells for 1 hr at RT. An avidin-horseradish peroxidase conjugate, (Avidin-HRP obtained from Vector, Burlingame, Calif.), diluted 1:4000 in Casein Assay Buffer, was added to the wells for 1 hr at RT. The colorimetric substrate, Slow TMB-ELISA (Pierce), was added and allowed to react for 15 minutes at RT, after which the enzymatic reaction was stopped by the addition of 25 μl 2 N H2SO4. The reaction product was quantified using a Molecular Devices Vmax measuring the difference in absorbance at 450 nm and 650 nm.

E. Measurement of APP Levels

Two different APP assays were utilized. The first, designated APP-α/FL, recognizes both APP-alpha (α) and full-length (FL) forms of APP. The second assay is specific for APP-α. The APP-α/FL assay recognizes secreted APP including the first 12 amino acids of Aβ. Since the reporter antibody (2H3) is not specific to the α-clip-site, occurring between amino acids 612–613 of APP$^{695}$ (Esch et al., Science 248:1122–1124 (1990)); this assay also recognizes full length APP (APP-FL). Preliminary experiments using immobilized APP antibodies to the cytoplasmic tail of APP-FL to deplete brain homogenates of APP-FL suggest that approximately 30–40% of the APP-α/FL APP is FL (data not shown). The capture antibody for both the APP-α/FL and APP-α assays is mAb 8E5, raised against amino acids 444 to 592 of the APP$^{695}$ form (Games et al., supra). The reporter mAb for the APP-α/FL assay is mAb 2H3, specific for amino acids 597–608 of APP$^{695}$ (Johnson-Wood et al., supra) and the reporter antibody for the APP-α assay is a biotinylated derivative of mAb 16H9, raised to amino acids 605 to 611 of APP. The lower limit of sensitivity of the APP-αFL assay is about 11 ng/ml (150 ρM) (Johnson-Wood et al.) and that of the APP-α specific assay is 22 ng/ml (0.3 nM). For both APP assays, mAb 8E5 was coated onto the wells of 96-well EIA plates as described above for mAb 266. Purified, recombinant secreted APP-α was used as the reference standard for the APP-α assay and the APP-α/FL assay (Esch et al., supra). The brain homogenate samples in 5 M guanidine were diluted 1:10 in ELISA Specimen Diluent (0.014 M phosphate buffer, pH 7.4, 0.6% bovine serum albumin, 0.05% thimerosal, 0.5 M NaCl, 0.1% NP40). They were then diluted 1:4 in Specimen Diluent containing 0.5 M guanidine. Diluted homogenates were then centrifuged at 16,000×g for 15 seconds at RT. The APP standards and samples were added to the plate in duplicate aliquots and incubated for 1.5 hr at RT. The biotinylated reporter antibody 2H3 or 16H9 was incubated with samples for 1 hr at RT. Streptavidin-alkaline phosphatase (Boehringer Mannheim), diluted 1:1000 in specimen diluent, was incubated in the wells for 1 hr at RT. The fluorescent substrate 4-methyl-umbellipheryl-phosphate was added for a 30-min RT incubation and the plates were read on a Cytofluor tm 2350 fluorimeter (Millipore) at 365 nm excitation and 450 nm emission.

F. Immunohistochemistry

Brains were fixed for three days at 40 C in 4% paraformaldehyde in PBS and then stored from one to seven days at 4° C. in 1% paraformaldehyde, PBS until sectioned. Forty-micron-thick coronal sections were cut on a vibratome at RT and stored in cryoprotectant (30% glycerol, 30% ethylene glycol in phosphate buffer) at −20° C. prior to immunohistochemical processing. For each brain, six sections at the level of the dorsal hippocampus, each separated by consecutive 240 μm intervals, were incubated overnight with one of the following antibodies: (1) a biotinylated anti-β (mAb, 3D6, specific for human Aβ) diluted to a concentration of 2 μg/ml in PBS and 1% horse serum; or (2) a biotinylated mAb specific for human APP, 8E5, diluted to a concentration of 3 μg/ml in PBS and 1.0% horse serum; or (3) a mAb specific for glial fibrillary acidic protein (GFAP; Sigma Chemical Co.) diluted 1:500 with 0.25% Triton X-100 and 1% horse serum, in Tris-buffered saline, pH 7.4 (TBS); or (4) a mAb specific for CD11b, MAC-1 antigen, (Chemicon International) diluted 1:100 with 0.25% Triton X-100 and 1% rabbit serum in TBS; or (5) a mAb specific for MHC II antigen, (Pharmingen) diluted 1:100 with 0.25% Triton X-100 and 1% rabbit serum in TBS; or (6) a rat mAb specific for CD 43 (Pharmingen) diluted 1:100 with 1% rabbit serum in PBS or (7) a rat mAb specific for CD 45RA (Pharmingen) diluted 1:100 with 1% rabbit serum in PBS; or (8) a rat monoclonal Aβ specific for CD 45RB (Pharmingen) diluted 1:100 with 1% rabbit serum in PBS; or (9) a rat monoclonal Aβ specific for CD 45 (Pharmingen) diluted 1:100 with 1% rabbit serum in PBS; or (10) a biotinylated polyclonal hamster Aβ specific for CD3e (Pharmingen) diluted 1:100 with 1% rabbit serum in PBS or (11) a rat mAb specific for CD3 (Serotec) diluted 1:200 with 1% rabbit serum in PBS; or with (12) a solution of PBS lacking a primary antibody containing 1% normal horse serum.

Sections reacted with antibody solutions listed in 1, 2 and 6–12 above were pretreated with 1.0% Triton X-100, 0.4% hydrogen peroxide in PBS for 20 min at RT to block endogenous peroxidase. They were next incubated overnight at 4° C. with primary antibody. Sections reacted with 3D6 or 8E5 or CD3e mAbs were then reacted for one hr at RT with a horseradish peroxidase-avidin-biotin-complex with kit components "A" and "B" diluted 1:75 in PBS (Vector Elite

Standard Kit, Vector Labs, Burlingame, Calif.). Sections reacted with antibodies specific for CD 45RA, CD 45RB, CD 45, CD3 and the PBS solution devoid of primary antibody were incubated for 1 hour at RT with biotinylated anti-rat IgG (Vector) diluted 1:75 in PBS or biotinylated anti-mouse IgG (Vector) diluted 1:75 in PBS, respectively. Sections were then reacted for one hr at RT with a horseradish peroxidase-avidin-biotin-complex with kit components "A" and "B" diluted 1:75 in PBS (Vector Elite Standard Kit, Vector Labs, Burlingame, Calif.).

Sections were developed in 0.01% hydrogen peroxide, 0.05% 3,3'-diaminobenzidine (DAB) at RT. Sections destined for incubation with the GFAP-, MAC-1- AND MHC II-specific antibodies were pretreated with 0.6% hydrogen peroxide at RT to block endogenous peroxidase then incubated overnight with the primary antibody at 4° C. Sections reacted with the GFAP antibody were incubated for 1 hr at RT with biotinylated anti-mouse IgG made in horse (Vector Laboratories; Vectastain Elite ABC Kit) diluted 1:200 with TBS. The sections were next reacted for one hr with an avidin-biotin-peroxidase complex (Vector Laboratories; Vectastain Elite ABC Kit) diluted 1:1000 with TBS. Sections incubated with the MAC-1-or MHC II-specific monoclonal antibody as the primary antibody were subsequently reacted for 1 hr at RT with biotinylated anti-rat IgG made in rabbit diluted 1:200 with TBS, followed by incubation for one hr with avidin-biotin-peroxidase complex diluted 1:1000 with TBS. Sections incubated with GFAP-, MAC-1- and MHC II-specific antibodies were then visualized by treatment at RT with 0.05% DAB, 0.01% hydrogen peroxide, 0.04% nickel chloride, TBS for 4 and 11 min, respectively.

Immunolabeled sections were mounted on glass slides (VWR, Superfrost slides), air dried overnight, dipped in Propar (Anatech) and overlaid with coverslips using Permount (Fisher) as the mounting medium.

To counterstain Aβ plaques, a subset of the GFAP-positive sections were mounted on Superfrost slides and incubated in aqueous 1% Thioflavin S (Sigma) for 7 min following immunohistochemical processing. Sections were then dehydrated and cleared in Propar, then overlaid with coverslips mounted with Permount.

G. Image Analysis

A Videometric 150 Image Analysis System (Oncor, Inc., Gaithersburg, Md.) linked to a Nikon Microphot-FX microscope through a CCD video camera and a Sony Trinitron monitor was used for quantification of the immunoreactive slides. The image of the section was stored in a video buffer and a color-and saturation-based threshold was determined to select and calculate the total pixel area occupied by the immunolabeled structures. For each section, the hippocampus was manually outlined and the total pixel area occupied by the hippocampus was calculated. The percent amyloid burden was measured as: (the fraction of the hippocampal area containing Aβ deposits immunoreactive with mAb 3D6)×100. Similarly, the percent neuritic burden was measured as: (the fraction of the hippocampal area containing dystrophic neurites reactive with monoclonal antibody 8E5)×100. The C-Imaging System (Compix, Inc., Cranberry Township, Pa.) operating the Simple 32 Software Application program was linked to a Nikon Microphot-FX microscope through an Optronics camera and used to quantitate the percentage of the retrospenial cortex occupied by GFAP-positive astrocytes and MAC-1- and MHC II-positive microglia. The image of the immunoreacted section was stored in a video buffer and a monochrome-based threshold was determined to select and calculate the total pixel area occupied by immunolabeled cells. For each section, the retrosplenial cortex (RSC) was manually outlined and the total pixel area occupied by the RSC was calculated. The percent astrocytosis was defined as: (the fraction of RSC occupied by GFAP-reactive astrocytes)×100. Similarly, percent microgliosis was defined as: (the fraction of the RSC occupied by MAC-1- or MHC II-reactive microglia)×100. For all image analyses, six sections at the level of the dorsal hippocampus, each separated by consecutive 240 μm intervals, were quantitated for each animal. In all cases, the treatment status of the animals was unknown to the observer.

Although the foregoing invention has been described in detail for purposes of clarity of understanding, it will be obvious that certain modifications may be practiced within the scope of the appended claims. All publications and patent documents cited herein, as well as text appearing in the figures and sequence listing, are hereby incorporated by reference in their entirety for all purposes to the same extent as if each were so individually denoted.

From the foregoing it will be apparent that the invention provides for a number of uses. For example, the invention provides for the use of any of the antibodies to Aβ described above in the treatment, prophylaxis or diagnosis of amyloidogenic disease, or in the manufacture of a medicament or diagnostic composition for use in the same.

SEQUENCE LISTING

```
<160> NUMBER OF SEQ ID NOS: 63

<210> SEQ ID NO 1
<211> LENGTH: 396
<212> TYPE: DNA
<213> ORGANISM: Mus musculus
<220> FEATURE:
<221> NAME/KEY: CDS
<222> LOCATION: (1)...(396)
<220> FEATURE:
<221> NAME/KEY: sig_peptide
<222> LOCATION: (1)...(60)

<400> SEQUENCE: 1

atg atg agt cct gcc cag ttc ctg ttt ctg tta gtg ctc tgg att cgg        48
Met Met Ser Pro Ala Gln Phe Leu Phe Leu Leu Val Leu Trp Ile Arg
```

-continued

-20 -15 -10 -5

gaa acc aac ggt tat gtt gtg atg acc cag act cca ctc act ttg tcg 96
Glu Thr Asn Gly Tyr Val Val Met Thr Gln Thr Pro Leu Thr Leu Ser
1 5 10

gtt acc att gga caa cca gcc tcc atc tct tgc aag tca agt cag agc 144
Val Thr Ile Gly Gln Pro Ala Ser Ile Ser Cys Lys Ser Ser Gln Ser
15 20 25

ctc tta gat agt gat gga aag aca tat ttg aat tgg ttg tta cag agg 192
Leu Leu Asp Ser Asp Gly Lys Thr Tyr Leu Asn Trp Leu Leu Gln Arg
30 35 40

cca ggc cag tct cca aag cgc cta atc tat ctg gtg tct aaa ctg gac 240
Pro Gly Gln Ser Pro Lys Arg Leu Ile Tyr Leu Val Ser Lys Leu Asp
45 50 55 60

tct gga gtc cct gac agg ttc act ggc agt gga tca ggg aca gat ttt 288
Ser Gly Val Pro Asp Arg Phe Thr Gly Ser Gly Ser Gly Thr Asp Phe
65 70 75

aca ctg aaa atc agc aga ata gag gct gag gat ttg gga ctt tat tat 336
Thr Leu Lys Ile Ser Arg Ile Glu Ala Glu Asp Leu Gly Leu Tyr Tyr
80 85 90

tgc tgg caa ggt aca cat ttt cct cgg acg ttc ggt gga ggc acc aag 384
Cys Trp Gln Gly Thr His Phe Pro Arg Thr Phe Gly Gly Gly Thr Lys
95 100 105

ctg gaa atc aaa 396
Leu Glu Ile Lys
110

<210> SEQ ID NO 2
<211> LENGTH: 132
<212> TYPE: PRT
<213> ORGANISM: Mus musculus
<220> FEATURE:
<221> NAME/KEY: SIGNAL
<222> LOCATION: (1)...(20)

<400> SEQUENCE: 2

Met Met Ser Pro Ala Gln Phe Leu Phe Leu Leu Val Leu Trp Ile Arg
-20 -15 -10 -5

Glu Thr Asn Gly Tyr Val Val Met Thr Gln Thr Pro Leu Thr Leu Ser
1 5 10

Val Thr Ile Gly Gln Pro Ala Ser Ile Ser Cys Lys Ser Ser Gln Ser
15 20 25

Leu Leu Asp Ser Asp Gly Lys Thr Tyr Leu Asn Trp Leu Leu Gln Arg
30 35 40

Pro Gly Gln Ser Pro Lys Arg Leu Ile Tyr Leu Val Ser Lys Leu Asp
45 50 55 60

Ser Gly Val Pro Asp Arg Phe Thr Gly Ser Gly Ser Gly Thr Asp Phe
65 70 75

Thr Leu Lys Ile Ser Arg Ile Glu Ala Glu Asp Leu Gly Leu Tyr Tyr
80 85 90

Cys Trp Gln Gly Thr His Phe Pro Arg Thr Phe Gly Gly Gly Thr Lys
95 100 105

Leu Glu Ile Lys
110

<210> SEQ ID NO 3
<211> LENGTH: 414
<212> TYPE: DNA
<213> ORGANISM: Mus musculus
<220> FEATURE:
<221> NAME/KEY: CDS

-continued

<222> LOCATION: (1)...(414)
<220> FEATURE:
<221> NAME/KEY: sig_peptide
<222> LOCATION: (1)...(57)

<400> SEQUENCE: 3

atg aac ttc ggg ctc agc ttg att ttc ctt gtc ctt gtt tta aaa ggt 48
Met Asn Phe Gly Leu Ser Leu Ile Phe Leu Val Leu Val Leu Lys Gly
-15 -10 -5

gtc cag tgt gaa gtg aag ctg gtg gag tct ggg gga ggc tta gtg aag 96
Val Gln Cys Glu Val Lys Leu Val Glu Ser Gly Gly Gly Leu Val Lys
1 5 10

cct gga gcg tct ctg aaa ctc tcc tgt gca gcc tct gga ttc act ttc 144
Pro Gly Ala Ser Leu Lys Leu Ser Cys Ala Ala Ser Gly Phe Thr Phe
15 20 25

agt aac tat ggc atg tct tgg gtt cgc cag aat tca gac aag agg ctg 192
Ser Asn Tyr Gly Met Ser Trp Val Arg Gln Asn Ser Asp Lys Arg Leu
30 35 40 45

gag tgg gtt gca tcc att agg agt ggt ggt ggt aga acc tac tat tca 240
Glu Trp Val Ala Ser Ile Arg Ser Gly Gly Gly Arg Thr Tyr Tyr Ser
50 55 60

gac aat gta aag ggc cga ttc acc atc tcc aga gag aat gcc aag aac 288
Asp Asn Val Lys Gly Arg Phe Thr Ile Ser Arg Glu Asn Ala Lys Asn
65 70 75

acc ctg tac ctg caa atg agt agt ctg aag tct gag gac acg gcc ttg 336
Thr Leu Tyr Leu Gln Met Ser Ser Leu Lys Ser Glu Asp Thr Ala Leu
80 85 90

tat tat tgt gtc aga tat gat cac tat agt ggt agc tcc gac tac tgg 384
Tyr Tyr Cys Val Arg Tyr Asp His Tyr Ser Gly Ser Ser Asp Tyr Trp
95 100 105

ggc cag ggc acc act gtc aca gtc tcc tca 414
Gly Gln Gly Thr Thr Val Thr Val Ser Ser
110 115

<210> SEQ ID NO 4
<211> LENGTH: 138
<212> TYPE: PRT
<213> ORGANISM: Mus musculus
<220> FEATURE:
<221> NAME/KEY: SIGNAL
<222> LOCATION: (1)...(19)

<400> SEQUENCE: 4

Met Asn Phe Gly Leu Ser Leu Ile Phe Leu Val Leu Val Leu Lys Gly
-15 -10 -5

Val Gln Cys Glu Val Lys Leu Val Glu Ser Gly Gly Gly Leu Val Lys
1 5 10

Pro Gly Ala Ser Leu Lys Leu Ser Cys Ala Ala Ser Gly Phe Thr Phe
15 20 25

Ser Asn Tyr Gly Met Ser Trp Val Arg Gln Asn Ser Asp Lys Arg Leu
30 35 40 45

Glu Trp Val Ala Ser Ile Arg Ser Gly Gly Gly Arg Thr Tyr Tyr Ser
50 55 60

Asp Asn Val Lys Gly Arg Phe Thr Ile Ser Arg Glu Asn Ala Lys Asn
65 70 75

Thr Leu Tyr Leu Gln Met Ser Ser Leu Lys Ser Glu Asp Thr Ala Leu
80 85 90

Tyr Tyr Cys Val Arg Tyr Asp His Tyr Ser Gly Ser Ser Asp Tyr Trp
95 100 105

Gly Gln Gly Thr Thr Val Thr Val Ser Ser

-continued

110 115

<210> SEQ ID NO 5
<211> LENGTH: 132
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<221> NAME/KEY: SIGNAL
<222> LOCATION: (1)...(20)
<223> OTHER INFORMATION: humanized 3D6 light chain variable region

<400> SEQUENCE: 5

Met Met Ser Pro Ala Gln Phe Leu Phe Leu Leu Val Leu Trp Ile Arg
-20 -15 -10 -5

Glu Thr Asn Gly Tyr Val Val Met Thr Gln Ser Pro Leu Ser Leu Pro
1 5 10

Val Thr Pro Gly Glu Pro Ala Ser Ile Ser Cys Lys Ser Ser Gln Ser
15 20 25

Leu Leu Asp Ser Asp Gly Lys Thr Tyr Leu Asn Trp Leu Leu Gln Lys
30 35 40

Pro Gly Gln Ser Pro Gln Arg Leu Ile Tyr Leu Val Ser Lys Leu Asp
45 50 55 60

Ser Gly Val Pro Asp Arg Phe Ser Gly Ser Gly Ser Gly Thr Asp Phe
65 70 75

Thr Leu Lys Ile Ser Arg Val Glu Ala Glu Asp Val Gly Val Tyr Tyr
80 85 90

Cys Trp Gln Gly Thr His Phe Pro Arg Thr Phe Gly Gln Gly Thr Lys
95 100 105

Val Glu Ile Lys
110

<210> SEQ ID NO 6
<211> LENGTH: 125
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens
<220> FEATURE:
<221> NAME/KEY: SIGNAL
<222> LOCATION: (1)...(13)

<400> SEQUENCE: 6

Met Gly Leu Leu Met Leu Trp Val Ser Gly Ser Ser Gly Asp Ile Val
-10 -5 1

Met Thr Gln Ser Pro Leu Ser Leu Pro Val Thr Pro Gly Glu Pro Ala
5 10 15

Ser Ile Ser Cys Arg Ser Ser Gln Ser Leu Leu His Ser Asn Gly Tyr
20 25 30 35

Asn Tyr Leu Asp Trp Tyr Leu Gln Lys Pro Gly Gln Ser Pro Gln Leu
40 45 50

Leu Ile Tyr Leu Gly Ser Asn Arg Ala Ser Gly Val Pro Asp Arg Phe
55 60 65

Ser Gly Ser Gly Ser Gly Thr Asp Phe Thr Leu Lys Ile Ser Arg Val
70 75 80

Glu Ala Glu Asp Val Gly Val Tyr Tyr Cys Met Gln Ala Leu Gln Thr
85 90 95

Pro Arg Thr Phe Gly Gln Gly Thr Lys Val Glu Ile Lys
100 105 110

<210> SEQ ID NO 7
<211> LENGTH: 100

-continued

<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 7

Asp Ile Val Met Thr Gln Ser Pro Leu Ser Leu Pro Val Thr Pro Gly
1 5 10 15

Glu Pro Ala Ser Ile Ser Cys Arg Ser Ser Gln Ser Leu Leu His Ser
20 25 30

Asn Gly Tyr Asn Tyr Leu Asp Trp Tyr Leu Gln Lys Pro Gly Gln Ser
35 40 45

Pro Gln Leu Leu Ile Tyr Leu Gly Ser Asn Arg Ala Ser Gly Val Pro
50 55 60

Asp Arg Phe Ser Gly Ser Gly Ser Gly Thr Asp Phe Thr Leu Lys Ile
65 70 75 80

Ser Arg Val Glu Ala Glu Asp Val Gly Val Tyr Tyr Cys Met Gln Ala
85 90 95

Leu Gln Thr Pro
100

<210> SEQ ID NO 8
<211> LENGTH: 138
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Humanized 3D6 heavy chain variable region
<220> FEATURE:
<221> NAME/KEY: SIGNAL
<222> LOCATION: (1)...(19)

<400> SEQUENCE: 8

Met Asn Phe Gly Leu Ser Leu Ile Phe Leu Val Leu Val Leu Lys Gly
-15 -10 -5

Val Gln Cys Glu Val Gln Leu Leu Glu Ser Gly Gly Gly Leu Val Gln
1 5 10

Pro Gly Gly Ser Leu Arg Leu Ser Cys Ala Ala Ser Gly Phe Thr Phe
15 20 25

Ser Asn Tyr Gly Met Ser Trp Val Arg Gln Ala Pro Gly Lys Gly Leu
30 35 40 45

Glu Trp Val Ala Ser Ile Arg Ser Gly Gly Gly Arg Thr Tyr Tyr Ser
50 55 60

Asp Asn Val Lys Gly Arg Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn
65 70 75

Ser Leu Tyr Leu Gln Met Asn Ser Leu Arg Ala Glu Asp Thr Ala Leu
80 85 90

Tyr Tyr Cys Val Arg Tyr Asp His Tyr Ser Gly Ser Ser Asp Tyr Trp
95 100 105

Gly Gln Gly Thr Leu Val Thr Val Ser Ser
110 115

<210> SEQ ID NO 9
<211> LENGTH: 121
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 9

Glu Val Gln Leu Leu Glu Ser Gly Gly Gly Leu Val Gln Pro Gly Gly
1 5 10 15

Ser Leu Arg Leu Ser Cys Ala Ala Ser Gly Phe Thr Phe Ser Ser Tyr
20 25 30

-continued

```
Ala Val Ser Trp Val Arg Gln Ala Pro Gly Lys Gly Leu Glu Trp Val
        35                  40                  45

Ser Ala Ile Ser Gly Ser Gly Gly Ser Thr Tyr Tyr Ala Asp Ser Val
    50                  55                  60

Lys Gly Arg Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn Ser Leu Tyr
65                  70                  75                  80

Leu Gln Met Asn Ser Leu Arg Ala Glu Asp Thr Ala Leu Tyr Tyr Cys
                85                  90                  95

Ala Lys Asp Asn Tyr Asp Phe Trp Ser Gly Thr Phe Asp Tyr Trp Gly
            100                 105                 110

Gln Gly Thr Leu Val Thr Val Ser Ser
        115                 120

<210> SEQ ID NO 10
<211> LENGTH: 98
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 10

Glu Val Gln Leu Leu Glu Ser Gly Gly Gly Leu Val Gln Pro Gly Gly
1               5                   10                  15

Ser Leu Arg Leu Ser Cys Ala Ala Ser Gly Phe Thr Phe Ser Ser Tyr
            20                  25                  30

Ala Met Ser Trp Val Arg Gln Ala Pro Gly Lys Gly Leu Glu Trp Val
        35                  40                  45

Ser Ala Ile Ser Gly Ser Gly Gly Ser Thr Tyr Tyr Ala Asp Ser Val
    50                  55                  60

Lys Gly Arg Phe Thr Ile Ser Arg Asp Asn Ser Lys Asn Thr Leu Tyr
65                  70                  75                  80

Leu Gln Met Asn Ser Leu Arg Ala Glu Asp Thr Ala Val Tyr Tyr Cys
                85                  90                  95

Ala Lys

SEQ ID NO 11
<211> LENGTH: 132
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<221> NAME/KEY: SIGNAL
<222> LOCATION: (1)...(20)
<223> OTHER INFORMATION: humanized 3D6 light chain variable region

<400> SEQUENCE: 11

Met Met Ser Pro Ala Gln Phe Leu Phe Leu Leu Val Leu Trp Ile Arg
-20                 -15                 -10                 -5

Glu Thr Asn Gly Asp Val Val Met Thr Gln Ser Pro Leu Ser Leu Pro
                1               5                   10

Val Thr Pro Gly Glu Pro Ala Ser Ile Ser Cys Lys Ser Ser Gln Ser
        15                  20                  25

Leu Leu Asp Ser Asp Gly Lys Thr Tyr Leu Asn Trp Leu Leu Gln Lys
    30                  35                  40

Pro Gly Gln Ser Pro Gln Arg Leu Ile Tyr Leu Val Ser Lys Leu Asp
45                  50                  55                  60

Ser Gly Val Pro Asp Arg Phe Ser Gly Ser Gly Ser Gly Thr Asp Phe
                65                  70                  75

Thr Leu Lys Ile Ser Arg Val Glu Ala Glu Asp Val Gly Val Tyr Tyr
            80                  85                  90
```

-continued

```
Cys Trp Gln Gly Thr His Phe Pro Arg Thr Phe Gly Gln Gly Thr Lys
        95                  100                 105

Val Glu Ile Lys
    110

<210> SEQ ID NO 12
<211> LENGTH: 138
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Humanized 3D6 light chain variable region
<220> FEATURE:
<221> NAME/KEY: SIGNAL
<222> LOCATION: (1)...(19)

<400> SEQUENCE: 12

Met Asn Phe Gly Leu Ser Leu Ile Phe Leu Val Leu Val Leu Lys Gly
                -15                 -10                 -5

Val Gln Cys Glu Val Gln Leu Leu Glu Ser Gly Gly Gly Leu Val Gln
            1               5                   10

Pro Gly Gly Ser Leu Arg Leu Ser Cys Ala Ala Ser Gly Phe Thr Phe
    15                  20                  25

Ser Asn Tyr Gly Met Ser Trp Val Arg Gln Ala Pro Gly Lys Gly Leu
30                  35                  40                  45

Glu Trp Val Ala Ser Ile Arg Ser Gly Gly Gly Arg Thr Tyr Tyr Ser
                50                  55                  60

Asp Asn Val Lys Gly Arg Phe Thr Ile Ser Arg Asp Asn Ser Lys Asn
            65                  70                  75

Thr Leu Tyr Leu Gln Met Asn Ser Leu Arg Ala Glu Asp Thr Ala Val
        80                  85                  90

Tyr Tyr Cys Val Arg Tyr Asp His Tyr Ser Gly Ser Ser Asp Tyr Trp
    95                  100                 105

Gly Gln Gly Thr Leu Val Thr Val Ser Ser
110                 115

<210> SEQ ID NO 13
<211> LENGTH: 393
<212> TYPE: DNA
<213> ORGANISM: Mus musculus
<220> FEATURE:
<221> NAME/KEY: CDS
<222> LOCATION: (1)...(393)
<220> FEATURE:
<221> NAME/KEY: sig_peptide
<222> LOCATION: (1)...(57)

<400> SEQUENCE: 13

atg aag ttg cct gtt agg ctg ttg gta ctg atg ttc tgg att cct gct      48
Met Lys Leu Pro Val Arg Leu Leu Val Leu Met Phe Trp Ile Pro Ala
                -15                 -10                 -5

tcc agc agt gat gtt ttg atg acc caa act cca ctc tcc ctg cct gtc      96
Ser Ser Ser Asp Val Leu Met Thr Gln Thr Pro Leu Ser Leu Pro Val
            1               5                   10

agt ctt gga gat caa gcc tcc atc tct tgc aga tct agt cag aac att     144
Ser Leu Gly Asp Gln Ala Ser Ile Ser Cys Arg Ser Ser Gln Asn Ile
    15                  20                  25

ata cat agt aat gga aac acc tat tta gaa tgg tac ctg cag aaa cca     192
Ile His Ser Asn Gly Asn Thr Tyr Leu Glu Trp Tyr Leu Gln Lys Pro
30                  35                  40                  45

ggc cag tct cca aag ctc ctg atc tac aaa gtt tcc aac cga ttt tct     240
Gly Gln Ser Pro Lys Leu Leu Ile Tyr Lys Val Ser Asn Arg Phe Ser
```

-continued

```
                50                  55                  60

ggg gtc cca gac agg ttc agt ggc agt gga tca ggg aca gat ttc aca      288
Gly Val Pro Asp Arg Phe Ser Gly Ser Gly Ser Gly Thr Asp Phe Thr
            65                  70                  75

ctc aag atc aag aaa gtg gag gct gag gat ctg gga att tat tac tgc      336
Leu Lys Ile Lys Lys Val Glu Ala Glu Asp Leu Gly Ile Tyr Tyr Cys
        80                  85                  90

ttt caa ggt tca cat gtt ccg ctc acg ttc ggt gct ggg acc aag ctg      384
Phe Gln Gly Ser His Val Pro Leu Thr Phe Gly Ala Gly Thr Lys Leu
    95                  100                 105

gag ctg gaa                                                          393
Glu Leu Glu
110

<210> SEQ ID NO 14
<211> LENGTH: 131
<212> TYPE: PRT
<213> ORGANISM: Mus musculus
<220> FEATURE:
<221> NAME/KEY: SIGNAL
<222> LOCATION: (1)...(19)

<400> SEQUENCE: 14

Met Lys Leu Pro Val Arg Leu Leu Val Leu Met Phe Trp Ile Pro Ala
                -15                 -10                 -5

Ser Ser Ser Asp Val Leu Met Thr Gln Thr Pro Leu Ser Leu Pro Val
            1               5                   10

Ser Leu Gly Asp Gln Ala Ser Ile Ser Cys Arg Ser Ser Gln Asn Ile
    15                  20                  25

Ile His Ser Asn Gly Asn Thr Tyr Leu Glu Trp Tyr Leu Gln Lys Pro
30                  35                  40                  45

Gly Gln Ser Pro Lys Leu Leu Ile Tyr Lys Val Ser Asn Arg Phe Ser
                50                  55                  60

Gly Val Pro Asp Arg Phe Ser Gly Ser Gly Ser Gly Thr Asp Phe Thr
            65                  70                  75

Leu Lys Ile Lys Lys Val Glu Ala Glu Asp Leu Gly Ile Tyr Tyr Cys
        80                  85                  90

Phe Gln Gly Ser His Val Pro Leu Thr Phe Gly Ala Gly Thr Lys Leu
    95                  100                 105

Glu Leu Glu
110

<210> SEQ ID NO 15
<211> LENGTH: 426
<212> TYPE: DNA
<213> ORGANISM: Mus musculus
<220> FEATURE:
<221> NAME/KEY: CDS
<222> LOCATION: (1)...(426)
<220> FEATURE:
<221> NAME/KEY: sig_peptide
<222> LOCATION: (1)...(57)

<400> SEQUENCE: 15

atg gac agg ctt act tcc tca ttc ctg ctg ctg att gtc cct gca tat      48
Met Asp Arg Leu Thr Ser Ser Phe Leu Leu Leu Ile Val Pro Ala Tyr
                -15                 -10                 -5

gtc ctg tcc cag gct act ctg aaa gag tct ggc cct gga ata ttg cag      96
Val Leu Ser Gln Ala Thr Leu Lys Glu Ser Gly Pro Gly Ile Leu Gln
            1               5                   10

tcc tcc cag acc ctc agt ctg act tgt tct ttc tct ggg ttt tca ctg      144
```

-continued

Ser Ser Gln Thr Leu Ser Leu Thr Cys Ser Phe Ser Gly Phe Ser Leu
15 20 25

agc act tct ggt atg gga gtg agc tgg att cgt cag cct tca gga aag 192
Ser Thr Ser Gly Met Gly Val Ser Trp Ile Arg Gln Pro Ser Gly Lys
30 35 40 45

ggt ctg gag tgg ctg gca cac att tac tgg gat gat gac aag cgc tat 240
Gly Leu Glu Trp Leu Ala His Ile Tyr Trp Asp Asp Asp Lys Arg Tyr
50 55 60

aac cca tcc ctg aag agc cgg ctc aca atc tcc aag gat acc tcc aga 288
Asn Pro Ser Leu Lys Ser Arg Leu Thr Ile Ser Lys Asp Thr Ser Arg
65 70 75

aag cag gta ttc ctc aag atc acc agt gtg gac cct gca gat act gcc 336
Lys Gln Val Phe Leu Lys Ile Thr Ser Val Asp Pro Ala Asp Thr Ala
80 85 90

aca tac tac tgt gtt cga agg ccc att act ccg gta cta gtc gat gct 384
Thr Tyr Tyr Cys Val Arg Arg Pro Ile Thr Pro Val Leu Val Asp Ala
95 100 105

atg gac tac tgg ggt caa gga acc tca gtc acc gtc tcc tca 426
Met Asp Tyr Trp Gly Gln Gly Thr Ser Val Thr Val Ser Ser
110 115 120

<210> SEQ ID NO 16
<211> LENGTH: 142
<212> TYPE: PRT
<213> ORGANISM: Mus musculus
<220> FEATURE:
<221> NAME/KEY: SIGNAL
<222> LOCATION: (1)...(19)

<400> SEQUENCE: 16

Met Asp Arg Leu Thr Ser Ser Phe Leu Leu Leu Ile Val Pro Ala Tyr
-15 -10 -5

Val Leu Ser Gln Ala Thr Leu Lys Glu Ser Gly Pro Gly Ile Leu Gln
1 5 10

Ser Ser Gln Thr Leu Ser Leu Thr Cys Ser Phe Ser Gly Phe Ser Leu
15 20 25

Ser Thr Ser Gly Met Gly Val Ser Trp Ile Arg Gln Pro Ser Gly Lys
30 35 40 45

Gly Leu Glu Trp Leu Ala His Ile Tyr Trp Asp Asp Asp Lys Arg Tyr
50 55 60

Asn Pro Ser Leu Lys Ser Arg Leu Thr Ile Ser Lys Asp Thr Ser Arg
65 70 75

Lys Gln Val Phe Leu Lys Ile Thr Ser Val Asp Pro Ala Asp Thr Ala
80 85 90

Thr Tyr Tyr Cys Val Arg Arg Pro Ile Thr Pro Val Leu Val Asp Ala
95 100 105

Met Asp Tyr Trp Gly Gln Gly Thr Ser Val Thr Val Ser Ser
110 115 120

<210> SEQ ID NO 17
<211> LENGTH: 136
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 17

tccgcaagct tgccgccacc atggacatgc gcgtgcccgc ccagctgctg ggcctgctga 60

tgctgtgggt gtccggctcc tccggctacg tggtgatgac ccagtccccc ctgtccctgc 120

-continued

ccgtgacccc cggcga 136

<210> SEQ ID NO 18
<211> LENGTH: 131
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 18

ctgggggac tggccgggct tctgcagcag ccagttcagg taggtcttgc cgtcggagtc 60

cagcagggac tgggaggact tgcaggagat ggaggcgggc tcgccggggg tcacgggcag 120

ggacaggggg g 131

<210> SEQ ID NO 19
<211> LENGTH: 146
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 19

acctgaactg gctgctgcag aagcccggcc agtcccccca gcgcctgatc tacctggtgt 60

ccaagctgga ctccggcgtg cccgaccgct tctccggctc cggctccggc accgacttca 120

ccctgaagat ctcccgcgtg gaggcc 146

<210> SEQ ID NO 20
<211> LENGTH: 142
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 20

aattctagga tccactcacg cttgatctcc accttggtgc cctggccgaa ggtgcggggg 60

aagtgggtgc cctgccagca gtagtacacg cccacgtcct cggcctccac gcgggagatc 120

ttcagggtga agtcggtgcc gg 142

<210> SEQ ID NO 21
<211> LENGTH: 16
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 21

ctgggggac tggccg 16

<210> SEQ ID NO 22
<211> LENGTH: 22
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 22

acctgaactg gctgctgcag aa 22

<210> SEQ ID NO 23
<211> LENGTH: 138
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence

-continued

<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 23

acagaaagct tgccgccacc atggagtttg ggctgagctg gctttttctt gtggctattt 60

taaaaggtgt ccagtgtgag gtgcagctgc tggagtccgg cggcggcctg gtgcagcccg 120

gcggctccct gcgcctgt 138

<210> SEQ ID NO 24
<211> LENGTH: 135
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 24

gccgccggag cggatggagg ccacccactc caggcccttg ccggggggcct ggcgcaccca 60

ggacatgccg tagttggaga aggtgaagcc ggaggcggcg caggacaggc gcagggagcc 120

gccgggctgc accag 135

<210> SEQ ID NO 25
<211> LENGTH: 142
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 25

ctggagtggg tggcctccat ccgctccggc ggcggccgca cctactactc cgacaacgtg 60

aagggccgct tcaccatctc ccgcgacaac gccaagaact ccctgtacct gcagatgaac 120

tccctgcgcg ccgaggacac cg 142

<210> SEQ ID NO 26
<211> LENGTH: 144
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 26

ctgcaaggat ccactcaccg gaggacacgg tcaccagggt gccctggccc cagtagtcgg 60

aggagccgga gtagtggtcg tagcgcacgc agtagtacag ggcggtgtcc tcggcgcgca 120

gggagttcat ctgcaggtac aggg 144

<210> SEQ ID NO 27
<211> LENGTH: 16
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 27

gccgccggag cggatg 16

<210> SEQ ID NO 28
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

-continued

<400> SEQUENCE: 28

ctggagtggg tggcctccat 20

<210> SEQ ID NO 29
<211> LENGTH: 19
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 29

tccgcaagct tgccgccac 19

<210> SEQ ID NO 30
<211> LENGTH: 29
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 30

aattctagga tccactcacg cttgatctc 29

<210> SEQ ID NO 31
<211> LENGTH: 23
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 31

acagaaagct tgccgccacc atg 23

<210> SEQ ID NO 32
<211> LENGTH: 22
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 32

ctgcaaggat ccactcaccg ga 22

<210> SEQ ID NO 33
<211> LENGTH: 10
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: native ABeta peptide

<400> SEQUENCE: 33

Asp Ala Glu Phe Arg His Asp Ser Gly Tyr
1 5 10

<210> SEQ ID NO 34
<211> LENGTH: 402
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: h3D6 version 1 VL

<400> SEQUENCE: 34

atggacatgc gcgtgcccgc ccagctgctg ggcctgctga tgctgtgggt gtccggctcc 60

tccggctacg tggtgatgac ccagtccccc ctgtccctgc ccgtgacccc cggcgagccc 120

-continued

```
gcctccatct cctgcaagtc ctcccagtcc ctgctggact ccgacggcaa gacctacctg    180

aactggctgc tgcagaagcc cggccagtcc ccccagcgcc tgatctacct ggtgtccaag    240

ctggactccg gcgtgcccga ccgcttctcc ggctccggct ccggcaccga cttcaccctg    300

aagatctccc gcgtggaggc cgaggacgtg ggcgtgtact actgctggca gggcacccac    360

ttcccccgca ccttcggcca gggcaccaag gtggagatca ag                       402
```

<210> SEQ ID NO 35
<211> LENGTH: 402
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: h3D6 version 2 VL

<400> SEQUENCE: 35

```
atggacatgc gcgtgcccgc ccagctgctg ggcctgctga tgctgtgggt gtccggctcc     60

tccggcgacg tggtgatgac ccagtccccc ctgtccctgc ccgtgacccc cggcgagccc    120

gcctccatct cctgcaagtc ctcccagtcc ctgctggact ccgacggcaa gacctacctg    180

aactggctgc tgcagaagcc cggccagtcc ccccagcgcc tgatctacct ggtgtccaag    240

ctggactccg gcgtgcccga ccgcttctcc ggctccggct ccggcaccga cttcaccctg    300

aagatctccc gcgtggaggc cgaggacgtg ggcgtgtact actgctggca gggcacccac    360

ttcccccgca ccttcggcca gggcaccaag gtggagatca ag                       402
```

<210> SEQ ID NO 36
<211> LENGTH: 414
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: h3D6 version 1 VH

<400> SEQUENCE: 36

```
atggagtttg ggctgagctg gctttttctt gtggctattt taaaaggtgt ccagtgtgag     60

gtgcagctgc tggagtccgg cggcggcctg gtgcagcccg gcggctccct gcgcctgtcc    120

tgcgccgcct ccggcttcac cttctccaac tacggcatgt cctgggtgcg ccaggccccc    180

ggcaagggcc tggagtgggt ggcctccatc cgctccggcg gcggccgcac ctactactcc    240

gacaacgtga agggccgctt caccatctcc cgcgacaacg ccaagaactc cctgtacctg    300

cagatgaact ccctgcgcgc cgaggacacc gccctgtact actgcgtgcg ctacgaccac    360

tactccggct cctccgacta ctggggccag ggcaccctgg tgaccgtgtc ctcc          414
```

<210> SEQ ID NO 37
<211> LENGTH: 414
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: h3D6 version 2 VH

<400> SEQUENCE: 37

```
atggagtttg ggctgagctg gctttttctt gtggctattt taaaaggtgt ccagtgtgag     60

gtgcagctgc tggagtccgg cggcggcctg gtgcagcccg gcggctccct gcgcctgtcc    120

tgcgccgcct ccggcttcac cttctccaac tacggcatgt cctgggtgcg ccaggccccc    180

ggcaagggcc tggagtgggt ggcctccatc cgctccggcg gcggccgcac ctactactcc    240

gacaacgtga agggccgctt caccatctcc cgcgacaact ccaagaacac cctgtacctg    300

cagatgaact ccctgcgcgc cgaggacacc gccgtgtact actgcgtgcg ctacgaccac    360
```

-continued

```
tactccggct cctccgacta ctggggccag ggcaccctgg tgaccgtgtc ctcc          414

<210> SEQ ID NO 38
<211> LENGTH: 770
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 38

Met Leu Pro Gly Leu Ala Leu Leu Leu Leu Ala Ala Trp Thr Ala Arg
1               5                   10                  15

Ala Leu Glu Val Pro Thr Asp Gly Asn Ala Gly Leu Leu Ala Glu Pro
            20                  25                  30

Gln Ile Ala Met Phe Cys Gly Arg Leu Asn Met His Met Asn Val Gln
        35                  40                  45

Asn Gly Lys Trp Asp Ser Asp Pro Ser Gly Thr Lys Thr Cys Ile Asp
    50                  55                  60

Thr Lys Glu Gly Ile Leu Gln Tyr Cys Gln Glu Val Tyr Pro Glu Leu
65                  70                  75                  80

Gln Ile Thr Asn Val Val Glu Ala Asn Gln Pro Val Thr Ile Gln Asn
                85                  90                  95

Trp Cys Lys Arg Gly Arg Lys Gln Cys Lys Thr His Pro His Phe Val
            100                 105                 110

Ile Pro Tyr Arg Cys Leu Val Gly Glu Phe Val Ser Asp Ala Leu Leu
        115                 120                 125

Val Pro Asp Lys Cys Lys Phe Leu His Gln Glu Arg Met Asp Val Cys
    130                 135                 140

Glu Thr His Leu His Trp His Thr Val Ala Lys Glu Thr Cys Ser Glu
145                 150                 155                 160

Lys Ser Thr Asn Leu His Asp Tyr Gly Met Leu Leu Pro Cys Gly Ile
                165                 170                 175

Asp Lys Phe Arg Gly Val Glu Phe Val Cys Cys Pro Leu Ala Glu Glu
            180                 185                 190

Ser Asp Asn Val Asp Ser Ala Asp Ala Glu Glu Asp Asp Ser Asp Val
        195                 200                 205

Trp Trp Gly Gly Ala Asp Thr Asp Tyr Ala Asp Gly Ser Glu Asp Lys
    210                 215                 220

Val Val Glu Val Ala Glu Glu Glu Glu Val Ala Glu Val Glu Glu Glu
225                 230                 235                 240

Glu Ala Asp Asp Asp Glu Asp Asp Glu Asp Gly Asp Glu Val Glu Glu
                245                 250                 255

Glu Ala Glu Glu Pro Tyr Glu Glu Ala Thr Glu Arg Thr Thr Ser Ile
            260                 265                 270

Ala Thr Thr Thr Thr Thr Thr Thr Glu Ser Val Glu Glu Val Val Arg
        275                 280                 285

Glu Val Cys Ser Glu Gln Ala Glu Thr Gly Pro Cys Arg Ala Met Ile
    290                 295                 300

Ser Arg Trp Tyr Phe Asp Val Thr Glu Gly Lys Cys Ala Pro Phe Phe
305                 310                 315                 320

Tyr Gly Gly Cys Gly Gly Asn Arg Asn Asn Phe Asp Thr Glu Glu Tyr
                325                 330                 335

Cys Met Ala Val Cys Gly Ser Ala Met Ser Gln Ser Leu Leu Lys Thr
            340                 345                 350

Thr Gln Glu Pro Leu Ala Arg Asp Pro Val Lys Leu Pro Thr Thr Ala
        355                 360                 365
```

-continued

```
Ala Ser Thr Pro Asp Ala Val Asp Lys Tyr Leu Glu Thr Pro Gly Asp
    370                 375                 380

Glu Asn Glu His Ala His Phe Gln Lys Ala Lys Glu Arg Leu Glu Ala
385                 390                 395                 400

Lys His Arg Glu Arg Met Ser Gln Val Met Arg Glu Trp Glu Glu Ala
                405                 410                 415

Glu Arg Gln Ala Lys Asn Leu Pro Lys Ala Asp Lys Lys Ala Val Ile
            420                 425                 430

Gln His Phe Gln Glu Lys Val Glu Ser Leu Glu Gln Glu Ala Ala Asn
        435                 440                 445

Glu Arg Gln Gln Leu Val Glu Thr His Met Ala Arg Val Glu Ala Met
    450                 455                 460

Leu Asn Asp Arg Arg Arg Leu Ala Leu Glu Asn Tyr Ile Thr Ala Leu
465                 470                 475                 480

Gln Ala Val Pro Pro Arg Pro Arg His Val Phe Asn Met Leu Lys Lys
                485                 490                 495

Tyr Val Arg Ala Glu Gln Lys Asp Arg Gln His Thr Leu Lys His Phe
            500                 505                 510

Glu His Val Arg Met Val Asp Pro Lys Lys Ala Ala Gln Ile Arg Ser
        515                 520                 525

Gln Val Met Thr His Leu Arg Val Ile Tyr Glu Arg Met Asn Gln Ser
    530                 535                 540

Leu Ser Leu Leu Tyr Asn Val Pro Ala Val Ala Glu Glu Ile Gln Asp
545                 550                 555                 560

Glu Val Asp Glu Leu Leu Gln Lys Glu Gln Asn Tyr Ser Asp Asp Val
                565                 570                 575

Leu Ala Asn Met Ile Ser Glu Pro Arg Ile Ser Tyr Gly Asn Asp Ala
            580                 585                 590

Leu Met Pro Ser Leu Thr Glu Thr Lys Thr Thr Val Glu Leu Leu Pro
        595                 600                 605

Val Asn Gly Glu Phe Ser Leu Asp Asp Leu Gln Pro Trp His Ser Phe
    610                 615                 620

Gly Ala Asp Ser Val Pro Ala Asn Thr Glu Asn Glu Val Glu Pro Val
625                 630                 635                 640

Asp Ala Arg Pro Ala Ala Asp Arg Gly Leu Thr Thr Arg Pro Gly Ser
                645                 650                 655

Gly Leu Thr Asn Ile Lys Thr Glu Glu Ile Ser Glu Val Lys Met Asp
            660                 665                 670

Ala Glu Phe Arg His Asp Ser Gly Tyr Glu Val His His Gln Lys Leu
        675                 680                 685

Val Phe Phe Ala Glu Asp Val Gly Ser Asn Lys Gly Ala Ile Ile Gly
    690                 695                 700

Leu Met Val Gly Gly Val Val Ile Ala Thr Val Ile Val Ile Thr Leu
705                 710                 715                 720

Val Met Leu Lys Lys Lys Gln Tyr Thr Ser Ile His His Gly Val Val
                725                 730                 735

Glu Val Asp Ala Ala Val Thr Pro Glu Glu Arg His Leu Ser Lys Met
            740                 745                 750

Gln Gln Asn Gly Tyr Glu Asn Pro Thr Tyr Lys Phe Phe Glu Gln Met
        755                 760                 765

Gln Asn
    770
```

-continued

<210> SEQ ID NO 39
<211> LENGTH: 40
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 39

actagtcgac atgaagttgc ctgttaggct gttggtgctg 40

<210> SEQ ID NO 40
<211> LENGTH: 39
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 40

actagtcgac atggagwcag acacactcct gytatgggt 39

<210> SEQ ID NO 41
<211> LENGTH: 40
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 41

actagtcgac atgagtgtgc tcactcaggt cctggsgttg 40

<210> SEQ ID NO 42
<211> LENGTH: 43
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 42

actagtcgac atgaggrccc ctgctcagwt tyttggmwtc ttg 43

<210> SEQ ID NO 43
<211> LENGTH: 40
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 43

actagtcgac atggatttwc aggtgcagat twtcagcttc 40

<210> SEQ ID NO 44
<211> LENGTH: 37
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 44

actagtcgac atgaggtkcy ytgytsagyt yctgrgg 37

<210> SEQ ID NO 45
<211> LENGTH: 41
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

-continued

<400> SEQUENCE: 45

actagtcgac atgggcwtca agatggagtc acakwyycwg g 41

<210> SEQ ID NO 46
<211> LENGTH: 41
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 46

actagtcgac atgtggggay ctktttycmm tttttcaatt g 41

<210> SEQ ID NO 47
<211> LENGTH: 35
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 47

actagtcgac atggtrtccw casctcagtt ccttg 35

<210> SEQ ID NO 48
<211> LENGTH: 37
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 48

actagtcgac atgtatatat gtttgttgtc tatttct 37

<210> SEQ ID NO 49
<211> LENGTH: 38
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 49

actagtcgac atggaagccc cagctcagct tctcttcc 38

<210> SEQ ID NO 50
<211> LENGTH: 27
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 50

ggatcccggg tggatggtgg gaagatg 27

<210> SEQ ID NO 51
<211> LENGTH: 37
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 51

actagtcgac atgaaatgca gctgggtcat sttcttc 37

<210> SEQ ID NO 52

-continued

<211> LENGTH: 36
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 52

actagtcgac atgggatgga gctrtatcat sytctt 36

<210> SEQ ID NO 53
<211> LENGTH: 37
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 53

actagtcgac atgaagwtgt ggttaaactg ggttttt 37

<210> SEQ ID NO 54
<211> LENGTH: 35
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 54

actagtcgac atgractttg ggytcagctt grttt 35

<210> SEQ ID NO 55
<211> LENGTH: 40
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 55

actagtcgac atggactcca ggctcaattt agttttcctt 40

<210> SEQ ID NO 56
<211> LENGTH: 37
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 56

actagtcgac atggctgtcy trgsgctrct cttctgc 37

<210> SEQ ID NO 57
<211> LENGTH: 36
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 57

actagtcgac atggratgga gckggrtctt tmtctt 36

<210> SEQ ID NO 58
<211> LENGTH: 33
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 58

-continued

```
actagtcgac atgagagtgc tgattctttt gtg                                33

<210> SEQ ID NO 59
<211> LENGTH: 40
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 59

actagtcgac atggmttggg tgtggamctt gctattcctg                         40

<210> SEQ ID NO 60
<211> LENGTH: 37
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 60

actagtcgac atgggcagac ttacattctc attcctg                            37

<210> SEQ ID NO 61
<211> LENGTH: 38
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 61

actagtcgac atggattttg ggctgatttt ttttattg                           38

<210> SEQ ID NO 62
<211> LENGTH: 37
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 62

actagtcgac atgatggtgt taagtcttct gtacctg                            37

<210> SEQ ID NO 63
<211> LENGTH: 27
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 63

ggatcccggg agtggataga ctgatgg                                       27
```

We claim:

1. A humanized immunoglobulin which specifically binds to beta amyloid peptide (Aβ) with a binding affinity of at least $10^7$ $M^{-1}$, or antigen binding fragment thereof, the humanized immunoglobulin or antigen binding fragment comprising:

(a) a light chain comprising a variable light chain region comprising the complementarity determining regions (CDRs) and at least one variable light chain framework residue selected from the group consisting of L1, L2, L4, L15, L35, L36, L38, L44, L46, L47, L48, L49, L64, L66, L68, L69, L71, L83, L85, L87, and L98 (Kabat numbering convention) from the 3D6 immunoglobulin light chain variable region sequence set forth as SEQ ID NO:2, wherein the remainder of the variable light chain region is from a human acceptor immunoglobulin light chain; and

(b) a heavy chain comprising a variable heavy chain region having the sequence as set forth in residues 1-119 of SEQ ID NO:8 or SEQ ID NO:12.

2. A humanized immunoglobulin which specifically binds to beta amyloid peptide (Aβ) with a binding affinity of at

least $10^7$ $M^{-1}$, or antigen binding fragment thereof, the humanized immunoglobulin or antigen binding fragment comprising:

(a) heavy chain comprising a variable heavy chain region comprising the complementarity determining regions (CDRs) and at least one variable heavy chain framework residue selected from the group consisting of H2, H24, H26, H27, H28, H29, H30, H37, H39, H40, H42, H45, H47, H48, H49, H67, H69, H71, H80, H91, H93, H94, and H103 (Kabat numbering convention) from the 3D6 immunoglobulin heavy chain variable region sequence set forth as SEQ ID NO:4, wherein the remainder of the variable heavy chain region is from a human acceptor immunoglobulin heavy chain; and

(b) a light chain comprising a variable light chain region having the sequence as set forth in residues 1–112 of SEQ ID NO:5 or SEQ ID NO:11.

3. The humanized immunoglobulin or antigen binding fragment of claim 1, wherein at least three variable light chain framework residues are selected from the group consisting of L1, L2, L4, L15, L35, L36, L38, L44, L46, L47, L48, L49, L64, L66, L68, L69, L71, L83, L85, L87, and L98 (Kabat numbering convention).

4. The humanized immunoglobulin or antigen binding fragment of claim 2, wherein at least three variable heavy chain framework residues are selected from the group consisting of H2, H24, H26, H27, H28, H29, H30, H37, H39, H40, H42, H45, H47, H48, H49, H67, H69, H71, H80, H91, H93, H94, and H103 (Kabat numbering convention).

5. A humanized immunoglobulin which specifically binds to beta amyloid peptide (Aβ) with a binding affinity of at least $10^7$ $M^{-1}$, or antigen binding fragment thereof, the humanized immunoglobulin or antigen binding fragment comprising:

(i) a light chain comprising a variable light chain region comprising

(a) the complementarity determining regions (CDRs) from the 3D6 immunoglobulin light chain variable region sequence set forth as SEQ ID NO:2;

(b) at least one variable light chain canonical framework residue selected from the group consisting of L2, L48, L64, and L71 (Kabat numbering convention) from SEQ ID NO:2; and

(c) at least one variable light chain interchain packing framework residue selected from the group consisting of L36, L38, L44, L46, L87, and L98 (Kabat numbering convention) from SEQ ID NO:2; and, optionally,

(d) at least one variable light chain vernier zone framework residue selected from the group consisting of L4, L35, L47, L49, L66, L68, and L69 (Kabat numbering convention) from SEQ ID NO:2, or at least one variable light chain rare framework residue selected from the group consisting of L1, L15, L83, and L85 (Kabat numbering convention) from SEQ ID NO:2,

wherein the remainder of the variable light chain region is from a human acceptor immunoglobulin light chain; and

(ii) a heavy chain comprising a variable heavy chain region having the sequence as set forth in residues 1–119 of SEQ ID NO:8 or SEQ ID NO: 12.

6. A humanized immunoglobulin which specifically binds to beta amyloid peptide (Aβ) with a binding affinity of at least $10^7$ $M^{-1}$, or antigen binding fragment thereof, the humanized immunoglobulin or antigen binding fragment comprising:

(i) a heavy chain comprising a variable heavy chain region comprising

(a) the complementarity determining regions (CDRs) from the 3D6 immunoglobulin heavy chain variable region sequence set forth as SEQ ID NO:4;

(b) at least one variable heavy chain canonical framework residue selected from the group consisting of H24, H26, H27, H29, H71, and H94 (Kabat numbering convention) from SEQ ID NO:4;

(c) at least one variable heavy chain interchain packing framework residue selected from the group consisting of H37, H39, H45, H47, H91, H93, and H103 (Kabat numbering convention) from SEQ ID NO:4; and,

(d) at least one variable heavy chain vernier zone framework residue selected from the group consisting of H2, H28, H30, H48, H49, H67, H69, and H80 (Kabat numbering convention) from SEQ ID NO:4, or at least one variable heavy chain rare framework residue selected from the group consisting of H40 and H42 (Kabat numbering convention) from SEQ ID NO:4, wherein the remainder of the variable heavy chain region is from a human acceptor immunoglobulin heavy chain; and

(ii) a light chain comprising a variable light chain region having the sequence as set forth in residues 1–112 of SEQ ID NO:5 or SEQ ID NO:11.

7. The humanized immunoglobulin or antigen binding fragment of claim 5, wherein the light chain comprises at least one substitution of a vernier zone framework residue selected from the group consisting of L4, L35, L47, L49, L66, L68, and L69 (Kabat numbering convention).

8. The humanized immunoglobulin or antigen-binding fragment of claim 5, wherein the light chain comprises at least one rare framework residue selected from the group consisting of L1, L15, L83, and L85 (Kabat numbering convention).

9. The humanized immunoglobulin or antigen-binding fragment of claim 6, wherein the heavy chain comprises at least one vernier zone framework residue selected from the group consisting of H2, H28, H30, H48, H49, H67, H69, and H80 (Kabat numbering convention).

10. The humanized immunoglobulin or antigen-binding fragment of claim 6, wherein the heavy chain comprises at least one rare framework residue selected from the group consisting of H40 and H42 (Kabat numbering convention).

11. A humanized immunoglobulin which specifically binds to beta amyloid peptide (Aβ) with a binding affinity of at least $10^7$ $M^{-1}$, or antigen binding fragment thereof, the humanized immunoglobulin or antigen binding fragment comprising:

(a) a light chain comprising a variable light chain region comprising the complementarity determining regions (CDRs) and at least one variable light chain framework residue selected from the group consisting of L1, L2, L36, and L46 (Kabat numbering convention) from the 3D6 immunoglobulin light chain variable region sequence set forth as SEQ ID NO:2, wherein the remainder of the variable framework region is from a human acceptor immunoglobulin light chain; and

(b) a heavy chain comprising a variable heavy chain region having the sequence as set forth in residues 1–119 of SEQ ID NO:8 or SEQ ID NO:12.

12. A humanized immunoglobulin which specifically binds to beta amyloid peptide (Aβ) with a binding affinity of at least $10^7$ $M^{-1}$, or antigen binding fragment thereof, the humanized immunoglobulin or antigen binding fragment comprising:

(a) a heavy chain comprising a variable heavy chain region comprising the complementarity determining

regions (CDRs) and at least one variable heavy chain framework residue selected from the group consisting of H49, H93 and H94 (Kabat numbering convention) from the 3D6 immunoglobulin heavy chain variable region sequence set forth as SEQ ID NO:4, wherein the remainder of the variable framework region is from a human acceptor immunoglobulin heavy chain; and

(b) a light chain comprising a variable light chain region having the sequence as set forth in residues 1–112 of SEQ ID NO:5 or SEQ ID NO:11.

**13**. A humanized immunoglobulin which specifically binds to beta amyloid peptide (Aβ) with a binding affinity of at least $10^7$ $M^{-1}$, or antigen binding fragment thereof, the humanized immunoglobulin or antigen binding fragment comprising:

(a) a light chain comprising a variable light chain region comprising the complementarity determining regions (CDRs) and variable framework residues L2, L36, and L46 (Kabat numbering convention) from the 3D6 immunoglobulin light chain variable region sequence set forth as SEQ ID NO:2, wherein the remainder of the variable light chain region is from a human acceptor immunoglobulin light chain; and

(b) a heavy chain comprising a variable heavy chain region having the sequence as set forth in residues 1–119 of SEQ ID NO:8 or SEQ ID NO:12.

**14**. A humanized immunoglobulin which specifically binds to beta amyloid peptide (Aβ) with a binding affinity of at least $10^7$ $M^{-1}$, or antigen binding fragment thereof, the humanized immunoglobulin or antigen binding fragment comprising:

(a) a heavy chain comprising a variable heavy chain region comprising the complementarity determining regions (CDRs) and variable framework residues H49, H93 and H94 (Kabat numbering convention) from the 3D6 immunoglobulin heavy chain variable region sequence set forth as SEQ ID NO:4, wherein the remainder of the variable heavy chain region is from a human acceptor immunoglobulin heavy chain; and

(b) a light chain comprising a variable light chain region having the sequence as set forth in residues 1–112 of SEQ ID NO:5 or SEQ ID NO: 11.

**15**. The humanized immunoglobulin or antigen binding fragment of any one of claims **3** and **8**, wherein the human acceptor light chain is of the subtype kappa II (Kabat convention).

**16**. The humanized immunoglobulin or antigen binding fragment of any one of claims **2**, **4**, **6**, **9**, **10**, **12**, and **14**, wherein the human acceptor heavy chain is of the subtype III (Kabat convention).

**17**. The humanized immunoglobulin or antigen binding fragment of claim **15**, wherein the human acceptor light chain is selected from the group consisting of Kabat ID 019230, Kabat ID 005131, Kabat ID 005058, Kabat ID 005057, Kabat ID 005059, Kabat ID U21040 and Kabat ID U41645.

**18**. The humanized immunoglobulin or antigen binding fragment of claim **15**, wherein the human acceptor light chain is Kabat ID 019230.

**19**. The humanized immunoglobulin or antigen binding fragment of claim **16**, wherein the human acceptor heavy chain is selected from the group consisting of Kabat ID 045919, Kabat ID 000459, Kabat ID 000553, Kabat ID 000386 and Kabat ID M23691.

**20**. The humanized immunoglobulin or antigen binding fragment of claim **16**, wherein the human acceptor heavy chain is Kabat ID 045919.

**21**. A humanized immunoglobulin which specifically binds to beta amyloid peptide (Aβ) with a binding affinity of at least $10^7$ $M^{-1}$, or antigen binding fragment thereof, the humanized immunoglobulin or antigen binding fragment comprising:

(a) a light chain comprising a variable light chain region comprising the complementarity determining regions (CDRs) and variable framework residues L1, L2, L36, and L46 (Kabat numbering convention) from the 3D6 immunoglobulin light chain variable region sequence set forth as SEQ ID NO:2, wherein the remainder of the variable light chain region is from a human acceptor immunoglobulin light chain; and

(b) a heavy chain comprising a variable heavy chain region having the sequence as set forth in residues 1–119 of SEQ ID NO:8 or SEQ ID NO:12.

**22**. The humanized immunoglobulin or antigen binding fragment of any one of claims **1**, **3**, **5**, **7**, **8**, **11**, **13**, and **21**, wherein the light chain variable region comprises at least one rare human framework residue and wherein the rare human framework residue is substituted with an amino acid residue which is common for human variable light chain sequences at that position.

**23**. The humanized immunoglobulin or antigen binding fragment of any one of claims **1**, **3**, **5**, **7**, **8**, **11**, **13**, and **21**, wherein the light chain variable region comprises at least one rare human framework residue and wherein the rare human framework residue is substituted with a corresponding amino acid residue from a germline variable light chain sequence.

**24**. The humanized immunoglobulin or antigen binding fragment of claim **23**, wherein the germline variable light chain sequence is selected from the group consisting of A1, A17, A18, A2, and A19.

**25**. The humanized immunoglobulin or antigen binding fragment of any one of claims **2**, **4**, **6**, **9**, **10**, **12**, and **14**, wherein the heavy chain variable region comprises at least one rare human framework residue and wherein the rare human framework residue is substituted with an amino acid residue which is common for human variable heavy chain sequences at that position.

**26**. The humanized immunoglobulin or antigen binding fragment of any one of claims **2**, **4**, **6**, **9**, **10**, **12**, and **14**, wherein the heavy chain variable region comprises at least one rare human framework residue and wherein the rare human framework residue is substituted with a corresponding amino acid residue from a germline variable heavy chain sequence.

**27**. The humanized immunoglobulin or antigen binding fragment of claim **26**, wherein the germline variable heavy chain sequence is selected from the group consisting of VH3-48, VH3-23, VH3-7, VH3-21 and VH3-11.

**28**. The humanized immunoglobulin or antigen binding fragment of claim **26**, wherein the germline variable heavy chain sequence is VH3-23.

**29**. The humanized immunoglobulin or antigen binding fragment of claim **22**, wherein the rare framework residue is selected based on occurrence at that position in less than 10% of human light chain variable region sequences in the light chain variable region subgroup, and the common residue is selected based on an occurrence at that position in greater than 50% of sequences in the light chain variable region subgroup.

**30**. The humanized immunoglobulin or antigen binding fragment of claim **25**, wherein the rare framework residue is selected based on occurrence at that position in less than 10% of human heavy chain variable region sequences in the

heavy chain variable region subgroup, and the common residue is selected based on an occurrence at that position in greater than 50% of sequences in the heavy chain variable region subgroup.

31. The humanized immunoglobulin or antigen binding fragment of any one of claims **1**, **3**, **5**, **7**, **8**, **11**, **13**, and **21**, wherein the human light chain variable region framework is a human kappa light chain variable region.

32. The humanized immunoglobulin or antigen binding fragment of any one of claims **4**, **9**, and **10**, wherein the human heavy chain variable region framework is a human immunoglobulin IgG1 heavy chain variable region.

33. The humanized immunoglobulin or antigen binding fragment of any one of claims **3**, **4** and **7–10**, wherein the constant regions are derived from human IgG1.

34. The humanized immunoglobulin or antigen binding fragment of any one of claims **3**, **4** and **7–10**, wherein the constant regions are derived from human IgG4.

35. The humanized immunoglobulin or antigen binding fragment of any one of claims **3**, **4** and **7–10**, which specifically binds to beta amyloid peptide (Aβ) with a binding affinity of at least $10^8$ $M^{-1}$.

36. The humanized immunoglobulin or antigen binding fragment of claim **35**, which specifically binds to beta amyloid peptide (Aβ) with a binding affinity of at least $10^9$ $M^{-1}$.

37. The humanized immunoglobulin or antigen binding fragment of any one of claims **1–14** and **21**, wherein the heavy chain isotype is γ1.

38. The humanized immunoglobulin or antigen binding fragment of any one of claims **1–14** and **21**, which binds to both soluble beta amyloid peptide (Aβ) and aggregated Aβ.

39. The humanized immunoglobulin or antigen binding fragment of claim **38**, wherein the soluble beta amyloid peptide (Aβ) is disaggregated Aβ.

40. The humanized immunoglobulin or antigen binding fragment of any one of claims **1–14** and **21**, which mediates phagocytosis of beta amyloid peptide (Aβ).

41. The humanized immunoglobulin or antigen binding fragment of any one of claims **1–14** and **21**, which crosses the blood-brain barrier in a subject.

42. The humanized immunoglobulin or antigen binding fragment of any one of claims **1–14** and **21**, which reduces beta amyloid peptide (Aβ) burden in a subject.

43. The humanized immunoglobulin or antigen binding fragment of claim **1**, wherein the variable heavy chain region is as set forth in residues 1–119 of SEQ ID NO:8.

44. The humanized immunoglobulin or antigen binding fragment of claim **1**, wherein the variable heavy chain region is as set forth in residues 1–119 of SEQ ID NO:12.

45. The humanized immunoglobulin or antigen binding fragment of claim **2**, wherein the variable light chain region is as set forth in residues 1–112 of SEQ ID NO:5.

46. The humanized immunoglobulin or antigen binding fragment of claim **2**, wherein the variable light chain region is as set forth in residues 1–112 of SEQ ID NO:11.

47. A kit comprising the humanized immunoglobulin or antigen-binding fragment of any one of claims **1–14**, and **21**, together with instructions for use.

48. The humanized immunoglobulin or antigen binding fragment of claim **1**, wherein the human acceptor light chain is of the subtype kappa II (Kabat convention).

49. The humanized immunoglobulin or antigen binding fragment of claim **5**, wherein the human acceptor light chain is of the subtype kappa II (Kabat convention).

50. The humanized immunoglobulin or antigen binding fragment of claim **7**, wherein the human acceptor light chain is of the subtype kappa II (Kabat convention).

51. The humanized immunoglobulin or antigen binding fragment of claim **11**, wherein the human acceptor light chain is of the subtype kappa II (Kabat convention).

52. The humanized immunoglobulin or antigen binding fragment of claim **13**, wherein the human acceptor light chain is of the subtype kappa II (Kabat convention).

53. The humanized immunoglobulin or antigen binding fragment of claim **21**, wherein the human acceptor light chain is of the subtype kappa II (Kabat convention).

54. The humanized immunoglobulin or antigen binding fragment of claim **2**, wherein the human heavy chain variable region framework is a human immunoglobulin IgG1 heavy chain variable region.

55. The humanized immunoglobulin or antigen binding fragment of claim **6**, wherein the human heavy chain variable region framework is a human immunoglobulin IgG1 heavy chain variable region.

56. The humanized immunoglobulin or antigen binding fragment of claim **12**, wherein the human heavy chain variable region framework is a human immunoglobulin IgG1 heavy chain variable region.

57. The humanized immunoglobulin or antigen binding fragment of claim **14**, wherein the human heavy chain variable region framework is a human immunoglobulin IgG1 heavy chain variable region.

58. The humanized immunoglobulin or antigen binding fragment of claim **16**, wherein the human heavy chain variable region framework is a human immunoglobulin IgG1 heavy chain variable region.

59. The humanized immunoglobulin or antigen binding fragment of claim **19**, wherein the human heavy chain variable region framework is a human immunoglobulin IgG1 heavy chain variable region.

60. The humanized immunoglobulin or antigen binding fragment of claim **20**, wherein the human heavy chain variable region framework is a human immunoglobulin IgG1 heavy chain variable region.

61. The humanized immunoglobulin or antigen binding fragment of claim **1**, wherein the constant regions are derived from human IgG1.

62. The humanized immunoglobulin or antigen binding fragment of claim **2**, wherein the constant regions are derived from human IgG1.

63. The humanized immunoglobulin or antigen binding fragment of claim **5**, wherein the constant regions are derived from human IgG1.

64. The humanized immunoglobulin or antigen binding fragment of claim **6**, wherein the constant regions are derived from human IgG1.

65. The humanized immunoglobulin or antigen binding fragment of claim **11**, wherein the constant regions are derived from human IgG1.

66. The humanized immunoglobulin or antigen binding fragment of claim **12**, wherein the constant regions are derived from human IgG1.

67. The humanized immunoglobulin or antigen binding fragment of claim **13**, wherein the constant regions are derived from human IgG1.

68. The humanized immunoglobulin or antigen binding fragment of claim **14**, wherein the constant regions are derived from human IgG1.

69. The humanized immunoglobulin or antigen binding fragment of claim **21**, wherein the constant regions are derived from human IgG1.

70. The humanized immunoglobulin or antigen binding fragment of claim 1, wherein the constant regions are derived from human IgG4.

71. The humanized immunoglobulin or antigen binding fragment of claim 2, wherein the constant regions are derived from human IgG4.

72. The humanized immunoglobulin or antigen binding fragment of claim 5, wherein the constant regions are derived from human IgG4.

73. The humanized immunoglobulin or antigen binding fragment of claim 6, wherein the constant regions are derived from human IgG4.

74. The humanized immunoglobulin or antigen binding fragment of claim 11, wherein the constant regions are derived from human IgG4.

75. The humanized immunoglobulin or antigen binding fragment of claim 12, wherein the constant regions are derived from human IgG4.

76. The humanized immunoglobulin or antigen binding fragment of claim 13, wherein the constant regions are derived from human IgG4.

77. The humanized immunoglobulin or antigen binding fragment of claim 14, wherein the constant regions are derived from human IgG4.

78. The humanized immunoglobulin or antigen binding fragment of claim 21, wherein the constant regions are derived from human IgG4.

79. The humanized immunoglobulin or antigen binding fragment of claim 1, which specifically binds to beta amyloid peptide (Aβ) with a binding affinity of at least $10^8$ $M^{-1}$.

80. The humanized immunoglobulin or antigen binding fragment of claim 2, which specifically binds to beta amyloid peptide (Aβ) with a binding affinity of at least $10^8$ $M^{-1}$.

81. The humanized immunoglobulin or antigen binding fragment of claim 5, which specifically binds to beta amyloid peptide (Aβ) with a binding affinity of at least $10^8$ $M^{-1}$.

82. The humanized immunoglobulin or antigen binding fragment of claim 6, which specifically binds to beta amyloid peptide (Aβ) with a binding affinity of at least $10^8$ $M^{-1}$.

83. The humanized immunoglobulin or antigen binding fragment of claim 11, which specifically binds to beta amyloid peptide (Aβ) with a binding affinity of at least $10^8$ $M^{-1}$.

84. The humanized immunoglobulin or antigen binding fragment of claim 12, which specifically binds to beta amyloid peptide (Aβ) with a binding affinity of at least $10^8$ $M^{-1}$.

85. The humanized immunoglobulin or antigen binding fragment of claim 13, which specifically binds to beta amyloid peptide (Aβ) with a binding affinity of at least $10^8$ $M^{-1}$.

86. The humanized immunoglobulin or antigen binding fragment of claim 14, which specifically binds to beta amyloid peptide (Aβ) with a binding affinity of at least $10^8$ $M^{-1}$.

87. The humanized immunoglobulin or antigen binding fragment of claim 21, which specifically binds to beta amyloid peptide (Aβ) with a binding affinity of at least $10^8$ $M^{-1}$.

88. The humanized immunoglobulin or antigen binding fragment of claim 5, wherein the variable heavy chain region is as set forth in residues 1–119 of SEQ ID NO:8.

89. The humanized immunoglobulin or antigen binding fragment of claim 11, wherein the variable heavy chain region is as set forth in residues 1–119 of SEQ ID NO:8.

90. The humanized immunoglobulin or antigen binding fragment of claim 13, wherein the variable heavy chain region is as set forth in residues 1–119 of SEQ ID NO:8.

91. The humanized immunoglobulin or antigen binding fragment of claim 21, wherein the variable heavy chain region is as set forth in residues 1–119 of SEQ ID NO:8.

92. The humanized immunoglobulin or antigen binding fragment of claim 5, wherein the variable heavy chain region is as set forth in residues 1–119 of SEQ ID NO:12.

93. The humanized immunoglobulin or antigen binding fragment of claim 11, wherein the variable heavy chain region is as set forth in residues 1–119 of SEQ ID NO:12.

94. The humanized immunoglobulin or antigen binding fragment of claim 13, wherein the variable heavy chain region is as set forth in residues 1–119 of SEQ ID NO:12.

95. The humanized immunoglobulin or antigen binding fragment of claim 21, wherein the variable heavy chain region is as set forth in residues 1–119 of SEQ ID NO:12.

96. The humanized immunoglobulin or antigen binding fragment of claim 6, wherein the variable light chain region is as set forth in residues 1–112 of SEQ ID NO:5.

97. The humanized immunoglobulin or antigen binding fragment of claim 12, wherein the variable light chain region is as set forth in residues 1–112 of SEQ ID NO:5.

98. The humanized immunoglobulin or antigen binding fragment of claim 14, wherein the variable light chain region is as set forth in residues 1–1 12 of SEQ ID NO:5.

99. The humanized immunoglobulin or antigen binding fragment of claim 6, wherein the variable light chain region is as set forth in residues 1–1 12 of SEQ ID NO:11.

100. The humanized immunoglobulin or antigen binding fragment of claim 12, wherein the variable light chain region is as set forth in residues 1–112 of SEQ ID NO:11.

101. The humanized immunoglobulin or antigen binding fragment of claim 14, wherein the variable light chain region is as set forth in residues 1–112 of SEQ ID NO:11.

102. An immunoglobulin which specifically binds to beta amyloid peptide (Aβ), or antigen-binding fragment thereof, comprising a variable heavy chain region set as forth in residues 1–119 of SEQ ID NO:8 and a variable light chain region as set forth in residues 1–112 of SEQ ID NO:11.

103. An immunoglobulin which specifically binds to beta amyloid peptide (Aβ), or antigen-binding fragment thereof, comprising a variable heavy chain region as set forth in residues 1–119 of SEQ ID NO:12, and a variable light chain region as set forth in residues 1–112 of SEQ ID NO:5.

104. An immunoglobulin comprising a variable heavy chain region as set forth in residues 1–119 of SEQ ID NO:8, a variable light chain region as set forth in residues 1–112 of SEQ ID NO:11, and constant regions from human IgG1.

105. An immunoglobulin comprising a variable heavy chain region as set forth in residues 1–119 of SEQ ID NO: 12, a light chain region as set forth in residues 1–112 of SEQ ID NO:5, and constant regions from human IgG1.

106. An immunoglobulin which specifically binds to beta amyloid peptide (Aβ), or antigen-binding fragment thereof, comprising a variable heavy chain region as set forth in residues 1–119 of SEQ ID NO:8 and a variable light chain region as set forth in residues 1–112 of SEQ ID NO:5.

107. An immunoglobulin which specifically binds to beta amyloid peptide (Aβ), or antigen-binding fragment thereof, comprising a variable heavy chain region as set forth in residues 1–119 of SEQ ID NO:12 and a light chain region as set forth in residues 1–112 of SEQ ID NO:11.

108. An immunoglobulin comprising a variable heavy chain region as set forth in residues 1–119 of SEQ ID NO:8,

a variable light chain region as set forth in residues 1–112 of SEQ ID NO:5, and constant regions from human IgG1.

**109**. An immunoglobulin comprising a variable heavy chain region as set forth in residues 1–119 of SEQ ID NO:12, a light chain region as set forth in residues 1–112 of SEQ ID NO:11, and constant regions from human IgG1.

**110**. A pharmaceutical composition comprising:

(i) a humanized immunoglobulin which specifically binds to beta amyloid peptide (Aβ) with a binding affinity of at least $10^7$ $M^{-1}$, or antigen-binding fragment thereof, the humanized immunoglobulin or antigen-binding fragment comprising

(a) a light chain comprising a variable light chain region comprising the complementarity determining regions (CDRs) and at least one variable light chain framework residue selected from the group consisting of L1, L2, L4, L15, L35, L36, L38, L44, L46, L47, L48, L49, L64, L66, L68, L69, L71, L83, L85, L87, and L98 (Kabat numbering convention) from the 3D6 immunoglobulin light chain variable region sequence set forth as SEQ ID NO:2, wherein the remainder of the variable light chain region is from a human acceptor immunoglobulin light chain, and

(b) a heavy chain comprising a variable heavy chain region having the sequence as set forth in residues 1–119 of SEQ ID NO:8 or SEQ ID NO:12; and

(ii) a pharmaceutical carrier.

**111**. A pharmaceutical composition comprising:

(i) a humanized immunoglobulin which specifically binds to beta amyloid peptide (Aβ) with a binding affinity of at least $10^7$ $M^{-1}$, or antigen binding fragment thereof, the humanized immunoglobulin or antigen binding fragment comprising

(a) heavy chain comprising a variable heavy chain region comprising the complementarity determining regions (CDRs) and at least one variable heavy chain framework residue selected from the group consisting of H2, H24, H26, H27, H28, H29, H30, H37, H39, H40, H42, H45, H47, H48, H49, H67, H69, H71, H80, H91, H93, H94, and H103 (Kabat numbering convention) from the 3D6 immunoglobulin heavy chain variable region sequence set forth as SEQ ID NO:4, wherein the remainder of the variable heavy chain region is from a human acceptor immunoglobulin heavy chain, and

(b) a light chain comprising a variable light chain region having the sequence as set forth in residues 1–112 of SEQ ID NO:5 or SEQ ID NO:11; and

(ii) a pharmaceutical carrier.

**112**. A pharmaceutical composition comprising:

(i) a humanized immunoglobulin which specifically binds to beta amyloid peptide (Aβ) with a binding affinity of at least $10^7$ $M^{-1}$, or antigen binding fragment thereof, the humanized immunoglobulin or antigen binding fragment comprising:

(1) a light chain comprising a variable light chain region comprising

(a) the complementarity determining regions (CDRs) from the 3D6 immunoglobulin light chain variable region sequence set forth as SEQ ID NO:2;

(b) at least one variable light chain canonical framework residue selected from the group consisting of L2, L48, L64, and L71 (Kabat numbering convention) from SEQ ID NO:2; and

(c) at least one variable light chain interchain packing framework residue selected from the group consisting of L36, L38, L44, L46, L87, and L98 (Kabat numbering convention) from SEQ ID NO:2; and, optionally,

(d) at least one variable light chain vernier zone framework residue selected from the group consisting of L4, L35, L47, L49, L66, L68, and L69 (Kabat numbering convention) from SEQ ID NO:2, or at least one variable light chain rare framework residue selected from the group consisting of L1, L15, L83, and L85 (Kabat numbering convention) from SEQ ID NO:2, wherein the remainder of the variable light chain region is from a human acceptor immunoglobulin light chain; and

(2) a heavy chain comprising a variable heavy chain region having the sequence as setforth in residues 1–119 of SEQ ID NO:8 or SEQ ID NO:12; and

(ii) a pharmaceutical carrier.

**113**. A pharmaceutical composition comprising:

(i) a humanized immunoglobulin which specifically binds to beta amyloid peptide (Aβ) with a binding affinity of at least $10^7$ $M^{-1}$, or antigen binding fragment thereof, the humanized immunoglobulin or antigen binding fragment comprising

(1) a heavy chain comprising a variable heavy chain region comprising

(a) the complementarity determining regions (CDRs) from the 3D6 immunoglobulin heavy chain variable region sequence set forth as SEQ ID NO:4;

(b) at least one variable heavy chain canonical framework residue selected from the group consisting of H24, H26, H27, H29, H71, and H94 (Kabat numbering convention) from SEQ ID NO:4;

(c) at least one variable heavy chain interchain packing framework residue selected from the group consisting of H37, H39, H45, H47, H91, H93, and H103 (Kabat numbering convention) from SEQ ID NO:4; and

(d) at least one variable heavy chain vernier zone framework residue selected from the group consisting of H2, H28, H30, H48, H49, H67, H69, and H80 (Kabat numbering convention) from SEQ ID NO:4, or at least one variable heavy chain rare framework residue selected from the group consisting of H40 and H42 (Kabat numbering convention) from SEQ ID NO:4, wherein the remainder of the variable heavy chain region is from a human acceptor immunoglobulin heavy chain, and

(2) a light chain comprising a variable light chain region having the sequence as set forth in residues 1–112 of SEQ ID NO:5 or SEQ ID NO:11; and

(ii) a pharmaceutical carrier.

**114**. A pharmaceutical composition comprising:

(i) a humanized immunoglobulin which specifically binds to beta amyloid peptide (Aβ) with a binding affinity of at least $10^7$ $M^{-1}$, or antigen binding fragment thereof, the humanized immunoglobulin or antigen binding fragment comprising:

(a) a light chain comprising a variable light chain region comprising the complementarity determining regions (CDRs) and at least one variable light chain framework residue selected from the group consisting of L1, L2, L36, and L46 (Kabat numbering convention) from the 3D6 immunoglobulin light chain variable region sequence set forth as SEQ ID NO:2, wherein the remainder of the variable light chain region is from a human acceptor immunoglobulin light chain, and

(b) a heavy chain comprising a variable heavy chain region having the sequence as setforth in residues 1–119 of SEQ ID NO:8 or SEQ ID NO:12; and

(ii) a pharmaceutical carrier.

115. A pharmaceutical composition comprising:

(i) a humanized immunoglobulin which specifically binds to beta amyloid peptide (Aβ) with a binding affinity of at least $10^7$ $M^{-1}$, or antigen binding fragment thereof, the humanized immunoglobulin or antigen binding fragment comprising

(a) a heavy chain comprising a variable heavy chain region comprising the complementarity determining regions (CDRs) and at least one variable heavy chain framework residue selected from the group consisting of H49, H93 and H94 (Kabat numbering convention) from the 3D6 immunoglobulin heavy chain variable region sequence set forth as SEQ ID NO:4, wherein the remainder of the variable heavy chain region is from a human acceptor immunoglobulin heavy chain, and

(b) a light chain comprising a variable light chain region having the sequence as set forth in residues 1–112 of SEQ ID NO:5 or SEQ ID NO:11; and

(ii) a pharmaceutical carrier.

116. A pharmaceutical composition comprising:

(i) a humanized immunoglobulin which specifically binds to beta amyloid peptide (Aβ) with a binding affinity of at least $10^7$ $M^{-1}$, or antigen binding fragment thereof, the humanized immunoglobulin or antigen binding fragment comprising

(a) a light chain comprising a variable light chain region comprising the complementarity determining regions (CDRs) and variable framework residues L1, L2, L36, and L46 (Kabat numbering convention) from the 3D6 immunoglobulin light chain variable region sequence set forth as SEQ ID NO:2, wherein the remainder of the variable light chain region is from a human acceptor immunoglobulin light chain, and

(b) a heavy chain comprising a variable heavy chain region having the sequence as set forth in residues 1–119 of SEQ ID NO:8 or SEQ ID NO:12; and

(ii) a pharmaceutical carrier.

117. A pharmaceutical composition comprising:

(i) a humanized immunoglobulin which specifically binds to beta amyloid peptide (Aβ) with a binding affinity of at least $10^7$ $M^{-1}$, or antigen binding fragment thereof, the humanized immunoglobulin or antigen binding fragment comprising

(a) a light chain comprising a variable light chain region comprising the complementarity determining regions (CDRs) and variable framework residues L2, L36, and L46 (Kabat numbering convention) from the 3D6 immunoglobulin light chain variable region sequence set forth as SEQ ID NO:2, wherein the remainder of the variable light chain region is from a human acceptor immunoglobulin light chain, and

(b) a heavy chain comprising a variable heavy chain region having the sequence as set forth in residues 1–119 of SEQ ID NO:8 or SEQ ID NO:12; and

(ii) a pharmaceutical carrier.

118. A pharmaceutical composition comprising:

(i) a humanized immunoglobulin which specifically binds to beta amyloid peptide (Aβ) with a binding affinity of at least $10^7$ $M^{-1}$, or antigen binding fragment thereof, the humanized immunoglobulin or antigen binding fragment comprising

(a) a heavy chain comprising a variable heavy chain region comprising the complementarity determining regions (CDRs) and variable framework residues H49, H93 and H94 (Kabat numbering convention) from the 3D6 immunoglobulin heavy chain variable region sequence set forth as SEQ ID NO:4, wherein the remainder of the variable heavy chain region is from a human acceptor immunoglobulin heavy chain, and

(b) a light chain comprising a variable light chain region having the sequence as set forth in residues 1–112 of SEQ ID NO:5 or SEQ ID NO:11; and

(ii) a pharmaceutical carrier.

119. A pharmaceutical composition comprising:

(i) an immunoglobulin which specifically binds to beta amyloid peptide (Aβ), or antigen-binding fragment thereof, comprising a variable heavy chain region as set forth in residues 1–119 of SEQ ID NO:8 and a variable light chain region as set forth in residues 1–112 of SEQ ID NO:11; and

(ii) a pharmaceutical carrier.

120. A pharmaceutical composition comprising:

(i) an immunoglobulin which specifically binds to beta amyloid peptide (Aβ), or antigen-binding fragment thereof, comprising a variable heavy chain region as set forth in residues 1–119 of SEQ ID NO:12, and a variable light chain region as set forth in residues 1–112 of SEQ ID NO:5; and

(ii) a pharmaceutical carrier.

121. A pharmaceutical composition comprising:

(i) an immunoglobulin comprising a variable heavy chain region as set forth in residues 1–119 of SEQ ID NO:8, a variable light chain region as set forth in residues 1–112 of SEQ ID NO:1 1, and constant regions from human IgG1; and

(ii) a pharmaceutical carrier.

122. A pharmaceutical composition comprising:

(i) an immunoglobulin comprising a variable heavy chain region as set forth in residues 1–119 of SEQ ID NO:12, a light chain region as set forth in residues 1–112 of SEQ ID NO:5, and constant regions from human IgG1; and

(ii) a pharmaceutical carrier.

123. A pharmaceutical composition comprising:

(i) an immunoglobulin which specifically binds to beta amyloid peptide (Aβ), or antigen-binding fragment thereof, comprising a variable heavy chain region as set forth in residues 1–119 of SEQ ID NO:8 and a variable light chain region as set forth in residues 1–112 of SEQ ID NO:5; and

(ii) a pharmaceutical carrier.

124. A pharmaceutical composition comprising:

(i) an immunoglobulin which specifically binds to beta amyloid peptide (Aβ), or antigen-binding fragment thereof, comprising a variable heavy chain region as set forth in residues 1–119 of SEQ ID NO:12 and a light chain region as set forth in residues 1–112 of SEQ ID NO:11; and

(ii) a pharmaceutical carrier.

125. A pharmaceutical composition comprising:

(i) an immunoglobulin comprising a variable heavy chain region as set forth in residues 1–119 of SEQ ID NO:8, a variable light chain region as set forth in residues 1–112 of SEQ ID NO:5, and constant regions from human IgG1; and

(ii) a pharmaceutical carrier.

126. A pharmaceutical composition comprising:

(i) an immunoglobulin comprising a variable heavy chain region as set forth in residues 1–119 of SEQ ID NO:12, a light chain region as set forth in residues 1–112 of SEQ ID NO:11, and constant regions from human IgG1; and

(ii) a pharmaceutical carrier.

* * * * *

# Exhibit B

US007189819B2

(12) **United States Patent**
Basi et al.

(10) **Patent No.: US 7,189,819 B2**
(45) **Date of Patent: Mar. 13, 2007**

(54) **HUMANIZED ANTIBODIES THAT RECOGNIZE BETA AMYLOID PEPTIDE**

(75) Inventors: **Gurlq Basi**, Palo Alto, CA (US); **Jose William Saldanha**, Enfield (GB)

(73) Assignees: **Wyeth**, Madison, NJ (US); **Neuralab Limited**, Smiths (BM)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 423 days.

(21) Appl. No.: **10/010,942**

(22) Filed: **Dec. 6, 2001**

(65) **Prior Publication Data**

US 2003/0165496 A1 Sep. 4, 2003

**Related U.S. Application Data**

(60) Provisional application No. 60/251,892, filed on Dec. 6, 2000.

(51) **Int. Cl.**
*C07K 16/18* (2006.01)
*A61K 39/395* (2006.01)
*C12P 21/08* (2006.01)

(52) **U.S. Cl.** .............................. **530/387.3**; 530/387.9; 424/133.1; 424/139.1

(58) **Field of Classification Search** ............ 530/387.1, 530/387.2, 387.3, 387.9, 388.1, 388.15
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,666,829 A 5/1987 Glenner et al.
4,713,366 A 12/1987 Stevens
4,816,397 A 3/1989 Boss et al.
4,816,567 A 3/1989 Cabilly et al.
4,912,206 A 3/1990 Goldgaber et al.
5,004,697 A 4/1991 Pardridge
5,057,540 A 10/1991 Kensil et al.
5,096,706 A 3/1992 Flint
5,187,153 A 2/1993 Cordell et al.
5,192,753 A 3/1993 McGeer et al.
5,208,036 A 5/1993 Eppstein et al.
5,220,013 A 6/1993 Ponte et al.
5,225,539 A 7/1993 Winter
5,231,000 A 7/1993 Majocha et al.
5,231,170 A 7/1993 Averback
5,258,498 A 11/1993 Huston et al.
5,270,165 A 12/1993 Van Nostrand et al.
5,278,049 A 1/1994 Baker et al.
5,387,742 A 2/1995 Cordell
5,434,170 A 7/1995 Andrulis, Jr.
5,441,870 A 8/1995 Seubert et al.
5,464,823 A 11/1995 Lehrer et al.
5,470,951 A 11/1995 Roberts
5,514,548 A 5/1996 Krebber et al.
5,530,101 A * 6/1996 Queen et al. ............ 530/387.3
5,571,499 A 11/1996 Hafler et al.
5,571,500 A 11/1996 Hafler et al.
5,576,184 A 11/1996 Better et al.
5,583,112 A 12/1996 Kensil et al.
5,585,089 A 12/1996 Queen et al.
5,585,100 A 12/1996 Mond et al.
5,589,154 A 12/1996 Anderson
5,593,846 A 1/1997 Schenk et al.
5,605,811 A 2/1997 Seubert et al.
5,612,486 A 3/1997 McConlogue et al.
5,618,920 A 4/1997 Robinson et al.
5,622,701 A 4/1997 Berg
5,624,821 A 4/1997 Winter et al.
5,641,473 A 6/1997 Hafler et al.
5,641,474 A 6/1997 Hafler et al.
5,645,820 A 7/1997 Hafler et al.
5,648,260 A 7/1997 Winter et al.
5,652,334 A 7/1997 Roberts
5,677,425 A 10/1997 Bodmer et al.
5,679,348 A 10/1997 Nesburn et al.
5,688,651 A 11/1997 Solomon
5,693,761 A 12/1997 Queen et al.
5,693,762 A 12/1997 Queen et al.
5,702,906 A 12/1997 Rosenthal
5,721,130 A 2/1998 Seubert et al.
5,733,547 A 3/1998 Weiner et al.
5,736,142 A 4/1998 Sette et al.
5,744,368 A 4/1998 Goldgaber et al.
5,750,349 A 5/1998 Suzuki et al.
5,750,361 A 5/1998 Prusiner et al.

(Continued)

FOREIGN PATENT DOCUMENTS

AU 707083 7/1999

(Continued)

OTHER PUBLICATIONS

Frenkel D, Solomon B, Benhar I. (2000) Modulation of Alzheimer's beta-amyloid neurotoxicity by site-directed single-chain antibody, J. Neuroimmunology, 106: 23-31.*

(Continued)

*Primary Examiner*—Janet L. Andres
*Assistant Examiner*—Kimberly A. Ballard
(74) *Attorney, Agent, or Firm*—Lahive & Cockfield, LLP; Amy E. Mandragouras, Esq.; Debra J. Milasincic, Esq.

(57) **ABSTRACT**

The invention provides improves agents and methods for treatment of diseases associated with amyloid deposits of Aβ in the brain of a patient. Preferred agents include humanized antibodies.

**63 Claims, 10 Drawing Sheets**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,753,624 A | 5/1998 | McMichael et al. |
| 5,766,846 A | 6/1998 | Schlossmacher et al. |
| 5,776,468 A | 7/1998 | Hauser et al. |
| 5,780,587 A | 7/1998 | Potter |
| 5,786,180 A | 7/1998 | Konig et al. |
| 5,817,626 A | 10/1998 | Findeis et al. |
| 5,824,322 A | 10/1998 | Balasubramanian |
| 5,837,473 A | 11/1998 | Maggio et al. |
| 5,837,672 A | 11/1998 | Schenk et al. |
| 5,846,533 A | 12/1998 | Prusiner |
| 5,849,298 A | 12/1998 | Weiner et al. |
| 5,851,996 A | 12/1998 | Kline |
| 5,854,204 A | 12/1998 | Findeis et al. |
| 5,854,215 A | 12/1998 | Findeis et al. |
| 5,859,205 A | 1/1999 | Adair et al. |
| 5,869,046 A | 2/1999 | Presta et al. |
| 5,869,054 A | 2/1999 | Weiner et al. |
| 5,869,093 A | 2/1999 | Weiner et al. |
| 5,877,399 A | 3/1999 | Hsiao et al. |
| 5,891,991 A | 4/1999 | Wasco et al. |
| 5,935,927 A | 8/1999 | Vitek et al. |
| 5,955,079 A | 9/1999 | Mond et al. |
| 5,955,317 A | 9/1999 | Suzuki et al. |
| 5,958,883 A | 9/1999 | Snow |
| 5,985,242 A | 11/1999 | Findeis et al. |
| 5,989,566 A | 11/1999 | Cobb et al. |
| 6,022,859 A | 2/2000 | Kiessling et al. |
| 6,054,297 A | 4/2000 | Carter et al. |
| 6,057,367 A | 5/2000 | Stamler et al. |
| 6,114,133 A | 9/2000 | Seubert et al. |
| 6,121,022 A | 9/2000 | Presta et al. |
| 6,150,091 A | 11/2000 | Pandolfo et al. |
| 6,165,745 A | 12/2000 | Ward et al. |
| 6,180,370 B1 | 1/2001 | Queen et al. |
| 6,194,551 B1 | 2/2001 | Idusogie et al. |
| 6,218,506 B1 | 4/2001 | Krafft et al. |
| 6,261,569 B1 | 7/2001 | Comis et al. |
| 6,262,335 B1 | 7/2001 | Hsiao et al. |
| 6,277,375 B1 | 8/2001 | Ward |
| 6,284,221 B1 | 9/2001 | Schenk et al. |
| 6,284,533 B1 | 9/2001 | Thomas |
| 6,294,171 B2 | 9/2001 | McMichael |
| 6,303,567 B1 | 10/2001 | Findeis et al. |
| 6,331,440 B1 | 12/2001 | Nordstedt et al. |
| 6,399,314 B1 | 6/2002 | Krishnamurthy |
| 6,407,213 B1 | 6/2002 | Carter et al. |
| 6,417,178 B1 | 7/2002 | Klunk et al. |
| 6,528,624 B1 | 3/2003 | Idusogie et al. |
| 6,538,124 B1 | 3/2003 | Idusogie et al. |
| 6,548,640 B1 | 4/2003 | Winter |
| 6,562,341 B2 | 5/2003 | Prusiner et al. |
| 6,632,927 B2 | 10/2003 | Adair et al. |
| 6,639,055 B1 | 10/2003 | Carter et al. |
| 6,710,226 B1 | 2/2004 | Schenk |
| 6,713,450 B2 | 3/2004 | Frangione et al. |
| 6,743,427 B1 | 6/2004 | Schenk |
| 6,750,324 B1 | 6/2004 | Schenk et al. |
| 6,761,888 B1 | 7/2004 | Schenk |
| 6,787,129 B1 | 9/2004 | Schenk |
| 6,787,138 B1 | 9/2004 | Schenk |
| 6,787,140 B1 | 9/2004 | Schenk |
| 6,787,143 B1 | 9/2004 | Schenk |
| 6,787,144 B1 | 9/2004 | Schenk |
| 6,787,523 B1 | 9/2004 | Schenk |
| 6,787,637 B1 | 9/2004 | Schenk et al. |
| 6,808,712 B2 | 10/2004 | Schenk |
| 6,818,218 B2 | 11/2004 | Schenk |
| 6,866,849 B2 | 3/2005 | Schenk |
| 6,866,850 B2 | 3/2005 | Schenk |
| 6,875,434 B1 | 4/2005 | Schenk |
| 6,890,535 B1 | 5/2005 | Schenk |
| 6,905,686 B1 | 6/2005 | Schenk |
| 6,913,745 B1 | 7/2005 | Schenk |
| 6,933,368 B2 | 8/2005 | Co et al. |
| 6,936,698 B2 | 8/2005 | Taylor |
| 6,946,135 B2 | 9/2005 | Schenk |
| 6,962,707 B2 | 11/2005 | Schenk |
| 6,972,127 B2 | 12/2005 | Schenk |
| 2001/0018053 A1 | 8/2001 | McMichael |
| 2001/0021769 A1 | 9/2001 | Prusiner |
| 2002/0009445 A1 | 1/2002 | Du et al. |
| 2002/0058267 A1 | 5/2002 | Ozenberger et al. |
| 2002/0077288 A1 | 6/2002 | Frangione |
| 2002/0086847 A1 | 7/2002 | Chain |
| 2002/0094335 A1 | 7/2002 | Chalifour et al. |
| 2001/0102261 | 8/2002 | Raso |
| 2002/0102261 A1 | 8/2002 | Raso |
| 2002/0132268 A1 | 9/2002 | Chang et al. |
| 2002/0133001 A1 | 9/2002 | Gefter et al. |
| 2002/0136718 A1 | 9/2002 | Raso |
| 2002/0160394 A1 | 10/2002 | Wu |
| 2002/0162129 A1 | 10/2002 | Lannfelt |
| 2002/0168377 A1 | 11/2002 | Schaetzl |
| 2002/0187157 A1 | 12/2002 | Jensen et al. |
| 2002/0197258 A1 | 12/2002 | Ghanbari et al. |
| 2003/0068316 A1 | 4/2003 | Klein et al. |
| 2003/0068325 A1 | 4/2003 | Wang |
| 2003/0073655 A1 | 4/2003 | Chain |
| 2003/0147882 A1 | 8/2003 | Solomon et al. |
| 2003/0165496 A1 | 9/2003 | Basi et al. |
| 2003/0166558 A1 | 9/2003 | Frangione et al. |
| 2003/0039645 A1 | 10/2003 | Adair et al. |
| 2004/0043418 A1 | 3/2004 | Holtzman et al. |
| 2004/0171815 A1 | 9/2004 | Schenk et al. |
| 2004/0241164 A1 | 12/2004 | Bales et al. |
| 2004/0247612 A1 | 12/2004 | Wang |
| 2004/0265919 A1 | 12/2004 | Vanderstichlele et al. |
| 2005/0009150 A1 | 1/2005 | Basi et al. |
| 2005/0059591 A1 | 3/2005 | Schenk et al. |
| 2005/0059802 A1 | 3/2005 | Schenk et al. |
| 2005/0123534 A1 | 6/2005 | Adair et al. |
| 2005/0136054 A1 | 6/2005 | Adair et al. |
| 2005/0163788 A1 | 7/2005 | Schenk |
| 2005/0191314 A1 | 9/2005 | Schenk |
| 2005/0249727 A1 | 11/2005 | Schenk |
| 2005/0255122 A1 | 11/2005 | Schenk |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 451 700 A1 | 10/1991 |
| EP | 276 723 B1 | 12/1993 |
| EP | 613 007 A2 | 8/1994 |
| EP | 666 080 A1 | 8/1995 |
| EP | 359 783 B1 | 11/1995 |
| EP | 683 234 A1 | 11/1995 |
| EP | 440 619 B1 | 1/1996 |
| EP | 526 511 B1 | 5/1997 |
| EP | 782 859 A1 | 7/1997 |
| EP | 783 104 A1 | 7/1997 |
| EP | 594 607 B1 | 8/1997 |
| EP | 752886 B1 | 1/1998 |
| EP | 845 270 A1 | 6/1998 |
| EP | 863 211 A1 | 9/1998 |
| EP | 868 918 A2 | 10/1998 |
| EP | 852 962 B1 | 12/1998 |
| EP | 911 036 A2 | 4/1999 |
| EP | 561 087 B1 | 8/1999 |
| EP | 639 081 B1 | 11/1999 |
| EP | 506 785 B1 | 3/2000 |
| EP | 1172378 A1 | 1/2002 |
| GB | 2 220 211 A | 1/1990 |
| GB | 2 335 192 A | 9/1999 |
| JP | 62-267297 A | 11/1987 |
| JP | 7-132033 A | 5/1995 |

| | | |
|---|---|---|
| JP | 7-165799 | 6/1995 |
| JP | 7-165799 A | 6/1995 |
| WO | 88/10120 A1 | 12/1988 |
| WO | 89/01343 A1 | 2/1989 |
| WO | 89/03687 A1 | 5/1989 |
| WO | 89/06242 A1 | 7/1989 |
| WO | 89/06689 A1 | 7/1989 |
| WO | 90/12870 A1 | 11/1990 |
| WO | 90/12871 A1 | 11/1990 |
| WO | 91/08760 A1 | 6/1991 |
| WO | WO 91/09967 A1 | 7/1991 |
| WO | 91/12816 A1 | 9/1991 |
| WO | 91/16819 A1 | 11/1991 |
| WO | 91/19810 A1 | 12/1991 |
| WO | 92/06187 A1 | 4/1992 |
| WO | 92/06708 A1 | 4/1992 |
| WO | 92/13069 A1 | 8/1992 |
| WO | 93/02189 A1 | 2/1993 |
| WO | 93/04194 A1 | 3/1993 |
| WO | 93/14200 A1 | 7/1993 |
| WO | 93/15780 A1 | 8/1993 |
| WO | 96/16724 A1 | 9/1993 |
| WO | 96/21950 A1 | 11/1993 |
| WO | 94/01772 A1 | 1/1994 |
| WO | 94/03615 A1 | 2/1994 |
| WO | WO 94/05311 A1 | 3/1994 |
| WO | 94/28412 A1 | 12/1994 |
| WO | 95/04151 A2 | 2/1995 |
| WO | WO 95/05393 A2 | 2/1995 |
| WO | 95/05853 A1 | 3/1995 |
| WO | WO-95/06407 A1 | 3/1995 |
| WO | 95/11008 A2 | 4/1995 |
| WO | 95/11311 A1 | 4/1995 |
| WO | WO 95/08999 A1 | 4/1995 |
| WO | 95/11994 A1 | 5/1995 |
| WO | 95/12815 A1 | 5/1995 |
| WO | WO 95/17085 A1 | 6/1995 |
| WO | WO 95/23166 A1 | 8/1995 |
| WO | 95/31996 A1 | 11/1995 |
| WO | WO 96/08565 A2 | 3/1996 |
| WO | 96/18900 A1 | 6/1996 |
| WO | 96/25435 A1 | 8/1996 |
| WO | 96/28471 A1 | 9/1996 |
| WO | WO 96/37621 A2 | 11/1996 |
| WO | 96/39176 A1 | 12/1996 |
| WO | WO 97/08320 A1 | 3/1997 |
| WO | WO 97/10505 A1 | 3/1997 |
| WO | 97/17613 A1 | 5/1997 |
| WO | 97/21728 A1 | 6/1997 |
| WO | WO 97/32017 A1 | 9/1997 |
| WO | WO 98/02462 A1 | 1/1998 |
| WO | 98/07850 A2 | 2/1998 |
| WO | WO 98/05350 A1 | 2/1998 |
| WO | WO 98/08868 A1 | 3/1998 |
| WO | WO 98/22120 A1 | 5/1998 |
| WO | WO 98/33815 A1 | 8/1998 |
| WO | 98/44955 A1 | 10/1998 |
| WO | 99/00150 A2 | 1/1999 |
| WO | 99/06066 A2 | 2/1999 |
| WO | WO 99/06587 A2 | 2/1999 |
| WO | 99/27911 A1 | 6/1999 |
| WO | 99/27944 A1 | 6/1999 |
| WO | 99/27949 A1 | 6/1999 |
| WO | 99/58564 A1 | 11/1999 |
| WO | 99/60021 A2 | 11/1999 |
| WO | 99/60024 A1 | 11/1999 |
| WO | WO 99/06545 | 11/1999 |
| WO | 01/62284 A2 | 3/2000 |
| WO | WO 00/20027 A2 | 4/2000 |
| WO | WO 00/23082 A1 | 4/2000 |
| WO | WO 00/26238 A2 | 5/2000 |
| WO | WO 00/72880 A2 | 5/2000 |
| WO | WO 00/72880 A3 | 5/2000 |
| WO | 00/43039 A1 | 7/2000 |
| WO | 00/43049 A1 | 7/2000 |
| WO | WO 00/68263 A2 | 11/2000 |
| WO | 00/77176 A1 | 12/2000 |
| WO | WO 00/72870 A1 | 12/2000 |
| WO | WO 00/72876 A2 | 12/2000 |
| WO | WO 00/72876 A3 | 12/2000 |
| WO | WO 00/72880 A2 | 12/2000 |
| WO | WO 00/72880 A3 | 12/2000 |
| WO | WO 00/77178 A1 | 12/2000 |
| WO | WO 01/10900 A2 | 2/2001 |
| WO | WO 01/18169 A3 | 3/2001 |
| WO | 01/39796 A2 | 6/2001 |
| WO | 01/42306 A2 | 6/2001 |
| WO | 01/62801 A2 | 8/2001 |
| WO | WO 01/77167 A2 | 10/2001 |
| WO | WO 01/90182 A2 | 11/2001 |
| WO | WO 02/03911 A2 | 1/2002 |
| WO | WO 02/021141 A2 | 3/2002 |
| WO | WO 02/34777 A1 | 5/2002 |
| WO | WO 02/34878 A2 | 5/2002 |
| WO | WO 02/406237 A1 | 6/2002 |
| WO | WO 02/060481 A1 | 8/2002 |
| WO | WO 02/088306 A2 | 11/2002 |
| WO | WO 02/088307 A2 | 11/2002 |
| WO | WO 03/020212 | 3/2003 |
| WO | WO 03/051374 A2 | 6/2003 |
| WO | WO 03/074081 A1 | 9/2003 |
| WO | WO 03/077858 A2 | 9/2003 |
| WO | WO 03/077858 A3 | 9/2003 |
| WO | WO 03/104437 A2 | 12/2003 |
| WO | WO 04/013172 A2 | 2/2004 |
| WO | WO 04/013172 A3 | 2/2004 |
| WO | WO 04/031400 A2 | 4/2004 |
| WO | WO 04/080419 A2 | 9/2004 |
| WO | WO 2004/080419 A3 | 9/2004 |
| WO | WO-2005/014041 A2 | 2/2005 |

OTHER PUBLICATIONS

Johnson-Wood K, Lee M, Motter R, Hu K, Gordon G, Barbour R, Khan K, Gordon M, Tan H, Games D, Lieberburg I, Schenk D, Seubert P, McConlogue L. (1997) Proc. Natl. Acad. Sci., USA, 94:1550-1555.*

Bard, F. et al., "Peripherally administered antibodies against amyloid β-peptide enter the central nervous system and reduce pathology in a mouse model of Alzheimer disease," *Nature Medicine* 6(8):916-919 (Aug. 2000).

Kettleborough, C.A. et al. "Humanization of a mouse monoclonal antibody by CDR-grafting: the importance of framework residues on loop conformation," *Protein Engineering* 4(7):773-783 (1991).

Andersen et al., "Do nonsteroidal anti-inflammatory drugs decrease the risk for Alzheimer's disease?," *Neurology*, 45:1441-1445 (1995).

Associated Press, "Immune cells may promote Alzehimer's, a study finds," *The Boston Globe* (Apr. 13, 1995).

Bard et al., "Peripherally administered antibodies against amyloid β-peptide enter the central nervous system and reduce pathology in a mouse model of Alzheimer disease," *Nature Medicine*, 6(8):916-919 (2000).

Barrow, et al., "Solution Conformations and aggregational Properties of Synthetic Amyloid Beta-Peptides of Alzheimer's Disease. Analysis of Circular Dichroism Spectra" *J. Mol.Biol.*, 225(4): 1075-1093 (1992).

Bauer et al., "Interleukin-6 and α-2-macroglobulin indicate an acute-phase state in Alzheimer's disease cortices," *FEBS Letters*, 285(1):111-114 (1991).

Beasley, "Alzheimer's traced to proteins caused by aging," Reuters, Apr. 20, 2001 7:56 PM ET.

Bercovici et al., "Chronic Intravenous Injections of Antigen Induce and Maintain Tolerance in T Cell Receptor-Transgenic Mice," *Eur. J. Immunol.* 29:345-354 (1999).

Bickel et al., "Site Protected, Cationized Monoclonal Antibody Against Beta Amyloid as a Potential Diagnostic Imaging Technique for Alzheimer's Diseases," *Soc. for Neuroscience Abstracts* 16:764 (1992).

Blass, John P., "Immunologic Treatment of Alzheimer's Disease," *New England J. Medicine*, 341(22):1694 (1999).

Bodmer et al., "Transforming Growth Factor-Beta Bound to Soluble Derivatives of the Beta Amyloid Precursor Protein of Alzheimer's Disease," *Biochem. Biophys. Res. Comm.*, 171(2):890-897 (1990).

Borchelt et al., "Accelerated Amyloid Deposition in the Brains of Transgenic Mice Coexpressing Mutant Presenilin 1 and Amyloid Precursor Proteins," *Neuron*, 19: 939-945 (1997).

Boris-Lawrie et al., "Recent advances in retovirus vector technology," *Cur. Opin. Genet Develop.*, 3: 102-109 (1993).

Brice et al., "Absence of the amyloid precursor protein gene mutation (APP717 : Val->Ile) in 85 cases of early onset Alzheimer's disease," *J. Neurology, Neurosurg. Psychiatry*, 56:112-115 (1993).

Caputo et al., "Therapeutic approaches targeted at the amyloid proteins in Alzheimer's disease," *Clin. Neuropharm.*, 15:414A-414B (1992).

Center for Biologics Evaluation and Research, U.S. Food and Drug Administration, Thimerosal in Vaccines (Mercury in Plasma-Derived Products), web site contents found at : http://www.fda.gov/cber/vaccine/thimerosal.htm, last updated May 18, 2002.

Chao et al., "Transforming Growth Factor-β Protects human Neurons Against β-Amyloid-Induced Injury," *Soc. Neurosci. Abstracts*, 19:513.7 (1993).

Chapman, Paul F., "Model behavior," *Nature*, 408:915-916 (2000).

Chen et al. "An Antibody to β Amyloid Precursor Protein Inhibits Cell-substratum Adhesion in Many Mammalian Cell Types," *Neuroscience Letters* 125:223-226 (1991).

Chung et al., "Uptake, Degradation, and Release of Fibrillar and Soluble Forms of Alzheimer's Amyloid β-Peptide by Microglial Cells," *J. Biol. Chem.*, 274(45):32301-32308 (1999).

Coloma et al., "Transport Across the Primate Blood-Brain Barrier of a Genetically Engineered Chimeric Monoclonal Antibody to the Human Insulin Receptor," *Pharm. Res.*, 17:266-274 (2000).

Cordell, B., "β-Amyloid formation as a potential therapeutic target for Alzheimer's disease," *Ann. Rev. Pharmacol. Toxicol.*, 34:69-89 (1994).

Costa et al., "Immunoassay for transthyretin variants associated with amyloid neuropathy," *Scand. J. Immunol.*, 38:177-182 (1993).

Daly, et al., "Detection of the membrane-retained carboxy-terminal tail containing polypeptides of the amyloid precursor protein in tissue from Alzheimer's Disease brain," *Life Sci.*, 63:2121-2131 (1998).

Demattos et al., "Peripheral Anti Aβ Antibody Alters CNS And Plasma Aβ Clearance and Decreases Brain Aβ Burden in a Mouse Model of Alzheimer's Disease," *Proc. Natl. Acad. Sci. USA, 10.1073/pnas.*151261398 (2001).

Duff et al., "Mouse model made," *Nature*, 373: 476-477 (1995).

Dumery et al., "β-Amyloid protein aggregation: its implication in the physiopathology of Alzheimer's disease," *Pathol. Biol.*, 49:72-85 (2001).

Elan, "Elan and AHP Provide an Update on the Phase 2A Clinical Trial of AN-1792," Press Release. (Jan. 28, 2002).

Elan, "Elan and Wyeth Provide Update on Status of Alzheimer's Collaboration," Press Release (Mar. 1, 2002).

Elizan et al., "Antineurofilament antibodies in a postencephalitic and idiopathic Parkinson's disease," *J. Neurol. Sciences*, 59:341-347 (1983).

ESIRI, "Is an effective immune intervention for Alzheimer's disease in prospect?," *Trends in Pharm. Sci.*, 22:2-3 (2001).

Finch et al., "Evolutionary Perspectives on Amyloid and Inflammatory Features of Alzheimer Disease," *Neurobiology of Aging*, 17(5):809-815 (1996).

Fisher et al., "Expression of the amyloid precursor protein gene in mouse oocytes and embryos," *PNAS*, 88:1779-1782 (1991).

Flanders et al., "Altered expression of transforming growth factor-β in Alzheimer's disease," *Neurology*, 45:1561-1569 (1995).

Frenkel et al., "Generation of auto-antibodies towards Alzheimer's disease vaccination," *Vaccine*, 19:2615-2619 (2001).

Frenkel et al., "Immunization against Alzheimer's β-amyloid plaques via EFRH phage administration," *PNAS USA*, 97:11455-11459 (2000).

Frenkel et al., "N-terminal EFRH sequence of Alzheimer's β-amyloid peptide represents the epitope of its anti-aggregating antibodies," *J. of Neuroimmunology*, 88:85-90 (1998).

Frenkel et al., "High affinity binding of monoclonal antibodies to the sequential epitope EFRH of β-amyloid peptide is essential for modulation of fibrillar aggregation," *J. of Neuroimmunology*, 95:136-142 (1999).

Frenkel, et al., "Modulation of Alzheimer's β-amyloid neurotoxicity by site-directed single chain antibody," *J. of Neuroimmunology*, 106:23-31 (2000).

Friedland et al., "Development of an anti-Aβ monoclonal antibody for in vivo imaging of amyloid angiopathy in Alzheimer's disease," *Mol. Neurology*, 9:107-113 (1994).

Friedland, et al., "Neuroimaging of Vessel Amyloid in Alzheimer's Disease," in *Cerebrovascular Pathology in Alzheimer's Disease*, eds. de la Torre and Hachinski, New York Academy of Sciences, New York, New York (1997).

Games et al., "Alzheimer-type neuropathology in transgenic mice overexpressing V717F β-amyloid precursor protein," *Nature*, 373(6514): 523-527 (1995).

Games et al., "Prevention and Reduction of AD-type Pathology in PDAPP Mice Immunized with $A\beta_{1-42}$," *Annals of the New York Academy of Science* 920:274-84 (2000).

Gandy et al., "Amyloidogenesis in Alzheimer's disease: some possible therapeutic opportunities," *TiPS*, 13:108-113 (1992).

Gardella et al., "Intact Alzheimer amyloid precursor protein (APP) is present in platelet membranes and is encoded by platelet mRNA," *Biochem. Biophys. Res. Comm.*, 173:1292-1298 (1990).

Gaskin et al., "Human antibodies reactive with beta-amyloid protein in Alzheimer's disease," *J. Exp. Med.*, 177:1181-1186 (1993).

Geddes, "N-terminus truncated β-amyloid peptides and C-terminus truncated secreted forms of amyloid precursor protein: distinct roles in the pathogenesis of Alzheimer's disease," *Neurobiology of Aging*, 20:75-79 (1999).

Giulian, et al., "The HHQK Domain of b-Amyloid Provides a Structural Basis for the Immunopathology of Alzheimer's Disease," *Journal of Biological Chem.*, 273:29719-29728 (1998).

Glenn et al., "Skin immunization made possible by cholera toxin," *Nature*, 391: 851 (1998).

Glenner et al., "Alzheimer's Disease and Downs Syndrome: Sharing of A Unique Cerebrovascular Amyloid Fibril Protein," *Biochemical and Biophysical Research Communications*, 122(3): 1131-1135 (1984).

Glenner et al., "Alzheimer's Disease: Initial Report of the Purification and Characterization of a Novel *Cerebrovascular Amyloid* Protein," *Biochemical and Biophysical Research Communications*, 120(3): 885-890 (1994).

Goate et al., "Segregation of a missense mutation in the amyloid precursor protein gene with familial Alzheimer's disease," *Nature*, 349:704-706 (1991).

Gonzales-Fernandez et al., "Low antigen dose favors selection of somatic mutants with hallmarks of antibody affinity maturation," *Immunology*, 93:149-153 (1998).

Gortner, *Outlines of Biochemistry*, pp. 322-323, John Wiley & Sons, Inc., New York (1949).

Gozes et al., "Neuroprotective strategy for Alzheimer disease: Intranasal administration of a fatty neuropeptide," *PNAS USA*, 93:427-432 (1996).

Gravina et al., "Amyloid β Protein (Aβ) in Alzheimer's Disease," *J. Biol. Chem.*, 270(13):7013-7016 (1995).

Grubeck-Loebenstein, et al., "Immunization with β-amyloid: could T-cell activation have a harmful effect?", *TINS*, 23:114 (2000).

Gupta et al., "Differences in the Immunogenicity of native and formalized cross reacting material (CRM197) of diptheria toxin in mice and guinea pigs and their implications on the development and control of diptheria vaccine based on CRMs," *Vaccine*, 15(12/13): 1341-1343 (1997).

Haass et al. "Amyloid beta-peptide is produced by cultured cells during normal metabolism," *Nature*, 359(6393):322-5 (1992).

Haga et al., "Synthetic Alzheimer amyloid β/A4 peptides enhance production of complement C3 component by cultured microglial cells," *Brain Research*, 601:88-94 (1993).

Hanan and Solomon, "Inhibitory effect of monoclonal antibodies on Alzheimer's β-amyloid peptide aggregation," *Int. J. Exp. Clin. Invest.*, 3:130-133 (1996).

Hanes et al., "New advances in microsphere-based single-dose vaccines," *Advanced Drug Delivery Reviews*, 28: 97-119 (1997).

Hardy, "Amyloid, the presenilins and Alzheimer's disease," *TINS*, 20(4): 154-159 (1997).

Hardy, John, "New Insights into the Genetics of Alzheimer's Disease," *Annals of Med.*, 28:255-258 (1996).

Harigaya, et al., "Modified amyloid β protein ending at 42 or 40 with different solubility accumulates in the brain of Alzheimer's disease," *Biochem. Biophys. Res. Comm.*, 211:1015-1022 (1995).

Harrington et al., "Characterization of an epitope specific to the neuron-specific isoform of human enolase recognized by a monoclonal antibody raised against a synthetic peptide corresponding to the C-terminus of β / A4-protein," Biochimica Biophysica Acta, 1158:120-128 (1993).

Hazama, et al., "Intranasal Immunization Against Herpes Simplex Virus Infection by Using a Recombinant Glycoprotein D Fused With Immunomodulating Proteins, the B Subunit of *Escherichia coli* Heat-Labile Enterotoxin and Interleukin-2", Immunology, vol. 78: 643-649 (1993).

Helmuth, L., "Further Progress on a β-Amyloid Vaccine," *Science*, 289-375 (2000).

Hilbich et al., :Human and rodent sequence analogs of Alzheimer's amyloid βA4 share similar properties and can be solubilized in buffers of pH 7.4, *Eur. J. Biochem.*, 201:61-69 (1991).

Hsiao et al., "Correlative Memory Deficits, Aβ Elevation, and Amyloid Plaques in Transgenic Mice," *Science*, 274: 99-102 (1996).

Huberman et al., "Correlation of cytokine secretion by mononuclear cells of Alzheimer's patients and their disease stage," *J. Neuroimmunology*, 52:147-152 (1994).

Hyman et al., "Molecular Epidemiology of Alzheimer's Disease," *N. E. J. Medicine*, 333(19):1283-1284 (1995).

Ikeda, et al., "Immunogold labeling of cerebrovascular and neuritic plaque amyloid fibrils in Alzheimer's disease with an anti-β protein monoclonal antibody," *Lab. Invest.*, 57:446-449 (1987).

Itagaki et al., "Relationship of microglia and astrocytes to amyloid deposits of Alzheimer's disease," *J. Neuroimmunology*, 24:173-182 (1989).

Iwatsubo et al., "Visualization of Aβ42(43) and Aβ40 in Senile Plaques with End-Specific Aβ Monoclonals: Evidence That an Initially Deposited Species Is Aβ42(43)," *Neuron*, 13:45-53 (1994).

Jansen et al., "Immunotoxins: Hybrid Molecules Combining High Specificity and Potent Cytotoxicity," *Immun. Rev.*, 62: 165-216 (1982).

Jen, et al., "Preparation and purification of antisera against different regions or isoforms of b-amyloid precursor protein," *Brain Research Protocols*, 2:23-30 (1997).

Joachim et al., "Antibodies to Non-beta Regions of the Beta-amyloid Precursor Protein Detect a Subset of Senile Plaques," *Am. J. of Pathology* 136:373-384 (1991).

Kalaria, R. N., "Serum amyloid P and related molecules associated with the acute-phase response in Alzheimer's disease," *Res. Immunology*, 143:637-641 (1992).

Katzav-Gozansky et al., "Effect of monoclonal antibodies in preventing carboxypeptidase A aggregation," *Biotechnol. Appl. Biochem.*, 23:227-230 (1996).

Kawabata et al., "Amyloid plaques, neurofibrillary tangles and neuronal loss in brains of transgenic mice overexpressing a C-terminal fragment of human amyloid precursor protein," *Nature*, 354:476-478 (1991).

Kida, et al., "Early amyloid-β deposits show different Immunoreactivity to the amino- and carboxy-terminal regions of b-peptide in Alzheimer's disease and Down's syndrome brain," *Neuroscience Letters*, 193:105-108 (1995).

Konig et al., "Development and Characterization of a Monoclonal Antibody 369.2B Specific for the Carboxyl-Terminus of the βA4 Peptide," *Annals of NY Acad. Sci.*, 777:344-355 (1996).

Lampert-Etchells et al., "Regional Localization of Cells Containing Complement C1q and C4 mRNAs in the Frontal Cortex During Alzheimer's Disease," *Neurodegeneration*, 2:111-121 (1993).

Langer, "New Methods of Drug Delivery," *Science*, 249: 1527-1532 (1990).

Lannfelt et al., "Alzheimer's disease: molecular genetics and transgenic animal models," *Behavioural Brain Res.*, 57:207-213 (1993).

Lansbury, Peter T., "Inhibition of amyloid formation: a strategy to delay the onset of Alzheimer's disease," *Curr. Ops. in Chemical Biology*, 1:260-267 (1997).

Lemere et al., "Mucosal Administration of Aβ Peptide Decreases Cerebral Amyloid Burden In Pd-App Transgenic Mice," *Society for Neuroscience Abstracts*, vol. 25, part 1, Abstract 519.6, 29th Annual Meeting, (Oct. 23-28, 1999).

Lemere, et al., "Nasal Aβ treatment induces anti-Aβ antibody production and decreases cerebral amyloid burden in PD-APP mice," *Annals of the NY Acad. Sci.*, 920:328-331 (2000).

Li and Solomon, "Thermal Stabilization of Carboxypeptidase A as a Function of PH and Ionic Milieu," *Biochem. Mol. Biol. Int.*, 43(3):601-611 (1997).

Livingston et al., "The Hepatitis B Virus-Specific CTL Responses Induced in Humans by Lipopeptide Vaccination Are Comparable to Those Elicited by Acute Viral Infection," *J. Immunol.*, 159: 1383-1392 (1997).

Lopez et al., "Serum auto-antibodies in Alzheimer's disease," *Acta. Neurol. Scand.*, 84:441-444 (1991).

Majocha et al., "Development of a Monoclonal Antibody Specific by β/A4 Amyloid in Alzheimer's Disease Brain for Application to In Vitro Imaging of Amyloid Angiopathy," *The J. of Nuclear Med.*, 33:2184-2189 (1992).

Mak, et al., "Polyclonals to b-amyloid (1-42) identify most plaque and vascular deposits in Alzheimer cortex, but not striatum," *Brain Research*, 667:138-142 (1994).

Mann, et al., "Amyloid β protein (Aβ) deposition in chromosome 14-linked Alzheimer's disease: Predominance of $A\beta_{42(43)}$," *Annals of Neurology*, 40:149-156 (1996).

Mann; et al., "The extent of amyloid deposition in brain in patients with Down's syndrome does not depend upon the apolipoprotein E genotype," *Neuroscience Letters*, 196:105-108 (1995).

Masters et al., "Amyloid Plaque core protein in Alzheimer Disease and Down Syndrome," *Proc. Natl. Acad. Sci. USA*, 82:4245-4249 (1985).

McGee et al., "The encapsulation of a model protein in poly (D, L lactide-co-glycolide) microparticles of various sizes: an evaluation of process reproducibility," *J. Micro. Encap.*, 14(2): 197-210 (1997).

McGeer, et al., "Immunohistochemical localization of beta-amyloid precursor protein sequences in Alzheimer and normal brain tissue by light and electron microscopy," *J. of Neuroscience Res.*, 31:428-442 (1992).

McNeal et al., "Stimulation of local immunity and protection in mice by intramuscular Immunization with triple- or double-layered rotavirus particles and QS-21," *Virology*, 243:158-166 (1998).

Meda et al., "Activation of microglial cells by β-amyloid protein and interferon-γ," *Nature*, 374:647-650 (1995).

Mena, et al., "Monitoring pathological assembly of tau and β-amyloid proteins in Alzheimer's disease," *Acta Neuropathol.*, 89:50-56 (1995).

Miller et al., "Antigen-driven Bystander Suppression after Oral Administration of Antigens," *J. Exp. Med.*, 174:791-798 (1991).

Mori et al., "Mass Spectrometry of Purified Amyloid β Protein in Alzheimer's Disease," *J. Biol. Chem.*, 267(24):17082-17088 (1992).

Morris, et al., "The Consortium to Establilsh a registry for Alzheimer's Disease (CERAD)," *Neurology*, 39:1159-85 (1989).

Murphy et al., "Development of a Monoclonal Antibody Specific for the COOH-Terminal of β-Amyloid 1-42 and Its Immunohistochemical Reactivity in Alzheimer's Disease and Related Disorders," *Am. J. Pathology*, 144(5):1082-1088 (1994).

Nakamura et al., "Histopathological studies on senile plaques and cerebral amyloid angiopathy in aged cynomologus monkeys," *Exp. Anim.*, 43:711-718 (1995).

Nakamura. et al., "Carboxyl end-specific monoclonal antibodies to amyloid β protein (Aβ) subtypes (Aβ40 and Aβ42(43)) differentiate Ab in senile plaques and amyloid angiopathy in brains of aged cynomolgus monkeys," *Neuroscience Letters*, 201:151-154 (1995).

Nakayama et al., "Histopathological studies of senile plaques and cerebral amyloidosis in cynomolgus monkeys," *J. of Med. Primatology*, 27:244-252 (1998).

Nathanson et al., "Bovine Spongiform Encephalopathy (BSE): Causes and Consequences of a Common Source Epidemic," *Am. J. Epidemiol.*, 145(11): 959-969 (Jun. 1, 1997).

New York Times National, "Anti-Inflammatory Drugs May Impede Alzheimer's," (Feb. 20, 1994).

Newcombe and Cohen, "Solubility characteristics of isolated amyloid fibrils," *Biochim. Biophys. Acta*, 104:480-486 (1965).

Pardridge et al., "Chimeric peptides as a vehicle for peptide pharmaceutical delivery through the blood-brain barrier," *Biochem. Biophys. Res. Comm.*, 146:307-313 (1987).

Paresce et al., "Microglial cells influence aggregates of the Alzheimer's disease amyloid beta-protein via a scavenger receptor," *Neuron*, 17:553-565 (Sep. 1996).

Paul et al., "Transdermal immunization with large proteins by means of ultradeformable drug carriers," *Eur. J. Immunol.*, 25: 3521-3524 (1995).

Peterson, et al., "Recombinant Antibodies: Alternative Strategies for Developing and Manipulating Murine-Derived Monoclonal Antibodies," *Laboratory Animal Science*, 46(1):8-14 (1996).

Philippe, et al. "Generation of a monoclonal antibody to the carboxy-terminal domain of tau by immunizatin with the amino-terminal domain of the amyloid precursor protein," *J. of Neuroscience Res.*, 46:709-719 (1996).

Prieels et al., "Synergistic adjuvants for vaccines," *Chemical Abstracts*, 120(8): p. 652, column 1, abstract 86406t (1994).

Quon et al., "Formation of β-Amyloid protein deposits in brains of transgenic mice," *Nature*, 352:239-241 (1991).

RASO, "Immunotherapy of Alzheimer's Disease," *Immunotherapy Weekly*, Abstract (Apr. 2, 1998).

Rogers et al., "Compelment activation by β-amyloid in Alzheimer Disease," *PNAS*, 89:1-5 (1992).

Rossor et al., "Alzheimer's Disease Families with Amyloid Precursor Protein Mutations," *Annals of New York Academy of Sciences*, 695:198-202 (1993).

Rudinger, "Characteristics of the Amino Acids as Components of a Peptide Hormone Sequence," in *Peptide Hormones*, J.A. Parson, ed. University Park Press, Baltimore, pp. 1-7 (1976).

Saido et al., "Spatial Resolution of Fodrin Proteolysis in Postischemic Brain," *J. Biol. Chem.*, 268(33):25239-25243 (1993).

Saido et al., "Spatial Resolution of the Primary β-Amyloidogenic Process Induced in Postischemic Hippocampus," *J. Biol. Chem.*, 289(21):15253-15257 (1994).

Saito et al., "Vector-mediated delivery of $^{125}$I-labeled β-amyloid peptide Ab$^{1-40}$ through the blood-brain barrier and binding to Alzheimer disease amyloid of the Aβ$^{1-40}$ vector complex," *PNAS USA*, 92:10227-10231 (1995).

Saitoh, N. and K. Imai, "Immunological analysis of Alzheimer's disease using anti-β-protein monoclonal antibodies," *Sapporo Med. J.*, 60:309-320 (1991).

Sasaki et al., "Human choroid plexus is an uniquely involved area of the brain in amyloidosis: a histochemical, immunohistochemical and ultrastructural study," *Brain Res.*, 755:193-201 (1997).

Schenk et al., "Immunization with amyloid-β attenuates Alzheimer-disease-like pathology in the PDAPP mouse," *Nature*, 400:173-177 (1999).

Schenk et al., "Therapeutic Approaches Related to Amyloid-β Peptide and Alzheimer's Disease," *J. Med. Chem.*, 38(21):4141-4154 (1995).

Schenk, et al., "β-peptide immunization," *Arch. Neurol.*, 57:934-938 (2000).

Selkoe, "Alzheimer's Disease: A Central Role for Amyloid," *J. Neuropathol. Exp. Neurol.*, 53(5): 438-447 (1994).

Selkoe, "Physiological production of the β-amyloid protein and the mechanism of Alzheimer's disease," *Trends in Neurosciences*, 16(10): 403-409 (1993).

Selkoe, D.J., "Imaging Alzheimer's Amyloid," *Nat. Biotech.*, 18:823-824 (2000).

Selkoe, Dennis J., "Alzheimer's Disease: Genotypes, Phenotype, and Treatments," *Science*, 275:630-631 (1997).

Selkoe, Dennis J., "Amyloid Protein and Alzheimer's Disease . . . ," *Scientific American*, pp. 68-78 (Nov. 1991).

Selkoe, Dennis J., "In the Beginning . . . ," *Nature*, 354:432-433 (1991).

Selkoe, Dennis J., "The Molecular pathology of Alzheimer's Disease," *Neuron*, 6:487-498 (1991).

Seubert et al., "Isolation and quantification of soluble Alzheimer's β-peptide from biological fluids," *Nature*, 359:325-327 (1992).

Shiosaka, S., "Attempts to make models for Alzheimer's disease," *Neuroscience Res.*, 13:237-255 (1995).

Smits et al., "Prion Protein and Scrapie Susceptibility," *Vet. Quart.*, 19(3): 101-105 (1997).

Solomon and Goldstein, "Modulation of The Catalytic Pathway of Carboxypeptidase A by Conjugation with Polyvinyl Alcohols," *Adv. Mol. Cell Biology*, 15A:33-45 (1996).

Solomon et al., "Disaggregation of Alzheimer β-amyloid by site-directed mAb," *PNAS USA*, 94:4109-4112 (1997).

Solomon et al., "Monoclonal antibodies inhibit in *vitro* fibrillar aggregation of the Alzheimer β-amyloid peptide," *PNAS USA*, 93:452-455 (1996).

Southwick et al., "Assessment of Amyloid β protein in Cerebrospinal fluid as an Aid in the Diagnosis of Alzheimer's Disease," *J. Neurochemistry*, 66:259-285 (1996).

St. George-Hyslop, Peter H. and David A. Westaway, :Antibody clears senile plaques, *Nature*, 40:116-117 (1999).

Stoute et al., "A Preliminary Evaluation of a Recombinant Circumsporozoite Protein Vaccine Against *Plasmodium falciparum* Malaria", *N. Engl. J. Med.*, 336(2): 66-91 (1997).

Sturchler-Pierrat et al., "Two amyloid precursor protein transgenic mouse models with Alzheimer disease-like pathology," *PNAS*, 94: 13287-13292 (1997).

Szendrei, et al., "The effects of aspartic acid-bond isomerization on *in vitro* properties of the amyloid β-peptide as modeled with *N*-terminal decapeptide fragments," *Int. J. Peptide Protein Res.*, 47:289-298 (1998).

Tanaka et al., "NC-1900, an active fragment analog of arginine vasopressin, improves learning and memory deficits induced by beta-amyloid protein in rats," *European J. Pharmacology*, 352:135-142 (1998).

Thorsett, E.D. and L.H. Latimer, "Therapeutic approaches to Alzheimer's disease," *Curr. Op. in Chem. Biology*, 4:377-382 (2000).

Tjernberg et al., "Arrest of β-amyloid fibril formation by a pentapeptide ligand," *Journal of Biological Chemistry*, 271:8545-8548 (1998).

Trieb et al., "Is Alzheimer beta amyloid precursor protein (APP) an autoantigen? Peptides corresponding to parts of the APP sequence stimulate T lymphocytes in normals, but not in patients with Alzheimer's disease," *Immunobiology*, 191(2-3):114-115 Abstract C.37, (1994).

Van Gool et al., "Concentrations of amyloid-β protein in cerebrospinal fluid increase with age in patients free from neurodegenerative disease," *Neuroscience Letteres*, 172:122-124 (1994).

Verbeek et al., "Accumulation of Interecellular Adhesion Molecule-1 in Senile Plaques in Brain Tissue of patients with Alzheimer's Disease," *Amer. Journ. Pathology*, 144(1):104-116 (1994).

Walker et al., "Labeling of Cerebral Amyloid *In Vivo* with a Monoclonal Antibody," *J. Neuropath. Exp. Neurology*, 53(4):377-383 (1994).

Weiner et al., "Nasal administration of amyloid-β peptide decreases cerebral amyloid burden in a mouse model of Alzheimer's disease," *Annals of Neurology*, 46:567-579 (2000).

Weiner et al., "Oral Tolerance: Immunologic Mechanisms and Treatment of Animal and Human Organ-Specific Autoimmune Diseases by Oral Administration of Autoantigens," *Annu. Rev. Immunol.*, 12:809-837 (1994).

Weismann et al., "Bovine spongiform encephalopathy and early onset variant Creutzfeldt-Jakob disease," *Curr. Opin. Neurobiol.*, 7: 695-700 (1997).

Wen, G.Y., "Alzheimer's Disease and Risk Factors," *J. Food Drug Analysis*, 6(2):465-476 (1998).

Wengenack et al., "Targeting Alzheimer amyloid plaques in viovo," *Nature Biotech.*, 18:868-872 (2000).

Wong et al., "Neuritic Plaques and Cerebrovascular Amyloid in Alzheimer Disease are Antigenically Related," *PNAS USA*, 82:8729-8732 (1985).

Wood et al., "Amyloid precursor protein processing and Aβ42 deposition in a transgenic mouse model of Alzheimer disease," *PNAS USA*, 94: 1550-1555 (1997).

Wu, et al., "Drug targeting of a peptide radiopharmaceutical through the primate blood-brain barrier in vivo with a monoclonal antibody to the human insulin receptor," *J. Clin. Invest.*, 100:1804-1812 (1997).

Yamaguchi et al., Diffuse plaques associated with astroglial amyloid β protein, possibly showing a disappearing stage of senile plaques, *Acta Neuropathol.*, 95:217-222 (1998).

Younkin, "Amyloid β vaccination: reduced plaques and improved cognition," *Nature Medicine*, 7:18-19 (2001).

Chen G, et al. A learning deficit related to age and beta-amyloid plaques in a mouse model of Alzheimer's disease, Nature. Dec. 21-28, 2000;408(6815):975-9.

Janus C, et al. A beta peptide immunization reduces behavioural impairment and plaques in a model of Alzheimer's disease. Nature. Dec. 21-28, 2000;408(6815):979-82.

Mattson MP. Cellular actions of beta-amyloid precursor protein and its soluble and fibrillogenic derivatives. Physiol Rev. Oct. 1997;77(4):1081-132.

Merluzzi S, et al. Humanized antibodies as potential drugs for therapeutic use. Adv Clin Path. Apr. 2000;4(2):77-85.

Morgan D, et al. A beta peptide vaccination prevents memory loss in an animal model of Alzheimer's disease. Nature. Dec. 21-28, 2000;408(6815):982-5.

Schenk D, et al. Immunotherapy with beta-amyloid for Alzheimer's disease: a new frontier. DNA Cell Biol. Nov. 2001;20(11):679-81.

Selkoe DJ. The cell biology of beta-amyloid precursor protein and presenliin in Alzheimer's disease. Trends Cell Biol. Nov. 1998;8(11):447-53.

Sigurdsson EM, et al, In vivo reversal of amyloid-beta lesions in rat brain. J Neuropathol Exp Neurol. Jan. 2000;59(1):11-17.

Sinha S. et al. Recent advances in the understanding of the processing of APP to beta amyloid peptide. Ann N Y Acad Sci. 2000;920:206-8.

Soto C, et al. Beta-sheet breaker peptides inhibit fibrillogenesis in a rat brain model of amyloidosis: implications for Alzheimer's therapy. Nat Med. Jul. 1998;4(7):822-6.

Vehmas AK, et al. beta-Amyloid peptide vaccination results in marked changes in serum and brain Abeta levels in APPswe/PS1DeltaE9 mice, as detected by SELDI-TOF-based ProteinChip® technology. DNA Cell Biol. Nov. 2001;20(11):713-21.

Du Y, et al. Reduced levels of amyloid beta-peptide antibody in Alzheimer disease. Neurology. Sep. 2001 11;57(5):801-5.

Small DH, et al. Alzheimer's disease and Abeta toxicity: from top to bottom. Nat Rev Neurosci. Aug. 2001;2(8):595-8.

Cameron. "Recent Advances in Transgenic Technology," *Molecular Biotechnology*. 1997; 7:253-65.

Fledstein, et al. "Transgenic Rat and In-Vitro Studies of B-Amyloid Precursor Protein Processing." *Alzheimer's and Parkinson's Diseases*. 1995; Hanin, et al. Ed., pp. 401-409, Plenum Press, New York.

Niemann. "Transgenic farm animals get off the ground." *Transgenic Research*. 1998; 7:73-5.

Sigmund. "Viewpoint: Are Studies in Genetically Altered Mice Out of Control." *Arterioscler Throm Vasc Biol*. 2000; 20:1425-9.

Chen, et al. "Neurodegenerative Alzheimer-like pathology in PDAPP 717V→F transgenic mice." *Progress in Brain Research*. Van Leeuwen, et al. Eds, 1998; 117:327-37.

Conway, et al. "Acceleration of oligomerization, not fibrillization, is a shared property of both α-synuclein mutations linked to early-onset Parkinson's disease: Implications for pathogenesis and therapy." *PNAS.*, 2000; 97(2):571-6.

Jobling and Holmes, "Analysis of structure and function of the B subunit of cholera toxin by the use of site-directed mutagenesis." *Molecular Microbiology*. 1991; 5(7):1755-67.

Masliah et al. "β-Amyloid peptides enhance β-synuclein accumulation and neuronal deficits in a transgenic mouse model linking Alzheimer's disease and Parkinson's disease." *PNAS*. 2001; 98(21):12245-50.

Perutz, et al. "Amyloid fibers are water-filed nanotubes." *PNAS*. 99(8):5591-5.

Skolnick and Fetrow, "From genes to protein structure and function: novel applications of computational approaches in the genomic era." *Trends in Biotech*. 2000; 18(1):34-9.

Stein, et al. "Lack of Neurodegeneration in Transgenic Mice Overexpressing Mutant Amyloid Precursor Protein is Associated with Increased Levels of Transthyretin and Activation of Cell Survival Pathways." *The Journal of Neuroscience*. Sep. 1, 2002; 22(17):7380-8.

Tennent, et al. "Serum amyloid P component prevents proteolysis of the amyloid fibrils of Alzheimer's disease and systemic amyloidosis." *PNAS*. 1995; 92:4299-303.

Jorbeck, et al. "Artificial *Salmonella* Vaccines: *Salmonella typhimurium* O-antigen-Specific Oligosaccharide-Protein Conjugates Elicit Opsonizing Antibodies that Enhance Phagocytosis." *Infection and Immunity*. May 1981; 497-502.

Check. "Battle of the Mind." *Nature*. Mar. 2002; 422:370-2.

Nicoll, et al. "Neuropathology of human Alzheimer's disease after immunization with amyloid-β peptide: a case report." *Nature Medicine*. Apr. 2003; 9(4):448-52.

Mutschler, et al. "Drug Actions: Basic Principles and Therapeutic Aspects." 1995; 7, 11-12, *medpharm* Scientific Publishers, Stuttgart, Germany.

Munson ed. "Principals of Pharmacology: Basic Concepts & Clinical Applications." 1995; 47-8, Chapman & Hall, New York, New York.

Munch, et al. "Potentional neurotoxic inflammatory response to Aβ vaccination in humans" *J. Neural Transm*. 2002; 109:1081-7.

Su, et al. "Intravascular infusions of soluble β-amyloid compromise the blood-brain barrier, activate CNS Glial cells and induce peripheral hemmorrhage." *Brain Research*. 1999; 818:105-7.

Dodart. "Immunotherapy for Alzheimer's disease: will vaccination work?" *Trends in Molecular Medicine*. 2003; 9(3):85-7.

Furlan, et al. "Vaccination with amyloid-β-0 peptide induces autoimmune encephalomyelitis in C57/BL6 mice." *Brain*. 2003; 126:285-91.

Monsonego, et al. "Immune hyporesponsiveness to amyloid β-peptide in amyloid precursor protein transgenic mice: Implications for the pathogenesis and treatment of Alzheimer's disease." *PNAS*. 2001; 98(18):10273-8.

Sipe. "Amyloidosis." *Annu. Rev. Biochem*. 1992; 61:947-75.

Spooner, et al. "The generation and characterization of potentially therapeutic Aβ antibodies in mice: differences according to strain and immunization protocol." *Vaccine*. 2002; 21:290-7.

Johnstone, et al. "Nuclear and Cytoplasmic Localization of the β-Amyloid Peptide (1-43) in Transfected 293 Cells." *Biochemical and Biophysical Research Communications*. 1996; 220:710-18.

Akiyama, et al. "Occurrence of the Diffuse Amyloid β-Protein (Aβ) Deposits With Numerous Aβ-Containing Glial Cells in the Cerebral Cortex of Patients With Alzheimer's Disease." *Glia*. 1999; 25:324-31.

Jakes, et al. "Characterisation of an Antibody Relevant to the Neuropathology of Alzheimer Disease." *Alzheimer Disease and Associated Disorders*. 1995; 9(1):47-51, Raven Press, Ltd., New York.

Tsuzuki, et al. "Amyloid β protein in rat soleus in choroquine-induced myopthy using end-specific antibodies for Aβ40 and Aβ42: immunohistochemical evidence for amyloid β protein." *Neuroscience Letters*. 1995; 2002:77-80.

Sigurdsson, et al. "Immunization Delays the Onset of Prion Disease in Mice." *American Journal of Pathology*, 2002; 161:13-17.

Wisniewski, et al. "Therapeutics in Alzheimer's and Prion Diseases." *Biochemical Society Transactions*. 2002; 30(4):-574-87.

Frautschy, et al. "Effects of injected Alzheimer β-amyloid cores in rat brain." *PNAS*. 1991; 88:8362-6.
Weldon, et al. "Neurotoxicity of Aβ Peptide: Confocal Imaging of Cellular Changes Induced by—Amyloid in Rat CNS *In Vivo*." *Society for Neuroscicence Abstracts*. 1996; 22(Part 1).
Goldfarb, et al. "The Transmissible Spongiform Encephalopathies." *Ann. Rev. Med*. 1995; 46:57-65.
Kovacs, et al. "Mutations of the Prion Protein Gene Phenotypic Spectrum." *J. Neurol*. 2002; 249:1567-82.
Diomede, et al. "Activation effects of a prion protein fragment [PrP-(106-126)] on human leucocytes." *Biochem. J*. 1996; 320:563-70.
Aguzzi, et al. "Prion research: the next frontiers." *Nature*. 389:795-8.
Tal, et al. "Complete Freund's Adjuvant Immunization Prolongs Survival in Experimental Prion Disease in Mice." *Journal of Neuroscience Research*, 2003; 71:286-90.
Akiyama, et al. "Inflammation and Alzheimer's disease." *Neurobiology of Aging*. 2000; 21:383-421.
Prusiner, et al. "Ablation of the prion protein (PrP) gene in mice prevents scrapie and facilitates production of anti-PrP antibodies." *PNAS*. 1993; 90:10608-12.
Sigurdsson, et al. "Anti-priori antibodies for prophylaxis following prion exposure in mice." *Neurosciences Letters*. 2003; 336:185-7.
Goldsteins, et al. "Goldsteins et al., Exposure of cryptic epitopes on transthyretin only in amypoid and in amyloidogenic mutants." *PNAS*. 1999; 96:3108-13.
Palha, et al. "Antibody recognition of amyloidogenic transthyretin variants in serum of patients with familial amyloidiotic polyneuropathy." *J. Mol. Med*. 2001; 7:703-7.
Tan, et al. "Amyloidosis." *Histopathology*. 1994; 25:403-14.
Sigurdsson, et al. "A safer vaccine for Alzheimer's disease?" *Neurobiology of Aging*. 2002; 23:1001-8.
Benjamini and Leskowitz, for *IMMUNOLOGY A Short Course*, Second Edition, Chapter 4, Antibody Structure, pp. 49-65, 1991, published by Wiley-Liss, Inc., New York, New York.
Pan, et al. "Antibodies to β-Amyloid Decrease the Blood-to-Brain Transfer of β-Amyloid Peptide." *Exp. Biol. Med*. 2002; 227(8):609-15.
Eck, et al. *Goodman and Gilman's The pharmacological basis of therapeutics*, 1996; Chapter 5, pp. 77-101.
Marshall. "Gene Therapy's Growing Pains." *Science*. 1995; 269:1050-55.
Orkin, et al. *Report and Recommendatinos of the Panel to Assess the NIH Investment in Research on Gene Therapy*, Dec. 7, 1995.
Verma, et al. "Gene therapy—promises, problems and prospects." *Nature*. 1997; 389:239-42.
Solomon, et al. "The Amino Terminus of the β-Amyloid Peptide Contains an Essential Epitope for Maintaining Its Solubility" from *Progress in Alzheimer's and Parkinson's Diseases*, edited by Fisher et al., Plenum Press, New York, pp. 205-211 (1995).
Das, et al. "Amyloid-β Immunization Effectively Reduces Amyloid Deposition in FcRy Knock-Out-Mice." *J. Neuroscience*. 2003; 23(24):8532-8.
Holzman, et al. "Aβ immunization and anti-Aβ antibodies: potential therapies for the prevention and treatment of Alzheimer's disease." *Advanced Drug Delivery Reviews*. 2002; 54:1603-13.
Schenk. "Amyloid-β immunotherapy for Alzheimer's disease: the end of the beginning." *Nature Reviews*. 2002; 3:824-8.
Bork. "Powers and Pitfalls in Sequence Analysis: The 70% Hurdle." *Genome Research*. 2000; 10:398-400.
Bork, et al. "Go hunting in sequence databases but watch out for the traps." *Trends in Genetics*. 1996; 12(10):425-7.
Brenner. "Errors in genome annotation." *Trends in Genetics*. 1999; 15(4):132-3.
Castillo, et al. "Amylin / Islet Amyloid Polypeptide: Biochemistry, Physiology, Patho-Physiology." *Diabete & Metabolisme (Paris)*. 1995; 21:3-25.
Doerks, et al. "Protein annotation: detective work for function prediction." *Trends in Genetics*. 1998; 14(6):248-50.
Fonseca, et al. "The Presence of Isoaspartic Acid in β-Amyloid Plaques Indicates Plaque Age." *Experimental Neurology*. 1999; 157(2):277-88.
Goldsby, et al. "Vaccines." Chapter 18 from *Immunology*. 4th Edition, W.H. Freeman and Company, New York, pp. 449-465 (2002).
Ngo, et al. "Computational Complexity, Protein Structure Prediction, and the Levinthal Paradox," pp. 492-495 from Chapter 14 of *The Protein Folding Problem and Tertiary Structure Prediction*, Merz et al., eds., Birkhauser Boston (1994).
Singh, K.S. "Neuroautoimmunity: Pathogenic Implications for Alzheimer's Disease." *Gerontology*. 1997: 43:79-94.
Smith, et al. "The challenges of genome sequence annotation or The devil is in the details". *Nature Biotechnology*. 1997; 15:1222-3.
Velazquez, et al. "Aspartate residue 7 in amyloid β-protein is critical for classical complement pathway activation: Implications for Alzheimer's disease pathogenesis." *Nature medicine*. 1997; 3(1):77-9.
Wells. "Additivity of Mutational Effects in Proteins." *Biochemistry*. 1990; 29(37):8509-17.
Yang, et al. "Effects of Racemization on the Aggregational Properties of the Amyloid β-Peptide in Alzheimer's Disease," abstract # 255 from American Chemical Society 214th National Meeting (1997).
Kelly. "Alternative conformations of amyloidogenic proteins govern their behavior." *Current Opinion in Structural Biology*. 1996; 6:11-17.
Stern, et al. "Antibodies to the β-amyloid peptide cross-react with conformational epitopes in human fibrinogen subunits from peripheral blood." *FEBS Letters*. 1990; 264(1):43-7.
Dickson, et al. "Neuroimmunology of Alzheimer's disease: a conference report." *Neurobiology of Aging*. 1992; 13(6):793-8, abstract only.
Persson, et al. "IgG subclass-associated affinity differences of specific antibodies in humans." *J. Immunology*. 1988; 140(11):3875-9, abstract only.
Singh, V.K. "Studies of neuroimmune markers in Alzheimer's disease." *Mol. Neurobiology*. 1994; 9(1-3):73-81, abstract only.
Nalbantoglu. "Beta-amyloid protein in Alzheimer's disease." *Can. J. neurol. Sci*. 1991; 18(3 suppl.):424-7, abstract only.
Andrew, et al. *Current Protocols in Immunology*. 1997; 2.7.1-2.9.8.
Johnson-Wood, et al. "Amyloid precursor protein processing and $A\beta_{42}$ deposition in a transgenic mouse model of Alzheimer disease." *PNAS*. 1997; 94:1550-5.
Levitt. "Molecular dynamics of native protein." *J. Mol Biol*. 1983; 168:595-620.
Queen, et al. "A humanized antibody that binds to the interleukin 2 receptor." *Proc Natl Acad Sci USA*. 1989; 86:10029-33.
Burdick, et al. "Assembly and aggregation properties of synthetic Alzheimer's A4/β amyloid peptide antigens." *J Biol Chme*. 1992; 267:546-55.
Co, et al. "Chimeric and humanized antibodies with specificity for the CD33 antigen." *J Immunol*. 1992; 148:1149-54.
Ghiso, et al. "Epitope map of two polyclonal antibodies that recognize amyloid lesions in patients with Alzheimer's disease." *Biochem J*. 1992; 282 (Pt 2):517-22.
Flood, et al. "An amyloid β-Protein fragment, A β 12-28J, equipotently impairs post-training memory processing when injected into different limbic system structures." *Brain Res*. 1994; 663(2):271-6.
Koudinov, et al. "The soluble form of Alzheimer's amyloid beta protein is complexed to high density lipoprotein 3 and very high density lipoprotein in normal human plasma." *Biochem & Biophysic Res Comm*. 1994; 205:1164-71.
Schwarzman, et al. "Transthyretin sequesters amyloid β protein and prevents amyloid formation." *Proc Natl Acad Sci*. 1994; 91:8368-72.
Tabaton, et al. "Soluble amyloid β-protein is a marker of Alzheimer amyloid in brain but not in cerebrospinal fluid." *Biochem and Biophysi Res Comm*. 1994; 200(3):1598-1603.
Wisniewski, et al. "Alzheimer's disease and soluble A beta." *Neurobiol Aging*. 1994; 15(2):143-52, Review.
DeMattos, et al. "Peripheral anti-Aβ antibody alters CNS and plasma clearance and decreases Aβ burden in a mouse model of Alzheimer's disease" *Proc Natl Acad Sci USA*. 98(15):8850-55 Jul. 17, 2001, disease.

Giulian, et al. "Specific domains of β-amyloid from Alzheimer plaque elicit neuron killing in human microglia." *J Neurosci*. 1996; 16 (19):6021-37.

Hilbich, et al. "Substitutions of hydrophobic amino acid reduce the amyloidogenicity of Alzheimer's disease βA4 peptides." *J. Mol. Biol*. 1992; 228:460-73.

Teller, et al. "Presence of soluble amyloid β-peptide precedes amyloid plaque formation in Down's syndrome." *Nature Medicine*. 2(1):93-95, 1996.

Hilbich, et al. "Aggregation and secondary structure of synthetic amyloid βA4 peptides of Alzheimer's disease." *J. Mol. Biol*. 1991; 218:149-63.

Winter, et al. "Humanized antibodies." *Immunology Today*. 1996; 14(6):243-6.

El-Agnaf, et al. "The influence of the central region containing residues 19-25 on the aggregation properties and secondary structure of Alzheimer's beta-amyloid peptide." *Eur J Biochem*. 1998; 256(3):560-9.

He, et al. "Humanization and pharmacokinetics of a monoclonal antibody with specificity for both E- and P- selectin." *J Immunol*. 1998; 160:1029-35.

Lambert, et al. "Diffusible, nonfibrillar ligands derived from Aβ1-42 are potent central nervous system neurotoxins." *Proc Natl Acad Sci*. 1998; 95:6448-53.

Kuo, et al. "High levels of circulating Abeta42 are sequestered by plasma proteins in Alzheimer's disease." *Biochem Biophys Res Commun*. 1999; 257(3):787-91.

McLean, et al. "Soluble pool of Aβ amyloid as a determinant of severity of neurodegeneration in Alzheimer's disease." *Amer Neurological Assoc*. 1999; 46:860-6.

Wang, et al. "The levels of soluble versus insoluble brain Aβ distinguish Alzheimer's disease from normal and pathologic aging." *Experimental Neurology*. 1999; 158:328-37.

Levy, et al. "Immunization for Alzheimer's disease: A shot in the arm or a whiff?" *American Neurological Assoc*. 2000; 48:553-4.

Naslund, et al. "Correlation between elevated levels of amyloid β peptide in the brain and cognitive decline." *J Am Med Assoc*. 2000; 283:1571.

Zlokovic, et al. "Clearance of amyloid β-peptide from brain: transport or metabolism?" *Nature Medicine*. 2000; 6(7):718-19.

Arendiash, et al. "Behavioral assessment of Alzheimer's transgenic mice following long-term Aβ vaccination: Task specificity and correlations between Aβ deposition and spatial memory." *DNA and Cell Biology*. 2001; 20(11):737-44.

Bacskai, et al. "Imaging of amyloid-β deposits in brains of living mice permits direct observation of clearance of plaques with immunotherapy." *Nature Medicine*. 2001; 7(3):369-72.

Dickey, et al. "Duration and specificity of humoral immune responses in mice vaccinated with the Alzheimer's disease-associated β-amyloid 1-42 peptide." *DNA and Cell Biology*. 2001; 20(11):723-9.

Haass, et al. "Protofibrils, the unifying toxic molecule of neurodegenerative disorders?" *Nature Neuroscience*. 2001; 4(9):859-60.

Klein, et al. "Targeting small Aβ oligomers: the solution to an Alzheimer's disease conundrum?" *Trends in Neurosciences*. 2001; 24(4):219-24.

Lambert, et al. "Vaccination with soluble Aβ oligomers generates toxicity-neutralizing antibodies." *J Neurochem*. 2001: 79:595-605.

Lee, et al. "Aβ immunization: Moving Aβ peptide from brain to blood." PNAS. 2001; 98(16): 8931-2.

Poduslo, et al. "Permeability of proteins at the blood-brain barrier in the normal adult mouse and double transgenic mouse model of Alzheimer's disease." *Neurobiol Dis*. 2001; 8(4): 555-67.

Town, et al. "Characterization of murine immunoglobulin G antibodies against human amyloid-$\beta_{1-42}$." *Neurosci Lett*. 2001; 307:101-4.

DeMattos, et al. "Plaque-associated disruption of CSF and plasma amyloid-β (Aβ) equilibrium in a mouse model of Alzheimer's disease." *J Neurochem*. 2002; 81:229-36.

Kotilinek, et al. "Reversible memory loss in a mouse transgenic model of Alzheimer's disease." *J Neurosci*. 2002; 22(15):6331-5.

Wang, et al. "Soluble oligomers of β amyloid (1-42) inhibit long-term potentiation but not long-term depression in rate dentate gyrus." *Brain Research*. 2002; 924:133-40.

Strbak, et al. "Passive Immunization and Hypothalamic Peptide Secretion." *Neuroendocrinology*. 1993; 58:210-17.

Ragusi, et al. "Redistribution of Imipramine from Regions of the Brain Under the Influence of Circulating Specific Antibodies." *J. Neurochem*. 1998; 70(5):2099-105.

Suo, et al. "Soluble Alzheimers β-amyloid constricts the cerebral vasculature in vivo." *Neuroscience Letters*. 1998; 257:77-80.

Lue, et al. "Soluble β-amyloid Peptide Concentration as a Predictor of Synaptic Change in Alzheimer's Disease." *Am. J. Pathol*. 1999; 155:853-62.

Tjernberg, et al. "A molecular model for Alzheimer amyloid β-peptide fibril formation." *J. Biol. Chem*. 1999; 274(18):12619-25.

Easler, et al. "Point substitutionin the central hydrophobic cluster of a human β-amyloid congener disrupts peptide folding and abolishes plaque competence." *Biochemistry/* 1996; 35:13914-21.

Maggio, et al. "Brain Amyloid—A Physicochemical Perspective." *Brain Pathology*. 1996; 6:147-62.

Gorevic, et al. "Ten to fourteen residue peptides of Alzheimer's disease protein are sufficient for amyloid fibril formation and its characteristic X ray diffraction pattern." *Biochem. and Biophy. Res. Commun*. 1987; 147(2).

Balbach, et al. "Amyloid fibril formation by $A\beta_{16-22}$, a seven-residue fragment of the Alzheimer's β-amyloid peptide, and structural characterization by solid state NMR." *Biochemistry*. 2000; 39:13748-59.

Simmons. "Secondary structure of amyloid β peptide correlates with neurotoxic activity *in vitro*." *Molecular Pharmacology*. 1994; 45:373-9.

Wood, et al. "Prolines and amyloidogenicity in fragments of the Alzheimer's peptide β/A4." *Biochemistry*. 1995; 34:724-30.

Xu, et al. "Increased incidence of anti-β-amyloid autoantibodies secreted by Epstein-Barr virus transformed B cell lines from patients with Alzheimer's disease." *Mechanisms of Aging and Development*. 1997; 94:213-22.

Soto, et al. "The α-helical to β-strand transition in the amino-terminal fragment of the amyloid β-peptide modulates amyloid formation." *J. Biol. Chem*. 1995; 270(7):3063-7.

Cirrito, et al. "Amyloid β and Alzheimer disease therapeutics: the devil may be in the details." *J. Clin. Invest*. 2003; 112:321-3.

Hock, et al. "Antibodies against β-Amyloid Slow Cognitive Decline in Alzheimer's Disease." *Neuron*. 2003; 38:542-54.

van Regenmortel, et al. "D-peptides as immunogens and diagnostic reagents." *Curr. Opin. Biotech*. 1998; 9(4):377-82.

Sela, et al. "Different roles of D-amino acids in immune phenomena." *FASEB J*. 1999; 11(6):449-56.

Tjernberg, et al. "Controlling amyloid beta-peptide fibril formation with protease-stable ligands." *J. Biol Chem*. 1997; 272(19:12601-5.

Flood, et al. "Topography of a binding site for small amnestic peptides deduced from structure-activity studies: Relation to amnestic effect of amyloid B protein." *PNAS*. 1994; 91:380-4.

Findeis, et al. "Modified peptide inhibitors of amyloid B-peptide polymerization." Biochemistry. 1999; 38:6791-6800.

Benkirane, et al. "Antigenicity and Immunogenicity of Modified Synthetic Peptides Containing D-Amino Acid Residues." *The Journal of Biological Chemistry*. 1993; 268(23):26279-85.

Cribbs, et al. "All-D-Erantiomers of Beta-Amyloid Exhibit Smilar Biological Properties to All -L-Beta-Amyloids." *J. Biol. Chem*. 1997; 272:7431-6.

Chishti, et al. "Early-onset Amyloid Deposition and Cognitive Deficits in Transgenic Mice Expressing a Double Mutant Form of Amyloid Precursor Protein 695." *J. Biol.Chem*. 2001; 276(24):21562-70.

Chothia, et al. "Domain Association in Immunoglobulin Molecules." *J. Mol. Biol*. (1985) 186: 651-663.

Wu, et al. An Analysis of the Sequences of the Variable Regions of Bence Jones Proteins and Myeloma Light Chains and Their Implications for Antibody Complementarity J Exp Med 1970;132:211-250.

Novotny, J. et al. "Structural Invariants of Antigen Binding: Comparison of Immunoglobulin $V_L$-$V_H$ and $V_L$-$V_L$ domain Dimers." *Proc. Natl. Acad. Sci.* 82:4592-4593 (Jul. 1985).

Frazer, J. K. Capra J.D. "Immunoglobulins: Structure and Function. Paul, W.E., ed. In Fundamental Immunology" 4th ed. Philadelphia, PA: Lippincott-Raven 1999: 37-74.

Anderson, J.P., et al. Exact cleavage site of Alzheimer amyloid precursor in neuronal PC-12 cells. *Neurosci Lett.* Jul. 8, 1991; 128(1):126-8.

Anderson, M.W. "Amending the amyloid hypothesis." *The Scientist.* Oct. 25, 2004; 18(20).

Bacskai, B.J., et al. "Imaging of amyloid-β deposits in brains of living mice permits direct observation of clearance of plaques with immunotherapy." *Nat Med.* Mar. 2001;7(3):369-72.

Bacskai, B.J., et al. "Non-Fc-mediated mechanisms are involved in clearance of amyloid-β in vivo by immunotherapy." *J Neurosci.* Sep. 15, 2002; 22(18):7873-8.

Check, E. "Battle of the mind." *Nature.* Mar. 27, 2003; 422(6930):370-2.

Chromy, B.A., et al. "Self-assembly of Aβ(1-42) into globular neurotoxins." *Biochemistry.* Nov. 11, 2003; 42(44):12749-60.

Citron, M., et al. "Evidence that the 42- and 40-amino acid forms of amyloid-β protein are generated from the β-amyloid precursor protein by different protease activities." *Proc Natl Acad Sci USA.* Nov. 12, 1996; 93(23):13170-5.

Citron, M. "Alzheimer's disease: treatments in discovery and development." *Nat Neurosci.* Nov. 2002; 5:1055-7.

DeMattos, R.B., et al. "Brain to plasma amyloid-β efflux: a measure of brain amyloid burden in a mouse model of Alzheimer's disease." *Science.* Mar. 22, 2002; 295(5563):2264-7.

De Mattos, R.B., et al. "Peripheral anti-Aβ antibody alters CNS and plasma Aβ clearance and decreases brain Aβ burden in a mouse model of Alzheimer's disease." *Proc Natl Acad Sci USA.* Jul. 17, 2001; 98(15):8850-5.

Dodart, J-C., et al. "Immunization reverses memory deficits without reducing brain Aβ burden in Alzheimer's disease model." *Nat Neurosci.* May 2002; 5(5):452-7.

Dodel, R.C., et al. "Immunotherapy for Alzheimer's disease." *Lancet Neurol.* Apr. 2003; 2(4):215-20.

Dovey, H.F., et al. "Functional gamma-secretase inhibitors reduce beta-amyloid peptide levels in brain." *J Neurochem.* Jan. 2001; 76(1):173-81.

Duff, K., et al. "Increased amyloid-β42(43) in brains of mice expressing mutant presenilin 1." *Nature.* Oct. 24, 1996; 383(6602):710-3.

Eriksen, J.L., et al. "NSAIDs and enantiomers of flurbiprofen target γ-secretase and lower Aβ42 in vivo." *J Clin Invest.* Aug. 2003; 112(3):440-9.

Findeis, M.A. "Approaches to discovery and characterization of inhibitors of amyloid β-peptide polymerization," *Biochim Biophys Acta.* Jul. 26, 2000; 1502(1):76-84.

Frenkel, D., et al. "Reduction of β-amyloid plaques in brain of transgenic mouse model of Alzheimer's disease by EFRH-phage immunization." *Vaccine.* Mar. 7, 2003; 21(11-12):1060-5.

Frenkel, D., et al. "Towards Alzheimer's β-amyloid vaccination." *Biologicals.* Sep.-Dec., 2001; 29(3-4):243-7.

Gelinas, D.S., et al. "Immunotherapy for Alzheimer's disease." *Proc Natl Acad Sci USA.* Oct. 5, 2004; 101 Suppl 2:14657-62.

Gong, Y., et al. "Alzheimer's disease-affected brain: presence of oligomeric Aβ ligands (ADDLs) suggests a molecular basis for reversible memory loss." *Proc Natl Acad Sci USA.* Sep. 2, 2003; 100(18):10417-22.

Greenberg, S.M., et al. "Alzheimer disease's double-edged vaccine." *Nat Med.* Apr. 2003; 9(4):389-90.

Haass, C. "New hope for Alzheimer disease vaccine." *Nat Med.* Nov. 2002; 8(11):1195-6.

Hock, C., et al. "Generation of antibodies specific for β-amyloid by vaccination of patients with Alzheimer disease." *Nat Med.* Nov. 2002; 8(11):1270-5.

Irizarry, M.C., et al. "Alzheimer disease therapeutics." *J Neuropathol Exp Neurol.* Oct. 2001; 60(10):923-8.

Janus, C., et al. "Transgenic mouse models of Alzheimer's disease." *Physiol Behav.* Aug. 2001; 73(5):873-86.

Klein, W.L., et al. "Targeting small Aβ oligomers: the solution to an Alzheimer's disease conundrum?" *Trends Neurosci.* Apr. 2001; 24(4):219-24.

Mattson, M.P., et al. "Good and bad amyloid antibodies." *Science.* Sep. 26, 2003; 301(5641):1847-9.

McLaurin, J., et al. "Therapeutically effective antibodies against amyloid- β peptide target amyloid-β residues 4-10 and inhibit cytotoxicity and fibrillogenesis." *Nat Med.* Nov. 2002; 8(11):1263-9. Epub Oct. 15, 2002.

Monsonego, A., et al. "Increased T cell reactivity to amyloid β protein in older humans and patients with Alzheimer disease." *J Clin Invest.* Aug. 2003; 112(3):415-22.

Monsonego, A., et al. "Immunotherapeutic approaches to Alzheimer's disease." *Science.* Oct. 31, 2003; 302(5646):834-8.

Paganetti, P.A., et al. "Amyloid precursor protein truncated at any of the γ-secretase sites is not cleaved to β -amyloid." *J Neurosci Res.* Nov. 1, 1996; 46(3):283-93.

Pallitto, M.M., et al. "Recognition sequence design for peptidyl modulators of β-amyloid aggregation and toxicity." *Biochemistry.* Mar. 23, 1999; 38(12):3570-8.

Pfeifer, M., et al. "Cerebral hemorrhage after passive anti-Aβ immunotherapy." *Science.* Nov. 15, 2002; 298(5597):1379.

Schmid, R.E. "Study suggests Alzheimer vaccine fix." www.msnbc.com/news. 2002; 1-5.

Selkoe, D.J. "Alzheimer's disease is a synaptic failure." *Science.* Oct. 25, 2002; 298(5594): 789-91.

Sigurdsson, E.M., et al. "Immunization with a nontoxic/nonfibrillar amyloid-β homologous peptide reduces Alzheimer's disease-associated pathology in transgenic mice." *Am J Pathol.* Aug. 2001; 159(2):439-47.

Solomon, B., et al. "Generation and brain delivery of anti-aggregating antibodies against β-amyloid plaques using phage display technology." *J Neural Transm Suppl.* 2002; (62):321-5.

Solomon, B. "Immunotherapeutic strategies for prevention and treatment of Alzheimer's disease." *DNA Cell Biol.* Nov. 2001; 20(11):697-703.

White, A.R., et al. "Immunotherapy as a therapeutic treatment for neurodegenerative disorders." *J Neurochem.* Nov. 2003; 87(4):801-8.

Nicoll, J.A., et al. "Neuropathology of human Alzheimer disease after immunization with amyloid-beta peptide: a case report." *Nat Med.* Apr. 2003; 9(4):448-52.

Pan, W., et al. "Antibodies to β-amyloid decrease the blood-to-brain transfer of β-amyloid peptide." *Exp Biol Med* (Maywood). Sep. 2002; 227(8):609-15.

Sergeant, N., et al. "Truncated beta-amyloid peptide species in pre-clinical Alzheimer's disease as new targets for the vaccination approach." *J Neurochem.* Jun. 2003; 85(6):1581-91.

Walsh, D.M., et al. "Naturally secreted oligomers of amyloid β protein potently inhibit hippocampal long-term potentiation in vivo." *Nature.* Apr. 4, 2002; 416(6880):535-9.

Washington University in St. Louis School of Medicine. "Study Gives Clues to Working of Anti-Alzheimer Antibody." Retrieved from internet www.medicine.wustl.edu/~wumpa/news, Dec. 15, 2004.

"Research Devlop Blood Test to Diagnose Alzheimer's-Type Changes in Mice." Retrieved from internet www.businesswire.com. Dec. 15, 2004.

Chen et al., "A learning deficit related to age and beta-amyloid plaques in a mouse model of Alzheimer's disease," *Nature,* 408(6815):975-979 (2000).

Janus et al., "A beta peptide immunization reduces behavioural impairment and plaques in a model of Alzheimer's disease," *Nature,* 408(6815):979-982 (2000).

Mattson, "Cellular actions of beta-amyloid precursor protein and its soluble and fibrillogenic derivatives," *Physiol Rev.,* 77(4):1081-132 (1997).

Merluzzi, et al., "Humanized antibodies as potential drugs for therapeutic use," *Adv Clin Path.,* 4(2):77-85 (2000).

Morgan, et al., "A beta peptide vaccination prevents memory loss in an animal model of Alzheimer's disease," *Nature,* 408(6815):982-985 (2000).

Schenk et al., "Immunotherapy with beta-amyloid for Alzheimer's disease: a new frontier," *DNA Cell Biol.*, 20(11):679-81 (2001).

Selkoe, "The cell biology of beta-amyloid precursor protein and presenilin in Alzheimer's disease," *Trends Cell Biol.*, 8(11):447-53 (1998).

Sigurdsson, et al., "In vivo reversal of amyloid-beta lesions in rat brain," *J Neuropathol Exp Neurol.*, 59(1):11-17 (2000).

Sinha, et al., "Recent advances in the understanding of the processing of APP to beta amyloid peptide," *Ann N Y Acad Sci.*, 920:206-8 (2000).

Soto et al., "Beta sheet breaker peptides inhibit fibrillogenesis in a rat brain model of amyloidosis: implications for Alzheimer's therapy," *Nature Medicine.*, 4(7):822-826 (1998).

Vehmas et al., "beta-Amyloid peptide vaccination results in marked changes in serum and brain Abeta levels in APPswe/PS1 DeltaE9 mice, as detected by SELDI-TOF-based ProteinChip® technology," *DNA Cell Biol.*, (11):713-721 (2001).

Du et al., "Reduced levels of amyloid beta-peptide antibody in Alzheimer disease," *Neurology*, 57(5):801-5 (2001).

Small et al., "Alzheimer's disease and Abeta toxicity: from top to bottom," *Nat Rev Neurosci.*, 2(8):595-8 (2001).

Masliah et al., "Comparison of Neurodegenerative Pathology in Transgenic Mice Overexpressing V717F β-Amyloid Precursor Protein and Alzheimer's Disease," *J. Neuroscience*, 16(18):5795-5811 (1996).

Irizarry et al., "Aβ Deposition is Associated with Neuropil Changes, but not with Overt Neuronal Loss in the Human Amyloid Precursor Protein V717F (PDAPP) Transgenic Mouse," *J. Neuroscience*, 17(18):7053-7059 (1997).

Kayed et al., "Conformational Transitions of Islet Amyloid Polypeptide (IAPP) in Amyloid Formation *In Vitro*," *J. Mol. Biol.*, 287:781-796 (1999).

Solomon, B., "Immunological approaches as therapy for Alzheimer's disease," *Expert Opin. Biol. Ther.*, 2(8):907-917 (2002).

Bard et al., "Epitope and isotype specificities of antibodies to β-amyloid peptide for protection against Alzheimer's disease-like neuropathology," *PNAS*, 100(4):2023-2028 (2003).

Leverone et al., "Aβ1-15 is less immunogenic than Aβ1-40/42 for intranasal immunization of wild-type mice but may be effective for 'boosting'," *Vaccine*, 21:2197-2206 (2003).

Sigurdsson et al., "Immunization with a Nontoxic/Nonfibrillar Amyloid-β Homologous Peptide Reduces Alzheimer's Disease-Associated Pathology in Trasngenic Mice," *Am. J. Pathology*, 159(2):439-447 (2001).

Lemere et al., "Intranasal immunotherapy for the treatment of Alzheimer's disease: *Escherichia coli* LT and LT(R192G) as mucosal adjuvants," *Neurobiology of Aging*, 23(6):991-1000 (2002).

Kettleborough et al., "Humanization of a mouse monoclonal antibody by CDF-grafting: the importance of framework residues on loop conformation," *Protein Engineering*, 4(7):773-783 (1991).

Benjamini et al., from *IMMUNOLOGY A Short Course*, Second Edition, pp. 136-138, 143, 73-74, 372-373, and 400-401, 1991, published by Wiley-Liss, Inc., New York, New York.

Herlyn et al., "Monoclonal antibodies in cell-mediated cytotoxicity against human melanoma and colorectal carcinoma*," *Eur. J. Immunol.*, 9:657-659 (1979).

Jahrling et al., "Opsonization of Alphaviruses in Hamsters," *J. Medical Virology*, 12:1-16 (1983).

Bellotti et al., "Application of Monoclonal Anti-idiotypes in the Study of AL Amyloidosi: Therapeutic Implications," *Renal Failure*, 15(3):365-371 (1993).

Frazer et al., "Immunoglobulins: Structure and Function," chapter 3, pp. 37-74 from *Fundamental Immunology*, fourth edition, W.E. Paul, eds., Lippincott-Raven publishers, Philadelphia (1999).

Chothia et al., "Domain Association in Immunoglobulin Molecules," *J. Mol. Biol.*, 186:651-663 (1985).

Wu et al., "An Analysis of the Sequences of the Variable Regions of Bence Jones Proteins and Myeloma Light Chains and their Implicatioins for Antibody Complementarity*," *J. Exp. Med.*, 132:211-250 (1970).

Novotny et al., "Structural invariants of antigen binding: Comparison of immunoglobulin $V_L$-$V_H$ and $V_L$-$V_L$ domain dimmers," *PNAS*, 82:4592-4596 (1985).

Alberts et al., eds. *Molecular Biology of The Cell*, Third Edition, chapter 23, pp. 1208-1209 (1994).

Amit et al., "Three-Dimensional Structure of an Antigen-Antibody Complex at 2.8 A Resolution," *Science*, 233:747-753 (1986).

Ankarcrona et al., "Biomarkers for apoptosis in Alzheimer's disease," *Int. J. Geriatric Psychiatry*, 20:101-105 (2005).

Bacskai et al., "Non-Fc-mediated mechanisms are involved in clearance of amyloid-β in vivo by immunotherapy," *J. Neurosci.*, 22(18):7873-7878 (2002).

Chimicon International, "Mouse Anti-Amyloid Beta Protein Monoclonal Antibody," Catalog # MAB1561.

Foote et al., "Antibody Framework Residues Affecting the Conformation of the Hypervariable Loops," *J. Mol. Biol.*, 224:487-499 (1992).

Harlow et al., eds., *Antibodies: A Laboratory Manual*, pp. 71-82 (1998).

Ida et al., "Analysis of Heterogeneous βA4 Peptides in Juman Cerebrospinal Fluid and Blood by a Newly Developed Sensitive Western Blot Assay," *J. Biol. Chem.*, 271(37):22908-22914 (1996).

Jung et al., "Alzheimer's Beta-amyloid Precursor Protein Is Expressed on the Surface of Immediately Ex Vivo Brain Cells: a Flow Cytometric Study," *J. Neurosci. Res.*, 46:336-348 (1996).

Kofler et al. "Mechanism of allergic cross-reactions—II. cDNA cloning and variable-region sequence analysis of two IgE antibodies specific for trinitrophenyl." *Mol Immunol*, 29(2):161-6 (1992).

Kofler et al. "IgE antibody light chain (VJ) [Mus musculus]." GenBank Accession No. CAA46659. Retrieved from the internet at www.ncbi.nlm.nih.gov/entrez/viewer.fcgi?db=protein &val=1870480 on Aug. 26, 2005.

Kofler et al. "M.musculus DNA for IgE antibody light chain (VJ)." GenBank Accession No. X65775. Retrieved from the internet at www.ncbi.nlm.nih.gov/entrez/viewer.fcgi?db=nucleotide &val=312078 on Aug. 26, 2005.

Krishnan et al.., "Correlation between the amino acid position of arginine in VH-CDR3 and specificity for native DNA among autoimmune antibodies." *J Immunol.* 157(6):2430-9 (1996).

Krishnan et al. "anti-DNA immunoglobulin light chain IgG [Mus musculus]." Genbank Accession No. AAB488000. Retrieved from the internet at www.ncbi.nlm.nih.gov/entrez/viewer.fcgi?db=protein&val=1870480 on Aug. 26, 2005.

Landolfi et al., "The Integrity of the Ball-and Socket Joint Between V and C Domains Is Essential for Complete Activity of a Humanized Antibody," *J. Immunology*, pp. 1748-1754 (2001).

Lo et al., "High level expression and secretion of Fc-X fusion proteins in mammalian cells," *Protein Engineering*, 11(6):495-500 (1998).

Mandel et al., "Clinical trials in neurological disorders using AAV vectors: promises and challenges," *Curr. Opin. Mol. Ther.*, 6(5):482-490 (2004).

Orlandi et al., "Cloning Immunoglobulin variable domains for expression by the polymerase chain reaction," *PNAS*, 86:3833-3837 (1989).

Panka et al., "Variable region framework differences result in decreased or increased affinity of variant anti-digoxin antibodies," *PNAS*, 85:3080-3084 (1998).

Paul, W. E., eds., *Fundamental Immunology*, Third Edition, pp. 292-295, Raven Press, New York (1993).

Racke et al., "Exacerbation of Cerebral Amyloid Angiopathy-Associated Microhemorrhage in Amyloid Precursor Protein Transgenic Mice by Immunotherapy Is Dependent on Antibody Recognition of Deposited Forms of amyloid β," *J. Neurosci.*, 25(3):629-636 (2005).

Research Corporation Technology News, "THP and SangStat Partner to Develop Humanized Polyclonal Antibody Drugs," Nov. 11, 2002.

"Researchers Develop Blood Test to Diagnose Alzheimer's- Type Changes in Mice," downloaded from www.businesswire.com on Dec. 15, 2004.

Rudikoff et al., "Single amino acid substitution altering antigen-binding specificity," *PNAS*, 79:1979-1983 (1982).

Seidl, K.J. et al. "Predominant VH genes expressed in innate antibodies are associated with distinctive antigen-binding sites." *Proc Natl Acad Sci U S A*. 96(5):2262-7 (1999).

Seidl, K.J. et al. "Immunoglobulin heavy chain VH3609-JH3 region [Mus musculus]." GenBank Accession No. AAD26773. Retrieved from the internet at www.ncbi.nlm.nih.gov/entrez/viewer.fcgi?db=protein&val=4633434 on Aug. 26, 2005.

Souder et al., "Overview of Alzheimer's disease," *Nurs. Clin. N. Am.*, 39:545-559 (2004).

Walsh et al., "Naturally secreted oligomers of amyloid β protein potently inhibit hippocampal long-term potentiation in vivo," *Nature*, 416(6880):535-539 (2002).

*Webster's New World Dictionary*, p. 1387, therapeutic (1988).

U.S. Appl. No. 11/245,524, filed Oct. 7, 2005, Schenk.

U.S. Appl. No. 11/245,916, filed Oct. 7, 2005, Schenk.

Auld et al, "Alzheimer's disease and the basal forebrain cholinergic system: relations to β-amyloid peptides, cognition, and treatment strategies," *Progress in Neurobiol.*, 68:209-245 (2002).

Cox et al., "Adjuvants—a classification and review of their modes of action," *Vaccine*, 15(3):248-256 (1997).

De Lustig et al., "Peripheral Markers and Diagnostic Criteria in Alzheimer's Disease: Critical Evaluations," *Rev. in Neurosciences*, 5:213-225 (1994).

Gupta et al., "Adjuvants for human vaccines—current status, problems, and future prospects," *Vaccine*, 13(14):1263-1275 (1995).

Parnetti et al., "Cognitive Enhancement Therapy for Alzheimer's Disease, The Way Forward," *Drugs*, 53(5):752-768 (1997).

Vickers, J.C., "A Vaccine Against Alzheimer's Disease," *Drugs Aging*, 19(7):487-494 (2002).

Webster's New World Dictionary of American English, Third College Edition, p. 1078 (1988).

Clayton, David F. et al, "Synucleins in Synaptic Plasticity and Neurodegenerative Disorders," *Journal of Neuroscience Research*, vol. 58:120-129 (1999).

Dictionary.com definition of, "prophylactic," pp. 1-3 downloaded from internet Oct. 12, 2005.

Kuo, Yu-Min et al, "Water-soluble Aβ (N-40, N-42) Oligomers in Normal and Alzheimer Disease Brains," *The Journal of Biological Chemistry*, vol. 271(8):4077-4081 (1996).

Small, Gary W. et al, "Cerebral metabolic and cognitive decline in persons at genetic risk for Alzheimer's disease," *PNAS*, vol. 97(11):6037-6042 (2000).

Valleix, Sophie et al, "Hereditary renal amyloid osis caused by a new variant lysozyme W64R in a French Family," *Kidney International*, vol. 61:907-912 (2002).

Anderson, J.P., et al. Exact cleavage site of Alzheimer amyloid precursor in neuronal PC-12 cells. *Neurosci Lett*. Jul. 8, 1991; 128(1):126-8.

Anderson, M.W. "Amending the amyloid hypothesis." *The Scientist*. Oct. 25, 2004; 18(20).

Bacskai, B.J., et al. "Imaging of amyloid-β deposits in brains of living mice permits direct observation of clearance of plaques with immunotherapy." *Nat Med*. Mar. 2001; 7(3):369-72.

Bacskai, B.J., et al. "Non-Fc-mediated mechanisms are involved in clearance of amyloid-β in vivo by immunotherapy." *J Neurosci*. Sep. 15, 2002; 22(18):7873-8.

Chromy, B.A., et al. "Self-assembly of Aβ(1-42) into globular neurotoxins." *Biochemistry*. Nov. 11, 2003; 42(44):12749-60.

Citron, M., et al. "Evidence that the 42- and 40-amino acid forms of amyloid-β protein are generated fromt the β-amyloid precursor protein by different protease activities." *Proc Natl Acad Sci USA*. Nov. 12, 1996; 93(23):13170-5.

Citron, M. "Alzheimer's disease: treatments in discovery and development." *Nat Neurosci*. Nov. 2002; 5:1055-7.

DeMattos, R.B., et al. "Brain to plasma amyloid-β efflux: a measure of brain amyloid burden in a mouse model of Alzheimer's disease." *Science*. Mar. 22, 2002; 295(5563):2264-7.

DeMattos, R.B., et al. "Peripheral anti-Aβ antibody alters CNS and plasma Aβ clearance and decreases brain Aβ burden in a mouse model of Alzheimer's disease." *Proc Natl Acad Sci USA*. Jul. 17, 2001; 98(15):8850-5.

Dodart, J-C., et al. "Immunization reverses memory deficits without reducing brain Aβ burden in Alzheimer's disease model." *Nat Neurosci*. May 2002; 5(5):452-7.

Paganetti, P.A., et al. "Amyloid precursor protein truncated at any of the γ-secretase sites is not cleaved to β -amyloid." *J Neurosci Res*. Nov. 1, 1996; 46(3):283-93.

Pallitto, M.M., et al. "Recognition sequence design for peptidyl modulators of β-amyloid aggregation and toxicity." *Biochemistry*. Mar. 23, 1999; 38(12):3570-8.

Pfeifer, M., et al. "Cerebral hemorrhage after passive anti-Aβ immunotherapy." *Science*. Nov. 15, 2002; 298(5597):1379.

Schmid, R.E. "Study suggests Alzheimer vaccine fix." www.msnbc.com/news. 2002; 1-5.

Selkoe, D.J. "Alzheimer's disease is a synaptic failure." *Science*. Oct. 25, 2002; 298(5594): 789-91.

Sigurdsson, E.M., et al. "Immunization with a nontoxic/nonfibrillar amyloid-β homologous peptide reduces Alzheimer's disease-associated pathology in transgenic mice." *Am J Pathol*. Aug. 2001; 159(2):439-47.

Solomon, B., et al. "Generation and brain delivery of anti-aggregating antibodies against β-amyloid plaques using phage display technology." *J Neural Transm Suppl*. 2002; (62):321-5.

Solomon, B. "Immunotherapeutic strategies for prevention and treatment of Alzheimer's disease." *DNA Cell Biol*. Nov. 2001; 20(11):697-703.

White, A.R., et al. "Immunotherapy as a therapeutic treatment for neurodegenerative disorders." *J Neurochem*. Nov. 2003; 87(4):801-8.

Sergeant, N., et al. "Truncated beta-amyloid peptide species in pre-clinical Alzheimer's disease as new targets for the vaccination approach." *J Neurochem*. Jun. 2003; 85(6):1581-91.

Walsh, D.M., et al., "Naturally secreted oligomers of amyloid β protein potently inhibit hippocampal long-term potentiation in vivo." *Nature*. Apr. 4, 2002; 416(6880):535-9.

Washington University in St. Louis School of Medicine. "Study Gives Clues to Working of Anti-Alzheimer Antibody." Retrieved from internet www.medicine.wustl.edu/~wumpa/news. Dec. 15, 2004.

"Researchers Devlop Blood Test to Diagnose Alzheimer's-Type Changes in Mice." Retrieved from internet www.businesswire.com. Dec. 15, 2004.

U.S. Appl. No. 09/441,140, filed Nov. 16, 1999, Solomon et al.

U.S. Appl. No. 60/168,594, Chalifour et al.

U.S. Appl. No. 60/169,687, Chain.

U.S. Appl. No. 60/184,601, Holtzman et al.

U.S. Appl. No. 60/186,295, Rasmussen et al.

U.S. Appl. No. 60/254,465, Holtzman et al.

U.S. Appl. No. 60/254,498, Holtzman et al.

* cited by examiner

# FIG. 1

Reshaping 3D6 VL

```
                    * *              10                  20            27A 27B 27C
3d6vl.aa            Y V V M T Q T P L T L S V T I G Q P A S I S C K S S Q S L L   27C
hum3d6VLv1.aa       Y V V M T Q S P L S L P V T P G E P A S I S C K S S Q S L L   27C
KABID 019230        D I V M T Q S P L S L P V T P G E P A S I S C R S S Q S L L   27C
A19.prot            D I V M T Q S P L S L P V T P G E P A S I S C R S S Q S L L   27C

                                     35 *                  45 *                55
3d6vl.aa            D S D G K T Y L N W L L Q R P G Q S P K R L I Y L V S K L D   55
hum3d6VLv1.aa       D S D G K T Y L N W L L Q K P G Q S P Q R L I Y L V S K L D   55
KABID 019230        H S N G Y N Y L D W Y L Q K P G Q S P Q L L I Y L G S N R A   55
A19.prot            H S N G Y N Y L D W Y L Q K P G Q S P Q L L I Y L G S N R A   55

                                     65                    75                  85
3d6vl.aa            S G V P D R F T G S G S G T D F T L K I S R I E A E D L G L   85
hum3d6VLv1.aa       S G V P D R F S G S G S G T D F T L K I S R V E A E D V G V   85
KABID 019230        S G V P D R F S G S G S G T D F T L K I S R V E A E D V G V   85
A19.prot            S G V P D R F S G S G S G T D F T L K I S R V E A E D V G V   85

                                     95                    105
3d6vl.aa            Y Y C W Q G T H F P R T F G G G T K L E I K   106A
hum3d6VLv1.aa       Y Y C W Q G T H F P R T F G Q G T K V E I K   106A
KABID 019230        Y Y C M Q A L Q T P R T F G Q G T K V E I K   106A
A19.prot            Y Y C M Q A L Q T P                           95
```

'Decoration #1': Box residues that match hum3D6VLv1.aa exactly. Residue numbering cf Kabat

3d6vl.aa - Donor murine sequence

hum3d6VLv1.aa - humanized 3d6

KABID 019230 - human acceptor framework

A19.prot - human germline VH

# FIG. 2

Reshaping 3D6 VH

```
                            10                  20                  30                  40
3d6vh.aa        E V K L V E S G G G L V K P G A S L K L S C A A S G F T F S N Y G M S W V R Q N S D K R L E W V A S   50
hum3d6VHv1.aa   E V Q L L E S G G G L V Q P G G S L R L S C A A S G F T F S N Y G M S W V R Q A P G K G L E W V A S   50
KABID 045919    E V Q L L E S G G G L V Q P G G S L R L S C A A S G F T F S S Y A V S W V R Q A P G K G L E W V S A   50
VH3-23.prot     E V Q L L E S G G G L V Q P G G S L R L S C A A S G F T F S S Y A M S W V R Q A P G K G L E W V S A   50

                    52A           60                  70                  80  82A 82B 82C          90
3d6vh.aa        I R S G G G R T Y Y S D N V K G R F T I S R E N A K N T L Y L Q M S S L K S E D T A L Y Y C V R Y D   96
hum3d6VHv1.aa   I R S G G G R T Y Y S D N V K G R F T I S R D N A K N S L Y L Q M N S L R A E D T A L Y Y C V R Y D   96
KABID 045919    I S G S G G S T Y Y A D S V K G R F T I S R D N A K N S L Y L Q M N S L R A E D T A L Y Y C A K D N   96
VH3-23.prot     I S G S G G S T Y Y A D S V K G R F T I S R D N S K N T L Y L Q M N S L R A E D T A V Y Y C A K       94

                      100 100A 100B 100C 100D      110
3d6vh.aa        H Y S G S S - - D Y W G Q G T T V T V S S   113
hum3d6VHv1.aa   H Y S G S S - - D Y W G Q G T L V T V S S   113
KABID 045919    Y D F W S G T F D Y W G Q G T L V T V S S   113
VH3-23.prot
```

'Decoration #1': Box residues that match hum3d6VHv1.aa exactly. Residue Numbering of Kabat

3d6vh.aa - Donor murine sequence
hum3d6VHv1.aa - humanized 3d6 VH
KABID 045919 - human acceptor framework
VH3-23.prot - human germline VH
←→ CDR regions

Solid fill : Canonical/CDR interacting residues
Dashed Boxes: vernier/CDR foundation residues
Bold: packing (VH+VL) residues
*: residues selected for backmutation in hum3D6VLv1.aa

FIG. 3A

Aβ42 ELISA

FIG. 3B

Aβ42 ELISA
competition of 3D6-B

FIG. 4

MF121400 Agg. ABeta ELISA
OD450
0.75
0.50
0.25
0.00
0.001
0.010
0.100
1.000
10.000
µg/ml
h3D6 v1 lot#837
h3D6 v1 lot#837b
ch3D6 PK1614
MF011101 Agg. ABeta ELISA
OD450
0.75
0.50
0.25
0.00
0.0001
0.0010
0.0100
0.1000
1.0000
10.0000
µg/ml
lot 840 H1L2
lot 837 H1L1
lot 842 H1L1
lot 843 H2L2

FIG. 5A

FIG. 5B

FIG. 6
Staining of PDAPP brain sections with humanized 3D6
MAb Titrations on PD-APP Brain Sections
Channels 70-256
Total Pixels
180000
160000
140000
120000
100000
80000
60000
40000
20000
0
0.1
1
10
µg/ml
pk1614
Hu3D6



FIG. 7

h3D6 affinity: Competitive Binding
Competition on Aβ42
3D6
PK1614 chimeric
PK1636 V1
H2L2
10D5
OD
0.8
0.6
0.4
0.2
0
0.01
0.1
1
10
100
µg/ml





Hu IgG1
PK1614
PK1636
H2L2 (lot #843)

Ex-vivo assay: Stimulation of microglial
phagocytosis by h3D6
Ex vivo PDAPP
266/3D6-B
Ab (ng/ml)
200
100
0
0.030
0.300
3.000
Antibody Concentration (μg/ml)

FIG. 8

FIG. 9

```
                                     10                  20
                                     |                   |
10D5vl.pro   M K L P V R L L - V L M F W I P A S S S D V L M T Q T P L S    29
3D6vl.pro    M M S P A Q F L F L L V L W I R E T N G Y V V M T Q T P L T    30

             30                  40                  50
             |                   |                   |
10D5vl.pro   L P V S L G D Q A S I S C R S S Q N I I H S N G N T Y L E W    59
3D6vl.pro    L S V T I G Q P A S I S C K S S Q S L L D S D G K T Y L N W    60

             60                  70                  80
             |                   |                   |
10D5vl.pro   Y L Q K P G Q S P K L L I Y K V S N R F S G V P D R F S G S    89
3D6vl.pro    L L Q R P G Q S P K R L I Y L V S K L D S G V P D R F T G S    90

             90                  100                 110
             |                   |                   |
10D5vl.pro   G S G T D F T L K I K K V E A E D L G I Y Y C F Q G S H V P   119
3D6vl.pro    G S G T D F T L K I S R I E A E D L G L Y Y C W Q G T H F P   120

             120                 130
             |                   |
10D5vl.pro   L T F G A G T K L E L E                                       131
3D6vl.pro    R T F G G G T K L E I K                                       132
```

# FIG. 10

```
                    10               20               30
                     |                |                |
10D5vh.pro  M D - R L T S S F L L L I V P A Y V L S Q A T L K E S G P G   29
3D6vh.PRO   M N F G L S L I F L V L V L K G - V Q C E V K L V E S G G G   29

                    40               50               60
                     |                |                |
10D5vh.pro  I L Q S S Q T L S L T C S F S G F S L S T S G M G V S W I R   59
3D6vh.PRO   L V K P G A S L K L S C A A S G F T F S N Y G M - - S W V R   57

                    70               80               90
                     |                |                |
10D5vh.pro  Q P S G K G L E W L A H I Y W D D D K R Y - N P S L K S R L   88
3D6vh.PRO   Q N S D K R L E W V A S I R S G G G R T Y Y S D N V K G R F   87

                   100              110              120
                     |                |                |
10D5vh.pro  T I S K D T S R K Q V F L K I T S V D P A D T A T Y Y C V R   118
3D6vh.PRO   T I S R E N A K N T L Y L Q M S S L K S E D T A L Y Y C V R   117

                   130              140
                     |                |
10D5vh.pro  R P I T P V L V D A M D Y W G Q G T S V T V S S               142
3D6vh.PRO   - - - Y D H Y S G S S D Y W G Q G T T V T V S S               138
```

# HUMANIZED ANTIBODIES THAT RECOGNIZE BETA AMYLOID PEPTIDE

## RELATED APPLICATIONS

This application claims the benefit of prior-filed provisional patent application U.S. Ser. No. 60/251,892 (filed Dec. 6, 2000) entitled "Humanized Antibodies That Recognize Beta-Amyloid Peptide". The entire content of the above-referenced application is incorporated herein by reference.

## BACKGROUND OF THE INVENTION

Alzheimer's disease (AD) is a progressive disease resulting in senile dementia. See generally Selkoe, *TINS* 16:403 (1993); Hardy et al., WO 92/13069; Selkoe, *J. Neuropathol. Exp. Neurol.* 53:438 (1994); Duff et al., *Nature* 373:476 (1995); Games et al., *Nature* 373:523 (1995). Broadly speaking, the disease falls into two categories: late onset, which occurs in old age (65+years) and early onset, which develops well before the senile period, i.e., between 35 and 60 years. In both types of disease, the pathology is the same but the abnormalities tend to be more severe and widespread in cases beginning at an earlier age. The disease is characterized by at least two types of lesions in the brain, neurofibrillary tangles and senile plaques. Neurofibrillary tangles are intracellular deposits of microtubule associated tau protein consisting of two filaments twisted about each other in pairs. Senile plaques (i.e., amyloid plaques) are areas of disorganized neuropil up to 150 μm across with extracellular amyloid deposits at the center which are visible by microscopic analysis of sections of brain tissue. The accumulation of amyloid plaques within the brain is also associated with Down's syndrome and other cognitive disorders.

The principal constituent of the plaques is a peptide termed Aβ or β-amyloid peptide. Aβ peptide is a 4-kDa internal fragment of 39–43 amino acids of a larger transmembrane glycoprotein named protein termed amyloid precursor protein (APP). As a result of proteolytic processing of APP by different secretase enzymes, Aβ is primarily found in both a short form, 40 amino acids in length, and a long form, ranging from 42–43 amino acids in length. Part of the hydrophobic transmembrane domain of APP is found at the carboxy end of Aβ, and may account for the ability of Aβ to aggregate into plaques, particularly in the case of the long form. Accumulation of amyloid plaques in the brain eventually leads to neuronal cell death. The physical symptoms associated with this type of neural deterioration characterize Alzheimer's disease.

Several mutations within the APP protein have been correlated with the presence of Alzheimer's disease. See, e.g., Goate et al., *Nature* 349:704) (1991) (valine$^{717}$ to isoleucine); Chartier Harlan et al. *Nature* 353:844 (1991)) (valine$^{717}$ to glycine); Murrell et al., *Science* 254:97 (1991) (valine$^{717}$ to phenylalanine); Mullan et al., *Nature Genet.* 1:345 (1992) (a double mutation changing lysine$^{595}$-methionine$^{596}$ to asparagine$^{595}$-leucine$^{596}$). Such mutations are thought to cause Alzheimer's disease by increased or altered processing of APP to Aβ, particularly processing of APP to increased amounts of the long form of Aβ (i.e., Aβ1-42 and Aβ1-43). Mutations in other genes, such as the presenilin genes, PS1 and PS2, are thought indirectly to affect processing of APP to generate increased amounts of long form Aβ (see Hardy, *TINS* 20: 154 (1997)).

Mouse models have been used successfully to determine the significance of amyloid plaques in Alzheimer's (Games et al., supra, Johnson-Wood et al., *Proc. Natl. Acad. Sci. USA* 94:1550 (1997)). In particular, when PDAPP transgenic mice, (which express a mutant form of human APP and develop Alzheimer's disease at a young age), are injected with the long form of Aβ, they display both a decrease in the progression of Alzheimer's and an increase in antibody titers to the Aβ peptide (Schenk et al., *Nature* 400, 173 (1999)). The observations discussed above indicate that Aβ, particularly in its long form, is a causative element in Alzheimer's disease.

McMichael, EP 526,511, proposes administration of homeopathic dosages (less than or equal to $10^{-2}$ mg/day) of Aβ to patients with preestablished AD. In a typical human with about 5 liters of plasma, even the upper limit of this dosage would be expected to generate a concentration of no more than 2 pg/ml. The normal concentration of Aβ in human plasma is typically in the range of 50–200 pg/ml (Seubert et al., *Nature* 359:325 (1992)). Because EP 526,511's proposed dosage would barely alter the level of endogenous circulating Aβ and because EP 526,511 does not recommend use of an adjuvant, as an immunostimulant, it seems implausible that any therapeutic benefit would result.

Accordingly, there exists the need for new therapies and reagents for the treatment of Alzheimer's disease, in particular, therapies and reagents capable of effecting a therapeutic benefit at physiologic (e.g., non-toxic) doses.

## SUMMARY OF THE INVENTION

The present invention features new immunological reagents, in particular, therapeutic antibody reagents for the prevention and treatment of amyloidogenic disease (e.g., Alzheimer's disease). The invention is based, at least in part, on the identification and characterization of two monoclonal antibodies that specifically bind to Aβ peptide and are effective at reducing plaque burden and/or reducing the neuritic dystrophy associated with amyloidogenic disorders. Structural and functional analysis of these antibodies leads to the design of various humanized antibodies for prophylactic and/or therapeutic use. In particular, the invention features humanization of the variable regions of these antibodies and, accordingly provides for humanized immunoglobulin or antibody chains, intact humanized immunoglobulins or antibodies, and functional immunoglobulin or antibody fragments, in particular, antigen binding fragments, of the featured antibodies.

Polypeptides comprising the complementarity determining regions of the featured monoclonal antibodies are also disclosed, as are polynucleotide reagents, vectors and host suitable for encoding said polypeptides.

Methods of treatment of amyloidogenic diseases or disorders (e.g., Alzheimer's disease) are disclosed, as are pharmaceutical compositions and kits for use in such applications.

Also featured are methods of identifying residues within the featured monoclonal antibodies which are important for proper immunologic function and for identifying residues which are amenable to substitution in the design of humanized antibodies having improved binding affinities and/or reduced immunogenicity, when used as therapeutic reagents.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 depicts an alignment of the amino acid sequences of the light chain of mouse 3D6 (amino acids 1–112 of SEQ

ID NO:2), humanized 3D6 (amino acids 1–112 of SEQ ID NO:5), Kabat ID 109230 (amino acids 1–112 of SEQ ID NO:6) and germline A19 antibodies (SEQ ID NO:7). CDR regions are indicated by arrows. Bold italics indicate rare murine residues. Bold indicates packing (VH+VL) residues. Solid fill indicates canonical/CDR interacting residues. Asterisks indicate residues selected for backmutation in humanized 3D6, version 1.

FIG. 2 depicts an alignment of the amino acid sequences of the heavy chain of mouse 3D6 (amino acids 1–119 of SEQ ID NO:4), humanized 3D6 (amino acids 1–119 of SEQ ID NO:8), Kabat ID 045919 (SEQ ID NO:9) and germline VH3-23 antibodies (SEQ ID NO:10). Annotation is the same as for FIG. 1.

FIG. 3 graphically depicts the Aβ binding properties of 3D6, chimeric 3D6 and 10D5. FIG. 3A is a graph depicting binding of Aβ to chimeric 3D6 (PK1614) as compared to murine 3D6. FIG. 3B is a graph depicting competition of biotinylated 3D6 versus unlabeled 3D6, PK1614 and 10D5 for binding to Aβ.

FIG. 4 depicts a homology model of 3D6 VH and VL, showing α-carbon backbone trace. VH is shown in as a stippled line, and VL is shown as a solid line. CDR regions are indicated in ribbon form.

FIG. 5 graphically depicts the Aβ binding properties of chimeric 3D6 and humanized 3D6. FIG. 5A depicts ELISA results measuring the binding of humanized 3D6v1 and chimeric 3D6 to aggregated Aβ. FIG. 5B depicts ELISA results measuring the binding of humanized 3D6v1 and humanized 3D6v2 to aggregated Aβ.

FIG. 6 is a graph quantitating the binding of humanized 3D6 and chimeric 3D6 to Aβ plaques from brain sections of PDAPP mice.

FIG. 7 is a graph showing results of a competitive binding assay testing the ability of humanized 3D6 versions 1 and 2, chimeric 3D6, murine 3D6, and 10D5 to compete with murine 3D6 for binding to Aβ.

FIG. 8 graphically depicts of an ex vivo phagocytosis assay testing the ability of humanized 3D6v2, chimeric 3D6, and human IgG to mediate the uptake of Aβ by microglial cells.

FIG. 9 depicts an alignment of the 10D5 VL (SEQ ID NO:14) and 3D6 VL (SEQ ID NO:2) amino acid sequences. Bold indicates residues that match 10D5 exactly.

FIG. 10 depicts an alignment of the 10D5 VH (SEQ ID NO:16) and 3D6 VH (SEQ ID NO:4) amino acid sequences. Bold indicates residues that match 10D5 exactly.

## DETAILED DESCRIPTION OF THE INVENTION

The present invention features new immunological reagents and methods for preventing or treating Alzheimer's disease or other amyloidogenic diseases. The invention is based, at least in part, on the characterization of two monoclonal immunoglobulins, 3D6 and 10D5, effective at binding beta amyloid protein (Aβ) (e.g., binding soluble and/or aggregated Aβ), mediating phagocytosis (e.g., of aggregated Aβ), reducing plaque burden and/or reducing neuritic dystrophy (e.g., in patient). The invention is further based on the determination and structural characterization of the primary and secondary structure of the variable light and heavy chains of these immunoglobulins and the identification of residues important for activity and immunogenicity.

Immunoglobulins are featured which include a variable light and/or variable heavy chain of the preferred monoclonal immunoglobulins described herein. Preferred immunoglobulins, e.g., therapeutic immunoglobulins, are featured which include a humanized variable light and/or humanized variable heavy chain. Preferred variable light and/or variable heavy chains include a complementarity determining region (CDR) from the monoclonal immunoglobulin (e.g., donor immunoglobulin) and variable framework regions substantially from a human acceptor immunoglobulin. The phrase "substantially from a human acceptor immunoglobulin" means that the majority or key framework residues are from the human acceptor sequence, allowing however, for substitution of residues at certain positions with residues selected to improve activity of the humanized immunoglobulin (e.g., alter activity such that it more closely mimics the activity of the donor immunoglobulin) or selected to decrease the immunogenicity of the humanized immunoglobulin.

In one embodiment, the invention features a humanized immunoglobulin light or heavy chain that includes 3D6 variable region complementarity determining regions (CDRs) (i.e., includes one, two or three CDRs from the light chain variable region sequence set forth as SEQ ID NO:2 or includes one, two or three CDRs from the heavy chain variable region sequence set forth as SEQ ID NO:4), and includes a variable framework region substantially from a human acceptor immunoglobulin light or heavy chain sequence, provided that at least one residue of the framework residue is backmutated to a corresponding murine residue, wherein said backmutation does not substantially affect the ability of the chain to direct Aβ binding.

In another embodiment, the invention features a humanized immunoglobulin light or heavy chain that includes 3D6 variable region complementarity determining regions (CDRs) (e.g., includes one, two or three CDRs from the light chain variable region sequence set forth as SEQ ID NO:2 and/or includes one, two or three CDRs from the heavy chain variable region sequence set forth as SEQ ID NO:4), and includes a variable framework region substantially from a human acceptor immunoglobulin light or heavy chain sequence, provided that at least one framework residue is substituted with the corresponding amino acid residue from the mouse 3D6 light or heavy chain variable region sequence, where the framework residue is selected from the group consisting of (a) a residue that non-covalently binds antigen directly; (b) a residue adjacent to a CDR; (c) a CDR-interacting residue (e.g., identified by modeling the light or heavy chain on the solved structure of a homologous known immunoglobulin chain); and (d) a residue participating in the VL-VH interface.

In another embodiment, the invention features a humanized immunoglobulin light or heavy chain that includes 3D6 variable region CDRs and variable framework regions from a human acceptor immunoglobulin light or heavy chain sequence, provided that at least one framework residue is substituted with the corresponding amino acid residue from the mouse 3D6 light or heavy chain variable region sequence, where the framework residue is a residue capable of affecting light chain variable region conformation or function as identified by analysis of a three-dimensional model of the variable region, for example a residue capable of interacting with antigen, a residue proximal to the antigen binding site, a residue capable of interacting with a CDR, a residue adjacent to a CDR, a residue within 6 Å of a CDR residue, a canonical residue, a vernier zone residue, an interchain packing residue, an unusual residue, or a glycoslyation site residue on the surface of the structural model.

In another embodiment, the invention features a humanized immunoglobulin light chain that includes 3D6 variable

region CDRs (e.g., from the 3D6 light chain variable region sequence set forth as SEQ ID NO:2), and includes a human acceptor immunoglobulin variable framework region, provided that at least one framework residue selected from the group consisting of L1, L2, L36 and L46 (Kabat numbering convention) is substituted with the corresponding amino acid residue from the mouse 3D6 light chain variable region sequence. In another embodiment, the invention features a humanized immunoglobulin heavy chain that includes 3D6 variable region CDRs (e.g., from the 3D6 heavy chain variable region sequence set forth as SEQ ID NO:4), and includes a human acceptor immunoglobulin variable framework region, provided that at least one framework residue selected from the group consisting of H49, H93 and H94 (Kabat numbering convention) is substituted with the corresponding amino acid residue from the mouse 3D6 heavy chain variable region sequence.

Preferred light chains include kappa II framework regions of the subtype kappa II (Kabat convention), for example, framework regions from the acceptor immunoglobulin Kabat ID 019230, Kabat ID 005131, Kabat ID 005058, Kabat ID 005057, Kabat ID 005059, Kabat ID U21040 and Kabat ID U41645. Preferred heavy chains include framework regions of the subtype III (Kabat convention), for example, framework regions from the acceptor immunoglobulin Kabat ID 045919, Kabat ID 000459, Kabat ID 000553, Kabat ID 000386 and Kabat ID M23691.

In one embodiment, the invention features a humanized immunoglobulin light or heavy chain that includes 10D5 variable region complementarity determining regions (CDRs) (i.e., includes one, two or three CDRs from the light chain variable region sequence set forth as SEQ ID NO:14 or includes one, two or three CDRs from the heavy chain variable region sequence set forth as SEQ ID NO:16), and includes a variable framework region substantially from a human acceptor immunoglobulin light or heavy chain sequence, provided that at least one residue of the framework residue is backmutated to a corresponding murine residue, wherein said backmutation does not substantially affect the ability of the chain to direct Aβ binding.

In another embodiment, the invention features a humanized immunoglobulin light or heavy chain that includes 10D5 variable region complementarity determining regions (CDRs) (e.g., includes one, two or three CDRs from the light chain variable region sequence set forth as SEQ ID NO:14 and/or includes one, two or three CDRs from the heavy chain variable region sequence set forth as SEQ ID NO:16), and includes a variable framework region substantially from a human acceptor immunoglobulin light or heavy chain sequence, provided that at least one framework residue is substituted with the corresponding amino acid residue from the mouse 3D6 light or heavy chain variable region sequence, where the framework residue is selected from the group consisting of (a) a residue that non-covalently binds antigen directly; (b) a residue adjacent to a CDR; (c) a CDR-interacting residue (e.g., identified by modeling the light or heavy chain on the solved structure of a homologous known immunoglobulin chain); and (d) a residue participating in the VL-VH interface.

In another embodiment, the invention features a humanized immunoglobulin light or heavy chain that includes 10D5 variable region CDRs and variable framework regions from a human acceptor immunoglobulin light or heavy chain sequence, provided that at least one framework residue is substituted with the corresponding amino acid residue from the mouse 10D5 light or heavy chain variable region sequence, where the framework residue is a residue capable of affecting light chain variable region conformation or function as identified by analysis of a three-dimensional model of the variable region, for example a residue capable of interacting with antigen, a residue proximal to the antigen binding site, a residue capable of interacting with a CDR, a residue adjacent to a CDR, a residue within 6 Å of a CDR residue, a canonical residue, a vernier zone residue, an interchain packing residue, an unusual residue, or a glycoslyation site residue on the surface of the structural model.

In another embodiment, the invention features, in addition to the substitutions described above, a substitution of at least one rare human framework residue. For example, a rare residue can be substituted with an amino acid residue which is common for human variable chain sequences at that position. Alternatively, a rare residue can be substituted with a corresponding amino acid residue from a homologous germline variable chain sequence (e.g., a rare light chain framework residue can be substituted with a corresponding germline residue from an A1, A17, A18, A2, or A19 germline immunoglobulin sequence or a rare heavy chain framework residue can be substituted with a corresponding germline residue from a VH3-48, VH3-23, VH3-7, VH3-21 or VH3-11 germline immunoglobulin sequence.

In another embodiment, the invention features a humanized immunoglobulin that includes a light chain and a heavy chain, as described above, or an antigen-binding fragment of said immunoglobulin. In an exemplary embodiment, the humanized immunoglobulin binds (e.g., specifically binds) to beta amyloid peptide (Aβ) with a binding affinity of at least $10^7$ $M^{-1}$, $10^8$ $M^{-1}$, or $10^9$ $M^{-1}$. In another embodiment, the immunoglobulin or antigen binding fragment includes a heavy chain having isotype γ1. In another embodiment, the immunoglobulin or antigen binding fragment binds (e.g., specifically binds) to both soluble beta amyloid peptide (Aβ) and aggregated Aβ. In another embodiment, the immunoglobulin or antigen binding fragment mediates phagocytosis (e.g., induces phagocytosis) of beta amyloid peptide (Aβ). In yet another embodiment, the immunoglobulin or antigen binding fragment crosses the blood-brain barrier in a subject. In yet another embodiment, the immunoglobulin or antigen binding fragment reduces both beta amyloid peptide (Aβ) burden and neuritic dystrophy in a subject.

In another embodiment, the invention features chimeric immunoglobulins that include 3D6 variable regions (e.g., the variable region sequences set forth as SEQ ID NO:2 or SEQ ID NO:4). In yet another embodiment, the invention features an immunoglobulin, or antigen-binding fragment thereof, including a variable heavy chain region as set forth in SEQ ID NO:8 and a variable light chain region as set forth in SEQ ID NO:5. In yet another embodiment, the invention features an immunoglobulin, or antigen-binding fragment thereof, including a variable heavy chain region as set forth in SEQ ID NO:12 and a variable light chain region as set forth in SEQ ID NO:11. In another embodiment, the invention features chimeric immunoglobulins that include 10D5 variable regions (e.g., the variable region sequences set forth as SEQ ID NO:14 or SEQ ID NO:16). In yet another embodiment, the immunoglobulin, or antigen-binding fragment thereof, further includes constant regions from IgG1.

The immunoglobulins described herein are particularly suited for use in therapeutic methods aimed at preventing or treating amyloidogenic diseases. In one embodiment, the invention features a method of preventing or treating an amyloidogenic disease (e.g., Alzheimer's disease) that involves administering to the patient an effective dosage of a humanized immunoglobulin as described herein. In another embodiment, the invention features pharmaceutical

compositions that include a humanized immunoglobulin as described herein and a pharmaceutical carrier. Also featured are isolated nucleic acid molecules, vectors and host cells for producing the immunoglobulins or immunoglobulin fragments or chains described herein, as well as methods for producing said immunoglobulins, immunoglobulin fragments or immunoglobulin chains

The present invention further features a method for identifying 3D6 or 10D5 residues amenable to substitution when producing a humanized 3D6 or 10D5 immunoglobulin, respectively. For example, a method for identifying variable framework region residues amenable to substitution involves modeling the three-dimensional structure of the 3D6 or 10D5 variable region on a solved homologous immunoglobulin structure and analyzing said model for residues capable of affecting 3D6 or 10D5 immunoglobulin variable region conformation or function, such that residues amenable to substitution are identified. The invention further features use of the variable region sequence set forth as SEQ ID NO:2 or SEQ ID NO:4, or any portion thereof, in producing a three-dimensional image of a 3D6 immunoglobulin, 3D6 immunoglobulin chain, or domain thereof. Also featured is the use of the variable region sequence set forth as SEQ ID NO:14 or SEQ ID NO:16, or any portion thereof, in producing a three-dimensional image of a 10D5 immunoglobulin, 10D5 immunoglobulin chain, or domain thereof.

Prior to describing the invention, it may be helpful to an understanding thereof to set forth definitions of certain terms to be used hereinafter.

The term "immunoglobulin" or "antibody" (used interchangeably herein) refers to an antigen-binding protein having a basic four-polypeptide chain structure consisting of two heavy and two light chains, said chains being stabilized, for example, by interchain disulfide bonds, which has the ability to specifically bind antigen. Both heavy and light chains are folded into domains. The term "domain" refers to a globular region of a heavy or light chain polypeptide comprising peptide loops (e.g., comprising 3 to 4 peptide loops) stabilized, for example, by β-pleated sheet and/or intrachain disulfide bond. Domains are further referred to herein as "constant" or "variable", based on the relative lack of sequence variation within the domains of various class members in the case of a "constant" domain, or the significant variation within the domains of various class members in the case of a "variable" domain. "Constant" domains on the light chain are referred to interchangeably as "light chain constant regions", "light chain constant domains", "CL" regions or "CL" domains). "Constant" domains on the heavy chain are referred to interchangeably as "heavy chain constant regions", "heavy chain constant domains", "CH" regions or "CH" domains). "Variable" domains on the light chain are referred to interchangeably as "light chain variable regions", "light chain variable domains", "VL" regions or "VL" domains). "Variable" domains on the heavy chain are referred to interchangeably as "heavy chain constant regions", "heavy chain constant domains", "CH" regions or "CH" domains).

The term "region" refers to a part or portion of an antibody chain and includes constant or variable domains as defined herein, as well as more discrete parts or portions of said domains. For example, light chain variable domains or regions include "complementarity determining regions" or "CDRs" interspersed among "framework regions" or "FRs", as defined herein.

Immunoglobulins or antibodies can exist in monomeric or polymeric form. The term "antigen-binding fragment" refers to a polypeptide fragment of an immunoglobulin or antibody

binds antigen or competes with intact antibody (i.e., with the intact antibody from which they were derived) for antigen binding (i.e., specific binding). The term "conformation" refers to the tertiary structure of a protein or polypeptide (e.g., an antibody, antibody chain, domain or region thereof). For example, the phrase "light (or heavy) chain conformation" refers to the tertiary structure of a light (or heavy) chain variable region, and the phrase "antibody conformation" or "antibody fragment conformation" refers to the tertiary structure of an antibody or fragment thereof.

"Specific binding" of an antibody mean that the antibody exhibits appreciable affinity for antigen or a preferred epitope and, preferably, does not exhibit significant cross-reactivity. "Appreciable" or preferred binding include binding with an affinity of at least $10^6$, $10^7$, $10^8$, $10^9$ $M^{-1}$, or $10^{10}$ $M^{-1}$. Affinities greater $10^7$ $M^{-1}$, preferably greater than $10^8$ $M^{-1}$ are more preferred. Values intermediate of those set forth herein are also intended to be within the scope of the present invention and a preferred binding affinity can be indicated as a range of affinities, for example, $10^6$ to $10^{10}$ $M^{-1}$, preferably $10^7$ to $10^{10}$ $M^{-1}$, more preferably $10^8$ to $10^{10}$ $M^{-1}$. An antibody that "does not exhibit significant cross-reactivity" is one that will not appreciably bind to an undesirable entity (e.g., an undesirable proteinaceous entity). For example, an antibody that specifically binds to Aβ will appreciably bind Aβ but will not significantly react with non-Aβ proteins or peptides (e.g., non-Aβ proteins or peptides included in plaques). An antibody specific for a preferred epitope will, for example, not significantly cross-react with remote epitopes on the same protein or peptide. Specific binding can be determined according to any art-recognized means for determining such binding. Preferably, specific binding is determined according to Scatchard analysis and/or competitive binding assays.

Binding fragments are produced by recombinant DNA techniques, or by enzymatic or chemical cleavage of intact immunoglobulins. Binding fragments include Fab, Fab', $F(ab')_2$, Fabc, Fv, single chains, and single-chain antibodies. Other than "bispecific" or "bifunctional" immunoglobulins or antibodies, an immunoglobulin or antibody is understood to have each of its binding sites identical. A "bispecific" or "bifunctional antibody" is an artificial hybrid antibody having two different heavy/light chain pairs and two different binding sites. Bispecific antibodies can be produced by a variety of methods including fusion of hybridomas or linking of Fab' fragments. See, e.g., Songsivilai & Lachmann, *Clin. Exp. Immunol.* 79:315–321 (1990); Kostelny et al., *J. Immunol.* 148, 1547–1553 (1992).

The term "humanized immunoglobulin" or "humanized antibody" refers to an immunoglobulin or antibody that includes at least one humanized immunoglobulin or antibody chain (i.e., at least one humanized light or heavy chain). The term "humanized immunoglobulin chain" or "humanized antibody chain" (i.e., a "humanized immunoglobulin light chain" or "humanized immunoglobulin heavy chain") refers to an immunoglobulin or antibody chain (i.e., a light or heavy chain, respectively) having a variable region that includes a variable framework region substantially from a human immunoglobulin or antibody and complementarity determining regions (CDRs) (e.g., at least one CDR, preferably two CDRs, more preferably three CDRs) substantially from a non-human immunoglobulin or antibody, and further includes constant regions (e.g., at least one constant region or portion thereof, in the case of a light chain, and preferably three constant regions in the case of a heavy chain). The term "humanized variable region" (e.g., "humanized light chain variable region" or "humanized

heavy chain variable region") refers to a variable region that includes a variable framework region substantially from a human immunoglobulin or antibody and complementarity determining regions (CDRs) substantially from a non-human immunoglobulin or antibody.

The phrase "substantially from a human immunoglobulin or antibody" or "substantially human" means that, when aligned to a human immunoglobulin or antibody amino sequence for comparison purposes, the region shares at least 80–90%, preferably 90–95%, more preferably 95–99% identity (i.e., local sequence identity) with the human framework or constant region sequence, allowing, for example, for conservative substitutions, consensus sequence substitutions, germline substitutions, backmutations, and the like. The introduction of conservative substitutions, consensus sequence substitutions, germline substitutions, backmutations, and the like, is often referred to as "optimization" of a humanized antibody or chain. The phrase "substantially from a non-human immunoglobulin or antibody" or "substantially non-human" means having an immunoglobulin or antibody sequence at least 80–95%, preferably 90–95%, more preferably, 96%, 97%, 98%, or 99% identical to that of a non-human organism, e.g., a non-human mammal.

Accordingly, all regions or residues of a humanized immunoglobulin or antibody, or of a humanized immunoglobulin or antibody chain, except possibly the CDRs, are substantially identical to the corresponding regions or residues of one or more native human immunoglobulin sequences. The term "corresponding region" or "corresponding residue" refers to a region or residue on a second amino acid or nucleotide sequence which occupies the same (i.e., equivalent) position as a region or residue on a first amino acid or nucleotide sequence, when the first and second sequences are optimally aligned for comparison purposes.

The terms "humanized immunoglobulin" or "humanized antibody" are not intended to encompass chimeric immunoglobulins or antibodies, as defined infra. Although humanized immunoglobulins or antibodies are chimeric in their construction (i.e., comprise regions from more than one species of protein), they include additional features (i.e., variable regions comprising donor CDR residues and acceptor framework residues) not found in chimeric immunoglobulins or antibodies, as defined herein.

The term "significant identity" means that two polypeptide sequences, when optimally aligned, such as by the programs GAP or BESTFIT using default gap weights, share at least 50–60% sequence identity, preferably 60–70% sequence identity, more preferably 70–80% sequence identity, more preferably at least 80–90% identity, even more preferably at least 90–95% identity, and even more preferably at least 95% sequence identity or more (e.g., 99% sequence identity or more). The term "substantial identity" means that two polypeptide sequences, when optimally aligned, such as by the programs GAP or BESTFIT using default gap weights, share at least 80–90% sequence identity, preferably 90–95% sequence identity, and more preferably at least 95% sequence identity or more (e.g., 99% sequence identity or more). For sequence comparison, typically one sequence acts as a reference sequence, to which test sequences are compared. When using a sequence comparison algorithm, test and reference sequences are input into a computer, subsequence coordinates are designated, if necessary, and sequence algorithm program parameters are designated. The sequence comparison algorithm then calculates the percent sequence identity for the test sequence(s) relative to the reference sequence, based on the designated program parameters. The terms "sequence identity" and "sequence identity" are used interchangeably herein.

Optimal alignment of sequences for comparison can be conducted, e.g., by the local homology algorithm of Smith & Waterman, *Adv. Appl. Math.* 2:482 (1981), by the homology alignment algorithm of Needleman & Wunsch, *J. Mol. Biol.* 48:443 (1970), by the search for similarity method of Pearson & Lipman, *Proc. Nat'l. Acad. Sci. USA* 85:2444 (1988), by computerized implementations of these algorithms (GAP, BESTFIT, FASTA, and TFASTA in the Wisconsin Genetics Software Package, Genetics Computer Group, 575 Science Dr., Madison, Wis.), or by visual inspection (see generally Ausubel et al., Current Protocols in Molecular Biology). One example of algorithm that is suitable for determining percent sequence identity and sequence similarity is the BLAST algorithm, which is described in Altschul et al., *J. Mol. Biol.* 215:403 (1990). Software for performing BLAST analyses is publicly available through the National Center for Biotechnology Information (publicly accessible through the National Institutes of Health NCBI internet server). Typically, default program parameters can be used to perform the sequence comparison, although customized parameters can also be used. For amino acid sequences, the BLASTP program uses as defaults a wordlength (W) of 3, an expectation (E) of 10, and the BLOSUM62 scoring matrix (see Henikoff & Henikoff, *Proc. Natl. Acad Sci. USA* 89:10915 (1989)).

Preferably, residue positions which are not identical differ by conservative amino acid substitutions. For purposes of classifying amino acids substitutions as conservative or nonconservative, amino acids are grouped as follows: Group I (hydrophobic sidechains): leu, met, ala, val, leu, ile; Group II (neutral hydrophilic side chains): cys, ser, thr; Group III (acidic side chains): asp, glu; Group IV (basic side chains): asn, gln, his, lys, arg; Group V (residues influencing chain orientation): gly, pro; and Group VI (aromatic side chains): trp, tyr, phe. Conservative substitutions involve substitutions between amino acids in the same class. Non-conservative substitutions constitute exchanging a member of one of these classes for a member of another.

Preferably, humanized immunoglobulins or antibodies bind antigen with an affinity that is within a factor of three, four, or five of that of the corresponding non-human antibody. For example, if the nonhuman antibody has a binding affinity of $10^9$ $M^{-1}$, humanized antibodies will have a binding affinity of at least $3\times10^9$ $M^{-1}$, $4\times10^9$ $M^{-1}$ or $10^9$ $M^{-1}$. When describing the binding properties of an immunoglobulin or antibody chain, the chain can be described based on its ability to "direct antigen (e.g., Aβ) binding". A chain is said to "direct antigen binding" when it confers upon an intact immunoglobulin or antibody (or antigen binding fragment thereof) a specific binding property or binding affinity. A mutation (e.g., a backmutation) is said to substantially affect the ability of a heavy or light chain to direct antigen binding if it affects (e.g., decreases) the binding affinity of an intact immunoglobulin or antibody (or antigen binding fragment thereof) comprising said chain by at least an order of magnitude compared to that of the antibody (or antigen binding fragment thereof) comprising an equivalent chain lacking said mutation. A mutation "does not substantially affect (e.g., decrease) the ability of a chain to direct antigen binding" if it affects (e.g., decreases) the binding affinity of an intact immunoglobulin or antibody (or antigen binding fragment thereof) comprising said chain by only a factor of two, three, or four of that of the antibody (or antigen binding fragment thereof) comprising an equivalent chain lacking said mutation.

The term "chimeric immunoglobulin" or antibody refers to an immunoglobulin or antibody whose light and heavy chains are derived from different species. Chimeric immunoglobulins or antibodies can be constructed, for example by genetic engineering, from immunoglobulin gene segments belonging to different species.

An "antigen" is an entity (e.g., a proteinaceous entity or peptide) to which an antibody specifically binds.

The term "epitope" or "antigenic determinant" refers to a site on an antigen to which an immunoglobulin or antibody (or antigen binding fragment thereof) specifically binds. Epitopes can be formed both from contiguous amino acids or noncontiguous amino acids juxtaposed by tertiary folding of a protein. Epitopes formed from contiguous amino acids are typically retained on exposure to denaturing solvents whereas epitopes formed by tertiary folding are typically lost on treatment with denaturing solvents. An epitope typically includes at least 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 or 15 amino acids in a unique spatial conformation. Methods of determining spatial conformation of epitopes include, for example, x-ray crystallography and 2-dimensional nuclear magnetic resonance. See, e.g., *Epitope Mapping Protocols in Methods in Molecular Biology*, Vol. 66, G. E. Morris, Ed. (1996).

Antibodies that recognize the same epitope can be identified in a simple immunoassay showing the ability of one antibody to block the binding of another antibody to a target antigen, i.e., a competitive binding assay. Competitive binding is determined in an assay in which the immunoglobulin under test inhibits specific binding of a reference antibody to a common antigen, such as Aβ. Numerous types of competitive binding assays are known, for example: solid phase direct or indirect radioimmunoassay (RIA), solid phase direct or indirect enzyme immunoassay (EIA), sandwich competition assay (see Stahli et al., *Methods in Enzymology* 9:242 (1983)); solid phase direct biotin-avidin EIA (see Kirkland et al., *J. Immunol.* 137:3614 (1986)); solid phase direct labeled assay, solid phase direct labeled sandwich assay (see Harlow and Lane, *Antibodies: A Laboratory Manual*, Cold Spring Harbor Press (1988)); solid phase direct label RIA using I-125 label (see Morel et al., *Mol. Immunol.* 25(1):7 (1988)); solid phase direct biotin-avidin EIA (Cheung et al., *Virology* 176:546 (1990)); and direct labeled RIA. (Moldenhauer et al., *Scand. J. Immunol.* 32:77 (1990)). Typically, such an assay involves the use of purified antigen bound to a solid surface or cells bearing either of these, an unlabeled test immunoglobulin and a labeled reference immunoglobulin. Competitive inhibition is measured by determining the amount of label bound to the solid surface or cells in the presence of the test immunoglobulin. Usually the test immunoglobulin is present in excess. Usually, when a competing antibody is present in excess, it will inhibit specific binding of a reference antibody to a common antigen by at least 50–55%, 55–60%, 60–65%, 65–70% 70–75% or more.

An epitope is also recognized by immunologic cells, for example, B cells and/or T cells. Cellular recognition of an epitope can be determined by in vitro assays that measure antigen-dependent proliferation, as determined by $^{3}$H-thymidine incorporation, by cytokine secretion, by antibody secretion, or by antigen-dependent killing (cytotoxic T lymphocyte assay).

Exemplary epitopes or antigenic determinants can be found within the human amyloid precursor protein (APP), but are preferably found within the Aβ peptide of APP. Multiple isoforms of APP exist, for example $APP^{695}$ $APP^{751}$ and $APP^{770}$. Amino acids within APP are assigned numbers according to the sequence of the $APP^{770}$ isoform (see e.g., GenBank Accession No. P05067, also set forth as SEQ ID NO:38). Aβ (also referred to herein as beta amyloid peptide and A-beta) peptide is a ~4-kDa internal fragment of 39–43 amino acids of APP (Aβ39, Aβ40, Aβ41, Aβ42 and Aβ43). Aβ40, for example, consists of residues 672–711 of APP and Aβ42 consists of residues 673–713 of APP. As a result of proteolytic processing of APP by different secretase enzymes iv vivo or in situ, Aβ is found in both a "short form", 40 amino acids in length, and a "long form", ranging from 42–43 amino acids in length. Preferred epitopes or antigenic determinants, as described herein, are located within the N-terminus of the Aβ peptide and include residues within amino acids 1–10 of Aβ, preferably from residues 1–3, 1–4, 1–5, 1–6, 1–7 or 3–7 of Aβ42. Additional referred epitopes or antigenic determinants include residues 2–4, 5, 6, 7 or 8 of Aβ, residues 3–5, 6, 7, 8 or 9 of Aβ, or residues 4–7, 8, 9 or 10 of Aβ42.

The term "amyloidogenic disease" includes any disease associated with (or caused by) the formation or deposition of insoluble amyloid fibrils. Exemplary amyloidogenic diseases include, but are not limited to systemic amyloidosis, Alzheimer's disease, mature onset diabetes, Parkinson's disease, Huntington's disease, fronto-temporal dementia, and the prion-related transmissible spongiform encephalopathies (kuru and Creutzfeldt-Jacob disease in humans and scrapie and BSE in sheep and cattle, respectively). Different amyloidogenic diseases are defined or characterized by the nature of the polypeptide component of the fibrils deposited. For example, in subjects or patients having Alzheimer's disease, β-amyloid protein (e.g., wild-type, variant, or truncated β-amyloid protein) is the characterizing polypeptide component of the amyloid deposit. Accordingly, Alzheimer's disease is an example of a "disease characterized by deposits of Aβ" or a "disease associated with deposits of Aβ", e.g., in the brain of a subject or patient. The terms "β-amyloid protein", "β-amyloid peptide", "β-amyloid", "Aβ" and "Aβ peptide" are used interchangeably herein.

The term "effective dose" or "effective dosage" is defined as an amount sufficient to achieve or at least partially achieve the desired effect. The term "therapeutically effective dose" is defined as an amount sufficient to cure or at least partially arrest the disease and its complications in a patient already suffering from the disease. Amounts effective for this use will depend upon the severity of the infection and the general state of the patient's own immune system.

The term "patient" includes human and other mammalian subjects that receive either prophylactic or therapeutic treatment.

"Soluble" or "dissociated" Aβ refers to non-aggregating or disaggregated Aβ polypeptide. "Insoluble" Aβ refers to aggregating Aβ polypeptide, for example, Aβ held together by noncovalent bonds. Aβ (e.g., Aβ42) is believed to aggregate, at least in part, due to the presence of hydrophobic residues at the C-terminus of the peptide (part of the transmembrane domain of APP). One method to prepare soluble Aβ is to dissolve lyophilized peptide in neat DMSO with sonication. The resulting solution is centrifuged to remove any insoluble particulates.

I. Immunological and Therapeutic Reagents

Immunological and therapeutic reagents of the invention comprise or consist of immunogens or antibodies, or functional or antigen binding fragments thereof, as defined herein. The basic antibody structural unit is known to comprise a tetramer of subunits. Each tetramer is composed of two identical pairs of polypeptide chains, each pair having one "light" (about 25 kDa) and one "heavy" chain (about

50–70 kDa). The amino-terminal portion of each chain includes a variable region of about 100 to 110 or more amino acids primarily responsible for antigen recognition. The carboxy-terminal portion of each chain defines a constant region primarily responsible for effector function.

Light chains are classified as either kappa or lambda and are about 230 residues in length. Heavy chains are classified as gamma (γ), mu (μ), alpha (α), delta (δ), or epsilon (ε), are about 450–600 residues in length, and define the antibody's isotype as IgG, IgM, IgA, IgD and IgE, respectively. Both heavy and light chains are folded into domains. The term "domain" refers to a globular region of a protein, for example, an immunoglobulin or antibody. Immunoglobulin or antibody domains include, for example, 3 or four peptide loops stabilized by β-pleated sheet and an interchain disulfide bond. Intact light chains have, for example, two domains ($V_L$ and $C_L$) and intact heavy chains have, for example, four or five domains ($V_H$, $C_H1$, $C_H2$, and $C_H3$).

Within light and heavy chains, the variable and constant regions are joined by a "J" region of about 12 or more amino acids, with the heavy chain also including a "D" region of about 10 more amino acids. (See generally, *Fundamental Immunology* (Paul, W., ed., 2nd ed. Raven Press, N.Y. (1989), Ch. 7, incorporated by reference in its entirety for all purposes).

The variable regions of each light/heavy chain pair form the antibody binding site. Thus, an intact antibody has two binding sites. Except in bifunctional or bispecific antibodies, the two binding sites are the same. The chains all exhibit the same general structure of relatively conserved framework regions (FR) joined by three hypervariable regions, also called complementarity determining regions or CDRs. Naturally-occurring chains or recombinantly produced chains can be expressed with a leader sequence which is removed during cellular processing to produce a mature chain. Mature chains can also be recombinantly produced having a non-naturally occurring leader sequence, for example, to enhance secretion or alter the processing of a particular chain of interest.

The CDRs of the two mature chains of each pair are aligned by the framework regions, enabling binding to a specific epitope. From N-terminal to C-terminal, both light and heavy chains comprise the domains FR1, CDR1, FR2, CDR2, FR3, CDR3 and FR4. "FR4" also is referred to in the art as the D/J region of the variable heavy chain and the J region of the variable light chain. The assignment of amino acids to each domain is in accordance with the definitions of Kabat, *Sequences of Proteins of Immunological Interest* (National Institutes of Health, Bethesda, Md., 1987 and 1991). An alternative structural definition has been proposed by Chothia et al., *J. Mol. Biol.* 196:901 (1987); *Nature* 342:878 (1989); and *J. Mol. Biol.* 186:651 (1989) (hereinafter collectively referred to as "Chothia et al." and incorporated by reference in their entirety for all purposes).

A. Aβ Antibodies

Therapeutic agents of the invention include antibodies that specifically bind to Aβ or other component of amyloid plaques. Such antibodies can be monoclonal or polyclonal. Some such antibodies bind specifically to the aggregated form of Aβ without binding to the soluble form. Some bind specifically to the soluble form without binding to the aggregated form. Some bind to both aggregated and soluble forms. Some such antibodies bind to a naturally occurring short form of Aβ (i.e., Aβ39, 40 or 41) without binding to a naturally occurring long form of Aβ (i.e., Aβ42 and Aβ43). Some antibodies bind to a long form of Aβ without binding to a short form. Some antibodies bind to Aβ without binding to full-length amyloid precursor protein. Antibodies used in therapeutic methods preferably have an intact constant region or at least sufficient of the constant region to interact with an Fc receptor. Human isotype IgG1 is preferred because of it having highest affinity of human isotypes for the FcRI receptor on phagocytic cells. Bispecific Fab fragments can also be used, in which one arm of the antibody has specificity for Aβ, and the other for an Fc receptor. Preferred antibodies bind to Aβ with a binding affinity greater than (or equal to) about $10^6$, $10^7$, $10^8$, $10^9$, or $10^{10}$ $M^{-1}$ (including affinities intermediate of these values).

Polyclonal sera typically contain mixed populations of antibodies binding to several epitopes along the length of Aβ. However, polyclonal sera can be specific to a particular segment of Aβ, such as Aβ1-10. Monoclonal antibodies bind to a specific epitope within Aβ that can be a conformational or nonconformational epitope. Prophylactic and therapeutic efficacy of antibodies can be tested using the transgenic animal model procedures described in the Examples. Preferred monoclonal antibodies bind to an epitope within residues 1–10 of Aβ (with the first N terminal residue of natural Aβ designated 1). Some preferred monoclonal antibodies bind to an epitope within amino acids 1–5, and some to an epitope within 5–10. Some preferred antibodies bind to epitopes within amino acids 1–3, 1–4, 1–5, 1–6, 1–7 or 3–7. Some preferred antibodies bind to an epitope starting at resides 1–3 and ending at residues 7–11 of Aβ. Less preferred antibodies include those binding to epitopes with residues 10–15, 15–20, 25–30, 10–20, 20, 30, or 10–25 of Aβ. It is recommended that such antibodies be screened for activity in the mouse models described in the Examples before use. For example, it has been found that certain antibodies to epitopes within residues 10–18, 16–24, 18–21 and 33–42 lack activity (e.g., lack the ability to reduce plaque burden and/or resolve the neuritic pathology associated with Alzheimer's disease). In some methods, multiple monoclonal antibodies having binding specificities to different epitopes are used. Such antibodies can be administered sequentially or simultaneously. Antibodies to amyloid components other than Aβ can also be used (e.g., administered or co-administered). For example, antibodies can be directed to the amyloid associated protein synuclein.

When an antibody is said to bind to an epitope within specified residues, such as Aβ 1-5 for example, what is meant is that the antibody specifically binds to a polypeptide containing the specified residues (i.e., Aβ 1-5 in this an example). Such an antibody does not necessarily contact every residue within Aβ 1-5. Nor does every single amino acid substitution or deletion with in Aβ1-5 necessarily significantly affect binding affinity. Epitope specificity of an antibody can be determined, for example, by forming a phage display library in which different members display different subsequences of Aβ. The phage display library is then selected for members specifically binding to an antibody under test. A family of sequences is isolated. Typically, such a family contains a common core sequence, and varying lengths of flanking sequences in different members. The shortest core sequence showing specific binding to the antibody defines the epitope bound by the antibody. Antibodies can also be tested for epitope specificity in a competition assay with an antibody whose epitope specificity has already been determined. For example, antibodies that compete with the 3D6 antibody for binding to Aβ bind to the same or similar epitope as 3D6, i.e., within residues Aβ 1-5. Likewise antibodies that compete with the 10D5 antibody bind to the same or similar epitope, i.e., within residues Aβ 3-7. Screening antibodies for epitope specificity is a useful

predictor of therapeutic efficacy. For example, an antibody determined to bind to an epitope within residues 1–7 of Aβ is likely to be effective in preventing and treating Alzheimer's disease according to the methodologies of the present invention.

Monoclonal or polyclonal antibodies that specifically bind to a preferred segment of Aβ without binding to other regions of Aβ have a number of advantages relative to monoclonal antibodies binding to other regions or polyclonal sera to intact Aβ. First, for equal mass dosages, dosages of antibodies that specifically bind to preferred segments contain a higher molar dosage of antibodies effective in clearing amyloid plaques. Second, antibodies specifically binding to preferred segments can induce a clearing response against amyloid deposits without inducing a clearing response against intact APP polypeptide, thereby reducing the potential side effects.

1. Production of Nonhuman Antibodies

The present invention features non-human antibodies, for example, antibodies having specificity for the preferred Aβ epitopes of the invention. Such antibodies can be used in formulating various therapeutic compositions of the invention or, preferably, provide complementarity determining regions for the production of humanized or chimeric antibodies (described in detail below). The production of non-human monoclonal antibodies, e.g., murine, guinea pig, primate, rabbit or rat, can be accomplished by, for example, immunizing the animal with Aβ. A longer polypeptide comprising Aβ or an immunogenic fragment of Aβ or anti-idiotypic antibodies to an antibody to Aβ can also be used. See Harlow & Lane, supra, incorporated by reference for all purposes). Such an immunogen can be obtained from a natural source, by peptide synthesis or by recombinant expression. Optionally, the immunogen can be administered fused or otherwise complexed with a carrier protein, as described below. Optionally, the immunogen can be administered with an adjuvant. The term "adjuvant" refers to a compound that when administered in conjunction with an antigen augments the immune response to the antigen, but when administered alone does not generate an immune response to the antigen. Adjuvants can augment an immune response by several mechanisms including lymphocyte recruitment, stimulation of B and/or T cells, and stimulation of macrophages. Several types of adjuvant can be used as described below. Complete Freund's adjuvant followed by incomplete adjuvant is preferred for immunization of laboratory animals.

Rabbits or guinea pigs are typically used for making polyclonal antibodies. Exemplary preparation of polyclonal antibodies, e.g., for passive protection, can be performed as follows. 125 non-transgenic mice are immunized with 100 μg Aβ1-42, plus CFA/IFA adjuvant, and euthanized at 4–5 months. Blood is collected from immunized mice. IgG is separated from other blood components. Antibody specific for the immunogen may be partially purified by affinity chromatography. An average of about 0.5–1 mg of immunogen-specific antibody is obtained per mouse, giving a total of 60–120 mg.

Mice are typically used for making monoclonal antibodies. Monoclonals can be prepared against a fragment by injecting the fragment or longer form of Aβ into a mouse, preparing hybridomas and screening the hybridomas for an antibody that specifically binds to Aβ. Optionally, antibodies are screened for binding to a specific region or desired fragment of Aβ without binding to other nonoverlapping fragments of Aβ. The latter screening can be accomplished by determining binding of an antibody to a collection of deletion mutants of an Aβ peptide and determining which deletion mutants bind to the antibody. Binding can be assessed, for example, by Western blot or ELISA. The smallest fragment to show specific binding to the antibody defines the epitope of the antibody. Alternatively, epitope specificity can be determined by a competition assay is which a test and reference antibody compete for binding to Aβ. If the test and reference antibodies compete, then they bind to the same epitope or epitopes sufficiently proximal such that binding of one antibody interferes with binding of the other. The preferred isotype for such antibodies is mouse isotype IgG2a or equivalent isotype in other species. Mouse isotype IgG2a is the equivalent of human isotype IgG1.

2. Chimeric and Humanized Antibodies

The present invention also features chimeric and/or humanized antibodies (i.e., chimeric and/or humanized immunoglobulins) specific for beta amyloid peptide. Chimeric and/or humanized antibodies have the same or similar binding specificity and affinity as a mouse or other nonhuman antibody that provides the starting material for construction of a chimeric or humanized antibody.

A. Production of Chimeric Antibodies

The term "chimeric antibody" refers to an antibody whose light and heavy chain genes have been constructed, typically by genetic engineering, from immunoglobulin gene segments belonging to different species. For example, the variable (V) segments of the genes from a mouse monoclonal antibody may be joined to human constant (C) segments, such as IgG1 and IgG4. Human isotype IgG1 is preferred. A typical chimeric antibody is thus a hybrid protein consisting of the V or antigen-binding domain from a mouse antibody and the C or effector domain from a human antibody.

B. Production of Humanized Antibodies

The term "humanized antibody" refers to an antibody comprising at least one chain comprising variable region framework residues substantially from a human antibody chain (referred to as the acceptor immunoglobulin or antibody) and at least one complementarity determining region substantially from a mouse-antibody, (referred to as the donor immunoglobulin or antibody). See, Queen et al., *Proc. Natl. Acad. Sci. USA* 86:10029–10033 (1989), U.S. Pat. Nos. 5,530,101, 5,585,089, 5,693,761, 5,693,762, Selick et al., WO 90/07861, and Winter, U.S. Pat. No. 5,225,539 (incorporated by reference in their entirety for all purposes). The constant region(s), if present, are also substantially or entirely from a human immunoglobulin.

The substitution of mouse CDRs into a human variable domain framework is most likely to result in retention of their correct spatial orientation if the human variable domain framework adopts the same or similar conformation to the mouse variable framework from which the CDRs originated. This is achieved by obtaining the human variable domains from human antibodies whose framework sequences exhibit a high degree of sequence identity with the murine variable framework domains from which the CDRs were derived. The heavy and light chain variable framework regions can be derived from the same or different human antibody sequences. The human antibody sequences can be the sequences of naturally occurring human antibodies or can be consensus sequences of several human antibodies. See Kettleborough et al., *Protein Engineering* 4:773 (1991); Kolbinger et al., *Protein Engineering* 6:971 (1993) and Carter et al., WO 92/22653.

Having identified the complementarity determining regions of the murine donor immunoglobulin and appropriate human acceptor immunoglobulins, the next step is to

determine which, if any, residues from these components should be substituted to optimize the properties of the resulting humanized antibody. In general, substitution of human amino acid residues with murine should be minimized, because introduction of murine residues increases the risk of the antibody eliciting a human-anti-mouse-antibody (HAMA) response in humans. Art-recognized methods of determining immune response can be performed to monitor a HAMA response in a particular patient or during clinical trials. Patients administered humanized antibodies can be given an immunogenicity assessment at the beginning and throughout the administration of said therapy. The HAMA response is measured, for example, by detecting antibodies to the humanized therapeutic reagent, in serum samples from the patient using a method known to one in the art, including surface plasmon resonance technology (BIACORE) and/or solid-phase ELISA analysis.

Certain amino acids from the human variable region framework residues are selected for substitution based on their possible influence on CDR conformation and/or binding to antigen. The unnatural juxtaposition of murine CDR regions with human variable framework region can result in unnatural conformational restraints, which, unless corrected by substitution of certain amino acid residues, lead to loss of binding affinity.

The selection of amino acid residues for substitution is determined, in part, by computer modeling. Computer hardware and software are described herein for producing three-dimensional images of immunoglobulin molecules. In general, molecular models are produced starting from solved structures for immunoglobulin chains or domains thereof. The chains to be modeled are compared for amino acid sequence similarity with chains or domains of solved three-dimensional structures, and the chains or domains showing the greatest sequence similarity is/are selected as starting points for construction of the molecular model. Chains or domains sharing at least 50% sequence identity are selected for modeling, and preferably those sharing at least 60%, 70%, 80%, 90% sequence identity or more are selected for modeling. The solved starting structures are modified to allow for differences between the actual amino acids in the immunoglobulin chains or domains being modeled, and those in the starting structure. The modified structures are then assembled into a composite immunoglobulin. Finally, the model is refined by energy minimization and by verifying that all atoms are within appropriate distances from one another and that bond lengths and angles are within chemically acceptable limits.

The selection of amino acid residues for substitution can also be determined, in part, by examination of the characteristics of the amino acids at particular locations, or empirical observation of the effects of substitution or mutagenesis of particular amino acids. For example, when an amino acid differs between a murine variable region framework residue and a selected human variable region framework residue, the human framework amino acid should usually be substituted by the equivalent framework amino acid from the mouse antibody when it is reasonably expected that the amino acid:

(1) noncovalently binds antigen directly,

(2) is adjacent to a CDR region,

(3) otherwise interacts with a CDR region (e.g., is within about 3–6 Å of a CDR region as determined by computer modeling), or

(4) participates in the VL-VH interface.

Residues which "noncovalently bind antigen directly" include amino acids in positions in framework regions which are have a good probability of directly interacting with amino acids on the antigen according to established chemical forces, for example, by hydrogen bonding, Van der Waals forces, hydrophobic interactions, and the like.

CDR and framework regions are as defined by Kabat et al. or Chothia et al., supra. When framework residues, as defined by Kabat et al., supra, constitute structural loop residues as defined by Chothia et al., supra, the amino acids present in the mouse antibody may be selected for substitution into the humanized antibody. Residues which are "adjacent to a CDR region" include amino acid residues in positions immediately adjacent to one or more of the CDRs in the primary sequence of the humanized immunoglobulin chain, for example, in positions immediately adjacent to a CDR as defined by Kabat, or a CDR as defined by Chothia (See e.g., Chothia and Lesk JMB 196:901 (1987)). These amino acids are particularly likely to interact with the amino acids in the CDRs and, if chosen from the acceptor, to distort the donor CDRs and reduce affinity. Moreover, the adjacent amino acids may interact directly with the antigen (Amit et al., Science, 233:747 (1986), which is incorporated herein by reference) and selecting these amino acids from the donor may be desirable to keep all the antigen contacts that provide affinity in the original antibody.

Residues that "otherwise interact with a CDR region" include those that are determined by secondary structural analysis to be in a spatial orientation sufficient to effect a CDR region. In one embodiment, residues that "otherwise interact with a CDR region" are identified by analyzing a three-dimensional model of the donor immunoglobulin (e.g., a computer-generated model). A three-dimensional model, typically of the original donor antibody, shows that certain amino acids outside of the CDRs are close to the CDRs and have a good probability of interacting with amino acids in the CDRs by hydrogen bonding, Van der Waals forces, hydrophobic interactions, etc. At those amino acid positions, the donor immunoglobulin amino acid rather than the acceptor immunoglobulin amino acid may be selected. Amino acids according to this criterion will generally have a side chain atom within about 3 angstrom units (Å) of some atom in the CDRs and must contain an atom that could interact with the CDR atoms according to established chemical forces, such as those listed above.

In the case of atoms that may form a hydrogen bond, the 3 Å is measured between their nuclei, but for atoms that do not form a bond, the 3 Å is measured between their Van der Waals surfaces. Hence, in the latter case, the nuclei must be within about 6 Å (3 Å plus the sum of the Van der Waals radii) for the atoms to be considered capable of interacting. In many cases the nuclei will be from 4 or 5 to 6 Å apart. In determining whether an amino acid can interact with the CDRs, it is preferred not to consider the last 8 amino acids of heavy chain CDR 2 as part of the CDRs, because from the viewpoint of structure, these 8 amino acids behave more as part of the framework.

Amino acids that are capable of interacting with amino acids in the CDRs, may be identified in yet another way. The solvent accessible surface area of each framework amino acid is calculated in two ways: (1) in the intact antibody, and (2) in a hypothetical molecule consisting of the antibody with its CDRs removed. A significant difference between these numbers of about 10 square angstroms or more shows that access of the framework amino acid to solvent is at least partly blocked by the CDRs, and therefore that the amino acid is making contact with the CDRs. Solvent accessible surface area of an amino acid may be calculated based on a three-dimensional model of an antibody, using algorithms known in the art (e.g., Connolly, J. Appl. Cryst. 16:548

(1983) and Lee and Richards, J. Mol. Biol. 55:379 (1971), both of which are incorporated herein by reference). Framework amino acids may also occasionally interact with the CDRs indirectly, by affecting the conformation of another framework amino acid that in turn contacts the CDRs.

The amino acids at several positions in the framework are known to be capable of interacting with the CDRs in many antibodies (Chothia and Lesk, supra, Chothia et al., supra and Tramontano et al., J. Mol. Biol. 215:175 (1990), all of which are incorporated herein by reference). Notably, the amino acids at positions 2, 48, 64 and 71 of the light chain and 26–30, 71 and 94 of the heavy chain (numbering according to Kabat) are known to be capable of interacting with the CDRs in many antibodies. The amino acids at positions 35 in the light chain and 93 and 103 in the heavy chain are also likely to interact with the CDRs. At all these numbered positions, choice of the donor amino acid rather than the acceptor amino acid (when they differ) to be in the humanized immunoglobulin is preferred. On the other hand, certain residues capable of interacting with the CDR region, such as the first 5 amino acids of the light chain, may sometimes be chosen from the acceptor immunoglobulin without loss of affinity in the humanized immunoglobulin.

Residues which "participate in the VL-VH interface" or "packing residues" include those residues at the interface between VL and VH as defined, for example, by Novotny and Haber, Proc. Natl. Acad. Sci. USA, 82:4592–66 (1985) or Chothia et al, supra. Generally, unusual packing residues should be retained in the humanized antibody if they differ from those in the human frameworks.

In general, one or more of the amino acids fulfilling the above criteria is substituted. In some embodiments, all or most of the amino acids fulfilling the above criteria are substituted. Occasionally, there is some ambiguity about whether a particular amino acid meets the above criteria, and alternative variant immunoglobulins are produced, one of which has that particular substitution, the other of which does not. Alternative variant immunoglobulins so produced can be tested in any of the assays described herein for the desired activity, and the preferred immunoglobulin selected.

Usually the CDR regions in humanized antibodies are substantially identical, and more usually, identical to the corresponding CDR regions of the donor antibody. Although not usually desirable, it is sometimes possible to make one or more conservative amino acid substitutions of CDR residues without appreciably affecting the binding affinity of the resulting humanized immunoglobulin. By conservative substitutions is intended combinations such as gly, ala; val, ile, leu; asp, glu; asn, gln; ser, thr; lys, arg; and phe, tyr.

Additional candidates for substitution are acceptor human framework amino acids that are unusual or "rare" for a human immunoglobulin at that position. These amino acids can be substituted with amino acids from the equivalent position of the mouse donor antibody or from the equivalent positions of more typical human immunoglobulins. For example, substitution may be desirable when the amino acid in a human framework region of the acceptor immunoglobulin is rare for that position and the corresponding amino acid in the donor immunoglobulin is common for that position in human immunoglobulin sequences; or when the amino acid in the acceptor immunoglobulin is rare for that position and the corresponding amino acid in the donor immunoglobulin is also rare, relative to other human sequences. These criterion help ensure that an atypical amino acid in the human framework does not disrupt the antibody structure. Moreover, by replacing an unusual human acceptor amino acid with an amino acid from the donor antibody that happens to be typical for human antibodies, the humanized antibody may be made less immunogenic.

The term "rare", as used herein, indicates an amino acid occurring at that position in less than about 20% but usually less than about 10% of sequences in a representative sample of sequences, and the term "common", as used herein, indicates an amino acid occurring in more than about 25% but usually more than about 50% of sequences in a representative sample. For example, all human light and heavy chain variable region sequences are respectively grouped into "subgroups" of sequences that are especially homologous to each other and have the same amino acids at certain critical positions (Kabat et al., supra). When deciding whether an amino acid in a human acceptor sequence is "rare" or "common" among human sequences, it will often be preferable to consider only those human sequences in the same subgroup as the acceptor sequence.

Additional candidates for substitution are acceptor human framework amino acids that would be identified as part of a CDR region under the alternative definition proposed by Chothia et al., supra. Additional candidates for substitution are acceptor human framework amino acids that would be identified as part of a CDR region under the AbM and/or contact definitions. Notably, CDR1 in the variable heavy chain is defined as including residues 26–32.

Additional candidates for substitution are acceptor framework residues that correspond to a rare or unusual donor framework residue. Rare or unusual donor framework residues are those that are rare or unusual (as defined herein) for murine antibodies at that position. For murine antibodies, the subgroup can be determined according to Kabat and residue positions identified which differ from the consensus. These donor specific differences may point to somatic mutations in the murine sequence which enhance activity. Unusual residues that are predicted to affect binding are retained, whereas residues predicted to be unimportant for binding can be substituted.

Additional candidates for substitution are non-germline residues occurring in an acceptor framework region. For example, when an acceptor antibody chain (i.e., a human antibody chain sharing significant sequence identity with the donor antibody chain) is aligned to a germline antibody chain (likewise sharing significant sequence identity with the donor chain), residues not matching between acceptor chain framework and the germline chain framework can be substituted with corresponding residues from the germline sequence.

Other than the specific amino acid substitutions discussed above, the framework regions of humanized immunoglobulins are usually substantially identical, and more usually, identical to the framework regions of the human antibodies from which they were derived. Of course, many of the amino acids in the framework region make little or no direct contribution to the specificity or affinity of an antibody. Thus, many individual conservative substitutions of framework residues can be tolerated without appreciable change of the specificity or affinity of the resulting humanized immunoglobulin. Thus, in one embodiment the variable framework region of the humanized immunoglobulin shares at least 85% sequence identity to a human variable framework region sequence or consensus of such sequences. In another embodiment, the variable framework region of the humanized immunoglobulin shares at least 90%, preferably 95%, more preferably 96%, 97%, 98% or 99% sequence

identity to a human variable framework region sequence or consensus of such sequences. In general, however, such substitutions are undesirable.

The humanized antibodies preferably exhibit a specific binding affinity for antigen of at least $10^7$, $10^8$, $10^9$ or $10^{10}$ $M^{-1}$. Usually the upper limit of binding affinity of the humanized antibodies for antigen is within a factor of three, four or five of that of the donor immunoglobulin. Often the lower limit of binding affinity is also within a factor of three, four or five of that of donor immunoglobulin. Alternatively, the binding affinity can be compared to that of a humanized antibody having no substitutions (e.g., an antibody having donor CDRs and acceptor FRs, but no FR substitutions). In such instances, the binding of the optimized antibody (with substitutions) is preferably at least two- to three-fold greater, or three- to four-fold greater, than that of the unsubstituted antibody. For making comparisons, activity of the various antibodies can be determined, for example, by BIACORE (i.e., surface plasmon resonance using unlabelled reagents) or competitive binding assays.

C. Production of Humanized 3D6 Antibodies

A preferred embodiment of the present invention features a humanized antibody to the N-terminus of Aβ, in particular, for use in the therapeutic and/or diagnostic methodologies described herein. A particularly preferred starting material for production of humanized antibodies is 3D6. 3D6 is specific for the N-terminus of Aβ and has been shown to mediate phagocytosis (e.g., induce phagocytosis) of amyloid plaque (see Examples I–V). The cloning and sequencing of cDNA encoding the 3D6 antibody heavy and light chain variable regions is described in Example VI.

Suitable human acceptor antibody sequences are identified by computer comparisons of the amino acid sequences of the mouse variable regions with the sequences of known human antibodies. The comparison is performed separately for heavy and light chains but the principles are similar for each. In particular, variable domains from human antibodies whose framework sequences exhibit a high degree of sequence identity with the murine VL and VH framework regions were identified by query of the Kabat Database using NCBI BLAST (publicly accessible through the National Institutes of Health NCBI internet server) with the respective murine framework sequences. In one embodiment, acceptor sequences sharing greater that 50% sequence identity with murine donor sequences are selected. Preferably, acceptor antibody sequences sharing 60%, 70%, 80%, 90% or more are selected.

A computer comparison of 3D6 revealed that the 3D6 light chain shows the greatest sequence identity to human light chains of subtype kappa II, and that the 3D6 heavy chain shows greatest sequence identity to human heavy chains of subtype III, as defined by Kabat et al., supra. Thus, light and heavy human framework regions are preferably derived from human antibodies of these subtypes, or from consensus sequences of such subtypes. The preferred light chain human variable regions showing greatest sequence identity to the corresponding region from 3D6 are from antibodies having Kabat ID Numbers 019230, 005131, 005058, 005057, 005059, U21040 and U41645, with 019230 being more preferred. The preferred heavy chain human variable regions showing greatest sequence identity to the corresponding region from 3D6 are from antibodies having Kabat ID Numbers 045919, 000459, 000553, 000386 and M23691, with 045919 being more preferred.

Residues are next selected for substitution, as follows. When an amino acid differs between a 3D6 variable framework region and an equivalent human variable framework region, the human framework amino acid should usually be substituted by the equivalent mouse amino acid if it is reasonably expected that the amino acid:

(1) noncovalently binds antigen directly,

(2) is adjacent to a CDR region, is part of a CDR region under the alternative definition proposed by Chothia et al., supra, or otherwise interacts with a CDR region (e.g., is within about 3A of a CDR region) (e.g., amino acids at positions L2, H49 and H94 of 3D6), or

(3) participates in the VL-VH interface (e.g., amino acids at positions L36, L46 and H93 of 3D6).

Computer modeling of the 3D6 antibody heavy and light chain variable regions, and humanization of the 3D6 antibody is described in Example VII. Briefly, a three-dimensional model was generated based on the closest solved murine antibody structures for the heavy and light chains. For this purpose, an antibody designated 1CR9 (Protein Data Bank (PDB) ID: 1CR9, Kanyo et al, *J. Mol. Biol.* 293:855 (1999)) was chosen as a template for modeling the 3D6 light chain, and an antibody designated 1OPG (PDB ID: 1OPG, Kodandapani et al., *J. Biol. Chem.* 270:2268 (1995)) was chosen as the template for modeling the heavy chain. The model was further refined by a series of energy minimization steps to relieve unfavorable atomic contacts and optimize electrostatic and van der Walls interactions. The solved structure of 1 qkz (PDB ID: 1QKZ, Derrick et al., *J. Mol Biol.* 293:81 (1999)) was chosen as a template for modeling CDR3 of the heavy chain as 3D6 and 1OPG did not exhibit significant sequence homology in this region when aligned for comparison purposes.

Three-dimensional structural information for the antibodies described herein is publicly available, for example, from the Research Collaboratory for Structural Bioinformatics' Protein Data Bank (PDB). The PDB is freely accessible via the World Wide Web internet and is described by Berman et al. (2000) *Nucleic Acids Research,* 28:235. Computer modeling allows for the identification of CDR-interacting residues. The computer model of the structure of 3D6 can in turn serve as a starting point for predicting the three-dimensional structure of an antibody containing the 3D6 complementarity determining regions substituted in human framework structures. Additional models can be constructed representing the structure as further amino acid substitutions are introduced.

In general, substitution of one, most or all of the amino acids fulfilling the above criteria is desirable. Accordingly, the humanized antibodies of the present invention will usually contain a substitution of a human light chain framework residue with a corresponding 3D6 residue in at least 1, 2 or 3, and more usually 4, of the following positions: L1, L2, L36 and L46. The humanized antibodies also usually contain a substitution of a human heavy chain framework residue with a corresponding 3D6 residue in at least 1, 2, and sometimes 3, of the following positions: H49, H93 and H94. Humanized antibodies can also contain a substitution of a heavy chain framework residue with a corresponding germline residue in at least 1, 2, and sometimes 3, of the following positions: H74, H77 and H89.

Occasionally, however, there is some ambiguity about whether a particular amino acid meets the above criteria, and alternative variant immunoglobulins are produced, one of which has that particular substitution, the other of which does not. In instances where substitution with a murine residue would introduce a residue that is rare in human immunoglobulins at a particular position, it may be desirable to test the antibody for activity with or without the particular substitution. If activity (e.g., binding affinity and/or binding

specificity) is about the same with or without the substitution, the antibody without substitution may be preferred, as it would be expected to elicit less of a HAHA response, as described herein.

Other candidates for substitution are acceptor human framework amino acids that are unusual for a human immunoglobulin at that position. These amino acids can be substituted with amino acids from the equivalent position of more typical human immunoglobulins. Alternatively, amino acids from equivalent positions in the mouse 3D6 can be introduced into the human framework regions when such amino acids are typical of human immunoglobulin at the equivalent positions.

In additional embodiments, when the human light chain framework acceptor immunoglobulin is Kabat ID Number 019230, the light chain contains substitutions in at least 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12 or more usually 13, of the following positions: L7, L10, L12, L15, L17, L39, L45, L63, L78, L83, L85, L100 or L104. In additional embodiments when the human heavy chain framework acceptor immunoglobulin is Kabat ID Number 045919, the heavy chain contains substitutions in at least 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, or more usually 15, of the following positions: H3, H5, H13, H16, H19, H40, H41, H42, H44, H72, H77, H82A, H83, H84, or H108. These positions are substituted with the amino acid from the equivalent position of a human immunoglobulin having a more typical amino acid residue. Examples of appropriate amino acids to substitute are shown in FIGS. 1 and 2.

Other candidates for substitution are non-germline residues occurring in a framework region. A computer comparison of 3D6 with known germline sequences revealed that heavy chains showing the greatest degree of sequence identity include germline variable region sequences VH3-48, VH3-23, VH3-7, VH3-21 and VH3-11, with VH3-23 being more preferred. Alignment of Kabat ID 045919 with VH3-23 reveals that residues H74, H77 and/or H89 may be selected for substitution with corresponding germline residues (e.g., residues H74, H77 and/or H89 when comparing Kabat ID 045919 and VH3-23). Likewise, germline sequences having the greatest degree of identity to the 3D6 light chain include A1, A17, A18, A2 and A19, with A19 being most preferred. Residues not matching between a selected light chain acceptor framework and one of these germline sequences could be selected for substitution with the corresponding germline residue.

Table 1 summarizes the sequence analysis of the 3D6 VH and VL regions. Additional mouse and human structures that can be used for computer modeling of the 3D6 antibody and additional human antibodies are set forth as well as germline sequences that can be used in selecting amino acid substitutions. Rare mouse residues are also set forth in Table 1. Rare mouse residues are identified by comparing the donor VL and/or VH sequences with the sequences of other members of the subgroup to which the donor VL and/or VH sequences belong (according to Kabat) and identifying the residue positions which differ from the consensus. These donor specific differences may point to somatic mutations which enhance activity. Unusual or rare residues close to the binding site may possibly contact the antigen, making it desirable to retain the mouse residue. However, if the unusual mouse residue is not important for binding, use of the corresponding acceptor residue is preferred as the mouse residue may create immunogenic neoepitopes in the humanized antibody. In the situation where an unusual residue in the donor sequence is actually a common residues in the corresponding acceptor sequence, the preferred residue is clearly the acceptor residue.

TABLE 1

Summary of 3D6 V-region sequence

| Chain | Heavy | Light |
|---|---|---|
| Mouse subgroup (Kabat seq ID#) | IIID (002688) | II (005840–005844, 005851–005853, 005857, 005863) |
| Mouse homologs (Kabat/ Genbank) | 002727/163.1'CL<br>002711/H35-C6'CL<br>002733/8-1-12-5-3-1(A2-1)'CL<br>002715/ASWA2'CL<br>020669/#14'CL | 005840/1210.7<br>005843/42.4b.12.2'CL<br>005842/BXW-14'CL<br>005841/42.7B3.2'CL<br>005851/36-60CRI- |
| Rare amino acids (% frequency of occurrence in class) | N40 (0.233%)<br>D42 (0.699%) | Y1 (.035%)<br>I15 (3.3%)<br>D27 (0.867%)-CDR1<br>I78 (0.677%)<br>L85 (0.625%)<br>W89 (0.815%)-CDR3<br>K106A (0.295%) |
| Human Subgroup | III (000488–000491, 000503, 000624) | II (005046) |
| Chothia canonical CDR groupings [pdb example] | H1: class 1 [2fbj]<br>H2: class 3 [ligc] | L1: class 4 [1 rmf]<br>L2: class 1 [1 lmk]<br>L3: class 1 [1 tet] |
| Closest solved mouse structures | PDB ID: 1OPG Kodandapani et al., supra; (72% 2Å) | PDB ID: 1CR9; Kanyo et al., supra; (94%, 2Å)<br>PDB ID: 1NLD; Davies et al., Acta Crystallogr. D. Biol. Crystallog. 53:186 (1997); (98%, 2.8Å) |
| Closest solved human structures | 1VH (68%, nmr)<br>443560 (65%, IgG, λ myeloma, 1.8Å)<br>KOL/2FB4H (60%, myeloma, 3Å) | 1LVE (57%, LEN)<br>1B6DA (54%, B-J dimer, 2.8Å);<br>1VGEL (54%, autoAb) |
| Germline query (Hu) results (top 4) | VH3-48 (4512283/BAA75032.1)<br>VH3-23 (4512287/BAA75046.1)<br>VH3-7 (4512300/BAA75056.1)<br>VH3-21 (4512287/BAA75047.1)<br>VH3-11 (4152300/BAA75053.1) | A1 (x63402)<br>A17 (x63403)<br>A18 (X63396)<br>A2 (m31952)<br>A19 (x63397) |

*heavy chain and light chain from the same antibody (O-81, Hirabayashi et al. NAR 20:2601).

Kabat ID sequences referenced herein are publicly available, for example, from the Northwestern University Biomedical Engineering Department's Kabat Database of Sequences of Proteins of Immunological Interest. Three-dimensional structural information for antibodies described herein is publicly available, for example, from the Research Collaboratory for Structural Bioinformatics' Protein Data Bank (PDB). The PDB is freely accessible via the World Wide Web internet and is described by Berman et al. (2000) *Nucleic Acids Research*, p235–242. Germline gene sequences referenced herein are publicly available, for example, from the National Center for Biotechnology Information (NCBI) database of sequences in collections of Igh, Ig kappa and Ig lambda germline V genes (as a division of the National Library of Medicine (NLM) at the National Institutes of Health (NIH)). Homology searching of the NCBI "Ig Germline Genes" database is provided by IgG BLAST™.

In a preferred embodiment, a humanized antibody of the present invention contains (i) a light chain comprising a variable domain comprising murine 3D6 VL CDRs and a human acceptor framework, the framework having at least one, preferably two, three or four residues selected from the

group consisting of L1, L2, L36, and L46 substituted with the corresponding 3D6 residue and (ii) a heavy chain comprising 3D6 VH CDRs and a human acceptor framework, the framework having at least one, preferably two or three residues selected from the group consisting of H49, H93 and H94 substituted with the corresponding 3D6 residue, and, optionally, at least one, preferably two or three residues selected from the group consisting of H74, H77 and H89 is substituted with a corresponding human germline residue.

In a more preferred embodiment, a humanized antibody of the present invention contains (i) a light chain comprising a variable domain comprising murine 3D6 VL CDRs and a human acceptor framework, the framework having residue 1 substituted with a tyr (Y), residue 2 substituted with a val (V), residue 36 substituted with a leu (L) and/or residue 46 substituted with an arg (R), and (ii) a heavy chain comprising 3D6 VH CDRs and a human acceptor framework, the framework having residue 49 substituted with an ala (A), residue 93 substituted with a val (V) and/or residue 94 substituted with an arg (R), and, optionally, having residue 74 substituted with a ser (S), residue 77 substituted with a thr (T) and/or residue 89 substituted with a val (V).

In a particularly preferred embodiment, a humanized antibody of the present invention has structural features, as described herein, and further has at least one (preferably two, three, four or all) of the following activities: (1) binds aggregated Aβ1-42 (e.g., as determined by ELISA); (2) binds Aβ in plaques (e.g., staining of AD and/or PDAPP plaques); (3) binds Aβ with two- to three-fold higher binding affinity as compared to chimeric 3D6 (e.g., 3D6 having murine CDRs and human acceptor FRs); (4) mediates phagocytosis of Aβ (e.g., in an ex vivo phagocytosis assay, as described herein); and (5) crosses the blood-brain barrier (e.g., demonstrates short-term brain localization, for example, in a PDAPP animal model, as described herein).

In another embodiment, a humanized antibody of the present invention has structural features, as described herein, binds Aβ in a manner or with an affinity sufficient to elicit at least one of the following in vivo effects: (1) reduce Aβ plaque burden; (2) prevent plaque formation; (3) reduce levels of soluble Aβ; (4) reduce the neuritic pathology associated with an amyloidogenic disorder; (5) lessens or ameliorate at least one physiological symptom associated with an amyloidogenic disorder; and/or (6) improves cognitive function.

In another embodiment, a humanized antibody of the present invention has structural features, as described herein, and specifically binds to an epitope comprising residues 1–5 or 3–7 of Aβ.

3. Human Antibodies

Human antibodies against Aβ are provided by a variety of techniques described below. Some human antibodies are selected by competitive binding experiments, or otherwise, to have the same epitope specificity as a particular mouse antibody, such as one of the mouse monoclonals described herein. Human antibodies can also be screened for a particular epitope specificity by using only a fragment of Aβ as the immunogen, and/or by screening antibodies against a collection of deletion mutants of Aβ. Human antibodies preferably have human IgG1 isotype specificity.

a. Trioma Methodology

The basic approach and an exemplary cell fusion partner, SPAZ-4, for use in this approach have been described by Oestberg et al., Hybridoma 2:361 (1983); Oestberg, U.S. Pat. No. 4,634,664; and Engleman et al., U.S. Pat. No. 4,634,666 (each of which is incorporated by reference in its entirety for all purposes). The antibody-producing cell lines obtained by this method are called triomas, because they are descended from three cells; two human and one mouse. Initially, a mouse myeloma line is fused with a human B-lymphocyte to obtain a non-antibody-producing xenogeneic hybrid cell, such as the SPAZ-4 cell line described by Oestberg, supra. The xenogeneic cell is then fused with an immunized human B-lymphocyte to obtain an antibody-producing trioma cell line. Triomas have been found to produce antibody more stably than ordinary hybridomas made from human cells.

The immunized B-lymphocytes are obtained from the blood, spleen, lymph nodes or bone marrow of a human donor. If antibodies against a specific antigen or epitope are desired, it is preferable to use that antigen or epitope thereof for immunization. Immunization can be either in vivo or in vitro. For in vivo immunization, B cells are typically isolated from a human immunized with Aβ, a fragment thereof, larger polypeptide containing Aβ or fragment, or an anti-idiotypic antibody to an antibody to Aβ. In some methods, B cells are isolated from the same patient who is ultimately to be administered antibody therapy. For in vitro immunization, B-lymphocytes are typically exposed to antigen for a period of 7–14 days in a media such as RPMI-1640 (see Engleman, supra) supplemented with 10% human plasma.

The immunized B-lymphocytes are fused to a xenogeneic hybrid cell such as SPAZ-4 by well-known methods. For example, the cells are treated with 40–50% polyethylene glycol of MW 1000–4000, at about 37 degrees C., for about 5–10 min. Cells are separated from the fusion mixture and propagated in media selective for the desired hybrids (e.g., HAT or AH). Clones secreting antibodies having the required binding specificity are identified by assaying the trioma culture medium for the ability to bind to Aβ or a fragment thereof. Triomas producing human antibodies having the desired specificity are subcloned by the limiting dilution technique and grown in vitro in culture medium. The trioma cell lines obtained are then tested for the ability to bind Aβ or a fragment thereof.

Although triomas are genetically stable they do not produce antibodies at very high levels. Expression levels can be increased by cloning antibody genes from the trioma into one or more expression vectors, and transforming the vector into standard mammalian, bacterial or yeast cell lines.

b. Transgenic Non-Human Mammals

Human antibodies against Aβ can also be produced from non-human transgenic mammals having transgenes encoding at least a segment of the human immunoglobulin locus. Usually, the endogenous immunoglobulin locus of such transgenic mammals is functionally inactivated. Preferably, the segment of the human immunoglobulin locus includes unrearranged sequences of heavy and light chain components. Both inactivation of endogenous immunoglobulin genes and introduction of exogenous immunoglobulin genes can be achieved by targeted homologous recombination, or by introduction of YAC chromosomes. The transgenic mammals resulting from this process are capable of functionally rearranging the immunoglobulin component sequences, and expressing a repertoire of antibodies of various isotypes encoded by human immunoglobulin genes, without expressing endogenous immunoglobulin genes. The production and properties of mammals having these properties are described in detail by, e.g., Lonberg et al., WO93/12227 (1993); U.S. Pat. Nos. 5,877,397, 5,874,299, 5,814,318, 5,789,650, 5,770,429, 5,661,016, 5,633,425, 5,625,126, 5,569,825, 5,545,806, *Nature* 148:1547 (1994), *Nature Biotechnology* 14:826 (1996), Kucherlapati, WO 91/10741 (1991) (each of

which is incorporated by reference in its entirety for all purposes). Transgenic mice are particularly suitable. Anti-Aβ antibodies are obtained by immunizing a transgenic nonhuman mammal, such as described by Lonberg or Kucherlapati, supra, with Aβ or a fragment thereof. Monoclonal antibodies are prepared by, e.g., fusing B-cells from such mammals to suitable myeloma cell lines using conventional Kohler-Milstein technology. Human polyclonal antibodies can also be provided in the form of serum from humans immunized with an immunogenic agent. Optionally, such polyclonal antibodies can be concentrated by affinity purification using Aβ or other amyloid peptide as an affinity reagent.

c. Phage Display Methods

A further approach for obtaining human anti-Aβ antibodies is to screen a DNA library from human B cells according to the general protocol outlined by Huse et al., *Science* 246:1275–1281 (1989). As described for trioma methodology, such B cells can be obtained from a human immunized with Aβ, fragments, longer polypeptides containing Aβ or fragments or anti-idiotypic antibodies. Optionally, such B cells are obtained from a patient who is ultimately to receive antibody treatment. Antibodies binding to Aβ or a fragment thereof are selected. Sequences encoding such antibodies (or a binding fragments) are then cloned and amplified. The protocol described by Huse is rendered more efficient in combination with phage-display technology. See, e.g., Dower et al., WO 91/17271, McCafferty et al., WO 92/01047, Herzig et al., U.S. Pat. No. 5,877,218, Winter et al., U.S. Pat. No. 5,871,907, Winter et al., U.S. Pat. No. 5,858,657, Holliger et al., U.S. Pat. No. 5,837,242, Johnson et al., U.S. Pat. No. 5,733,743 and Hoogenboom et al., U.S. Pat. No. 5,565,332 (each of which is incorporated by reference in its entirety for all purposes). In these methods, libraries of phage are produced in which members display different antibodies on their outer surfaces. Antibodies are usually displayed as Fv or Fab fragments. Phage displaying antibodies with a desired specificity are selected by affinity enrichment to an Aβ peptide or fragment thereof.

In a variation of the phage-display method, human antibodies having the binding specificity of a selected murine antibody can be produced. See Winter, WO 92/20791. In this method, either the heavy or light chain variable region of the selected murine antibody is used as a starting material. If, for example, a light chain variable region is selected as the starting material, a phage library is constructed in which members display the same light chain variable region (i.e., the murine starting material) and a different heavy chain variable region. The heavy chain variable regions are obtained from a library of rearranged human heavy chain variable regions. A phage showing strong specific binding for Aβ (e.g., at least $10^8$ and preferably at least $10^9$ $M^{-1}$) is selected. The human heavy chain variable region from this phage then serves as a starting material for constructing a further phage library. In this library, each phage displays the same heavy chain variable region (i.e., the region identified from the first display library) and a different light chain variable region. The light chain variable regions are obtained from a library of rearranged human variable light chain regions. Again, phage showing strong specific binding for Aβ are selected. These phage display the variable regions of completely human anti-Aβ antibodies. These antibodies usually have the same or similar epitope specificity as the murine starting material.

4. Production of Variable Regions

Having conceptually selected the CDR and framework components of humanized immunoglobulins, a variety of methods are available for producing such immunoglobulins. Because of the degeneracy of the code, a variety of nucleic acid sequences will encode each immunoglobulin amino acid sequence. The desired nucleic acid sequences can be produced by de novo solid-phase DNA synthesis or by PCR mutagenesis of an earlier prepared variant of the desired polynucleotide. Oligonucleotide-mediated mutagenesis is a preferred method for preparing substitution, deletion and insertion variants of target polypeptide DNA. See Adelman et al., DNA 2:183 (1983). Briefly, the target polypeptide DNA is altered by hybridizing an oligonucleotide encoding the desired mutation to a single-stranded DNA template. After hybridization, a DNA polymerase is used to synthesize an entire second complementary strand of the template that incorporates the oligonucleotide primer, and encodes the selected alteration in the target polypeptide DNA.

5. Selection of Constant Regions

The variable segments of antibodies produced as described supra (e.g., the heavy and light chain variable regions of chimeric, humanized, or human antibodies) are typically linked to at least a portion of an immunoglobulin constant region (Fc), typically that of a human immunoglobulin. Human constant region DNA sequences can be isolated in accordance with well known procedures from a variety of human cells, but preferably immortalized B cells (see Kabat et al., supra, and Liu et al., WO 87/02671) (each of which is incorporated by reference in its entirety for all purposes). Ordinarily, the antibody will contain both light chain and heavy chain constant regions. The heavy chain constant region usually includes CH1, hinge, CH2, CH3, and CH4 regions. The antibodies described herein include antibodies having all types of constant regions, including IgM, IgG, IgD, IgA and IgE, and any isotype, including IgG1, IgG2, IgG3 and IgG4. The choice of constant region depends, in part, whether antibody-dependent complement and/or cellular mediated toxicity is desired. For example, isotopes IgG1 and IgG3 have complement activity and isotypes IgG2 and IgG4 do not. When it is desired that the antibody (e.g., humanized antibody) exhibit cytotoxic activity, the constant domain is usually a complement fixing constant domain and the class is typically IgG1. When such cytotoxic activity is not desirable, the constant domain may be of the IgG2 class. Choice of isotype can also affect passage of antibody into the brain. Human isotype IgG1 is preferred. Light chain constant regions can be lambda or kappa. The humanized antibody may comprise sequences from more than one class or isotype. Antibodies can be expressed as tetramers containing two light and two heavy chains, as separate heavy chains, light chains, as Fab, Fab' F(ab')2, and Fv, or as single chain antibodies in which heavy and light chain variable domains are linked through a spacer.

6. Expression of Recombinant Antibodies

Chimeric, humanized and human antibodies are typically produced by recombinant expression. Nucleic acids encoding humanized light and heavy chain variable regions, optionally linked to constant regions, are inserted into expression vectors. The light and heavy chains can be cloned in the same or different expression vectors. The DNA segments encoding immunoglobulin chains are operably linked to control sequences in the expression vector(s) that ensure the expression of immunoglobulin polypeptides. Expression control sequences include, but are not limited to, promoters (e.g., naturally-associated or heterologous promoters), signal sequences, enhancer elements, and transcription termination sequences. Preferably, the expression control sequences are eukaryotic promoter systems in vectors capable of transforming or transfecting eukaryotic host cells.

Once the vector has been incorporated into the appropriate host, the host is maintained under conditions suitable for high level expression of the nucleotide sequences, and the collection and purification of the crossreacting antibodies.

These expression vectors are typically replicable in the host organisms either as episomes or as an integral part of the host chromosomal DNA. Commonly, expression vectors contain selection markers (e.g., ampicillin-resistance, hygromycin-resistance, tetracycline resistance or neomycin resistance) to permit detection of those cells transformed with the desired DNA sequences (see, e.g., Itakura et al., U.S. Pat. No. 4,704,362).

*E. coli* is one prokaryotic host particularly useful for cloning the polynucleotides (e.g., DNA sequences) of the present invention. Other microbial hosts suitable for use include bacilli, such as *Bacillus subtilus*, and other enterobacteriaceae, such as *Salmonella, Serratia*, and various *Pseudomonas* species. In these prokaryotic hosts, one can also make expression vectors, which will typically contain expression control sequences compatible with the host cell (e.g., an origin of replication). In addition, any number of a variety of well-known promoters will be present, such as the lactose promoter system, a tryptophan (trp) promoter system, a beta-lactamase promoter system, or a promoter system from phage lambda. The promoters will typically control expression, optionally with an operator sequence, and have ribosome binding site sequences and the like, for initiating and completing transcription and translation.

Other microbes, such as yeast, are also useful for expression. *Saccharomyces* is a preferred yeast host, with suitable vectors having expression control sequences (e.g., promoters), an origin of replication, termination sequences and the like as desired. Typical promoters include 3-phosphoglycerate kinase and other glycolytic enzymes. Inducible yeast promoters include, among others, promoters from alcohol dehydrogenase, isocytochrome C, and enzymes responsible for maltose and galactose utilization.

In addition to microorganisms, mammalian tissue cell culture may also be used to express and produce the polypeptides of the present invention (e.g., polynucleotides encoding immunoglobulins or fragments thereof). See Winnacker, From Genes to Clones, VCH Publishers, N.Y., N.Y. (1987). Eukaryotic cells are actually preferred, because a number of suitable host cell lines capable of secreting heterologous proteins (e.g., intact immunoglobulins) have been developed in the art, and include CHO cell lines, various Cos cell lines, HeLa cells, preferably, myeloma cell lines, or transformed B-cells or hybridomas. Preferably, the cells are nonhuman. Expression vectors for these cells can include expression control sequences, such as an origin of replication, a promoter, and an enhancer (Queen et al., *Immunol. Rev.* 89:49 (1986)), and necessary processing information sites, such as ribosome binding sites, RNA splice sites, polyadenylation sites, and transcriptional terminator sequences. Preferred expression control sequences are promoters derived from immunoglobulin genes, SV40, adenovirus, bovine papilloma virus, cytomegalovirus and the like. See Co et al., *J. Immunol.* 148:1149 (1992).

Alternatively, antibody-coding sequences can be incorporated in transgenes for introduction into the genome of a transgenic animal and subsequent expression in the milk of the transgenic animal (see, e.g., Deboer et al., U.S. Pat. No. 5,741,957, Rosen, U.S. Pat. No. 5,304,489, and Meade et al., U.S. Pat. No. 5,849,992). Suitable transgenes include coding sequences for light and/or heavy chains in operable linkage with a promoter and enhancer from a mammary gland specific gene, such as casein or beta lactoglobulin.

The vectors containing the polynucleotide sequences of interest (e.g., the heavy and light chain encoding sequences and expression control sequences) can be transferred into the host cell by well-known methods, which vary depending on the type of cellular host. For example, calcium chloride transfection is commonly utilized for prokaryotic cells, whereas calcium phosphate treatment, electroporation, lipofection, biolistics or viral-based transfection may be used for other cellular hosts. (See generally Sambrook et al., *Molecular Cloning: A Laboratory Manual* (Cold Spring Harbor Press, 2nd ed., 1989) (incorporated by reference in its entirety for all purposes). Other methods used to transform mammalian cells include the use of polybrene, protoplast fusion, liposomes, electroporation, and microinjection (see generally, Sambrook et al., supra). For production of transgenic animals, transgenes can be microinjected into fertilized oocytes, or can be incorporated into the genome of embryonic stem cells, and the nuclei of such cells transferred into enucleated oocytes.

When heavy and light chains are cloned on separate expression vectors, the vectors are co-transfected to obtain expression and assembly of intact immunoglobulins. Once expressed, the whole antibodies, their dimers, individual light and heavy chains, or other immunoglobulin forms of the present invention can be purified according to standard procedures of the art, including ammonium sulfate precipitation, affinity columns, column chromatography, HPLC purification, gel electrophoresis and the like (see generally Scopes, Protein Purification (Springer-Verlag, N.Y., (1982)). Substantially pure immunoglobulins of at least about 90 to 95% homogeneity are preferred, and 98 to 99% or more homogeneity most preferred, for pharmaceutical uses.

7. Antibody Fragments

Also contemplated within the scope of the instant invention are antibody fragments. In one embodiment, fragments of non-human, chimeric and/or human antibodies are provided. In another embodiment, fragments of humanized antibodies are provided. Typically, these fragments exhibit specific binding to antigen with an affinity of at least $10^7$, and more typically $10^8$ or $10^9$ $M^{-1}$. Humanized antibody fragments include separate heavy chains, light chains Fab, Fab' F(ab')2, Fabc, and Fv. Fragments are produced by recombinant DNA techniques, or by enzymatic or chemical separation of intact immunoglobulins.

8. Testing Antibodies for Therapeutic Efficacy in Animal Models

Groups of 7–9 month old PDAPP mice each are injected with 0.5 mg in PBS of polyclonal anti-Aβ or specific anti-Aβ monoclonal antibodies. All antibody preparations are purified to have low endotoxin levels. Monoclonals can be prepared against a fragment by injecting the fragment or longer form of Aβ into a mouse, preparing hybridomas and screening the hybridomas for an antibody that specifically binds to a desired fragment of Aβ without binding to other nonoverlapping fragments of Aβ.

Mice are injected intraperitoneally as needed over a 4 month period to maintain a circulating antibody concentration measured by ELISA titer of greater than 1/1000 defined by ELISA to Aβ42 or other immunogen. Titers are monitored and mice are euthanized at the end of 6 months of injectons. Histochemistry, A βlevels and toxicology are performed post mortem. Ten mice are used per group.

9. Screening Antibodies for Clearing Activity

The invention also provides methods of screening an antibody for activity in clearing an amyloid deposit or any other antigen, or associated biological entity, for which clearing activity is desired. To screen for activity against an

amyloid deposit, a tissue sample from a brain of a patient with Alzheimer's disease or an animal model having characteristic Alzheimer's pathology is contacted with phagocytic cells bearing an Fc receptor, such as microglial cells, and the antibody under test in a medium in vitro. The phagocytic cells can be a primary culture or a cell line, such as BV-2, C8-B4, or THP-1. In some methods, the components are combined on a microscope slide to facilitate microscopic monitoring. In some methods, multiple reactions are performed in parallel in the wells of a microtiter dish. In such a format, a separate miniature microscope slide can be mounted in the separate wells, or a nonmicroscopic detection format, such as ELISA detection of Aβ can be used. Preferably, a series of measurements is made of the amount of amyloid deposit in the in vitro reaction mixture, starting from a baseline value before the reaction has proceeded, and one or more test values during the reaction. The antigen can be detected by staining, for example, with a fluorescently labeled antibody to Aβ or other component of amyloid plaques. The antibody used for staining may or may not be the same as the antibody being tested for clearing activity. A reduction relative to baseline during the reaction of the amyloid deposits indicates that the antibody under test has clearing activity. Such antibodies are likely to be useful in preventing or treating Alzheimer's and other amyloidogenic diseases.

Analogous methods can be used to screen antibodies for activity in clearing other types of biological entities. The assay can be used to detect clearing activity against virtually any kind of biological entity. Typically, the biological entity has some role in human or animal disease. The biological entity can be provided as a tissue sample or in isolated form. If provided as a tissue sample, the tissue sample is preferably unfixed to allow ready access to components of the tissue sample and to avoid perturbing the conformation of the components incidental to fixing. Examples of tissue samples that can be tested in this assay include cancerous tissue, precancerous tissue, tissue containing benign growths such as warts or moles, tissue infected with pathogenic microorganisms, tissue infiltrated with inflammatory cells, tissue bearing pathological matrices between cells (e.g., fibrinous pericarditis), tissue bearing aberrant antigens, and scar tissue. Examples of isolated biological entities that can be used include Aβ, viral antigens or viruses, proteoglycans, antigens of other pathogenic microorganisms, tumor antigens, and adhesion molecules. Such antigens can be obtained from natural sources, recombinant expression or chemical synthesis, among other means. The tissue sample or isolated biological entity is contacted with phagocytic cells bearing Fc receptors, such as monocytes or microglial cells, and an antibody to be tested in a medium. The antibody can be directed to the biological entity under test or to an antigen associated with the entity. In the latter situation, the object is to test whether the biological entity is vicariously phagocytosed with the antigen. Usually, although not necessarily, the antibody and biological entity (sometimes with an associated antigen), are contacted with each other before adding the phagocytic cells. The concentration of the biological entity and/or the associated antigen remaining in the medium, if present, is then monitored. A reduction in the amount or concentration of antigen or the associated biological entity in the medium indicates the antibody has a clearing response against the antigen and/or associated biological entity in conjunction with the phagocytic cells (see, e.g., Example IV).

B. Nucleic Acid Encoding Immunologic and Therapeutic Agents

Immune responses against amyloid deposits can also be induced by administration of nucleic acids encoding antibodies and their component chains used for passive immunization. Such nucleic acids can be DNA or RNA. A nucleic acid segment encoding an immunogen is typically linked to regulatory elements, such as a promoter and enhancer, that allow expression of the DNA segment in the intended target cells of a patient. For expression in blood cells, as is desirable for induction of an immune response, promoter and enhancer elements from light or heavy chain immunoglobulin genes or the CMV major intermediate early promoter and enhancer are suitable to direct expression. The linked regulatory elements and coding sequences are often cloned into a vector. For administration of double-chain antibodies, the two chains can be cloned in the same or separate vectors.

A number of viral vector systems are available including retroviral systems (see, e.g., Lawrie and Tumin, *Cur. Opin. Genet. Develop.* 3:102–109 (1993)); adenoviral vectors (see, e.g., Bett et al., *J. Virol.* 67:5911 (1993)); adeno-associated virus vectors (see, e.g., Zhou et al., *J. Exp. Med.* 179:1867 (1994)), viral vectors from the pox family including vaccinia virus and the avian pox viruses, viral vectors from the alpha virus genus such as those derived from Sindbis and Semliki Forest Viruses (see, e.g., Dubensky et al., *J. Virol.* 70:508 (1996)), Venezuelan equine encephalitis virus (see Johnston et al., U.S. Pat. No. 5,643,576) and rhabdoviruses, such as vesicular stomatitis virus (see Rose, WO 96/34625)and papillomaviruses (Ohe et al., *Human Gene Therapy* 6:325 (1995); Woo et al., WO 94/12629 and Xiao & Brandsma, *Nucleic Acids. Res.* 24, 2630–2622 (1996)).

DNA encoding an immunogen, or a vector containing the same, can be packaged into liposomes. Suitable lipids and related analogs are described by Eppstein et al., U.S. Pat. No. 5,208,036, Felgner et al., U.S. Pat. No. 5,264,618, Rose, U.S. Pat. No. 5,279,833, and Epand et al., U.S. Pat. No. 5,283,185. Vectors and DNA encoding an immunogen can also be adsorbed to or associated with particulate carriers, examples of which include polymethyl methacrylate polymers and polylactides and poly (lactide-co-glycolides), see, e.g., McGee et al., *J. Micro Encap.* (1996).

Gene therapy vectors or naked polypeptides (e.g., DNA) can be delivered in vivo by administration to an individual patient, typically by systemic administration (e.g., intravenous, intraperitoneal, nasal, gastric, intradermal, intramuscular, subdermal, or intracranial infusion) or topical application (see e.g., Anderson et al., U.S. Pat. No. 5,399,346). The term "naked polynucleotide" refers to a polynucleotide not complexed with colloidal materials. Naked polynucleotides are sometimes cloned in a plasmid vector. Such vectors can further include facilitating agents such as bupivacine (Attardo et al., U.S. Pat. No. 5,593,970). DNA can also be administered using a gene gun. See Xiao & Brandsma, supra. The DNA encoding an immunogen is precipitated onto the surface of microscopic metal beads. The microprojectiles are accelerated with a shock wave or expanding helium gas, and penetrate tissues to a depth of several cell layers. For example, The Accel™ Gene Delivery Device manufactured by Agacetus, Inc. Middleton Wis. is suitable. Alternatively, naked DNA can pass through skin into the blood stream simply by spotting the DNA onto skin with chemical or mechanical irritation (see Howell et al., WO 95/05853).

In a further variation, vectors encoding immunogens can be delivered to cells ex vivo, such as cells explanted from an

individual patient (e.g., lymphocytes, bone marrow aspirates, tissue biopsy) or universal donor hematopoietic stem cells, followed by reimplantation of the cells into a patient, usually after selection for cells which have incorporated the vector.

II. Prophylactic and Therapeutic Methods

The present invention is directed inter alia to treatment of Alzheimer's and other amyloidogenic diseases by administration of therapeutic immunological reagents (e.g., humanized immunoglobulins) to specific epitopes within Aβ to a patient under conditions that generate a beneficial therapeutic response in a patient (e.g., induction of phagocytosis of Aβ, reduction of plaque burden, inhibition of plaque formation, reduction of neuritic dystrophy, improving cognitive function, and/or reversing, treating or preventing cognitive decline) in the patient, for example, for the prevention or treatment of an amyloidogenic disease. The invention is also directed to use of the disclosed immunological reagents (e.g., humanized immunoglobulins) in the manufacture of a medicament for the treatment or prevention of an amyloidogenic disease.

The term "treatment" as used herein, is defined as the application or administration of a therapeutic agent to a patient, or application or administration of a therapeutic agent to an isolated tissue or cell line from a patient, who has a disease, a symptom of disease or a predisposition toward a disease, with the purpose to cure, heal, alleviate, relieve, alter, remedy, ameliorate, improve or affect the disease, the symptoms of disease or the predisposition toward disease.

In one aspect, the invention provides methods of preventing or treating a disease associated with amyloid deposits of Aβ in the brain of a patient. Such diseases include Alzheimer's disease, Down's syndrome and cognitive impairment. The latter can occur with or without other characteristics of an amyloidogenic disease. Some methods of the invention entail administering an effective dosage of an antibody that specifically binds to a component of an amyloid deposit to the patient. Such methods are particularly useful for preventing or treating Alzheimer's disease in human patients. Exemplary methods entail administering an effective dosage of an antibody that binds to Aβ. Preferred methods entail administering an effective dosage of an antibody that specifically binds to an epitope within residues 1–10 of Aβ, for example, antibodies that specifically bind to an epitope within residues 1–3 of Aβ, antibodies that specifically bind to an epitope within residues 1–4 of Aβ, antibodies that specifically bind to an epitope within residues 1–5 of Aβ, antibodies that specifically bind to an epitope within residues 1–6 of Aβ, antibodies that specifically bind to an epitope within residues 1–7 of Aβ, or antibodies that specifically bind to an epitope within residues 3–7 of Aβ. In yet another aspect, the invention features administering antibodies that bind to an epitope comprising a free N-terminal residue of Aβ. In yet another aspect, the invention features administering antibodies that bind to an epitope within residues of 1–10 of Aβ wherein residue 1 and/or residue 7 of Aβ is aspartic acid. In yet another aspect, the invention features administering antibodies that specifically bind to Aβ peptide without binding to full-length amyloid precursor protein (APP). In yet another aspect, the isotype of the antibody is human IgG1.

In yet another aspect, the invention features administering antibodies that bind to an amyloid deposit in the patient and induce a clearing response against the amyloid deposit. For example, such a clearing response can be effected by Fc receptor mediated phagocytosis.

Therapeutic agents of the invention are typically substantially pure from undesired contaminant. This means that an agent is typically at least about 50% w/w (weight/weight) purity, as well as being substantially free from interfering proteins and contaminants. Sometimes the agents are at least about 80% w/w and, more preferably at least 90 or about 95% w/w purity. However, using conventional protein purification techniques, homogeneous peptides of at least 99% w/w can be obtained.

The methods can be used on both asymptomatic patients and those currently showing symptoms of disease. The antibodies used in such methods can be human, humanized, chimeric or nonhuman antibodies, or fragments thereof (e.g., antigen binding fragments) and can be monoclonal or polyclonal, as described herein. In yet another aspect, the invention features administering antibodies prepared from a human immunized with Aβ peptide, which human can be the patient to be treated with antibody.

In another aspect, the invention features administering an antibody with a pharmaceutical carrier as a pharmaceutical composition. Alternatively, the antibody can be administered to a patient by administering a polynucleotide encoding at least one antibody chain. The polynucleotide is expressed to produce the antibody chain in the patient. Optionally, the polynucleotide encodes heavy and light chains of the antibody. The polynucleotide is expressed to produce the heavy and light chains in the patient. In exemplary embodiments, the patient is monitored for level of administered antibody in the blood of the patient.

The invention thus fulfills a longstanding need for therapeutic regimes for preventing or ameliorating the neuropathology and, in some patients, the cognitive impairment associated with Alzheimer's disease.

A. Patients Amenable to Treatment

Patients amenable to treatment include individuals at risk of disease but not showing symptoms, as well as patients presently showing symptoms. In the case of Alzheimer's disease, virtually anyone is at risk of suffering from Alzheimer's disease if he or she lives long enough. Therefore, the present methods can be administered prophylactically to the general population without the need for any assessment of the risk of the subject patient. The present methods are especially useful for individuals who have a known genetic risk of Alzheimer's disease. Such individuals include those having relatives who have experienced this disease, and those whose risk is determined by analysis of genetic or biochemical markers. Genetic markers of risk toward Alzheimer's disease include mutations in the APP gene, particularly mutations at position 717 and positions 670 and 671 referred to as the Hardy and Swedish mutations respectively (see Hardy, supra). Other markers of risk are mutations in the presenilin genes, PS1 and PS2, and ApoE4, family history of AD, hypercholesterolemia or atherosclerosis. Individuals presently suffering from Alzheimer's disease can be recognized from characteristic dementia, as well as the presence of risk factors described above. In addition, a number of diagnostic tests are available for identifying individuals who have AD. These include measurement of CSF tau and Aβ42 levels. Elevated tau and decreased Aβ42 levels signify the presence of AD. Individuals suffering from Alzheimer's disease can also be diagnosed by ADRDA criteria as discussed in the Examples section.

In asymptomatic patients, treatment can begin at any age (e.g., 10, 20, 30). Usually, however, it is not necessary to begin treatment until a patient reaches 40, 50, 60 or 70. Treatment typically entails multiple dosages over a period of time. Treatment can be monitored by assaying antibody levels over time. If the response falls, a booster dosage is indicated. In the case of potential Down's syndrome patients, treatment can begin antenatally by administering therapeutic agent to the mother or shortly after birth.

B. Treatment Regimes and Dosages

In prophylactic applications, pharmaceutical compositions or medicaments are administered to a patient susceptible to, or otherwise at risk of, Alzheimer's disease in an amount sufficient to eliminate or reduce the risk, lessen the severity, or delay the outset of the disease, including biochemical, histologic and/or behavioral symptoms of the disease, its complications and intermediate pathological phenotypes presenting during development of the disease. In therapeutic applications, compositions or medicants are administered to a patient suspected of, or already suffering from such a disease in an amount sufficient to cure, or at least partially arrest, the symptoms of the disease (biochemical, histologic and/or behavioral), including its complications and intermediate pathological phenotypes in development of the disease.

In some methods, administration of agent reduces or eliminates myocognitive impairment in patients that have not yet developed characteristic Alzheimer's pathology. An amount adequate to accomplish therapeutic or prophylactic treatment is defined as a therapeutically- or prophylactically-effective dose. In both prophylactic and therapeutic regimes, agents are usually administered in several dosages until a sufficient immune response has been achieved. The term "immune response" or "immunological response" includes the development of a humoral (antibody mediated) and/or a cellular (mediated by antigen-specific T cells or their secretion products) response directed against an antigen in a recipient subject. Such a response can be an active response, i.e., induced by administration of immunogen, or a passive response, i.e., induced by administration of immunoglobulin or antibody or primed T-cells.

An "immunogenic agent" or "immunogen" is capable of inducing an immunological response against itself on administration to a mammal, optionally in conjunction with an adjuvant. Typically, the immune response is monitored and repeated dosages are given if the immune response starts to wane.

Effective doses of the compositions of the present invention, for the treatment of the above described conditions vary depending upon many different factors, including means of administration, target site, physiological state of the patient, whether the patient is human or an animal, other medications administered, and whether treatment is prophylactic or therapeutic. Usually, the patient is a human but non-human mammals including transgenic mammals can also be treated. Treatment dosages need to be titrated to optimize safety and efficacy.

For passive immunization with an antibody, the dosage ranges from about 0.0001 to 100 mg/kg, and more usually 0.01 to 5 mg/kg, of the host body weight. For example dosages can be 1 mg/kg body weight or 10 mg/kg body weight or within the range of 1–10 mg/kg, preferably at least 1 mg/kg. Subjects can be administered such doses daily, on alternative days, weekly or according to any other schedule determined by empirical analysis. An exemplary treatment entails administration in multiple dosages over a prolonged period, for example, of at least six months. Additional exemplary treatment regimes entail administration once per every two weeks or once a month or once every 3 to 6 months. Exemplary dosage schedules include 1–10 mg/kg or 15 mg/kg on consecutive days, 30 mg/kg on alternate days or 60 mg/kg weekly. In some methods, two or more monoclonal antibodies with different binding specificities are administered simultaneously, in which case the dosage of each antibody administered falls within the ranges indicated.

Antibody is usually administered on multiple occasions. Intervals between single dosages can be weekly, monthly or yearly. Intervals can also be irregular as indicated by measuring blood levels of antibody to Aβ in the patient. In some methods, dosage is adjusted to achieve a plasma antibody concentration of 1–1000 μg/ml and in some methods 25–300 μg/ml. Alternatively, antibody can be administered as a sustained release formulation, in which case less frequent administration is required. Dosage and frequency vary depending on the half-life of the antibody in the patient. In general, human antibodies show the longest half-life, followed by humanized antibodies, chimeric antibodies, and nonhuman antibodies.

The dosage and frequency of administration can vary depending on whether the treatment is prophylactic or therapeutic. In prophylactic applications, compositions containing the present antibodies or a cocktail thereof are administered to a patient not already in the disease state to enhance the patient's resistance. Such an amount is defined to be a "prophylactic effective dose." In this use, the precise amounts again depend upon the patient's state of health and general immunity, but generally range from 0.1 to 25 mg per dose, especially 0.5 to 2.5 mg per dose. A relatively low dosage is administered at relatively infrequent intervals over a long period of time. Some patients continue to receive treatment for the rest of their lives.

In therapeutic applications, a relatively high dosage (e.g., from about 1 to 200 mg of antibody per dose, with dosages of from 5 to 25 mg being more commonly used) at relatively short intervals is sometimes required until progression of the disease is reduced or terminated, and preferably until the patient shows partial or complete amelioration of symptoms of disease. Thereafter, the patent can be administered a prophylactic regime.

Doses for nucleic acids encoding antibodies range from about 10 ng to 1 g, 100 ng to 100 mg, 1 μg to 10 mg, or 30–300 μg DNA per patient. Doses for infectious viral vectors vary from 10–100, or more, virions per dose.

Therapeutic agents can be administered by parenteral, topical, intravenous, oral, subcutaneous, intraarterial, intracranial, intraperitoneal, intranasal or intramuscular means for prophylactic and/or therapeutic treatment. The most typical route of administration of an immunogenic agent is subcutaneous although other routes can be equally effective. The next most common route is intramuscular injection. This type of injection is most typically performed in the arm or leg muscles. In some methods, agents are injected directly into a particular tissue where deposits have accumulated, for example intracranial injection. Intramuscular injection or intravenous infusion are preferred for administration of antibody. In some methods, particular therapeutic antibodies are injected directly into the cranium. In some methods, antibodies are administered as a sustained release composition or device, such as a Medipad™ device.

Agents of the invention can optionally be administered in combination with other agents that are at least partly effective in treatment of amyloidogenic disease. In the case of Alzheimer's and Down's syndrome, in which amyloid deposits occur in the brain, agents of the invention can also be administered in conjunction with other agents that increase passage of the agents of the invention across the blood-brain barrier.

C. Pharmaceutical Compositions

Agents of the invention are often administered as pharmaceutical compositions comprising an active therapeutic agent, i.e., and a variety of other pharmaceutically acceptable components. See *Remington's Pharmaceutical Science* (15th ed., Mack Publishing Company, Easton, Pa. (1980)). The preferred form depends on the intended mode of administration and therapeutic application. The compositions can also include, depending on the formulation desired, pharmaceutically-acceptable, non-toxic carriers or diluents, which are defined as vehicles commonly used to formulate pharmaceutical compositions for animal or human admin-

istration. The diluent is selected so as not to affect the biological activity of the combination. Examples of such diluents are distilled water, physiological phosphate-buffered saline, Ringer's solutions, dextrose solution, and Hank's solution. In addition, the pharmaceutical composition or formulation may also include other carriers, adjuvants, or nontoxic, nontherapeutic, nonimmunogenic stabilizers and the like.

Pharmaceutical compositions can also include large, slowly metabolized macromolecules such as proteins, polysaccharides such as chitosan, polylactic acids, polyglycolic acids and copolymers (such as latex functionalized sepharose(TM), agarose, cellulose, and the like), polymeric amino acids, amino acid copolymers, and lipid aggregates (such as oil droplets or liposomes). Additionally, these carriers can function as immunostimulating agents (i.e., adjuvants).

For parenteral administration, agents of the invention can be administered as injectable dosages of a solution or suspension of the substance in a physiologically acceptable diluent with a pharmaceutical carrier that can be a sterile liquid such as water oils, saline, glycerol, or ethanol. Additionally, auxiliary substances, such as wetting or emulsifying agents, surfactants, pH buffering substances and the like can be present in compositions. Other components of pharmaceutical compositions are those of petroleum, animal, vegetable, or synthetic origin, for example, peanut oil, soybean oil, and mineral oil. In general, glycols such as propylene glycol or polyethylene glycol are preferred liquid carriers, particularly for injectable solutions. Antibodies can be administered in the form of a depot injection or implant preparation, which can be formulated in such a manner as to permit a sustained release of the active ingredient. An exemplary composition comprises monoclonal antibody at 5 mg/mL, formulated in aqueous buffer consisting of 50 mM L-histidine, 150 mM NaCl, adjusted to pH 6.0 with HCl.

Typically, compositions are prepared as injectables, either as liquid solutions or suspensions; solid forms suitable for solution in, or suspension in, liquid vehicles prior to injection can also be prepared. The preparation also can be emulsified or encapsulated in liposomes or micro particles such as polylactide, polyglycolide, or copolymer for enhanced adjuvant effect, as discussed above (see Langer, *Science* 249: 1527 (1990) and Hanes, *Advanced Drug Delivery Reviews* 28:97 (1997)). The agents of this invention can be administered in the form of a depot injection or implant preparation, which can be formulated in such a manner as to permit a sustained or pulsatile release of the active ingredient.

Additional formulations suitable for other modes of administration include oral, intranasal, and pulmonary formulations, suppositories, and transdermal applications. For suppositories, binders and carriers include, for example, polyalkylene glycols or triglycerides; such suppositories can be formed from mixtures containing the active ingredient in the range of 0.5% to 10%, preferably 1%–2%. Oral formulations include excipients, such as pharmaceutical grades of mannitol, lactose, starch, magnesium stearate, sodium saccharine, cellulose, and magnesium carbonate. These compositions take the form of solutions, suspensions, tablets, pills, capsules, sustained release formulations or powders and contain 10%–95% of active ingredient, preferably 25%–70%.

Topical application can result in transdermal or intradermal delivery. Topical administration can be facilitated by co-administration of the agent with cholera toxin or detoxified derivatives or subunits thereof or other similar bacterial toxins (See Glenn et al., *Nature* 391, 851 (1998)). Co-administration can be achieved by using the components as a mixture or as linked molecules obtained by chemical crosslinking or expression as a fusion protein.

Alternatively, transdermal delivery can be achieved using a skin path or using transferosomes (Paul et al., *Eur. J. Immunol.* 25:3521 (1995); Cevc et al., *Biochem. Biophys. Acta* 1368:201–15 (1998)).

III. Monitoring the Course of Treatment

The invention provides methods of monitoring treatment in a patient suffering from or susceptible to Alzheimer's, i.e., for monitoring a course of treatment being administered to a patient. The methods can be used to monitor both therapeutic treatment on symptomatic patients and prophylactic treatment on asymptomatic patients. In particular, the methods are useful for monitoring passive immunization (e.g., measuring level of administered antibody).

Some methods entail determining a baseline value, for example, of an antibody level or profile in a patient, before administering a dosage of agent, and comparing this with a value for the profile or level after treatment. A significant increase (i.e., greater than the typical margin of experimental error in repeat measurements of the same sample, expressed as one standard deviation from the mean of such measurements) in value of the level or profile signals a positive treatment outcome (i.e., that administration of the agent has achieved a desired response). If the value for immune response does not change significantly, or decreases, a negative treatment outcome is indicated.

In other methods, a control value (i.e., a mean and standard deviation) of level or profile is determined for a control population. Typically the individuals in the control population have not received prior treatment. Measured values of the level or profile in a patient after administering a therapeutic agent are then compared with the control value. A significant increase relative to the control value (e.g., greater than one standard deviation from the mean) signals a positive or sufficient treatment outcome. A lack of significant increase or a decrease signals a negative or insufficient treatment outcome. Administration of agent is generally continued while the level is increasing relative to the control value. As before, attainment of a plateau relative to control values is an indicator that the administration of treatment can be discontinued or reduced in dosage and/or frequency.

In other methods, a control value of the level or profile (e.g., a mean and standard deviation) is determined from a control population of individuals who have undergone treatment with a therapeutic agent and whose levels or profiles have plateaued in response to treatment. Measured values of levels or profiles in a patient are compared with the control value. If the measured level in a patient is not significantly different (e.g., more than one standard deviation) from the control value, treatment can be discontinued. If the level in a patient is significantly below the control value, continued administration of agent is warranted. If the level in the patient persists below the control value, then a change in treatment may be indicated.

In other methods, a patient who is not presently receiving treatment but has undergone a previous course of treatment is monitored for antibody levels or profiles to determine whether a resumption of treatment is required. The measured level or profile in the patient can be compared with a value previously achieved in the patient after a previous course of treatment. A significant decrease relative to the previous measurement (i.e., greater than a typical margin of error in repeat measurements of the same sample) is an indication that treatment can be resumed. Alternatively, the value measured in a patient can be compared with a control value (mean plus standard deviation) determined in a population of patients after undergoing a course of treatment. Alternatively, the measured value in a patient can be compared with

a control value in populations of prophylactically treated patients who remain free of symptoms of disease, or populations of therapeutically treated patients who show amelioration of disease characteristics. In all of these cases, a significant decrease relative to the control level (i.e., more than a standard deviation) is an indicator that treatment should be resumed in a patient.

The tissue sample for analysis is typically blood, plasma, serum, mucous fluid or cerebrospinal fluid from the patient. The sample is analyzed, for example, for levels or profiles of antibodies to Aβ peptide, e.g., levels or profiles of humanized antibodies. ELISA methods of detecting antibodies specific to Aβ are described in the Examples section. In some methods, the level or profile of an administered antibody is determined using a clearing assay, for example, in an in vitro phagocytosis assay, as described herein. In such methods, a tissue sample from a patient being tested is contacted with amyloid deposits (e.g., from a PDAPP mouse) and phagocytic cells bearing Fc receptors. Subsequent clearing of the amyloid deposit is then monitored. The existence and extent of clearing response provides an indication of the existence and level of antibodies effective to clear Aβ in the tissue sample of the patient under test.

The antibody profile following passive immunization typically shows an immediate peak in antibody concentration followed by an exponential decay. Without a further dosage, the decay approaches pretreatment levels within a period of days to months depending on the half-life of the antibody administered. For example the half-life of some human antibodies is of the order of 20 days.

In some methods, a baseline measurement of antibody to Aβ in the patient is made before administration, a second measurement is made soon thereafter to determine the peak antibody level, and one or more further measurements are made at intervals to monitor decay of antibody levels. When the level of antibody has declined to baseline or a predetermined percentage of the peak less baseline (e.g., 50%, 25% or 10%), administration of a further dosage of antibody is administered. In some methods, peak or subsequent measured levels less background are compared with reference levels previously determined to constitute a beneficial prophylactic or therapeutic treatment regime in other patients. If the measured antibody level is significantly less than a reference level (e.g., less than the mean minus one standard deviation of the reference value in population of patients benefiting from treatment) administration of an additional dosage of antibody is indicated.

Additional methods include monitoring, over the course of treatment, any art-recognized physiologic symptom (e.g., physical or mental symptom) routinely relied on by researchers or physicians to diagnose or monitor amyloidogenic diseases (e.g., Alzheimer's disease). For example, one can monitor cognitive impairment. The latter is a symptom of Alzheimer's disease and Down's syndrome but can also occur without other characteristics of either of these diseases. For example, cognitive impairment can be monitored by determining a patient's score on the Mini-Mental State Exam in accordance with convention throughout the course of treatment.

C. Kits

The invention further provides kits for performing the monitoring methods described above. Typically, such kits contain an agent that specifically binds to antibodies to Aβ. The kit can also include a label. For detection of antibodies to Aβ, the label is typically in the form of labeled anti-idiotypic antibodies. For detection of antibodies, the agent can be supplied prebound to a solid phase, such as to the wells of a microtiter dish. Kits also typically contain labeling providing directions for use of the kit. The labeling may also include a chart or other correspondence regime correlating levels of measured label with levels of antibodies to Aβ. The term labeling refers to any written or recorded material that is attached to, or otherwise accompanies a kit at any time during its manufacture, transport, sale or use. For example, the term labeling encompasses advertising leaflets and brochures, packaging materials, instructions, audio or videocassettes, computer discs, as well as writing imprinted directly on kits.

The invention also provides diagnostic kits, for example, research, detection and/or diagnostic kits (e.g., for performing in vivo imaging). Such kits typically contain an antibody for binding to an epitope of Aβ, preferably within residues 1-10. Preferably, the antibody is labeled or a secondary labeling reagent is included in the kit. Preferably, the kit is labeled with instructions for performing the intended application, for example, for performing an in vivo imaging assay. Exemplary antibodies are those described herein.

D. In vivo Imaging

The invention provides methods of in vivo imaging amyloid deposits in a patient. Such methods are useful to diagnose or confirm diagnosis of Alzheimer's disease, or susceptibility thereto. For example, the methods can be used on a patient presenting with symptoms of dementia. If the patient has abnormal amyloid deposits, then the patient is likely suffering from Alzheimer's disease. The methods can also be used on asymptomatic patients. Presence of abnormal deposits of amyloid indicates susceptibility to future symptomatic disease. The methods are also useful for monitoring disease progression and/or response to treatment in patients who have been previously diagnosed with Alzheimer's disease.

The methods work by administering a reagent, such as antibody that binds to Aβ, to the patient and then detecting the agent after it has bound. Preferred antibodies bind to Aβ deposits in a patient without binding to full length APP polypeptide. Antibodies binding to an epitope of Aβ within amino acids 1-10 are particularly preferred. In some methods, the antibody binds to an epitope within amino acids 7-10 of Aβ. Such antibodies typically bind without inducing a substantial clearing response. In other methods, the antibody binds to an epitope within amino acids 1-7 of Aβ. Such antibodies typically bind and induce a clearing response to Aβ. However, the clearing response can be avoided by using antibody fragments lacking a full-length constant region, such as Fabs. In some methods, the same antibody can serve as both a treatment and diagnostic reagent. In general, antibodies binding to epitopes C-terminal to residue 10 of Aβ do not show as strong a signal as antibodies binding to epitopes within residues 1-10, presumably because the C-terminal epitopes are inaccessible in amyloid deposits. Accordingly, such antibodies are less preferred.

Diagnostic reagents can be administered by intravenous injection into the body of the patient, or directly into the brain by intracranial injection or by drilling a hole through the skull. The dosage of reagent should be within the same ranges as for treatment methods. Typically, the reagent is labeled, although in some methods, the primary reagent with affinity for Aβ is unlabelled and a secondary labeling agent is used to bind to the primary reagent. The choice of label depends on the means of detection. For example, a fluorescent label is suitable for optical detection. Use of paramagnetic labels is suitable for tomographic detection without surgical intervention. Radioactive labels can also be detected using PET or SPECT.

Diagnosis is performed by comparing the number, size, and/or intensity of labeled loci, to corresponding baseline values. The base line values can represent the mean levels in a population of undiseased individuals. Baseline values can also represent previous levels determined in the same patient. For example, baseline values can be determined in

a patient before beginning treatment, and measured values thereafter compared with the baseline values. A decrease in values relative to baseline signals a positive response to treatment.

The present invention will be more fully described by the following non-limiting examples.

## EXAMPLES

### Example I

### Therapeutic Efficacy of Anti-Aβ Antibodies

### mAb 2H3, mAb 10D5, mAb 266, mAb 21F12 and pAb Aβ1-42

This example tests the capacity of various monoclonal and polyclonal antibodies to Aβ to inhibit accumulation of Aβ in the brain of heterozygotic transgenic mice.

A. Study Design

Sixty male and female, heterozygous PDAPP transgenic mice, 8.5 to 10.5 months of age were obtained from Charles River Laboratory. The mice were sorted into six groups to be treated with various antibodies directed to Aβ. Animals were distributed to match the gender, age, parentage and source of the animals within the groups as closely as possible. Table 2 depicts the Experimental design.

TABLE 2

Experimental Design

| Treatment Group | N[a] | Treatment Antibody | Antibody Specificity | Antibody Isotype |
|---|---|---|---|---|
| 1 | 9 | none (PBS alone) | NA[b] | NA |
| 2 | 10 | Polyclonal | Aβ1-42 | mixed |
| 3 | 0 | mAb[d] 2H3 | Aβ1-12 | IgG1 |
| 4 | 8 | mAb 10D5 | Aβ3-7 | IgG1 |
| 5 | 6 | mAb 266 | Aβ13-28 | IgG1 |
| 6 | 8 | mAb 21F12 | Aβ33-42 | IgG2a |

[a]Number of mice in group at termination of the experiment. All groups started with 10 animals per group.
[b]NA: not applicable
[c]mouse polyclonal: anti-aggregated Aβ42
[d]mAb: monoclonal antibody

As shown in Table 2, the antibodies included four murine Aβ-specific monoclonal antibodies, 2H3 (directed to Aβ residues 1–12), 10D5 (directed to Aβ residues 3–7), 266 (directed to Aβ residues 13–28 and binds to soluble but not to aggregated AN1792), 21F12 (directed to Aβ residues 33–42). A fifth group was treated with an Aβ-specific polyclonal antibody fraction (raised by immunization with aggregated AN1792). The negative control group received the diluent, PBS, alone without antibody.

B. Monitoring the Course of Treatment

The monoclonal antibodies were injected at a dose of about 10 mg/kg (assuming that the mice weighed 50 g). Antibody titers were monitored over the 28 weeks of treatment. Injections were administered intraperitoneally every seven days on average to maintain anti-Aβ titers above 1000. Although lower titers were measured for mAb 266 since it does not bind well to the aggregated AN1792 used as the capture antigen in the assay, the same dosing schedule was maintained for this group. The group receiving monoclonal antibody 2H3 was discontinued within the first three weeks since the antibody was cleared too rapidly in vivo.

For determination of antibody titers, a subset of three randomly chosen mice from each group were bled just prior to each intraperitoneal inoculation, for a total of 30 bleeds. Antibody titers were measured as Aβ1-42-binding antibody using a sandwich ELISA with plastic multi-well plates coated with Aβ1-42 as described in detail in the General Materials and Methods. Mean titers for each bleed are set forth in Table 3 for the polyclonal antibody and the monoclonals 10D5 and 21F12.

TABLE 3

| weeks 21F12 | 21F12 | weeks 10D5 | 10D5 | weeks poly | poly |
|---|---|---|---|---|---|
| 0.15 | 500 | 0.15 | 3000 | 0.15 | 1600 |
| 0.5 | 800 | 0.5 | 14000 | 0.5 | 4000 |
| 1 | 2500 | 1 | 5000 | 1 | 4500 |
| 1.5 | 1800 | 1.1 | 5000 | 1.5 | 3000 |
| 2 | 1400 | 1.2 | 1300 | 2 | 1300 |
| 3 | 6000 | 2 | 3000 | 3 | 1600 |
| 3.5 | 550 | 3 | 4000 | 3.5 | 650 |
| 4 | 1600 | 3.5 | 500 | 4 | 1300 |
| 5 | 925 | 4 | 2400 | 5 | 450 |
| 6 | 3300 | 5 | 925 | 6 | 2100 |
| 7 | 4000 | 6 | 1700 | 7 | 1300 |
| 8 | 1400 | 7 | 1600 | 8 | 2300 |
| 9 | 1900 | 8 | 4000 | 9 | 700 |
| 10 | 1700 | 9 | 1800 | 10 | 600 |
| 11 | 1600 | 10 | 1800 | 11 | 600 |
| 12 | 1000 | 11 | 2300 | 12 | 1000 |
| 13 | 1500 | 12 | 2100 | 13 | 900 |
| 14 | 1300 | 13 | 2800 | 14 | 1900 |
| 15 | 1000 | 14 | 1900 | 15 | 1200 |
| 16 | 1700 | 15 | 2700 | 16 | 700 |
| 17 | 1700 | 16 | 1300 | 17 | 2100 |
| 18 | 5000 | 17 | 2200 | 18 | 1800 |
| 19 | 900 | 18 | 2200 | 19 | 1800 |
| 20 | 300 | 19 | 2500 | 20 | 1200 |
| 22 | 1750 | 20 | 980 | 22 | 1000 |
| 23 | 1600 | 22 | 2000 | 23 | 1200 |
| 24 | 1000 | 23 | 1000 | 24 | 675 |
| 25 | 1100 | 24 | 850 | 25 | 850 |
| 26 | 2250 | 25 | 600 | 26 | 1600 |
| 27 | 1400 | 26 | 1100 | 27 | 1900 |
| 28 | | 27 | 1450 | 28 | |
| | | 28 | | | |

Titers averaged about 1000 over this time period for the polyclonal antibody preparation and were slightly above this level for the 10D5- and 21F12-treated

Treatment was continued over a six-month period for a total of 196 days. Animals were euthanized one week after the final dose.

C. Aβ and APP Levels in the Brain:

Following about six months of treatment with the various anti-Aβ antibody preparations, brains were removed from the animals following saline perfusion. One hemisphere was prepared for immunohistochemical analysis and the second was used for the quantitation of Aβ and APP levels. To measure the concentrations of various forms of beta amyloid peptide and amyloid precursor protein (APP), the hemisphere was dissected and homogenates of the hippocampal, cortical, and cerebellar regions were prepared in 5M guanidine. These were serially diluted and the level of amyloid peptide or APP was quantitated by comparison to a series of dilutions of standards of Aβ peptide or APP of known concentrations in an ELISA format.

The levels of total Aβ and of Aβ1-42 measured by ELISA in homogenates of the cortex, and the hippocampus and the level of total Aβ in the cerebellum are shown in Tables 4, 5, and 6, respectively. The median concentration of total Aβ for the control group, inoculated with PBS, was 3.6-fold higher in the hippocampus than in the cortex (median of 63,389

ng/g hippocampal tissue compared to 17,818 ng/g for the cortex). The median level in the cerebellum of the control group (30.6 ng/g tissue) was more than 2,000-fold lower than in the hippocampus. These levels are similar to those previously reported for heterozygous PDAPP transgenic mice of this age (Johnson-Wood et al., supra).

For the cortex, one treatment group had a median Aβ level, measured as Aβ1-42, which differed significantly from that of the control group ($p<0.05$), those animals receiving the polyclonal anti-Aβ antibody as shown in Table 4. The median level of Aβ1-42 was reduced by 65%, compared to the control for this treatment group. The median levels of Aβ1-42 were also significantly reduced by 55% compared to the control in one additional treatment group, those animals dosed with the mAb 10D5 ($p=0.0433$).

In the hippocampus, the median percent reduction of total Aβ associated with treatment with polyclonal anti-Aβ antibody (50%, $p=0.0055$) was not as great as that observed in the cortex (65%) (Table 5). However, the absolute magnitude of the reduction was almost 3-fold greater in the hippocampus than in the cortex, a net reduction of 31,683 ng/g tissue in the hippocampus versus 11,658 ng/g tissue in the cortex. When measured as the level of the more amyloidogenic form of Aβ, Aβ1-42, rather than as total Aβ, the reduction achieved with the polyclonal antibody was significant ($p=0.0025$). The median levels in groups treated with the mAbs 10D5 and 266 were reduced by 33% and 21%, respectively.

TABLE 4

CORTEX

| | | Medians | | | | | | Means | |
|---|---|---|---|---|---|---|---|---|---|
| | | Total Aβ | | | Aβ42 | | | | |
| Treatment Group | N[a] | ELISA value[b] | P value[c] | % Change | ELISA value | P value | % Change | Total Aβ ELISA value | Aβ42 ELISA value |
| PBS | 9 | 17818 | NA[d] | NA | 13802 | NA | NA | 16150 +/- 7456[e] | 12621 +/- 5738 |
| Polyclonal anti-Aβ42 | 10 | 6160 | 0.0055 | −65 | 4892 | 0.0071 | −65 | 5912 +/- 4492 | 4454 +/- 3347 |
| mAb 10D5 | 8 | 7915 | 0.1019 | −56 | 6214 | 0.0433 | −55 | 9695 +/- 6929 | 6943 +/- 3351 |
| mAb 266 | 6 | 9144 | 0.1255 | −49 | 8481 | 0.1255 | −39 | 9204 +/- 9293 | 7489 +/- 6921 |
| mAb21F12 | 8 | 15158 | 0.2898 | −15 | 13578 | 0.7003 | −2 | 12481 +/- 7082 | 11005 +/- 6324 |

Footnotes:
[a]Number of animals per group at the end of the experiment
[b]ng/g tissue
[c]Mann Whitney analysis
[d]NA: not applicable
[e]Standard Deviation

TABLE 5

HIPPOCAMPUS

| | | Medians | | | | | | Means | |
|---|---|---|---|---|---|---|---|---|---|
| | | Total Aβ | | | Aβ42 | | | | |
| Treatment Group | N[a] | ELISA value[b] | P value[c] | % Change | ELISA value | P value | % Change | Total Aβ ELISA value | Aβ42 ELISA value |
| PBS | 9 | 63389 | NA[d] | NA | 54429 | NA | NA | 58351 +/- 13308[e] | 52801 +/- 14701 |
| Polyclonal anti-Aβ42 | 10 | 31706 | 0.0055 | −50 | 27127 | 0.0025 | −50 | 30058 +/- 22454 | 24853 +/- 18262 |
| mAb 10D5 | 8 | 46779 | 0.0675 | −26 | 36290 | 0.0543 | −33 | 44581 +/- 18632 | 36465 +/- 17146 |
| mAb 266 | 6 | 48689 | 0.0990 | −23 | 43034 | 0.0990 | −21 | 36419 +/- 27304 | 32919 +/- 25372 |
| mAb 21F12 | 8 | 51563 | 0.7728 | −19 | 47961 | 0.8099 | −12 | 57327 +/- 28927 | 50305 +/- 23927 |

[a]Number of animals per group at the end of the experiment
[b]ng/g tissue
[c]Mann Whitney analysis
[d]NA: not applicable
[e]Standard Deviation

# EXHIBIT B
# (continued)

Total Aβ was also measured in the cerebellum (Table 6). Those groups dosed with the polyclonal anti-Aβ and the 266 antibody showed significant reductions of the levels of total Aβ (43% and 46%, p=0.0033 and p=0.0184, respectively) and that group treated with 10D5 had a near significant reduction (29%, p=0.0675).

TABLE 6

CEREBELLUM

| Treatment Group | N[a] | Medians Total Aβ: ELISA value[b] | P value[c] | % Change | Means: Total Aβ ELISA value |
|---|---|---|---|---|---|
| PBS | 9 | 30.64 | NA[d] | NA | 40.00 +/- 31.89[e] |
| Polyclonal anti-Aβ42 | 10 | 17.61 | 0.0033 | −43 | 18.15 +/- 4.36 |
| mAb 10D5 | 8 | 21.68 | 0.0675 | −29 | 27.29 +/- 19.43 |
| mAb 266 | 6 | 16.59 | 0.0184 | −46 | 19.59 +/- 6.59 |
| mAb 21F12 | 8 | 29.80 | >0.9999 | −3 | 32.88 +/- 9.90 |

[a]Number of animals per group at the end of the experiment
[b]ng/g tissue
[c]Mann Whitney analysis
[d]NA: not applicable
[e]Standard Deviation

APP concentration was also determined by ELISA in the cortex and cerebellum from antibody-treated and control, PBS-treated mice. Two different APP assays were utilized. The first, designated APP-α/FL, recognizes both APP-alpha (α, the secreted form of APP which has been cleaved within the Aβ sequence), and full-length forms (FL) of APP, while the second recognizes only APP-α. In contrast to the treatment-associated diminution of Aβ in a subset of treatment groups, the levels of APP were virtually unchanged in all of the treated compared to the control animals. These results indicate that the immunizations with Aβ antibodies deplete Aβ without depleting APP.

In summary, Aβ levels were significantly reduced in the cortex, hippocampus and cerebellum in animals treated with the polyclonal antibody raised against AN1792. To a lesser extent monoclonal antibodies to the amino terminal region of Aβ1-42, specifically amino acids 1–16 and 13–28 also showed significant treatment effects.

D. Histochemical Analyses:

The morphology of Aβ-immunoreactive plaques in subsets of brains from mice in the PBS, polyclonal Aβ42, 21F12, 266 and 10D5 treatment groups was qualitatively compared to that of previous studies in which standard immunization procedures with Aβ42 were followed.

The largest alteration in both the extent and appearance of amyloid plaques occurred in the animals immunized with the polyclonal Aβ42 antibody. The reduction of amyloid load, eroded plaque morphology and cell-associated Aβ immunoreactivity closely resembled effects produced by the standard immunization procedure. These observations support the ELISA results in which significant reductions in both total Aβ and Aβ42 were achieved by administration of the polyclonal Aβ42 antibody.

In similar qualitative evaluations, amyloid plaques in the 10D5 group were also reduced in number and appearance, with some evidence of cell-associated Aβ immunoreactivity. Relative to control-treated animals, the polyclonal Ig fraction against Aβ and one of the monoclonal antibodies (10D5) reduced plaque burden by 93% and 81%, respectively (p<0.005). 21F12 appeared to have a relatively modest effect on plaque burden. Micrographs of brain after treatment with pAbA$\beta_{1-42}$ show diffuse deposits and absence of many of the larger compacted plaques in the pAbA$\beta_{1-42}$ treated group relative to control treated animals.

E. Lymphoproliferative Responses

Aβ-dependent lymphoproliferation was measured using spleen cells harvested eight days following the final antibody infusion. Freshly harvested cells, $10^5$ per well, were cultured for 5 days in the presence of Aβ1-40 at a concentration of 5 μM for stimulation. As a positive control, additional cells were cultured with the T cell mitogen, PHA, and, as a negative control, cells were cultured without added peptide.

Splenocytes from aged PDAPP mice passively immunized with various anti-Aβ antibodies were stimulated in vitro with AN1792 and proliferative and cytokine responses were measured. The purpose of these assays was to determine if passive immunization facilitated antigen presentation, and thus priming of T cell responses specific for AN1792. No AN1792-specific proliferative or cytokine responses were observed in mice passively immunized with the anti-Aβ antibodies.

Example II

Therapeutic Efficacy of Anti-Aβ Antibodies

mAb 2H3, mAb 10D5, mAb 266, mAb 21F12, mAb 3D6, mAb 16C11 and pAb Aβ1-42

In a second study, treatment with 10D5 was repeated and two additional anti-Aβ antibodies were tested, monoclonals 3D6 (Aβ1-5) and 16C11 (Aβ33-42). Control groups received either PBS or an irrelevant isotype-matched antibody (TM2a). The mice were older (11.5–12 month old heterozygotes) than in the previous study, otherwise the experimental design was the same. Once again, after six months of treatment, 10D5 reduced plaque burden by greater than 80% relative to either the PBS or isotype-matched antibody controls (p=0.003). One of the other antibodies against Aβ, 3D6, was equally effective, producing an 86% reduction (p=0.003). In contrast, the third antibody against the peptide, 16C11, failed to have any effect on plaque burden. Similar findings were obtained with Aβ42 ELISA measurements.

These results demonstrate that an antibody response against Aβ peptide, in the absence of T cell immunity, is sufficient to decrease amyloid deposition in PDAPP mice, but that not all anti-Aβ antibodies are equally efficacious. Antibodies directed to epitopes comprising amino acids 1–5 or 3–7 of Aβ are particularly efficacious. In summary, it can be demonstrated that passively administered antibodies against Aβ (i.e., passive immunization) reduces the extent of plaque deposition in a mouse model of Alzheimer's disease.

Example III

Monitoring of Antibody Binding in the CNS

This Example demonstrates that when held at modest serum concentrations (25–70 μg/ml), the antibodies gained access to the CNS at levels sufficient to decorate β-amyloid plaques.

To determine whether antibodies against Aβ could be acting directly within the CNS, brains taken from saline-perfused mice at the end of the Example II, were examined for the presence of the peripherally-administered antibodies. Unfixed cryostat brain sections were exposed to a fluores-

cent reagent against mouse immunoglobulin (goat anti-mouse IgG-Cy3). Plaques within brains of the 10D5 and 3D6 groups were strongly decorated with antibody, while there was no staining in the 16C11 group. To reveal the full extent of plaque deposition, serial sections of each brain were first immunoreacted with an anti-Aβ antibody, and then with the secondary reagent. 10D5 and 3D6, following peripheral administration, gained access to most plaques within the CNS. The plaque burden was greatly reduced in these treatment groups compared to the 16C11 group. Antibody entry into the CNS was not due to abnormal leakage of the blood-brain barrier since there was no increase in vascular permeability as measured by Evans Blue in PDAPP mice. In addition, the concentration of antibody in the brain parenchyma of aged PDAPP mice was the same as in non-transgenic mice, representing 0.1% of the antibody concentration in serum (regardless of isotype).

These data indicate that peripherally administered antibodies can enter the CNS where they can directly trigger amyloid clearance. It is likely that 16C11 also had access to the plaques but was unable to bind.

## Example IV

### Ex vivo Screening Assay for Activity of an Antibody Against Amyloid Deposits

To examine the effect of antibodies on plaque clearance, we established an ex vivo assay in which primary microglial cells were cultured with unfixed cryostat sections of either PDAPP mouse or human AD brains. Microglial cells were obtained from the cerebral cortices of neonate DBA/2N mice (1–3 days). The cortices were mechanically dissociated in HBSS- (Hanks' Balanced Salt Solution, Sigma) with 50 μg/ml DNase I (Sigma). The dissociated cells were filtered with a 100 μm cell strainer (Falcon), and centrifuged at 1000 rpm for 5 minutes. The pellet was resuspended in growth medium (high glucose DMEM, 10% FBS, 25 ng/ml rmGM-CSF), and the cells were plated at a density of 2 brains per T-75 plastic culture flask. After 7–9 days, the flasks were rotated on an orbital shaker at 200 rpm for 2 h at 37° C. The cell suspension was centrifuged at 1000 rpm and resuspended in the assay medium.

10-μm cryostat sections of PDAPP mouse or human AD brains (post-mortem interval <3 hr) were thaw mounted onto poly-lysine coated round glass coverslips and placed in wells of 24-well tissue culture plates. The coverslips were washed twice with assay medium consisting of H-SFM (Hybridoma-serum free medium, Gibco BRL) with 1% FBS, glutamine, penicillin/streptomycin, and 5 ng/ml rmGM-CSF (R&D). Control or anti-Aβ antibodies were added at a 2× concentration (5 μg/ml final) for 1 hour. The microglial cells were then seeded at a density of $0.8 \times 10^6$ cells/ml assay medium. The cultures were maintained in a humidified incubator (37° C., 5% $CO_2$) for 24 hr or more. At the end of the incubation, the cultures were fixed with 4% paraformaldehyde and permeabilized with 0.1% Triton-X100. The sections were stained with biotinylated 3D6 followed by a streptavidin/Cy3 conjugate (Jackson ImmunoResearch). The exogenous microglial cells were visualized by a nuclear stain (DAPI). The cultures were observed with an inverted fluorescent microscope (Nikon, TE300) and photomicrographs were taken with a SPOT digital camera using SPOT software (Diagnostic instruments). For Western blot analysis, the cultures were extracted in 8M urea, diluted 1:1 in reducing tricine sample buffer and loaded onto a 16% tricine gel (Novex). After transfer onto immobilon, blots were exposed to 5 μg/ml of the pabAβ42 followed by an HRP-conjugated anti-mouse antibody, and developed with ECL (Amersham)

When the assay was performed with PDAPP brain sections in the presence of 16C11 (one of the antibodies against Aβ that was not efficacious in vivo), β-amyloid plaques remained intact and no phagocytosis was observed. In contrast, when adjacent sections were cultured in the presence of 10D5, the amyloid deposits were largely gone and the microglial cells showed numerous phagocytic vesicles containing Aβ. Identical results were obtained with AD brain sections; 10D5 induced phagocytosis of AD plaques, while 16C11 was ineffective. In addition, the assay provided comparable results when performed with either mouse or human microglial cells, and with mouse, rabbit, or primate antibodies against Aβ.

Table 7 compares Aβ binding versus phagocytosis for several different antibody binding specificities. It can be seen that antibodies binding to epitopes within aa 1–7 both bind and clear amyloid deposits, whereas antibodies binding to epitopes within amino acids 4–10 bind without clearing amyloid deposits. Antibodies binding to epitopes C-terminal to residue 10 neither bind nor clear amyloid deposits.

TABLE 7

Analysis of Epitope Specificity

| | Antibody | | | |
|---|---|---|---|---|
| | epitope | isotype | Staining | Phagocytosis |
| N-Term | | | | |
| mab | | | | |
| 3D6 | 1-5 | IgG2b | + | + |
| 10D5 | 3-7 | IgG1 | + | + |
| 22C8 | 3-7 | IgG2a | + | + |
| 6E10 | 5-10 | IgG1 | + | – |
| 14A8 | 4-10 | rat IgG1 | + | – |
| aa 13-28 | | | | |
| 18G11 | 10-18 | rat IgG1 | – | – |
| 266 | 16-24 | IgG1 | – | – |
| 22D12 | 18-21 | IgG2b | – | – |
| C-Term | | | | |
| 2G3 | –40 | IgG1 | – | – |
| 16C11 | –40/–42 | IgG1 | – | – |
| 21F12 | –42 | IgG2a | – | – |
| Immune serum | | | | |
| rabbit (CFA) | 1-6 | | + | + |
| mouse (CFA) | 3-7 | | + | + |
| mouse (QS-21) | 3-7 | | + | + |
| monkey (QS-21) | 1-5 | | + | + |
| mouse (MAP1-7) | | | + | + |

Table 8 shows results obtained with several antibodies against Aβ, comparing their abilities to induce phagocytosis in the ex vivo assay and to reduce in vivo plaque burden in passive transfer studies. Although 16C11 and 21F12 bound to aggregated synthetic Aβ peptide with high avidity, these antibodies were unable to react with β-amyloid plaques in unfixed brain sections, could not trigger phagocytosis in the ex vivo assay, and were not efficacious in vivo. 10D5, 3D6, and the polyclonal antibody against Aβ were active by all three measures. These results show that efficacy in vivo is due to direct antibody mediated clearance of the plaques within the CNS, and that the ex vivo assay is predictive of in vivo efficacy.

TABLE 8

The ex vivo assay as predictor of in vivo efficacy

| Antibody | Isotype | Avidity for aggregated Aβ (pM) | Binding to β-amyloid plaques | Ex vivo efficacy | In vivo efficacy |
|---|---|---|---|---|---|
| monoclonal | | | | | |
| 3D6 | IgG2b | 470 | + | + | + |
| 10D5 | IgG1 | 43 | + | + | + |
| 16C11 | IgG1 | 90 | – | – | – |
| 21F12 | IgG2a | 500 | – | – | – |
| TM2a | IgG1 | – | – | – | – |
| polyclonal | | | | | |
| 1-42 | mix | 600 | + | + | + |

The same assay has been used to test clearing activity of an antibody against a fragment of synuclein referred to as NAC. Synuclein has been shown to be an amyloid plaque-associated protein. An antibody to NAC was contacted with a brain tissue sample containing amyloid plaques, and microglial cells, as before. Rabbit serum was used as a control. Subsequent monitoring showed a marked reduction in the number and size of plaques indicative of clearing activity of the antibody.

Confocal microscopy was used to confirm that Aβ was internalized during the course of the ex vivo assay. In the presence of control antibodies, the exogenous microglial cells remained in a confocal plane above the tissue, there were no phagocytic vesicles containing Aβ, and the plaques remained intact within the section. In the presence of 10D5, nearly all plaque material was contained in vesicles within the exogenous microglial cells. To determine the fate of the internalized peptide, 10D5 treated cultures were extracted with 8M urea at various time-points, and examined by Western blot analysis. At the one hour time point, when no phagocytosis had yet occurred, reaction with a polyclonal antibody against Aβ revealed a strong 4 kD band (corresponding to the Aβ peptide). Aβ immunoreactivity decreased at day 1 and was absent by day 3. Thus, antibody-mediated phagocytosis of Aβ leads to its degradation.

To determine if phagocytosis in the ex vivo assay was Fc-mediated, F(ab')2 fragments of the anti-Aβ antibody 3D6 were prepared. Although the F(ab')2 fragments retained their full ability to react with plaques, they were unable to trigger phagocytosis by microglial cells. In addition, phagocytosis with the whole antibody could be blocked by a reagent against murine Fc receptors (anti-CD16/32). These data indicate that in vivo clearance of Aβ occurs through Fc-receptor mediated phagocytosis.

Example V

Passage of Antibodies Through the Blood-Brain Barrier

This example determines the concentration of antibody delivered to the brain following intravenous injection into a peripheral tissue of either normal or PDAPP mice. Following treatment, PDAPP or control normal mice were perfused with 0.9% NaCl. Brain regions (hippocampus or cortex) were dissected and rapidly frozen. Brain were homogenized in 0.1% triton+protease inhibitors. Immunoglobulin was detected in the extracts by ELISA. F(ab)'2 goat anti-mouse IgG were coated onto an RIA plate as capture reagent. The serum or the brain extracts were incubated for 1 hr. The isotypes were detected with anti-mouse IgG1-HRP or IgG2a-HRP or IgG2b-HRP (Caltag). Antibodies, regardless of isotype, were present in the CNS at a concentration that is 1:1000 that found in the blood. For example, when the concentration of IgG1 was three times that of IgG2a in the blood, it was three times IgG2a in the brain as well, both being present at 0.1% of their respective levels in the blood. This result was observed in both transgenic and nontransgenic mice indicating that the PDAPP does not have a uniquely leak blood brain barrier.

Example VI

Cloning and Sequencing of the Mouse 3D6 Variable Regions

Cloning and Sequence Analysis of 3D6 VH. The heavy chain variable VH region of 3D6 was cloned by RT-PCR using mRNA prepared from hybridoma cells by two independent methods. In the first, consensus primers were employed to VH region leader peptide encompassing the translation initiation codon as the 5' primer (DNA #3818-3829), and a g2b (DNA #3832) constant regions specific 3' primer. The sequences from PCR amplified product, as well as from multiple, independently-derived clones, were in complete agreement with one another. As a further check on the sequence of the 3D6 VH region, the result was confirmed by sequencing a VH fragment obtained by 5' RACE RT-PCR methodology and the 3' g2b specific primer (DNA #3832). Again, the sequence was derived from the PCR product, as well as multiple, independently-isolated clones. Both sequences are in complete agreement with one another, (with the exception of V8I substitution in the leader region from the 5' RACE product), indicating that the sequences are derived from the mRNA encoding the VH region of 3D6. The nucleotide (SEQ ID NO:3) and amino acid sequence (SEQ ID NO:4) of the VH region of 3D6 are set forth in Table 9A and in FIG. 2, respectively.

TABLE 9A

Mouse 3D6 VH Nucleotide Sequence

ATGAACTTCGGGCTCAGCTTGATTTTCCTTGTCCTTGTTTTAAAAGGTGTCCAGTGTGA (SEQ ID NO:3)

AGTGAAGCTGGTGGAGTCTGGGGGAGGCTTAGTGAAGCCTGGAGCGTCTCTGAAACTCT

CCTGTGCAGCCTCTGGATTCACTTTCAGTAACTATGGCATGTCTTGGGTTCGCCAGAAT

TCAGACAAGAGGCTGGAGTGGGTTGCATCCATTAGGAGTGGTGGTGGTAGAACCTACTA

TTCAGACAATGTAAAGGGCCGATTCACCATCTCCAGAGAGAATGCCAAGAACACCCTGT

TABLE 9A-continued

| Mouse 3D6 VH Nucleotide Sequence |
|---|
| ACCTGCAAATGAGTAGTCTGAAGTCTGAGGACACGGCCTTGTATTATTGTGTCAGATAT |
| GATCACTATAGTGGTAGCTCCGACTACTGGGGCCAGGGCACCACT |

*Leader peptide is underlined.

Cloning and Sequence Analysis of 3D6 VL. The light chain variable VL region of 3D6 was cloned in an analogous manner as the VH region. In the first trial, a consensus primer set was designed for amplification of murine VL regions as follows: 5' primers (DNA #3806-3816) were designed to hybridize to the VL region encompassing the translation initiation codon, and a 3' primer (DNA#3817) was specific for the murine Ck region downstream of the V-J joining region. DNA sequence analysis of the PCR fragment, as well as independently-derived clones isolated using this consensus light chain primer set, revealed that the cDNA obtained was derived from a non-functionally rearranged message as the sequence contained a frameshift mutation between the V-J region junction.

In a second trial, 5'RACE was employed to clone a second VL encoding cDNA. DNA sequence analysis of this product (consensus 11) showed it encoded a functional mRNA. Thus, it can be concluded that the sequence encodes the correct 3D6 light chain mRNA. The nucleotide (SEQ ID NO:1) and amino acid sequence (SEQ ID NO:2) of the VL region of 3D6 are set forth in Table 9B and in FIG. 1, respectively.

TABLE 9B

| Mouse 3D6 VL Nucleotide Sequence |
|---|
| ATGATGAGTCCTGCCCAGTTCCTGTTTCTGTTAGTGCTCTGGATTCGGGAAACCAACGG (SEQ ID NO:1) |
| TTATGTTGTGATGACCCAGACTCCACTCACTTTGTCGGTTACCATTGGACAACCAGCCT |
| CCATCTCTTGCAAGTCAAGTCAGAGCCTCTTAGATAGTGATGGAAAGACATATTTGAAT |
| TGGTTGTTACAGAGGCCAGGCCAGTCTCCAAAGCGCCTAATCTATCTGGTGTCTAAACT |
| GGACTCTGGAGTCCCTGACAGGTTCACTGGCAGTGGATCAGGGACAGATTTTACACTGA |
| AAATCAGCAGAATAGAGGCTGAGGATTTGGGACTTTATTATTGCTGGCAAGGTACACAT |
| TTTCCTCGGACGTTCGGTGGAGGCACCAAGCTGGAAATCAAA |

*Leader peptide is underlined

Primers used for the cloning of the 3D6 VL cDNA are set forth in

TABLE 10

| DNA | Size | Coding Strand? | DNA Sequence | Comments |
|---|---|---|---|---|
| 3806 | 40 | Yes | ACT.AGT.CGA.CAT.GAA.GTT.GCC.TGT.TA G.GCT.GTT.GGT.GCT.G (SEQ ID NO:39) | mouse kappa variable primer 1 MKV PRIMER 1, MRC set; % A + T = 50.00 [20]; % C + G = 50.00 [20] Davis, Botstein, Roth Melting Temp C. 72.90 |
| 3807 | 39 | Yes | ACT.AGT.CGA.CAT.GGA.GWC.AGA.CAC.AC T.CCT.GYT.ATG.GGT (SEQ ID NO:40) | mouse kappa variable primer 2 |

TABLE 10-continued

| DNA | Size | Coding Strand? | DNA Sequence | Comments |
|---|---|---|---|---|
| | | | | MKV PRIMER 2, MRC set % A + T = 46.15 [18]; % C + G = 48.72 [19] Davis, Botstein, Roth Melting Temp C. 72.05 |
| 3808 | 40 | Yes | ACT.AGT.CGA.CAT.GAG.TGT.GCT.CAC.TC A.GGT.CCT.GGS.GTT.G (SEQ ID NO:41) | mouse kappa variable primer 3 MKV PRIMER 3, MRC set; % A + T = 45.00 [18]; % C + G = 52.50 [21] Davis, Botstein, Roth Melting Temp C. 73.93 |
| 3809 | 43 | Yes | ACT.AGT.CGA.CAT.GAG.GRC.CCC.TGC.TC A.GWT.TYT.TGG.MWT.CTT.G (SEQ ID NO:42) | mouse kappa variable primer 4 MKV PRIMER 4, MRC set; % A + T = 41.86 [18]; % C + G = 46.51 [20] Davis, Botstein, Roth Melting Temp C. 72.34 |
| 3810 | 40 | Yes | ACT.AGT.CGA.CAT.GGA.TTT.WCA.GGT.GC A.GAT.TWT.CAG.CTT.C (SEQ ID NO:43) | mouse kappa variable primer 5 MKV PRIMER 5, MRC set % A + T = 52.50 [21]; % C + G = 42.50 [17] Davis, Botstein, Roth Melting Temp C. 69.83 |
| 3811 | 37 | Yes | ACT.AGT.CGA.CAT.GAG.GTK.CYY.TGY.TS A.GYT.YCT.GRG.G (SEQ ID NO:44) | mouse kappa variable primer 6 MKV PRIMER 6, MRC set; % A + T = 37.84 [14]; % C + G = 40.54 [15] Davis, Botstein, Roth Melting Temp C. 68.01 |
| 3812 | 41 | Yes | ACT.AGT.CGA.CAT.GGG.CWT.CAA.GAT.GG A.GTC.ACA.KWY.YCW.GG (SEQ ID NO:45) | mouse kappa variable primer 7 MKV PRIMER 7, MRC set; % A + T = 39.02 [16]; % C + G = 46.34 [19] Davis, Botstein, Roth Melting Temp C. 71.70 |
| 3813 | 41 | Yes | ACT.AGT.CGA.CAT.GTG.GGG.AYC.TKT.TT Y.CMM.TTT.TTC.AAT.TG (SEQ ID NO:46) | mouse kappa variable primer 8 MKV PRIMER 8, MRC set; % A + T = 53.66 [20]; % C + G = 34.15 [14] Davis, Botstein, Roth Melting Temp C. 66.70 |
| 3814 | 35 | Yes | ACT.AGT.CGA.CAT.GGT.RTC.CWC.ASC.TC A.GTT.CCT.TG (SEQ ID NO:47) | mouse kappa variable primer 9 MKV PRIMER 9, MRC set; % A + T = 45.71 [16]; % C + G = 45.71 [16] Davis, Botstein, Roth Melting Temp C. 69.36 |
| 3815 | 37 | Yes | ACT.AGT.CGA.CAT.GTA.TAT.ATG.TTT.GT T.GTC.TAT.TTC.T (SEQ ID NO:48) | mouse kappa variable primer 10 MKV PRIMER 10, MRC set; % A + T = 70.27 [26]; % C + G = 29.73 [11] Davis, Botstein, Roth Melting Temp C. 63.58 |
| 3816 | 38 | Yes | ACT.AGT.CGA.CAT.GGA.AGC.CCC.AGC.TC A.GCT.TCT.CTT.CC (SEQ ID NO:49) | mouse kappa variable primer 11 MKV PRIMER 11, MRC set; % A + T = 44.74 [17]; % C + G = 55.26 [21] |

TABLE 10-continued

| DNA | Size | Coding Strand? | DNA Sequence | Comments |
|---|---|---|---|---|
| | | | | Davis, Botstein, Roth Melting Temp C. 74.40 |
| 3817 | 27 | No | GGA.TCC.CGG.GTG.GAT.GGT.GGG.AAG.AT G (SEQ ID NO:50) | mouse kappa light chain reverse primer, aa 116–122; Ck constant region primer; MRC set + SmaI site; % A + T = 47.06 [8]; % C + G = 52.94 [9] Davis, Botstein, Roth Melting Temp C. 57.19 |
| 3818 | 37 | Yes | ACT.AGT.CGA.CAT.GAA.ATG.CAG.CTG.GG T.CAT.STT.CTT.C (SEQ ID NO:51) | mouse heavy variable primer 1 MHV primer 1, MRC set; |
| 3819 | 36 | Yes | ACT.AGT.CGA.CAT.GGG.ATG.GAG.CTR.TA T.CAT.SYT.CTT (SEQ ID NO:52) | mouse heavy variable primer 2 MHV primer 2, MRC set; |
| 3820 | 37 | Yes | ACT.AGT.CGA.CAT.GAA.GWT.GTG.GTT.AA A.CTG.GGT.TTT.T (SEQ ID NO:53) | mouse heavy variable primer 3 MHV primer 3, MRC set; |
| 3821 | 35 | Yes | ACT.AGT.CGA.CAT.GRA.CTT.TGG.GYT.CA G.CTT.GRT.TT (SEQ ID NO:54) | mouse heavy variable primer 4 MHV primer 4, MRC set; |
| 3822 | 40 | Yes | ACT.AGT.CGA.CAT.GGA.CTC.CAG.GCT.CA A.TTT.AGT.TTT.CCT.T (SEQ ID NO:55) | mouse heavy variable primer 5 MHV primer 5, MRC set; |
| 3823 | 37 | Yes | ACT.AGT.CGA.CAT.GGC.TGT.CYT.RGS.GC T.RCT.CTT.CTG.C (SEQ ID NO:56) | mouse heavy variable primer 6 MHV primer 6, MRC set; |
| 3824 | 36 | Yes | ACT.AGT.CGA.CAT.GGR.ATG.GAG.CKG.GR T.CTT.TMT.CTT (SEQ ID NO:57) | mouse heavy variable primer 7 MHV primer 7, MRC set; |
| 3825 | 33 | Yes | ACT.AGT.CGA.CAT.GAG.AGT.GCT.GAT.TC T.TTT.GTG (SEQ ID NO:58) | mouse heavy variable primer 8 MHV primer 8, MRC set; |
| 3826 | 40 | Yes | ACT.AGT.CGA.CAT.GGM.TTG.GGT.GTG.GA M.CTT.GCT.ATT.CCT.G (SEQ ID NO:59) | mouse heavy variable primer 9 MHV primer 9, MRC set; |
| 3827 | 37 | Yes | ACT.AGT.CGA.CAT.GGG.CAG.ACT.TAT.AT T.CTC.ATT.CCT.G (SEQ ID NO:60) | mouse heavy variable primer 10 MHV primer 10, MRC set; |
| 3828 | 38 | Yes | ACT.AGT.CGA.CAT.GGA.TTT.TGG.GCT.GA T.TTT.TTT.TAT.TG (SEQ ID NO:61) | mouse heavy variable primer 11 MHV primer 11, MRC set; |
| 3829 | 37 | Yes | ACT.AGT.CGA.GAT.CAT.GGT.GTT.AAG.TC T.TCT.GTA.CCT.G (SEQ ID NO:62) | mouse heavy variable primer 12 MHV primer 12, MRC set; |
| 3832 | 27 | No | GGA.TCC.CGG.GAG.TGG.ATA.GAC.tGA.TG G (SEQ ID NO:63) | mouse IgG2b heavy chain reverse primer aa position 119–124, MRC set; |

From N-terminal to C-terminal, both light and heavy chains comprise the domains FR1, CDR1, FR2, CDR2, FR3, CDR3 and FR4. The assignment of amino acids to each domain is in accordance with the numbering convention of Kabat et al., supra.

Expression of Chimeric 3D6 Antibody: The variable heavy and light chain regions were re-engineered to encode splice donor sequences downstream of the respective VDJ or VJ junctions, and cloned into the mammalian expression vector pCMV-hγ1 for the heavy chain, and pCMV-hκ1 for the light chain. These vectors encode human γ1 and Ck constant regions as exonic fragments downstream of the inserted variable region cassette. Following sequence verification, the heavy chain and light chain expression vectors were co-transfected into COS cells. Two different heavy chain clones (H2.2 & H3.2) were independently co-transfected with 3 different chimeric light chain clones (L3, L4, & L10) to confirm reproducibility of the result. A chimeric

21.6 antibody transfection was carried out as a positive control for the vectors. Conditioned media was collected 48 hrs post transfection and assayed by western blot analysis for antibody production or ELISA for Aβ binding.

The multiple transfectants all expressed heavy chain+ light chain combinations which are recognized by a goat anti-human IgG (H+L) antibody on a western blot.

Direct binding of 3D6 and chimeric 3D6 (PK1614) antibodies to Aβ was tested by ELISA analysis. Chimeric 3D6 was found to bind to Aβ with high avidity, similar to that demonstrated by 3D6 (FIG. 3A). Furthermore, an ELISA based competitive inhibition assay revealed that the chimeric 3D6 and the murine 3D6 antibody competed equally with biotinylated-3D6 binding to Aβ (FIG. 3B). The chimeric antibody displayed binding properties indistinguishable from the 3D6 reference sample.

TABLE 11

| Conc (μg/ml) | 3D6 | PK1614 | IgG1 |
|---|---|---|---|
| 0.037 | | 119.3 | |
| 0.11 | 118.6 | 118.9 | |
| 0.33 | 99.7 | 71.25 | |
| 1 | 98.63 | 84.53 | 134.4 |

Moreover, both 3D6 and PK1614 were effective at clearing Aβ plaques. The ex vivo assay demonstrates that as the concentration of antibody increases, the amount of Aβ decreases in a similar manner for both murine and chimeric 3D6 antibodies. Hence, it can be concluded that the sequences encode functional 3D6 heavy chain and light chains respectively.

Example VII

3D6 Humanization

Homology/Molecular Modeling. In order to identify key structural framework residues in the murine 3D6 antibody, a three-dimensional model was generated based on the closest murine antibodies for the heavy and light chains. For this purpose, an antibody designated 1CR9 was chosen as a template for modeling the 3D6 light chain (PDB ID: 1CR9, Kanyo et al., supra), and an antibody designated 1OPG was chosen as the template for modeling the heavy chain. (PDB ID: 1OPG Kodandapani et al., supra). (See also Table 1.) Amino acid sequence alignment of 3D6 with the light chain and heavy chain of these antibodies revealed that, with the exception of CDR3 of the heavy chain, the 1CR9 and 1OPG antibodies share significant sequence homology with 3D6. In addition, the CDR loops of the selected antibodies fall into the same canonical Chothia structural classes as do the CDR loops of 3D6, again excepting CDR3 of the heavy chain. Therefore, 1CR9 and 1OPG were initially selected as antibodies of solved structure for homology modeling of 3D6.

A first pass homology model of 3D6 variable region based on the antibodies noted above was constructed using the Look & SegMod Modules GeneMine (v3.5) software package. This software was purchased under a perpetual license from Molecular Applications Group (Palo Alto, Calif.). This software package, authored by Drs. Michael Levitt and Chris Lee, facilitates the process of molecular modeling by automating the steps involved in structural modeling a primary sequence on a template of known structure based on sequence homology. Working on a Silicon Graphics IRIS workstation under a UNIX environment, the modeled structure is automatically refined by a series of energy minimization steps to relieve unfavorable atomic contacts and optimize electrostatic and van der Walls interactions.

A further refined model was built using the modeling capability of Quanta®. A query of the PDB database with CDR3 of the heavy chain of 3D6 identified 1 qkz as most homologous and having the identical number of residues as 3D6. Hence, CDR3 of the heavy chain of 3D6 was modeled using the crystal structure of 1 qkz as template. The α-carbon backbone trace of the 3D6 model is shown in FIG. 4. The VH domain is shown as a stippled line, and VL domain is shown as a solid line, and CDR loops are indicated in ribbon form.

Selection of Human Acceptor Antibody Sequences. Suitable human acceptor antibody sequences were identified by computer comparisons of the amino acid sequences of the mouse variable regions with the sequences of known human antibodies.

The comparison was performed separately for the 3D6 heavy and light chains. In particular, variable domains from human antibodies whose framework sequences exhibited a high degree of sequence identity with the murine VL and VH framework regions were identified by query of the Kabat Database using NCBI BLAST (publicly accessible through the National Institutes of Health NCBI internet server) with the respective murine framework sequences.

Two candidate sequences were chosen as acceptor sequences based on the following criteria: (1) homology with the subject sequence; (2) sharing canonical CDR structures with the donor sequence; and (3) not containing any rare amino acid residues in the framework regions. The selected acceptor sequence for VL is Kabat ID Number (KABID) 019230 (Genbank Accession No. S40342), and for VH is KABID 045919 (Genbank Accession No. AF115110). First versions of humanized 3D6 antibody utilize these selected acceptor antibody sequences.

Substitution of Amino Acid Residues. As noted supra, the humanized antibodies of the invention comprise variable framework regions substantially from a human immunoglobulin (acceptor immunoglobulin) and complementarity determining regions substantially from a mouse immunoglobulin (donor immunoglobulin) termed 3D6. Having identified the complementarity determining regions of 3D6 and appropriate human acceptor immunoglobulins, the next step was to determine which, if any, residues from these components to substitute to optimize the properties of the resulting humanized antibody. The criteria described supra were used to select residues for substitution.

FIGS. 1 and 2 depict alignments of the original murine 3D6 VL and VH, respectively, with the respective version 1 of the humanized sequence, the corresponding human framework acceptor sequence and, lastly, the human germline V region sequence showing highest homology to the human framework acceptor sequence. The shaded residues indicate the canonical (solid fill), vernier (dotted outline), packing (bold), and rare amino acids (bold italics), and are indicated on the figure. The asterisks indicate residues backmutated to murine residues in the human acceptor framework sequence, and CDR regions are shown overlined. A summary of the changes incorporated into version 1 of humanized 3D6 VH and VL is presented in Table 12.

TABLE 12

Summary of changes in humanized 3D6.vl

| Changes | VL (112 residues) | VH (119 residues) |
|---|---|---|
| Hu->Mu: Framework | 4/112 | 3/119 (1 canon, 1 packing) |
| CDR1 | 6/16 | 3/5 |
| CDR2 | 4/7 | 7/14 |
| CDR3 | 5/8 | 4/10 |
| Hu->Mu | 19/112 (17%) | 17/119 (14%) |
| Mu->Hu: Framework | 13/112 | 14/119 |
| Backmutation notes | 1. I2V which is a canonical position. 2. Y36L which is a packing residue and also lies under the CDRs 3. L46R which is a packing residue and lies beneath the CDRs | 4. S49A Vernier/beneath the CDRs. 5. A93V which is a packing and vernier zone residue 6. K94R which is a canonical residue |
| Acceptor notes | 7. KABID 019230/ Genbank Acc#S40342 8. Hu κ LC subgroup II 9. CDRs from same canonical structural group as donor (m3D6) L1 = class 4 L2 = class 1 L3 = class 1 10. Unknown specificity | 11. KABID045919/Genbank Acc#AF115110 12. Hu HC subgroup III 13. CDRs from same canonical structural group as donor (m3D6) H1 = class 1 H2 = class 3 14. Recognizes capsular polysaccharide of Neisseria meningitidis |
| Acceptor Germline | 15. VH3-23 | 16. A3 & A19 |

Tables 13 and 14 set forth Kabat numbering keys for the various light and heavy chains, respectively.

TABLE 13

Key to Kabat Numbering for Light Chain

| KAB # | # | TYPE | mouse 3D6 VL (aa 1–112 SEQ ID NO:2) | HUM 3D6VL (aa 1–112 SEQ ID NO:5) | KABID 019230 (aa 1–112 SEQ ID NO:6) | A19-Germline SEQ ID NO:7) | Comment |
|---|---|---|---|---|---|---|---|
| 1 | 1 | FR1 | Y | Y | D | D | Rare mouse, may contact CDR |
| 2 | 2 | | V | V | I | I | Canonical/CDR contact |
| 3 | 3 | | V | V | V | V | |
| 4 | 4 | | M | M | M | M | |
| 5 | 5 | | T | T | T | T | |
| 6 | 6 | | Q | Q | Q | Q | |
| 7 | 7 | | T | S | S | S | |
| 8 | 8 | | P | P | P | P | |
| 9 | 9 | | L | L | L | L | |
| 10 | 10 | | T | S | S | S | |
| 11 | 11 | | L | L | L | L | |
| 12 | 12 | | S | P | P | P | |
| 13 | 13 | | V | V | V | V | |
| 14 | 14 | | T | T | T | T | |
| 15 | 15 | | I | P | P | P | |
| 16 | 16 | | G | G | G | G | |
| 17 | 17 | | Q | E | E | E | |
| 18 | 18 | | P | P | P | P | |
| 19 | 19 | | A | A | A | A | |
| 20 | 20 | | S | S | S | S | |
| 21 | 21 | | I | I | I | I | |
| 22 | 22 | | S | S | S | S | |
| 23 | 23 | | C | C | C | C | |
| 24 | 24 | CDR1 | K | K | R | R | |
| 25 | 25 | | S | S | S | S | |
| 26 | 26 | | S | S | S | S | |
| 27 | 27 | | Q | Q | Q | Q | |
| 27A | 28 | | S | S | S | S | |
| 27B | 29 | | L | L | L | L | |
| 27C | 30 | | L | L | L | L | |
| 27D | 31 | | D | D | H | H | |
| 27E | 32 | | S | S | S | S | |
| 28 | 33 | | D | D | N | N | |
| 29 | 34 | | G | G | G | G | |
| 30 | 35 | | K | K | Y | Y | |
| 31 | 36 | | T | T | N | N | |
| 32 | 37 | | Y | Y | Y | Y | |
| 33 | 38 | | L | L | L | L | |
| 34 | 39 | | N | N | D | D | |

TABLE 13-continued

Key to Kabat Numbering for Light Chain

| KAB # | # | TYPE | mouse 3D6 VL (aa 1-112 SEQ ID NO:2) | HUM 3D6VL (aa 1-112 SEQ ID NO:5) | KABID 019230 (aa 1-112 SEQ ID NO:6) | A19-Germline SEQ ID NO:7) | Comment |
|---|---|---|---|---|---|---|---|
| 35 | 40 | FR2 | W | W | W | W | |
| 36 | 41 | | L | L | Y | Y | Packing residue |
| 37 | 42 | | L | L | L | L | |
| 38 | 43 | | Q | Q | Q | Q | |
| 39 | 44 | | R | K | K | K | |
| 40 | 45 | | P | P | P | P | |
| 41 | 46 | | G | G | G | G | |
| 42 | 47 | | Q | Q | Q | Q | |
| 43 | 48 | | S | S | S | S | |
| 44 | 49 | | P | P | P | P | |
| 45 | 50 | | K | Q | Q | Q | |
| 46 | 51 | | R | R | L | L | Packing residue |
| 47 | 52 | | L | L | L | L | |
| 48 | 53 | | I | I | I | I | |
| 49 | 54 | | Y | Y | Y | Y | |
| 50 | 55 | CDR2 | L | L | L | L | |
| 51 | 56 | | V | V | G | G | |
| 52 | 57 | | S | S | S | S | |
| 53 | 58 | | K | K | N | N | |
| 54 | 59 | | L | L | R | R | |
| 55 | 60 | | D | D | A | A | |
| 56 | 61 | | S | S | S | S | |
| 57 | 62 | FR3 | G | G | G | G | |
| 58 | 63 | | V | V | V | V | |
| 59 | 64 | | P | P | P | P | |
| 60 | 65 | | D | D | D | D | |
| 61 | 66 | | R | R | R | R | |
| 62 | 67 | | F | F | F | F | |
| 63 | 68 | | T | S | S | S | |
| 64 | 69 | | G | G | G | G | |
| 65 | 70 | | S | S | S | S | |
| 66 | 71 | | G | G | G | G | |
| 67 | 72 | | S | S | S | S | |
| 68 | 73 | | G | G | G | G | |
| 69 | 74 | | T | T | T | T | |
| 70 | 75 | | D | D | D | D | |
| 71 | 76 | | F | F | F | F | |
| 72 | 77 | | T | T | T | T | |
| 73 | 78 | | L | L | L | L | |
| 74 | 79 | | K | K | K | K | |
| 75 | 80 | | I | I | I | I | |
| 76 | 81 | | S | S | S | S | |
| 77 | 82 | | R | R | R | R | |
| 78 | 83 | | I | V | V | V | |
| 79 | 84 | | E | E | E | E | |
| 80 | 85 | | A | A | A | A | |
| 81 | 86 | | E | E | E | E | |
| 82 | 87 | | D | D | D | D | |
| 83 | 88 | | L | V | V | V | |
| 84 | 89 | | G | G | G | G | |
| 85 | 90 | | L | V | V | V | |
| 86 | 91 | | Y | Y | Y | Y | |
| 87 | 92 | | Y | Y | Y | Y | |
| 88 | 93 | | C | C | C | C | |
| 89 | 94 | CDR3 | W | W | M | M | |
| 90 | 95 | | Q | Q | Q | Q | |
| 91 | 96 | | G | G | A | A | |
| 92 | 97 | | T | T | L | L | |
| 93 | 98 | | H | H | Q | Q | |
| 94 | 99 | | F | F | T | T | |
| 95 | 100 | | P | P | P | P | |
| 96 | 101 | | R | R | R | | |
| 97 | 102 | | T | T | T | | |
| 98 | 103 | FR4 | F | F | F | | |
| 99 | 104 | | G | G | G | | |
| 100 | 105 | | G | Q | Q | | |
| 101 | 106 | | G | G | G | | |
| 102 | 107 | | T | T | T | | |
| 103 | 108 | | K | K | K | | |
| 104 | 109 | | L | V | V | | |
| 105 | 110 | | E | E | E | | |

TABLE 13-continued

Key to Kabat Numbering for Light Chain

| KAB # | # | TYPE | mouse 3D6 VL (aa 1-112 SEQ ID NO:2) | HUM 3D6VL (aa 1-112 SEQ ID NO:5) | KABID 019230 (aa 1-112 SEQ ID NO:6) | A19-Germline SEQ ID NO:7) | Comment |
|---|---|---|---|---|---|---|---|
| 106 | 111 | | I | I | I | | |
| 106A | 112 | | K | K | K | | |

TABLE 14

Key to Kabat Numbering for Heavy Chain

| KAB # | # | TYPE | Mouse 3D6 VH (aa 1-119 SEQ ID NO:4) | HUM 3D6 VH (aa 1-119 SEQ ID NO:8) | KABID 045919 (aa 1-112 SEQ ID NO:9) | VH3-23 Germline SEQ ID NO:10) | Comment |
|---|---|---|---|---|---|---|---|
| 1 | 1 | FR1 | E | E | E | E | |
| 2 | 2 | | V | V | V | V | |
| 3 | 3 | | K | Q | Q | Q | |
| 4 | 4 | | L | L | L | L | |
| 5 | 5 | | V | L | L | L | |
| 6 | 6 | | E | E | E | E | |
| 7 | 7 | | S | S | S | S | |
| 8 | 8 | | G | G | G | G | |
| 9 | 9 | | G | G | G | G | |
| 10 | 10 | | G | G | G | G | |
| 11 | 11 | | L | L | L | L | |
| 12 | 12 | | V | V | V | V | |
| 13 | 13 | | K | Q | Q | Q | |
| 14 | 14 | | P | P | p | P | |
| 15 | 15 | | G | G | G | G | |
| 16 | 16 | | A | G | G | G | |
| 17 | 17 | | S | S | S | S | |
| 18 | 18 | | L | L | L | L | |
| 19 | 19 | | K | R | R | R | |
| 20 | 20 | | L | L | L | L | |
| 21 | 21 | | S | S | S | S | |
| 22 | 22 | | C | C | C | C | |
| 23 | 23 | | A | A | A | A | |
| 24 | 24 | | A | A | A | A | |
| 25 | 25 | | S | S | S | S | |
| 26 | 26 | | G | G | G | G | |
| 27 | 27 | | F | F | F | F | |
| 28 | 28 | | T | T | T | T | |
| 29 | 29 | | F | F | F | F | |
| 30 | 30 | | S | S | S | S | |
| 31 | 31 | CDR1 | N | N | S | S | |
| 32 | 32 | | Y | Y | Y | Y | |
| 33 | 33 | | G | G | A | A | |
| 34 | 34 | | M | M | V | M | |
| 35 | 35 | | S | S | S | S | |
| 36 | 36 | FR2 | W | W | W | W | |
| 37 | 37 | | V | V | V | V | |
| 38 | 38 | | R | R | R | R | |
| 39 | 39 | | Q | Q | Q | Q | |
| 40 | 40 | | N | A | A | A | Rare mouse, replace w/Hum |
| 41 | 41 | | S | P | P | P | |
| 42 | 42 | | D | G | G | G | Rare mouse, replace w/Hum |
| 43 | 43 | | K | K | K | K | |
| 44 | 44 | | R | G | G | G | |
| 45 | 45 | | L | L | L | L | |
| 46 | 46 | | E | E | E | E | |
| 47 | 47 | | W | W | W | W | |
| 48 | 48 | | V | V | V | V | |
| 49 | 49 | | A | A | S | S | CDR contact/veneer |
| 50 | 50 | CDR2 | S | S | A | A | |
| 51 | 51 | | I | I | I | I | |
| 52 | 52 | | R | R | S | S | |
| 52A | 53 | | S | S | G | G | |
| 53 | 54 | | G | G | S | S | |
| 54 | 55 | | G | G | G | G | |

TABLE 14-continued

Key to Kabat Numbering for Heavy Chain

| KAB # | # | TYPE | Mouse 3D6 VH (aa 1-119 SEQ ID NO:4) | HUM 3D6 VH (aa 1-119 SEQ ID NO:8) | KABID 045919 (aa 1-112 SEQ ID NO:9) | VH3-23 Germ-line SEQ ID NO:10) | Comment |
|---|---|---|---|---|---|---|---|
| 55 | 56 | | G | G | G | G | |
| 56 | 57 | | R | R | S | S | |
| 57 | 58 | | T | T | T | T | |
| 58 | 59 | | Y | Y | Y | Y | |
| 59 | 60 | | Y | Y | Y | Y | |
| 60 | 61 | | S | S | A | A | |
| 61 | 62 | | D | D | D | D | |
| 62 | 63 | | N | N | S | S | |
| 63 | 64 | | V | V | V | V | |
| 64 | 65 | | K | K | K | K | |
| 65 | 66 | | G | G | G | G | |
| 66 | 67 | FR3 | R | R | R | R | |
| 67 | 68 | | F | F | F | F | |
| 68 | 69 | | T | T | T | T | |
| 69 | 70 | | I | I | I | I | |
| 70 | 71 | | S | S | S | S | |
| 71 | 72 | | R | R | R | R | |
| 72 | 73 | | E | D | D | D | |
| 73 | 74 | | N | N | N | N | |
| 74 | 75 | | A | A | A | S | |
| 75 | 76 | | K | K | K | K | |
| 76 | 77 | | N | N | N | N | |
| 77 | 78 | | T | S | S | T | |
| 78 | 79 | | L | L | L | L | |
| 79 | 80 | | Y | Y | Y | Y | |
| 80 | 81 | | L | L | L | L | |
| 81 | 82 | | Q | Q | Q | Q | |
| 82 | 83 | | M | M | M | M | |
| 82A | 84 | | S | N | N | N | |
| 82B | 85 | | S | S | S | S | |
| 82C | 86 | | L | L | L | L | |
| 83 | 87 | | K | R | R | R | |
| 84 | 88 | | S | A | A | A | |
| 85 | 89 | | E | E | E | E | |
| 86 | 90 | | D | D | D | D | |
| 87 | 91 | | T | T | T | T | |
| 88 | 92 | | A | A | A | A | |
| 89 | 93 | | L | L | L | V | |
| 90 | 94 | | Y | Y | Y | Y | |
| 91 | 95 | | Y | Y | Y | Y | |
| 92 | 96 | | C | C | C | C | |
| 93 | 97 | | V | V | A | A | Packing residue, use mouse |
| 94 | 98 | | R | R | K | K | Canonical, use mouse |
| 95 | 99 | CDR3 | Y | Y | D | | |
| 96 | 100 | | D | D | N | | |
| 97 | 101 | | H | H | Y | | |
| 98 | 102 | | Y | Y | D | | |
| 99 | 103 | | S | S | F | | |
| 100 | 104 | | G | G | W | | |
| 100A | 105 | | S | S | S | | |
| 100B | 106 | | S | S | G | | |
| 100C | 107 | | — | — | T | | |
| 100D | 108 | | — | — | F | | |
| 101 | 109 | | D | D | D | | |
| 102 | 110 | | Y | Y | Y | | |
| 103 | 111 | FR4 | W | W | W | | |
| 104 | 112 | | G | G | G | | |
| 105 | 113 | | Q | Q | Q | | |
| 106 | 114 | | G | G | G | | |
| 107 | 115 | | T | T | T | | |
| 108 | 116 | | T | L | L | | |
| 109 | 117 | | V | V | V | | |
| 110 | 118 | | T | T | T | | |
| 111 | 119 | | V | V | V | | |
| 112 | 120 | | S | S | S | | |
| 113 | 121 | | S | S | S | | |

The humanized antibodies preferably exhibit a specific binding affinity for Aβ of at least $10^7$, $10^8$, $10^9$ or $10^{10}$ $M^{-1}$. Usually the upper limit of binding affinity of the humanized antibodies for Aβ is within a factor of three, four or five of that of 3D6 (i.e., ~$10^9$ $M^{-1}$). Often the lower limit of binding affinity is also within a factor of three, five of that of 3D6.

Assembly and Expression of Humanized 3D6 VH and VL, Version 1 Briefly, for each V region, 4 large single stranded overlapping oligonucleotides were synthesized. In addition, 4 short PCR primers were synthesized for each V region to further facilitate assembly of the particular V region. The DNA sequences of the oligonucleotides employed for this purpose are shown in Table 15.

TABLE 15

DNA oligonucleotides

| DNA# | SIZE | Coding? | Sequence | comments |
| --- | --- | --- | --- | --- |
| 4060 | 136 | Yes | tccgc aagct tgccg ccacc<br>ATGGA CATGC GCGTG CCCGC<br>CCAGC TGCTG GGCCT GCTGA<br>TGCTG TGGGT GTCCG GCTCC<br>TCCGG CTACG TGGTG ATGAC<br>CCAGT CCCCC CTGTC CCTGC<br>CCGTG ACCCC CGGCG A<br>(SEQ ID NO:17) | hum 3D6 VL-A |
| 4061 | 131 | No | CTGGG GGGAC TGGCC GGGCT<br>TCTGC AGCAG CCAGT TCAGG<br>TAGGT CTTGC CGTCG GAGTC<br>CAGCA GGGAC TGGGA GGACT<br>TGCAG GAGAT GGAGG CGGGC<br>TCGCC GGGGG TCACG GGCAG<br>GGACA GGGGG G<br>(SEQ ID NO:18) | hum 3D6 VL-B |
| 4062 | 146 | Yes | ACCTG AACTG GCTGC TGCAG<br>AAGCC CGGCC AGTCC CCCCA<br>GCGCC TGATC TACCT GGTGT<br>CCAAG CTGGA CTCCG GCGTG<br>CCCGA CCGCT TCTCC GGCTC<br>CGGCT CCGGC ACCGA CTTCA<br>CCCTG AAGAT CTCCC GCGTG<br>GAGGC C (SEQ ID NO:19) | hum 3D6 VL-C |
| 4063 | 142 | No | aattc tagga tccac tcacg<br>CTTGA TCTCC ACCTT GGTGC<br>CCTGG CCGAA GGTGC GGGGG<br>AAGTG GGTGC CCTGC CAGCA<br>GTAGT ACACG CCCAC GTCCT<br>CGGCC TCCAC GCGGG AGATC<br>TTCAG GGTGA AGTCG GTGCC<br>GG (SEQ ID NO:20) | hum 3D6 VL-D |
| 4064 | 16 | No | CTGGG GGGAC TGGCC G<br>(SEQ ID NO:21) | hum 3D6 VL A + B<br>back<br>% A + T = 18.75 [3];<br>% C + G = 81.2 [13]<br>Davis, Botstein, Roth<br>Melting Temp C.<br>66.96 |
| 4065 | 22 | Yes | ACCTG AACTG GCTGC TGCAG<br>AA (SEQ ID NO:22) | hum 3D6 VL C + D<br>forward<br>% A + T = 45.45 [10];<br>% C + G = 54.55 [12]<br>Davis, Botstein, Roth<br>Melting Temp C.<br>64.54 |
| 4066 | 138 | Yes | acaga aagct tgccg ccacc<br>ATGGA GTTTG GGCTG AGCTG<br>GCTTT TTCTT GTGGC TATTT<br>TAAAA GGTGT CCAGT GTGAG<br>GTGCA GCTGC TGGAG TCCGG<br>CGGCG GCCTG GTGCA GCCCG | hum 3D6 VH-A |

TABLE 15-continued

DNA oligonucleotides

| DNA# | SIZE | Coding? | Sequence | comments |
|---|---|---|---|---|
| | | | GCGGC TCCCT GCGCC TGT (SEQ ID NO:23) | |
| 4067 | 135 | No | GCCGC CGGAG CGGAT GGAGG CCACC CACTC CAGGC CCTTG CCGGG GGCCT GGCGC ACCCA GGACA TGCCG TAGTT GGAGA AGGTG AAGCC GGAGG CGGCG CAGGA CAGGC GCAGG GAGCC GCCGG GCTGC ACCAG (SEQ ID NO:24) | hum 3D6 VH-B |
| 4068 | 142 | Yes | CTGGA GTGGG TGGCC TCCAT CCGCT CCGGC GGCGG CCGCA CCTAC TACTC CGACA ACGTG AAGGG CCGCT TCACC ATCTC CCGCG ACAAC GCCAA GAACT CCCTG TACCT GCAGA TGAAC TCCCT GCGCG CCGAG GACAC CG (SEQ ID NO:25) | hum 3D6 VH-C |
| 4069 | 144 | No | ctgca aggat ccact caccG GAGGA CACGG TCACC AGGGT GCCCT GGCCC CAGTA GTCGG AGGAG CCGGA GTAGT GGTCG TAGCG CACGC AGTAG TACAG GGCGG TGTCC TCGGC GCGCA GGGAG TTCAT CTGCA GGTAC AGGG (SEQ ID NO:26) | hum 3D6 VH-D |
| 4070 | 16 | No | GCCGC CGGAG CGGAT G (SEQ ID NO:27) | hum 3D6 VH A + B back % A + T = 18.75 [3]; % C + G = 81.25 [13] Davis, Botstein, Roth Melting Temp C. 66.96 |
| 4071 | 20 | Yes | CTGGA GTGGG TGGCC TCCAT (SEQ ID NO:28) | hum 3D6 VH C +D forward % A + T = 35.00 [7]; % C + G = 65.00 [13] Davis, Botstein, Roth Melting Temp C. 66.55 |
| 4072 | 19 | Yes | tcc gca agc ttg ccg cca c (SEQ ID NO:29) | Hum 3D6 VL A + B Forward % A + T = 31.58 [6]; % C + G = 68.42 [13] Davis, Botstein, Roth Melting Temp C. 66.64 |
| 4073 | 29 | No | aat tct agg atc cac tca cgC TTG ATC TC (SEQ ID NO:30) | Hum 3D6 VL C + D Back % A + T = 55.17 [16]; % C + G = 44.83 [13] Davis, Botstein, Roth Melting Temp C. 66.04 |
| 4074 | 23 | Yes | aca gaa agc ttg ccg cca ccA TG (SEQ ID NO:31) | Hum 3D6 VH A + B Forward % A + T = 43.48 [10]; % C + G = 56.52 [13] Davis, Botstein, Roth Melting Temp C. 66.33 |
| 4075 | 22 | No | ctg caa gga tcc act cac cGG A (SEQ ID NO:32) | Hum 3D6 VH C + D Back % A + T = 40.91 [9]; % C + G = 59.09 [13] Davis, Botstein, Roth |

TABLE 15-continued

| DNA oligonucleotides | |
|---|---|
| DNA# SIZE Coding? Sequence | comments |
| | Melting Temp C. 66.40 |

The humanized light chain was assembled using PCR. DNA sequence analysis of greater than two dozen clones revealed scattered point mutations and deletions throughout the VL region with respect to the expected sequence. Analysis of the sequences indicated that clone 2.3 was amenable to repair of 2 closely spaced single nucleotide deletions in the amino-terminal region. Hence site directed mutagenesis was performed on clone pCRShum3D6v12.3 using oligonucleotides to introduce the 2 deleted nucleotides, and repair of the point mutations was confirmed by DNA sequence analysis, and the VL insert was cloned into the light chain expression vector pCMV-cK.

Assembly of humanized VH using PCR-based methods resulted in clones with gross deletions in the 5' half of the sequence. Further efforts to optimize the PCR conditions met with partial success. The clones assembled via optimized PCR conditions still had 10–20 nt deletions in the region mapping to the overlap of the A+B fragments. Consequently, an alternate strategy was employed for VH assembly utilizing DNA polymerase (T4, Klenow, and Sequenase) mediated overlap extension, followed by T4 DNA ligase to covalently join the overlapping ends. DNA sequence analysis of a subset of the clones resulting from VH assembly using the latter approach revealed scattered point mutations and deletions among the clones. Analysis of over two dozen clones revealed essentially the same pattern as illustrated for the clones. The similar results observed following first pass assembly of VH and VL clones suggests the DNA sequence errors observed resulted from automated synthesizer errors during the synthesis of the long DNAs employed for the assembly.

Humanized VH clone 2.7 was selected for site-directed mutagenesis-mediated repair of the 3 nucleotide deletions it was observed to contain.

## Example XIII

### Characterization of Humanized 3D6v2 Antibody

A second version of humanized 3D6 was created having each of the substitutions indicated for version 1, except for the D→Y substitution at residue 1. Substitution at this residue was performed in version 1 because the residue was identified as a CDR interacting residue. However, substitution deleted a residue which was rare for human immunoglobulins at that position. Hence, a version was created without the substitution. Moreover, non-germline residues in the heavy chain framework regions were substituted with germline residues, namely, H74=S, H77=T and H89=V. Kabat numbering for the version 2 light and heavy chains, is the same as that depicted in Tables 13 and 14, respectively, except that residue 1 of the version 2 light chain is asp (D), residue 74 of the heavy chain is ser (S), residue 77 of the heavy chain is thr (T) and residue 89 of the heavy chain is val (V). The nucleotide sequence of humanized 3D6 version 1 light and heavy chains are set forth as SEQ ID NOs: 34 and 36, respectively. The nucleotide sequence of humanized 3D6 version 2 light and heavy chains are set forth as SEQ ID NOs: 35 and 37, respectively.

## Example IX

### Functional Testing of Humanized 3D6 Antibodies

Binding of humanized 3D6v1 to aggregated Aβ. Functional testing of humanized 3D6v1 was conducted using conditioned media from transiently transfected COS cells. The cells were transfected with fully chimeric antibody, a mixture of either chimeric heavy chain+humanized light chain, or chimeric light chain+humanized heavy chain, and lastly, fully humanized antibody. The conditioned media was tested for binding to aggregated Aβ1-42 by ELISA assay. The humanized antibody showed good activity within experimental error, and displayed binding properties indistinguishable from the chimeric 3D6 reference sample. The results are shown in Table 16.

TABLE 16

| ng/ml | Chimeric | huVH/ ChVL | ChVH/ HuVL | HuVH/ HuVL |
|---|---|---|---|---|
| 690 | | | 0.867 | |
| 600 | | | | 0.895 |
| 260 | 0.83 | | | |
| 230 | | | 0.774 | |
| 200 | | | | 0.81 |
| 190 | | 0.811 | | |
| 87 | 0.675 | | | |
| 77 | | | 0.594 | |
| 67 | | | | 0.689 |
| 63 | | 0.648 | | |
| 29 | 0.45 | | | |
| 25 | | | 0.381 | |
| 22 | | | | 0.496 |
| 21 | | 0.438 | | |
| 9.6 | 0.251 | | | |
| 8.5 | | | 0.198 | |
| 7.4 | | | | 0.278 |
| 7 | | 0.232 | | |
| 3.2 | 0.129 | | | |
| 2.3 | | 0.124 | | |

To compare the binding affinities of humanized 3D6v1 and 3D6v2 antibodies, ELISA analysis was performed using aggregated Aβ as the antigen. The results show that both 3D6v1 (H1L1) and 3D6v2 (H2L2) have nearly identical Aβ properties (FIG. 5).

Replacement NET (rNET) analysis of h3D6v2. The rNET epitope map assay provides information about the contribution of individual residues within the epitope to the overall binding activity of the antibody. rNET analysis uses synthesized systematic single substituted peptide analogs. Binding of an antibody being tested is determined against native peptide (native antigen) and against 19 alternative "single substituted" peptides, each peptide being substituted at a first position with one of 19 non-native amino acids for that position. A profile is generated reflecting the effect of

substitution at that position with the various non-native residues. Profiles are likewise generated at successive positions along the antigenic peptide. The combined profile, or epitope map, (reflecting substitution at each position with all 19 non-native residues) can then be compared to a map similarly generated for a second antibody. Substantially similar or identical maps indicate that antibodies being compared have the same or similar epitope specificity.

This analysis was performed for 3D6 and humanized 3D6, version 2. Antibodies were tested for binding against the native Aβ peptide DAEFRHDSGY (SEQ ID NO:33). Residues 1–8 were systematically substituted with each of the 19 non-native residues for that position. Maps were generated accordingly for 3D6 and h3D6v2. The results are presented in tabular form in Table 17.

TABLE 17

Aβ replacement Net Epitope (rNET) mapping of wt3D6 and humanized 3D6

| Substitution | | Wild-type 3D6 [OD] | Human-ized 3D6 [OD] |
|---|---|---|---|
| Residue 1 = | A | 0.464 | 0.643 |
| | C | 0.450 | 0.628 |
| | D | 0.577 | 0.692 |
| | E | 0.576 | 0.700 |
| | F | 0.034 | 0.062 |
| | G | 0.569 | 0.738 |
| | H | 0.054 | 0.117 |
| | I | 0.048 | 0.118 |
| | K | 0.033 | 0.057 |
| | L | 0.073 | 0.148 |
| | M | 0.039 | 0.072 |
| | N | 0.587 | 0.757 |
| | P | 0.069 | 0.144 |
| | Q | 0.441 | 0.689 |
| | R | 0.056 | 0.155 |
| | S | 0.569 | 0.762 |
| | T | 0.450 | 0.702 |
| | V | 0.057 | 0.190 |
| | W | 0.031 | 0.070 |
| | Y | 0.341 | 0.498 |
| Residue 2 = | A | 0.548 | 0.698 |
| | C | 0.553 | 0.694 |
| | D | 0.119 | 0.222 |
| | E | 0.563 | 0.702 |
| | F | 0.577 | 0.717 |
| | G | 0.527 | 0.720 |
| | H | 0.534 | 0.741 |
| | I | 0.522 | 0.722 |
| | K | 0.548 | 0.722 |
| | L | 0.482 | 0.705 |
| | M | 0.535 | 0.705 |
| | N | 0.525 | 0.735 |
| | P | 0.445 | 0.707 |
| | Q | 0.567 | 0.756 |
| | R | 0.562 | 0.719 |
| | S | 0.587 | 0.705 |
| | T | 0.552 | 0.712 |
| | V | 0.550 | 0.702 |
| | W | 0.553 | 0.701 |
| | Y | 0.547 | 0.704 |
| Residue 3 = | A | 0.038 | 0.061 |
| | C | 0.222 | 0.410 |
| | D | 0.019 | 0.027 |
| | E | 0.542 | 0.689 |
| | F | 0.034 | 0.060 |
| | G | 0.016 | 0.019 |
| | H | 0.016 | 0.020 |
| | I | 0.019 | 0.024 |
| | K | 0.053 | 0.090 |
| | L | 0.019 | 0.026 |
| | M | 0.019 | 0.027 |
| | N | 0.024 | 0.032 |

TABLE 17-continued

Aβ replacement Net Epitope (rNET) mapping of wt3D6 and humanized 3D6

| Substitution | | Wild-type 3D6 [OD] | Human-ized 3D6 [OD] |
|---|---|---|---|
| | P | 0.017 | 0.020 |
| | Q | 0.153 | 0.406 |
| | R | 0.015 | 0.023 |
| | S | 0.016 | 0.021 |
| | T | 0.015 | 0.019 |
| | V | 0.016 | 0.021 |
| | W | 0.149 | 0.304 |
| | Y | 0.016 | 0.020 |
| Residue 4 = | A | 0.016 | 0.020 |
| | C | 0.020 | 0.023 |
| | D | 0.017 | 0.020 |
| | E | 0.016 | 0.021 |
| | F | 0.557 | 0.703 |
| | G | 0.016 | 0.020 |
| | H | 0.470 | 0.723 |
| | I | 0.119 | 0.360 |
| | K | 0.015 | 0.018 |
| | L | 0.559 | 0.716 |
| | M | 0.549 | 0.725 |
| | N | 0.085 | 0.089 |
| | P | 0.030 | 0.056 |
| | Q | 0.065 | 0.110 |
| | R | 0.016 | 0.019 |
| | S | 0.026 | 0.031 |
| | T | 0.016 | 0.021 |
| | V | 0.213 | 0.494 |
| | W | 0.291 | 0.568 |
| | Y | 0.529 | 0.730 |
| Residue 5 = | A | 0.275 | 0.435 |
| | C | 0.359 | 0.635 |
| | D | 0.080 | 0.163 |
| | E | 0.115 | 0.187 |
| | F | 0.439 | 0.569 |
| | G | 0.485 | 0.679 |
| | H | 0.577 | 0.680 |
| | I | 0.510 | 0.671 |
| | K | 0.573 | 0.693 |
| | L | 0.517 | 0.691 |
| | M | 0.418 | 0.611 |
| | N | 0.476 | 0.655 |
| | P | 0.093 | 0.198 |
| | Q | 0.388 | 0.565 |
| | R | 0.613 | 0.702 |
| | S | 0.487 | 0.633 |
| | T | 0.530 | 0.639 |
| | V | 0.493 | 0.562 |
| | W | 0.393 | 0.461 |
| | Y | 0.278 | 0.230 |
| Residue 6 = | A | 0.587 | 0.707 |
| | C | 0.585 | 0.703 |
| | D | 0.584 | 0.701 |
| | E | 0.579 | 0.702 |
| | F | 0.586 | 0.704 |
| | G | 0.592 | 0.709 |
| | H | 0.596 | 0.688 |
| | I | 0.602 | 0.708 |
| | K | 0.585 | 0.691 |
| | L | 0.584 | 0.688 |
| | M | 0.583 | 0.687 |
| | N | 0.580 | 0.686 |
| | P | 0.587 | 0.705 |
| | Q | 0.570 | 0.695 |
| | R | 0.576 | 0.686 |
| | S | 0.573 | 0.689 |
| | T | 0.573 | 0.700 |
| | V | 0.588 | 0.715 |
| | W | 0.576 | 0.696 |
| | Y | 0.595 | 0.708 |
| Residue 7 = | A | 0.580 | 0.688 |
| | C | 0.559 | 0.676 |
| | D | 0.573 | 0.681 |

TABLE 17-continued

Aβ replacement Net Epitope (rNET) mapping of wt3D6 and humanized 3D6

| Substitution | | Wild-type 3D6 [OD] | Humanized 3D6 [OD] |
|---|---|---|---|
| | E | 0.565 | 0.677 |
| | F | 0.546 | 0.668 |
| | G | 0.562 | 0.679 |
| | H | 0.557 | 0.675 |
| | I | 0.552 | 0.681 |
| | K | 0.565 | 0.685 |
| | L | 0.566 | 0.701 |
| | M | 0.562 | 0.697 |
| | N | 0.573 | 0.688 |
| | P | 0.582 | 0.678 |
| | Q | 0.563 | 0.679 |
| | R | 0.551 | 0.677 |
| | S | 0.563 | 0.674 |
| | T | 0.560 | 0.685 |
| | V | 0.563 | 0.687 |
| | W | 0.547 | 0.685 |
| | Y | 0.560 | 0.682 |
| Residue 8 = | A | 0.573 | 0.687 |
| | C | 0.583 | 0.700 |
| | D | 0.586 | 0.697 |
| | E | 0.601 | 0.701 |
| | F | 0.586 | 0.687 |
| | G | 0.569 | 0.681 |
| | H | 0.559 | 0.683 |
| | I | 0.568 | 0.686 |
| | K | 0.557 | 0.698 |
| | L | 0.570 | 0.686 |
| | M | 0.571 | 0.693 |
| | N | 0.573 | 0.700 |
| | P | 0.574 | 0.694 |
| | Q | 0.590 | 0.703 |
| | R | 0.589 | 0.699 |
| | S | 0.599 | 0.719 |
| | T | 0.586 | 0.689 |
| | V | 0.578 | 0.688 |
| | W | 0.567 | 0.687 |
| | Y | 0.574 | 0.680 |

Notably, the profiles are virtually identical for 3D6 and h3D6v2 when one looks at the substitutions at each position (i.e., the values fluctuate in an identical manner when comparing the data in column 1 (3D6) versus column 2 (h3D6v2). These data demonstrate that the specificity of h3D6v2 is preserved, as the h3D6v2 rNET epitope map is virtually identical to m3D6 using both Aβ residues 1–4 and 5–8.

Immunohistochemistry on PDAPP brain sections demonstrates specificity of h3D6v1 antibody. Humanized 3D6v1 antibody recognized Aβ in cryostat prepared brain sections from PDAPP mice. Humanized 3D6v1 and PK1614 both bound to PDAPP plaques in the same dose response fashion, as measured by the amount of fluorescence (quantitated in pixels) per slide versus the amount of antibody used to stain the tissue (FIG. 6). Identical anti-human secondary antibodies were used in this experiment. Sectioning, staining, and image procedures were previously described. In identical experiments, image analysis of h3D6v2 staining on PDAPP and AD brain sections revealed that h3D6v2 recognizes Aβ plaques in a similar manner to 3D6v1 (e.g., highly decorated plaques).

Competitive binding analysis of h3D6. The ability of h3D6 antibodies v1 and v2 to compete with murine 3D6 was measured by ELISA using a biotinylated 3D6 antibody. Competitive binding analysis revealed that h3D6v1,

h3D6v2, and chimeric PK1614 can all compete with m3D6 to bind Aβ (FIG. 7). h3D6v1 and h3D6v2 were identical in their ability to compete with 3D6 to Aβ. The 10D5 antibody was used as a negative control, as it has a different binding epitope than 3D6. BIAcore analysis also revealed a high affinity of h3D6v1 and h3D6v2 for Aβ (Table 18).

TABLE 18

Affinity Measurements of Aβ Antibodies Using BIAcore Technology

| Antibody | ka1 (1/Ms) | kd1 (1/s) | Kd (nM) |
|---|---|---|---|
| Mu 3D6 | 4.06E+05 | 3.57E−04 | 0.88 |
| Chimeric 3D6 | 4.58E+05 | 3.86E−04 | 0.84 |
| Hu 3D6v1 | 1.85E+05 | 3.82E−04 | 2.06 |
| Hu 3D6v2 | 1.70E+05 | 3.78E−04 | 2.24 |

In comparison to 3D6, which has a Kd of 0.88 nM, both h3D6v1 and h3D6v2 had about a 2 to 3 fold less binding affinity, measured at 2.06 nM and 2.24 nM for $h3D_6v1$ and $h3D6v_2$, respectively. The ELISA competitive binding assay revealed an approximate 6-fold less binding affinity for h3D6v1 and h3D6v2. Typically humanized antibodies lose about 3–4 fold in binding affinity in comparison to their murine counterparts. Therefore, a loss of about 3 fold (average of ELISA and BIAcore results) for h3D6v1 and h3D6v2 is within the accepted range.

Ex vivo assay using h3D6v2 antibody. The ability of h3D6v2 to stimulate microglial cells was tested through an ex vivo phagocytosis assay (FIG. 8). h3D6v2 was as effective as chimeric 3D6 at inducing phagocytosis of Aβ aggregates from PDAPP mouse brain tissue. IgG was used as a negative control in this experiment because it is incapable of binding Aβ and therefore cannot induce phagocytosis.

In vivo brain localization of h3D6. $^{125}$I labeled h3D6v2, m3D6, and antibody DAE13 were each IV-injected into 14 individual PDAPP mice in separate experiments. Mice were sacrificed after Day 7 and perfused for further analysis. Their brain regions were dissected and measured for $^{125}$I activity in specific brain regions. Radiolabel activity in the brain was compared with activity in serum samples. Results are set forth in Tables 19 and 20, for serum and brain regions, respectively.

TABLE 19

| m3D6 | DAE13 | Hu3D6 |
|---|---|---|
| 30389.1 | 17463.9 | 40963.8 |
| 12171 | 13200.6 | 24202.2 |
| 3418.2 | 36284.7 | 12472.4 |
| 18678.9 | 421.3 | 33851.8 |
| 27241 | 19702 | 27187.3 |
| 26398.8 | 24855.8 | 29016.9 |
| 27924.8 | 29287.4 | 33830.7 |
| 12008.4 | 12733.1 | 26734.9 |
| 29487.8 | 27722.5 | 30144.5 |
| 25498.6 | 30460.7 | 35126.9 |
| 9652 | 23320.1 | 28414.8 |
| 24599.3 | 7119.1 | 16956.1 |
| 29240 | 28093.5 | 18190.7 |
| 11922.7 | 24659.7 | 25671.4 |
| 17443.1 | 26748.9 | |

TABLE 20

| m3D6 | | | DAE13 | | | Hu3D6 (H2L2) | | |
|---|---|---|---|---|---|---|---|---|
| cere | cort | hipp | cere | cort | hipp | cere | cort | hipp |
| 1991.9 | 1201.1 | 4024 | 1277.5 | 2522.9 | 5711.9 | 2424.6 | 3759.4 | 11622 |
| 238.9 | 746.1 | 2523 | 502.5 | 2123.5 | 6965.8 | 1509.8 | 2274.9 | 7018.2 |
| 645.9 | 603 | 1241.1 | 2325 | 3528.2 | 7801.6 | 500 | 2265.9 | 5316.3 |
| 1000 | 2508.2 | 4644.2 | 232.7 | 849.8 | 1891.9 | 2736.2 | 5703.7 | 10395.5 |
| 1266.9 | 3737.9 | 7975.8 | 891.6 | 2621 | 8245.2 | 1192.2 | 3188 | 10170 |
| 1422 | 2398.7 | 7731.1 | 1102.6 | 2087.5 | 7292.3 | 2269.4 | 3481.4 | 9621.6 |
| 1700.4 | 2154.4 | 7124.1 | 1650.6 | 3488.4 | 10284.8 | 1526.7 | 3028 | 8331.3 |
| 542.5 | 812.4 | 2456.8 | 712.9 | 2318.5 | 6643.3 | 1538.1 | 4194.1 | 11244.8 |
| 1309 | 3010.5 | 8693.5 | 1172.9 | 1953.6 | 7363 | 1245.7 | 1699.4 | 6831.2 |
| 1372.2 | 997.5 | 2425.4 | 1067.9 | 3697.2 | 12280.7 | 2708.8 | 2789 | 7887.4 |
| 778.6 | 1291.9 | 5654.4 | 1952.2 | 2120.7 | 6412.7 | 2251.3 | 3897.5 | 11121.5 |
| 1199.3 | 1683.4 | 4887.3 | 1005.2 | 1852.5 | 5121.4 | 1529.6 | 1772.2 | 7986.9 |
| 1021.8 | 3234.5 | 8036.2 | 961.5 | 3382.9 | 8473.1 | 644.1 | 1663.4 | 5056.5 |
| 742.1 | 1056.7 | 3405.2 | 852.3 | 1943.2 | 6717.4 | 1516.4 | 1620.6 | 9888 |
| 1273.7 | 1320.8 | 4262.6 | 997.5 | 3065.7 | 10213.1 | | | |

The data show that h3D6v2 localized to the brain, and was particularly concentrated in the hippocampal region where Aβ is known to aggregate. Brain counts for m3D6 and DAE13 were comparable to h3D6v2. All three antibodies were able to cross the blood barrier as demonstrated by Aβ plaque binding in vivo.

## Example X

### Cloning and Sequencing of the Mouse 10D5 Variable Regions

Cloning and Sequence Analysis of 10D5 VH. The VH and VL regions of 10D5 from hybridoma cells were cloned by RT-PCR using 5' RACE procedures. The nucleotide sequence (SEQ ID NO:13) and deduced amino acid sequence (SEQ ID NO:14) derived from two independent cDNA clones encoding the presumed 10D5 VL domain, are set forth in Table 21 and FIG. 9. The nucleotide sequence (SEQ ID NO:15) and deduced amino acid sequence (SEQ ID NO:16) derived from two independent cDNA clones encoding the presumed 10D5 VH domain, are set forth in Table 22 and FIG. 10. The 10D5 VL and VH sequences meet the criteria for functional V regions in so far as they contain a contiguous ORF from the initiator methionine to the C-region, and share conserved residues characteristic of immunoglobulin V region genes.

TABLE 21

| Mouse 10D5 VL DNA sequence |
|---|
| ATGAAGTTGCCTGTTAGGCTGTTGGTACTGATGTTCTGGATTCCTGCTTCCAGCAGTGA (SEQ ID NO:13) |
| TGTTTTGATGACCCAAACTCCACTCTCCCTGCCTGTCAGTCTTGGAGATCAAGCCTCCA |
| TCTCTTGCAGATCTAGTCAGAACATTATACATAGTAATGGAAACACCTATTTAGAATGG |
| TACCTGCAGAAACCAGGCCAGTCTCCAAAGCTCCTGATCTACAAAGTTTCCAACCGATT |
| TTCTGGGGTCCCAGACAGGTTCAGTGGCAGTGGATCAGGGACAGATTTCACACTCAAGA |
| TCAAGAAAGTGGAGGCTGAGGATCTGGGAATTTATTACTGCTTTCAAGGTTCACATGTT |
| CCGCTCACGTTCGGTGCTGGGACCAAGCTGGAGCTGGAA |

*Leader peptide underlined

TABLE 22

| Mouse 10D5 VH DNA sequence. |
|---|
| ATGGACAGGCTTACTTCCTCATTCCTGCTGCTGATTGTCCCTGCATATGTCCTGTCCCA (SEQ ID NO:15) |
| GGCTACTCTGAAAGAGTCTGGCCCTGGAATATTGCAGTCCTCCCAGACCCTCAGTCTGA |
| CTTGTTCTTTCTCTGGGTTTTCACTGAGCACTTCTGGTATGGGAGTGAGCTGGATTCGT |
| CAGCCTTCAGGAAAGGGTCTGGAGTGGCTGGCACACATTTACTGGGATGATGACAAGCG |
| CTATAACCCATCCCTGAAGAGCCGGCTCACAATCTCCAAGGATACCTCCAGAAAGCAGG |
| TATTCCTCAAGATCACCAGTGTGGACCCTGCAGATACTGCCACATACTACTGTGTTCGA |

TABLE 22-continued

| Mouse 10D5 VH DNA sequence. |
|---|
| AGGCCCATTACTCCGGTACTAGTCGATGCTATGGACTACTGGGGTCAAGGAACCTCAGT |
| CACCGTCTCCTCA |

*Leader peptide underlined.

## Example XI

### Prevention and Treatment of Human Subjects

A single-dose phase I trial is performed to determine safety in humans. A therapeutic agent is administered in increasing dosages to different patients starting from about 0.01 the level of presumed efficacy, and increasing by a factor of three until a level of about 10 times the effective mouse dosage is reached.

A phase II trial is performed to determine therapeutic efficacy. Patients with early to mid Alzheimer's Disease defined using Alzheimer's disease and Related Disorders Association (ADRDA) criteria for probable AD are selected. Suitable patients score in the 12–26 range on the Mini-Mental State Exam (MMSE). Other selection criteria are that patients are likely to survive the duration of the study and lack complicating issues such as use of concomitant medications that may interfere. Baseline evaluations of patient function are made using classic psychometric measures, such as the MMSE, and the ADAS, which is a comprehensive scale for evaluating patients with Alzheimer's Disease status and function. These psychometric scales provide a measure of progression of the Alzheimer's condition. Suitable qualitative life scales can also be used to monitor treatment. Disease progression can also be monitored by MRI. Blood profiles of patients can also be monitored including assays of immunogen-specific antibodies and T-cells responses.

Following baseline measures, patients begin receiving treatment. They are randomized and treated with either therapeutic agent or placebo in a blinded fashion. Patients are monitored at least every six months. Efficacy is determined by a significant reduction in progression of a treatment group relative to a placebo group.

A second phase II trial is performed to evaluate conversion of patients from non-Alzheimer's Disease early memory loss, sometimes referred to as age-associated memory impairment (AAMI) or mild cognitive impairment (MCI), to probable Alzheimer's disease as defined as by ADRDA criteria. Patients with high risk for conversion to Alzheimer's Disease are selected from a non-clinical population by screening reference populations for early signs of memory loss or other difficulties associated with pre-Alzheimer's symptomatology, a family history of Alzheimer's Disease, genetic risk factors, age, sex, and other features found to predict high-risk for Alzheimer's Disease. Baseline scores on suitable metrics including the MMSE and the ADAS together with other metrics designed to evaluate a more normal population are collected. These patient populations are divided into suitable groups with placebo comparison against dosing alternatives with the agent. These patient populations are followed at intervals of about six months, and the endpoint for each patient is whether or not he or she converts to probable Alzheimer's Disease as defined by ADRDA criteria at the end of the observation.

General Materials and Methods

A. Preparation of Polyclonal and Monoclonal Aβ Antibodies

The anti-Aβ polyclonal antibody was prepared from blood collected from two groups of animals. The first group consisted of 100 female Swiss Webster mice, 6 to 8 weeks of age. They were immunized on days 0, 15, and 29 with 100 μg of AN1792 combined with CFA/IFA. A fourth injection was given on day 36 with one-half the dose of AN1792. Animals were exsanguinated upon sacrifice at day 42, serum was prepared and the sera were pooled to create a total of 64 ml. The second group consisted of 24 female mice isogenic with the PDAPP mice but nontransgenic for the human APP gene, 6 to 9 weeks of age. They were immunized on days 0, 14, 28 and 56 with 100 μg of AN1792 combined with CFA/IFA. These animals were also exsanguinated upon sacrifice at day 63, serum was prepared and pooled for a total of 14 ml. The two lots of sera were pooled. The antibody fraction was purified using two sequential rounds of precipitation with 50% saturated ammonium sulfate. The final precipitate was dialyzed against PBS and tested for endotoxin. The level of endotoxin was less than 1 EU/mg.

The anti-Aβ monoclonal antibodies were prepared from ascites fluid. The fluid was first delipidated by the addition of concentrated sodium dextran sulfate to ice-cold ascites fluid by stirring on ice to a reach a final concentration of 0.238%. Concentrated $CaCl_2$ was then added with stirring to reach a final concentration of 64mM. This solution was centrifuged at 10,000×g and the pellet was discarded. The supernatant was stirred on ice with an equal volume of saturated ammonium sulfate added dropwise. The solution was centrifuged again at 10,000×g and the supernatant was discarded. The pellet was resuspended and dialyzed against 20 mM Tris-HCl, 0.4 M NaCl, pH 7.5. This fraction was applied to a Pharmacia FPLC Sepharose Q Column and eluted with a reverse gradient from 0.4 M to 0.275 M NaCl in 20 mM Tris-HCl, pH 7.5.

The antibody peak was identified by absorbance at 280 nm and appropriate fractions were pooled. The purified antibody preparation was characterized by measuring the protein concentration using the BCA method and the purity using SDS-PAGE. The pool was also tested for endotoxin. The level of endotoxin was less than 1 EU/mg. titers, titers less than 100 were arbitrarily assigned a titer value of 25.

B. Measurement of Antibody Titers

Mice were bled by making a small nick in the tail vein and collecting about 200 μl of blood into a microfuge tube. Guinea pigs were bled by first shaving the back hock area and then using an 18 gauge needle to nick the metatarsal vein and collecting the blood into microfuge tubes. Blood was allowed to clot for one hr at room temperature (RT), vortexed, then centrifuged at 14,000×g for 10 min to separate the clot from the serum. Serum was then transferred to a clean microfuge tube and stored at 4° C. until titered.

Antibody titers were measured by ELISA. 96-well microtiter plates (Costar EIA plates) were coated with 100 μl of a solution containing either 10 μg/ml either Aβ42 or SAPP or

other antigens as noted in each of the individual reports in Well Coating Buffer (0.1 M sodium phosphate, pH 8.5, 0.1% sodium azide) and held overnight at RT. The wells were aspirated and sera were added to the wells starting at a 1/100 dilution in Specimen Diluent (0.014 M sodium phosphate, pH 7.4, 0.15 M NaCl, 0.6% bovine serum albumin, 0.05% thimerosal). Seven serial dilutions of the samples were made directly in the plates in three-fold steps to reach a final dilution of 1/218,700. The dilutions were incubated in the coated-plate wells for one hr at RT. The plates were then washed four times with PBS containing 0.05% Tween 20. The second antibody, a goat anti-mouse Ig conjugated to horseradish peroxidase (obtained from Boehringer Mannheim), was added to the wells as 100 μl of a 1/3000 dilution in Specimen Diluent and incubated for one hr at RT. Plates were again washed four times in PBS, Tween 20. To develop the chromogen, 100 μl of Slow TMB (3,3',5,5'-tetramethyl benzidine obtained from Pierce Chemicals) was added to each well and incubated for 15 min at RT. The reaction was stopped by the addition of 25 μl of 2 M $H_2SO_4$. The color intensity was then read on a Molecular Devices Vmax at (450 nm –650 nm).

Titers were defined as the reciprocal of the dilution of serum giving one half the maximum OD. Maximal OD was generally taken from an initial 1/100 dilution, except in cases with very high titers, in which case a higher initial dilution was necessary to establish the maximal OD. If the 50% point fell between two dilutions, a linear extrapolation was made to calculate the final titer. To calculate geometric mean antibody titers, titers less than 100 were arbitrarily assigned a titer value of 25.

C. Brain Tissue Preparation

After euthanasia, the brains were removed and one hemisphere was prepared for immunohistochemical analysis, while three brain regions (hippocampus, cortex and cerebellum) were dissected from the other hemisphere and used to measure the concentration of various Aβ proteins and APP forms using specific ELISAs (Johnson-Wood et al., supra).

Tissues destined for ELISAs were homogenized in 10 volumes of ice-cold guanidine buffer (5.0 M guanidine-HCl, 50 mM Tris-HCl, pH 8.0). The homogenates were mixed by gentle agitation using an Adams Nutator (Fisher) for three to four hr at RT, then stored at –20° C. prior to quantitation of Aβ and APP. Previous experiments had shown that the analytes were stable under this storage condition, and that synthetic Aβ protein (Bachem) could be quantitatively recovered when spiked into homogenates of control brain tissue from mouse littermates (Johnson-Wood et al., supra).

D. Measurement of Aβ Levels

The brain homogenates were diluted 1:10 with ice cold Casein Diluent (0.25% casein, PBS, 0.05% sodium azide, 20 μg/ml aprotinin, 5 mM EDTA pH 8.0, 10 μg/ml leupeptin) and then centrifuged at 16,000×g for 20 min at 4° C. The synthetic Aβ protein standards (1–42 amino acids) and the APP standards were prepared to include 0.5 M guanidine and 0.1% bovine serum albumin (BSA) in the final composition. The "total" Aβ sandwich ELISA utilizes monoclonal antibody monoclonal antibody 266, specific for amino acids 13–28 of Aβ (Seubert et al., supra), as the capture antibody, and biotinylated monoclonal antibody 3D6, specific for amino acids 1–5 of Aβ (Johnson-Wood et al., supra), as the reporter antibody. The 3D6 monoclonal antibody does not recognize secreted APP or full-length APP, but detects only Aβ species with an amino-terminal aspartic acid. The cell line producing the antibody 3D6 has the ATCC accession number PTA-5130, having been deposited at the ATCC (American Type Culture Collection, 10801 University Boulevard, Manassas, Va. 20110-2209) on Apr. 8, 2003. This assay has a lower limit of sensitivity of ~50 ng/ml (11 nM) and shows no cross-reactivity to the endogenous murine Aβ protein at concentrations up to 1 ng/ml (Johnson-Wood et al., supra).

The Aβ1-42 specific sandwich ELISA employs mAβ 21F12, specific for amino acids 33–42 of Aβ (Johnson-Wood, et al. supra), as the capture antibody. Biotinylated mAβ 3D6 is also the reporter antibody in this assay which has a lower limit of sensitivity of about 125 μg/ml (28 μM, Johnson-Wood et al., supra). For the Aβ ELISAs, 100 μl of either mAβ 266 (at 10 μg/ml) or mAβ 21F12 at (5 μg/ml) was coated into the wells of 96-well immunoassay plates (Costar) by overnight incubation at RT. The solution was removed by aspiration and the wells were blocked by the addition of 200 μl of 0.25% human serum albumin in PBS buffer for at least 1 hr at RT. Blocking solution was removed and the plates were stored desiccated at 4° C. until used. The plates were rehydrated with Wash Buffer [Tris-buffered saline (0.15 M NaCl, 0.01 M Tris-HCl, pH 7.5), plus 0.05% Tween 20] prior to use. The samples and standards were added in triplicate aliquots of 100 μl per well and then incubated overnight at 4° C. The plates were washed at least three times with Wash Buffer between each step of the assay. The biotinylated mAβ 3D6, diluted to 0.5 μg/ml in Casein Assay Buffer (0.25% casein, PBS, 0.05% Tween 20, pH 7.4), was added and incubated in the wells for 1 hr at RT. An avidin-horseradish peroxidase conjugate, (Avidin-HRP obtained from Vector, Burlingame, Calif.), diluted 1:4000 in Casein Assay Buffer, was added to the wells for 1 hr at RT. The colorimetric substrate, Slow TMB-ELISA (Pierce), was added and allowed to react for 15 minutes at RT, after which the enzymatic reaction was stopped by the addition of 25 μl 2 N H2SO4. The reaction product was quantified using a Molecular Devices Vmax measuring the difference in absorbance at 450 nm and 650 nm.

E. Measurement of APP Levels

Two different APP assays were utilized. The first, designated APP-α/FL, recognizes both APP-alpha (α) and full-length (FL) forms of APP. The second assay is specific for APP-α. The APP-α/FL assay recognizes secreted APP including the first 12 amino acids of Aβ. Since the reporter antibody (2H3) is not specific to the α-clip-site, occurring between amino acids 612–613 of $APP^{695}$ (Esch et al., Science 248:1122–1124 (1990)); this assay also recognizes full length APP (APP-FL). Preliminary experiments using immobilized APP antibodies to the cytoplasmic tail of APP-FL to deplete brain homogenates of APP-FL suggest that approximately 30–40% of the APP-α/FL APP is FL (data not shown). The capture antibody for both the APP-α/FL and APP-α assays is mAb 8E5, raised against amino acids 444 to 592 of the $APP^{695}$ form (Games et al., supra). The reporter mAb for the APP-α/FL assay is mAb 2H3, specific for amino acids 597–608 of $APP^{695}$ (Johnson-Wood et al., supra) and the reporter antibody for the APP-α assay is a biotinylated derivative of mAb 16H9, raised to amino acids 605 to 611 of APP. The lower limit of sensitivity of the APP-αFL assay is about 11 ng/ml (150 pM) (Johnson-Wood et al.) and that of the APP-α specific assay is 22 ng/ml (0.3 nM). For both APP assays, mAb 8E5 was coated onto the wells of 96-well EIA plates as described above for mAb 266. Purified, recombinant secreted APP-α was used as the reference standard for the APP-α assay and the APP-α/FL assay (Esch et al., supra). The brain homogenate samples in 5 M guanidine were diluted 1:10 in ELISA Specimen Diluent (0.014 M phosphate buffer, pH 7.4, 0.6% bovine serum albumin, 0.05% thimerosal, 0.5 M NaCl, 0.1%

NP40). They were then diluted 1:4 in Specimen Diluent containing 0.5 M guanidine. Diluted homogenates were then centrifuged at 16,000×g for 15 seconds at RT. The APP standards and samples were added to the plate in duplicate aliquots and incubated for 1.5 hr at RT. The biotinylated reporter antibody 2H3 or 16H9 was incubated with samples for 1 hr at RT. Streptavidin-alkaline phosphatase (Boehringer Mannheim), diluted 1:1000 in specimen diluent, was incubated in the wells for 1 hr at RT. The fluorescent substrate 4-methyl-umbellipheryl-phosphate was added for a 30-min RT incubation and the plates were read on a Cytofluor tm 2350 fluorimeter (Millipore) at 365 nm excitation and 450 nm emission.

F. Immunohistochemistry

Brains were fixed for three days at 40 C in 4% paraformaldehyde in PBS and then stored from one to seven days at 4° C. in 1% paraformaldehyde, PBS until sectioned. Forty-micron-thick coronal sections were cut on a vibratome at RT and stored in cryoprotectant (30% glycerol, 30% ethylene glycol in phosphate buffer) at −20° C. prior to immunohistochemical processing. For each brain, six sections at the level of the dorsal hippocampus, each separated by consecutive 240 μm intervals, were incubated overnight with one of the following antibodies: (1) a biotinylated anti-Aβ (mAb, 3D6, specific for human Aβ) diluted to a concentration of 2 μg/ml in PBS and 1% horse serum; or (2) a biotinylated mAb specific for human APP, 8E5, diluted to a concentration of 3 μg/ml in PBS and 1.0% horse serum; or (3) a mAb specific for glial fibrillary acidic protein (GFAP; Sigma Chemical Co.) diluted 1:500 with 0.25% Triton X-100 and 1% horse serum, in Tris-buffered saline, pH 7.4 (TBS); or (4) a mAb specific for CD11b, MAC-1 antigen, (Chemicon International) diluted 1:100 with 0.25% Triton X-100 and 1% rabbit serum in TBS; or (5) a mAb specific for MHC II antigen, (Pharmingen) diluted 1:100 with 0.25% Triton X-100 and 1% rabbit serum in TBS; or (6) a rat mAb specific for CD 43 (Pharmingen) diluted 1:100 with 1% rabbit serum in PBS or (7) a rat mAb specific for CD 45RA (Pharmingen) diluted 1:100 with 1% rabbit serum in PBS; or (8) a rat monoclonal Aβ specific for CD 45RB (Pharmingen) diluted 1:100 with 1% rabbit serum in PBS; or (9) a rat monoclonal Aβ specific for CD 45 (Pharmingen) diluted 1:100 with 1% rabbit serum in PBS; or (10) a biotinylated polyclonal hamster Aβ specific for CD3e (Pharmingen) diluted 1:100 with 1% rabbit serum in PBS or (11) a rat mAb specific for CD3 (Serotec) diluted 1:200 with 1% rabbit serum in PBS; or with (12) a solution of PBS lacking a primary antibody containing 1% normal horse serum.

Sections reacted with antibody solutions listed in 1,2 and 6–12 above were pretreated with 1.0% Triton X-100, 0.4% hydrogen peroxide in PBS for 20 min at RT to block endogenous peroxidase. They were next incubated overnight at 4° C. with primary antibody. Sections reacted with 3D6 or 8E5 or CD3e mAbs were then reacted for one hr at RT with a horseradish peroxidase-avidin-biotin-complex with kit components "A" and "B" diluted 1:75 in PBS (Vector Elite Standard Kit, Vector Labs, Burlingame, Calif.). Sections reacted with antibodies specific for CD 45RA, CD 45RB, CD 45, CD3 and the PBS solution devoid of primary antibody were incubated for 1 hour at RT with biotinylated anti-rat IgG (Vector) diluted 1:75 in PBS or biotinylated anti-mouse IgG (Vector) diluted 1:75 in PBS, respectively. Sections were then reacted for one hr at RT with a horseradish peroxidase-avidin-biotin-complex with kit components "A" and "B" diluted 1:75 in PBS (Vector Elite Standard Kit, Vector Labs, Burlingame, Calif.).

Sections were developed in 0.01% hydrogen peroxide, 0.05% 3,3'-diaminobenzidine (DAB) at RT. Sections destined for incubation with the GFAP-, MAC-1- AND MHC II-specific antibodies were pretreated with 0.6% hydrogen peroxide at RT to block endogenous peroxidase then incubated overnight with the primary antibody at 4° C. Sections reacted with the GFAP antibody were incubated for 1 hr at RT with biotinylated anti-mouse IgG made in horse (Vector Laboratories; Vectastain Elite ABC Kit) diluted 1:200 with TBS. The sections were next reacted for one hr with an avidin-biotin-peroxidase complex (Vector Laboratories; Vectastain Elite ABC Kit) diluted 1:1000 with TBS. Sections incubated with the MAC-1-or MHC II-specific monoclonal antibody as the primary antibody were subsequently reacted for 1 hr at RT with biotinylated anti-rat IgG made in rabbit diluted 1:200 with TBS, followed by incubation for one hr with avidin-biotin-peroxidase complex diluted 1:1000 with TBS. Sections incubated with GFAP-, MAC-1- and MHC II-specific antibodies were then visualized by treatment at RT with 0.05% DAB, 0.01% hydrogen peroxide, 0.04% nickel chloride, TBS for 4 and 11 min, respectively.

Immunolabeled sections were mounted on glass slides (VWR, Superfrost slides), air dried overnight, dipped in Propar (Anatech) and overlaid with coverslips using Permount (Fisher) as the mounting medium.

To counterstain Aβ plaques, a subset of the GFAP-positive sections were mounted on Superfrost slides and incubated in aqueous 1% Thioflavin S (Sigma) for 7 min following immunohistochemical processing. Sections were then dehydrated and cleared in Propar, then overlaid with coverslips mounted with Permount.

G. Image Analysis

A Videometric 150 Image Analysis System (Oncor, Inc., Gaithersburg, Md.) linked to a Nikon Microphot-FX microscope through a CCD video camera and a Sony Trinitron monitor was used for quantification of the immunoreactive slides. The image of the section was stored in a video buffer and a color-and saturation-based threshold was determined to select and calculate the total pixel area occupied by the immunolabeled structures. For each section, the hippocampus was manually outlined and the total pixel area occupied by the hippocampus was calculated. The percent amyloid burden was measured as: (the fraction of the hippocampal area containing Aβ deposits immunoreactive with mAb 3D6)×100. Similarly, the percent neuritic burden was measured as: (the fraction of the hippocampal area containing dystrophic neurites reactive with monoclonal antibody 8E5)×100. The C-Imaging System (Compix, Inc., Cranberry Township, Pa.) operating the Simple 32 Software Application program was linked to a Nikon Microphot-FX microscope through an Optronics camera and used to quantitate the percentage of the retrospenial cortex occupied by GFAP-positive astrocytes and MAC-1-and MHC II-positive microglia. The image of the immunoreacted section was stored in a video buffer and a monochrome-based threshold was determined to select and calculate the total pixel area occupied by immunolabeled cells. For each section, the retrosplenial cortex (RSC) was manually outlined and the total pixel area occupied by the RSC was calculated. The percent astrocytosis was defined as: (the fraction of RSC occupied by GFAP-reactive astrocytes)×100. Similarly, percent microgliosis was defined as: (the fraction of the RSC occupied by MAC-1- or MHC II-reactive microglia)×100. For all image analyses, six sections at the level of the dorsal hippocampus, each separated by consecutive 240 μm inter

vals, were quantitated for each animal. In all cases, the treatment status of the animals was unknown to the observer.

Although the foregoing invention has been described in detail for purposes of clarity of understanding, it will be obvious that certain modifications may be practiced within the scope of the appended claims. All publications and patent documents cited herein, as well as text appearing in the figures and sequence listing, are hereby incorporated by reference in their entirety for all purposes to the same extent as if each were so individually denoted.

From the foregoing it will be apparent that the invention provides for a number of uses. For example, the invention provides for the use of any of the antibodies to Aβ described above in the treatment, prophylaxis or diagnosis of amyloidogenic disease, or in the manufacture of a medicament or diagnostic composition for use in the same.

SEQUENCE LISTING

```
<160> NUMBER OF SEQ ID NOS: 63

<210> SEQ ID NO 1
<211> LENGTH: 396
<212> TYPE: DNA
<213> ORGANISM: Mus musculus
<220> FEATURE:
<221> NAME/KEY: CDS
<222> LOCATION: (1)...(396)
<220> FEATURE:
<221> NAME/KEY: sig_peptide
<222> LOCATION: (1)...(60)

<400> SEQUENCE: 1

atg atg agt cct gcc cag ttc ctg ttt ctg tta gtg ctc tgg att cgg        48
Met Met Ser Pro Ala Gln Phe Leu Phe Leu Leu Val Leu Trp Ile Arg
-20                 -15                 -10                  -5

gaa acc aac ggt tat gtt gtg atg acc cag act cca ctc act ttg tcg        96
Glu Thr Asn Gly Tyr Val Val Met Thr Gln Thr Pro Leu Thr Leu Ser
                1               5                  10

gtt acc att gga caa cca gcc tcc atc tct tgc aag tca agt cag agc       144
Val Thr Ile Gly Gln Pro Ala Ser Ile Ser Cys Lys Ser Ser Gln Ser
        15                  20                  25

ctc tta gat agt gat gga aag aca tat ttg aat tgg ttg tta cag agg       192
Leu Leu Asp Ser Asp Gly Lys Thr Tyr Leu Asn Trp Leu Leu Gln Arg
    30                  35                  40

cca ggc cag tct cca aag cgc cta atc tat ctg gtg tct aaa ctg gac       240
Pro Gly Gln Ser Pro Lys Arg Leu Ile Tyr Leu Val Ser Lys Leu Asp
 45                  50                  55                  60

tct gga gtc cct gac agg ttc act ggc agt gga tca ggg aca gat ttt       288
Ser Gly Val Pro Asp Arg Phe Thr Gly Ser Gly Ser Gly Thr Asp Phe
                65                  70                  75

aca ctg aaa atc agc aga ata gag gct gag gat ttg gga ctt tat tat       336
Thr Leu Lys Ile Ser Arg Ile Glu Ala Glu Asp Leu Gly Leu Tyr Tyr
            80                  85                  90

tgc tgg caa ggt aca cat ttt cct cgg acg ttc ggt gga ggc acc aag       384
Cys Trp Gln Gly Thr His Phe Pro Arg Thr Phe Gly Gly Gly Thr Lys
        95                 100                 105

ctg gaa atc aaa                                                       396
Leu Glu Ile Lys
    110

<210> SEQ ID NO 2
<211> LENGTH: 132
<212> TYPE: PRT
<213> ORGANISM: Mus musculus
<220> FEATURE:
<221> NAME/KEY: SIGNAL
<222> LOCATION: (1)...(20)

<400> SEQUENCE: 2

Met Met Ser Pro Ala Gln Phe Leu Phe Leu Leu Val Leu Trp Ile Arg
-20                 -15                 -10                  -5
```

-continued

```
Glu Thr Asn Gly Tyr Val Val Met Thr Gln Thr Pro Leu Thr Leu Ser
                1               5                  10

Val Thr Ile Gly Gln Pro Ala Ser Ile Ser Cys Lys Ser Ser Gln Ser
        15                  20                  25

Leu Leu Asp Ser Asp Gly Lys Thr Tyr Leu Asn Trp Leu Leu Gln Arg
    30                  35                  40

Pro Gly Gln Ser Pro Lys Arg Leu Ile Tyr Leu Val Ser Lys Leu Asp
45                  50                  55                  60

Ser Gly Val Pro Asp Arg Phe Thr Gly Ser Gly Ser Gly Thr Asp Phe
                65                  70                  75

Thr Leu Lys Ile Ser Arg Ile Glu Ala Glu Asp Leu Gly Leu Tyr Tyr
            80                  85                  90

Cys Trp Gln Gly Thr His Phe Pro Arg Thr Phe Gly Gly Gly Thr Lys
        95                 100                 105

Leu Glu Ile Lys
    110

<210> SEQ ID NO 3
<211> LENGTH: 414
<212> TYPE: DNA
<213> ORGANISM: Mus musculus
<220> FEATURE:
<221> NAME/KEY: CDS
<222> LOCATION: (1)...(414)
<220> FEATURE:
<221> NAME/KEY: sig_peptide
<222> LOCATION: (1)...(57)

<400> SEQUENCE: 3

atg aac ttc ggg ctc agc ttg att ttc ctt gtc ctt gtt tta aaa ggt       48
Met Asn Phe Gly Leu Ser Leu Ile Phe Leu Val Leu Val Leu Lys Gly
                -15                 -10                  -5

gtc cag tgt gaa gtg aag ctg gtg gag tct ggg gga ggc tta gtg aag       96
Val Gln Cys Glu Val Lys Leu Val Glu Ser Gly Gly Gly Leu Val Lys
            1               5                  10

cct gga gcg tct ctg aaa ctc tcc tgt gca gcc tct gga ttc act ttc      144
Pro Gly Ala Ser Leu Lys Leu Ser Cys Ala Ala Ser Gly Phe Thr Phe
     15                  20                  25

agt aac tat ggc atg tct tgg gtt cgc cag aat tca gac aag agg ctg      192
Ser Asn Tyr Gly Met Ser Trp Val Arg Gln Asn Ser Asp Lys Arg Leu
 30                  35                  40                  45

gag tgg gtt gca tcc att agg agt ggt ggt ggt aga acc tac tat tca      240
Glu Trp Val Ala Ser Ile Arg Ser Gly Gly Gly Arg Thr Tyr Tyr Ser
                 50                  55                  60

gac aat gta aag ggc cga ttc acc atc tcc aga gag aat gcc aag aac      288
Asp Asn Val Lys Gly Arg Phe Thr Ile Ser Arg Glu Asn Ala Lys Asn
             65                  70                  75

acc ctg tac ctg caa atg agt agt ctg aag tct gag gac acg gcc ttg      336
Thr Leu Tyr Leu Gln Met Ser Ser Leu Lys Ser Glu Asp Thr Ala Leu
         80                  85                  90

tat tat tgt gtc aga tat gat cac tat agt ggt agc tcc gac tac tgg      384
Tyr Tyr Cys Val Arg Tyr Asp His Tyr Ser Gly Ser Ser Asp Tyr Trp
     95                 100                 105

ggc cag ggc acc act gtc aca gtc tcc tca                              414
Gly Gln Gly Thr Thr Val Thr Val Ser Ser
110                 115

<210> SEQ ID NO 4
<211> LENGTH: 138
<212> TYPE: PRT
<213> ORGANISM: Mus musculus
```

-continued

<220> FEATURE:
<221> NAME/KEY: SIGNAL
<222> LOCATION: (1)...(19)

<400> SEQUENCE: 4

```
Met Asn Phe Gly Leu Ser Leu Ile Phe Leu Val Leu Val Leu Lys Gly
                -15                 -10                 -5

Val Gln Cys Glu Val Lys Leu Val Glu Ser Gly Gly Gly Leu Val Lys
             1               5                  10

Pro Gly Ala Ser Leu Lys Leu Ser Cys Ala Ala Ser Gly Phe Thr Phe
    15                  20                  25

Ser Asn Tyr Gly Met Ser Trp Val Arg Gln Asn Ser Asp Lys Arg Leu
30                  35                  40                  45

Glu Trp Val Ala Ser Ile Arg Ser Gly Gly Gly Arg Thr Tyr Tyr Ser
                50                  55                  60

Asp Asn Val Lys Gly Arg Phe Thr Ile Ser Arg Glu Asn Ala Lys Asn
            65                  70                  75

Thr Leu Tyr Leu Gln Met Ser Ser Leu Lys Ser Glu Asp Thr Ala Leu
        80                  85                  90

Tyr Tyr Cys Val Arg Tyr Asp His Tyr Ser Gly Ser Ser Asp Tyr Trp
    95                  100                 105

Gly Gln Gly Thr Thr Val Thr Val Ser Ser
110                 115
```

<210> SEQ ID NO 5
<211> LENGTH: 132
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<221> NAME/KEY: SIGNAL
<222> LOCATION: (1)...(20)
<223> OTHER INFORMATION: humanized 3D6 light chain variable region

<400> SEQUENCE: 5

```
Met Met Ser Pro Ala Gln Phe Leu Phe Leu Leu Val Leu Trp Ile Arg
-20                 -15                 -10                 -5

Glu Thr Asn Gly Tyr Val Val Met Thr Gln Ser Pro Leu Ser Leu Pro
                 1               5                  10

Val Thr Pro Gly Glu Pro Ala Ser Ile Ser Cys Lys Ser Ser Gln Ser
        15                  20                  25

Leu Leu Asp Ser Asp Gly Lys Thr Tyr Leu Asn Trp Leu Leu Gln Lys
    30                  35                  40

Pro Gly Gln Ser Pro Gln Arg Leu Ile Tyr Leu Val Ser Lys Leu Asp
45                  50                  55                  60

Ser Gly Val Pro Asp Arg Phe Ser Gly Ser Gly Ser Gly Thr Asp Phe
                65                  70                  75

Thr Leu Lys Ile Ser Arg Val Glu Ala Glu Asp Val Gly Val Tyr Tyr
            80                  85                  90

Cys Trp Gln Gly Thr His Phe Pro Arg Thr Phe Gly Gln Gly Thr Lys
        95                  100                 105

Val Glu Ile Lys
    110
```

<210> SEQ ID NO 6
<211> LENGTH: 125
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens
<220> FEATURE:
<221> NAME/KEY: SIGNAL

-continued

```
<222> LOCATION: (1)...(13)

<400> SEQUENCE: 6

Met Gly Leu Leu Met Leu Trp Val Ser Gly Ser Ser Gly Asp Ile Val
            -10                 -5                   1

Met Thr Gln Ser Pro Leu Ser Leu Pro Val Thr Pro Gly Glu Pro Ala
     5                  10                  15

Ser Ile Ser Cys Arg Ser Ser Gln Ser Leu Leu His Ser Asn Gly Tyr
20                  25                  30                  35

Asn Tyr Leu Asp Trp Tyr Leu Gln Lys Pro Gly Gln Ser Pro Gln Leu
                40                  45                  50

Leu Ile Tyr Leu Gly Ser Asn Arg Ala Ser Gly Val Pro Asp Arg Phe
            55                  60                  65

Ser Gly Ser Gly Ser Gly Thr Asp Phe Thr Leu Lys Ile Ser Arg Val
        70                  75                  80

Glu Ala Glu Asp Val Gly Val Tyr Tyr Cys Met Gln Ala Leu Gln Thr
    85                  90                  95

Pro Arg Thr Phe Gly Gln Gly Thr Lys Val Glu Ile Lys
100                 105                 110

<210> SEQ ID NO 7
<211> LENGTH: 100
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 7

Asp Ile Val Met Thr Gln Ser Pro Leu Ser Leu Pro Val Thr Pro Gly
 1               5                  10                  15

Glu Pro Ala Ser Ile Ser Cys Arg Ser Ser Gln Ser Leu Leu His Ser
            20                  25                  30

Asn Gly Tyr Asn Tyr Leu Asp Trp Tyr Leu Gln Lys Pro Gly Gln Ser
        35                  40                  45

Pro Gln Leu Leu Ile Tyr Leu Gly Ser Asn Arg Ala Ser Gly Val Pro
    50                  55                  60

Asp Arg Phe Ser Gly Ser Gly Ser Gly Thr Asp Phe Thr Leu Lys Ile
65                  70                  75                  80

Ser Arg Val Glu Ala Glu Asp Val Gly Val Tyr Tyr Cys Met Gln Ala
                85                  90                  95

Leu Gln Thr Pro
            100

<210> SEQ ID NO 8
<211> LENGTH: 138
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Humanized 3D6 heavy chain variable region
<220> FEATURE:
<221> NAME/KEY: SIGNAL
<222> LOCATION: (1)...(19)

<400> SEQUENCE: 8

Met Asn Phe Gly Leu Ser Leu Ile Phe Leu Val Leu Val Leu Lys Gly
            -15                 -10                 -5

Val Gln Cys Glu Val Gln Leu Leu Glu Ser Gly Gly Gly Leu Val Gln
             1               5                  10

Pro Gly Gly Ser Leu Arg Leu Ser Cys Ala Ala Ser Gly Phe Thr Phe
    15                  20                  25
```

-continued

Ser Asn Tyr Gly Met Ser Trp Val Arg Gln Ala Pro Gly Lys Gly Leu
30 35 40 45

Glu Trp Val Ala Ser Ile Arg Ser Gly Gly Gly Arg Thr Tyr Tyr Ser
50 55 60

Asp Asn Val Lys Gly Arg Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn
65 70 75

Ser Leu Tyr Leu Gln Met Asn Ser Leu Arg Ala Glu Asp Thr Ala Leu
80 85 90

Tyr Tyr Cys Val Arg Tyr Asp His Tyr Ser Gly Ser Ser Asp Tyr Trp
95 100 105

Gly Gln Gly Thr Leu Val Thr Val Ser Ser
110 115

<210> SEQ ID NO 9
<211> LENGTH: 121
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 9

Glu Val Gln Leu Leu Glu Ser Gly Gly Gly Leu Val Gln Pro Gly Gly
1 5 10 15

Ser Leu Arg Leu Ser Cys Ala Ala Ser Gly Phe Thr Phe Ser Ser Tyr
20 25 30

Ala Val Ser Trp Val Arg Gln Ala Pro Gly Lys Gly Leu Glu Trp Val
35 40 45

Ser Ala Ile Ser Gly Ser Gly Gly Ser Thr Tyr Tyr Ala Asp Ser Val
50 55 60

Lys Gly Arg Phe Thr Ile Ser Arg Asp Asn Ala Lys Asn Ser Leu Tyr
65 70 75 80

Leu Gln Met Asn Ser Leu Arg Ala Glu Asp Thr Ala Leu Tyr Tyr Cys
85 90 95

Ala Lys Asp Asn Tyr Asp Phe Trp Ser Gly Thr Phe Asp Tyr Trp Gly
100 105 110

Gln Gly Thr Leu Val Thr Val Ser Ser
115 120

<210> SEQ ID NO 10
<211> LENGTH: 98
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 10

Glu Val Gln Leu Leu Glu Ser Gly Gly Gly Leu Val Gln Pro Gly Gly
1 5 10 15

Ser Leu Arg Leu Ser Cys Ala Ala Ser Gly Phe Thr Phe Ser Ser Tyr
20 25 30

Ala Met Ser Trp Val Arg Gln Ala Pro Gly Lys Gly Leu Glu Trp Val
35 40 45

Ser Ala Ile Ser Gly Ser Gly Gly Ser Thr Tyr Tyr Ala Asp Ser Val
50 55 60

Lys Gly Arg Phe Thr Ile Ser Arg Asp Asn Ser Lys Asn Thr Leu Tyr
65 70 75 80

Leu Gln Met Asn Ser Leu Arg Ala Glu Asp Thr Ala Val Tyr Tyr Cys
85 90 95

Ala Lys

-continued

<210> SEQ ID NO 11
<211> LENGTH: 132
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<221> NAME/KEY: SIGNAL
<222> LOCATION: (1)...(20)
<223> OTHER INFORMATION: humanized 3D6 light chain variable region

<400> SEQUENCE: 11

```
Met Met Ser Pro Ala Gln Phe Leu Phe Leu Leu Val Leu Trp Ile Arg
-20                 -15                 -10                 -5

Glu Thr Asn Gly Asp Val Val Met Thr Gln Ser Pro Leu Ser Leu Pro
                1               5                   10

Val Thr Pro Gly Glu Pro Ala Ser Ile Ser Cys Lys Ser Ser Gln Ser
        15                  20                  25

Leu Leu Asp Ser Asp Gly Lys Thr Tyr Leu Asn Trp Leu Leu Gln Lys
    30                  35                  40

Pro Gly Gln Ser Pro Gln Arg Leu Ile Tyr Leu Val Ser Lys Leu Asp
45                  50                  55                  60

Ser Gly Val Pro Asp Arg Phe Ser Gly Ser Gly Ser Gly Thr Asp Phe
                65                  70                  75

Thr Leu Lys Ile Ser Arg Val Glu Ala Glu Asp Val Gly Val Tyr Tyr
            80                  85                  90

Cys Trp Gln Gly Thr His Phe Pro Arg Thr Phe Gly Gln Gly Thr Lys
        95                  100                 105

Val Glu Ile Lys
    110
```

<210> SEQ ID NO 12
<211> LENGTH: 138
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Humanized 3D6 light chain variable region
<220> FEATURE:
<221> NAME/KEY: SIGNAL
<222> LOCATION: (1)...(19)

<400> SEQUENCE: 12

```
Met Asn Phe Gly Leu Ser Leu Ile Phe Leu Val Leu Val Leu Lys Gly
                -15                 -10                 -5

Val Gln Cys Glu Val Gln Leu Leu Glu Ser Gly Gly Gly Leu Val Gln
            1                   5                   10

Pro Gly Gly Ser Leu Arg Leu Ser Cys Ala Ala Ser Gly Phe Thr Phe
    15                  20                  25

Ser Asn Tyr Gly Met Ser Trp Val Arg Gln Ala Pro Gly Lys Gly Leu
30                  35                  40                  45

Glu Trp Val Ala Ser Ile Arg Ser Gly Gly Gly Arg Thr Tyr Tyr Ser
                50                  55                  60

Asp Asn Val Lys Gly Arg Phe Thr Ile Ser Arg Asp Asn Ser Lys Asn
            65                  70                  75

Thr Leu Tyr Leu Gln Met Asn Ser Leu Arg Ala Glu Asp Thr Ala Val
        80                  85                  90

Tyr Tyr Cys Val Arg Tyr Asp His Tyr Ser Gly Ser Ser Asp Tyr Trp
    95                  100                 105

Gly Gln Gly Thr Leu Val Thr Val Ser Ser
110                 115
```

-continued

```
<210> SEQ ID NO 13
<211> LENGTH: 393
<212> TYPE: DNA
<213> ORGANISM: Mus musculus
<220> FEATURE:
<221> NAME/KEY: CDS
<222> LOCATION: (1)...(393)
<220> FEATURE:
<221> NAME/KEY: sig_peptide
<222> LOCATION: (1)...(57)

<400> SEQUENCE: 13

atg aag ttg cct gtt agg ctg ttg gta ctg atg ttc tgg att cct gct       48
Met Lys Leu Pro Val Arg Leu Leu Val Leu Met Phe Trp Ile Pro Ala
            -15                 -10                  -5

tcc agc agt gat gtt ttg atg acc caa act cca ctc tcc ctg cct gtc       96
Ser Ser Ser Asp Val Leu Met Thr Gln Thr Pro Leu Ser Leu Pro Val
             1               5                  10

agt ctt gga gat caa gcc tcc atc tct tgc aga tct agt cag aac att      144
Ser Leu Gly Asp Gln Ala Ser Ile Ser Cys Arg Ser Ser Gln Asn Ile
     15                  20                  25

ata cat agt aat gga aac acc tat tta gaa tgg tac ctg cag aaa cca      192
Ile His Ser Asn Gly Asn Thr Tyr Leu Glu Trp Tyr Leu Gln Lys Pro
 30                  35                  40                  45

ggc cag tct cca aag ctc ctg atc tac aaa gtt tcc aac cga ttt tct      240
Gly Gln Ser Pro Lys Leu Leu Ile Tyr Lys Val Ser Asn Arg Phe Ser
                 50                  55                  60

ggg gtc cca gac agg ttc agt ggc agt gga tca ggg aca gat ttc aca      288
Gly Val Pro Asp Arg Phe Ser Gly Ser Gly Ser Gly Thr Asp Phe Thr
             65                  70                  75

ctc aag atc aag aaa gtg gag gct gag gat ctg gga att tat tac tgc      336
Leu Lys Ile Lys Lys Val Glu Ala Glu Asp Leu Gly Ile Tyr Tyr Cys
         80                  85                  90

ttt caa ggt tca cat gtt ccg ctc acg ttc ggt gct ggg acc aag ctg      384
Phe Gln Gly Ser His Val Pro Leu Thr Phe Gly Ala Gly Thr Lys Leu
     95                 100                 105

gag ctg gaa                                                          393
Glu Leu Glu
110

<210> SEQ ID NO 14
<211> LENGTH: 131
<212> TYPE: PRT
<213> ORGANISM: Mus musculus
<220> FEATURE:
<221> NAME/KEY: SIGNAL
<222> LOCATION: (1)...(19)

<400> SEQUENCE: 14

Met Lys Leu Pro Val Arg Leu Leu Val Leu Met Phe Trp Ile Pro Ala
            -15                 -10                  -5

Ser Ser Ser Asp Val Leu Met Thr Gln Thr Pro Leu Ser Leu Pro Val
             1               5                  10

Ser Leu Gly Asp Gln Ala Ser Ile Ser Cys Arg Ser Ser Gln Asn Ile
     15                  20                  25

Ile His Ser Asn Gly Asn Thr Tyr Leu Glu Trp Tyr Leu Gln Lys Pro
30                  35                  40                  45

Gly Gln Ser Pro Lys Leu Leu Ile Tyr Lys Val Ser Asn Arg Phe Ser
                50                  55                  60

Gly Val Pro Asp Arg Phe Ser Gly Ser Gly Ser Gly Thr Asp Phe Thr
            65                  70                  75

Leu Lys Ile Lys Lys Val Glu Ala Glu Asp Leu Gly Ile Tyr Tyr Cys
```

-continued

```
        80                  85                  90

Phe Gln Gly Ser His Val Pro Leu Thr Phe Gly Ala Gly Thr Lys Leu
    95                  100                 105

Glu Leu Glu
110

<210> SEQ ID NO 15
<211> LENGTH: 426
<212> TYPE: DNA
<213> ORGANISM: Mus musculus
<220> FEATURE:
<221> NAME/KEY: CDS
<222> LOCATION: (1)...(426)
<220> FEATURE:
<221> NAME/KEY: sig_peptide
<222> LOCATION: (1)...(57)

<400> SEQUENCE: 15

atg gac agg ctt act tcc tca ttc ctg ctg ctg att gtc cct gca tat      48
Met Asp Arg Leu Thr Ser Ser Phe Leu Leu Leu Ile Val Pro Ala Tyr
                -15                 -10                  -5

gtc ctg tcc cag gct act ctg aaa gag tct ggc cct gga ata ttg cag      96
Val Leu Ser Gln Ala Thr Leu Lys Glu Ser Gly Pro Gly Ile Leu Gln
             1               5                  10

tcc tcc cag acc ctc agt ctg act tgt tct ttc tct ggg ttt tca ctg     144
Ser Ser Gln Thr Leu Ser Leu Thr Cys Ser Phe Ser Gly Phe Ser Leu
     15                  20                  25

agc act tct ggt atg gga gtg agc tgg att cgt cag cct tca gga aag     192
Ser Thr Ser Gly Met Gly Val Ser Trp Ile Arg Gln Pro Ser Gly Lys
 30                  35                  40                  45

ggt ctg gag tgg ctg gca cac att tac tgg gat gat gac aag cgc tat     240
Gly Leu Glu Trp Leu Ala His Ile Tyr Trp Asp Asp Asp Lys Arg Tyr
                 50                  55                  60

aac cca tcc ctg aag agc cgg ctc aca atc tcc aag gat acc tcc aga     288
Asn Pro Ser Leu Lys Ser Arg Leu Thr Ile Ser Lys Asp Thr Ser Arg
             65                  70                  75

aag cag gta ttc ctc aag atc acc agt gtg gac cct gca gat act gcc     336
Lys Gln Val Phe Leu Lys Ile Thr Ser Val Asp Pro Ala Asp Thr Ala
         80                  85                  90

aca tac tac tgt gtt cga agg ccc att act ccg gta cta gtc gat gct     384
Thr Tyr Tyr Cys Val Arg Arg Pro Ile Thr Pro Val Leu Val Asp Ala
     95                 100                 105

atg gac tac tgg ggt caa gga acc tca gtc acc gtc tcc tca             426
Met Asp Tyr Trp Gly Gln Gly Thr Ser Val Thr Val Ser Ser
110                 115                 120

<210> SEQ ID NO 16
<211> LENGTH: 142
<212> TYPE: PRT
<213> ORGANISM: Mus musculus
<220> FEATURE:
<221> NAME/KEY: SIGNAL
<222> LOCATION: (1)...(19)

<400> SEQUENCE: 16

Met Asp Arg Leu Thr Ser Ser Phe Leu Leu Leu Ile Val Pro Ala Tyr
                -15                 -10                  -5

Val Leu Ser Gln Ala Thr Leu Lys Glu Ser Gly Pro Gly Ile Leu Gln
             1               5                  10

Ser Ser Gln Thr Leu Ser Leu Thr Cys Ser Phe Ser Gly Phe Ser Leu
     15                  20                  25

Ser Thr Ser Gly Met Gly Val Ser Trp Ile Arg Gln Pro Ser Gly Lys
```

-continued

```
30                  35                  40                  45

Gly Leu Glu Trp Leu Ala His Ile Tyr Trp Asp Asp Asp Lys Arg Tyr
                50                  55                  60

Asn Pro Ser Leu Lys Ser Arg Leu Thr Ile Ser Lys Asp Thr Ser Arg
            65                  70                  75

Lys Gln Val Phe Leu Lys Ile Thr Ser Val Asp Pro Ala Asp Thr Ala
        80                  85                  90

Thr Tyr Tyr Cys Val Arg Arg Pro Ile Thr Pro Val Leu Val Asp Ala
    95                  100                 105

Met Asp Tyr Trp Gly Gln Gly Thr Ser Val Thr Val Ser Ser
110                 115                 120

<210> SEQ ID NO 17
<211> LENGTH: 136
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 17

tccgcaagct tgccgccacc atggacatgc gcgtgcccgc ccagctgctg ggcctgctga      60

tgctgtgggt gtccggctcc tccggctacg tggtgatgac ccagtccccc ctgtccctgc     120

ccgtgacccc cggcga                                                      136

<210> SEQ ID NO 18
<211> LENGTH: 131
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 18

ctggggggac tggccgggct tctgcagcag ccagttcagg taggtcttgc cgtcggagt   c 60

cagcagggac tgggaggact tgcaggagat ggaggcgggc tcgccggggg tcacgggcag     120

ggacaggggg g                                                           131

<210> SEQ ID NO 19
<211> LENGTH: 146
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 19

acctgaactg gctgctgcag aagcccggcc agtcccccca gcgcctgatc tacctggtgt      60

ccaagctgga ctccggcgtg cccgaccgct tctccggctc cggctccggc accgacttca     120

ccctgaagat ctcccgcgtg gaggcc                                           146

<210> SEQ ID NO 20
<211> LENGTH: 142
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 20

aattctagga tccactcacg cttgatctcc accttggtgc cctggccgaa ggtgcggggg      60

aagtgggtgc cctgccagca gtagtacacg cccacgtcct cggcctccac gcgggagatc     120
```

-continued

ttcagggtga agtcggtgcc gg 142

<210> SEQ ID NO 21
<211> LENGTH: 16
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 21

ctggggggac tggccg 16

<210> SEQ ID NO 22
<211> LENGTH: 22
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 22

acctgaactg gctgctgcag aa 22

<210> SEQ ID NO 23
<211> LENGTH: 138
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 23

acagaaagct tgccgccacc atggagtttg ggctgagctg gctttttctt gtggctattt 60

taaaaggtgt ccagtgtgag gtgcagctgc tggagtccgg cggcggcctg gtgcagcccg 120

gcggctccct gcgcctgt 138

<210> SEQ ID NO 24
<211> LENGTH: 135
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 24

gccgccggag cggatggagg ccacccactc caggcccttg ccggggggcct ggcgcaccca 60

ggacatgccg tagttggaga aggtgaagcc ggaggcggcg caggacaggc gcagggagcc 120

gccgggctgc accag 135

<210> SEQ ID NO 25
<211> LENGTH: 142
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 25

ctggagtggg tggcctccat ccgctccggc ggcggccgca cctactactc cgacaacgtg 60

aagggccgct tcaccatctc ccgcgacaac gccaagaact ccctgtacct gcagatgaac 120

tccctgcgcg ccgaggacac cg 142

<210> SEQ ID NO 26
<211> LENGTH: 144
<212> TYPE: DNA

-continued

<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 26

ctgcaaggat ccactcaccg gaggacacgg tcaccagggt gccctggccc cagtagtcgg 60

aggagccgga gtagtggtcg tagcgcacgc agtagtacag ggcggtgtcc tcggcgcgca 120

gggagttcat ctgcaggtac aggg 144

<210> SEQ ID NO 27
<211> LENGTH: 16
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 27

gccgccggag cggatg 16

<210> SEQ ID NO 28
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 28

ctggagtggg tggcctccat 20

<210> SEQ ID NO 29
<211> LENGTH: 19
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 29

tccgcaagct tgccgccac 19

<210> SEQ ID NO 30
<211> LENGTH: 29
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 30

aattctagga tccactcacg cttgatctc 29

<210> SEQ ID NO 31
<211> LENGTH: 23
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 31

acagaaagct tgccgccacc atg 23

<210> SEQ ID NO 32
<211> LENGTH: 22
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

-continued

<400> SEQUENCE: 32

```
ctgcaaggat ccactcaccg ga                                            22
```

<210> SEQ ID NO 33
<211> LENGTH: 10
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: native ABeta peptide

<400> SEQUENCE: 33

```
Asp Ala Glu Phe Arg His Asp Ser Gly Tyr
 1               5                  10
```

<210> SEQ ID NO 34
<211> LENGTH: 402
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: h3D6 version 1 VL

<400> SEQUENCE: 34

```
atggacatgc gcgtgcccgc ccagctgctg ggcctgctga tgctgtgggt gtccggctcc    60

tccggctacg tggtgatgac ccagtccccc ctgtccctgc ccgtgacccc cggcgagccc   120

gcctccatct cctgcaagtc ctcccagtcc ctgctggact ccgacggcaa gacctacctg   180

aactggctgc tgcagaagcc cggccagtcc ccccagcgcc tgatctacct ggtgtccaag   240

ctggactccg gcgtgcccga ccgcttctcc ggctccggct ccggcaccga cttcaccctg   300

aagatctccc gcgtggaggc cgaggacgtg ggcgtgtact actgctggca gggcacccac   360

ttcccccgca ccttcggcca gggcaccaag gtggagatca ag                      402
```

<210> SEQ ID NO 35
<211> LENGTH: 402
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: h3D6 version 2 VL

<400> SEQUENCE: 35

```
atggacatgc gcgtgcccgc ccagctgctg ggcctgctga tgctgtgggt gtccggctcc    60

tccggcgacg tggtgatgac ccagtccccc ctgtccctgc ccgtgacccc cggcgagccc   120

gcctccatct cctgcaagtc ctcccagtcc ctgctggact ccgacggcaa gacctacctg   180

aactggctgc tgcagaagcc cggccagtcc ccccagcgcc tgatctacct ggtgtccaag   240

ctggactccg gcgtgcccga ccgcttctcc ggctccggct ccggcaccga cttcaccctg   300

aagatctccc gcgtggaggc cgaggacgtg ggcgtgtact actgctggca gggcacccac   360

ttcccccgca ccttcggcca gggcaccaag gtggagatca ag                      402
```

<210> SEQ ID NO 36
<211> LENGTH: 414
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: h3D6 version 1 VH

<400> SEQUENCE: 36

```
atggagtttg ggctgagctg gctttttctt gtggctattt taaaaggtgt ccagtgtgag    60

gtgcagctgc tggagtccgg cggcggcctg gtgcagcccg gcggctccct gcgcctgtcc   120
```

-continued

tgcgccgcct ccggcttcac cttctccaac tacggcatgt cctgggtgcg ccaggccccc 180

ggcaagggcc tggagtgggt ggcctccatc cgctccggcg gcggccgcac ctactactcc 240

gacaacgtga agggccgctt caccatctcc cgcgacaacg ccaagaactc cctgtacctg 300

cagatgaact ccctgcgcgc cgaggacacc gccctgtact actgcgtgcg ctacgaccac 360

tactccggct cctccgacta ctggggccag ggcaccctgg tgaccgtgtc ctcc 414

<210> SEQ ID NO 37
<211> LENGTH: 414
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: h3D6 version 2 VH

<400> SEQUENCE: 37

atggagtttg ggctgagctg gctttttctt gtggctattt taaaaggtgt ccagtgtgag 60

gtgcagctgc tggagtccgg cggcggcctg gtgcagcccg gcggctccct gcgcctgtcc 120

tgcgccgcct ccggcttcac cttctccaac tacggcatgt cctgggtgcg ccaggccccc 180

ggcaagggcc tggagtgggt ggcctccatc cgctccggcg gcggccgcac ctactactcc 240

gacaacgtga agggccgctt caccatctcc cgcgacaact ccaagaacac cctgtacctg 300

cagatgaact ccctgcgcgc cgaggacacc gccgtgtact actgcgtgcg ctacgaccac 360

tactccggct cctccgacta ctggggccag ggcaccctgg tgaccgtgtc ctcc 414

<210> SEQ ID NO 38
<211> LENGTH: 770
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 38

Met Leu Pro Gly Leu Ala Leu Leu Leu Leu Ala Ala Trp Thr Ala Arg
1 5 10 15

Ala Leu Glu Val Pro Thr Asp Gly Asn Ala Gly Leu Leu Ala Glu Pro
20 25 30

Gln Ile Ala Met Phe Cys Gly Arg Leu Asn Met His Met Asn Val Gln
35 40 45

Asn Gly Lys Trp Asp Ser Asp Pro Ser Gly Thr Lys Thr Cys Ile Asp
50 55 60

Thr Lys Glu Gly Ile Leu Gln Tyr Cys Gln Glu Val Tyr Pro Glu Leu
65 70 75 80

Gln Ile Thr Asn Val Val Glu Ala Asn Gln Pro Val Thr Ile Gln Asn
85 90 95

Trp Cys Lys Arg Gly Arg Lys Gln Cys Lys Thr His Pro His Phe Val
100 105 110

Ile Pro Tyr Arg Cys Leu Val Gly Glu Phe Val Ser Asp Ala Leu Leu
115 120 125

Val Pro Asp Lys Cys Lys Phe Leu His Gln Glu Arg Met Asp Val Cys
130 135 140

Glu Thr His Leu His Trp His Thr Val Ala Lys Glu Thr Cys Ser Glu
145 150 155 160

Lys Ser Thr Asn Leu His Asp Tyr Gly Met Leu Leu Pro Cys Gly Ile
165 170 175

Asp Lys Phe Arg Gly Val Glu Phe Val Cys Cys Pro Leu Ala Glu Glu
180 185 190

-continued

```
Ser Asp Asn Val Asp Ser Ala Asp Ala Glu Glu Asp Asp Ser Asp Val
        195                 200                 205

Trp Trp Gly Gly Ala Asp Thr Asp Tyr Ala Asp Gly Ser Glu Asp Lys
    210                 215                 220

Val Val Glu Val Ala Glu Glu Glu Glu Val Ala Glu Val Glu Glu Glu
225                 230                 235                 240

Glu Ala Asp Asp Asp Glu Asp Asp Glu Asp Gly Asp Glu Val Glu Glu
                245                 250                 255

Glu Ala Glu Glu Pro Tyr Glu Glu Ala Thr Glu Arg Thr Thr Ser Ile
            260                 265                 270

Ala Thr Thr Thr Thr Thr Thr Thr Glu Ser Val Glu Glu Val Val Arg
        275                 280                 285

Glu Val Cys Ser Glu Gln Ala Glu Thr Gly Pro Cys Arg Ala Met Ile
    290                 295                 300

Ser Arg Trp Tyr Phe Asp Val Thr Glu Gly Lys Cys Ala Pro Phe Phe
305                 310                 315                 320

Tyr Gly Gly Cys Gly Gly Asn Arg Asn Asn Phe Asp Thr Glu Glu Tyr
                325                 330                 335

Cys Met Ala Val Cys Gly Ser Ala Met Ser Gln Ser Leu Leu Lys Thr
            340                 345                 350

Thr Gln Glu Pro Leu Ala Arg Asp Pro Val Lys Leu Pro Thr Thr Ala
        355                 360                 365

Ala Ser Thr Pro Asp Ala Val Asp Lys Tyr Leu Glu Thr Pro Gly Asp
    370                 375                 380

Glu Asn Glu His Ala His Phe Gln Lys Ala Lys Glu Arg Leu Glu Ala
385                 390                 395                 400

Lys His Arg Glu Arg Met Ser Gln Val Met Arg Glu Trp Glu Glu Ala
                405                 410                 415

Glu Arg Gln Ala Lys Asn Leu Pro Lys Ala Asp Lys Lys Ala Val Ile
            420                 425                 430

Gln His Phe Gln Glu Lys Val Glu Ser Leu Glu Gln Glu Ala Ala Asn
        435                 440                 445

Glu Arg Gln Gln Leu Val Glu Thr His Met Ala Arg Val Glu Ala Met
    450                 455                 460

Leu Asn Asp Arg Arg Arg Leu Ala Leu Glu Asn Tyr Ile Thr Ala Leu
465                 470                 475                 480

Gln Ala Val Pro Pro Arg Pro Arg His Val Phe Asn Met Leu Lys Lys
                485                 490                 495

Tyr Val Arg Ala Glu Gln Lys Asp Arg Gln His Thr Leu Lys His Phe
            500                 505                 510

Glu His Val Arg Met Val Asp Pro Lys Lys Ala Ala Gln Ile Arg Ser
        515                 520                 525

Gln Val Met Thr His Leu Arg Val Ile Tyr Glu Arg Met Asn Gln Ser
    530                 535                 540

Leu Ser Leu Leu Tyr Asn Val Pro Ala Val Ala Glu Glu Ile Gln Asp
545                 550                 555                 560

Glu Val Asp Glu Leu Leu Gln Lys Glu Gln Asn Tyr Ser Asp Asp Val
                565                 570                 575

Leu Ala Asn Met Ile Ser Glu Pro Arg Ile Ser Tyr Gly Asn Asp Ala
            580                 585                 590

Leu Met Pro Ser Leu Thr Glu Thr Lys Thr Thr Val Glu Leu Leu Pro
        595                 600                 605

Val Asn Gly Glu Phe Ser Leu Asp Asp Leu Gln Pro Trp His Ser Phe
```

-continued

```
    610                 615                 620

Gly Ala Asp Ser Val Pro Ala Asn Thr Glu Asn Glu Val Glu Pro Val
625                 630                 635                 640

Asp Ala Arg Pro Ala Ala Asp Arg Gly Leu Thr Thr Arg Pro Gly Ser
                645                 650                 655

Gly Leu Thr Asn Ile Lys Thr Glu Glu Ile Ser Glu Val Lys Met Asp
            660                 665                 670

Ala Glu Phe Arg His Asp Ser Gly Tyr Glu Val His His Gln Lys Leu
        675                 680                 685

Val Phe Phe Ala Glu Asp Val Gly Ser Asn Lys Gly Ala Ile Ile Gly
    690                 695                 700

Leu Met Val Gly Gly Val Val Ile Ala Thr Val Ile Val Ile Thr Leu
705                 710                 715                 720

Val Met Leu Lys Lys Lys Gln Tyr Thr Ser Ile His His Gly Val Val
                725                 730                 735

Glu Val Asp Ala Ala Val Thr Pro Glu Glu Arg His Leu Ser Lys Met
            740                 745                 750

Gln Gln Asn Gly Tyr Glu Asn Pro Thr Tyr Lys Phe Phe Glu Gln Met
        755                 760                 765

Gln Asn
    770
```

<210> SEQ ID NO 39
<211> LENGTH: 40
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 39

actagtcgac atgaagttgc ctgttaggct gttggtgctg 40

<210> SEQ ID NO 40
<211> LENGTH: 39
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 40

actagtcgac atggagwcag acacactcct gytatgggt 39

<210> SEQ ID NO 41
<211> LENGTH: 40
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 41

actagtcgac atgagtgtgc tcactcaggt cctggsgttg 40

<210> SEQ ID NO 42
<211> LENGTH: 43
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 42

actagtcgac atgaggrccc ctgctcagwt tyttggmwtc ttg 43

-continued

<210> SEQ ID NO 43
<211> LENGTH: 40
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 43

actagtcgac atggatttwc aggtgcagat twtcagcttc 40

<210> SEQ ID NO 44
<211> LENGTH: 37
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 44

actagtcgac atgaggtkcy ytgytsagyt yctgrgg 37

<210> SEQ ID NO 45
<211> LENGTH: 41
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 45

actagtcgac atgggcwtca agatggagtc acakwyycwg g 41

<210> SEQ ID NO 46
<211> LENGTH: 41
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 46

actagtcgac atgtggggay ctktttycmm tttttcaatt g 41

<210> SEQ ID NO 47
<211> LENGTH: 35
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 47

actagtcgac atggtrtccw casctcagtt ccttg 35

<210> SEQ ID NO 48
<211> LENGTH: 37
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 48

actagtcgac atgtatatat gtttgttgtc tatttct 37

<210> SEQ ID NO 49
<211> LENGTH: 38
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:

-continued

<223> OTHER INFORMATION: primer

<400> SEQUENCE: 49

actagtcgac atggaagccc cagctcagct tctcttcc 38

<210> SEQ ID NO 50
<211> LENGTH: 27
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 50

ggatcccggg tggatggtgg gaagatg 27

<210> SEQ ID NO 51
<211> LENGTH: 37
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 51

actagtcgac atgaaatgca gctgggtcat sttcttc 37

<210> SEQ ID NO 52
<211> LENGTH: 36
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 52

actagtcgac atgggatgga gctrtatcat sytctt 36

<210> SEQ ID NO 53
<211> LENGTH: 37
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 53

actagtcgac atgaagwtgt ggttaaactg ggtttt 37

<210> SEQ ID NO 54
<211> LENGTH: 35
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 54

actagtcgac atgractttg ggytcagctt grttt 35

<210> SEQ ID NO 55
<211> LENGTH: 40
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 55

actagtcgac atggactcca ggctcaattt agttttcctt 40

-continued

<210> SEQ ID NO 56
<211> LENGTH: 37
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 56

actagtcgac atggctgtcy trgsgctrct cttctgc 37

<210> SEQ ID NO 57
<211> LENGTH: 36
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 57

actagtcgac atggratgga gckggrtctt tmtctt 36

<210> SEQ ID NO 58
<211> LENGTH: 33
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 58

actagtcgac atgagagtgc tgattctttt gtg 33

<210> SEQ ID NO 59
<211> LENGTH: 40
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 59

actagtcgac atggmttggg tgtggamctt gctattcctg 40

<210> SEQ ID NO 60
<211> LENGTH: 37
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 60

actagtcgac atgggcagac ttacattctc attcctg 37

<210> SEQ ID NO 61
<211> LENGTH: 38
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 61

actagtcgac atggattttg ggctgatttt ttttattg 38

<210> SEQ ID NO 62
<211> LENGTH: 37
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

-continued

```
<400> SEQUENCE: 62

actagtcgac atgatggtgt taagtcttct gtacctg                          37

<210> SEQ ID NO 63
<211> LENGTH: 27
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: primer

<400> SEQUENCE: 63

ggatcccggg agtggataga ctgatgg                                     27
```

We claim:

**1**. A humanized immunoglobulin which specifically binds beta amyloid peptide (Aβ), or antigen binding fragment thereof, the humanized immunoglobulin or antigen binding fragment comprising a light chain comprising

(i) the variable region complementarity determining regions (CDRs) from the 3D6 immunoglobulin light chain variable region sequence set forth as SEQ ID NO:2, and

(ii) a variable framework region from a human acceptor immunoglobulin light chain, provided that at least three framework residues selected from the group consisting of L1, L2, L36 and L46 (Kabat numbering convention) are substituted with the corresponding amino acid residues from the mouse 3D6 light chain variable region sequence.

**2**. The humanized immunoglobulin or antigen binding fragment of claim **1**, wherein the human acceptor light chain is of the subtype kappa II (Kabat convention).

**3**. The humanized immunoglobulin or antigen binding fragment of claim **2**, wherein the human acceptor light chain is selected from the group consisting of Kabat ID 019230, Kabat ID 005131, Kabat ID 005058, Kabat ID 005057, Kabat ID 005059, Kabat ID U21040 and Kabat ID U41645.

**4**. The humanized immunoglobulin or antigen binding fragment of claim **3**, wherein the human acceptor light chain is Kabat ID 019230.

**5**. The humanized immunoglobulin or antigen binding fragment of claim **1**, wherein the light chain variable region comprises at least one rare human framework residue and wherein the rare human framework residue is substituted with an amino acid residue which is common for human variable light chain sequences at that position.

**6**. The humanized immunoglobulin or antigen binding fragment of claim **5**, wherein the rare framework residue is selected based on occurrence at that position in less than 10% of human light chain variable region sequences in the light chain variable region subgroup, and the common residue is selected based on an occurrence at that position in greater than 50% of sequences in the light chain variable region subgroup.

**7**. The humanized immunoglobulin or antigen binding fragment of claim **1**, wherein the light chain variable region comprises at least one rare human framework residue and wherein the rare human framework residue is substituted with a corresponding amino acid residue from a germline variable light chain sequence.

**8**. The humanized immunoglobulin or antigen binding fragment of claim **7**, wherein the germline variable light chain sequence is selected from the group consisting of A1, A17, A18, A2, and A19.

**9**. A pharmaceutical composition comprising the humanized immunoglobulin or antigen binding fragment of claim 1 and a pharmaceutical carrier.

**10**. A humanized immunoglobulin which specifically binds amyloid beta peptide (Aβ), or antigen binding fragment thereof, the humanized immunoglobulin or antigen binding fragment comprising a heavy chain comprising

(i) the variable region complementarity determining regions (CDRs) from the 3D6 heavy chain variable region sequence set forth as SEQ ID NO:4, and

(ii) a variable framework region from a human acceptor immunoglobulin heavy chain, provided that at least the framework residues H49, H93 and H94 (Kabat numbering convention) are substituted with the corresponding amino acid residues from the mouse 3D6 heavy chain variable region sequence.

**11**. The humanized immunoglobulin or antigen binding fragment of claim **10**, wherein the human acceptor heavy chain is of the subtype III (Kabat convention).

**12**. The humanized immunoglobulin or antigen binding fragment of claim **11**, wherein the human acceptor heavy chain is selected from the group consisting of Kabat ID 045919, Kabat ID 000459, Kabat ID 000553, Kabat ID 000386 and Kabat ID M23691.

**13**. The humanized immunoglobulin or antigen binding fragment of claim **12**, wherein the human acceptor heavy chain is Kabat ID 045919.

**14**. The humanized immunoglobulin or antigen binding fragment of claim **10**, wherein the heavy chain variable region comprises at least one rare human framework residue and wherein the rare human framework residue is substituted with an amino acid residue which is common for human variable heavy chain sequences at that position.

**15**. The humanized immunoglobulin or antigen binding fragment of claim **14**, wherein the rare framework residue is selected based on occurrence at that position in less than 10% of human heavy chain variable region sequences in the heavy chain variable region subgroup, and the common residue is selected based on an occurrence at that position in greater than 50% of sequences in the heavy chain variable region subgroup.

**16**. The humanized immunoglobulin or antigen binding fragment of claim **10**, wherein the heavy chain variable region comprises at least one rare human framework residue and wherein the rare human framework residue is substi-

tuted with a corresponding amino acid residue from a germline variable heavy chain sequence.

**17**. The humanized immunoglobulin or antigen binding fragment of claim **16**, wherein the germline variable heavy chain sequence is selected from the group consisting of VH3-48, VH3-23, VH3-7, VH3-21 and VH3-11.

**18**. The humanized immunoglobulin or antigen binding fragment of claim **17**, wherein the germline variable heavy chain sequence is VH3-23.

**19**. A pharmaceutical composition comprising the humanized immunoglobulin or antigen binding fragment of claim **10** and a pharmaceutical carrier.

**20**. A humanized immunoglobulin which specifically binds beta amyloid peptide (Aβ), or antigen binding fragment thereof, the humanized immunoglobulin or antigen binding fragment comprising a light chain comprising the complementarity determining regions (CDRs) and variable region framework residues L1, L2, L36 and L46 (Kabat numbering convention) from the monoclonal antibody 3D6 light chain, wherein the remainder of the light chain is from a human immunoglobulin.

**21**. The humanized immunoglobulin or antigen binding fragment of claim **20**, wherein the human acceptor light chain is of the subtype kappa II (Kabat convention).

**22**. The humanized immunoglobulin or antigen binding fragment of claim **21**, wherein the human acceptor light chain is selected from the group consisting of Kabat ID 019230, Kabat ID 005131, Kabat ID 005058, Kabat ID 005057, Kabat ID 005059, Kabat ID U21040 and Kabat ID U41645.

**23**. The humanized immunoglobulin or antigen binding fragment of claim **22**, wherein the human acceptor light chain is Kabat ID 019230.

**24**. The humanized immunoglobulin or antigen binding fragment of claim **20**, wherein the light chain variable region comprises at least one rare human framework residue and wherein the rare human framework residue is substituted with an amino acid residue which is common for human variable light chain sequences at that position.

**25**. The humanized immunoglobulin or antigen binding fragment of claim **24**, wherein the rare framework residue is selected based on occurrence at that position in less than 10% of human light chain variable region sequences in the light chain variable region subgroup, and the common residue is selected based on an occurrence at that position in greater than 50% of sequences in the light chain variable region subgroup.

**26**. A pharmaceutical composition comprising the humanized immunoglobulin or antigen binding fragment of claim **24** and a pharmaceutical carrier.

**27**. The humanized immunoglobulin or antigen binding fragment of claim **20**, wherein the light chain variable region comprises at least one rare human framework residue and wherein the rare human framework residue is substituted with a corresponding amino acid residue from a germline variable light chain sequence.

**28**. The humanized immunoglobulin or antigen binding fragment of claim **27**, wherein the germline variable light chain sequence is selected from the group consisting of A1, A17, A18, A2, and A19.

**29**. A pharmaceutical composition comprising the humanized immunoglobulin or antigen binding fragment of claim **27** and a pharmaceutical carrier.

**30**. A pharmaceutical composition comprising the humanized immunoglobulin or antigen binding fragment of claim **20** and a pharmaceutical carrier.

**31**. A humanized immunoglobulin which specifically binds beta amyloid peptide (Aβ), or antigen binding fragment thereof, the humanized immunoglobulin or antigen binding fragment comprising a heavy chain comprising the complementarity determining regions (CDRs) and variable region framework residues H49, H93 and H94 (Kabat numbering convention) from the monoclonal antibody 3D6 heavy chain, wherein the remainder of the heavy chain is from a human immunoglobulin.

**32**. The humanized immunoglobulin or antigen binding fragment of claim **31**, wherein the human acceptor heavy chain is of the subtype III (Kabat convention).

**33**. The humanized immunoglobulin or antigen binding fragment of claim **32**, wherein the human acceptor heavy chain is selected from the group consisting of Kabat ID 045919, Kabat ID 000459, Kabat ID 000553, Kabat ID 000386 and Kabat ID M23691.

**34**. The humanized immunoglobulin or antigen binding fragment of claim **33**, wherein the human acceptor heavy chain is Kabat ID 045919.

**35**. The humanized immunoglobulin or antigen binding fragment of claim **31**, wherein the heavy chain variable region comprises at least one rare human framework residue and wherein the rare human framework residue is substituted with a corresponding amino acid residue from a germline variable heavy chain sequence.

**36**. The humanized immunoglobulin or antigen binding fragment of claim **35**, wherein the germline variable heavy chain sequence is selected from the group consisting of VH3-48, VH3-23, VH3-7, VH3-21 and VH3-11.

**37**. The humanized immunoglobulin or antigen binding fragment of claim **36**, wherein the germline variable heavy chain sequence is VH3-23.

**38**. A pharmaceutical composition comprising the humanized immunoglobulin or antigen binding fragment of claim **35** and a pharmaceutical carrier.

**39**. The humanized immunoglobulin or antigen binding fragment of claim **31**, wherein the heavy chain variable region comprises at least one rare human framework residue and wherein the rare human framework residue is substituted with an amino acid residue which is common for human variable heavy chain sequences at that position.

**40**. The humanized immunoglobulin or antigen binding fragment of claim **39**, wherein the rare framework residue is selected based on occurrence at that position in less than 10% of human heavy chain variable region sequences in the heavy chain variable region subgroup, and the common residue is selected based on an occurrence at that position in greater than 50% of sequences in the heavy chain variable region subgroup.

**41**. A pharmaceutical composition comprising the humanized immunoglobulin or antigen binding fragment of claim **39** and a pharmaceutical carrier.

**42**. A pharmaceutical composition comprising the humanized immunoglobulin or antigen binding fragment of claim **31** and a pharmaceutical carrier.

**43**. A humanized immunoglobulin which specifically binds beta amyloid peptide, or antigen binding fragment thereof, the humanized immunoglobulin or antigen binding fragment comprising a light chain selected from the group consisting of:

(a) a light chain comprising the variable region complementarity determining regions (CDRs) from the 3D6 immunoglobulin light chain variable region sequence set forth as SEQ ID NO:2, and a variable framework region from a human acceptor immunoglobulin light chain, provided that at least three framework residues

selected from the group consisting of L1, L2, L36 and L46 (Kabat numbering convention) are substituted with the corresponding amino acid residues from the mouse 3D6 light chain variable region sequence;

(b) a light chain comprising the complementarity determining regions (CDRs) and variable region framework residues L1, L2, L36 and L46 (Kabat numbering convention) from the monoclonal antibody 3D6 light chain, wherein the remainder of the light chain is from a human immunoglobulin; and

(c) a light chain comprising the complementarity determining regions (CDRs) and variable region framework residues L2, L36 and L46 (Kabat numbering convention) from the monoclonal antibody 3D6 light chain, wherein the remainder of the light chain is from a human immunoglobulin,

and a heavy chain selected from the group consisting of:

(a) a heavy chain comprising the variable region complementarity determining regions (CDRs) from the 3D6 heavy chain variable region sequence set forth as SEQ ID NO:4, and a variable framework region from a human acceptor immunoglobulin heavy chain, provided that at least the framework residues H49, H93 and H94 (Kabat numbering convention) are substituted with the corresponding amino acid residues from the mouse 3D6 heavy chain variable region sequence; and

(b) a heavy chain comprising the complementarity determining regions (CDRs) and variable framework residues H49, H93 and H94 (Kabat numbering convention) from the monoclonal antibody 3D6 heavy chain, wherein the remainder of the heavy chain is from a human immunoglobulin.

44. The humanized immunoglobulin or antigen binding fragment of claim 43, which specifically binds to beta amyloid peptide (Aβ) with a binding affinity of at least $10^7$ $M^{-1}$.

45. The humanized immunoglobulin or antigen binding fragment of claim 43, which specifically binds to beta amyloid peptide (Aβ) with a binding affinity of at least $10^8$ $M^{-1}$.

46. The humanized immunoglobulin or antigen binding fragment of claim 43, which specifically binds to beta amyloid peptide (Aβ) with a binding affinity of at least $10^9$ $M^{-1}$.

47. The humanized immunoglobulin or antigen binding fragment of claim 43, wherein the heavy chain isotype is γ1.

48. A pharmaceutical composition comprising the humanized immunoglobulin or antigen binding fragment of claim 47 and a pharmaceutical carrier.

49. The humanized immunoglobulin or antigen binding fragment of claim 43, which binds to both soluble beta amyloid peptide (Aβ) and aggregated Aβ.

50. The humanized immunoglobulin or antigen binding fragment of claim 49, wherein the soluble beta amyloid peptide (Aβ) is disaggregated Aβ.

51. The humanized immunoglobulin or antigen binding fragment of claim 43, which mediates phagocytosis of beta amyloid peptide (Aβ).

52. The humanized immunoglobulin or antigen binding fragment of claim 43, which crosses the blood-brain barrier in a subject.

53. The humanized immunoglobulin or antigen binding fragment of claim 43, which reduces both beta amyloid peptide (Aβ) burden and neuritic dystrophy in a subject.

54. A pharmaceutical composition comprising the humanized immunoglobulin or antigen binding fragment of claim 43 and a pharmaceutical carrier.

55. A humanized immunoglobulin which specifically binds to beta amyloid peptide (Aβ), or antigen binding fragment thereof, the humanized immunoglobulin or antigen binding fragment comprising a light chain comprising the complementarity determining regions (CDRs) and variable region framework residues L2, L36 and L46 (Kabat numbering convention) from the monoclonal antibody 3D6 light chain, wherein the remainder of the light chain is from a human immunoglobulin.

56. A pharmaceutical composition comprising the humanized immunoglobulin or antigen binding fragment of claim 55 and a pharmaceutical carrier.

57. The humanized immunoglobulin or antigen binding fragment of claim 55, wherein the human acceptor light chain is of the subtype kappa II (Kabat convention).

58. The humanized immunoglobulin or antigen binding fragment of claim 57, wherein the human acceptor light chain is selected from the group consisting of Kabat ID 019230, Kabat ID 005131, Kabat ID 005058, Kabat 005057, Kabat ID 005059, Kabat ID U21040 and Kabat ID U41645.

59. The humanized immunoglobulin or antigen binding fragment of claim 58, wherein the human acceptor light chain is Kabat ID 019230.

60. The humanized immunoglobulin or antigen binding fragment of claim 55, wherein the light chain variable region comprises at least one rare human framework residue and wherein the rare human framework residue is substituted with an amino acid residue which is common for human variable light chain sequences at that position.

61. The humanized immunoglobulin or antigen binding fragment of claim 60, wherein the rare framework residue is selected based on occurrence at that position in less than 10% of human light chain variable region sequences in the light chain variable region subgroup, and the common residue is selected based on an occurrence at that position in greater than 50% of sequences in the light chain variable region subgroup.

62. The humanized immunoglobulin or antigen binding fragment of claim 55, wherein the light chain variable region comprises at least one rare human framework residue and wherein the rare human framework residue is substituted with a corresponding amino acid residue from a germline variable light chain sequence.

63. The humanized immunoglobulin or antigen binding fragment of claim 62, wherein the germline variable light chain sequence is selected from the group consisting of A1, A17, A18, A2, and A19.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 7,189,819 B2
APPLICATION NO. : 10/010942
DATED : March 13, 2007
INVENTOR(S) : Basi et al.

Page 1 of 1

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On the title page,

[*] Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 USC 154(b) by (423) days

Delete the phrase "by 423" and insert -- by 492 days--

Signed and Sealed this

First Day of May, 2007

Jon W. Dudas

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

# Exhibit C

Rightfax 11/21/ 6:17 PAGE 002/004 Fax Server

304-US-NEW
10/010,942

**UNITED STATES PATENT AND TRADEMARK OFFICE**

UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND
DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

NOVEMBER 21, 2006

PTAS

*700297464A*

*700297464A*

AMY E. MANDRAGOURAS, ESQ.
LAHIVE & COCKFIELD, LLP
ONE POST OFFICE SQUARE
BOSTON, MASSACHUSETTS 02109-2127

DOCKETED
11/28/06
PS

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF THE U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE MICROFILM COPY IS AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM. IF YOU SHOULD FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 571-272-3350. PLEASE SEND REQUEST FOR CORRECTION TO: U.S. PATENT AND TRADEMARK OFFICE, MAIL STOP: ASSIGNMENT SERVICES BRANCH, P.O. BOX 1450, ALEXANDRIA, VA 22313.

RECORDATION DATE: 11/16/2006 REEL/FRAME: 018541/0153
NUMBER OF PAGES: 4

BRIEF: ASSIGNMENT OF ASSIGNOR'S INTEREST (SEE DOCUMENT FOR DETAILS).

ASSIGNOR:
NEURALAB LIMITED DOC DATE: 08/28/2006

ASSIGNEE:
ELAN PHARMA INTERNATIONAL LIMITED
MONKSLAND, ATHLONE
COUNTY WESTMEATH, IRELAND

SERIAL NUMBER: 10010942 FILING DATE: 12/06/2001
PATENT NUMBER: ISSUE DATE:
TITLE: HUMANIZED ANTIBODIES THAT RECOGNIZE BETA AMYLOID PEPTIDE

ENTERED
RECEIVED
LAHIVE & COCKFIELD
DOCKET DEPT.
NOV 22 2006
RETRIEVED: ____
FORWARDED: ____

304-US-NEW
ELN-002

# ASSIGNMENT

THIS ASSIGNMENT, by NEURALAB LIMITED, a company incorporated under the laws of BERMUDA and having its principal place of business 102 ST. JAMES COURT, FLATTS, SMITHS FL04, BERMUDA (hereinafter referred to as "the Assignor"), witnesseth:

WHEREAS, by virtue of an Assignment (recorded in the United States Patent and Trademark Office, at reel 013151 frame 0412), the Assignor is the owner of a joint right, title, and interest of the invention set forth as follows:

Title of Invention: HUMANIZED ANTIBODIES THAT RECOGNIZE BETA AMYLOID PEPTIDE

Filing Date: December 6, 2001

Application No.: 10/010,942

WHEREAS, ELAN PHARMA INTERNATIONAL LIMITED, a private limited company incorporated under the laws of Ireland, and having its registered office at MONKSLAND, ATHLONE, COUNTY WESTMEATH, IRELAND (hereinafter referred to as "the Assignee"), pursuant to a Deed of Agreement dated as of November 26, 2005 (hereinafter referred to as "the EPIL Agreement"), between Assignor and Assignee, has acquired the Assignor's right, title, and interest in and to said invention and the right, title and interest in and to any applications, including provisional applications, for Letters Patent of the United States or other countries claiming priority to said applications, and in and to any Letters Patent or Patents of any country, to be obtained therefor and thereon;

NOW, THEREFORE, pursuant to the EPIL Agreement, for good and sufficient consideration, the receipt of which is hereby acknowledged, Assignor has sold, assigned, transferred, and set over, and by these presents does sell, assign, transfer, and set over unto the Assignee, and Assignee's successors, legal representatives, and assigns, all of the Assignor's joint right, title, and interest in and to the above-mentioned invention, the right to file joint applications on said invention and the joint right, title and interest in and to any applications, including provisional applications, for Letters Patent of the United States or other countries claiming priority to said applications, and any and all Letters Patent or Patents of the United States of America and all foreign countries that have been or may be granted therefor and thereon, and in and to any and all applications claiming priority to said applications, divisions, renewals, substitutions, conversions, continuations, and continuations-in-part of said applications, and reissues, prolongations and extensions of said Letters Patent or Patents, and all rights under the International Convention for the Protection of Industrial Property, the same to be held and enjoyed by the Assignee and, for its own use and behalf and the use and behalf of its successors, legal representatives, and assigns, to the full end of the term or terms for which Letters Patent or Patents may be granted as fully and entirely as the same would have been held and enjoyed by the Assignor had its sale and assignment not been made;

Serial No. 10/010942

ELN-002
(00304-US-NEW)

AND for the same consideration, the Assignor hereby covenants and agrees to and with the Assignee, their successors, legal representatives, and assigns, that the Assignor will, whenever counsel of the Assignee, or the counsel of their successors, legal representatives, and assigns, shall advise that any proceeding in connection with said invention or said applications for Letters Patent or Patents, or any proceeding in connection with Letters Patent or Patents for said inventions in any country, including interference proceedings, is lawful and desirable, or that any application claiming priority to said application, division, continuation, continuation-in-part, substitution or conversion of any applications for Letters Patent or Patents, or any reissue, prolongation or extension of any Letters Patent or Patents to be obtained thereon, is lawful and desirable, sign all papers and documents, take all lawful oaths, and do all acts necessary or required to be done for the procurement, maintenance, enforcement and defense of Letters Patent or Patents for said inventions, without charge to the Assignee, its successors, legal representatives, and assigns, but at the cost and expense of the Assignee, its successors, legal representatives, and assigns;

AND the Assignor hereby requests the Commissioner of Patents to issue any and all said Letters Patent or Patents of the United States to the Assignee as the joint Assignee of said invention and the Letters Patent or Patents issued and to be issued thereon for the joint use and behalf of the Assignee, its successors, legal representatives, and assigns.

IN TESTIMONY WHEREOF, Assignor has signed its name on the date indicated.

NEURALAB LIMITED

Date: August 28, 2006

By: [signature]

Name: Kevin Insley

Title: President, Chief Financial Officer

Serial No. 10/010942

ELN-002
(00304-US-NEW)

~~State of~~ ) HAMILTON
) ss.
~~County of~~ ) BERMUDA

On AUGUST 28, 2001 before me, D J DOYLE
Name of Notary Public

Personally appeared KEVIN INSLEY.
Name(s) of Signer(s)

☑ personally known to me
☐ proved to me on the basis of satisfactory evidence

to be the person~~(s)~~ whose name~~(s)~~ is/~~are~~ subscribed to the within instrument and acknowledged to me that he/~~she/they~~ executed the same in his/~~her/their~~ authorized capacity~~(ies)~~, and that by his/~~her/their~~ signature~~(s)~~ on the instrument the person~~(s)~~, or the entity upon behalf of which the person~~(s)~~ acted, executed the instrument.

WITNESS my hand and official seal.

Signature of Notary Public

David J. Doyle J.P.
Notary Public and
Commissioner for Oaths
Conyers Dill & Pearman
Clarendon House
2 Church Street, Hamilton 11
Bermuda
441-295-1422







304 US-New
10/010,042

**UNITED STATES PATENT AND TRADEMARK OFFICE**

UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND
DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

AUGUST 24, 2006

PTAS

*700283046A*

*700283046A*

AMY E. MANDRAGOURAS
LAHIVE & COCKFIELD, LLP
28 STATE STREET
BOSTON, MA 02109

DOCKETED 8/31/06

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF THE U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE MICROFILM COPY IS AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM. IF YOU SHOULD FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 571-272-3350. PLEASE SEND REQUEST FOR CORRECTION TO: U.S. PATENT AND TRADEMARK OFFICE, MAIL STOP: ASSIGNMENT SERVICES BRANCH, P.O. BOX 1450, ALEXANDRIA, VA 22313.

RECORDATION DATE: 08/22/2006 REEL/FRAME: 018164/0577
NUMBER OF PAGES: 7

BRIEF: CORRECTIVE ASSIGNMENT TO LIST JOINT RECEIVING PARTIES AS LISTED IN THE ASSIGNMENT DOCUMENT PREVIOUSLY RECORDED AT REEL 013151 FRAME 0412. ASSIGNOR CONFIRMS THE ASSIGNMENT.
DOCKET NUMBER: ELN-002 AND ELN-002-1

ASSIGNOR:
NEURALAB LIMITED DOC DATE: 09/13/2002

ASSIGNEE:
NEURALAB LIMITED
102 ST. JAMES COURT
FLATTS SMITHS, BERMUDA FL04

ASSIGNEE:
WYETH
FIVE GIRALDA FARMS
MADISON, NEW JERSEY 07940

## ASSIGNMENT

THIS ASSIGNMENT, by NEURALAB LIMITED, a corporation duly organized under and pursuant to the laws of BERMUDA and having its principal place of business at 102 ST. JAMES COURT, FLATTS, SMITHS FL04, BERMUDA (hereinafter referred to as "the Assignor"), witnesseth:

WHEREAS, by virtue of an Assignment submitted on even date herewith for recordation in the United States Patent and Trademark Office, the Assignor is the owner of the entire right, title and interest of the invention set forth as follows:

Title of Invention: *Humanized Antibodies that Recognize Beta Amyloid Peptide*
Filing Date: December 6, 2001
Application No.: 10/010942

WHEREAS Wyeth, a corporation duly organized under and pursuant to the laws of DELAWARE and having its principal place of business at 5 GIRALDA FARMS, MADISON, NEW JERSEY 07940, pursuant to a RESEARCH, DEVELOPMENT AND COMMERCIALIZATION AGREEMENT dated March 17, 2000, (hereinafter referred to as "the Wyeth Agreement"), between AMERICAN HOME PRODUCTS CORPORATION acting through AMERICAN HOME PRODUCTS CORPORATION'S WYETH-AYERST LABORATORIES DIVISION (now collectively known as Wyeth, hereinafter referred to as "the Assignee") and NEURALAB LIMITED,

has acquired a joint right, title, and interest in and to said invention and a joint right, title and interest in and to any applications, including provisional applications, for Letters Patent of the United States or other countries claiming priority to said applications, and in and to any Letters Patent or Patents of any country, to be obtained therefor and thereon;

NOW, THEREFORE, pursuant to the Wyeth Agreement, for good and sufficient consideration, the receipt of which is hereby acknowledged, Assignor has sold, assigned, transferred, and set over, and by these presents does sell, assign, transfer, and set over unto the Assignee, and Assignee's successors, legal representatives, and assigns, a joint right, title, and interest in and to the above-mentioned invention, a joint right to file applications on said invention and a joint right, title and interest in and to any applications, including provisional applications, for Letters Patent of the United States or other countries claiming priority to said applications, and any and all Letters Patent or Patents of the United States of America and all foreign countries that have been or may be granted therefor and thereon, and in and to any and all applications claiming priority to said applications, divisions, renewals, substitutions, conversions, continuations, and continuations-in-part of said applications, and reissues, prolongations and extensions of said Letters Patent or Patents, and all rights under the International Convention for the Protection of Industrial Property, the same to be held and enjoyed jointly by the Assignor and Assignee, for their own use and behalf and the use and behalf of their respective successors, legal representatives, and assigns, to the full end of the term or terms for which Letters Patent or Patents may be granted as fully and entirely as the same would

  have been held and enjoyed soley by the Assignor had its sale and assignment not been made,

AND the Assignor hereby requests the Commissioner of Patents to issue any and all said Letters Patent or Patents of the United States to the Assignor and Assignees and the Letters Patent or Patents issued and to be issued thereon for the joint use and behalf of the Assignor, its successors, legal representatives, and assigns, and the Assignee, its successors, legal representatives, and assigns.

IN TESTIMONY WHEREOF, Assignor has signed its name on the date indicated.

NEURALAB LIMITED

Date: SEPT 13, 2002

By [signature]

Type name KEVIN INSLEY

Title VICE PRESIDENT

seal

On 09:13:02 before me, D J DOYLE
Name of Notary Public

Personally appeared Kevin Insley
Name(s) of Signer(s)

☑ personally know to me
☐ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

[signature]
Signature of Notary Public

DAVID J. DOYLE, J.P.
NOTARY PUBLIC &
COMMISSIONER FOR OATHS
(TEL: 441 295 1422)
CLARENDON HOUSE
CHURCH STREET
HAMILTON







UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

304-US-NEW
10/010,942

OCTOBER 04, 2002

PTAS

LAHIVE & COCKFIELD, LLP
DEBRA J. MILASINCIC, ESQ.
28 STATE STREET
BOSTON, MA 02109

*102222290A*

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF THE U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE MICROFILM COPY IS AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM. IF YOU SHOULD FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 703-308-9723. PLEASE SEND REQUEST FOR CORRECTION TO: U.S. PATENT AND TRADEMARK OFFICE, ASSIGNMENT DIVISION, BOX ASSIGNMENTS, CG-4, 1213 JEFFERSON DAVIS HWY, SUITE 320, WASHINGTON, D.C. 20231.

RECORDATION DATE: 10/03/2002

REEL/FRAME: 013148/0882
NUMBER OF PAGES: 5

BRIEF: ASSIGNMENT OF ASSIGNOR'S INTEREST (SEE DOCUMENT FOR DETAILS).

ASSIGNOR:
ELAN PHARMACEUTICALS, INC.

DOC DATE: 09/11/2002

ASSIGNEE:
NEURALAB LIMITED
102 ST. JAMES COURT
FLATTS
SMITHS FL04, BERMUDA

SERIAL NUMBER: 60251892
PATENT NUMBER:

FILING DATE: 12/06/2000
ISSUE DATE:

SERIAL NUMBER: 10010942
PATENT NUMBER:

FILING DATE: 12/06/2001
ISSUE DATE:

SHARON BROOKS, EXAMINER
ASSIGNMENT DIVISION
OFFICE OF PUBLIC RECORDS

# ASSIGNMENT

THIS ASSIGNMENT, by ELAN PHARMACEUTICALS, INC., a corporation duly organized under and pursuant to the laws of DELAWARE, and having its principal place of business at 800 GATEWAY BOULEVARD, SOUTH SAN FRANCISCO, CALIFORNIA 94080 (hereinafter referred to as "the Assignor"), witnesseth:

WHEREAS, by virtue of an Assignment submitted on July 1, 2002 for recordation in the United States Patent and Trademark Office, the Assignor is the owner of the entire right, title and interest of the invention set forth as follows:

Title of Invention: *Humanized Antibodies that Recognize Beta Amyloid Peptide*
Filing Date: December 6, 2000
Application No.: 60/251892

WHEREAS, NEURALAB LIMITED, a corporation duly organized under and pursuant to the laws of BERMUDA, and having its principal place of business at 102 ST. JAMES COURT, FLATTS, SMITHS FL04, BERMUDA (hereinafter referred to as "the Assignee") pursuant to a Development and License Agreement dated as of January 14, 1998 (hereinafter referred to as “the Agreement”), between Elan Corporation, plc and its Affiliates (which include the Assignor) and the Assignee, has acquired the Assignor's right, title, and interest in and to said invention and the right, title and interest in and to any applications, including provisional applications, for Letters Patent of the United States or other countries claiming priority to said applications, and in and to any Letters Patent or Patents of any country, to be obtained therefor and thereon;

NOW, THEREFORE, pursuant to the Agreement, for good and sufficient consideration, the receipt of which is hereby acknowledged, Assignor has sold, assigned, transferred, and set over, and by these presents does sell, assign, transfer, and set over unto the Assignee, and Assignees' successors, legal representatives, and assigns, all of the Assignor's right, title, and interest in and to the above-mentioned invention, the right to file applications on said invention and the right, title and interest in and to any applications, including provisional applications, for Letters Patent of the United States or other countries claiming priority to said applications, and any and all Letters Patent or Patents of the United States of America and all foreign countries that have been or may be granted therefor and thereon, and in and to any and all applications claiming priority to said applications, divisions, renewals, substitutions, conversions, continuations, and continuations-in-part of said applications, and reissues, prolongations and extensions of said Letters Patent or Patents, and all rights under the International Convention for the Protection of Industrial Property, the same to be held and enjoyed by the Assignee, for its own use and behalf and the use and behalf of its successors, legal representatives, and assigns, to the full end of the term or terms for which Letters Patent or Patents may be

 

granted as fully and entirely as the same would have been held and enjoyed by the Assignor had its sale and assignment not been made,

AND the Assignor hereby requests the Commissioner of Patents to issue any and all said Letters Patent or Patents of the United States to the Assignee as the Assignee of said invention and the Letters Patent or Patents issued and to be issued thereon for the sole use and behalf of the Assignee, its successors, legal representatives, and assigns.

IN TESTIMONY WHEREOF, Assignor has signed its name on the date indicated.

ELAN PHARMACEUTICALS, INC.

Date: 09/11/2002

By [signature]

Type name Jean M. Duvall

Title Vice President, Intellectual Property

seal

FRANKLIN W. DYER
Commission # 1222474
Notary Public - California
San Mateo County
My Comm. Expires May 30, 2003

On 9/11/02 before me, FRANKLIN W. DYER
Name of Notary Public

Personally appeared JEAN M. DUVALL
Name(s) of Signer(s)

☑ personally know to me
☐ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

[signature]
Signature of Notary Public

UNITED STATES PATENT AND TRADEMARK OFFICE

304 -US-NEW
10/010,942

AUGUST 09, 2002

PTAS

Chief Information Of
Washington, DC 20
www.uspto.

LAHIVE & COCKFIELD, LLP
DEBRA J. MILASINCIC, ESQ.
28 STATE STREET
BOSTON, MA 02109

*102121039A*

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF THE U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE MICROFILM COPY IS AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM. IF YOU SHOULD FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 703-308-9723. PLEASE SEND REQUEST FOR CORRECTION TO: U.S. PATENT AND TRADEMARK OFFICE, ASSIGNMENT DIVISION, BOX ASSIGNMENTS, CG-4, 1213 JEFFERSON DAVIS HWY, SUITE 320, WASHINGTON, D.C. 20231.

RECORDATION DATE: 06/06/2002

REEL/FRAME: 012969/0848
NUMBER OF PAGES: 5

BRIEF: ASSIGNMENT OF ASSIGNOR'S INTEREST (SEE DOCUMENT FOR DETAILS).

ASSIGNOR:
BASI, GURIG
DOC DATE: 04/10/2002

ASSIGNOR:
SALDANHA, JOSE
DOC DATE: 03/07/2002

ASSIGNOR:
YEDNOCK, TED
DOC DATE: 04/10/2002

ASSIGNEE:
ELAN PHARMACEUTICALS, INC.
800 GATEWAY BOULEVARD
SAN FRANCISCO, CALIFORNIA 94080

SERIAL NUMBER: 10010942
PATENT NUMBER:

FILING DATE: 12/06/2001
ISSUE DATE:

PAULA MCCRAY, EXAMINER
ASSIGNMENT DIVISION
OFFICE OF PUBLIC RECORDS

6/6/02

Page

FORM PTO-1595
(Rev. 3/01)
OMB No. 0651-0027 (exp. 5/31/2002)

O I P E
JUN 0 6 2002
PATENT & TRADEMARK OFFICE

# RECORDATION FORM COVER SHEET
## PATENTS ONLY

06-13-2002

102121039

Tab settings ⇨⇨⇨ ▽ ▽ ELN-002 ▽

To the Honorable Commissioner of Patents and Trademarks: Please record the attached c

1. Name of conveying party(ies):

1) Guriq Basi
2) Jose Saldanha
3) Ted Yednock

Additional name(s) of conveying party(ies) attached? ❑ Yes ☒ No

2. Name and address of receiving party(ies)

Name: Elan Pharmaceuticals, Inc.

Internal Address:

Street Address: 800 Gateway Boulevard

City: San Francisco State: CA ZIP: 94080

Additional name(s) & address(es) attached? ❑ Yes ☒ No

3. Nature of conveyance

☒ Assignment ❑ Merger

❑ Security Agreement ❑ Change of Name

❑ Other

Execution Date: 1) April 10, 2002 2) March 7, 2002 3) April 10, 2002

4. Application number(s) or patent number(s):

If this document is being filed together with a new application, the execution date of the application is:

A. Patent Application No.(s)
10/010,942

B. Patent No.(s)

Additional numbers attached? ❑ Yes ☒ No

5. Name and address of party to whom correspondence concerning document should be mailed:

Name: Debra J. Milasincic, Esq.

Internal Address: Lahive & Cockfield, LLP

Street Address: 28 State Street

City: Boston State: MA ZIP: 02109

6. Total number of applications and patents involved: 1

7. Total fee (37 CFR 3.41)..........$ 40.00

❑ Enclosed

☒ Authorized to be charged to deposit account

8. Deposit account number:

12-0080

(Attach duplicate copy of this page if paying by deposit account)

DO NOT USE THIS SPACE

9. Statement and signature.

*To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.*

Debra J. Milasincic, Esq.
Reg. No. 46,931
Name of Person Signing

[signature] Signature

5/28/02 Date

Total number of pages including cover sheet, attachments, and document: 5

Mail documents to be recorded with required cover sheet information to:
Box Assignment, Director - U.S. Patents & Trademark Office
Washington, D.C. 20231

06/12/2002 LMUELLER 00000218 120080 10010942
01 FC:581 40.00 CH

# ASSIGNMENT OF PATENT APPLICATION

WHEREAS, Guriq Basi of Palo Alto, CA, Jose Saldanha of Enfield, Middlesex, United Kingdom, and Ted Yednock of Forest Knolls, CA, hereinafter referred to as "Assignors," are the inventors of the invention described and set forth in the below-identified provisional patent application:

| | |
|---|---|
| Title of Invention: | *Humanized Antibodies that Recognize Beta Amyloid Peptide* |
| Filing Date: | December 6, 2001 |
| Application No.: | 10/010,942 |

WHEREAS, Elan Pharmaceuticals, Inc., a corporation duly organized under and pursuant to the laws of DELAWARE, and having its principal place of business at 800 Gateway Blvd., South San Francisco, CA, 94080, hereinafter referred to as "ASSIGNEE," is desirous of acquiring all of Assignors' right, title, and interest in and to said invention, the right to file applications on said invention, and the right, title and interest in and to any applications, including provisional applications, for Letters Patent of the United States or other countries claiming priority to said applications, and in and to any Letters Patent or Patents, United States or foreign, to be obtained therefor and thereon;

NOW, THEREFORE, TO ALL WHOM IT MAY CONCERN: Be it known that, for good and valuable consideration, receipt of which is hereby acknowledged by Assignors, Assignors have sold, assigned, transferred, and set over, and by these presents do sell, assign, transfer, and set over unto the Assignee, and Assignees' successors, legal representatives, and assigns, all of the Assignors' right, title, and interest in and to the above-mentioned invention, the right to file applications on said invention and the right, title and interest in and to any applications, including provisional applications, for Letters Patent of the United States or other countries claiming priority to said applications, and any and all Letters Patent or Patents of the United States of America and all foreign countries that have been or may be granted therefor and thereon, and in and to any and all applications claiming priority to said applications, divisions, renewals, substitutions, conversions, continuations, and continuations-in-part of said applications, and reissues, prolongations and extensions of said Letters Patent or Patents, and all rights under the International Convention for the Protection of Industrial Property, the same to be held and enjoyed by the Assignee, for its own use and behalf and the use and behalf of its successors, legal representatives, and assigns, to the full end of the term or terms for which Letters Patent or Patents may be granted as fully and entirely as the same would have been held and enjoyed by the Assignors had its sale and assignment not been made,

AND for the same consideration, the Assignors hereby covenant and agree to and with the Assignee, its successors, legal representatives, and assigns, that the Assignors will, whenever counsel of the Assignee, or the counsel of its successors, legal representatives, and assigns, shall advise that any proceeding in connection with said invention or said applications for Letters Patent or Patents, or any proceeding in connection with Letters Patent or Patents for said inventions in any country, including interference proceedings, is lawful and desirable, or that any application claiming priority to said application, division, continuation, or continuation-in-part of any applications for Letters Patent or Patents, or any reissue or extension of any Letters Patent or Patents to be obtained thereon, is lawful and

desirable, sign all papers and documents, take all lawful oaths, and do all acts necessary or required to be done for the procurement, maintenance, enforcement and defense of Letters Patent or Patents for said inventions, without charge to the Assignee, its successors, legal representatives, and assigns, but at the cost and expense of the Assignee, its successors, legal representatives, and assigns;

THIS assignment effective December 6, 2001;

IN TESTIMONY WHEREOF, Assignor has signed their name on the date indicated.

Dated: 4/10/02

Guriq Basi (Assignor)

STATE OF California )
) ss.
COUNTY OF SAN MATEO)

On 4/10/02 before me, FRANKLIN W. DYER
Name of Notary Public

Personally appeared GURIQ BASI
Name(s) of Signer(s)

☑ personally know to me
☐ proved to me on the basis of satisfactory evidence

FRANKLIN W. DYER
Commission # 1222474
Notary Public - California
San Mateo County
My Comm. Expires May 30, 2003

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature of Notary Public

5/30/03
Commission Expires

IN TESTIMONY WHEREOF, Assignor has signed their name on the date indicated.

Dated: 07/03/02

Jose Saldanha (Assignor)

STATE OF Massachussetts )
) ss.
COUNTY OF )

On March 7, 2002 before me, Elidio Cardoso
Name of Notary Public

Personally appeared Jose Saldanha
Name(s) of Signer(s)

☐ personally know to me
☒ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature of Notary Public

September 24, 2004
Commission Expires

IN TESTIMONY WHEREOF, Assignor has signed their name on the date indicated.

Dated: 4/10/02

Ted Yednock (Assignor)

STATE OF California )
) ss.
COUNTY OF SAN MATEO )

On 4/10/02 before me, FRANKLIN W DYER
Name of Notary Public

Personally appeared Ted Yednock
Name(s) of Signer(s)

☑ personally know to me
☐ proved to me on the basis of satisfactory evidence

FRANKLIN W. DYER
Commission # 1222474
Notary Public - California
San Mateo County
My Comm. Expires May 30, 2003

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature of Notary Public

5/30/03
Commission Expires



LAHIVE & COCKFIELD LLP
COUNSELLORS AT LAW
28 STATE STREET
BOSTON, MASSACHUSETTS 02109-1784
TELEPHONE (617) 227-7400
FAX (617) 742-4214
lc@lahive.com

JOHN A. LAHIVE, JR. (1928-1997)
THOMAS V. SMURZYNSKI
RALPH A. LOREN
GIULIO A. DeCONTI, JR.
ANN LAMPORT HAMMITTE
ELIZABETH A. HANLEY
AMY BAKER MANDRAGOURAS
ANTHONY A. LAURENTANO
KEVIN J. CANNING
JANE E. REMILLARD
DeANN FORAN SMITH
PETER C. LAURO
JEANNE M. DiGIORGIO
DEBRA J. MILASINCIC, Ph.D.
DAVID J. RIKKERS
DAVID R. BURNS
JOHN S. CURRAN
SEAN D. DETWEILER

CYNTHIA L. KANIK, Ph.D.
MEGAN E. WILLIAMS, Ph.D.
RICHA NAND
MICHAEL PHILLIPPS *
LISA M. DiROCCO
HATHAWAY P. RUSSELL **
MARIA LACCOTRIPE ZACHARAKIS, Ph.D
PETER A. DiMATTIA
VINCENT P. LOCCISANO
MERIDETH C. ARNOLD

SENIOR COUNSEL
JAMES E. COCKFIELD

OF COUNSEL
JEREMIAH LYNCH
WILLIAM A. SCOFIELD, JR.
SIBLEY P. REPPERT

PATENT AGENTS
THEODORE R. WEST
SHAYNE Y. HUFF, Ph.D.
DANIEL B. KO

TECHNICAL SPECIALISTS
CYNTHIA M. SOROOS
PETER W. DINI, Ph.D.
EUIHOON LEE
JENNIFER K. ROSENFIELD
ALLAN TAMESHTIT, Ph.D.
CATHERINE E. McPHERSON
ERIC F. WAGNER, Ph.D.
SHAHID HASAN, Ph.D.
JACOB G. WEINTRAUB
JONATHAN M. SPARKS, Ph.D.
CRISTIN E. HOWLEY, Ph.D.

* Admitted in NY only
** Admitted in TX only

May 28, 2002

Box Assignment
Director – U.S. Patent and
Trademark Office
Washington, D.C. 20231

Re: U.S. Patent Application Serial No. 10/010,942
Title: *Humanized Antibodies That Recognize Beta Amyloid Peptide*
Filed: December 6, 2001
Inventors: Guriq Basi, et al.
Our Reference: ELN-002

Dear Sir:

I enclose herewith for filing in the above-identified application the following:

1. Recordation Form Cover Sheet (1 page in duplicate);
2. Executed Assignment to Elan Pharmaceuticals, Inc. (4 pages);
3. Prepaid acknowledgment postcard.

Please charge any necessary fees to our Deposit Account No. 12-0080. The undersigned requests any extensions of time necessary to respond. *A duplicate of this sheet is enclosed.*

**Certificate of First Class Mailing (37 CFR 1.8(a))**

I hereby certify that this correspondence is deposited with the United States Postal Service as first class mail in an envelope addressed to: Box Assignment, Director – U.S. Patent and Trademark Office, Washington, D.C. 20231 on:

May 28, 2002
Date

Debra J. Milasincic, Esq. Registration No. 46,931

Respectfully submitted,
LAHIVE & COCKFIELD, LLP

Debra J. Milasincic, Esq.
Registration No. 46,931
Attorney for Applicants



LAHIVE & COCKFIELD LLP

COUNSELLORS AT LAW
28 STATE STREET
BOSTON, MASSACHUSETTS 02109-1784
TELEPHONE (617) 227-7400
FAX (617) 742-4214
lc@lahive.com

JOHN A. LAHIVE, JR. (1928-1997)
THOMAS V. SMURZYNSKI
RALPH A. LOREN
GIULIO A. DeCONTI, JR.
ANN LAMPORT HAMMITTE
ELIZABETH A. HANLEY
AMY BAKER MANDRAGOURAS
ANTHONY A. LAURENTANO
KEVIN J. CANNING
JANE E. REMILLARD
DeANN FORAN SMITH
PETER C. LAURO
JEANNE M. DiGIORGIO
DEBRA J. MILASINCIC, Ph.D.
DAVID J. RIKKERS
DAVID R. BURNS
JOHN S. CURRAN
SEAN D. DETWEILER

CYNTHIA L. KANIK, Ph.D.
MEGAN E. WILLIAMS, Ph.D.
RICHA NAND
MICHAEL PHILLIPPS *
LISA M. DiROCCO
HATHAWAY P. RUSSELL **
MARIA LACCOTRIPE ZACHARAKIS, Ph.D
PETER A. DiMATTIA
VINCENT P. LOCCISANO
MERIDETH C. ARNOLD

SENIOR COUNSEL
JAMES E. COCKFIELD

OF COUNSEL
JEREMIAH LYNCH
WILLIAM A. SCOFIELD, JR.
SIBLEY P. REPPERT

PATENT AGENTS
THEODORE R. WEST
SHAYNE Y. HUFF, Ph.D.
DANIEL B. KO

TECHNICAL SPECIALISTS
CYNTHIA M. SOROOS
PETER W. DINI, Ph.D.
EUIHOON LEE
JENNIFER K. ROSENFIELD
ALLAN TAMESHTIT, Ph.D.
CATHERINE E. McPHERSON
ERIC F. WAGNER, Ph.D.
SHAHID HASAN, Ph.D.
JACOB G. WEINTRAUB
JONATHAN M. SPARKS, Ph.D.
CRISTIN E. HOWLEY, Ph.D.

* Admitted in NY only
** Admitted in TX only

May 28, 2002

Box Assignment
Director – U.S. Patent and
Trademark Office
Washington, D.C. 20231

COPY

Re: U.S. Patent Application Serial No. 10/010,942
Title: *Humanized Antibodies That Recognize Beta Amyloid Peptide*
Filed: December 6, 2001
Inventors: Guriq Basi, et al.
Our Reference: ELN-002

Dear Sir:

I enclose herewith for filing in the above-identified application the following:

1. Recordation Form Cover Sheet (1 page in duplicate);
2. Executed Assignment to Elan Pharmaceuticals, Inc. (4 pages);
3. Prepaid acknowledgment postcard.

Please charge any necessary fees to our Deposit Account No. 12-0080. The undersigned requests any extensions of time necessary to respond. *A duplicate of this sheet is enclosed.*

**Certificate of First Class Mailing (37 CFR 1.8(a))**

I hereby certify that this correspondence is deposited with the United States Postal Service as first class mail in an envelope addressed to: Box Assignment, Director – U.S. Patent and Trademark Office, Washington, D.C. 20231 on:

May 28, 2002
Date

Debra J. Milasincic, Esq. Registration No. 46,931

Respectfully submitted,

LAHIVE & COCKFIELD, LLP

Debra J. Milasincic, Esq.
Registration No. 46,931
Attorney for Applicants

304-US-CIP1
10/388,389

**UNITED STATES PATENT AND TRADEMARK OFFICE**

UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND
DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

NOVEMBER 22, 2006

PTAS

*700297484A*

*700297484A*

AMY E. MANDRAGOURAS, ESQ.
LAHIVE & COCKFIELD, LLP
ONE POST OFFICE SQUARE
BOSTON, MASSACHUSETTS 02109-2127

DOCKETED
12/05/06
PS

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF THE U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE MICROFILM COPY IS AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM. IF YOU SHOULD FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 571-272-3350. PLEASE SEND REQUEST FOR CORRECTION TO: U.S. PATENT AND TRADEMARK OFFICE, MAIL STOP: ASSIGNMENT SERVICES BRANCH, P.O. BOX 1450, ALEXANDRIA, VA 22313.

RECORDATION DATE: 11/16/2006　　REEL/FRAME: 018544/0267
NUMBER OF PAGES: 4

BRIEF: ASSIGNMENT OF ASSIGNOR'S INTEREST (SEE DOCUMENT FOR DETAILS).

ASSIGNOR:
NEURALAB LIMITED　　DOC DATE: 08/28/2006

ASSIGNEE:
ELAN PHARMA INTERNATIONAL LIMITED
MONKSLAND, ATHLONE
COUNTY WESTMEATH, IRELAND

SERIAL NUMBER: 10388389　　FILING DATE: 03/12/2003
PATENT NUMBER:　　ISSUE DATE:
TITLE: HUMANIZED ANTIBODIES THAT RECOGNIZE BETA AMYLOID PEPTIDE

ELN-0002CP

ENTERED
DOCKET DEPT.
NOV 22 2006
RETRIEVED:
FORWARDED:

304-US-CIP1
ELN-002CP

# ASSIGNMENT

THIS ASSIGNMENT, by NEURALAB LIMITED, a company incorporated under the laws of BERMUDA and having its principal place of business 102 ST. JAMES COURT, FLATTS, SMITHS FL04, BERMUDA (hereinafter referred to as "the Assignor"), witnesseth:

WHEREAS, by virtue of an Assignment (recorded in the United States Patent and Trademark Office, at reel 014696 frame 0213), the Assignor is the owner of a joint right, title, and interest of the invention set forth as follows:

Title of Invention: HUMANIZED ANTIBODIES THAT RECOGNIZE BETA AMYLOID PEPTIDE

Filing Date: March 12, 2003

Application No.: 10/388,389

WHEREAS, ELAN PHARMA INTERNATIONAL LIMITED, a private limited company incorporated under the laws of Ireland, and having its registered office at MONKSLAND, ATHLONE, COUNTY WESTMEATH, IRELAND (hereinafter referred to as "the Assignee"), pursuant to a Deed of Agreement dated as of November 26, 2005 (hereinafter referred to as "the EPIL Agreement"), between Assignor and Assignee, has acquired the Assignor's right, title, and interest in and to said invention and the right, title and interest in and to any applications, including provisional applications, for Letters Patent of the United States or other countries claiming priority to said applications, and in and to any Letters Patent or Patents of any country, to be obtained therefor and thereon;

NOW, THEREFORE, pursuant to the EPIL Agreement, for good and sufficient consideration, the receipt of which is hereby acknowledged, Assignor has sold, assigned, transferred, and set over, and by these presents does sell, assign, transfer, and set over unto the Assignee, and Assignee's successors, legal representatives, and assigns, all of the Assignor's joint right, title, and interest in and to the above-mentioned invention, the right to file joint applications on said invention and the joint right, title and interest in and to any applications, including provisional applications, for Letters Patent of the United States or other countries claiming priority to said applications, and any and all Letters Patent or Patents of the United States of America and all foreign countries that have been or may be granted therefor and thereon, and in and to any and all applications claiming priority to said applications, divisions, renewals, substitutions, conversions, continuations, and continuations-in-part of said applications, and reissues, prolongations and extensions of said Letters Patent or Patents, and all rights under the International Convention for the Protection of Industrial Property, the same to be held and enjoyed by the Assignee and, for its own use and behalf and the use and behalf of its successors, legal representatives, and assigns, to the full end of the term or terms for which Letters Patent or Patents may be granted as fully and entirely as the same would have been held and enjoyed by the Assignor had its sale and assignment not been made;

AND for the same consideration, the Assignor hereby covenants and agrees to and with the Assignee, their successors, legal representatives, and assigns, that the Assignor will, whenever counsel of the Assignee, or the counsel of their successors, legal representatives, and assigns, shall advise that any proceeding in connection with said invention or said applications for Letters Patent or Patents, or any proceeding in connection with Letters Patent or Patents for said inventions in any country, including interference proceedings, is lawful and desirable, or that any application claiming priority to said application, division, continuation, continuation-in-part, substitution or conversion of any applications for Letters Patent or Patents, or any reissue, prolongation or extension of any Letters Patent or Patents to be obtained thereon, is lawful and desirable, sign all papers and documents, take all lawful oaths, and do all acts necessary or required to be done for the procurement, maintenance, enforcement and defense of Letters Patent or Patents for said inventions, without charge to the Assignee, its successors, legal representatives, and assigns, but at the cost and expense of the Assignee, its successors, legal representatives, and assigns;

AND the Assignor hereby requests the Commissioner of Patents to issue any and all said Letters Patent or Patents of the United States to the Assignee as the joint Assignee of said invention and the Letters Patent or Patents issued and to be issued thereon for the joint use and behalf of the Assignee, its successors, legal representatives, and assigns.

IN TESTIMONY WHEREOF, Assignor has signed its name on the date indicated.

NEURALAB LIMITED

Date: August 28, 2006

By: [signature]

Name: Kevin Insley

Title: President, Chief Financial Officer

Serial No. 10/388,389

ELN-002CP
(00304-US-CIP1)

~~State of~~ ) HAMILTON
) ss.
~~County of~~ ) BERMUDA.

On AUGUST 28, 2006 before me, D J DOYLE
Name of Notary Public

Personally appeared KEVIN INSLEY.
Name(s) of Signer(s)

☑ personally known to me
☐ proved to me on the basis of satisfactory evidence

to be the person~~(s)~~ whose name~~(s)~~ is/~~are~~ subscribed to the within instrument and acknowledged to me that he/~~she/they~~ executed the same in his/~~her/their~~ authorized capacity~~(ies)~~, and that by his/~~her/their~~ signature~~(s)~~ on the instrument the person~~(s)~~, or the entity upon behalf of which the person~~(s)~~ acted, executed the instrument.

WITNESS my hand and official seal.

Signature of Notary Public

David J. Doyle J.P.
Notary Public and
Commissioner for Oaths
Conyers Dill & Pearman
Clarendon House
2 Church Street, Hamilton 11
Bermuda
441-295-1422







304-US-CIP1
10/388,389

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

JUNE 07, 2004

PTAS

*700089362A*

LAHIVE & COCKFIELD, LLP
AMY E. MANDRAGOURAS
28 STATE STREET
BOSTON, MA 02109

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF THE U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE MICROFILM COPY IS AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM. IF YOU SHOULD FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 703-308-9723. PLEASE SEND REQUEST FOR CORRECTION TO: U.S. PATENT AND TRADEMARK OFFICE, ASSIGNMENT DIVISION, BOX ASSIGNMENTS, CG-4, 1213 JEFFERSON DAVIS HWY, SUITE 320, WASHINGTON, D.C. 20231.

RECORDATION DATE: 06/04/2004

REEL/FRAME: 014696/0213
NUMBER OF PAGES: 5

BRIEF: ASSIGNMENT OF ASSIGNOR'S INTEREST (SEE DOCUMENT FOR DETAILS).
DOCKET NUMBER: ELN-002CP

ASSIGNOR:
ELAN PHARMACEUTICALS, INC.

DOC DATE: 03/17/2004

ASSIGNEE:
NEURALAB LIMITED
102 ST. JAMES COURT
FLATTS SMITH, BERMUDA FL04

ASSIGNEE:
WYETH
FIVE GIRALDA FARMS
MADISON, NEW JERSEY 07940

6/30/04
CR

SERIAL NUMBER: 10388389
PATENT NUMBER:

FILING DATE: 03/12/2003
ISSUE DATE:

TITLE: HUMANIZED ANTIBODIES THAT RECOGNIZE BETA AMYLOID PEPTIDE

**ASSIGNMENT**

THIS ASSIGNMENT, by ELAN PHARMACEUTICALS, INC., a corporation duly organized under and pursuant to the laws of DELAWARE, and having its principal place of business at 800 GATEWAY BOULEVARD, SOUTH SAN FRANCISCO, CALIFORNIA 94080 (hereinafter referred to as "the Assignor"), witnesseth:

WHEREAS, by virtue of an Assignment submitted on January 8, 2004 for recordation in the United States Patent and Trademark Office, the Assignor is the owner of the entire right, title and interest of the invention set forth as follows:

Title of Invention: *HUMANIZED ANTIBODIES THAT RECOGNIZE BETA AMYLOID PEPTIDE*

Filing Date: March 12, 2003

Application No.: 10/388,389

WHEREAS, NEURALAB LIMITED, a corporation duly organized under and pursuant to the laws of BERMUDA and having its principal place of business at 102 ST. JAMES COURT, FLATTS, SMITH FL04, BERMUDA, pursuant to a Development and License Agreement dated as of January 14, 1998 (hereinafter referred to as "the NEURALAB LIMITED Agreement"), between Elan Corporation, plc and its Affiliates (which include the Assignor) and NEURALAB LIMITED, and

WYETH, a corporation duly organized under and pursuant to the laws of DELAWARE and having its principal place of business at 5 GIRALDA FARMS, MADISON, NEW JERSEY 07940, pursuant to a RESEARCH, DEVELOPMENT AND COMMERCIALIZATION AGREEMENT dated March 17, 2000, (hereinafter referred to as "the Wyeth Agreement"), between AMERICAN HOME PRODUCTS CORPORATION acting through AMERICAN HOME PRODUCTS CORPORATION'S WYETH-AYERST LABORATORIES DIVISION (now collectively known as Wyeth, hereinafter referred to as "the Assignee") and NEURALAB LIMITED,

(hereinafter referred to as "the Assignees"),

have jointly acquired the Assignor's right, title, and interest in and to said invention and the right, title and interest in and to any applications, including provisional applications, for Letters Patent of the United States or other countries claiming priority to said applications, and in and to any Letters Patent or Patents of any country, to be obtained therefor and thereon;

NOW, THEREFORE, pursuant to the NEURALAB LIMITED Agreement and the WYETH Agreement, for good and sufficient consideration, the receipt of which is hereby acknowledged, Assignor has sold, assigned, transferred, and set over, and by these presents does sell, assign, transfer, and set over unto the Assignees, and Assignees' successors, legal representatives, and assigns, all of the Assignor's right, title, and interest in and to the above-mentioned invention, the right to file applications on said invention and the right, title and interest in and to any applications, including provisional applications, for Letters Patent of the United States or other countries claiming priority to said applications, and any and all Letters Patent or Patents of the United States of America and all foreign countries that have been or may be granted therefor and thereon, and in and to any and all applications claiming priority to said applications, divisions, renewals, substitutions, conversions, continuations, and

continuations-in-part of said applications, and reissues, prolongations and extensions of said Letters Patent or Patents, and all rights under the International Convention for the Protection of Industrial Property, the same to be held and enjoyed by the Assignees, for their own use and behalf and the use and behalf of their successors, legal representatives, and assigns, to the full end of the term or terms for which Letters Patent or Patents may be granted as fully and entirely as the same would have been held and enjoyed by the Assignor had its sale and assignment not been made;

AND for the same consideration, the Assignor hereby covenants and agrees to and with the Assignees, their successors, legal representatives, and assigns, that the Assignor will, whenever counsel of the Assignees, or the counsel of their successors, legal representatives, and assigns, shall advise that any proceeding in connection with said invention or said applications for Letters Patent or Patents, or any proceeding in connection with Letters Patent or Patents for said inventions in any country, including interference proceedings, is lawful and desirable, or that any application claiming priority to said application, division, continuation, continuation-in-part, substitution or conversion of any applications for Letters Patent or Patents, or any reissue, prolongation or extension of any Letters Patent or Patents to be obtained thereon, is lawful and desirable, sign all papers and documents, take all lawful oaths, and do all acts necessary or required to be done for the procurement, maintenance, enforcement and defense of Letters Patent or Patents for said inventions, without charge to the Assignees, their successors, legal representatives, and assigns, but at the cost and expense of the Assignees, their successors, legal representatives, and assigns;

AND the Assignor hereby requests the Commissioner of Patents to issue any and all said Letters Patent or Patents of the United States to the Assignees as the Assignees of said invention and the Letters Patent or Patents issued and to be issued thereon for the sole use and behalf of the Assignees, their successors, legal representatives, and assigns.

IN TESTIMONY WHEREOF, Assignor has signed its name on the date indicated.

ELAN PHARMACEUTICALS, INC.

Date: March 17, 2004 By: [signature]

Type Name: Carl W. Battle

Title: Senior Vice President, Chief Patent Counsel

State of California )
) ss.
County of San Mateo)

On March 17, 2004 before me, Beverly A. Dynes, Notary Public
Name of Notary Public

Personally appeared Carl W. Battle
Name(s) of Signer(s)

☒ personally known to me
☐ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

BEVERLY A. DYNES
Commission # 1312898
Notary Public - California
San Francisco County
My Comm. Expires Jul 12, 2005

WITNESS my hand and official seal.

[signature]
Signature of Notary Public



304-US-CIP1
10/388,389

**UNITED STATES PATENT AND TRADEMARK OFFICE**

UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND
DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

JULY 20, 2004

PTAS

*102646100A*

LAHIVE & COCKFIELD, LLP
AMY E. MANDRAGOURAS
28 STATE STREET
BOSTON, MA 02109

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF THE U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE MICROFILM COPY IS AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM. IF YOU SHOULD FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 703-308-9723. PLEASE SEND REQUEST FOR CORRECTION TO: U.S. PATENT AND TRADEMARK OFFICE, ASSIGNMENT DIVISION, BOX ASSIGNMENTS, CG-4, 1213 JEFFERSON DAVIS HWY, SUITE 320, WASHINGTON, D.C. 20231.

RECORDATION DATE: 01/12/2004

REEL/FRAME: 014869/0834
NUMBER OF PAGES: 9

BRIEF: ASSIGNMENT OF ASSIGNOR'S INTEREST (SEE DOCUMENT FOR DETAILS).
DOCKET NUMBER: ELN-002CP

ASSIGNOR:
BASI, GURIQ — DOC DATE: 12/19/2003

ASSIGNOR:
SALDANHA, JOSE WILLIAM — DOC DATE: 09/03/2003

ASSIGNOR:
YEDNOCK, TED — DOC DATE: 12/19/2003

ASSIGNEE:
ELAN PHARMACEUTICALS, INC.
800 GATEWAY BOULEVARD
SOUTH SAN FRANCISCO, CALIFORNIA
94080

014869/0834 PAGE 2

SERIAL NUMBER: 10388389                    FILING DATE: 03/12/2003
PATENT NUMBER:                             ISSUE DATE:
TITLE: HUMANIZED ANTIBODIES THAT RECOGNIZE BETA AMYLOID PEPTIDE


PAULA MCCRAY, EXAMINER
ASSIGNMENT DIVISION
OFFICE OF PUBLIC RECORDS

1.12.04

01-14-2004

Form PTO-1595 (Rev. 03/01)
OMB No. 0651-0027 (exp. 5/31/2002)

RE

102646100

U.S. DEPARTMENT OF COMMERCE
U.S. Patent and Trademark Office

To the Honorable Commissioner of Patents and Trademarks: Please record the attached original documents or copy thereof

1. Name of conveying party(ies):

Guriq Basi (12/19/2003),
Jose William Saldanha (09/03/2003), and
Ted Yednock (12/19/2003)

Additional name(s) of conveying party(ies) attached? ☐ Yes ☒ No

3. Nature of Conveyance:

☒ Assignment ☐ Merger
☐ Security Agreement ☐ Change of Name
☐ Other

Execution Date: see Box 1, conveying parties

2. Name and address of receiving party(ies)

Name: ELAN PHARMACEUTICALS, INC.
Internal Address:
Street Address:
800 Gateway Boulevard

City: South San Francisco
State: CA Zip: 94080
Additional name(s) & address(es) attached: ☐ Yes ☒ No

4. Application number(s) or patent number(s):

If this document is being filed together with a new application, the execution date of the new application is:

A. Patent Application No.(s):
10/388389

B. Patent No.(s):

Additional numbers attached? ☐ Yes ☒ No

OPR/FINANCE

JAN 12 AM 8:18

5. Name and address of party to whom correspondence concerning document should be mailed:

Name: Amy E. Mandragouras
LAHIVE & COCKFIELD, LLP

Internal Address: Atty. Dkt.: ELN-002CP

Street Address:
28 State Street

City: Boston State: MA Zip: 02109

6. Total number of applications and patents involved: 1

7. Total fee (37 CFR 3.41) $ 40.00

☐ Enclosed
☒ Authorized to be charged to deposit account
☐ Authorized to be charged to credit card (Form 2038 enclosed)

8. Deposit account number:

12-0080

(Attach duplicate copy of this page if paying by deposit account)

DO NOT USE THIS SPACE

9. Statement and signature.

*To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.*

Debra J. Milasincic - 46,931
Name of Person Signing

Signature

January 8, 2004
Date

Total number of pages including cover sheet, attachments, and documents: 9

I hereby certify that this correspondence is being deposited with the U.S. Postal Service with sufficient postage as First Class Mail, in an envelope addressed to: MS Assignment Recordation Services, Director of the US Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450, on the date shown below.

Dated: January 8, 2004

Signature: (Debra J. Milasincic)

01/13/2004 ECOOPER 00000199 120080 10388389

## ASSIGNMENT OF PATENT APPLICATION

WHEREAS, **Guriq Basi** of Palo Alto, CA and **Jose Saldanha** of Enfield, Middlesex, United Kingdom and **Ted Yednock** of Forest Knolls, CA, hereinafter referred to as "Assignors," are the inventors of the invention described and set forth in the below-identified patent application:

Title of Invention: *HUMANIZED ANTIBODIES THAT RECOGNIZE BETA AMYLOID PEPTIDE*

Filing Date: March 12, 2003

Application No.: 10/388,389

WHEREAS, Elan Pharmaceuticals, Inc., a corporation duly organized under and pursuant to the laws of DELAWARE, and having its principal place of business at 800 Gateway Blvd., South San Francisco, CA 94080, hereinafter referred to as "ASSIGNEE," is desirous of acquiring all of Assignors' right, title, and interest in and to said invention, the right to file applications on said invention, and the right, title and interest in and to any applications, including provisional applications, for Letters Patent of the United States or other countries claiming priority to said applications, and in and to any Letters Patent or Patents, United States or foreign, to be obtained therefor and thereon;

NOW, THEREFORE, TO ALL WHOM IT MAY CONCERN: Be it known that, for good and valuable consideration, receipt of which is hereby acknowledged by Assignors, Assignors have sold, assigned, transferred, and set over, and by these presents do sell, assign, transfer, and set over unto the Assignee, and Assignees' successors, legal representatives, and assigns, all of the Assignors' right, title, and interest in and to the above-mentioned invention, the right to file applications on said invention and the right, title and interest in and to any applications, including provisional applications, for Letters Patent of the United States or other countries claiming priority to said applications, and any and all Letters Patent or Patents of the United States of America and all foreign countries that have been or may be granted therefor and thereon, and in and to any and all applications claiming priority to said applications, divisions, renewals, substitutions, conversions, continuations, and continuations-in-part of said applications, and reissues, prolongations and extensions of said Letters Patent or Patents, and all rights under the International Convention for the Protection of Industrial Property, the same to be held and enjoyed by the Assignee, for its own use and behalf and the use and behalf of its successors, legal representatives, and assigns, to the full end of the term or terms for which Letters Patent or Patents may be granted as fully and entirely as the same would have been held and enjoyed by the Assignors had its sale and assignment not been made,

AND for the same consideration, the Assignors hereby covenant and agree to and with the Assignee, its successors, legal representatives, and assigns, that the Assignors will, whenever counsel of the Assignee, or the counsel of its successors, legal representatives, and assigns, shall advise that any proceeding in connection with said invention or said applications for Letters Patent or Patents, or any proceeding in connection with Letters Patent or Patents for said inventions in any country, including interference proceedings, is lawful and desirable, or that any application claiming priority to said application, division, continuation, or continuation-in-part of any applications for Letters Patent or Patents, or any reissue or extension of any Letters Patent or Patents to be obtained thereon, is lawful and desirable, sign all papers and documents, take all lawful oaths, and do all acts necessary or required to be done for the procurement, maintenance, enforcement and defense of Letters Patent or Patents for said inventions, without charge to the Assignee, its successors, legal representatives, and assigns, but at the cost and expense of the Assignee, its successors, legal representatives, and assigns;

THIS assignment effective March 12, 2003.

IN TESTIMONY WHEREOF, Assignor has signed their name on the date indicated.

Dated: 19 December 2003 Guriq Basi
Guriq Basi (Assignor)

STATE OF )
) ss.
COUNTY OF )

On December 19, 2003 before me, Sandra N. Hirose
Name of Notary Public

Personally appeared Guriq Basi
Name(s) of Signer(s)

☑ personally known to me
☐ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature of Notary Public

Commission Expires

IN TESTIMONY WHEREOF, Assignor has signed their name on the date indicated.

Dated: 19 - December, 2003

Ted Yednock (Assignor)

STATE OF )
) ss.
COUNTY OF )

On December 19, 2003 before me, Sandra N. Hirose
Name of Notary Public

Personally appeared Ted Yednock
Name(s) of Signer(s)

☑ personally known to me
☐ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature of Notary Public

June 24, 2007
Commission Expires

IN TESTIMONY WHEREOF, Assignor has signed their name on the date indicated.

Dated: ______________________ ________________________________
Jose Saldanha (Assignor)

STATE OF )
) ss.
COUNTY OF )

On ____________________ before me, ________________________________
Name of Notary Public

Personally appeared ________________ Jose Saldanha ________________
Name(s) of Signer(s)

☐ personally known to me
☐ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

________________________________
Signature of Notary Public

________________________________
Commission Expires

# ASSIGNMENT OF PATENT APPLICATION

WHEREAS, **Guriq Basi** of Palo Alto, CA, **Jose Saldanha** of Enfield, Middlesex, United Kingdom and **Ted Yednock** of Forest Knolls, CA, hereinafter referred to as "Assignors," are the inventors of the invention described and set forth in the below-identified provisional patent application:

| | |
|---|---|
| Title of Invention: | HUMANIZED ANTIBODIES THAT RECOGNIZE BETA AMYLOID PEPTIDE |
| Filing Date: | March 12, 2003 |
| Application No.: | 10/388,389 |

WHEREAS, **Elan Pharmaceuticals, Inc.,** a corporation duly organized under and pursuant to the laws of Delaware, and having its principal place of business at 800 Gateway Blvd., South San Francisco, CA 94080, hereinafter referred to as "Assignee," is desirous of acquiring all of Assignors' right, title, and interest in and to said invention, the right to file applications on said invention, and the right, title and interest in and to any applications, including provisional applications, for Letters Patent of the United States or other countries claiming priority to said applications, and in and to any Letters Patent or Patents, United States or foreign, to be obtained therefor and thereon;

NOW, THEREFORE, TO ALL WHOM IT MAY CONCERN: Be it known that, for good and valuable consideration, receipt of which is hereby acknowledged by Assignors, Assignors have sold, assigned, transferred, and set over, and by these presents do sell, assign, transfer, and set over unto the Assignee, and Assignees' successors, legal representatives, and assigns, all of the Assignors' right, title, and interest in and to the above-mentioned invention, the right to file applications on said invention and the right, title and interest in and to any applications, including provisional applications, for Letters Patent of the United States or other countries claiming priority to said applications, and any and all Letters Patent or Patents of the United States of America and all foreign countries that have been or may be granted therefor and thereon, and in and to any and all applications claiming priority to said applications, divisions, renewals, substitutions, conversions, continuations, and continuations-in-part of said applications, and reissues, prolongations and extensions of said Letters Patent or Patents, and all rights under the International Convention for the Protection of Industrial Property, the same to be held and enjoyed by the Assignee, for its own use and behalf and the use and behalf of its successors, legal representatives, and assigns, to the full end of the term or terms for which Letters Patent or Patents may be granted as fully and entirely as the same would have been held and enjoyed by the Assignors had its sale and assignment not been made,

AND for the same consideration, the Assignors hereby covenant and agree to and with the Assignee, its successors, legal representatives, and assigns, that the Assignors will, whenever counsel of the Assignee, or the counsel of its successors, legal representatives, and assigns, shall advise that any proceeding in connection with said invention or said applications for Letters Patent or Patents, or any proceeding in connection with Letters Patent or Patents for said inventions in any country, including interference proceedings, is lawful and desirable, or that any application claiming priority to said application, division, continuation, or continuation-in-part of any applications for Letters Patent or Patents, or any reissue or extension of any Letters Patent or Patents to be obtained thereon, is lawful and desirable, sign all papers and documents, take all lawful oaths, and do all acts necessary or required to be done for the procurement, maintenance, enforcement and defense of Letters Patent or Patents for said inventions, without charge to the Assignee, its successors, legal representatives, and assigns, but at the cost and expense of the Assignee, its successors, legal representatives, and assigns;

THIS assignment effective March 12, 2003;

IN TESTIMONY WHEREOF, Assignor has signed their name on the date indicated.

Dated: September 3rd, 2003

Jose Saldanha (Assignor)

~~STATE OF~~ London )
) ss.
~~COUNTY OF~~ England )

On September 3rd, 2003 before me, David Noel LLoyd FAWCETT
Name of Notary Public

Personally appeared Jose Saldanha
Name(s) of Signer(s)

☒ personally known to me
☐ proved to me on the basis of satisfactory evidence

to be the person(~~s~~) whose name(~~s~~) is/~~are~~ subscribed to the within instrument and acknowledged to me that he/~~she~~/~~they~~ executed the same in his/~~her~~/~~their~~ authorized capacity(~~ies~~), and that by his/~~her~~/~~their~~ signature(~~s~~) on the instrument the person(~~s~~), or the entity upon behalf of which the person(~~s~~) acted, executed the instrument.

WITNESS my hand and official seal.

Signature of Notary Public

DE PINNA
35 PICCADILLY
LONDON
W1J 0LJ
SCRIVENER NOTARIES

Commission Expires with life



IN TESTIMONY WHEREOF, Assignor has signed their name on the date indicated.

Dated: ____________________

____________________
Ted Yednock (Assignor)

STATE OF California )
) ss.
COUNTY OF )

On ____________ before me, ____________________
Name of Notary Public

Personally appeared ________ Ted Yednock ____________
Name(s) of Signer(s)

☐ personally known to me
☐ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

____________________
Signature of Notary Public

____________________
Commission Expires

IN TESTIMONY WHEREOF, Assignor has signed their name on the date indicated.

Dated: ______________________ ______________________________
Guriq Basi (Assignor)

State of California )
) ss.
County of )

On ____________________ before me, ________________________________
Name of Notary Public

Personally appeared ____________________Guriq Basi____________________
Name(s) of Signer(s)

☐ personally known to me
☐ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

________________________________
Signature of Notary Public

________________________________
Commission Expires

# Exhibit D

04/20/2007 15:53 FAX 6177424214 LAHIVE&COCKFIELD 005/016

RECEIVED
CENTRAL FAX CENTER
APR 2 0 2007

Docket No.: ELN-002CP
(PATENT)

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of:
Guriq Basi *et al.*

Patent No.: 7,179,892

Issued: February 20, 2007

Filed: March 12, 2003

Art Unit: 1649

For: HUMANIZED ANTIBODIES THAT RECOGNIZE BETA-AMYLOID PEPTIDE

Examiner: Ballard, Kimberly A.

MS Petition
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

**REQUEST FOR RECONSIDERATION OF PATENT TERM ADJUSTMENT UNDER 37 CFR §1.705(d)**

Dear Sir:

1. This is a request for reconsideration of the patent term adjustment of 462 days under 35 USC 154(b) indicated on the above-identified patent. It is respectfully requested that Patentees be granted a minimum patent term adjustment of **756 days**.

2. The above-identified patent issued on February 20, 2007. Accordingly, as required by 37 CFR §1.705(d), the instant request is timely filed within two months of the issue date of the above-identified patent.

3. Patentees submit herewith a "Statement Under 37 CFR §1.702(b)(2)".

04/24/2007 TBESHAH2 00000021 120080 7179892
01 FC:1455 200.00 DA

4. Patentees direct the Office to the "Decision Holding Petition In Abeyance," which was mailed to the Applicant on November 13, 2006 in response to an "Application for

PAGE 5/16 * RCVD AT 4/20/2007 3:49:20 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-3/1 * DNIS:2738300 * CSID:6177424214 * DURATION (mm-ss):05-00

US Patent No. 7,179,892 Attny. Docket: ELN-002CP

Patent Term Adjustment Including Request For Reconsideration under 37 CFR 1.705(b)" filed with the Office on August 30, 2006. A copy of the Decision is enclosed herewith.

5. In accordance with 37 CFR §1.705(b)(1), please charge the fee set forth in 37 CFR §1.18(e) ($200.00) to our Deposit Order Account No. 12-0080. Please charge any necessary additional fees or credit any overpayments to our Deposit Order Account No. 12-0080.

Dated: April 20, 2007

Respectfully submitted,

By ______________________

James H. Velema
Registration No.: 56,130; for
Amy E. Mandragouras, Esq
Registration No.: 36,207
LAHIVE & COCKFIELD, LLP
One Post Office Square
Boston, Massachusetts 02109
(617) 227-7400
(617) 742-4214 (Fax)
Attorney For Patentees

# Exhibit E

04/20/2007 15:54 FAX 6177424214 LAHIVE&COCKFIELD RECEIVED CENTRAL FAX CENTER 007/016

APR 2 0 2007

Docket No.: ELN-002CP
(PATENT)

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent of:
Guriq Basi *et al.*

Patent No.: 7,179,892

Issued: February 20, 2007

Filed: March 12, 2003

Art Unit: 1649

For: HUMANIZED ANTIBODIES THAT RECOGNIZE BETA-AMYLOID PEPTIDE

Examiner: Ballard, Kimberly A.

MS Petition
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

## STATEMENT UNDER 37 CFR § 1.702(b)(2)

Dear Sir:

1. This statement is respectfully submitted in support of the "Request for Reconsideration of Patent Term Adjustment Under 37 CFR §1.705(d)" for the above-referenced patent. In view of the following, it is respectfully requested that Patentees be granted a final patent term adjustment of **756 days**.

2. The patent term adjustment under 35 U.S.C. §154(b) listed on the above-identified patent is 462 days (a copy of the face of the patent is submitted herewith as Exhibit A). This determination of 462 days is in error in that pursuant to 35 U.S.C. §154(b) the Office failed to take certain action within the time frame specified in 37 CFR §1.702(a) **and** failed to issue a patent within three years of the actual filing date of the above-referenced application in accordance with 37 CFR §1.702(b).

PAGE 7/16 * RCVD AT 4/20/2007 3:49:20 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-3/1 * DNIS:2738300 * CSID:6177424214 * DURATION (mm-ss):05-00

Pursuant to 37 CFR §1.703(a), Patentees are entitled to a period of patent term adjustment under §1.702(a) (hereinafter "Examination Delay") which is the sum of the following periods of delay:

(1) A period of delay of 559 days due to the failure by the Office to mail an action under 35 U.S.C. §132 not later than 14 months after the actual filing date (*i.e.*, by May 12, 2004) (hereinafter "14 Month Delay"). As the Office failed to mail an action under 35 U.S.C. §132 until November 22, 2005, Patentees are entitled to a period of patent term adjustment beginning on the day after the date that is 14 months after the date on which the above-referenced application was filed under 35 U.S.C. §111(a), *i.e.*, May 13, 2004, and ending on the date of mailing of an action under 35 U.S.C. §132, *i.e.*, November 22, 2005. Accordingly, the period of patent term adjustment due to the 14 Month Delay by the Office is 559 days, which is in agreement with the period calculated by the Office (see PTAS Sheet submitted herewith as Exhibit B).

(2) A period of delay of 51days due to the failure by the Office to issue the above identified patent within four months after the date the issue fee was paid (hereinafter "4 Month Delay"). The issue fee was paid on August 31, 2006. Since the Office failed to issue the above-identified patent until February 20, 2007, Patentees are entitled to a period of patent term adjustment beginning on the day after the date that is 4 months after the date on which the issue fee was paid, *i.e.*, September 1, 2006, and ending on the issue date of the patent, *i.e.*, February 20, 2007. Therefore, the period of patent term adjustment due to the 4 Month Delay by the Office is 51 days, which is in agreement with the period calculated by the Office (see Exhibit B).

Accordingly, as the Office has concluded (see Exhibit B), Patentees are entitled to a total period of Examination delay of **610 days**, which is the sum of the period of 14 Month Delay (559 days) and the period of 4 Month Delay (51 days).

However, in addition to the patent term adjustment due to Examination Delay, pursuant to 37 CFR §1.703(b) Patentees respectfully submit that they are also entitled to a period of patent term adjustment due to failure of the Office to issue a patent within three years after the date the corresponding application was filed under 35 U.S.C. §111(a), *i.e.*, March 13, 2006 (hereinafter "Three Year Delay"). Since the Office failed to issue the above-identified patent until February 20, 2007, Patentees are entitled to a period of patent term

adjustment beginning on the day after the date that is 3 years after the filing date of the application and ending on the date a patent is issued, *i.e.*, February 20, 2007. Accordingly, the period of patent term adjustment due to the Three Year Delay by the Office is 345 days.

As set forth in 37 CFR §1.703(f), Patentees are entitled to a period of patent term adjustment equal to the period of delays based on the grounds set forth in 37 CFR §1.702 (hereinafter "Office Delay") reduced by the period of time equal to the period of time during which Patentees failed to engage in reasonable efforts to conclude prosecution pursuant to 37 CFR §1.704 (hereinafter "Applicant Delay"). With respect to the above-referenced application, the total period of Office Delay is the sum of the period of Examination Delay (610 days) and the period of Three Years Delay (345 days) ***to the extent these periods of delay are not overlapping***. As the period of 14 Month Delay ended on May 13, 2004, prior to the first day of the period of Three Years Delay, *i.e.*, March 13, 2006, Patentees submit that these periods are not overlapping. Patentees note, however, that the entire 51 day period of 4 Month Delay (December 31, 2006 to February 20, 2007) is overlapping with the last 51 days of the Three Year Delay period (December 31, 2006 to February 20, 2007). Patentees enclose a timeline which clearly illustrates this overlap (see Exhibit C). Accordingly, Patentees submit that the total period of Office Delay is 904 days, which is the sum of the period of Examination Delay (601 days) and the period of Three Year Delay (345 days), reduced by the period of overlap (51 days).

To calculate the period of patent term adjustment, the total period of Office Delay is reduced by the period of Applicant Delay, which the USPTO has calculated as a period of 148 days (see Exhibit B). Accordingly, Patentees submit that the correct patent term adjustment for the above-referenced application is **756 days**, which is the difference between the total period of Office Delay (904 days) and the period of Applicant Delay (148 days).

5. In accordance with 37 CFR§1.705(b)(2)(iii), Patentees submit above-identified patent is subject to a terminal disclaimer in which Patentees disclaim the terminal part of the patent which would extend beyond the last day of the full statutory term, including any patent term adjustment, of any patent granted on U.S. Serial No. 10/010,942, now US 7,189,819.

04/20/2007 15:55 FAX 6177424214 LAHIVE&COCKFIELD 010/016

US Pat. No. 7,179,892 Attny. Docket No.: ELN-002CP

In view of the foregoing, it is respectfully requested that this Request for Reconsideration of Patent Term Adjustment be favorably considered and that a corrected Determination of Patent Term Adjustment be issued to reflect a patent term adjustment of **756 days**.

Dated: April 20, 2007

Respectfully submitted,

By ____________________

James H. Velema
Registration No.: 56,130, for
Amy E. Mandragouras, Esq
Registration No.: 36,207
LAHIVE & COCKFIELD, LLP
One Post Office Square
Boston, Massachusetts 02109
(617) 227-7400
(617) 742-4214 (Fax)
Attorney For Patentees

Page 4 of 4

PAGE 10/16 * RCVD AT 4/20/2007 3:49:20 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-3/1 * DNIS:2738300 * CSID:6177424214 * DURATION (mm-ss):05-00

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

RECEIVED
CENTRAL FAX CENTER
APR 20 2007

LaHive & Cockfield, LLP
28 State Street
Boston, Massachusetts 02109

COPY MAILED
NOV 13 2006
OFFICE OF PETITIONS

In re Application of
Basi et al.
Application No. 10/388,389
Filed: March 12, 2003
Attorney Docket No. ELN-002CP

: DECISION HOLDING PETITION IN ABEYANCE

This is a decision on the "APPLICATION FOR PATENT TERM ADJUSTMENT INCLUDING REQUEST FOR RECONSIDERATION UNDER 37 CFR 1.705(b)" timely [1]filed August 30, 2006 requesting that the Office adjust the calculation at the time of the notice of allowance from a determination of 411 days to at least 583 days.

The instant application for patent term adjustment requests reconsideration of the patent term adjustment as it relates to the Office's failure to issue the patent within 3 years of the filing date, under 37 CFR 1.702(b) as well as failing to issue the application within four months of the payment of the issue fee a decision is being held in abeyance until after the actual patent date. Knowledge of the actual date the patent issues is required to calculate the amount, if any, of additional patent term patentee is entitled to for Office failure to issue the patent within 3 years. See § 1.703(b). Knowledge of the issue date is also necessary to determine whether or not the USPTO issued the application within four months of the payment of the issue fee and all other requirements being satisfied. See 37 CFR 1.702(a)(4).

Patentees are given TWO (2) MONTHS from the issue date of the patent to file a written request for reconsideration of the patent term adjustment for Office failure to issue the patent within 3 years and whether the Office issued the application within four months of the payment of the issue fee. A copy of this decision should accompany the request. Patentee may seek such consideration without payment of an additional fee. However, as to all other bases for seeking reconsideration of the patent term adjustment indicated in the patent, all requirements of § 1.705(d) must be met. Requests for reconsideration on other bases must be timely filed and must include payment of the required fee.

---

[1]Issue fee paid on August 31, 2006.

Petitioner is reminded that if an application is entitled to an adjustment under 35 U.S.C. 154(b)(1)(B), the entire period during which the application (except for periods excluded under 35 U.S.C. 154(b)(1)(B)(i)-(iii)), and not just the period beginning three years after the actual filing date of the application, is the period of delay under 35 U.S.C. 154(b)(1)(B) in determining whether periods of delay overlap under 35 U.S.C. 154(b)(2)(A). Thus, any days of delay for Office issuance of the patent more than 3 years after the filing date of the application which overlap with the days of patent term adjustment accorded prior to the issuance of the patent will not result in any additional patent term adjustment. See 35 U.S.C. 154(b)(1)(B), 35 U.S.C. 154(b)(2)(A), and 37 CFR § 1.703(f). See also *Revision of Patent Term Extension and Patent Term Adjustment Provisions*; *Final Rule*, 69 Fed. Reg. 21704 (April 22, 2004).

The office also notes that at the time of the mailing of allowance, the amount of PTA is four hundred and eleven days (411) days with five hundred and fifty-nine (559) days of administrative delay pursuant to 37 CFR 1.702(a)(1). Applicant delayed twenty-six (26) days pursuant to 37 CFR 1.704(c)(8) and one hundred and twenty-two (122) days of applicant delay under 37 CFR 1.704(b).

The Office acknowledges submission of the $200.00 fee set forth in 37 CFR 1.18(e). No additional fees are required.

The application file is being forwarded to the Office of Patent Publication for issuance of the patent. Any Office delays in issuance of the patent more than four months past the payment of the issue fee and more than three years after the filing date will be provided for in the issuance notification letter mailed prior to the issuance of the patent.

Telephone inquiries specific to this matter should be directed to Kery Fries, Senior Legal Advisor, Office of Patent Legal Administration, at (571) 272-7757.

Kery Fries
Senior Legal Advisor
Office of Patent Legal Administration
Office of Deputy Commissioner
for Patent Examination Policy

cc: Pair calculation

EXHIBIT A

US007179892B2

# (12) United States Patent
Basi et al.

(10) Patent No.: US 7,179,892 B2
(45) Date of Patent: *Feb. 20, 2007

(54) HUMANIZED ANTIBODIES THAT RECOGNIZE BETA AMYLOID PEPTIDE

(75) Inventors: Guriq Basi, Palo Alto, CA (US); Jose William Saldanha, Enfield (GB)

(73) Assignees: Neuralab Limited, Flatts (BM); Wyeth, Madison, NJ (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 462 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: 10/388,389

(22) Filed: Mar. 12, 2003

(65) Prior Publication Data

US 2004/0087777 A1 May 6, 2004

Related U.S. Application Data

(63) Continuation-in-part of application No. 10/010,942, filed on Dec. 6, 2001.

(60) Provisional application No. 60/251,892, filed on Dec. 6, 2000.

(51) Int. Cl.
*C07K 16/18* (2006.01)
*A61K 39/395* (2006.01)
*C12P 21/08* (2006.01)

(52) U.S. Cl. .............................. 530/387.3; 530/387.9; 424/133.1; 424/139.1

(58) Field of Classification Search .................. None
See application file for complete search history.

(56) References Cited

U.S. PATENT DOCUMENTS

4,666,829 A 5/1987 Glenner et al.
4,713,366 A 12/1987 Stevens
4,816,397 A 3/1989 Boss et al.
4,816,567 A 3/1989 Cabilly et al.
4,912,206 A 3/1990 Goldgaber et al.
5,004,697 A 4/1991 Pardridge
5,057,540 A 10/1991 Kensil et al.
5,096,706 A 3/1992 Flint
5,187,153 A 2/1993 Cordell et al.
5,192,753 A 3/1993 McGeer et al.
5,208,036 A 5/1993 Eppstein et al.
5,220,013 A 6/1993 Ponte et al.
5,225,539 A 7/1993 Winter
5,231,000 A 7/1993 Majocha et al.
5,231,170 A 7/1993 Averback
5,258,498 A 11/1993 Huston et al.
5,270,165 A 12/1993 Van Nostrand et al.
5,278,049 A 1/1994 Baker et al.
5,387,742 A 2/1995 Cordell
5,434,170 A 7/1995 Andrulis, Jr.
5,441,870 A 8/1995 Seubert et al.
5,464,823 A 11/1995 Lehrer et al.
5,470,951 A 11/1995 Roberts
5,514,548 A 5/1996 Krebber et al.
5,571,499 A 11/1996 Hafler et al.
5,571,500 A 11/1996 Hafler et al.
5,576,184 A 11/1996 Better et al.
5,583,112 A 12/1996 Kensil et al.
5,585,089 A 12/1996 Queen et al.
5,585,100 A 12/1996 Mond et al.
5,589,154 A 12/1996 Anderson
5,593,846 A 1/1997 Schenk et al.
5,605,811 A 2/1997 Seubert et al.
5,612,486 A 3/1997 McConlogue et al.
5,618,920 A 4/1997 Robinson et al.
5,622,701 A 4/1997 Berg
5,624,821 A 4/1997 Winter et al.
5,641,473 A 6/1997 Hafler et al.
5,641,474 A 6/1997 Hafler et al.
5,645,820 A 7/1997 Hafler et al.
5,648,260 A 7/1997 Winter et al.
5,652,334 A 7/1997 Roberts
5,677,425 A 10/1997 Bodmer et al.
5,679,348 A 10/1997 Nesburn et al.
5,688,651 A 11/1997 Solomon
5,693,761 A 12/1997 Queen et al.
5,693,762 A 12/1997 Queen et al.
5,702,906 A 12/1997 Rosenthal
5,721,130 A 2/1998 Seubert et al.

(Continued)

FOREIGN PATENT DOCUMENTS

AU 707083 7/1999

(Continued)

OTHER PUBLICATIONS

Kofler R et al. Immunoglobulin kappa light chain variable region gene complex organization and immunoglobulin genes encoding anti-DNA autoantibodies in lupus mice. J. Clin. Invest, 1998; 82: 852-860.*

(Continued)

Primary Examiner—Janet L. Andres
Assistant Examiner—Kimberly A. Ballard
(74) Attorney, Agent, or Firm—Lahive & Cockfield, LLP; Amy E. Mandragouras; Debra J. Milasincic

(57) ABSTRACT

The invention provides improved agents and methods for treatment of diseases associated with amyloid deposits of Aβ in the brain of a patient. Preferred agents include humanized antibodies.

126 Claims, 10 Drawing Sheets

EXHIBIT B

10/388,389 HUMANIZED ANTIBODIES THAT RECOGNIZE BETA AMYLOID PEPTIDE 04-19-2007::15:14:57

## Patent Term Adjustments

Patent Term Adjustment (PTA) for Application Number: 10/388,389

| | | | |
|---|---|---|---|
| Filing or 371(c) Date: | 03-12-2003 | USPTO Delay (PTO) Delay (days): | 610 |
| Issue Date of Patent: | 02-20-2007 | Three Years: | - |
| Pre-Issue Petitions (days): | +0 | Applicant Delay (APPL) Delay (days): | 148 |
| Post-Issue Petitions (days): | +0 | Total PTA (days): | 462 |
| USPTO Adjustment(days): | +0 | Explanation Of Calculations | |

## Patent Term Adjustment History

| Date | Contents Description | PTO(Days) | APPL(Days) |
|---|---|---|---|
| 01-31-2007 | PTA 36 Months | | |
| 02-20-2007 | Patent Issue Date Used in PTA Calculation | 51 | |
| 01-16-2007 | Dispatch to FDC | ↑ | |
| 11-13-2006 | Petition Decision - Dismissed | ↑ | |
| 08-30-2006 | Petition Entered | ↑ | |
| 09-07-2006 | Application Is Considered Ready for Issue | ↑ | |
| 08-31-2006 | Issue Fee Payment Verified | ↑ | |
| 08-31-2006 | Issue Fee Payment Received | | |
| 06-20-2006 | Sequence Forwarded to Pubs on Tape | | |
| 05-31-2006 | Mail Notice of Allowance | | |
| 05-31-2006 | Mail Formal Drawings Required | | |
| 05-30-2006 | Formal Drawings Required | | |
| 05-30-2006 | Notice of Allowance Data Verification Completed | | |
| 05-30-2006 | Case Docketed to Examiner in GAU | | |
| 05-25-2006 | Paralegal TD Accepted | | |
| 05-22-2006 | Miscellaneous Incoming Letter | | |
| 05-22-2006 | Mail Examiner Interview Summary (PTOL - 413) | | |
| 07-07-2005 | Information Disclosure Statement considered | | |
| 03-20-2006 | Information Disclosure Statement considered | | |
| 05-04-2006 | Examiner Interview Summary Record (PTOL - 413) | | |
| 03-31-2006 | Rule 47 / 48 Correction of Inventorship Papers Filed | | |
| 03-20-2006 | Reference capture on IDS | | |
| 03-20-2006 | Information Disclosure Statement (IDS) Filed | | 26 |
| 03-06-2006 | Date Forwarded to Examiner | | ↑ |
| 02-22-2006 | Response to Election / Restriction Filed | | ↑ |
| 02-22-2006 | Request for Extension of Time - Granted | | |
| 11-22-2005 | Mail Restriction Requirement | 559 | |
| 11-18-2005 | Requirement for Restriction / Election | ↑ | |
| 10-28-2005 | Case Docketed to Examiner in GAU | ↑ | |
| 07-07-2005 | Reference capture on IDS | ↑ | |
| 07-07-2005 | Information Disclosure Statement (IDS) Filed | ↑ | |

| | | | |
|---|---|---|---|
| 06-28-2005 | Case Docketed to Examiner in GAU | ↑ | |
| 05-23-2005 | IFW TSS Processing by Tech Center Complete | ↑ | |
| 05-23-2005 | Case Docketed to Examiner in GAU | ↑ | |
| 03-17-2004 | Case Docketed to Examiner in GAU | ↑ | |
| 01-28-2004 | Application Return from OIPE | ↑ | |
| 01-28-2004 | Application Is Now Complete | ↑ | |
| 12-23-2003 | Payment of additional filing fee/Preexam | | 122 |
| 03-12-2003 | Claim Preliminary Amendment | | ↑ |
| 01-16-2004 | Pre-Exam Office Action Withdrawn | | ↑ |
| 01-16-2004 | Application Return TO OIPE | | ↑ |
| 01-09-2004 | Application Dispatched from OIPE | | ↑ |
| 01-09-2004 | Application Is Now Complete | | ↑ |
| 12-23-2003 | A statement by one or more inventors satisfying the requirement under 35 USC 115, Oath of the Applic | | ↑ |
| 12-19-2003 | Correspondence Address Change | | ↑ |
| 05-23-2003 | Notice Mailed--Application Incomplete--Filing Date Assigned | | ↑ |
| 04-30-2003 | Cleared by L&R (LARS) | | |
| 04-29-2003 | IFW Scan & PACR Auto Security Review | | |
| 04-02-2003 | CRF Is Good Technically / Entered into Database | | |
| 04-01-2003 | IFW Scan & PACR Auto Security Review | | |
| 03-12-2003 | CRF Disk Has Been Received by Preexam / Group / PCT | | |
| 03-12-2003 | Initial Exam Team nn | | |

Close Window

## Exhibit C

'03
'04
'05
'06
'07
3/12/03
2/20/07
"3 YEAR DELAY"
Three Year Delay =345 days
3/12/06
OVERLAP
"EXAMINATION DELAY"
5/12/04
11/22/05
8/31/06
12/31/06
14 Mo. Delay = 559 DAYS
4 Mo. Delay = 51 DAYS
"APPLICANT DELAY"
122 DAYS
26 DAYS
Filing Date
Issue Date

# Exhibit F

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

COPY MAILED

SEP 13 2007

OFFICE OF PETITIONS

LaHive & Cockfield, LLP
One Post Office Square
Boston, Massachusetts 02109

In re Application of
Basi et al.
Application No. 10/388,389
Patent No. 7,179,892
Filed: March 12, 2003
Attorney Docket: ELN-002CP

: DECISION DENYING PTA REQUEST

This decision is in response to Patentees' "REQUEST FOR RECONSIDERATION OF PATENT TERM ADJUSTMENT under 37 CFR 1.705(d)" timely[1] filed on April 20, 2007 requesting that the Patent Term Adjustment be adjusted from a determination of 462 days to a determination of 756 days. Patentees initially filed an application for Patent Term Adjustment on August 30, 2006 requesting that the Office provide patentees with a minimum of 583 days partially based upon the Office failure to issue the application within three years as required under 35 U.S.C. 154(b)(1)(B) 37 CFR 1.702(b).

The Office's decision on November 13, 2006 stated that it would hold the "petition" in abeyance until the date the patent issued at which time the Office would ascertain whether or not the Office had met the three-year requirement as well as determine whether the periods were overlapping under 35 U.S.C. 154(b)(2)(A) and 37 CFR 1.703(f). The Office advised patentees that if they were not satisfied with the determination at the time of the issuance of the patentee that they could request reconsideration of the patent term adjustment within two months of issuance of patent.

Patentees' petition is **DENIED**. The PTA determination of 462 days is correct.

Patentees argue that the Office erred in failing to provide an adjustment for over 3 years to issue from the from the filing of the application under 37 CFR 1.704(b). Patentees assert that the proper amount of PTA related to the 3-year provision is three hundred and forty-five (345) days. Patentees assert that none of the days of the three year time frame overlap with any of the days of the fourteen month requirements of 37 CFR 1.702(a)(1); however, patentees assert the three hundred and forty-five (345) days of PTA overlap with the fifty-one (51) days of PTA accrued under 37 CFR 1.702(a)(4). Accordingly, patentees believe that the correct amount of Office delay is nine hundred and four (559 + 345=904)[2] and that the proper amount of applicant delay is

[1]Patent issued on February 20 2007.

[2]Since the 51 days are considered overlapping the 345 days no additional time is being sought for the failure to meet the requirements of 37 CFR 1.702(a)(4).

Application No. 10/388,389

days is one hundred and forty-eight days (148) as determined by the Office in the PTA calculation.

Patentees arguments are not persuasive. Patentees are advised that if an application is entitled to an adjustment under 35 U.S.C. 154(b)(1)(B), the entire period during which the application (except for periods excluded under 35 U.S.C. 154(b)(1)(B)(i)-(iii)), and not just the period beginning three years after the actual filing date of the application, is the period of delay under 35 U.S.C. 154(b)(1)(B) in determining whether periods of delay overlap under 35 U.S.C. 154(b)(2)(A). Thus, any days of delay for Office issuance of the patent more than 3 years after the filing date of the application which overlap with the days of patent term adjustment accorded prior to the issuance of the patent will not result in any additional patent term adjustment. See 35 U.S.C. 154(b)(1)(B), 35 U.S.C. 154(b)(2)(A), and 37 CFR § 1.703(f). See *Changes to Implement Patent Term Adjustment Under Twenty Year Term; Final Rule*, 65 Fed. Reg. 54366 (Sept. 18, 2000). See also *Revision of Patent Term Extension and Patent Term Adjustment Provisions; Final Rule*, 69 Fed. Reg. 21704 (April 22, 2004). See also *Explanation of 37 CFR 1.703(f)and of the United States Patent and Trademark Office Interpretation of 35 U.S.C. 154(b)(2)(A).* 69 Fed. Reg. 34283 (June 21, 2004). Since the Office delays under 37 CFR 1.702(a)(1) and (a)(4) are greater than the delay for 37 CFR 1.702(b), applicants will receive no additional PTA time.

Accordingly, the Office maintains that the proper amount of PTA at the time of the issuance of the patent is **four hundred and sixty two** days. The Office delay is calculated by the accrual of five hundred and fifty-nine (559) days under 37 CFR 1.702(a)(1) and fifty-one days under 37 CFR 1.702(a)(4) reduced by 122 days under 37 CFR 1.702(b) and 26 days pursuant to 37 CFR 1.704(c)(8).

The Office notes that in accordance with 37 CFR 1.705(b)(2)(iii) patentees have advised the Office that a terminal disclaimer has been filed in this application that would disclaim the terminal part of the patent which would extend beyond the last day of the statutory term of patent 7,189,819. The Office does not determine the expiration date of the patents but notes on the front of all patents that "Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by *** days." Accordingly, it is the responsibility of the patentees to ascertain whether any of the PTA determination can be included when ascertaining the patent expiration date.

After review of this decision, this application will be forwarded to the file repository for storage of such patented file.

The Office acknowledges that applicant has previously submitted the $200 application fee. No additional fees are required in rendering this decision.

Any questions concerning the issuance of this patent should be directed to Kery A. Fries, Office of Patent Legal Administration, Office of Deputy Commissioner for Patent Examination Policy at 571-272-7757

Robert W. Bahr
Senior Patent Counsel
Office of the Deputy Commissioner
for Patent Examination Policy

# Exhibit G

05/14/2007 15:47 FAX 6177424214 LAHIVE&COCKFIELD RECEIVED CENTRAL FAX CENTER MAY 14 2007 005/022

Docket No.: ELN-002
(PATENT)

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of:
Guriq Basi *et al.*

Patent No.: 7,189,819

Filed: March 12, 2003

For: HUMANIZED ANTIBODIES THAT RECOGNIZE BETA-AMYLOID PEPTIDE

Issued: March 13, 2007

Art Unit: 1649

Examiner: Ballard, Kimberly A.

MS Petition
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

**REQUEST FOR RECONSIDERATION OF PATENT TERM ADJUSTMENT UNDER 37 CFR §1.705(d)**

Dear Sir:

1. This is a request for reconsideration of the patent term adjustment of 492 days under 35 USC 154(b) indicated on the Certificate of Correction for the above-identified patent. It is respectfully requested that Patentees be granted a minimum patent term adjustment of 722 days.

2. The above-identified patent issued on March 13, 2007. Accordingly, as required by 37 CFR §1.705(d), the instant request is timely filed within two months of the issue date of the above-identified patent.

3. Patentees submit herewith a "Statement Under 37 CFR §1.702(b)(2)".



PAGE 5/22 * RCVD AT 5/14/2007 3:44:01 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-6/18 * DNIS:2738300 * CSID:6177424214 * DURATION (mm-ss):03-20

US Patent No. 7,189,819

Atty. Docket: ELN-002

RECEIVED
CENTRAL FAX CENTER
MAY 14 2007

4. In accordance with 37 CFR §1.705(b)(1), please charge the fee set forth in 37 CFR §1.18(e) ($200.00) to our Deposit Order Account No. 12-0080. Please charge any necessary additional fees or credit any overpayments to our Deposit Order Account No. 12-0080.

Dated: May 14, 2007

Respectfully submitted,

By ______________________

Amy E. Mandragouras, Esq
Registration No.: 36,207
LAHIVE & COCKFIELD, LLP
One Post Office Square
Boston, Massachusetts 02109
(617) 227-7400
(617) 742-4214 (Fax)
Attorney For Patentees

PAGE 8/22 * RCVD AT 5/14/2007 3:44:01 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-6/18 * DNIS:2738300 * CSID:6177424214 * DURATION (mm-ss):03-20

# Exhibit H

05/14/2007 15:47 FAX 6177424214 LAHIVE&COCKFIELD 007/022

RECEIVED
CENTRAL FAX CENTER
MAY 14 2007

Docket No.: ELN-002
(PATENT)

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent of:
Guriq Basi *et al.*

Patent No.: 7,189,819

Filed: March 12, 2003

For: HUMANIZED ANTIBODIES THAT RECOGNIZE BETA-AMYLOID PEPTIDE

Issued: March 13, 2007

Art Unit: 1649

Examiner: Ballard, Kimberly A.

MS Petition
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

**STATEMENT UNDER 37 CFR § 1.702(b)(2)**

Dear Sir:

1. This statement is respectfully submitted in support of the "Request for Reconsideration of Patent Term Adjustment Under 37 CFR §1.705(d)" for the above-referenced patent. In view of the following, it is respectfully requested that Patentees be granted a final patent term adjustment of 722 days.

2. The patent term adjustment under 35 U.S.C. §154(b) for the above-identified patent is 492 days, as listed on a Certificate of Correction issued May 1, 2007 (a copy of the Certificate is submitted herewith as Exhibit A). The Certificate of Correction was issued to correct an erroneous patent term adjustment of 423 days that was listed on the face of the patent as issued (see Exhibit B). Nevertheless, the determination of 492 days remains in error in that pursuant to 35 U.S.C. §154(b) the Office failed to issue a patent within three years of the actual filing date of the above-referenced application in accordance with 37 CFR §1.702(b) and failed to take certain action within the time frame specified in 37 CFR §1.702(a).

PAGE 7/22 * RCVD AT 5/14/2007 3:44:01 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-6/18 * DNIS:2738300 * CSID:6177424214 * DURATION (mm-ss):03-20

Pursuant to 37 CFR §1.703(b), Patentees are entitled to a period of patent term adjustment due to failure of the Office to issue a patent within three years after the date the corresponding application was filed under 35 U.S.C. §111(a), *i.e.*, December 6, 2004 (hereinafter "Three Year Delay"). Since the Office failed to issue the above-identified patent until March 13, 2007, Patentees are entitled to a period of patent term adjustment beginning on the day after the date that is 3 years after the filing date of the application, *i.e.*, December 7, 2004, and ending on the date a patent is issued, *i.e.*, March 13, 2007. Accordingly, the period of patent term adjustment due to the Three Year Delay by the Office is 827 days. This period of adjustment is in agreement with the period of Office delay used by the Office in calculating the patent term adjustment for the above-identified patent (see "USPTO (PTO) Delay" on the PTAS Sheet submitted herewith as Exhibit C[1]).

However, in addition to the patent term adjustment due to Three Year Delay, pursuant to 37 CFR §1.703(a) Patentees respectfully submit that they are also entitled to a period of patent term adjustment under §1.702(a) (hereinafter "Examination Delay") which is the sum of the following periods of delay:

(1) A period of delay of 230 days due to the failure by the Office to mail an action under 35 U.S.C. §132 not later than 14 months after the actual filing date (*i.e.*, by February 6, 2003) (hereinafter "14 Month Delay"). As the Office failed to mail an action under 35 U.S.C. §132 until September 24, 2003, Patentees are entitled to a period of patent term adjustment beginning on the day after the date that is 14 months after the date on which the above-referenced application was filed under 35 U.S.C. §111(a), *i.e.*, February 7, 2003, and ending on the date of mailing of an action under 35 U.S.C. §132, *i.e.*, September 24, 2003. Accordingly, the period of patent term adjustment due to the 14 Month Delay by the Office is 230 days, which is in agreement with the period calculated by the Office (see PTAS Sheet submitted herewith as Exhibit C).

[1] The PTAS Sheet submitted herewith as Exhibit C is a "screen shot" from the USPTO PAIR website saved by the Applicant following the receipt of the Issue Notification in February 2007. The PTAS Sheet does not appear to have been updated by the USPTO and is no longer available on PAIR.

(2) A period of delay of 14 days due to the failure by the Office to mail a Non-Final Office Action not later than four months after Applicants submitted a response to a previous action (hereinafter "4 Month Examination Delay"). Applicants submitted a Response to Non-Final Office Action on May 19, 2005. Since the Office failed to mail a subsequent Non-Final Rejection until October 3, 2005, Patentees are entitled to a period of patent term adjustment beginning on the day after the date that is 4 months after the date on which the Response was filed, *i.e.*, September 20, 2005, and ending on the date the Office mailed the subsequent Non-Final Office Action, *i.e.*, October 3, 2005. Therefore, the period of patent term adjustment due to the 4 Month Examination Delay is 14 days, which is in agreement with the period calculated by the Office (see Exhibit C).

(3) A period of delay of 92 days due to the failure by the Office to issue the above identified patent within four months after the date the issue fee was paid (hereinafter "4 Month Issue Delay"). The issue fee was paid on August 11, 2006. Since the Office failed to issue the above-identified patent until March 13, 2007, Patentees are entitled to a period of patent term adjustment beginning on the day after the date that is 4 months after the date on which the issue fee was paid, *i.e.*, December 12, 2006, and ending on the issue date of the patent, *i.e.*, March 13, 2007. Therefore, the period of patent term adjustment due to the 4 Month Delay by the Office is 92 days, which is in agreement with the period calculated by the Office (see Exhibit C).

Accordingly, as the Office has concluded (see Exhibit B), Patentees are entitled to a total period of Examination delay of 336 days, which is the sum of the period of 14 Month Delay (230 days), the period of 4 Month Examination Delay (14 days), and the period of 4 Month Issue Delay (92 days).

As set forth in 37 CFR §1.703(f), Patentees are entitled to a period of patent term adjustment equal to the period of delays based on the grounds set forth in 37 CFR §1.702 (hereinafter "Office Delay") reduced by the period of time equal to the period of time during which Patentees failed to engage in reasonable efforts to conclude prosecution pursuant to 37 CFR §1.704 (hereinafter "Applicant Delay"). With respect to the above-referenced application, the total period of Office Delay is the sum of the period of Three-Years Delay (827 days) and the period of Examination Delay (336 days) ***to the extent these periods of delay are not overlapping***. As the period of 14 Month Delay ended on September 24, 2003,

PAGE 9/22 * RCVD AT 5/14/2007 3:44:01 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-6/18 * DNIS:2738300 * CSID:6177424214 * DURATION (mm-ss):03-20

prior to the first day of the period of Three Years Delay, *i.e.*, December 7, 2004, Patentees submit that these periods are not overlapping. Patentees note, however, that both the 14 day period of 4 Month Examination Delay (September 20, 2005 to October 3, 2005) and the 92 day period of 4 Month Issue Delay (December 12, 2006 to March 13, 2007) overlap with portions of the Three Year Delay period (December 7, 2004 to March 13, 2007). Patentees enclose a timeline which clearly illustrates this overlap (see Exhibit D). Accordingly, Patentees submit that the total period of Office Delay is 1057 days, which is the sum of the period of Three Year Delay (827 days) and the period of Examination Delay (336 days), reduced by the period of overlap (14 days + 92 days =106 days).

To calculate the period of patent term adjustment, the total period of Office Delay is reduced by the period of Applicant Delay, which the USPTO initially calculated as a period of 392 days (see "Applicant Delay" in Exhibit C), but which was subsequently increased to 404 days following recognition by the Office of a 12 day period of Applicant Day (see "USPTO Adjustment" in Exhibit C), and then reduced to 335 days following a determination by the Office that a 69 day period of Applicant Delay was erroneously attributed to the Applicant (see Petition Decision submitted herewith as Exhibit E). Accordingly, Patentees submit that the correct patent term adjustment for the above-referenced application is 722 days, which is the difference between the total period of Office Delay (1057 days) and the period of Applicant Delay (335 days).

In view of the foregoing, it is respectfully requested that this Request for Reconsideration of Patent Term Adjustment be favorably considered and that a corrected Determination of Patent Term Adjustment be issued to reflect a patent term adjustment of **722 days**.

Dated: May 14, 2007

Respectfully submitted,

By: ____________________

Amy E. Mandragouras, Esq
Registration No.: 36,207
LAHIVE & COCKFIELD, LLP
One Post Office Square
Boston, Massachusetts 02109
(617) 227-7400
(617) 742-4214 (Fax)
Attorney For Patentees

EXHIBIT A

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 7,189,819 B2
APPLICATION NO. : 10/010942
DATED : March 13, 2007
INVENTOR(S) : Basi et al.

Page 1 of 1

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On the title page,

[*] Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 USC 154(b) by (423) days

Delete the phrase "by 423" and insert -- by 492 days--

Signed and Sealed this

First Day of May, 2007

Jon W. Dudas

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

EXHIBIT B

US007189819B2

(12) **United States Patent**
**Basi et al.**

(10) **Patent No.:** **US 7,189,819 B2**
(45) **Date of Patent:** **Mar. 13, 2007**

(54) **HUMANIZED ANTIBODIES THAT RECOGNIZE BETA AMYLOID PEPTIDE**

(75) Inventors: **Guriq Basi**, Palo Alto, CA (US); **Jose William Saldanha**, Enfield (GB)

(73) Assignees: **Wyeth**, Madison, NJ (US); **Neuralab Limited**, Smiths (BM)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 423 days.

(21) Appl. No.: **10/010,942**

(22) Filed: **Dec. 6, 2001**

(65) **Prior Publication Data**

US 2003/0165496 A1 Sep. 4, 2003

**Related U.S. Application Data**

(60) Provisional application No. 60/251,892, filed on Dec. 6, 2000.

(51) Int. Cl.
*C07K 16/18* (2006.01)
*A61K 39/395* (2006.01)
*C12P 21/08* (2006.01)

(52) U.S. Cl. .......................... 530/387.3; 530/387.9; 424/133.1; 424/139.1

(58) Field of Classification Search .......... 530/387.1, 530/387.2, 387.3, 387.9, 388.1, 388.15
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,666,829 A 5/1987 Glenner et al.
4,713,366 A 12/1987 Stevens
4,816,397 A 3/1989 Boss et al.
4,816,567 A 3/1989 Cabilly et al.
4,912,206 A 3/1990 Goldgaber et al.
5,004,697 A 4/1991 Pardridge
5,057,540 A 10/1991 Kensil et al.
5,096,706 A 3/1992 Flint
5,187,153 A 2/1993 Cordell et al.
5,192,753 A 3/1993 McGeer et al
5,208,036 A 5/1993 Eppstein et al
5,220,013 A 6/1993 Ponte et al.
5,225,539 A 7/1993 Winter
5,231,000 A 7/1993 Majocha et al.
5,231,170 A 7/1993 Averback
5,258,498 A 11/1993 Huston et al.
5,270,165 A 12/1993 Van Nostrand et al.
5,278,049 A 1/1994 Baker et al.
5,387,742 A 2/1995 Cordell
5,434,170 A 7/1995 Andrulis, Jr.
5,441,870 A 8/1995 Seubert et al
5,464,823 A 11/1995 Lehrer et al.
5,470,951 A 11/1995 Roberts
5,514,548 A 5/1996 Krebber et al.
5,530,101 A * 6/1996 Queen et al. .......... 530/387.3
5,571,499 A 11/1996 Hafler et al
5,571,500 A 11/1996 Hafler et al
5,576,184 A 11/1996 Better et al.
5,583,112 A 12/1996 Kensil et al.
5,585,089 A 12/1996 Queen et al.
5,585,100 A 12/1996 Mond et al.
5,589,154 A 12/1996 Anderson
5,593,846 A 1/1997 Schenk et al.
5,605,811 A 2/1997 Seubert et al.
5,612,486 A 3/1997 McConlogue et al
5,618,920 A 4/1997 Robinson et al.
5,622,701 A 4/1997 Berg
5,624,821 A 4/1997 Winter et al.
5,641,473 A 6/1997 Hafler et al
5,641,474 A 6/1997 Hafler et al
5,645,820 A 7/1997 Hafler et al
5,648,260 A 7/1997 Winter et al
5,652,334 A 7/1997 Roberts
5,677,425 A 10/1997 Bodmer et al.
5,679,348 A 10/1997 Nesburn et al.
5,688,651 A 11/1997 Solomon
5,693,761 A 12/1997 Queen et al.
5,693,762 A 12/1997 Queen et al
5,702,906 A 12/1997 Rosenthal
5,721,130 A 2/1998 Seubert et al.
5,733,547 A 3/1998 Weiner et al.
5,736,142 A 4/1998 Sette et al
5,744,368 A 4/1998 Goldgaber et al
5,750,349 A 5/1998 Suzuki et al.
5,750,361 A 5/1998 Prusiner et al.

(Continued)

FOREIGN PATENT DOCUMENTS

AU 707083 7/1999

(Continued)

OTHER PUBLICATIONS

Frenkel D, Solomon B, Benhar I. (2000) Modulation of Alzheimer's beta-amyloid neurotoxicity by site-directed single-chain antibody, J. Neuroimmunology, 106: 23-31.*

(Continued)

*Primary Examiner*—Janet L. Andres
*Assistant Examiner*—Kimberly A. Ballard
(74) *Attorney, Agent, or Firm*—Lahive & Cockfield, LLP; Amy E. Mandragouras, Esq.; Debra J. Milasincic, Esq.

(57) **ABSTRACT**

The invention provides improves agents and methods for treatment of diseases associated with amyloid deposits of Aβ in the brain of a patient. Preferred agents include humanized antibodies.

**63 Claims, 18 Drawing Sheets**

05/14/2007 15:48 FAX 6177424214 LAHIVE&COCKFIELD 014/022

United States Patent & Trademark Office Page 1 of 5

EXHIBIT C

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz Alerts | News | Help

Patent eBusiness

Click here to expand this section. Electronic Filing

Click here to expand this section. Patent Application Information (PAIR)

Click here to expand this section. Patent Ownership

Click here to expand this section. Fees

Click here to expand this section. Supplemental Resources & Support

Patent Information

Patent Guidance and General Info

Click here to expand this section. Codes, Rules & Manuals

Click here to expand this section. Employee & Office Directories

Click here to expand this section. Resources & Public Notices

Patent Searches

Patent Official Gazette

Click here to expand this section. Search Patents & Applications

Secured Patent Application Information Retrieval

Download | Order Certified Application As Filed | Order Certified File Wrapper | View Order List

10/010,942 HUMANIZED ANTIBODIES THAT RECOGNIZE BETA AMYLOID PEPTIDE

## Patent Term Adjustment

| | | | |
|---|---|---|---|
| Filing or 371(c) Date: | 12-06-2001 | USPTO Delay (PTO) Delay (days): | 827 |
| Issue Date of Patent: | 03-13-2007 | Three Years: | - |
| Pre-Issue Petitions (days): | +0 | Applicant Delay (APPL) Delay (days): | 392 |
| Post-Issue Petitions (days): | +0 | Total Patent Term Adjustment (days): | 423 |
| USPTO Adjustment (days): | -12 | Explanation Of Calculations | |

## Patent Term Adjustment History

| Date | Contents Description | PTO(Days) | APPL(Days) |
|---|---|---|---|
| 02-21-2007 | PTA 36 Months | 491 | |
| 03-13-2007 | Patent Issue Date Used in PTA Calculation | 92 | |
| 02-01-2007 | Dispatch to FDC | + | |
| 02-01-2007 | Dispatch to FDC | + | |
| 12-26-2006 | Record a Petition Decision of Granted for Patent Term Adjustment after Allowance | + | |
| 12-26-2006 | Record a Petition Decision of Granted for Patent Term Adjustment after Allowance | + | |
| 12-21-2006 | Adjustment of PTA Calculation by PTO | + | |
| 12-21-2006 | Adjustment of PTA Calculation by PTO | | 69 |
| 12-21-2006 | Adjustment of PTA Calculation by PTO | | + |
| 12-21-2006 | Adjustment of PTA Calculation by PTO | | 38 |

mhtml:file://G:\Data\E\ELN\002\PTA%20Reconsideration\Exhibit%20C.mht 5/14/2007

PAGE 14/22 * RCVD AT 5/14/2007 3:44:01 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-6/18 * DNIS:2738300 * CSID:6177424214 * DURATION (mm-ss):03-28

05/14/2007 15:49 FAX 6177424214 LAHIVE&COCKFIELD 015/022

United States Patent & Trademark Office

Page 2 of 5

Click here to expand this section. Search
Biological Sequences
Click here to expand this section. Copies,
Products & Services

Other
Copyrights
Trademarks
Policy & Law
Reports

| | | | |
|---|---|---|---|
| 12-21-2006 | Adjustment of PTA Calculation by PTO | | ↑ |
| 12-21-2006 | Adjustment of PTA Calculation by PTO | 73 | |
| 12-21-2006 | Adjustment of PTA Calculation by PTO | ↑ | |
| 12-21-2006 | Adjustment of PTA Calculation by PTO | 107 | |
| 12-21-2006 | Adjustment of PTA Calculation by PTO | ↑ | |
| 12-21-2006 | Adjustment of PTA Calculation by PTO | | 73 |
| 12-21-2006 | Adjustment of PTA Calculation by PTO | | ↑ |
| 12-21-2006 | Adjustment of PTA Calculation by PTO | | 12 |
| 08-10-2006 | Petition Entered | | ↑ |
| 10-10-2006 | TC Return to Pubs | | ↑ |
| 08-17-2006 | Application Is Considered Ready for Issue | | ↑ |
| 08-11-2006 | Issue Fee Payment Verified | | ↑ |
| 08-11-2006 | Issue Fee Payment Received | | ↑ |
| 08-08-2006 | Correction - Drawing NOT Required | | ↑ |
| 06-28-2006 | Receipt into Pubs | | ↑ |
| 05-30-2006 | Receipt into Pubs | | ↑ |
| 05-30-2006 | Sequence Forwarded to Pubs on Tape | | ↑ |
| 05-24-2006 | Receipt into Pubs | | ↑ |
| 05-11-2006 | Mail Notice of Allowance | | ↑ |
| 05-11-2006 | Mail Formal Drawings Required | | ↑ |
| 05-11-2006 | Mail Examiner Interview Summary (PTOL - 413) | | ↑ |
| 05-10-2006 | Formal Drawings Required | | ↑ |
| 05-10-2006 | Notice of Allowance Data Verification Completed | | ↑ |
| 05-10-2006 | Case Docketed to Examiner in GAU | | ↑ |
| 04-24-2006 | Examiner Interview Summary Record (PTOL - 413) | | ↑ |
| 05-01-2006 | Mail Examiner Interview Summary (PTOL - 413) | | ↑ |
| 04-11-2006 | Examiner Interview Summary Record (PTOL - 413) | | ↑ |
| 03-15-2006 | Information Disclosure Statement considered | | ↑ |
| 03-03-2006 | Information Disclosure Statement considered | | ↑ |

mhtml:file://G:\Data\E\ELN\002\PTA%20Reconsideration\Exhibit%20C.mht 5/14/2007

PAGE 15/22 * RCVD AT 5/14/2007 3:44:01 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-6/18 * DNIS:2738300 * CSID:6177424214 * DURATION (mm-ss):03-20

05/14/2007 15:49 FAX 6177424214 LAHIVE&COCKFIELD 018/022

United States Patent & Trademark Office Page 3 of 5

| Date | Description | | |
|---|---|---|---|
| 12-22-2005 | Information Disclosure Statement considered | | ↑ |
| 03-15-2006 | Reference capture on IDS | | ↑ |
| 03-15-2006 | Information Disclosure Statement (IDS) Filed | | ↑ |
| 03-03-2006 | New or Additional Drawing Filed | | ↑ |
| 03-13-2006 | Date Forwarded to Examiner | | ↑ |
| 03-03-2006 | Response after Non-Final Action | | 59 |
| 03-03-2006 | Request for Extension of Time - Granted | | ↑ |
| 03-03-2006 | Reference capture on IDS | | ↑ |
| 03-03-2006 | Information Disclosure Statement (IDS) Filed | | ↑ |
| 02-22-2006 | Mail Examiner Interview Summary (PTOL - 413) | | ↑ |
| 02-16-2006 | Examiner Interview Summary Record (PTOL - 413) | | ↑ |
| 12-22-2005 | Reference capture on IDS | | ↑ |
| 12-22-2005 | Information Disclosure Statement (IDS) Filed | | ↑ |
| 10-03-2005 | Mail Non-Final Rejection | 14 | |
| 09-29-2005 | Non-Final Rejection | ↑ | |
| 08-24-2005 | Case Docketed to Examiner in GAU | ↑ | |
| 06-28-2005 | Case Docketed to Examiner in GAU | ↑ | |
| 05-24-2005 | Information Disclosure Statement (IDS) Filed | | 5 |
| 06-02-2005 | IFW TSS Processing by Tech Center Complete | | ↑ |
| 06-02-2005 | Case Docketed to Examiner in GAU | | ↑ |
| 11-29-2004 | Reference capture on IDS | | ↑ |
| 11-29-2004 | Information Disclosure Statement (IDS) Filed | | ↑ |
| 05-24-2005 | Reference capture on IDS | | ↑ |
| 06-01-2005 | Date Forwarded to Examiner | | ↑ |
| 05-19-2005 | Response after Non-Final Action | | 30 |
| 05-19-2005 | Request for Extension of Time - Granted | | ↑ |
| 05-25-2005 | Case Docketed to Examiner in GAU | | ↑ |
| 01-19-2005 | Mail Non-Final Rejection | | ↑ |
| 01-19-2005 | Non-Final Rejection | | |

mhtml:file://G:\Data\E\ELN\002\PTA%20Reconsideration\Exhibit%20C.mht 5/14/2007

PAGE 16/22 * RCVD AT 5/14/2007 3:44:01 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-6/18 * DNIS:2738300 * CSID:6177424214 * DURATION (mm-ss):03-20

05/14/2007 15:49 FAX 6177424214 LAHIVE&COCKFIELD 017/022

United States Patent & Trademark Office Page 4 of 5

| Date | Event | | |
|---|---|---|---|
| 12-16-2004 | Information Disclosure Statement (IDS) Filed | | 20 |
| 12-20-2004 | Date Forwarded to Examiner | | ↑ |
| 12-14-2004 | Supplemental Response | | ↑ |
| 12-07-2004 | Date Forwarded to Examiner | | ↑ |
| 11-26-2004 | Response after Non-Final Action | | 92 |
| 11-26-2004 | Request for Extension of Time - Granted | | ↑ |
| 11-26-2004 | Workflow incoming amendment IFW | | ↑ |
| 05-26-2004 | Mail Non-Final Rejection | | ↑ |
| 05-25-2004 | Non-Final Rejection | | |
| 03-18-2004 | Date Forwarded to Examiner | | |
| 03-12-2004 | Response to Election / Restriction Filed | | 79 |
| 03-12-2004 | Request for Extension of Time - Granted | | ↑ |
| 12-19-2003 | Correspondence Address Change | | ↑ |
| 09-20-2003 | Preliminary Amendment | | ↑ |
| 09-24-2003 | Mail Restriction Requirement | 230 | |
| 09-24-2003 | Requirement for Restriction / Election | ↑ | |
| 09-17-2003 | Case Docketed to Examiner in GAU | ↑ | |
| 10-03-2002 | Information Disclosure Statement (IDS) Filed | ↑ | |
| 07-09-2002 | Preliminary Amendment | ↑ | |
| 05-27-2003 | Case Docketed to Examiner in GAU | ↑ | |
| 04-21-2003 | Case Docketed to Examiner in GAU | ↑ | |
| 10-11-2002 | Application Dispatched from OIPE | ↑ | |
| 10-10-2002 | Application Is Now Complete | ↑ | |
| 09-16-2002 | Additional Application Filing Fees | | 107 |
| 09-16-2002 | CRF Disk Has Been Received by Preexam / Group / PCT | | ↑ |
| 10-07-2002 | CRF Is Good Technically / Entered into Database | | ↑ |
| 08-25-2002 | Receipt of all Acknowledgement Letters | | ↑ |
| 08-21-2002 | SEQUENCE ERRORS | | ↑ |
| 07-01-2002 | Payment of additional filing fee/Preexam | | ↑ |

mhtml:file://G:\Data\E\ELN\002\PTA%20Reconsideration\Exhibit%20C.mht 5/14/2007

PAGE 17/22 * RCVD AT 5/14/2007 3:44:01 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-6/18 * DNIS:2738300 * CSID:6177424214 * DURATION (mm-ss):03-20

05/14/2007 15:49 FAX 6177424214 LAHIVE&COCKFIELD 018/022

United States Patent & Trademark Office Page 5 of 5

| | | |
|---|---|---|
| 07-01-2002 | CRF Disk Has Been Received by Preexam / Group / PCT | ♦ |
| 07-01-2002 | A statement by one or more inventors satisfying the requirement under 35 USC 115, Oath of the Applic | ♦ |
| 07-30-2002 | CRF Does Not Match Application Specification -- Applicant Must Correct | ♦ |
| 03-01-2002 | Notice Mailed--Application Incomplete--Filing Date Assigned | ♦ |
| 01-15-2002 | Referred by L&R for Third-Level Security Review. Agency Referral Letter Generated | |
| 01-10-2002 | IFW Scan & PACR Auto Security Review | |
| 01-04-2002 | CRF Is Flawed Technically / Not Entered into Database | |
| 12-19-2001 | IFW Scan & PACR Auto Security Review | |
| 12-06-2001 | CRF Disk Has Been Received by Preexam / Group / PCT | |
| 12-06-2001 | Initial Exam Team nn | |

*If you need help:*

- *Call the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail EBC@uspto.gov for specific questions about Patent Application Information Retrieval (PAIR).*
- *Send general questions about USPTO programs to the USPTO Contact Center (UCC).*
- *If you experience technical difficulties or problems with this application, please report them via e-mail to Electronic Business Support or call 1 800-786-9199.*

You can suggest USPTO webpages or material you would like featured on this section by E-mail to the webmaster@uspto.gov. While we cannot promise to accommodate all requests, your suggestions will be considered and may lead to other improvements on the website.

Home | Site Index | Search | eBusiness | Help | Privacy Policy

mhtml:file://G:\Data\E\ELN\002\PTA%20Reconsideration\Exhibit%20C.mht 5/14/2007

PAGE 18/22 * RCVD AT 5/14/2007 3:44:01 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-6/18 * DNIS:2738300 * CSID:6177424214 * DURATION (mm-ss):03-28

05/14/2007 15:49 FAX 6177424214 LAHIVE&COCKFIELD 019/022

Exhibit D
'02
'03
'04
'05
'06
'07
12/6/01
3/13/07
"3 YEAR DELAY"
Three Year Delay =827 days
12/7/04
"EXAMINATION DELAY"
2/6/03
9/24/03
14 Mo. Delay = 230 DAYS
9/20/05 10/3/05
4 Mo. Delay #1 = 14 DAYS
OVERLAP
12/12/06
4 Mo. Delay #2 = 92 DAYS
OVERLAP
"APPLICANT DELAY" =335 days
PTA = (827 + 230) -335 = 722 days
Filing Date
Issue Date

PAGE 19/22 * RCVD AT 5/14/2007 3:44:01 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-6/18 * DNIS:2738300 * CSID:6177424214 * DURATION (mm-ss):03-20

PAGE 20/22 * RCVD AT 5/14/2007 3:44:01 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-6/18 * DNIS:2738300 * CSID:6177424214 * DURATION (mm-ss):03-20

UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
P.O. BOX 1450
ALEXANDRIA, VA 22313-1450
www.uspto.gov

Paper No.

LAHIVE & COCKFIELD, LLP
ONE POST OFFICE SQUARE
BOSTON MA 02109-2127

COPY MAILED
APR 0 2 2007
OFFICE OF PETITIONS

| | | |
|---|---|---|
| Patent No. 7,189,819 | : | |
| Basi et al. | : | DECISION ON REQUEST FOR |
| Application No. 10/010,942 | : | RECONSIDERATION OF |
| Issue Date: March 13, 2007 | : | DECISION ON APPLICATION |
| Filed: December 6, 2001 | : | FOR PATENT TERM ADJUSTMENT |
| Attorney Docket No. ELN-002 | : | |

This is a decision on the "REQUEST FOR RECONSIDERATION OF AN APPLICATION FOR PATENT TERM ADJUSTMENT PURSUANT TO 37 C.F.R. §1.705(b) AND/OR §1.705(c)," filed February 26, 2007.

The request for reconsideration of the decision of December 26, 2006 is granted to the extent that the decision of December 26, 2006 has been reconsidered and GRANTED on the merits.

The patent term adjustment indicated in the patent is to be corrected by issuance of a certificate of correction showing a revised Patent Term Adjustment of four hundred ninety-two (492) days.

In pertinent part, by decision mailed December 26, 2006, the application for patent term adjustment filed October 26, 2006 was granted-in-part. However, a period of reduction of 69 days was entered pursuant to 37 C.F.R. §1.704(c)(7). The basis of this reduction was that applicant's response filed July 9, 2002 had an omission, which was corrected with the filing of another response, 69 days later, on September 16, 2002.

On instant request for reconsideration, patentees maintain that the response, contained on a computer readable disk, did not include an omission. Rather, the disk filed July 1, 2002 had to

05/14/2007 15:48 FAX 6177424214 LAHIVE&COCKFIELD 020/022

PAGE 21/22 * RCVD AT 5/14/2007 3:44:01 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-6/18 * DNIS:2738300 * CSID:6177424214 * DURATION (mm-ss):03-20

Patent No. 7,189,819 Application No. 10/010,942 Page 2

be re-supplied September 16, 2002 because it was subsequently found to be damaged by the USPTO and the damage was not due to any lack of due care by Applicants, but instead due to the subsequent handling and treatment of the disk by others.

Patentees' arguments and evidence have been considered and found persuasive. The request for reconsideration included evidence that the disk filed July 1, 2002 was identical to the disk filed September 16, 2002, and that both disks as they were originally sent to the Office by patentees were not damaged. In view thereof, the reduction of 69 days entered pursuant to § 1.704(c)(7) is being removed.

In view thereof, the patent should have issued with a revised patent term adjustment of 492 days.

No fee is required on instant request for reconsideration of decision on application for patent term adjustment.

The application file is being forwarded to the Certificates of Correction Branch for issuance of a certificate of correction in order to rectify this error. The Office will issue a certificate of correction indicating that the term of the above-identified patent is extended or adjusted by four hundred ninety-two (492) days.

Telephone inquiries specific to this matter should be directed to the undersigned at (571) 272-3219.

Nancy Johnson
Senior Petitions Attorney
Office of Petitions

Enclosure: Copy of DRAFT Certificate of Correction

05/14/2007 15:49 FAX 6177424214 LAHIVE&COCKFIELD 021/022

PAGE 22/22 * RCVD AT 5/14/2007 3:44:01 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-6/18 * DNIS:2738300 * CSID:6177424214 * DURATION (mm-ss):03-20

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT : 7,189,819 B2

DATED : March 13, 2007

INVENTOR(S) : Basi et al.

DRAFT

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On the cover page,

[*] Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 USC 154(b) by (423) days

Delete the phrase "by 423" and insert -- by 492 days--

05/14/2007 15:49 FAX 6177424214 LAHIVE&COCKFIELD 022/022

# Exhibit I



UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
P.O. BOX 1450
ALEXANDRIA, VA 22313-1450
www.uspto.gov

Paper No.

LAHIVE & COCKFIELD, LLP
ONE POST OFFICE SQUARE
BOSTON MA 02109-2127

COPY MAILED

SEP 2 5 2007

OFFICE OF PETITIONS

| | | |
|---|---|---|
| In re Patent No. 7,189,819 | : | |
| Basi et al. | : | DECISION DENYING |
| Application No. 10/010,942 | : | REQUEST FOR |
| Issue Date: March 13, 2007 | : | RECONSIDERATION OF |
| Filed: December 6, 2001 | : | PATENT TERM ADJUSTMENT |
| Attorney Docket No. ELN-002 | : | UNDER 37 CFR 1.705(d) |

This is a decision on the "REQUEST FOR RECONSIDERATION OF PATENT TERM ADJUSTMENT UNDER 37 CFR §1.705(d)," filed May 14, 2007, requesting that the patent term adjustment determination for the above-identified patent be changed from four hundred ninety-two (492) days to at minimum seven hundred twenty-two (722) days.

The request for reconsideration is granted to the extent that the determination has been reconsidered; however, the request for reconsideration of patent term adjustment is **DENIED** with respect to making any change in the patent adjustment determination under 35 U.S.C. § 154(b) of 492 days. This decision may be viewed as a final agency action within the meaning of 5 U.S.C 704 and for purposes of seeking judicial review. See MPEP § 1002.02(b).

**BACKGROUND**

On May 11, 2006, the Office mailed the Determination of Patent Term Adjustment under 35 U.S.C. 154(b) in the above-identified application. The Notice stated that the patent term adjustment (PTA) to date is 0 days.

On August 10, 2006[1], patentees timely filed a request for reconsideration of patent term adjustment pursuant to 37 CFR § 1.705(b), requesting that the initial determination of patent term adjustment be corrected from zero days to at least five hundred eight (508) days. By decision mailed December 26, 2006, the request was granted only to the extent that the patent term adjustment determination at the time of the mailing of the notice of allowance was changed to zero days, including an additional period of reduction of twelve (12) days for applicant delay[2] and an additional period of reduction of sixty-nine (69) days for applicant delay pursuant to 37 CFR 1.704(c)(7). It is noted that the issue of entry of a period of adjustment for the Office taking in excess of three years to issue the patent was not addressed[3].

On February 26, 2007, patentees filed a request for reconsideration of the decision mailed December 26, 2006.

Prior to a decision being rendered, on March 13, 2007, the application matured into U.S. patent No. 7,189,819, with a revised patent term adjustment of four hundred twenty-three (423) days. This revised determination included entry of an additional period of adjustment of four hundred ninety-one (491) days for the Office taking in excess of three years to issue the patent.

By decision mailed April 2, 2007, the request for reconsideration was granted only to the extent that the disputed period of reduction of 69 days previously entered pursuant to 37 C.F.R. §1.704(c)(7) was removed. The revised patent term adjustment was corrected to four hundred ninety-two (492) days (423 + 69) by way of issuance of a Certificate of Correction on May 1, 2007.

---

[1] A copy of this request was resubmitted on October 26, 2006.

[2] Patentees had disclosed that an additional period of reduction of 12 days should have been entered pursuant to 37 CFR 1.704(c)(8) and the Office agreed.

[3] It appears that this issue was overlooked on review of the application for patent term adjustment filed August 10, 2006. This was of no consequence to the decision rendered. As knowledge of the actual date of issuance of the patent is necessary to determine this period, it is Office practice to hold the decision on this issue in abeyance until after the actual patent date. Had this issue not been overlooked, the decision mailed December 26, 2006 would have additionally stated that as to this issue a "decision is being held in abeyance until after the actual patent date" and set a two-month period from the date of issuance of the patent for patentees to request that the Office address this issue.

As the patent had not issued when the request was filed, patentees' request for reconsideration filed February 26, 2007 only addressed the initial determination of patent term adjustment and not the additional period of adjustment of four hundred ninety-one (491) days. In turn, the decision did not directly address patentees' original contention with respect to the period of adjustment for the Office taking in excess of three years to issue the patent. Nonetheless, the revised patent term adjustment determination was reviewed in *toto* and the additional period of adjustment of four hundred ninety-one (491) days found to be correct.

On May 14, 2007, this request for reconsideration of the revised patent term adjustment indicated in the patent was timely filed.

Prior to this decision being rendered, a civil action was filed.

**STATUTE AND REGULATION**

**35 U.S.C. § 154(b)** as amended by § 4402 of the American Inventors Protection Act of 1999[4] (AIPA) provides that:

> ADJUSTMENT OF PATENT TERM. –
> (1) PATENT TERM GUARANTEES. –
> (A) GUARANTEE OF PROMPT PATENT AND TRADEMARK OFFICE RESPONSES. – Subject to the limitations under paragraph (2), if the issue of an original patent is delayed due to the failure of the Patent and Trademark Office to –
> (i) provide at least one of the notifications under section 132 of this title or a notice of allowance under section 151 of this title not later than 14 months after –
> (I) the date on which an application was filed under section 111(a) of this title; or
> (II) the date on which an international application fulfilled the requirements of section 371 of this title;
> (ii) respond to a reply under section 132, or to an appeal taken under section 134, within 4 months after the date on which the reply was filed or the appeal was taken;

4 Public Law 106-113, 113 Stat. 1501, 1501A-557 through 1501A-560 (1999).

(iii) act on an application within 4 months after the date of a decision by the Board of Patent Appeals and Interferences under section 134 or 135 or a decision by a Federal court under section 141, 145, or 146 in a case in which allowable claims remain in the application; or

(iv) issue a patent within 4 months after the date on which the issue fee was paid under section 151 and all outstanding requirements were satisfied, the term of the patent shall be extended 1 day for each day after the end of the period specified in clause (i), (ii), (iii), or (iv), as the case may be, until the action described in such clause is taken.

(B) GUARANTEE OF NO MORE THAN 3-YEAR APPLICATION PENDENCY. – Subject to the limitations under paragraph (2), if the issue of an original patent is delayed due to the failure of the United States Patent and Trademark Office to issue a patent within 3 years after the actual filing date of the application in the United States, not including –

(i) any time consumed by continued examination of the application requested by the applicant under section 132(b);

(ii) any time consumed by a proceeding under section 135(a), any time consumed by the imposition of an order under section 181, or any time consumed by appellate review by the Board of Patent Appeals and Interferences or by a Federal court; or

(iii) any delay in the processing of the application by the United States Patent and Trademark Office requested by the applicant except as permitted by paragraph (3)(C), the term of the patent shall be extended 1 day for each day after the end of that 3-year period until the patent is issued.

(C) GUARANTEE OR ADJUSTMENTS FOR DELAYS DUE TO INTERFERENCES, SECRECY ORDERS, AND APPEALS. – Subject to the limitations under paragraph (2), if the issue of an original patent is delayed due to –

(i) a proceeding under section 135(a);

(ii) the imposition of an order under section 181; or

(iii) appellate review by the Board of Patent Appeals and Interferences or by a Federal court in a case in which the patent was issued under a decision in the review reversing an adverse determination of patentability, the

term of the patent shall be extended 1 day for each day of the pendency of the proceeding, order, or review, as the case may be.

(2) LIMITATIONS. —
(A) IN GENERAL. — To the extent that periods of delay attributable to grounds specified in paragraph (1) overlap, the period of any adjustment granted under this subsection shall not exceed the actual number of days the issuance of the patent was delayed.

The implementing regulation, **37 CFR § 1.702**, provides grounds for adjustment of patent term due to examination delay under the Patent Term Guarantee Act of 1999 (original applications, other than designs, filed on or after May 29, 2000).

(a) Failure to take certain actions within specified time frames. Subject to the provisions of 35 U.S.C. 154(b) and this subpart, the term of an original patent shall be adjusted if the issuance of the patent was delayed due to the failure of the Office to:

(1) Mail at least one of a notification under 35 U.S.C. 132 or a notice of allowance under 35 U.S.C. 151 not later than fourteen months after the date on which the application was filed under 35 U.S.C. 111(a) or fulfilled the requirements of 35 U.S.C. 371 in an international application;

(2) Respond to a reply under 35 U.S.C. 132 or to an appeal taken under 35 U.S.C. 134 not later than four months after the date on which the reply was filed or the appeal was taken;

(3) Act on an application not later than four months after the date of a decision by the Board of Patent Appeals and Interferences under 35 U.S.C. 134 or 135 or a decision by a Federal court under 35 U.S.C. 141, 145, or 146 where at least one allowable claim remains in the application; or

(4) Issue a patent not later than four months after the date on which the issue fee was paid under 35 U.S.C. 151 and all outstanding requirements were satisfied.

(b) Failure to issue a patent within three years of the actual filing date of the application. Subject to the provisions of 35 U.S.C. 154(b) and this subpart, the term of an original patent shall be adjusted if the issuance of

the patent was delayed due to the failure of the Office to issue a patent within three years after the date on which the application was filed under 35 U.S.C. 111(a) or the national stage commenced under 35 U.S.C. 371(b) or (f) in an international application, but not including[5]:

In pertinent part, 37 CFR § 1.703 provides for calculation of the periods, as follows:

Period of adjustment of patent term due to examination delay.

(a) The period of adjustment under § 1.702(a) is the sum of the following periods:

(1) The number of days, if any, in the period beginning on the day after the date that is fourteen months after the date on which the application was filed under 35 U.S.C. 111(a) or fulfilled the requirements of 35 U.S.C. 371 and ending on the date of mailing of either an action under 35 U.S.C. 132, or a notice of allowance under 35 U.S.C. 151, whichever occurs first;

(2) The number of days, if any, in the period beginning on the day after the date that is four months after the date a reply under § 1.111 was filed and ending on the date of mailing of either an action under 35 U.S.C. 132, or a notice of allowance under 35 U.S.C. 151, whichever occurs first;

(3) The number of days, if any, in the period beginning on the day after the date that is four months after the date a reply in compliance with § 1.113(c) was filed and ending on the date of mailing of either an action under 35 U.S.C. 132, or a notice of allowance under 35 U.S.C. 151, whichever occurs first;

(4) The number of days, if any, in the period beginning on the day after the date that is four months after the date an appeal brief in compliance with § 41.37 of this title was filed and ending on the date of mailing of any of an examiner's answer under § 41.39 of this title, an action under 35 U.S.C. 132, or a notice of allowance under 35 U.S.C. 151, whichever occurs first;

---

5 (1) Any time consumed by continued examination of the application under 35 U.S.C. 132(b);
(2) Any time consumed by an interference proceeding under 35 U.S.C. 135(a);
(3) Any time consumed by the imposition of a secrecy order under 35 U.S.C. 181;
(4) Any time consumed by review by the Board of Patent Appeals and Interferences or a Federal court; or
(5) Any delay in the processing of the application by the Office that was requested by the applicant.

(5) The number of days, if any, in the period beginning on the day after the date that is four months after the date of a final decision by the Board of Patent Appeals and Interferences or by a Federal court in an appeal under 35 U.S.C. 141 or a civil action under 35 U.S.C. 145 or 146 where at least one allowable claim remains in the application and ending on the date of mailing of either an action under 35 U.S.C. 132 or a notice of allowance under 35 U.S.C. 151, whichever occurs first; and

(6) The number of days, if any, in the period beginning on the day after the date that is four months after the date the issue fee was paid and all outstanding requirements were satisfied and ending on the date a patent was issued.

(b) The period of adjustment under § 1.702(b) is the number of days, if any, in the period beginning on the day after the date that is three years after the date on which the application was filed under 35 U.S.C. 111(a) or the national stage commenced under 35 U.S.C. 371(b) or (f) in an international application and ending on the date a patent was issued, but not including the sum of the following periods[6]:

---

[6] (1) The number of days, if any, in the period beginning on the date on which a request for continued examination of the application under 35 U.S.C. 132(b) was filed and ending on the date the patent was issued;

(2)(i) The number of days, if any, in the period beginning on the date an interference was declared or redeclared to involve the application in the interference and ending on the date that the interference was terminated with respect to the application; and (ii) The number of days, if any, in the period beginning on the date prosecution in the application was suspended by the Office due to interference proceedings under 35 U.S.C. 135(a) not involving the application and ending on the date of the termination of the suspension;

(3)(i) The number of days, if any, the application was maintained in a sealed condition under 35 U.S.C. 181; (ii) The number of days, if any, in the period beginning on the date of mailing of an examiner's answer under § 41.39 of this title in the application under secrecy order and ending on the date the secrecy order was removed; (iii) The number of days, if any, in the period beginning on the date applicant was notified that an interference would be declared but for the secrecy order and ending on the date the secrecy order was removed; and (iv) The number of days, if any, in the period beginning on the date of notification under § 5.3(c) of this chapter and ending on the date of mailing of the notice of allowance under 35 U.S.C. 151; and,

(4) The number of days, if any, in the period beginning on the date on which a notice of appeal to the Board of Patent Appeals and Interferences was filed under 35 U.S.C. 134 and § 41.31 of this title and ending on the date of the last decision by the Board of Patent Appeals and Interferences or by a Federal court in an appeal under 35 U.S.C. 141 or a civil action under 35 U.S.C. 145, or on the date of mailing of either an action under 35 U.S.C. 132, or a notice of allowance under 35 U.S.C. 151, whichever occurs first, if the appeal did not result in a decision by the Board of Patent Appeals and Interferences.

37 CFR 1.703(f) provides that:

> The adjustment will run from the expiration date of the patent as set forth in 35 U.S.C. 154(a)(2). To the extent that periods of delay attributable to the grounds specified in §1.702 overlap, the period of adjustment granted under this section shall not exceed the actual number of days the issuance of the patent was delayed. The term of a patent entitled to adjustment under § 1.702 and this section shall be adjusted for the sum of the periods calculated under paragraphs (a) through (e) of this section, to the extent that such periods are not overlapping, less the sum of the periods calculated under § 1.704. The date indicated on any certificate of mailing or transmission under § 1.8 shall not be taken into account in this calculation.

**OPINION**

On March 13, 2007, this patent issued with a revised patent term adjustment of four hundred twenty-three (423) days. Pursuant to the decision mailed April 2, 2007, on May 1, 2007, the Office issued a Certificate of Correction correcting the patent term adjustment in this patent from 423 to 492 days. Patentees argue that the determination of 492 days remains in error in that pursuant to 35 U.S.C. § 154(b) the Office failed to issue a patent within three years of the actual filing date of the above-referenced application in accordance with 37 CFR § 1.702(b) **and** failed to take certain action within the time frames specified in 37 CFR § 1.702(a).

Specifically, patentees argue that the period of adjustment due to the Three Year Delay by the Office, pursuant to 37 CFR § 1.703(b), is 827 days. This 827 day period is calculated based on the application having been filed under 35 U.S.C. 111(a) on December 6, 2001, and the patent having not issued until March 13, 2007, three years and 827 days later. Patentees maintain that in addition to this 827 day period, they are entitled to a period of adjustment due to examination delay, pursuant to 37 CFR §1.702(a), totalling 336 days. This 336 day period is the sum of:

- a period of delay of 230 days for the failure by the Office to mail at least one of a notification under 35 U.S.C. 132 not later than fourteen months after the

  date on which the application was filed under 35 U.S.C. 111(a), pursuant to § 1.702(a)(1);

- a period of delay of 14 days for the failure by the Office to respond to a reply under 35 U.S.C. 132 not later than four months after the date on which the reply was filed, pursuant to § 1.702(a)(2);
- a period of delay of 92 days for the Office's failure to issue a patent not later than four months after the date on which the issue fee was paid under 35 U.S.C. 151 and all outstanding requirements were satisfied, pursuant to § 1.702(a)(4).

Patentees further state, citing 37 CFR § 1.703(f), that they are entitled to a period of patent term adjustment equal to the period of delays based on the grounds set forth in 37 CFR §1.702 reduced by the period of time equal to the period of time during which patentees failed to engage in reasonable efforts to conclude prosecution pursuant to 37 CFR §1.704. In other words, the period of Office delay reduced by the period of applicant delay. The period of reduction of 335 days for applicant delay is not in dispute[7]. Patentees maintain that the total period of Office delay is the sum of the period of Three Years Delay (827 days) and the period of Examination Delay (336 days) **to the extent that these periods of delay are not overlapping.** Patentees contend that:

> As the period of 14 month delay ended on September 24, 2003, prior to the first day of the period of Three Years Delay, i.e., December 7, 2004, Patentees submit that these periods are not overlapping. Patentees note, however, that both the 14 day period of 4 month examination delay (September 20, 2005 to October 3, 2005) and the 92 day period of 4 month issue delay (December 12, 2006 to March 13, 2007) overlap with portions of the Three Year Delay period (December 7, 2004 to March 13, 2007). Accordingly, patentees submit that the total period of Office Delay is 1057 days, which is the sum of the period of Three Year Delay (827 days) and the period of Examination Delay (336 days), reduced by the period of overlap (14 days + 92 days = 106 days). See pp. 3-4 of petition filed May 14, 2007.

---

7 The periods of reduction include pursuant to 37 CFR 1.704(b), 79 days for response filed March 12, 2004, 92 days for response filed November 26, 2004, 30 days for response filed May 19, 2005, 59 days for response filed March 3, 2006, and as corrected by decision of December 26, 2006, 38 days (not 107 days) for the response filed July 9, 2002; and pursuant to 37 CFR 1.704(c)(8), 20, 5, and 12 days for supplemental papers filed December 16, 2004, May 24, 2005, and March 12, 2006 (The 12 days was also corrected by decision of December 26, 2006).

As such, patentees assert entitlement to a patent term adjustment of 722 days (827 + 336 - 106 reduced by 335).

The Office agrees that the patent issued 3 years and 827 days after its filing date.  The Office agrees that the actions detailed above were not taken within the specified timeframes, and thus, the entries of periods of adjustment of 230, 14 and 92 days respectively are correct.  At issue is whether patentees should accrue 827 days of patent term adjustment for the Office taking in excess of three years to issue the patent, as well as, 336 days for Office failure to take certain actions within specified time frames (or examination delay) with only a period of 106 days considered to overlap.

The Office does not agree and contends that the entire period of 336 days overlap.  Patentees' interpretation of the period of overlap has been considered and found to be incorrect.  Patentees' calculation of the period of overlap is inconsistent with the Office's interpretation of this provision.  35 U.S.C. 154(b)(2)(A) limits the adjustment of patent term, as follows:

> to the extent that the periods of delay attributable to grounds specified in paragraph (1) overlap, the period of any adjustment granted under this subsection shall not exceed the actual number of days the issuance of the patent was delayed.

Likewise, 37 CFR 1.703(f) provides that:

> To the extent that periods of delay attributable to the grounds specified in §1.702 overlap, the period of adjustment granted under this section shall not exceed the actual number of days the issuance of the patent was delayed.

As explained in *Explanation of 37 CFR 1.703(f) and of the United States Patent and Trademark Office Interpretation of 35 U.S.C. 154(b)(2)(A)*, 69 Fed. Reg. 34283 (June 21, 2004), the Office interprets 35 U.S.C. 154(b)(2)(A) as permitting either patent term adjustment under 35 U.S.C. 154(b)(1)(A)(i)-(iv), or patent term adjustment under 35 U.S.C. 154(b)(1)(B), but not as permitting patent term adjustment under both 35 U.S.C. 154(b)(1)(A)(i)-(iv) and 154(b)(1)(B).  Accordingly, the Office implements the overlap provision as follows:

> If an application is entitled to an adjustment under 35 U.S.C. 154(b)(1)(B), the entire period during which the application was pending (except for periods excluded under 35 U.S.C. 154(b)(1)(B)(i)-(iii)), and not just the period beginning three years after the actual filing date of the application, is the period of delay under 35 U.S.C. 154(b)(1)(B) in determining whether periods of delay overlap under 35 U.S.C. 154(b)(2)(A). Thus, any days of delay for Office issuance of the patent more than 3 years after the filing date of the application, which overlap with the days of patent term adjustment accorded prior to the issuance of the patent will not result in any additional patent term adjustment. See 35 U.S.C. 154(b)(1)(B), 35 U.S.C. 154(b)(2)(A), and 37 CFR § 1.703(f). See *Changes to Implement Patent Term Adjustment Under Twenty Year Term; Final Rule*, 65 Fed. Reg. 54366 (Sept. 18, 2000). See also *Revision of Patent Term Extension and Patent Term Adjustment Provisions; Final Rule*, 69 Fed. Reg. 21704 (April 22, 2004), 1282 Off. Gaz. Pat. Office 100 (May 18, 2004). See also *Explanation of 37 CFR 1.703(f) and of the United States Patent and Trademark Office Interpretation of 35 U.S.C. 154(b)(2)(A)*, 69 Fed. Reg. 34283 (June 21, 2004).

The current wording of § 1.703(f) was revised in response to the misinterpretation of this provision by a number of applicants. The rule was slightly revised to more closely track the corresponding language of 35 U.S.C. 154(b)(2)(A). The relevant portion differs only to the extent that the statute refers back to provisions of the statute whereas the rule refers back to sections of the rule. This was not a substantive change to the rule nor did it reflect a change of the Office's interpretation of 35 U.S.C. 154(b)(2)(A). As stated in the *Explanation of 37 CFR 1.703(f) and of the United States Patent and Trademark Office Interpretation of 35 U.S.C. 154(b)(2)(A)*, the Office has consistently taken the position that if an application is entitled to an adjustment under the three-year pendency provision of 35 U.S.C. 154(b)(1)(B), the entire period during which the application was pending before the Office (except for periods excluded under 35 U.S.C. 154(b)(1)(B)(i)-(iii)), and not just the period beginning three years after the actual filing date of the application, is the relevant period under 35 U.S.C. 154(b)(1)(B) in determining whether periods of delay "overlap" under 35 U.S.C. 154(b)(2)(A).

This interpretation is consistent with the statute. Taken together the statute and rule provide that to the extent that periods of delay attributable to grounds specified in 35 U.S.C. 154(b)(1) and in corresponding §1.702 overlap, the period of adjustment granted shall not exceed the actual number of days the issuance of the patent was delayed. The grounds specified in these sections cover the A) guarantee of prompt Patent and Trademark Office responses, B) guarantee of no more than 3 year application pendency, and C) guarantee or adjustments for delays due to interference, secrecy orders and appeals. A section by section analysis of 35 U.S.C. 154(b)(2)(A) specifically provides that:

> Section 4402 imposes limitations on restoration of term. In general, pursuant to [35 U.S.C.] 154(b)(2)(A)-(C), total adjustments granted for restorations under [35 U.S.C. 154](b)(1) are reduced as follows: (1) To the extent that there are multiple grounds for extending the term of a patent that may exist simultaneously (e.g., delay due to a secrecy order under [35 U.S.C.] 181 and administrative delay under [35 U.S.C.] 154(b)(1)(A)), the term should not be extended for each ground of delay but only for the actual number of days that the issuance of a patent was delayed; See 145 Cong. Rec. S14,718[8]

As such, the period for over 3 year pendency does not as argued by patentees overlap only to the extent that the actual dates in the period beginning three years after the date on which the application was filed overlap with the actual dates in the periods for failure of the Office to take action within specified time frames. In other words, consideration of the overlap does not begin three years after the filing date of the application. Patentees are incorrect in treating the relevant period as starting on December 7, 2004, the date that is 3 years after the actual filing date of the application.

In this instance, the relevant period under 35 U.S.C. 154(b)(1)(B) in determining whether periods of delay "overlap" under 35 U.S.C. 154(b)(2)(A) is the entire period during which

---

[8] The AIPA is title IV of the Intellectual Property and Communications Omnibus Reform Act of 1999 (S. 1948), which was incorporated and enacted as law as part of Pub. L. 106-113. The Conference Report for H.R. 3194, 106th Cong. 1st Sess. (1999), which resulted in Pub. L. 106-113, does not contain any discussion (other than the incorporated language) of S. 1948. A section-by-section analysis of S. 1948, however, was printed in the Congressional Record at the request of Senator Lott, See 145 Cong. Rec. S14,708-26 (1999)(daily ed. Nov. 17, 1999).

the application was pending before the Office, December 6, 2001 to April 2, 2007. (There were no periods excluded under 35 U.S.C. 154(b)(1)(B)(i)-(iii)). 336 days of patent term adjustment were accorded prior to the issuance of the patent for the Office failing to respond within specified time frames during the pendency of the application. All of these 336 days overlap with the 827 days for Office delay in issuing the patent. Accordingly, at issuance, the Office properly entered 491 days (827 - 336 days) additional days of patent term adjustment for the Office taking in excess of 3 years to issue the patent.

In view thereof, the Office maintains that the correct revised determination of patent term adjustment at the time of the issuance of the patent is 492 days. The Certificate of Correction was properly issued and no further action is required.

**CONCLUSION**

The request for reconsideration of the revised patent term adjustment is denied. This decision may be viewed as a final agency action. See MPEP § 1002.02(b).

The Office acknowledges that patentees previously submitted the $200 fee set forth in §1.18(e) on application for patent term adjustment filed August 10, 2006. As this request pertains only to the over 3-year delay issue raised in the application for patent term adjustment, no additional fees are required.

Telephone inquiries specific to this matter should be directed to Nancy Johnson, Senior Petitions Attorney, at (571) 272-3219.

Robert W. Bahr
Senior Patent Counsel
Office of the Deputy Commissioner
for Patent Examination Policy

# Exhibit J

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 7,189,819 B2
APPLICATION NO. : 10/010942
DATED : March 13, 2007
INVENTOR(S) : Basi et al.

Page 1 of 1

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On the title page,

[*] Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 USC 154(b) by (423) days

Delete the phrase "by 423" and insert -- by 492 days--

Signed and Sealed this

First Day of May, 2007

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

# Exhibit K

# PATENT PRACTICE

**Eighth Edition, Release No. 1 (2005)**

**Volume 4**

**Chapter 17**

# PATENT TERM DURATION AND ITS CALCULATION

**Irving Kayton**
**Professor of Law, Emeritus**
**George Mason University**

© 2001, 2004, 2005

Patent Resources Institute, Inc.

Opinions expressed herein are solely those of the author and are not legal advice.

Item (iii) of subsection (b)(1)(B) also adds an *exclusion* for "any delay in processing of the application ... requested by the applicant." The reader should note that there are two important categories of applicant-requested "delays in processing of the application," which on their face would appear clearly to be required to be treated as exclusions from the three-year pendency period under item (iii) – but they are *not* so treated by the USPTO. One is applicant-requested-and-permitted delays specified in Rule 1.103. The other is applicant-requested-and-paid extensions to reply *beyond* three months under Rule 1.136(a) to any "rejection, objection or requirement" of the examiner under 35 USC §132. The USPTO has offered no public explanation for *not* treating these two categories of applicant-requested delays as exclusions.

**D. How to Combine (*Not* Necessarily Add) Extensions for All Three Adjustment Bases to Arrive at the Total GAB Nos. 1-3 Adjustment Days**

***1. Overview***

When a prosecution involves only GAB No. 1 (14-4-4-4) and GAB No. 2 (interference, secrecy order, successful appeal) delays, the procedure for combining the adjustment days is linear and straightforward, i.e., they are simply added, except that each day that experiences more than one adjustment event counts only as one adjustment day. The statute, Rules, and USPTO interpretations thereof all coincide. (But, as discussed at various points above in this chapter, reasonable people may well disagree as to whether the USPTO Rules and interpretations in some instances are consonant with the clear meaning and wording of the statute defining *which* events are adjustment events.)

When GAB No. 3 (three-year pendency guarantee) events come into play, however, although the language of the statute seems quite clear and logical, and dictates a straightforward linear combination of all three GABs, the USPTO Rules require something entirely different; and the USPTO *interpretation* of its own Rules is in dramatic conflict with the clear wording of its own Rules. The author assures the readers that they will read in disbelief the illogic promulgated by the USPTO on this subject. But readers must understand what has

© 2001, 2004, 2005
Patent Resources Institute, Inc.

happened in order to protect their clients' interests. That understanding will be achieved by carefully considering subsections 2., 3., 4., and 5. that follow.

### *2. How to Combine Adjustments for GAB No. 1 (14-4-4-4) and GAB No. 2 (Interferences, Successful Appeals, and Secrecy Orders) When GAB No. 3 (Three-Year Pendency Guarantee) Is* **Not** *Involved*

We start by assuming that examination prosecution has *not* extended more than three years from the filing date. Then we proceed according to the analytical sequence that follows.

(i) If there are any 14-4-4-4 delays (GAB No. 1), add all days of delay as adjustment days to the 20-years-from-filing term, except that any day that experiences a plurality of adjustment events counts only as one day of adjustment. Those delays postpone issuance of the patent but also add adjustment (extension) days to the term measured from issuance.

(ii) If there are any GAB No. 2 delays (secrecy orders, interferences, and *successful* patentability appeals), add all those fault-free delays to those of GAB No. 1 above as adjustment days to the 20-years-from-filing term, except that any day that experiences a plurality of GAB No. 1 and No. 2 adjustment events counts only as one day of adjustment. Those delays will postpone issuance of the patent but will also add adjustment days to the term measured from issuance. Thus, the adjustment is provided under GAB No. 2 independently of any GAB No. 1 adjustment, except that a day with both GAB No. 1 and GAB No. 2 events will count as only one adjustment day.

### *3. How to Determine the Beginning of* **Delay** *Under GAB No. 3 (Three-Year Pendency Guarantee) When GAB No. 1 (14-4-4-4) Is* **Not** *Involved*

Now let us assume that examination/prosecution has lasted more than three years from the filing date and that an *exclusionary* event has occurred. We investigate, therefore, whether and when adjustments to term under GAB No. 3 are generated. We do so *initially, but only initially,* independently of the existence or absence of GAB No. 1 adjustments. But to set the stage let us examine 35 USC §154(b)(1)(B) (which *is* GAB No. 3).

© 2001, 2004, 2005
Patent Resources Institute, Inc.

(B) Guarantee of no more than 3-year application pendency.–Subject to the limitations under paragraph (2) [Overlap, Terminal Disclaimer, and Required Reduction Period], if the issue of an original patent is delayed due to the failure of the United States Patent and Trademark Office to issue a patent within 3 years after the actual filing date of the application in the United States, not including –

(i) any time consumed by continued examination of the application requested by the applicant under section 132(b);

(ii) any time consumed by a proceeding under section 135(a) [interference], any time consumed by the imposition of an order under section 181 [secrecy], or any time consumed by appellate review by the Board of Patent Appeals and Interferences or by a Federal court; or

(iii) any delay in the processing of the application by the United States Patent and Trademark Office requested by the applicant except as permitted by paragraph (3)(C) [reinstatement based upon "all due care"],

the term of the patent shall be extended 1 day for each day after the end of that 3-year period until the patent is issued.

Thus, the statute states that beginning on the filing date, each day counts toward the three years specified in the first clause, but "not including" any days that fall within the exclusions listed in (B)(i), (ii), and (iii). As a consequence, the counting of days (toward the three years) stops when an exclusionary event begins and does not resume until after it ends. Moreover, after counting resumes, it stops again if a second exclusionary period begins before three years are accumulated outside the first exclusionary period, and so on.

In short, to determine the end of the three-year period under 35 USC §154(b)(1)(B), at which time delay begins and adjustment days

© 2001, 2004, 2005
Patent Resources Institute, Inc.

begin to accrue, one should count up days from the filing date, skip all days during exclusionary events, and stop counting on finally reaching a total of three years' worth of *non*-exclusionary days. At *that* time the proscribed delay under the three-year pendency guarantee commences the count of the compensating adjustments. The GAB No. 3 section of the statute quoted above clearly so states. And the literal language of Rule 1.702(b) is in agreement.

### *4. How to* **Combine** *the GAB No. 1 (14-4-4-4) and No. 3 (Three-Year Pendency) Adjustment Bases to Determine the Extension*

#### a. According to the Clear Meaning of the Words of the Statute and Rule 1.702(b)

**versus**

#### b. According to the Nonstatutory, Non-Rules USPTO (Mis)Interpretation of the Statute and Its Own Rule 1.703(f)

*Delays* for which adjustments accrue necessarily begin *after* the point in time that marks subsequent time periods as *late*. The USPTO accepts that self-evident definition when GAB Nos. 1, 2, and 3 delays exist *in isolation from each other* – but *not* for a GAB No. 3 three-year pendency guarantee delay that develops in the *same* application as does a GAB No. 1, 14-4-4-4, delay. For the latter situation, instead of the three-year pendency delay being marked as late from the day after three years from the filing date (excluding exclusions), the USPTO declared, on June 21, 2004, that the *delay* begins from the day the *application is filed*. 69 Fed. Reg. 34,283.

Can it really be the law that the entire pendency of an application from its filing date to its issue date constitutes a *delay* under the statute in the issuance of the patent? The USPTO insists that it is, but only for a three-year pendency delay, and only when there are also one or more 14-4-4-4 delays. When, however, the pendency exceeds three years (excluding exclusions) and *no* 14-4-4-4 delays occurred, then the *delay begins* at the *end* of the three years (excluding exclusions) and *not on the day the application was filed*. (Note: A three-year pendency *delay* that is held to occur beginning on

© 2001, 2004, 2005
Patent Resources Institute, Inc.

the filing date, and that extends to the date of issue, would result in an adjustment (extension) equal to the *entire length of the prosecution*. As a consequence, *every* patent whose pendency is *more* than three years (excluding exclusions) would *always* have a *full* 20-year term from the *date it issues* – not just from its filing day. Such a result is, of course, absurd under the statute and the law of common sense.)

Following the USPTO logic of 69 Fed. Reg. 34,283 (reproduced in Appendix B), all 14-4-4-4 (GAB No. 1) delays that occur during the first three years of *non-excluded prosecution*, and which, therefore, *could not possibly overlap* delays that are measured beginning *after* three-year pendency, will actually *always* overlap GAB No. 3 delays under the current USPTO definition that the three-year pendency *delay begins on the filing date*. The consequence is that it can never be possible to obtain adjustments for *both* those 14-4-4-4 delays and three-year pendency delays, *and the USPTO has expressly so stated*. The *one* adjustment that the USPTO *does* grant as between 14-4-4-4 and three-year pendency that occur in the same application is the *longer* of those two adjustments (*but not their sum*), contrary to the facial requirement of the statute. But under *these* circumstances the USPTO laughably, inconsistently measures the period of the three-year pendency delay as beginning *after* the three years of prosecution while having also insisted that the delay began on the *filing date* in holding that the 14-4-4-4 delay overlaps the three-year pendency delay.

The overall practical *adjustments* calculation consequences of this USPTO interpretation of the relationship between 14-4-4-4 and three-year pendency *delays* are captured in the following illustrative fact situations.

1. Assume X days of 14-4-4-4 delay events occur during a span of time, Y, that equals exactly three years of prosecution with no excluded events. Further assume the patent issues at the end of Y.

Total Resulting Adjustment = X days, due to 14-4-4-4. This is simple and obvious because there is no three-year pendency delay under any interpretation.

2. Same facts as 1., except that after the time period Y ends, the patent does *not* issue. Instead, prosecution continues for Z days of non-excluded prosecution to issuance, i.e., Z constitutes three-

© 2001, 2004, 2005
Patent Resources Institute, Inc.

year pendency adjustment days. Z (three-year pendency delay) and X (14-4-4-4 delays), therefore, *are spaced apart*.

**Total Resulting Adjustment Is the Greater of Either X (14-4-4-4) or Z (Three-Year Pendency), But *Not* X + Z, Dependent Upon *Additional* Facts as Set Forth in a., b., and c., Below:**

a. Assume Z, the actual three-year pendency delay, is *less* than X, the 14-4-4-4 delay, (Z < X). Then, the total adjustment is *still* only X days, *not* Z + X. Why? Because Y + Z, which is the *entire* prosecution period, necessarily includes the 14-4-4-4 delay, X, and the USPTO insists that the *entire* prosecution period, Y + Z, not Z alone, is the three-year pendency *delay*. Believe it or not! Because Z, the *real* three-year pendency delay, is less than X, the adjustment is *only* X under the *fictitious theory that X and Z are delays that overlap* in time even though X and Z are distinctly *spaced apart* periods! So sayeth the USPTO.

b. Assume Z, the actual three-year pendency delay, is *greater* than X, (Z > X), then the total adjustment is Z days, *not* Z + X, under the same fiat-based logic in a. above.

c. Assume Z and X are exactly equal, (Z = X), and that those periods continue to be spaced completely apart. Then the adjustment is Z days or X days, which are the same, but *not* Z + X days.

The results of examples 2.a., b., and c. are based upon the USPTO's proposition that the three-year pendency *delay* is *not* Z, which is measured from the end of Y, but rather Y + Z, which is *the entire period of prosecution beginning with the day of filing*. Under this bizarre interpretation of the GAB No. 3 delay, the X delay (14-4-4-4) and the Z delay (three-year pendency) must *always* overlap each other (even though they may actually be spaced apart) because both are within the entire prosecution period of Y + Z.

In 2.a., b., and c., of course, the true adjustment dictated by *statute* should always be the sum of the two real, spaced apart, delays, X and Z. Needless to say, the applicant can never get the full term to which he or she is literally entitled by statute and Rule 1.703(f) under this bizarre interpretation by the USPTO of the statute and *its own Rule*.

© 2001, 2004, 2005
Patent Resources Institute, Inc.

### c. How the Legislative History Confirms the Clear Meaning of the Statute and Refutes the USPTO Misinterpretation of Both the Statute and Its Own Rule 1.703(f)

Under Supreme Court precepts for statutory interpretation, when the meaning of a statute is clear on its face, resort to legislative history is both unnecessary and inapposite. When, however, the legislative history provides irrefutable reinforcement of the statute's clear meaning, any proffered contrary interpretation should be viewed as seriously jaundiced. Here follows the controlling section of the statute and two quoted pertinent explanations thereof from its legislative history. (Emphasis has been supplied by the author, as has bracketed text, which adds verbal description to section numbers.)

**§154(b)(2)(A):**

> To the extent that *periods of delay* attributable to grounds specified in paragraph (1) **[**14-4-4-4; three-year issue; and appeal, interference, secrecy order**]** *overlap*, the period of any adjustment granted under this subsection shall not exceed the actual number of days the issuance of the patent was delayed.

**Legislative History** (145 Cong. Rec. S14708, S14718 (daily ed. November 17, 1999):

> To the extent that there are *multiple grounds* for extending the term of a patent that may *exist simultaneously* (e.g., delay due to a secrecy order under section 181 and administrative delay under section 154(b)(1)(A) **[**14-4-4-4**]**), the term should not be extended for each ground of delay but only for the actual number of days that the issuance of a patent was delayed.

**Legislative History** (145 Cong. Rec. S14708, S14718 (daily ed. November 17, 1999):

> Accordingly, subtitle D **[**AIPA PTA**]** removes the 10-year caps from the existing provisions, adds a new provision to compensate applicants fully for USPTO-caused administrative delays, and, *for good measure*, includes a

© 2001, 2004, 2005
Patent Resources Institute, Inc.

> new provision guaranteeing diligent applicants at least a 17-year term by extending the term of any patent not granted within three years of filing. Thus, *no patent applicant diligently seeking to obtain a patent will receive a term of less than the 17 years as provided under the pre-GATT standard*; in fact, *most will receive considerably more*.

The reader will note that the USPTO's dubious manner of combining (rather than adding) nonoverlapping GAB No. 1 and GAB No. 3 adjustments *ensures* that *many diligent* patent applicants will receive patents with a term *less* than what §154(b) was expressly designed to guarantee.

### *5. How to Combine All* **Three** *Adjustment Bases, When* **Exclusions** *Are Added to the Mix*

Exclusions consist of two components: GAB No. 2 adjustment-meriting delays (interferences, secrecy orders, and successful appeals); and applicant-requested delays in prosecution. Irrespective of which element of which component is in effect during prosecution, it serves to interrupt the progress of the three years of prosecution pendency period after which days of adjustment begin to accrue. That exclusionary *interruption* in the three years of prosecution pendency has led the USPTO to hold that GAB No. 1 and GAB No. 2 adjustments accrue during that period (except for overlaps). Because during an exclusion period there is no progress in the prosecution to contribute to the three-year period, *all* GAB No. 1 and No. 2 adjustments are credited to the applicant during exclusion periods subject only to traditional overlap restrictions.

When, however, *no* exclusions are in effect, the only adjustments possible are GAB No. 1 (14-4-4-4) adjustments and three-year pendency adjustments. Under the USPTO spurious algorithm for combining 14-4-4-4 adjustments and three-year pendency adjustments (discussed above), therefore, when no exclusion is operational, only the *greater* of 14-4-4-4 extensions or three-year pendency guarantee extensions accrues. However, if at any time during prosecution there is *also an exclusionary period*, any and all non-overlapping GAB No. 1 (14-4-4-4) and No. 2 (interference, secrecy, successful appeal) extensions that occur during an exclusion are *independently* added to the *greater* of 14-4-4-4 or three-year pendency guarantee extensions.

© 2001, 2004, 2005
Patent Resources Institute, Inc.

This peculiar concept of combining adjustments when exclusions are introduced into the mix may be more readily understood visually. Thus:

Total Adjustments =

[*During Exclusionary* Periods: *All* Non-Overlapping GAB No. 1 (14-4-4-4) and GAB No. 2 (Interferences, Successful Appeals, Secrecy Orders) Adjustments]

**+**

[During *Non*-Exclusionary Periods: The *Greater* of GAB No. 1 (14-4-4-4) or GAB No. 3 (Three-Year Pendency Guarantee) Adjustments].

From the above, it can be seen that a 14-4-4-4 adjustment can conceivably be added to the three-year pendency adjustment, but *only* in the specific circumstance that the 14-4-4-4 credit was generated *during* a prosecution's *exclusionary* period.

### E. Determining What Are the First and Last Adjustment Days for GAB Nos. 1, 2, and 3

The calculation of adjustment periods for all three Guaranteed Adjustments bases depends upon which day starts the period and which ends it. For GAB Nos. 1 and 3, i.e., 14-4-4-4 and three-year guaranteed pendency, the first and last days are determined in the same way. For GAB No. 2 (interferences, secrecy orders, and successful appeals) the determination depends upon when the proceeding, order or review begins and ends. The 14 months from filing notification required of the USPTO (GAB No. 1) is exemplary of all GAB Nos. 1 and 3 and is now demonstrated.

A USPTO notification pursuant to 35 USC §132 (or a notice of allowance or *Ex parte Quayle* action) must be "*not later* than 14 months *after*" the filing date or entry into the national stage; if it is later, then "the term of the patent shall be extended 1 day for each day *after* the end of the period specified." Therefore, the first day *after* "14 months *after*" the filing date is the first day of extension.

Thus, by way of example, for an original, non-design application filed on May 30, 2000, the USPTO must mail a §132 notification on or before July 30, 2001. If the USPTO does not, then July 31, 2001

© 2001, 2004, 2005
Patent Resources Institute, Inc.

becomes the *first* extension day for the applicant, i.e., extension day number 1.

When is the last day of the extension? Assume, further, that the USPTO mails its notification *on* July 31, 2001, which is the first day after *the last permissible day*. We know with certainty that July 31, 2001, is an extension day, and indeed it is the *first* extension day; but it also becomes the *last* extension day because the USPTO mailing of a notification on that first extension day prevents the accrual of any additional days of extension thereafter (for that particular delay).

An important generic rule of logic for determining the last extension day to which an applicant is entitled is now discernible through the imperative of the above example even though the statute contains no express language on the subject. The logic, in the form of *reductio ad absurdum,* follows. (1) *Assume* that when an act required of the USPTO is *late* under Patent Term Guarantee, then the day on which the required act takes place is *not* an *extension day*. (2) If this were so, then when the USPTO acts one day *after* the last permissible day to act under the statute, the applicant would get *no extension at all*.

In short, in the example above having a May 30, 2000 filing date, the mailing of the USPTO notification which took place one day *late* under the statute *must* result in an extension day because mailing it the preceding day would have been timely. For both a late act and a timely act to have the same consequence under the statute constitutes a logical impossibility, i.e., an absurdity.

We must now consider the common situation in which the last day permitted for taking some action in the USPTO falls on a Saturday, Sunday, or Federal holiday recognized in the District of Columbia. Usually such a problem is the applicant's problem, but under the Patent Term Guarantee Act it can be, and is, an issue the USPTO faces; however, its resolution is of importance primarily to the applicant.

When the last day of the 14-month period falls on a Saturday, Sunday, or Federal holiday, logic requires the conclusion, under the Patent Term Guarantee Act, that a USPTO notification mailed on the

© 2001, 2004, 2005
Patent Resources Institute, Inc.

next business day is too late. That is, the applicant is entitled to one or more days of extension.

Why is this a necessary logical conclusion when for every other prosecution situation under the patent statute and rules the next business day suffices?

First, because the statute states without ambiguity, equivocation, vagueness, or indefiniteness that by taking appropriate action on a day no later than the *last day* of the 14-month period, the USPTO avoids subsequent days of adjustment.

Second, the statute has no express or implied waiver for Saturdays, Sundays or Federal holidays; the statute is "clear on its face."

Third, by way of direct, precedential analogy, precisely such a situation applied to any 12-month anniversary date for a provisional application under URAA that fell on a Saturday, Sunday, or Federal holiday. The USPTO construction of the statute was that the provisional application went abandoned on the succeeding day. Any necessary action had to be taken *prior* to that anniversary date (unless by Express Mail *on* that date), *not* on the next day, whether business or not. A statutory amendment under AIPA itself was required to change that construction. 35 USC §119(e)(3). See Chapter 7, Foreign and Provisional Application Priority, *supra*.

Fourth, Tuesday is always the day of each week on which the USPTO issues patents. That is when their legal lives begin. U.S. patents issue even on Federal holidays when that holiday falls on a Tuesday. And this is so even though the USPTO is neither open nor operational on that day. 37 CFR §1.6(a)(1). For example, on Tuesday, July 4, 2000, Independence Day, unquestionably a Federal holiday in the District of Columbia, the USPTO issued U.S. utility patents 6,081,922 through 6,085,351. When the consideration is patent term, therefore, Saturdays, Sundays, and Federal holidays are irrelevant to the beginning of the term (from issue) and should logically also be irrelevant in a calculation fixing the end of that term, for example, when fixing the end of the four-month period from payment of the issue fee to the date of issue.

© 2001, 2004, 2005
Patent Resources Institute, Inc.

By way of summary, MPEP §2731 provides that the end of the period *after* which the USPTO must act to avoid adjustments under GAB No. 1 (14-4-4-4) and GAB No. 3 (three-year pendency guarantee) is:

"day zero" (not "day one").

The following day is "day one."

Under GAB No. 2 (interferences, secrecy orders, and successful appeals), the *period of pendency* of the proceeding determines the period of adjustment as discussed in preceding sections. Thus:

> the first day of the proceeding, order, or review ... is "day one" of the period of adjustment.

## III. REQUIRED REDUCTION BASES (RRB) DIMINISH THE PERIOD OF ADJUSTMENT (EXTENSION) OF PATENT TERM, IF ANY

### A. The Adjustment-Reduction Equation

The reader recognizes at this point that a patent's basic 20-years from filing term will be modified under AIPA/URAA by combining the adjustment days (credits), *if any*, generated after the filing of the application and up until issuance, as explained in text Section II. above, with the reduction offset days (debits), *if any*, also generated between filing and issuance, as explained below in this text Section III.

In short, the term variable T, is ascertained by solving the equation:

T = (20 years from filing) + [f(GAB 1,2,3) - f(RRB)], where [(f(GAB 1,2,3) - f(RRB)] is only permitted to be positive or zero, and all units in the equation are in days. Thus, if f(GAB 1,2,3) is zero, then f(RRB) need not even be calculated because no value of f(RRB) is permitted to result in [f(GAB 1,2,3) - f(RRB)] being negative, i.e., if there is nothing in existence, i.e., no adjustment days, against which to apply an offset, then an offset cannot occur.

It is important to note, however, that the incapacity of -f(RRB) to reduce [f(GAB 1,2,3) - f(RRB)] below zero, i.e., to a negative number, is no gift to the applicant. This is so because, as explained earlier,

© 2001, 2004, 2005
Patent Resources Institute, Inc.

# Exhibit L





## 2007 News

view complete archive

Click on a headline below to view the full news story.

You may also search our news archive by using keywords or dates (example: 4/25/2006).

Submit

**05 / 21 / 2007**

# Elan and Wyeth to Initiate Phase 3 Clinical Trial of Bapineuzumab (AAB-001) in Alzheimer's Disease

**Dublin, Ireland, and Madison, N.J., May 21, 2007** – Elan Corporation, plc (NYSE: ELN) and Wyeth Pharmaceuticals, a division of Wyeth (NYSE: WYE), today announced the decision to initiate a Phase 3 clinical program of their lead immunotherapeutic candidate, bapineuzumab (AAB-001), for the treatment of patients with mild to moderate Alzheimer's disease. This decision was based on the seriousness of the disease and the totality of what the companies have learned from their immunotherapy programs, including a scheduled interim look at data from an ongoing Phase 2 study, which remains blinded. No conclusion about the Phase 2 study can be drawn until the study is completed and the final data are analyzed and released in 2008. Phase 3 clinical trial design will be finalized with regulatory agencies, and, subject to regulatory approval, it is intended for the trial to begin in the second half of 2007.

It is important to remember that Alzheimer's disease is a complex and formidable challenge, and our immunotherapeutic programs still contain inherent risks.

**About Bapineuzumab**
Bapineuzumab (AAB-001) is a humanized monoclonal antibody that received fast track designation from the U.S. Food and Drug Administration (FDA) for treatment of mild to moderate Alzheimer's disease. Fast track designation facilitates development and may expedite regulatory review of drugs that the FDA recognizes as potentially addressing an unmet medical need for serious or life-threatening conditions.

There are two ongoing Phase 2 studies with bapineuzumab. The first Phase 2 trial is a randomized, double-blind, placebo controlled, multiple ascending dose study of 4 cohorts of the approximately 240 total patients with mild to moderate Alzheimer's disease. The primary objective of the trial is to assess

Some of these documents a in PDF (portable document format). PDF files require Adobe acrobat Reader; Clic here to download this free program.

are also being made in the trial, and each patient's participation lasts approximately 18 months. The key end-points include: ADAS-Cog (assesses cognition), Neuropsychological Test Battery (NTB) and DAD score (measures quality of life). The second Phase 2 trial is an Alzheimer's beta-amyloid imaging study in 30 patients and is being conducted in Europe. The companies do not expect that any Phase 2 data will be released into the public domain until the completion of the Phase 2 trials in 2008.

**About Alzheimer's Disease**
Alzheimer's disease is a progressive brain disorder that gradually destroys a person's memory and ability to learn, reason, make judgments, communicate and carry out daily activities. As Alzheimer's progresses, individuals may also experience changes in personality and behavior, such as anxiety, suspiciousness or agitation, as well as delusions or hallucinations. It is currently estimated that more than 5 million Americans and more than 24 million people worldwide have Alzheimer's disease (Source: Alzheimer's Association and Alzheimer's Disease International).

**About the Elan and Wyeth Collaboration**
The Elan and Wyeth Alzheimer's Immunotherapy Program (AIP) is a 50:50 collaboration to research, develop and commercialize an immunotherapeutic approach that may be used for the treatment of mild to moderate AD and possibly to prevent the onset of the disease. Current AIP programs include bapineuzumab (AAB-001), AAB-001 SubQ, ACC-001 and AAB-002. Wyeth and Elan equally share all costs and potential revenues from this collaboration.

**About Elan**
Elan Corporation (NYSE: ELN), plc is a neuroscience-based biotechnology company committed to making a difference in the lives of patients and their families by dedicating itself to bringing innovations in science to fill significant unmet medical needs that continue to exist around the world. Elan shares trade on the New York, London and Dublin Stock Exchanges. For additional information about the company, please visit http://www.elan.com

**About Wyeth**
Wyeth Pharmaceuticals, a division of Wyeth, has leading products in the areas of women's health care, infectious disease, gastrointestinal health, central nervous system, inflammation, transplantation, hemophilia, oncology, vaccines and nutritional products.

Wyeth is one of the world's largest research-driven pharmaceutical and health care products companies. It is a leader in the discovery, development, manufacturing and marketing of pharmaceuticals, vaccines, biotechnology products and non-prescription medicines that improve the quality of life for people worldwide. The Company's major divisions include Wyeth Pharmaceuticals, Wyeth Consumer Healthcare and Fort Dodge Animal Health. For additional information about the company, please visit https://www.wyeth.com.

**Safe Harbor/Forward-Looking Statements**

*The statements in this press release that are not historical facts are forward-looking statements that involve risks and uncertainties and include, without limitation, the risks associated with the inherent uncertainty of the clinical development of AAB-001 for Alzheimer's disease and whether AAB-001 will ever be approved for commercialization. Factors which could cause actual results to differ materially from the companies' current expectations include the risks that problems or delays may arise during preparations for the*

*completed, and even if the Phase 2 trials are successfully completed, that results in the proposed Phase 3 trial may not show that AAB-001 is safe and effective, as well as the other risks and uncertainties described from time to time in the companies' periodic and other reports filed with the Securities and Exchange Commission.*

######

**Media**

Natalie de Vane
Wyeth
484-865-5139

**Media**

Matt Dallas
Elan
212-850-5664

**Media**

Elizabeth Headon
Elan
353-1-498-0300

**Investor**

Justin Victoria
Wyeth
973-660-5340

**Investor**

Chris Burns
Elan
353-1-709-4444

Contact Us    Privacy Policy    Terms & Conditions    Site Map

© 2007 Wye

This site is intended only for residents of the United States.





Elan and Wyeth Dose First Patient in North America in Phase 3 Program for Bapineuzumab (AAB-... Page 1 of 4

Home
Worldwide
Search
Wyeth.com
All Wyeth Site
Wyeth
Our Products
Therapy Areas
Research & Clinical Trials
About Wyeth
Careers
News
Investor Relations
Printer-friendly page
E-mail this page
Press Releases
Archive
Special Announcements
Health Care Professionals Log In
User Name (E-mail Address)
Password
Submit
Forgot your password
Sign up
Why sign up for Wyeth.com?
2007 News
view complete archive
Click on a headline below to view the full news story.
You may also search our news archive by using keywords or dates (example: 4/25/2006).
Submit
Media Professonals
Immediate access to important information, including the latest news ar public relations contacts.
Special Announcements
Recent Earnings Releases
Related Links

Get
ADOBE READER

Some of these documents a in PDF (portable document format). PDF files require Adobe acrobat Reader; Clic here to download this free program.

**12 / 21 / 2007**

## Elan and Wyeth Dose First Patient in North America in Phase 3 Program for Bapineuzumab (AAB-001) in Alzheimer's Disease

**Dublin, Ireland and Collegeville, Pa**. – **December 21, 2007** – Elan Corporation, plc (NYSE: ELN) and Wyeth Pharmaceuticals, a division of Wyeth (NYSE: WYE), announced today that the first patient in North America (NA) has been dosed as part of a global Phase 3 clinical program for bapineuzumab (AAB-001) in patients with mild to moderate Alzheimer's disease. The Phase 3 clinical program for bapineuzumab is intended to provide safety and efficacy data to support the filing and approval of licensing applications for bapineuzumab as a potential treatment for patients with mild to moderate Alzheimer's disease.

The Phase 3 clinical program for bapineuzumab is the first known late-stage investigation to date of an antibody to potentially treat Alzheimer's disease. It will include four randomized, double-blind, placebo-controlled studies in approximately 4,000 total patients with mild to moderate Alzheimer's disease. More than 350 sites worldwide are expected to participate in the program. Patients are planned to be distributed equally between NA and the rest of the world (ROW). The NA studies now are under way. The ROW studies are expected to begin enrolling patients in early 2008.

Each of the four studies will have co-primary efficacy endpoints — one cognitive and one functional — and patients are planned to participate for 18 months and will be evaluated using several methods, including neuropsychiatric scales and imaging and biomarker analysis.

To learn more about enrollment, patients or caregivers should contact clinical sites participating in the study directly. Participating sites in North America can be found by calling (888) 818-MEMORY. As sites become active, their details also can be found by visiting www.clinicaltrials.gov.

http://www.wyeth.com/news?nav=display&navTo=/wyeth_html/home/news/pressreleases/2007/119... 12/26/2007

Bapineuzumab (AAB-001) is a humanized monoclonal antibody that received fast track designation from the U.S. Food and Drug Administration (FDA) for the potential treatment of mild to moderate Alzheimer's disease.  Fast track designation facilitates development and may expedite regulatory review of drugs that the FDA recognizes as potentially addressing an unmet medical need for serious or life-threatening conditions.

There are two ongoing Phase 2 studies with bapineuzumab.  No conclusion about the Phase 2 studies can be drawn until the studies have been completed and the final data are analyzed and released beginning around mid-2008.

**About Alzheimer's Disease**

Alzheimer's disease is a progressive brain disorder that gradually destroys a person's memory and ability to learn, reason, make judgments, communicate and carry out daily activities.  As Alzheimer's disease progresses, individuals may also experience changes in personality and behavior, such as anxiety, suspiciousness or agitation, as well as delusions or hallucinations.  It currently is estimated that more than 5 million Americans have Alzheimer's disease, and more than 24 million people worldwide age 60 and older have some form of dementia.

**About the Elan and Wyeth Collaboration**

The Elan and Wyeth Alzheimer's Immunotherapy Program (AIP) includes investigational clinical programs for bapineuzumab (AAB-001), bapineuzumab SubQ, ACC-001 and AAB-002.  AIP is a 50:50 collaboration to research, develop and commercialize an immunotherapeutic approach that may be used for the treatment of mild to moderate Alzheimer's disease and possibly to prevent the onset of the disease.

**About Elan**

Elan Corporation, plc is a neuroscience-based biotechnology company committed to making a difference in the lives of patients and their families by dedicating itself to bringing innovations in science to fill significant unmet medical needs that continue to exist around the world.  Elan shares trade on the New York, London and Dublin Stock Exchanges.  For additional information about the company, please visit http://www.elan.com.

**About Wyeth**

Wyeth Pharmaceuticals, a division of Wyeth, has leading products in the areas of women's health care, infectious disease, gastrointestinal health, central nervous system, inflammation, transplantation, hemophilia, oncology, vaccines and nutritional products.

Wyeth is one of the world's largest research-driven pharmaceutical and health care products companies.  It is a leader in the discovery, development, manufacturing and marketing of pharmaceuticals, vaccines, biotechnology products and non-prescription medicines that improve the quality of life for people worldwide.  The Company's major divisions include Wyeth Pharmaceuticals, Wyeth Consumer Healthcare and Fort Dodge Animal Health.  For additional information about the Company, please visit http://www.wyeth.com.

**Safe Harbor/Forward-Looking Statements**

*The statements in this press release that are not historical facts are forward-looking statements based on current expectations of future events and are*

*materially from those expressed or implied by such statements. These risks and uncertainties include the inherent uncertainty of the timing and success of, and expense associated with, research, development, regulatory approval and commercialization of our products, including with respect to our pipeline products (including AAB-001); that there can be no assurance that the Phase II and III clinical trials for AAB-001 will be successful or that AAB-001 will ever be successfully commercialized; government cost-containment initiatives; restrictions on third-party payments for our products; substantial competition in our industry, including from branded and generic products; data generated on our products; the importance of strong performance from our principal products and our anticipated new product introductions; the highly regulated nature of our business; product liability, intellectual property and other litigation risks and environmental liabilities; uncertainty regarding our intellectual property rights and those of others; difficulties associated with, and regulatory compliance with respect to, manufacturing of our products; risks associated with our strategic relationships; economic conditions including interest and currency exchange rate fluctuations; changes in generally accepted accounting principles; trade buying patterns; the impact of legislation and regulatory compliance; risks and uncertainties associated with global operations and sales; and other risks and uncertainties, including those detailed from time to time in our periodic reports filed with the Securities and Exchange Commission, including Wyeth's current reports on Form 8-K, quarterly reports on Form 10-Q and annual report on Form 10-K, particularly the discussion under the caption "Item 1A, Risk Factors" and Elan's Reports of Foreign Issuer on Form 6-K and Annual Report on Form 20-F. The forward-looking statements in this press release are qualified by these risk factors. We assume no obligation to publicly update any forward-looking statements, whether as a result of new information, future developments or otherwise.*

######

**Media**

Jonathan Birt
Elan
212-850-5664

**Media**

Elizabeth Headon

353-1-498-0300

**Media**

Doug Petkus
Wyeth
973-660-5218

**Media**

Michael Lampe
Wyeth
484-865-1346

**Investor**

800-252-3526
353-1-709-4444
**Investor**

Justin Victoria
Wyeth
973-660-5340

Contact Us    Privacy Policy    Terms & Conditions    Site Map

© 2007 Wye

This site is intended only for residents of the United States.

# Exhibit M

 Simplification of Patent Term Adjustment Page 1 of 7

United States Patent and Trademark Office PLAN

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Strategic Plan > Index to Action Papers > Simplification of Patent Term Adjustment

# Simplification of Patent Term Adjustment

### Action:

Patent term adjustment should be simplified by providing that an applicant is **not** entitled to patent term adjustment unless the USPTO fails to issue the patent within three years from the date the applicant requested examination.

### Background Information:

The patent term adjustment (PTA) provisions of the American Inventors Protection Act of 1999 (AIPA) allow for term adjustment: (1) if the USPTO fails to initially act on an application within fourteen months of its filing date; (2) if the USPTO fails to respond to a reply or appeal by applicant within four months of the reply or appeal; (3) if the USPTO fails to act on an application within four months of a Board of Patent Appeals and Interferences (BPAI) or court decision in an application containing allowable claims; (4) if the USPTO fails to issue a patent within four months of the date the issue fee was paid; (5) if the USPTO fails to issue a patent within three years of its filing date; (6) if issue of a patent was delayed due to imposition of a secrecy order; (7) if issue of a patent was delayed due to an interference proceeding; or (8) if the issue of a patent was delayed due to successful appellate review. This PTA smorgasbord requires the USPTO and applicants to monitor numerous events during the prosecution of the application to determine the appropriate term adjustment, and often results in applicants obtaining patent term adjustment despite the fact that the patent has an unadjusted term of longer than seventeen years from grant.

The purpose of the patent term adjustment provision in the AIPA was to guarantee that diligent applicants would still have a patent term of at least seventeen years from grant under the twenty-year patent term system. If the USPTO issues the application within three years from its filing date, any patent term adjustment operates to overcompensate the patentee. PTA should be limited to the situations in which the USPTO delayed processing or examination of the patent and this delay resulted in the application pending before the USPTO for more than three years.

### Options Considered:

### Option 1:

The USPTO would limit the grounds for receiving patent term adjustment to the USPTO's failure to issue the application within three years from the actual filing date of an application filed under 35 USC 111(a), and the date of fulfillment of the requirements of 35 USC 371 in a Patent Cooperation Treaty (PCT) international application. The term of the patent would be adjusted one day for each day after the end of the three-year period until the patent is issued. The period of adjustment under 35 U.S.C. § 154(b) would be reduced by any period of further examination pursuant to 35 U.S.C. § 132(b) (request for continued examination (RCE) filing) and any period of appellate review by the BPAI or by a Federal court, except if the patent was issued under a decision reversing an adverse determination of patentability.

### Advantages:

By removing some of the mandates of 35 U.S.C. § 154(b), the USPTO could eliminate some of the PTA calculations that presently are necessary. Moreover, by limiting patent term adjustment to guarantees of issuing the application within three years (subject to exceptions for RCE and unsuccessful appellate review) the USPTO would remain consistent with Congressional intent to guarantee diligent applicants a seventeen-year term (from grant) if they are not claiming priority to an earlier filed application.

http://www.uspto.gov/web/offices/com/strat21/action/lr1ap11_12.htm 12/26/2007

**Option 2:**

The USPTO would eliminate patent term adjustment (except for applications raising national security concerns) and provide that if an application has been pending three years from the actual filing date of an application filed under 35 USC 111(a), and the date of fulfillment of the requirements of 35 USC 371 in a PCT international application), the applicant may request that the USPTO immediately issue a patent that contains all of the claims pending at the time of such request. The USPTO would provide "further examination" of such patents that track the examination process, except that the scope of the claims could not be enlarged through the process. The patentee would have to pay for further examination and when the examination process is excluded, the USPTO would issue a reexamination-like certificate at which time the patent would be entitled to a presumption of validity. Moreover, reexamination would be unavailable to a patent undergoing "further examination" before a certificate is issued and the patent will be considered surrendered by operation of law and further examination terminated if the application files a reissue patent (e.g., to enlarge the claims) before a certificate is issued (to avoid complex proceedings).

**Advantages:**

By providing applicants with an option to have the patent issued three years after the date the applicant requested examination, applicants are providing industries who would not be concerned with an adjustment at the end of the patent term an option to enforce the patent earlier in the process. By issuing the patent, industries could seek to enforce the claims at the time of the request (albeit without the presumption of validity) and in addition, continue the examination process to conclude with the issuance of a reexamination-like certificate, and if the certificate indicates granted claims, a patent that is presumed valid. The USPTO in return would be removing many of the administrative burdens of the AIPA concerning patent term adjustment.

**Option 3:**

The USPTO would only amend the existing patent term adjustment provisions to make patent term adjustment determinations a post grant activity.

**Advantages:**

This option makes changes that would be necessary to make patent term adjustment determination a workable process.

**USPTO Recommended Course of Action:**

Explore the options considered with the small business community and other key stakeholders.

Implementation Schedule

| Work Breakdown Structure | Task Name | Start | Finish | Project Lead |
|---|---|---|---|---|
| 21 | Legislation/Rules 1a, 1b, 1d, 1e, 1f, 1g, 1h: LR-1 - Legislation/Rules - 2004 | 06/03/02 | 01/14/08 | B. Spar |
| | | | | |

| | | | | |
|---|---|---|---|---|
| 21.1 | Phase I - Fee bill passes (refer to FR-1 timeline for detailed fee bill events) (LR-1) | 08/01/03 | 08/01/03 | |
| 21.2 | Phase II (LR-1) | 06/03/02 | 01/10/06 | |
| 21.2.1 | Draft legislation (LR-1) | 06/03/02 | 03/18/03 | |
| 21.2.2 | Obtain administration clearance (LR-1) | 10/02/03 | 01/02/04 | |
| 21.2.3 | Introduce legislation (LR-1) | 01/02/04 | 04/02/04 | |
| 21.2.4 | Enact legislation (LR-1) | 09/30/04 | 09/30/04 | |
| 21.2.5 | Review of interim and proposed rules (LR-1) | 12/01/04 | 01/10/05 | |
| 21.2.5.1 | Review by Solicitor's Office (LR-1) | 12/01/04 | 01/03/05 | |
| 21.2.5.2 | Review by OGC (LR-1) | 01/03/05 | 01/10/05 | |
| 21.2.6 | Publish proposed rules and interim rules (LR-1) | 02/10/05 | 04/01/05 | |
| 21.2.7 | Comment period closes (LR-1) | 04/01/05 | 06/01/05 | |
| 21.2.8 | Review of final rules by Solicitor's Office (LR-1) | 08/01/05 | 09/01/05 | |
| 21.2.9 | Review by OGC (LR-1) | 09/01/05 | 09/12/05 | |
| 21.2.10 | Publish final rules (LR-1) | 09/12/05 | 11/10/05 | |
| 21.2.11 | Effective date (LR-1) | 01/10/06 | 01/10/06 | |
| 21.3 | Phase III (LR-1) | 06/03/02 | 01/14/08 | |
| 21.3.1 | Draft legislation (LR-1) | 06/03/02 | 03/18/03 | |
| 21.3.2 | Obtain administration clearance (LR-1) | 10/03/03 | 01/02/06 | |
| 21.3.3 | Introduce legislation (LR-1) | 01/02/06 | 04/03/06 | |
| 21.3.4 | Enact legislation (LR-1) | 09/29/06 | 09/29/06 | |
| 21.3.5 | Review of interim and proposed rules (LR-1) | 12/01/06 | 01/14/08 | |
| 21.3.5.1 | Review by Solicitor's Office (LR-1) | 12/01/06 | 01/02/07 | |
| 21.3.5.2 | Review by OGC (LR-1) | 01/02/07 | 01/10/07 | |
| 21.3.5.3 | Publish proposed rules and interim rules (LR-1) | 02/09/07 | 04/02/07 | |

| | | | | |
|---|---|---|---|---|
| 21.3.5.4 | Comment period closes (LR-1) | 04/02/07 | 06/01/07 | |
| 21.3.5.5 | Review of final rules by Solicitor's Office (LR-1) | 08/01/07 | 09/03/07 | |
| 21.3.5.6 | Review by OGC (LR-1) | 09/03/07 | 09/10/07 | |
| 21.3.5.7 | Publish final rules (LR-1) | 09/10/07 | 11/12/07 | |
| 21.3.5.8 | Effective date (LR-1) | 01/14/08 | 01/14/08 | |
| 21 | Legislation/Rules 1a, 1b, 1d, 1e, 1f, 1g, 1h: LR-1 - Legislation/Rules - 2004 | 06/03/02 | 01/14/08 | B. Spar |
| 21.1 | Phase I - Fee bill passes (refer to FR-1 timeline for detailed fee bill events) (LR-1) | 08/01/03 | 08/01/03 | |
| 21.2 | Phase II (LR-1) | 06/03/02 | 01/10/06 | |
| 21.2.1 | Draft legislation (LR-1) | 06/03/02 | 03/18/03 | |
| 21.2.2 | Obtain administration clearance (LR-1) | 10/02/03 | 01/02/04 | |
| 21.2.3 | Introduce legislation (LR-1) | 01/02/04 | 04/02/04 | |
| 21.2.4 | Enact legislation (LR-1) | 09/30/04 | 09/30/04 | |
| 21.2.5 | Review of interim and proposed rules (LR-1) | 12/01/04 | 01/10/05 | |
| 21.2.5.1 | Review by Solicitor's Office (LR-1) | 12/01/04 | 01/03/05 | |
| 21.2.5.2 | Review by OGC (LR-1) | 01/03/05 | 01/10/05 | |
| 21.2.6 | Publish proposed rules and interim rules (LR-1) | 02/10/05 | 04/01/05 | |
| 21.2.7 | Comment period closes (LR-1) | 04/01/05 | 06/01/05 | |
| 21.2.8 | Review of final rules by Solicitor's Office (LR-1) | 08/01/05 | 09/01/05 | |
| 21.2.9 | Review by OGC (LR-1) | 09/01/05 | 09/12/05 | |
| 21.2.10 | Publish final rules (LR-1) | 09/12/05 | 11/10/05 | |
| 21.2.11 | Effective date (LR-1) | 01/10/06 | 01/10/06 | |
| 21.3 | Phase III (LR-1) | 06/03/02 | 01/14/08 | |
| 21.3.1 | Draft legislation (LR-1) | 06/03/02 | 03/18/03 | |
| 21.3.2 | Obtain administration clearance (LR-1) | 10/03/03 | 01/02/06 | |

| | | | | |
|---|---|---|---|---|
| 21.3.3 | Introduce legislation (LR-1) | 01/02/06 | 04/03/06 | |
| 21.3.4 | Enact legislation (LR-1) | 09/29/06 | 09/29/06 | |
| 21.3.5 | Review of interim and proposed rules (LR-1) | 12/01/06 | 01/14/08 | |
| 21.3.5.1 | Review by Solicitor's Office (LR-1) | 12/01/06 | 01/02/07 | |
| 21.3.5.2 | Review by OGC (LR-1) | 01/02/07 | 01/10/07 | |
| 21.3.5.3 | Publish proposed rules and interim rules (LR-1) | 02/09/07 | 04/02/07 | |
| 21.3.5.4 | Comment period closes (LR-1) | 04/02/07 | 06/01/07 | |
| 21.3.5.5 | Review of final rules by Solicitor's Office (LR-1) | 08/01/07 | 09/03/07 | |
| 21.3.5.6 | Review by OGC (LR-1) | 09/03/07 | 09/10/07 | |
| 21.3.5.7 | Publish final rules (LR-1) | 09/10/07 | 11/12/07 | |
| 21.3.5.8 | Effective date (LR-1) | 01/14/08 | 01/14/08 | |

**KEY**: =online business system =fees =forms =help =laws/regulations =definition (glossary)

*Is there a question about what the USPTO can or cannot do that you cannot find an answer for? Send questions about USPTO programs and services to the* **USPTO Contact Center (UCC).** *You can suggest USPTO webpages or material you would like featured on this section by E-mail to the* **webmaster@uspto.gov**. *While we cannot promise to accommodate all requests, your suggestions will be considered and may lead to other improvements on the website.*

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Last Modified: 09/20/2007 12:11:22

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WYETH and ELAN PHARMA INTERNATIONAL LIMITED,<br><br>Plaintiffs,<br>v.<br><br>HON. JON W. DUDAS<br>Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office.<br><br>Defendant. | Civil Action No. 1.07-cv-01492 (JR) |

**STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT TO CORRECT THE PATENT TERM ADJUSTMENT FOR UNITED STATES PATENT NOS. 7,179,892 AND 7,189,819**

Plaintiffs Wyeth and Elan Pharma International Limited ("Elan") submit the following statement of undisputed material facts, pursuant to Local Civil Rule 7(h), in support of their motion for summary judgment to correct the patent term adjustment for United States Patent Nos. 7,179,892 (the '"892 patent) and 7,189,819 (the '819 patent).

**The Parties**

1. Guriq Basi and Jose William Saldanha are named as the inventors of the '892 and '819 patents. (*See* Palla Decl.[1] Ex. A; Ex. B.)

---

1 "Palla Decl." refers to the Declaration of Sapna W. Palla in Support of Plaintiffs' Motion for Summary Judgment to Correct the Patent Term Adjustment for United States Patent Nos. 7,179,892 and 7,189,819.

2.     Wyeth and Neuralab Limited are named as the assignees on the '819 and '892 patents.

(*Id.*) Neuralab Limited assigned its rights to the '819 and '892 patents to Elan in

November 2006. (*Id.* Ex. C.) Accordingly, Wyeth and Elan are the real parties in interest

in this case.

**The '892 Patent**

3.     Patent application number 10/388,389 ('398 application), which issued as the '892 patent,

was filed on March 12, 2003. (*Id.* Ex. A.)

4.     Under 35 U.S.C. § 154(b)(1)(A)(i), the PTO was required to mail an action under 35

U.S.C. § 132 not later than 14 months of the actual filing date of the '398 application *i.e.*

by May 12, 2004.  The PTO mailed the action under 35 U.S.C. § 132 on November 22,

2005 (*id.* Ex. E at 2, Ex. B) which is 559 days in excess of the 14 month time limit. (*Id.*;

Ex. F at 2.)

5.     Under 35 U.S.C. § 154(b)(1)(A)(iv), the PTO was required to issue the '892 patent within

4 months after the date the issue fee was paid.  The issue fee was paid by the applicants

on August 31, 2006, and the '892 patent issued on February 20, 2007, (*id.* Ex. A; Ex. E at

2, Ex. B) which is 51 days in excess of the 4 month time limit. (*Id.* Ex. E at 2, Ex. B; Ex.

F at 2.)

6.     The sum of the periods of delay under subsection 35 U.S.C.§ 154(b)(1)(A)(i) (559 days)

and subsection (iv) (51 days) is 610 days. (*Id.* Ex. E at 2, Ex. B; Ex. F at 2; Answer ¶ 18.)

7.     The PTO issued the '892 patent on February 20, 2007, (Palla Decl. Ex. A) which is 345

days in excess of the three year period from the filing date of the '398 application. (*Id.*

Ex. E at 2-3, Ex. B; Ex. F at 2.)

8. Of the periods of delay under § 154(b)(1)(A) and (B), only the 51-day period under subsection (iv) (December 31, 2006 to February 20, 2007) falls on the same calendar days as the days exceeding three years from the filing date of the '398 application and before the '892 patent was issued. (December 31, 2006 to February 20, 2007). (*Id.* Ex. E at 3.)

9. The sum of the days of delay under § 154(b)(1)(A) and (B) as shown in paragraphs 15 to 18 above is 955 days (*i.e.* the sum of the period of delay under (A) (610 days) and the period of delay under (B) (345 days). When this sum (955 days) is reduced by the number of days of delay under (A) which fall on the same calendar days as the days exceeding three years from the filing date of the '398 application and before the '892 patent issued, as shown in paragraph 19 above (51 days), the total is 904 days.

10. Under 35 U.S.C. § 154(b)(2)(C), the PTO determined that the period of applicant delay is 148 days which applicants do not dispute. (*Id.* Ex. E at 3, Ex. B; Answer ¶ 22.)

11. The PTO made a patent term adjustment of 462 days as listed on the face of the '892 patent. (Palla Decl. Ex. A.)

12. On April 20, 2007, the applicants timely filed a Request for Reconsideration of patent term adjustment for the '892 patent (*id.* Ex. D) which the PTO denied in a written decision dated September 13, 2007. (*Id.* Ex. F.) The PTO held that its decision denying reconsideration of the grant of patent term adjustment of 462 days was a final agency action. (*Id.* Ex. F at 1.)

**The '819 Patent**

13. Patent application number 10/010,942 (the "'942 application"), which issued as the '819 patent, was filed on December 6, 2001. (*Id.* Ex. B.)

14.    Under 35 U.S.C. § 154(b)(1)(A)(i), the United States Patent and Trademark Office ("PTO") was required to mail an action under 35 U.S.C. § 132 not later than 14 months of the actual filing date of the '942 application, *i.e.* no later than February 6, 2003. The PTO mailed the action under 35 U.S.C. § 132 on September 24, 2003 (*id.* Ex. H at 2, Ex. C; Ex. I at 9) or 230 days after the 14 month time limit. (*Id.* Ex. H at 2, Ex. C; Ex. I at 8-10.)

15.    Under 35 U.S.C. § 154(b)(1)(A)(ii), the PTO was required to mail a Non-Final Office Action no later than 4 months after the applicants filed a reply under 35 U.S.C. § 132. Applicants filed a reply to a Non-Final Office Action on May 19, 2005, and the PTO mailed the Non-Final Rejection on October 3, 2005, (*id.* Ex. H at 3, Ex. C; Ex. I at 9) or 14 days after the 4 month time limit. (*Id.* Ex. H at 3, Ex. C; Ex. I at 8-10.)

16.    Under 35 U.S.C. § 154(b)(1)(A)(iv), the PTO was required to issue the '819 patent within 4 months after the date the issue fee was paid. The issue fee was paid by applicants on August 11, 2006, and the PTO should have issued the '819 patent by December 12, 2006. (*Id.* Ex. H at 3, Ex. C.) Instead, the '819 patent issued on March 13, 2007, (*id.* Ex. B) which is 92 days after the 4 month time limit. (*Id.* Ex. H at 3, Ex. C.)

17.    The sum of the period of delays under subsection 35 U.S.C. § 154(b)(1)(A)(i) (230 days), subsection (ii) (14 days), and subsection (iv) (92 days) is 336 days. (*Id.* Ex. H at 3, Ex. C; Ex. I at 9-10; Answer ¶ 30.)

18.    The PTO issued the '819 patent on March 13, 2007 (Palla Decl. Ex. B) which is 827 days in excess of the three year period from the filing date of the '942 application. (*Id.* Ex. H at 2, Ex. C; Ex. I at 9-10.)

19. Of the periods of delay under § 154(b)(1)(A) and (B), only the 14-day period under subsection (ii) (September 20, 2005 to October 3, 2005) and the 92 day period of delay under subsection (iv) (December 12, 2006 to March 13, 2007) fall on the same calendar days as the days exceeding three years from the filing date of the '942 application and before the '819 patent issued. (December 7, 2004 to March 13, 2007). (*Id.* Ex. H at 3-4.) These periods total 106 days. (*Id.*)

20. The sum of the days of delay under § 154(b)(1)(A) and (B), as shown in paragraphs 4 to 8 above, is 1,163 days (*i.e.* the sum of the period of delay under (A) (336 days) and the period of delay under (B) (827 days)). When this sum (1,163 days) is reduced by the number of days of delay under (A) which fall on the same calendar days as the days exceeding three years from the filing date of the '942 application and before the '819 patent issued, as shown in paragraph 9 above (106 days), the total is 1057 days.

21. Under 35 U.S.C. § 154(b)(2)(C), the PTO determined that the period of applicant delay is 335 days which applicants do not dispute. (*Id.* Ex. H at 3-4, Ex. E; Ex. I at 9; Answer ¶ 34.)

22. The PTO made a patent term adjustment of 492 days as listed on the Certificate of Correction issued on May 1, 2007 by the PTO. (Palla Decl. Ex. J.)

23. On May 14, 2007, the applicants timely filed a Request for Reconsideration of the patent term adjustment for the '819 patent (*id.* Ex. G) which the PTO denied in a written decision on September 25, 2007. (*Id.* Ex. I.) The PTO held that its decision denying reconsideration of the grant of patent term adjustment of 492 days was a final agency action. (*Id.* Ex. I at 1.)

Dated: January 4, 2008

Respectfully submitted,

David O. Bickart (DC Bar No. 355313)
KAYE SCHOLER LLP
The McPherson Building
901 Fifteenth Street, N.W., Suite 1100
Washington, D.C. 20005-2327
Tel: 202-682-3500
Fax: 202-682-3580

*Attorneys for Plaintiffs Wyeth and Elan Pharma International Limited*

*Of Counsel*
Richard G. Greco
Sapna W. Palla
Kaye Scholer LLP
425 Park Avenue
New York, New York 10022
Tel. (212) 836-8000
Fax. (212) 836-8689

*Attorneys for Plaintiffs Wyeth and Elan Pharma International Limited*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

WYETH and ELAN PHARMA INTERNATIONAL LIMITED,

Plaintiffs,

v.

HON. JON W. DUDAS
Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office.

Defendant.

Civil Action No. 1.07-cv-01492 (JR)

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Summary Judgment to Correct the Patent Term Adjustment for United States Patent Nos. 7,179,892 (the "'892 patent") and 7,189,819 (the "'819 patent"), it is herby ORDERED that:

Defendant Jon W. Dudas, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office:

1. Change the period of patent term adjustment under 35 U.S.C. § 154(b) of the '892 patent from 462 days to 756 days.

2. Change the period of patent term adjustment under 35 U.S.C. § 154(b)for the '819 patent from 492 days to 722 days.

Date:_____________________________

_____________________________
James Robertson
UNITED STATES DISTRICT COURT JUDGE