UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WYETH and ELAN PHARMA INTERNATIONAL LIMITED,<br><br>          Plaintiffs,<br><br>    v.<br><br>HON. JON W. DUDAS,<br>Under Secretary of Commerce<br>for Intellectual Property and<br>Director of the United States<br>Patent and Trademark Office,<br><br>          Defendant. | Civil Action No. 07-1492 (JR) |

CONSENT MOTION FOR EXTENSION OF TIME

    Pursuant to Fed. R. Civ. P. 6(b)(1), defendant Jon W. Dudas, Under Secretary of Commerce, through his undersigned counsel (Fred E. Haynes), hereby requests a two-week extension of time (to February 19) to file his cross-motion for summary judgment and his opposition to plaintiff's motion for summary judgment. Counsel for plaintiff has consented to this motion. The time for plaintiff to respond to the cross-motion is also being extended by this motion (to March 4).

    The agency counsel assisting undersigned counsel on this case has advised that he needs two additional weeks to finish his work. He was unable in January to devote the time needed to complete his work on this case by February 4. This was because he had to file a brief in the Federal Circuit, which limited the time he could spend on this case.

    Attached is a draft order reflecting the requested relief.

                                        Respectfully submitted,

                                        JEFFREY A. TAYLOR, D.C. Bar #498610
                                        United States Attorney
                                                /s/
                                        FRED E. HAYNES, D.C. Bar #165654
                                        Assistant United States Attorney
                                        555 4th Street, N.W., Room E-4110
                                        Washington, D.C. 20530
                                        (202) 514-7201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WYETH and ELAN PHARMA INTERNATIONAL LIMITED,<br><br>        Plaintiffs,<br>v.<br><br>HON. JON W. DUDAS, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,<br><br>        Defendant. | Civil Action No. 07-1492 (JR) |

## ORDER

Upon consideration of defendant's consent motion for an extension of time to respond to plaintiffs' motion for summary judgment and to file defendant's cross-motion for summary judgment, it is this _____ day of _____, 2007,

ORDERED that the motion is granted; and it is further

ORDERED that defendant shall have to and including February 19, 2008, to respond to plaintiffs' motion for summary judgment and to file his cross-motion for summary judgment; and it is further

ORDERED that plaintiffs shall have to and including March 4, 2008, to file their opposition to defendant's motion and their reply in support of their motion.,

                                        UNITED STATES DISTRICT JUDGE