FILED
FEB 0 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WYETH and ELAN PHARMA INTERNATIONAL LIMITED,<br><br>                    Plaintiffs,<br>        v.<br><br>HON. JON W. DUDAS,<br>Under Secretary of Commerce<br>for Intellectual Property and<br>Director of the United States<br>Patent and Trademark Office,<br><br>                    Defendant. | Civil Action No. 07-1492 (JR) |

## ORDER

Upon consideration of defendant's consent motion for an extension of time to respond to plaintiffs' motion for summary judgment and to file defendant's cross-motion for summary judgment, it is this 31st day of January, 2008,

ORDERED that the motion is granted; and it is further

ORDERED that defendant shall have to and including February 19, 2008, to respond to plaintiffs' motion for summary judgment and to file his cross-motion for summary judgment; and it is further

ORDERED that plaintiffs shall have to and including March 4, 2008, to file their opposition to defendant's motion and their reply in support of their motion.,

                                              JAMES ROBERTSON
                                              United States District Judge