UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WYETH and ELAN PHARMA INTERNATIONAL LIMITED,<br><br>    Plaintiffs,<br><br> v.<br><br>HON. JON W. DUDAS,<br>Under Secretary of Commerce<br>for Intellectual Property and<br>Director of the United States<br>Patent and Trademark Office,<br><br>    Defendant. | Civil Action No. 07-1492 (JR) |

### CONSENT MOTION FOR ONE-DAY FURTHER EXTENSION OF TIME

  Pursuant to Fed. R. Civ. P. 6(b)(1), defendant Jon W. Dudas, Under Secretary of Commerce, through his undersigned counsel (Fred E. Haynes), hereby requests a one-day extension of time (to February 20) to file his cross-motion for summary judgment and his opposition to plaintiff's motion for summary judgment. Counsel for plaintiff has consented to this motion. The time for plaintiff to respond to the cross-motion is also being extended by this motion (to March 5).

  The agency counsel and undersigned counsel spent more time than anticipated today (February 19) revising defendant's filing. It was not, therefore, possible to submit it for supervisory review in time for filing this evening. The additional day is, therefore, needed in order to provide for supervisory review.

  Attached is a draft order reflecting the requested relief.

            Respectfully submitted,

            JEFFREY A. TAYLOR, D.C. Bar #498610
            United States Attorney
              /s/
            FRED E. HAYNES, D.C. Bar #165654
            Assistant United States Attorney
            555 4th Street, N.W., Room E-4110
            Washington, D.C. 20530
            (202) 514-7201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WYETH and ELAN PHARMA INTERNATIONAL LIMITED,<br><br>        Plaintiffs,<br>v.<br><br>HON. JON W. DUDAS,<br>Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,<br><br>        Defendant. | Civil Action No. 07-1492 (JR) |

### ORDER

Upon consideration of defendant's consent motion for a further extension of time to respond to plaintiffs' motion for summary judgment and to file defendant's cross-motion for summary judgment, it is this _____ day of _____, 2008,

ORDERED that the motion is granted; and it is further

ORDERED that defendant shall have to and including February 20, 2008, to respond to plaintiffs' motion for summary judgment and to file his cross-motion for summary judgment; and it is further

ORDERED that plaintiffs shall have to and including March 5, 2008, to file their opposition to defendant's motion and their reply in support of their motion.

                                                                UNITED STATES DISTRICT JUDGE