UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
WYETH and ELAN PHARMA              )
INTERNATIONAL LIMITED,             )
                                    )
          Plaintiffs,               )
                                    )
     v.                             )   Civil Action No. 07-1492 (JR)
                                    )
HON. JON W. DUDAS,                  )
Under Secretary of Commerce         )
for Intellectual Property and       )
Director of the United States       )
Patent and Trademark Office,        )
                                    )
          Defendant.                )
_____)

MEMORANDUM IN OPPOSITION TO
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

  Defendant's memorandum in opposition to plaintiff's motion for summary judgment is combined with defendant's memorandum in support of defendant's motion for summary judgment, which appears at docket entry 16, dated February 20, 2008.

         Respectfully submitted,

         JEFFREY A. TAYLOR, D.C. Bar #498610
         United States Attorney
           /s/
         FRED E. HAYNES, D.C. Bar #165654
         Assistant United States Attorney
         555 4th Street, N.W., Room E-4110
         Washington, D.C. 20530
         (202) 514-7201