FILED

FEB 21 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WYETH and ELAN PHARMA INTERNATIONAL LIMITED,<br><br>                Plaintiffs,<br>v.<br><br>HON. JON W. DUDAS,<br>Under Secretary of Commerce<br>for Intellectual Property and<br>Director of the United States<br>Patent and Trademark Office,<br><br>                Defendant. | Civil Action No. 07-1492 (JR) |

ORDER

Upon consideration of defendant's consent motion for a further extension of time to respond to plaintiffs' motion for summary judgment and to file defendant's cross-motion for summary judgment, it is this 21st day of Feb, 2008,

ORDERED that the motion is granted; and it is further

ORDERED that defendant shall have to and including February 20, 2008, to respond to plaintiffs' motion for summary judgment and to file his cross-motion for summary judgment; and it is further

ORDERED that plaintiffs shall have to and including March 5, 2008, to file their opposition to defendant's motion and their reply in support of their motion.

                                                              JAMES ROBERTSON
                                                           United States District Judge