UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WYETH AND ELAN PHARMA, INTERNATIONAL LIMITED,<br><br>    Plaintiffs,<br>v.<br><br>HON. JON W. DUDAS, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,<br><br>    Defendant. | Civil Action No. 07-1492 (JR) |

## CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), plaintiffs, through their undersigned counsel hereby request a two-week extension of time, to March 19, 2008, to file their reply brief in support of their motion for summary judgment. Counsel for defendant has consented to this motion.

The additional extension is requested because of the need for review and approval of the reply by the internal legal staff of two separate companies.

Attached is a draft order reflecting the requested relief.

Respectfully submitted,

/s/ David Bickart

David O. Bickart (DC Bar No.355313)
KAYE SCHOLER LLP
The McPherson Building
901 Fifteenth Street, N.W., Suite 1100
Washington, D.C., 20005-2327
Tel: (202) 682-3500
Fax: (202) 682-3580
*Attorneys for Plaintiffs Wyeth and*
*Elan Pharma International Limited*

*Of Counsel*
Richard G. Greco
Sapna W. Palla
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
Tel: (212) 836-8000
Fax: (212) 836-8689

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WYETH AND ELAN PHARMA, INTERNATIONAL LIMITED,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HON. JON W. DUDAS, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,<br><br>　　　　　Defendant. | Civil Action No. 07-1492 (JR) |

## ORDER

Upon consideration of plaintiffs consent motion for an extension of time to file a reply brief in support of its motion for summary judgment, it is this _____ day of _____, 2008.

ORDERED that the motion is granted; and it is further

ORDERED that plaintiffs shall have to and including March 19, 2008, to file their reply brief.

						_____
						James Robertson
						UNITED STATES DISTRICT JUDGE