IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WYETH and ELAN PHARMA INTERNATIONAL LTD., <br><br> Plaintiffs, <br><br> HON. JON W. DUDAS <br><br> Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office <br><br> Defendant. | Case No. 07-CV-01492 (JR) |

## MOTION FOR LEAVE FOR COUNSEL TO APPEAR *PRO HAC VICE*

Plaintiffs, Wyeth and Elan Pharma International Ltd., by their attorneys, Kaye Scholer LLP by David O. Bickart, respectfully move this Court to allow Patricia A. Carson to appear as co-counsel *pro hac vice* in this case, and in support of this Motion state as follows:

1. Mr. Bickart is a practicing attorney duly admitted to the Bar of the District of Columbia and admitted to practice before this Court. Mr. Bickart is a partner in the firm of Kaye Scholer LLP, and is well-acquainted with Ms Carson. Mr. Bickart will continue to serve as counsel for the plaintiffs to be joined by Ms Carson.

2. Patricia A. Carson is a partner of the firm of Kaye Scholer LLP. Her office address is 425 Park Avenue, New York, NY 10022. Her telephone number is (212) 836-7466. She is a practicing attorney and a member in good standing of the Bar of the State of New York (1993), as well as of the following courts: Federal Circuit Bar on October, 2001.

3. Ms. Carson has not been admitted to appear *pro hac vice* before this Court in the past two years. She has never been held in contempt of any court, has never been

convicted of any crime, or publicly reprimanded, censured, suspended, disciplined, or disbarred by any court.

    4.    Ms. Carson is familiar with: (i) the provisions of the Judicial Code (Title 28 U.S.C.) that pertain to the jurisdiction of and practice in the United States District Court; (ii) the Federal Rules of Civil Procedure; (iii) the Rules of the United States District Court for the District of Columbia; (iv) the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals except as otherwise provided by specific rules of this court, and will faithfully adhere thereto; and (v) the D.C. Bar Voluntary Standards for Civility in Professional Conduct.

    5.    A proposed Order is submitted herewith.

Dated: May __, 2008

_____
David O. Bickart (Bar # 355313)
KAYE SCHOLER LLP
901 Fifteenth Street, N.W.
Washington, DC 20005-2327
(202) 682-3503

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WYETH and ELAN PHARMA INTERNATIONAL LTD.,<br><br>Plaintiffs,<br><br>HON. JON W. DUDAS<br><br>Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office<br><br>Defendant. | Case No. 07-CV-01492 (JR) |

### DECLARATION OF PATRICIA A. CARSON

1.  I am Patricia A. Carson, a partner of the firm of Kaye Scholer LLP with offices at 425 Park Avenue, New York, NY 10022. My telephone number is (212) 836-7466.

2.  I submit this Declaration in support of Wyeth and Elan's Motion For Leave For Counsel to Appear *Pro Hac Vice* in the above-captioned matter.

3.  I am a practicing attorney and a member in good standing of the Bar of the State of New York (1993), as well as of the, United States Court of Appeals for the Federal Circuit (2001).

4.  I have not been admitted to appear *pro hac vice* before this Court in the past two years. I have never been held in contempt of any court and have never been convicted of any crime, or publicly reprimanded, censured, suspended, disciplined, or disbarred by any court.

5.  I am familiar with: (i) the provisions of the Judicial Code (Title 28 U.S.C.) that pertain to the jurisdiction of and practice in the United States District Court; (ii) the Federal Rules of Civil Procedure; (iii) the Rules of the United States District Court for the District of

Columbia; and (iv) the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals except as otherwise provided by specific rules of this court, and will faithfully adhere thereto; and (v) the D.C. Bar Voluntary Standards for Civility in Professional Conduct.

      6.      Wherefore, I respectfully request that I be admitted *pro hac vice* for all purposes in this action.

I HEREBY DECLARE, pursuant to 28 U.S.C. § 1746, under penalty of perjury that the foregoing is true and correct.

Dated this 5th day of May, 2008

                                       Patricia A. Carson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WYETH and ELAN PHARMA INTERNATIONAL LTD.,<br><br>Plaintiffs,<br><br>HON. JON W. DUDAS<br><br>Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office<br><br>Defendant. | Case No. 07-CV-01492 (JR) |

## ORDER

Before me is the motion of Plaintiffs Wyeth and Elan Pharma International Ltd. filed pursuant to Local Rule 83.2, for leave for Patricia A. Carson to appear as co-counsel *pro hac vice* in the above-captioned action. Having considered the Motion, it is hereby

ORDERED that the motion be GRANTED.

SO ORDERED.

Date: _____, 2008

_____
James Robertson
United States District Judge

~4959866.DOC