UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
WYETH, et al.,                         :
                                       :
        Plaintiffs,                    :
                                       :
   v.                                  :  Civil Action No. 07-1492 (JR)
                                       :
JON W. DUDAS, Under Secretary of       :
Commerce for Intellectual              :
Property and Director of U.S.          :
Patent and Trademark Office,           :
                                       :
        Defendant.                     :
```

**ORDER**

  Upon consideration of plaintiffs' motion for the *pro hac vice* appearance of Patricia A. Carson [23], it is

  **ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.


             JAMES ROBERTSON
           United States District Judge