UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WYETH and ELAN PHARMA INTERNATIONAL LIMITED,<br><br>  Plaintiffs,<br>  v.<br><br>Hon. Jon W. Dudas,<br>Under Secretary of Commerce<br>for Intellectual Property<br>and Director of the<br>United States Patent and<br>Trademark Office<br><br>  Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 07-1492 (JR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ENTRY OF APPEARANCES

Please enter the appearances of Thomas V. Shaw and Benjamin D.M. Wood, both Associate Solicitors of the United States Patent and Trademark Office, as attorneys for the the defendant. Messrs. Shaw and Wood are being appointed Special Assistant United States Attorneys for this case. Mr. Shaw will present the argument for defendant at the hearing on the motions for summary judgment.

Respectfully submitted,
/s/
FRED E. HAYNES, D.C. BAR #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201