# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 2009-1120 - WYETH V DUDAS

**Date of docketing:** 12/24/2008

**Appeal from:** United States District Court / District of Columbia
case no. 07-CV-1492

**Appellant(s):** Jon W. Dudas, Under Secretary of Commerce for Intellectual Property

**Critical dates include:**
- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing, or within 30 days if the United States or its officer or agency is a party in the appeal.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.cafc.uscourts.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions. See Fed. Cir. R. 33.
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**
- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.cafc.uscourts.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Transcript Purchase Order form to appellants.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US District Court, District of Columbia
    Fred E. Haynes
    David O. Bickart

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2009-1120

WYETH
and ELAN PHARMA INTERNATIONAL LIMITED,

Plaintiffs-Appellees,

v.

Jon W. Dudas, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY and DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,

Defendant-Appellant.

Appeal from the United States District Court for the District of Columbia in case nos. 07-CV-1492, Judge James Robertson.

Authorized Abbreviated Caption[2]

WYETH v DUDAS, 2009-1120

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.

# United States Court of Appeals

District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue N.W.
Washington, D.C. 20001-2866

Mark J. Langer
Clerk

December 16, 2008

General Information
(202) 216-7000

2009-1120

<<Type name of clerk>>, Clerk
United States Court of Appeals
for the <<Type Circuit to which case is being transferred>> Circuit
<<Type address>>

Re:    08-5502 Wyeth, et al v. Jon Dudas

Dear Clerk of Court:

Pursuant to the order of this court filed December 16, 2008, a certified copy of which is enclosed, we are transmitting the court's original file. <<Type: "The docketing fee has been paid" OR "In forma pauperis status has been granted">>

Please acknowledge receipt of the file by signing and returning to this office the enclosed copy of this letter.

Sincerely yours,

BY:    /s/
Mary Anne Lister
Deputy Clerk

Receipt Acknowledged:

12/24/08
(Date)

_____
(Signature)

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 4 2008

JAN HORBALY
CLERK